Printed on 06/19/2007

# Judicial Panel on Multidistrict Litigation - Panel Attorney Service List
## for
## MDL 1850 - In re Pet Food Products Liability Litigation

*** Report Key and Title Page ***

Please Note: This report is in alphabetical order by the last name of the attorney. A party may not be represented by more then one attorney. See Panel rule 5.2(c).

### Party Representation Key
  \* Signifies that an appearance was made on behalf of the party by the representing attorney.
  # Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
  All counsel and parties no longer active in this litigation have been suppressed.

### This Report is Based on the Following Data Filters
  Docket: 1850 - Pet Food PL
  For Open Cases

**Judicial Panel on Multidistrict Litigation - Panel Attorney Service List**   Page 1

Docket: 1850 - In re Pet Food Products Liability Litigation
Status: Transferred on 06/19/2007
Transferee District: NJ       Judge: Hillman, Noel L.       Printed on 06/19/2007

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Berman, Steve W.<br>Hagens Berman Sobol Shapiro, LLP<br>1301 Fifth Avenue<br>Suite 2900<br>Seattle, WA 98101 | => Phone: (206) 623-7292  Fax: (206) 623-0594<br>Heller, Stacey*; Johnson, Suzanne E.*; Klemann, Craig R.*; Kornelius, Audrey*; Mitchell, Cecily*; Mitchell, Terrence*; Rapp, David*; Robinson, Toinette*; Smith, Barbara* |
| Blim, John<br>Blim & Edelson, LLC<br>53 West Jackson Blvd.<br>Suite 1642<br>Chicago, IL 60604 | => Phone: (312) 913-9400  Fax: (312) 913-9401<br>Majerczyk, Dawn* |
| Craft, Perry A.<br>Craft & Sheppard, PLC<br>The Shiloh Building<br>214 Centerview Drive<br>Suite 223<br>Brentwood, TN 37027 | => Phone: (615) 309-1707  Fax: (615) 309-1717<br>Holt, Lizajean*; Lefebvre, Donna*; Leonard, Kim*; Leroy, Debra* |
| Davidson, Stuart A.<br>Lerach Coughlin Stoia Geller Rudman & Robbins, LLP<br>120 East Palmetto Park Road<br>Suite 500<br>Boca Raton, FL 33432-4809 | => Phone: (561) 750-3000  Fax: (561) 750-3364<br>Troiano, Christina* |
| Eukanuba,<br>One Proctor & Gamble Plaza C-2<br>Cincinnati, OH 45202 | =><br>Eukanuba |
| Hatfield, Jason Matthew<br>Lundy & Davis, LLP<br>300 North College Avenue<br>Suite 309<br>Fayetteville, AR 72701 | => Phone: (479) 527-3921  Fax: (479) 587-9196  Email: jhatfield@lundydavis.com<br>Sims, Charles Ray*; Sims, Pamela* |
| Hutchinson, Jeremy Y.<br>Patton, Roberts, McWilliams & Capshaw, LLP<br>Stephens Building<br>111 Center Street<br>Suite 1315<br>Little Rock, AR 72201 | => Phone: (501) 372-3480  Fax: (501) 372-3488<br>Widen, Barbara*; Widen, Richard Scott* |
| Ireland, D. Jeffrey<br>Faruki, Ireland & Cox, P.L.L.<br>500 Courthouse Plaza, S.W.<br>10 North Ludlow Street<br>Dayton, OH 45402 | => Phone: (937) 227-3710  Fax: (937) 227-3749  Email: djireland@ficlaw.com<br>Iams Co.* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Karp, Adam P.<br>Animal Law Offices<br>114 West Magnolia Street<br>Suite 425<br>Bellingham, WA 98225 | => Phone: (360) 392-3936<br>James, Don; Suggett, Michele |
| Myers, Michael David<br>Myers & Co., P.L.L.C.<br>1809 Seventh Avenue<br>Suite 700<br>Seattle, WA 98101 | => Phone: (206) 398-1188  Fax: (206) 400-1112<br>Whaley, Tom |
| Newman, Bruce E.<br>Newman, Creed & Associates<br>99 North Street, Route 6<br>P.O. Box 575<br>Bristol, CT 66011 | => Phone: (860) 583-5200  Fax: (860) 582-0012<br>Osborne, Lauri A.; Sokolwski, Todd* |
| Rottinghaus, Daniel L.<br>Berding & Weil<br>3240 Stone Valley Road West<br>Alamo, CA 94507 | => Phone: (925) 838-2090  Fax: (925) 820-5592<br>Swarberg, Diane* |
| Ruff, III, Edward B.<br>Pretzel & Stouffer, Chtd.<br>One South Wacker Drive<br>Suite 2500<br>Chicago, IL 60606-4673 | => Phone: (312) 346-1973  Fax: (312) 346-8242<br>Menu Foods*; Menu Foods Gen Par Ltd.*; Menu Foods Holding, Inc.*; Menu Foods Income Fund*; Menu Foods Ltd.*; Menu Foods Ltd. Partnership*; Menu Foods Midwest Corp.*; Menu Foods Operating Partnership*; Menu Foods South Dakota Inc.*; Menu Foods, Inc.* |
| Savett, Sherrie R.<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103 | => Phone: (215) 875-3071  Fax: (215) 875-5715<br>Cohen, Mark*; Cohen, Mona*; Workman, Jared* |
| Wal-Mart Stores, Inc.,<br>C/O Registered Agent<br>Corporation Trust Co.<br>1209 Orange Street<br>Wilmington, DE 19801-1120 | =><br>Wal-Mart Stores, Inc. |
| Wexler, Kenneth A.<br>Wexler Toriseva Wallace, LLP<br>One North LaSalle Street<br>Suite 2000<br>Chicago, IL 60602 | => Phone: (312) 346-2222  Fax: (312) 346-0022<br>Sexton, Shirley* |

Note: Please refer to the report title page for complete report scope and key.