| | | |
|---|---|---|
| William T. Walsh<br>Clerk | **UNITED STATES DISTRICT COURT<br>MARTIN LUTHER KING, JR.<br>FEDERAL BLD & U.S. COURTHOUSE<br>50 WALNUT STREET<br>P.O. BOX 419<br>NEWARK, N.J. 07101-0419** | CAMDEN OFFICE<br>USPO & Courthouse<br>401 Market Street<br>Camden, N.J. 08101<br><br>TRENTON OFFICE<br>402 East State Street<br>P.O. Box 515<br>Trenton, N.J. 08603 |

Date: June 22, 2007

In Re: Pet Food Products Liability Litigation
MDL Docket Number: 1850
Master Docket In New Jersey: 1:07cv2867(NLH)(AMD)

NOTICE TO ALL COUNSEL:

On June 19, 2007 the Judicial Panel on Multidistrict Litigation transferred the following action(s) concerning this litigation to the District of New Jersey: See Attached List

All mail in this litigation should be sent to the Camden office. The District of New Jersey requires documents be filed electronically. Please refer to the Court's website www.njd.uscourts.gov to obtain information on becoming an Electronic Filing User in the District of New Jersey. Documents not filed electronically must be submitted with a disc or CD-ROM in accordance with the District of New Jersey's CM/ECF Policies and Procedures. These Policies and Procedures can be found on the Court's website. If there is a need to contact this office by phone, you may contact Marcy Barratt or Susan Bush at 856-757-5021.

The District of New Jersey's motion practice is covered by Local Rules 7.1, 37.1 and 78.1 and will be followed, unless otherwise ordered by the Court. The Local Civil Rules are available on the Court's website.

Sincerely,

William T. Walsh, Clerk

By:   Susan Bush
      Deputy Clerk

Enc.
cc: Jeffrey N. Luthi
    Clerk, Judicial Panel on Multidistrict Litigation

DNJ-Civ-MDL-002

Dockets.Justia.com

# SCHEDULE A

MDL-1850 -- In re Pet Food Products Liability Litigation

### Western District of Arkansas

*Charles Ray Sims, et al. v. Menu Foods Income Fund, et al.*, C.A. No. 5:07-5053
*Richard Scott Widen, et al. v. Menu Foods, Inc., et al.*, C.A. No. 5:07-5055

### Central District of California

*Shirley Sexton v. Menu Foods Income Fund, et al.*, C.A. No. 2:07-1958

### District of Connecticut

*Lauri A. Osborne v. Menu Foods, Inc.*, C.A. No. 3:07-469

### Southern District of Florida

*Christina Troiano v. Menu Foods, Inc., et al.*, C.A. No. 0:07-60428

### Northern District of Illinois

*Dawn Majerczyk v. Menu Foods, Inc.*, C.A. No. 1:07-1543

### District of New Jersey

*Jared Workman, et al. v. Menu Foods Ltd., et al.*, C.A. No. 1:07-1338

### Eastern District of Tennessee

*Lizajean Holt, et al. v. Menu Foods, Inc.*, C.A. No. 3:07-94

### Western District of Washington

*Tom Whaley v. Menu Foods, Inc., et al.*, C.A. No. 2:07-411
*Stacey Heller, et al. v. Menu Foods*, C.A. No. 2:07-453
*Audrey Kornelius, et al. v. Menu Foods*, C.A. No. 2:07-454
*Suzanne E. Johnson, et al. v. Menu Foods*, C.A. No. 2:07-455
*Michele Suggett, et al. v. Menu Foods, et al.*, C.A. No. 2:07-457