|  |  |  |
|---|---|---|
| William T. Walsh<br>Clerk | **UNITED STATES DISTRICT COURT**<br>**MARTIN LUTHER KING, JR.**<br>**FEDERAL BLD & U.S. COURTHOUSE**<br>**50 WALNUT STREET**<br>**P.O. BOX 419**<br>**NEWARK, N.J. 07101-0419** | CAMDEN OFFICE<br>4th & Cooper Streets<br>P.O. Box 2797<br>Camden, N.J. 08101<br><br>TRENTON OFFICE<br>402 East State Street<br>P.O. Box 515<br>Trenton, N.J. 08603 |

June 25, 2007                                                                                          REPLY TO: CAMDEN

Arkansas Western District Court
Christopher R. Johnson, Clerk
P.O. Box 1547
Fort Smith, AR 72902


Re:  MDL1850 In re Pet Food Products Liability Litigation

        Charles Ray Sims, et al v. Menu Foods Income Fund, et al 5:07-5053
        Richard Scott Widen, et al v. Menu Foods, Inc., et al 5:07-5055

    District of New Jersey Civil Action No.  1:07cv2867(NLH)(AMD)

Dear Clerk:

    Enclosed is a certified copy of the Order of the Judicial Panel on Multidistrict Litigation, transferring the above-entitled action(s) presently pending in your Court to the District of New Jersey and assigning it to the Honorable Noel L. Hillman, USDJ for coordinated or consolidated pretrial proceedings pursuant to 28 USC 1407.

    If your court is currently on CM/ECF Version 3.0 you can transfer the case to us via Case Extraction in Utilities. If you have any questions, please call me at 856-757-5021.

    Please return the copy of this letter when transmitting your file(s) and certified copy of the docket sheet(s).

                                      Sincerely,

                                      WILLIAM T. WALSH, Clerk
                                      Marcy Barratt
                                      /s/ Deputy Clerk

Enc.
cc: Jeffrey N. Luthi
    Clerk, Judicial Panel on Multidistrict Litigation

|  |  |  |
|---|---|---|
| William T. Walsh<br>Clerk | UNITED STATES DISTRICT COURT<br>MARTIN LUTHER KING, JR.<br>FEDERAL BLD & U.S. COURTHOUSE<br>50 WALNUT STREET<br>P.O. BOX 419<br>NEWARK, N.J. 07101-0419 | CAMDEN OFFICE<br>4th & Cooper Streets<br>P.O. Box 2797<br>Camden, N.J. 08101<br><br>TRENTON OFFICE<br>402 East State Street<br>P.O. Box 515<br>Trenton, N.J. 08603 |

June 25, 2007                                             REPLY TO: CAMDEN

California Central District Court
Sherri R. Carter, Clerk
G-8 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701


Re: MDL1850 In re Pet Food Products Liability Litigation

       Shirley Sexton v. Menu Foods Income Fund, et al 2:07-1958

   District of New Jersey Civil Action No. 1:07cv2867(NLH)(AMD)

Dear Clerk:

    Enclosed is a certified copy of the Order of the Judicial Panel on Multidistrict Litigation, transferring the above-entitled action(s) presently pending in your Court to the District of New Jersey and assigning it to the Honorable Noel L. Hillman, USDJ for coordinated or consolidated pretrial proceedings pursuant to 28 USC 1407.

    If your court is currently on CM/ECF Version 3.0 you can transfer the case to us via Case Extraction in Utilities. If you have any questions, please call me at 856-757-5021.

    Please return the copy of this letter when transmitting your file(s) and certified copy of the docket sheet(s).

                                 Sincerely,

                                 WILLIAM T. WALSH, Clerk
                                 Marcy Barratt
                                 /s/ Deputy Clerk

Enc.
cc: Jeffrey N. Luthi
    Clerk, Judicial Panel on Multidistrict Litigation

|  |  |  |
|---|---|---|
| William T. Walsh<br>Clerk | UNITED STATES DISTRICT COURT<br>MARTIN LUTHER KING, JR.<br>FEDERAL BLD & U.S. COURTHOUSE<br>50 WALNUT STREET<br>P.O. BOX 419<br>NEWARK, N.J. 07101-0419 | CAMDEN OFFICE<br>4th & Cooper Streets<br>P.O. Box 2797<br>Camden, N.J. 08101<br><br>TRENTON OFFICE<br>402 East State Street<br>P.O. Box 515<br>Trenton, N.J. 08603 |

June 25, 2007

REPLY TO: CAMDEN

Connecticut District Court
Kevin F. Rowe, Clerk
214 Richard C. Lee United States Courthouse
141 Church Street
New Haven, CT 06510

Re: MDL1850 In re Pet Food Products Liability Litigation

       Lauri A. Osborne v. Menu Foods, Inc., et al 3:07-469

       District of New Jersey Civil Action No. 1:07cv2867(NLH)(AMD)

Dear Clerk:

       Enclosed is a certified copy of the Order of the Judicial Panel on Multidistrict Litigation, transferring the above-entitled action(s) presently pending in your Court to the District of New Jersey and assigning it to the Honorable Noel L. Hillman, USDJ for coordinated or consolidated pretrial proceedings pursuant to 28 USC 1407.

