UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE PET FOOD PRODUCTS<br>LIABILITY LITIGATION | MASTER DOCKET NO. 07-cv-2867<br>(NLH)(AMD) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rules of Court, the following is a list of the parent corporations and publicly held companies that own 10% or more of the party defendants' stock:

1. Menu Foods Investments Ltd. is an Ontario, Canada corporation with its principal place of business in Streetsville, Ontario, Canada. Menu Foods Acquisition Inc. and Menu Foods Limited own 10% or more of Menu Foods Investments Ltd.'s stock.

2. 3036241 Nova Scotia Company is a Nova Scotia, Canada corporation with its principal place of business in Streetsville, Ontario, Canada. Menu Foods Acquisition Inc. owns 10% or more of 3036241 Nova Scotia Company's stock.

3. Retex Management Associates Limited is an Ontario, Canada corporation with its principal place of business in Streetsville, Ontario, Canada. 3036241 Nova Scotia Company owns 10% or more of Retex Management Associates Limited's stock.

4. Menu Foods Corporation is an Ontario, Canada corporation with its principal place of business in Streetsville, Ontario, Canada. Menu Foods Acquisition Inc., Retex Management Associates Limited, Menu Foods Investments Ltd. own 10% or more of Menu Foods Corporation's stock.

5. Menu Foods Limited is an Ontario, Canada corporation with its principal place of business in Streetsville, Ontario, Canada. Menu Foods Corporation owns 10% or more of Menu Foods Limited's stock.

6. Menu Foods Holdings, Inc. is a Delaware corporation with its principal place of business in Pennsauken, New Jersey. Menu Foods Limited owns 10% or more of Menu Foods Holdings' stock.

7. 1446431 Ontario Limited is an Ontario, Canada corporation with its principal

        place of business in Streetsville, Ontario, Canada. Menu Foods Limited owns 10% or more of 1446431 Ontario Limited's stock.

8. 1446432 Ontario Limited is an Ontario, Canada corporation with its principal place of business in Steetsville, Ontario, Canada. Menu Foods Limited and 1446431 Ontario Limited owns 10% or more of 1446432 Ontario Limited's stock.

9. Menu Foods South Dakota Inc. is a Delaware corporation with its principal place of business in North Sioux City, South Dakota. Menu Foods Holdings, Inc. owns 10% or more of Menu Foods South Dakota Inc.'s stock.

10. Menu Foods, Inc. is a New Jersey corporation with its principal place of business in Pennsauken, New Jersey. Menu Foods Holdings, Inc. owns 10% or more of Menu Foods, Inc.'s stock.

11. Menu Foods Midwest Corporation is a Delaware corporation with its principal place of business in Emporia, Kansas. Menu Foods Holdings, Inc. owns 10% or more of Menu Foods Midwest Corporation's stock.

12. Menu Foods Income Fund is an unincorporated open-ended trust established under the laws of the Province of Ontario with its principal place of business in Streetsville, Ontario Canada. AGF Management Limited and Deans Knight Capital Management, Ltd. each hold more than a 10% ownership interest in Menu Foods Income Fund.

Dated: July 30, 2007

                                              Respectfully submitted,

                                              *Gerard H Hanson*

                                              Gerard H. Hanson, Esq.
                                              Hill Wallack LLP
                                              202 Carnegie Center, CN 5226
                                              Princeton, NJ 08543-5226
                                              ghh@hillwallack.com
                                              (609) 924-0808
                                              Fax (609) 452-1888

                                              *Local Counsel for Menu Foods*

Amy W. Schulman, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020
amy.schulman@dlapiper.com
Tel: (212) 335-4500
Fax: (212) 335-4501

Matthew Lepore, Esq.
DLA PIPER US LLP
1200 Nineteenth Street, NW
Washington, DC 20036-2412
matthew.lepore@dlapiper.com

*Counsel for Menu Foods*