UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE    Pet Foods Products | : | Civil Action No. 07-2867 (NLH) |
| Liability Litigation | : | |
| | : | MDL DOCKET NO. 1850 |
| | : | |
| | : | ALL CASES |

**PRACTICE AND PROCEDURE ORDER UPON TRANSFER
PURSUANT TO 28 U.S.C. § 1407(a)**

1. This order shall govern the practice and procedure in those actions transferred to this court by the Judicial Panel on Multidistrict Litigation pursuant to their order of June 19, 2007 as well as all related actions originally filed in this court or transferred or removed to this court. These actions are listed in Schedule A attached hereto. This order shall also govern the practice and procedure in any tag-along actions transferred to this Court by the Judicial Panel on Multidistrict Litigation pursuant to Rule 1 of the Rules of Procedure of that Panel subsequent to the filing of the final transfer order by the Clerk of this Court and any related actions subsequently filed in this Court or otherwise transferred or removed to this Court.

2. The actions described in paragraph 1 of this order are consolidated for pretrial purposes.

3. All counsel must register with this Court's Electronic Case Filing ("ECF") System as an ECF User before the first pretrial conference, or within 10 days of the transfer of their case to this Court. Counsel shall register as an ECF User by completing the prescribed registration form and submitting it to the Clerk of Court. The form is available on the court's web site at www.njd.uscourts.gov. Registration as an ECF User constitutes consent to electronic service of all documents as provided in this Order in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

4. Following the first pretrial conference, all pleadings or other filings shall be filed electronically using this Court's ECF System. No paper service is necessary, except that one courtesy copy of each filing shall be sent directly to chambers. All papers filed in these actions shall bear the identification "MDL Docket No. 1850," and when such paper relates to all these actions, the MDL docket number shall be followed only by the notation "ALL CASES." If such paper does not relate to all of these actions the individual docket numbers assigned by the Clerk of this Court (as listed in Schedule A hereto) of those actions to which the paper relates shall also be listed.

Dockets.Justia.com

5. Any paper which is to be filed in any of these actions shall be filed with the Clerk of this Court and not with the transferor district court.

6. Counsel who appeared in the transferor district court prior to the transfer need not enter a separate appearance before this Court.

7. When registering as an ECF User, an attorney is certifying that he/she has completed the ECF tutorial on the Court's web site or some other form of training provided by the Court. It is recommended that a PACER account be established, which can be accomplished by visiting the PACER web site at http://pacer.psc.uscourts.gov. After verification, the ECF User will receive an electronic notification of the user login and password.

8. If an attorney needs to file a document prior to becoming an ECF User, the document shall be submitted as a paper filing and must be accompanied by a disk or CD ROM containing the signed document in PDF format. The paper document shall be served upon each of the parties listed on the service list in accordance with the rules for service of the Federal Rules of Civil Procedure and the Local Rules of this Court, including the filing of a certificate of service.

9. Prior to the first pretrial conference, service of all papers shall be made on each of the attorneys on the Panel Attorney Service List attached hereto as Schedule L. Any attorney who wishes to have his name added to or deleted from such Panel Attorney Service List may do so upon request to the Clerk of this Court with notice to all other persons on such service list.
Service shall be deemed sufficient if made upon all attorneys on the Panel Attorney Service List via the ECF System. The parties shall present to the Court at the first pretrial conference a list of attorneys for purposes of service. Only one attorney for each party separately represented shall be included on such list.

10. The Court will consider motions for the appointment of lead and/or liaison counsel for each group of parties whose interests are similarly aligned. **In accordance with the procedures set forth in this Order, the parties shall file such motions no later than September 5, 2007.** A formal hearing on the motions will be held at the first pretrial conference.

11. Upon remand of any of these actions the parties will be required to provide to this Court copies of any necessary and relevant papers previously filed.

12. No parties to any of these actions shall be required to obtain

local counsel in this district and the requirements of Local Rule 101.1 of this Court are waived as to any attorney appearing in these actions who is duly admitted to practice before any United States Court.

13. Hearings shall not be held on any motions filed except by order of Court upon such notice as the Court may direct.

14. Any paper filed in any of these actions which is substantially identical to any other paper filed in another of these actions shall be sufficient if it incorporates by reference the paper to which it is substantially identical. Where counsel for more than one party plan to file substantially identical papers they shall join in the submission of such papers and shall file only one paper on behalf of all so joined.

