**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE PET FOOD PRODUCTS LIABILITY LITIGATION** | **Civil Action No. 07-2867 (NLH/AMD)**<br>**MDL DOCKET NO. 1850**<br>**ALL CASES** |

To:   William T. Walsh, Clerk
      United States District Court
      for the District of New Jersey
      Mitchell H. Cohen Building & U.S. Courthouse
      4th & Cooper Streets Room 1050
      Camden, NJ 08101

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Mark C. Goodman, Anne C. Goodwin, John B.T. Murray, Jr., and Joseph C. Weinstein of Squire, Sanders & Dempsey L.L.P. and Liza M. Walsh and Tricia B. O'Reilly of Connell Foley LLP hereby enter an appearance on behalf of Defendant PetSmart, Inc. and request that copies of all papers in this action be served upon the undersigned.

| | |
|---|---|
| Mark C. Goodman<br>Squire, Sanders & Dempsey L.L.P.<br>One Maritime Plaza, Suite 300<br>San Francisco, California 94111-3492<br>Telephone:     (415) 954-0289<br>Facsimile:     (415) 393-9887<br>mgoodman@ssd.com | Anne C. Goodwin<br>Squire, Sanders & Dempsey L.L.P.<br>555 South Flower Street, 31st Floor<br>Los Angeles, California 90071-2300<br>Telephone:     (213) 689-6535<br>Facsimile:     (213) 623-4581<br>agoodwin@ssd.com |
| John B.T. Murray, Jr.<br>Squire, Sanders & Dempsey L.L.P.<br>1900 Phillips Point West<br>777 South Flagler Drive<br>West Palm Beach, Florida 33401-6198<br>Telephone:     (561) 650-7213<br>Facsimile:     (561) 655-1509<br>jbmurray@ssd.com | Joseph C. Weinstein<br>Squire, Sanders & Dempsey L.L.P.<br>4900 Key Tower<br>127 Public Square<br>Cleveland, Ohio 44114-1304<br>Telephone:     (216) 479-8426<br>Facsimile:     (216) 479-8780<br>jweinstein@ssd.com |

| | |
|---|---|
| Liza M. Walsh<br>Connell Foley LLP<br>85 Livingston Avenue<br>Roseland, New Jersey 07068<br>Telephone:    (973) 535-0500<br>Facsimile:    (973) 535-9217<br>lwalsh@connellfoley.com | Tricia B. O'Reilly<br>Connell Foley LLP<br>85 Livingston Avenue<br>Roseland, New Jersey 07068<br>Telephone:    (973) 535-0500<br>Facsimile:    (973) 535-9217<br>toreilly@connellfoley.com |

 

s/ *Mark C. Goodman*
Mark C. Goodman
Anne C. Goodwin
Joseph C. Weinstein
John B.T. Murray, Jr.
Squire, Sanders & Dempsey L.L.P.


s/ *Liza M. Walsh*
Liza M. Walsh
Tricia B. O'Reilly
Connell Foley LLP

*Counsel for PetSmart, Inc.*

Dated:  August 21, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of August 2007 a true and correct copy of the foregoing Notice of Appearance was served via US Mail, postage paid, on all attorneys listed on the Panel Attorney Service List.

s/ *Liza M. Walsh*
Liza M. Walsh
Connell Foley LLP

1864072-01