## UNITED STATED DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE PET FOOD PRODUCTS LIABILITY LITIGATION | Civil Action No. 07-2867 (NLH/AMD)<br>MDL DOCKET NO. 1850<br>ALL CASES |

To: William T. Walsh, Clerk
United States District Court
for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Mark C. Goodman, Robin Lea Hanger, John B.T. Murray, Jr., and Joseph C. Weinstein of Squire, Sanders & Dempsey L.L.P. and Liza M. Walsh and Tricia B. O'Reilly of Connell Foley LLP hereby enter an appearance on behalf of Defendants PETCO Animal Supplies, Inc., PETCO Animal Supply Store, Inc., and PETCO Southwest, Inc. and request that copies of all papers in this action be served upon the undersigned.

| | |
|---|---|
| Mark C. Goodman<br>Squire, Sanders & Dempsey L.L.P.<br>One Maritime Plaza<br>Suite 300<br>San Francisco, California 94111-3492<br>Telephone:     (415) 954-0289<br>Facsimile:     (415) 393-9887<br>mgoodman@ssd.com | Robin Lea Hanger<br>Squire, Sanders & Dempsey L.L.P.<br>200 South Biscayne Boulevard<br>Suite 4000<br>Miami, Florida 33131-2398<br>Telephone:     (305) 577-7040<br>Facsimile:     (305) 577-7001<br>rlhanger@ssd.com |
| John B.T. Murray, Jr.<br>Squire, Sanders & Dempsey L.L.P.<br>1900 Phillips Point West<br>777 South Flagler Drive<br>West Palm Beach, Florida 33401-6198<br>Telephone:     (561) 650-7213<br>Facsimile:     (561) 655-1509<br>jbmurray@ssd.com | Joseph C. Weinstein<br>Squire, Sanders & Dempsey L.L.P.<br>4900 Key Tower<br>127 Public Square<br>Cleveland, Ohio 44114-1304<br>Telephone:     (216) 479-8426<br>Facsimile:     (216) 479-8780<br>jweinstein@ssd.com |

1864050-01

| | |
|---|---|
| Liza M. Walsh<br>Connell Foley LLP<br>85 Livingston Avenue<br>Roseland, New Jersey 07068<br>Telephone:     (973) 535-0500<br>Facsimile:     (973) 535-9217<br>lwalsh@connellfoley.com | Tricia B. O'Reilly<br>Connell Foley LLP<br>85 Livingston Avenue<br>Roseland, New Jersey 07068<br>Telephone:     (973) 535-0500<br>Facsimile:     (973) 535-9217<br>toreilly@connellfoley.com |
| | s/ *Mark C. Goodman*<br>Mark C. Goodman<br>Robin Lea Hanger<br>Joseph C. Weinstein<br>John B.T. Murray, Jr.<br>Squire, Sanders & Dempsey L.L.P. |
| | s/ *Liza M. Walsh*<br>Liza M. Walsh<br>Tricia B. O'Reilly<br>Connell Foley LLP |
| Dated:  August 21, 2007 | *Counsel for PETCO Animal Supplies, Inc., PETCO Animal Supply Store, Inc., and PETCO Southwest, Inc.* |

1864050-01

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of August 2007 a true and correct copy of the foregoing Notice of Appearance was served via US Mail, postage paid, on all attorneys listed on the Panel Attorney Service List.

                                                  s/ *Liza M. Walsh*
                                                  Liza M. Walsh
                                                  Connell Foley LLP

1864050-01