       If your court is currently on CM/ECF Version 3.0 you can transfer the case to us via Case Extraction in Utilities. If you have any questions, please call me at 856-757-5021.

       Please return the copy of this letter when transmitting your file(s) and certified copy of the docket sheet(s).

                                           Sincerely,

                                           WILLIAM T. WALSH, Clerk
                                           Marcy Barratt
                                           /s/ Deputy Clerk

Enc.
cc: Jeffrey N. Luthi
    Clerk, Judicial Panel on Multidistrict Litigation

|  |  |  |
|---|---|---|
| **William T. Walsh**<br>Clerk | **UNITED STATES DISTRICT COURT**<br>**MARTIN LUTHER KING, JR.**<br>**FEDERAL BLD & U.S. COURTHOUSE**<br>**50 WALNUT STREET**<br>**P.O. BOX 419**<br>**NEWARK, N.J. 07101-0419** | CAMDEN OFFICE<br>4th & Cooper Streets<br>P.O. Box 2797<br>Camden, N.J. 08101<br><br>TRENTON OFFICE<br>402 East State Street<br>P.O. Box 515<br>Trenton, N.J. 08603 |

June 25, 2007                                                REPLY TO: CAMDEN

Southern District of Florida
Clarence G. Maddox, II, Clerk
150 Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128

Re: MDL 1850 In re Pet Food Products Liability Litigation

      Christina Troiano v. Menu Foods, Inc., et al 0:07-60428

    District of New Jersey Civil Action No. 1:07cv2867(NLH)(AMD)

Dear Clerk:

    Enclosed is a certified copy of the Order of the Judicial Panel on Multidistrict Litigation, transferring the above-entitled action(s) presently pending in your Court to the District of New Jersey and assigning it to the Honorable Noel L. Hillman, USDJ for coordinated or consolidated pretrial proceedings pursuant to 28 USC 1407.

    If your court is currently on CM/ECF Version 3.0 you can transfer the case to us via Case Extraction in Utilities. If you have any questions, please call me at 856-757-5021.

    Please return the copy of this letter when transmitting your file(s) and certified copy of the docket sheet(s).

                                               Sincerely,

                                               WILLIAM T. WALSH, Clerk
                                               Marcy Barratt
                                               /s/ Deputy Clerk

Enc.
cc: Jeffrey N. Luthi
    Clerk, Judicial Panel on Multidistrict Litigation

| | | |
|---|---|---|
| **William T. Walsh**<br>Clerk | **UNITED STATES DISTRICT COURT**<br>**MARTIN LUTHER KING, JR.**<br>**FEDERAL BLD & U.S. COURTHOUSE**<br>**50 WALNUT STREET**<br>**P.O. BOX 419**<br>**NEWARK, N.J. 07101-0419** | CAMDEN OFFICE<br>4th & Cooper Streets<br>P.O. Box 2797<br>Camden, N.J. 08101<br><br>TRENTON OFFICE<br>402 East State Street<br>P.O. Box 515<br>Trenton, N.J. 08603 |

June 25, 2007                                                                REPLY TO: CAMDEN

Illinois Northern District Court
Michael W. Dobbins, Clerk
2050 Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re: MDL1850 In re Pet Food Products Liability Litigation

       Dawn Majerczyk v. Menu Foods, Inc. 1:07-1543

       District of New Jersey Civil Action No. 1:07cv2867(NLH)(AMD)

Dear Clerk:

       Enclosed is a certified copy of the Order of the Judicial Panel on Multidistrict Litigation, transferring the above-entitled action(s) presently pending in your Court to the District of New Jersey and assigning it to the Honorable Noel L. Hillman, USDJ for coordinated or consolidated pretrial proceedings pursuant to 28 USC 1407.

       If your court is currently on CM/ECF Version 3.0 you can transfer the case to us via Case Extraction in Utilities. If you have any questions, please call me at 856-757-5021.