15. Any stay orders previously entered by this Court or any transferor district court are vacated.

16. Any other orders, including protective orders, previously entered by this Court or any transferor district court shall remain in full force and effect unless modified by this Court upon application.

17. All discovery proceedings in these actions are stayed until further order of this Court and the time requirements to perform any acts or file any papers pursuant to Rules 26 through 37, Federal Rules of Civil Procedure, are tolled until the first pretrial conference at which time discovery schedule will be established.

18. Defendants may refrain from filing their Answers to any Complaint filed in, or transferred to, this Court until a date set by the Court at the pretrial conference.

19. The Court will be guided by the Amended Manual for Complex Litigation, Fourth approved by the Judicial Conference of the United States and counsel are directed to familiarize themselves with that publication.

20. All other matters will be discussed at the initial pretrial conference to be held on **WEDNESDAY, September 26, 2007 at 11:00 a.m.** Ten days prior to the conference, counsel shall furnish suggestions for items to be included on the agenda for this conference.

Dated: August 14, 2007
At Camden, New Jersey

NOEL L. HILLMAN, U.S.D.J.

## SCHEDULE A

| | | |
|---|---|---|
| 1. Workman v. Menu Foods | C.A. No. 1:07-1338 | (Judge Noel L. Hillman) |
| 2. Johnson v. Menu Foods | C.A. No. 1:07-1360 | (Judge Noel L. Hillman) |
| 3. Wilson v. Menu Foods | C.A. No. 1:07-1456 | (Judge Noel L. Hillman) |
| 4. Richard v. Menu Foods | C.A. No. 1:07-1457 | (Judge Noel L. Hillman) |
| 5. Tinker v. Menu Foods | C.A. No. 1:07-1468 | (Judge Noel L. Hillman) |
| 6. Bonier v. Menu Foods | C.A. No. 1:07-1477 | (Judge Noel L. Hillman) |
| 7. Hidalgo v. Menu Foods | C.A. No. 1:07-1488 | (Judge Noel L. Hillman) |
| 8. Nunez v. Menu Foods | C.A. No. 1:07-1490 | (Judge Noel L. Hillman) |
| 9. Golding v. Menu Foods | C.A. No. 1:07-1521 | (Judge Noel L. Hillman) |
| 10. Gagliardi v. Menu Foods | C.A. No. 1:07-1522 | (Judge Noel L. Hillman) |
| 11. Turturro v. Menu Foods | C.A. No. 1:07-1523 | (Judge Noel L. Hillman) |
| 12. Schneider v. Menu Foods | C.A. No. 1:07-1533 | (Judge Noel L. Hillman) |
| 13. Berndl v. Menu Foods | C.A. No. 1:07-1553 | (Judge Noel L. Hillman) |
| 14. Pittsonberger v. Menu Foods | C.A. No. 1:07-1561 | (Judge Noel L. Hillman) |
| 15. Carter v. Menu Foods | C.A. No. 1:07-1562 | (Judge Noel L. Hillman) |
| 16. Bullock v. Menu Foods | C.A. No. 1:07-1579 | (Judge Noel L. Hillman) |
| 17. Johnson v. Menu Foods | C.A. No. 1:07-1610 | (Judge Noel L. Hillman) |
| 18. Conner v. Menu Foods | C.A. No. 1:07-1623 | (Judge Noel L. Hillman) |
| 19. Long v. Menu Foods | C.A. No. 1:07-1624 | (Judge Noel L. Hillman) |
| 20. Conti v. Menu Foods | C.A. No. 1:07-1638 | (Judge Noel L. Hillman) |
| 21. Freeman v. Menu Foods | C.A. No. 1:07-1646 | (Judge Noel L. Hillman) |
| 22. Pirches v. Menu Foods | C.A. No. 1:07-1685 | (Judge Noel L. Hillman) |
| 23. Diedrich v. Menu Foods | C.A. No. 1:07-1700 | (Judge Noel L. Hillman) |
| 24. Sokolowski v. Menu Foods | C.A. No. 1:07-1709 | (Judge Noel L. Hillman) |
| 25. McCullough v Menu Foods | C.A. No. 1:07-1710 | (Judge Noel L. Hillman) |
| 26. Colquitt v. Menu Foods | C.A. No. 1:07-1738 | (Judge Noel L. Hillman) |
| 27. DeBarathy v. Menu Foods | C.A. No. 1:07-1739 | (Judge Noel L. Hillman) |
| 28. Byers v. Menu Foods | C.A. No. 1:07-1747 | (Judge Noel L. Hillman) |
| 29. Carestio v. Menu Foods | C.A. No. 1:07-1762 | (Judge Noel L. Hillman) |
| 31. Guercioni v. Menu Foods | C.A. No. 1:07-2202 | (Judge Noel L. Hillman) |
| 32. McGuriman v. Menu Foods | C.A. No. 1:07-2205 | (Judge Noel L. Hillman) |
| 33. Holt v. Menu Foods | C.A. No. 1:07-3029 | (Judge Noel L. Hillman) |
| 34 Widen v. Menu Foods | C.A. No. 1:07-3157 | (Judge Noel L. Hillman) |
| 35. Sims v. Menu Foods | C.A. No. 1:07-3156 | (Judge Noel L. Hillman) |
| 36. Osborne v. Menu Foods | C.A. No. 1:07-3242 | (Judge Noel L. Hillman) |
| 37. Whaley v. Menu Foods | C.A. No. 1:07-3251 | (Judge Noel L. Hillman) |
| 38. Heller v. Menu Foods | C.A. No. 1:07-3252 | (Judge Noel L. Hillman) |
| 39. Kornelius v. Menu Foods | C.A. No. 1:07-3253 | (Judge Noel L. Hillman) |
| 40. Johnson v. Menu Foods | C.A. No. 1:07-3254 | (Judge Noel L. Hillman) |