       Please return the copy of this letter when transmitting your file(s) and certified copy of the docket sheet(s).

                                                    Sincerely,

                                                  WILLIAM T. WALSH, Clerk
                                                  Marcy Barratt
                                                  /s/ Deputy Clerk

Enc.
cc: Jeffrey N. Luthi
    Clerk, Judicial Panel on Multidistrict Litigation

| | | |
|---|---|---|
| **William T. Walsh**<br>Clerk | **UNITED STATES DISTRICT COURT**<br>**MARTIN LUTHER KING, JR.**<br>**FEDERAL BLD & U.S. COURTHOUSE**<br>**50 WALNUT STREET**<br>**P.O. BOX 419**<br>**NEWARK, N.J. 07101-0419** | CAMDEN OFFICE<br>4th & Cooper Streets<br>P.O. Box 2797<br>Camden, N.J. 08101<br><br>TRENTON OFFICE<br>402 East State Street<br>P.O. Box 515<br>Trenton, N.J. 08603 |

June 25, 2007                                                          REPLY TO: CAMDEN

Tennessee Eastern District Court
130 Howard H. Baker Jr. U.S. Courthouse
800 Market Street
Knoxville, TN 37902-7902

Re:  MDL1850 In re Pet Food Products Liability Litigation

      Lizajean Holt, et al v. Menu Foods, Inc. 3:07-94

    District of New Jersey Civil Action No.  1:07cv2867(NLH)(AMD)

Dear Clerk:

    Enclosed is a certified copy of the Order of the Judicial Panel on Multidistrict Litigation, transferring the above-entitled action(s) presently pending in your Court to the District of New Jersey and assigning it to the Honorable Noel L. Hillman, USDJ for coordinated or consolidated pretrial proceedings pursuant to 28 USC 1407.

    If your court is currently on CM/ECF Version 3.0 you can transfer the case to us via Case Extraction in Utilities. If you have any questions, please call me at 856-757-5021.

    Please return the copy of this letter when transmitting your file(s) and certified copy of the docket sheet(s).

                                                        Sincerely,

                                                       WILLIAM T. WALSH, Clerk
                                                       Marcy Barratt
                                                       /s/ Deputy Clerk

Enc.
cc: Jeffrey N. Luthi
    Clerk, Judicial Panel on Multidistrict Litigation

|  | UNITED STATES DISTRICT COURT | CAMDEN OFFICE |
|---|---|---|
|  | MARTIN LUTHER KING, JR. | 4th & Cooper Streets |
| William T. Walsh | FEDERAL BLD & U.S. COURTHOUSE | P.O. Box 2797 |
| Clerk | 50 WALNUT STREET | Camden, N.J. 08101 |
|  | P.O. BOX 419 |  |
|  | NEWARK, N.J. 07101-0419 | TRENTON OFFICE |
|  |  | 402 East State Street |
|  |  | P.O. Box 515 |
|  |  | Trenton, N.J. 08603 |

June 25, 2007                                                                                  REPLY TO: CAMDEN

Washington Western District Court
United States Courthouse
Bruce Rifkin, Clerk
Lobby Level
700 Stewart Street
Seattle, WA 98101-1271


Re: MDL1850 In re Pet Food Products Liability Litigation
      Tom Whaley vs . Menu Foods, Inc., et al 2:07-411
      Stacey Heller, et al vs. Menu Foods 2:07-453
      Audrey Kornelius, et al vs. Menu Foods 2:07-454
      Suzanne E. Johnson, et al vs. Menu Foods 2:07-455
      Michelle Suggett, et al vs. Menu Foods 2:07-457

    District of New Jersey Civil Action No. 1:07cv2867(NLH)(AMD)

Dear Clerk:

    Enclosed is a certified copy of the Order of the Judicial Panel on Multidistrict Litigation, transferring the above-entitled action(s) presently pending in your Court to the District of New Jersey and assigning it to the Honorable Noel L. Hillman, USDJ for coordinated or consolidated pretrial proceedings pursuant to 28 USC 1407.

    If your court is currently on CM/ECF Version 3.0 you can transfer the case to us via Case Extraction in Utilities. If you have any questions, please call me at 856-757-5021.

    Please return the copy of this letter when transmitting your file(s) and certified copy of the docket sheet(s).

                                                                       Sincerely,

                                                                       WILLIAM T. WALSH, Clerk
                                                                       Marcy Barratt
                                                                       /s/ Deputy Clerk

Enc.
cc: Jeffrey N. Luthi
    Clerk, Judicial Panel on Multidistrict Litigation