Page 2

| | | |
|---|---|---|
| 41. *Suggett v. Menu Foods* | C.A. No. 1:07-3255 | (Judge Noel L. Hillman) |
| 42. *Majerczyk v. Menu Foods* | C.A. No. 1:07-3296 | (Judge Noel L. Hillman) |
| 43. *Keller v. Menu Foods* | C.A. No. 1:07-3392 | (Judge Noel L. Hillman) |
| 44. *Brown v. Menu Foods* | C.A. No. 1:07-3423 | (Judge Noel L. Hillman) |
| 45. *Cavin v. Menu Foods* | C.A. No. 1:07-3436 | (Judge Noel L. Hillman) |
| 46. *Schwinger v. Menu Foods* | C.A. No. 1:07-3435 | (Judge Noel L. Hillman) |
| 47. *Light v. Menu Foods* | C.A. No. 1:07-3472 | (Judge Noel L. Hillman) |
| 48. *Roberts v. Menu Foods* | C.A. No. 1:07-3503 | (Judge Noel L. Hillman) |
| 49. *Johnson v. Menu Foods* | C.A. No. 1:07-3504 | (Judge Noel L. Hillman) |
| 50. *Brazilian v. Menu Foods* | C.A. No. 1:07-3515 | (Judge Noel L. Hillman) |
| 51. *Lowery v. Menu Foods* | C.A. No. 1:07-3578 | (Judge Noel L. Hillman) |
| 52. *Ingles v. Menu Foods* | C.A. No. 1:07-3580 | (Judge Noel L. Hillman) |
| 53. *Troiano v. Menu Foods* | C.A. No. 1:07-3627 | (Judge Noel L. Hillman) |
| 54. *Donnelly v. Menu Foods* | C.A. No. 1:07-3628 | (Judge Noel L. Hillman) |
| 55. *Boehm v. Menu Foods* | C.A. No. 1:07-3629 | (Judge Noel L. Hillman) |
| 56. *Payne v. Menu Foods* | C.A. No. 1:07-3667 | (Judge Noel L. Hillman) |
| 57. *Swarberg v. Menu Foods* | C.A. No. 1:07-3668 | (Judge Noel L. Hillman) |
| 58. *Ford v. Menu Foods* | C.A. No. 1:07-3669 | (Judge Noel L. Hillman) |
| 59. *Colliard v. Menu Foods* | C.A. No. 1:07-3670 | (Judge Noel L. Hillman) |
| 60. *Tompkins v Menu Foods* | C.A. No. 1:07-3699 | (Judge Noel L. Hillman) |
| 61. *Cashman v. Menu Foods* | C.A. No. 1:07-3817 | (Judge Noel L. Hillman) |

# INVOLVED COUNSEL LIST (CTO-1)
## DOCKET NO. 1850
## IN RE PET FOOD PRODUCTS LIABILITY LITIGATION

Charles H. Abbott
Gibson Dunn & Crutcher
333 South Grand Avenue
45th Floor
Los Angeles, CA 90071-3197

John H. Alexander
John H. Alexander & Associates
100 West Monroe Street
Suite 2100
Chicago, IL 60603

Thomas C. Angelone
Hodosh, Spinella & Angelone
One Turks Head Place
Suite 1050
Providence, RI 02903-1516

Rene Lynn Barge
Class Action Litigation Group
11111 Santa Monica Blvd.
Los Angeles, CA 90025

Geroge S. Bellas
Bellas & Wachowski
15 North Northwest Highway
Park Ridge, IL 60068

Eric J. Benink
Krause, Kalfayan, Benink & Slavens, LLP
625 Broadway
Suite 635
San Diego, CA 92101

Steve W. Berman
Hagens Berman Sobol Shapiro, LLP
1301 Fifth Avenue
Suite 2900
Seattle, WA 98101

Bruce S. Bistline
Gordon Law Offices
623 West Hays Street
Boise, ID 83702-5512

Garrett D. Blanchfield Jr
Reinhardt, Wendorf & Blanchfield
332 Minnesota Street
Suite E-1250
St. Paul, MN 55101

Norman B. Blumenthal
Blumenthal & Markham
2255 Calle Clara
La Jolla, CA 92037

Anthony G. Brazil
Morris, Polich & Purdy, LLP
1055 West Seventh Street
24th Floor
Los Angeles, CA 90017-2503

Jeniphr A.E. Breckinridge
Hagens Berman Sobol Shapiro, LLP
1301 Fifth Avenue
Suite 2900
Seattle, WA 98101

Rachel Laine Carnaggio
Godfrey & Lapuyade, P.C.
9557 South Kingston Court
Englewood, CO 80112-5952

Paul C. Catos
Thompson & Bowie
Three Canal Plaza
P.O. Box 4630
Portland, ME 04112

Ilan J. Chorowsky
Chorowsky Law Offices
1130 N. Dearborn Street
Suite 3110
Chicago, IL 60610

Christy Comstock
21 West Mountain Street
Suite 300
Fayetteville, AR 72701

Barbara L. Croutch
Pillsbury Winthrop Shaw & Pittman
725 South Figueroa Street
Suite 1200
Los Angeles, CA 90017

Brian R. Cunha
Brian Cunha & Associates
311 Pine Street
Fall River, MA 02720

James L. Davidson
Lerach Coughlin Stoia Geller Rudman & Robbins, LLP
120 East Palmetto Park Road
Suite 500
Boca Raton, FL 33432

Larry D. Drury
Larry D. Drury, Ltd.
205 West Randolph Street
Suite 1430
Chicago, IL 60606

John G. Emerson
Emerson Poynter, LLP
830 Apollo Lane
Houston, TX 77058

Thomas M. Ferlauto
King & Ferlauto
1880 Century Park East
Suite 820
Los Angeles, CA 90067-1627

Luis Guillermo Figueroa
Attorneys Trial Group
540 North Semoran Blvd.
Orlando, FL 32807

Jack Michael Fribley
Faegre & Benson, LLP
90 South Seventh Street
Suite 2200
Minneapolis, MN 55402-3901

Andrew H. Friedman
Helmer Friedman
723 Ocean Front Walk
Venice, CA 90291

Wendi J. Frisch
Morris, Polich & Purdy, LLP
1055 West 7th Street
Suite 2400
Los Angeles, CA 90017

Robert B. Gerard
Gerard & Osuch, LLP
2840 South Jones Boulevard
Building D, Suite 4
Las Vegas, NV 89146

INVOLVED COUNSEL LIST (CTO-1) MDL-1850

PAGE 2 OF 4

Jeremy Gilman
Benesch, Friedlander, Coplan & Aronoff
2300 BP Tower
200 Public Square
Cleveland, OH 44114-2378

Paul Gordon
Paul Gordon, LLC
650 South Cherry Street
Suite 835
Denver, CO 80246

Patrick J. Goss
Rose Law Firm
120 East Fourth Street
Little Rock, AR 72201

Daniel E. Gustafson
Gustafson Gluek PLLC
608 Second Avenue South
Suite 650
Minneapolis, MN 55402

Susan M. Hack
Higgs, Fletcher & Mack, LLP
401 West A Street
Suite 2600
San Diego, CA 92101-1406

Jason Matthew Hatfield
Lundy & Davis, LLP
300 North College Avenue
Suite 309
Fayetteville, AR 72701

Bradley T. Hayes
804 State Street
Natchez, MS 39120

Bradley David Hergott
Scandaglia & Ryan
55 East Monroe Street
Suite 3930
Chicago, IL 60603

Harold M. Hewell
Hewell Law Firm
402 West Broadway
Fourth Floor
San Diego, CA 92101

Mick D. Hodges
Peterson Hodges & Harper
P.O. Box 3088
Twin Falls, ID 83303-5298

Charles H. Horn
Wright, Robinson, Osthimer & Tatum
44 Montgomery Street
18th Floor
San Francisco, CA 94104

William Gene Horton
Nolan, Caddell & Reynolds, P.A.
122 North 11th Street
Post Office Box 184
Fort Smith, AR 72902-0184

Don Howarth
Howarth & Smith
523 West Sixth Street
Suite 729
Los Angeles, CA 90014

Brian S. Inamine
Wright, Robinson, Osthimer & Tatum
888 South Figueroa Street
Suite 600
Los Angeles, CA 90017

D. Jeffrey Ireland
Faruki, Ireland & Cox, P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH 45402

Frank Jablonski
Progressive Law Group, LLC
354 West Main Street
Madison, WI 53703

Christopher D. Jennings
Emerson Poynter, LLP
The Museum Center, Suite 305
500 President Clinton Avenue
Little Rock, AR 72201

Robert A. Jigarjian
Jigarjian Law Office
128 Tunstead Avenue
San Anselmo, CA 94960

Jeffrey T. Kestle
Gardner, Bond, Trabolsi, St.
Louis & Clement
2200 Sixth Avenue
Suite 600
Seattle, WA 98121

Michael S. Kreidler
Stich, Angell, Kreidler &
Dodge, P.A.
The Crossings, Suite 120
250 Second Avenue South
Minneapolis, MN 55401

Paul F. Linn
Michael Best & Friedrich, LLP
100 E. Wisconsin Ave, Ste.
3300
Milwaukee, WI 53202

Carrie Ann Lubinski
Gordon & Rees, LLP
Embarcadero Center West
275 Battery Street
20th Floor
San Francisco, CA 94111

Gary E. Mason
Mason Law Firm, P.C.
1225 19th Street, N.W.
Suite 500
Washington, DC 20036

Edward T. Matthews
Fredrikson & Byron
200 South 6th Street
Suite 4000
Minneapolis, MN 55402-1425

John J. McDonough
Cozen O'Connor, LLP
45 Broadway Atrium
Suite 1600
New York, NY 10006

Robert D. McIntosh
Adorno & Yoss, LLP
888 SE 3rd Avenue
Suite 500
Fort Lauderdale, FL
33316-1159

Jennifer L. McKeegan
Gallagher, Sharp, Fulton & Norman
Bulkley Building
6th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Steven J. Merker
Dorsey & Whitney LLP
370 17th Street
Republic Plaza Building
Suite 4700
Denver, CO 80202-5647

Ethan A. Miller
Squire, Sanders & Dempsey, L.L.P.
One Maritime Plaza
Suite 300
San Francisco, CA 94111

Daniel J. Mitchell
Bernstein Shur
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029

J. Chad Moore
270 Market Street
Millersburg, PA 17061

Michael S. Morrison
Schonbrun DeSimone Seplow Harris
& Hoffman
723 Ocean Front Walk
Venice, CA 90291-3270

John F. Mullen
Cozen O'Connor
1900 Market Street
Fourth Floor
Philadelphia, PA 19103-3508

Dennis E. Murray Sr.
Murray & Murray Co., LPA
111 East Shoreline Dr.
P.O. Box 19
Sandusky, OH 44871

Michael David Myers
Myers & Co., P.L.L.C.
1809 Seventh Avenue
Suite 700
Seattle, WA 98101

Allison Beth Neidoff
Gibbons, PC
One Pennsylvania Plaza
37th Floor
New York, NY 10119-3701

Gregory M. Nespole
Wolf Haldenstein Adler Freeman & Herz
LLP
270 Madison Avenue
11th Floor
New York, NY 10016

Marshall S. Ney
Mitchell, Williams, Selig, Gates &
Woodyard, PLLC
5414 Pinnacle Point Drive
Suite 500
Rogers, AR 72758

William M. O'Mara
O'Mara Law Firm, P.C.
311 East Liberty Street
Reno, NV 89501

Gina E. Och
Murchison & Cumming
Chase Plaza
801 South Grand Avenue
9th Floor
Los Angeles, CA 90017-4613

Katherine J. Odenbreit
Class Action Litigation Group
13123 Garden Land Road
Los Angeles, CA 90049

Behram V. Parekh
Kirtland & Packard, LLP
2361 Rosecrans Blvd.
4th Floor
El Segundo, CA 90245-4923

David C. Parisi
Parisi & Havens
15233 Valleyheart Drive
Sherman Oaks, CA 91403

David A. Payne
Tom W. Cardin, P.C.
607 Main Street
Cassville, MO 65625

Terry M. Poynter
P.O. Box 370
Mountain Home, AR 72654-0370

Andrae P. Reneau
Wexler Toriseva Wallace, LLP
One North LaSalle Street
Suite 2000
Chicago, IL 60602

Eugene R. Richard
Wayne Richard & Hurwitz, LLP
One Boston Place
Suite 3620
Boston, MA 02108

Steven Lee Rodriguez
Cozen & O'Connor
425 California Street
Suite 2400
San Francisco, CA 94104

Daniel L. Rottinghaus
Berding & Weil
3240 Stone Valley Road West
Alamo, CA 94507

Edward B. Ruff III
Pretzel & Stouffer, Chtd.
One South Wacker Drive
Suite 2500
Chicago, IL 60606-4673

Steven E. Schwarz
Law Offices of Steven E. Schwarz
2461 W. Foster Avenue
#1W
Chicago, IL 60625

Richard Mark Segal
Pillsbury Winthrop Shaw & Pittman
101 West Broadway
Suite 1800
San Diego, CA 92101

Scott R. Shepherd
Shepherd, Finkelman, Miller & Shah,
LLC
4400 North Federal Highway
Suite 200
Lighthouse Point, FL 33064

Charles W. Spann
Perry & Spann
6130 Plumas Street
Reno, NV 89509

INVOLVED COUNSEL LIST (CTO-1) MDL-1850                                                                                   PAGE 4 OF 4

Dan Channing Stanley
Stanley & Kurtz, PLLC
422 South Gay Street
Third Floor
Knoxville, TN 37902

Michael L. Stoker
Johns, Flaherty & Rice, S.C.
205 Fifth Avenue South
Suite 600
P.O. Box 1626
La Crosse, WI 54602

Stuart C. Talley
Kershaw, Cutter & Ratinoff LLP
980 9th Street
19th Floor
Sacramento, CA 95814-2719

Mark John Tamblyn
Wexler, Toriseva, Wallace, LLP
1610 Arden Way
Suite 290
Sacramento, CA 95815

Jennifer Reba Thomaidis
Thomaidis Law, LLC
1866 Vine Street
Denver, CO 80206

Stephen R. Thomas
Moffatt, Thomas, Barrett, Rock & Fields, Chtd.
P.O. Box 829
Boise, ID 83701

Jeffrey R. Thompson
O'Neil, Parker & Williamson
416 Cumberland Avenue, S.W.
P.O. Box 217
Knoxville, TN 37902

Michael Patrick Turiello
Preztel & Stouffer, Chtd.
One South Wacker Drive
Suite 2500
Chicago, IL 60606-4673

Adam T. Waskowski
Lord, Bissell & Brook, LLP
111 South Wacker Drive
Chicago, IL 60606

Peter N. Wasylyk
Law Offices of Peter N. Wasylyk
1307 Chalkstone Avenue
Providence, RI 02908

Scott Wm. Weinstein
Morgan & Morgan, P.A.
12800 University Drive
Suite 600
P.O. Box 9504
Fort Myers, FL 33906

Jeff S. Westerman
Milberg, Weiss & Bershad LLP
One California Plaza, Suite 3900
300 South Grand Avenue
Los Angeles, CA 90071

Jeffrey M. White
Pierce, Atwood, LLP
One Monument Square
Portland, ME 04101

Nicholas M. Wieczorek
Morris Polich & Purdy, LLP
3980 Howard Hughes Parkway
Suite 400
Las Vegas, NV 89109

Cheryl A. Williams
Milberg Weiss & Bershad
One California Plaza
300 South Grand Avenue
Suite 3900
Los Angeles, CA 90071

Shawn A. Williams
Millberg Weiss Bershad Hynes & Lerach, LLP
100 Pine Street
Suite 2600
San Francisco, CA 94111

Brian D. Wright
Faruki, Ireland & Cox, PLLC
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH 45402