**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE PET FOOD PRODUCTS LIABILITY LITIGATION | Civil Action No. 07-2867 (NLH/AMD) <br><br> MDL DOCKET NO. 1850 <br><br> ALL CASES |

To:  William T. Walsh, Clerk
 United States District Court
 for the District of New Jersey
 Mitchell H. Cohen Building & U.S. Courthouse
 4th & Cooper Streets Room 1050
 Camden, NJ 08101

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Mark C. Goodman, Amy L. Brown, John B.T. Murray, Jr., and Joseph C. Weinstein of Squire, Sanders & Dempsey L.L.P. and Liza M. Walsh and Tricia B. O'Reilly of Connell Foley LLP hereby enter an appearance on behalf of Defendants Wal-Mart Stores, Inc. and request that copies of all papers in this action be served upon the undersigned.

| | |
|---|---|
| Mark C. Goodman <br> Squire, Sanders & Dempsey L.L.P. <br> One Maritime Plaza <br> Suite 300 <br> San Francisco, California 94111-3492 <br> Telephone:     (415) 954-0289 <br> Facsimile:      (415) 393-9887 <br> mgoodman@ssd.com | Amy L. Brown <br> Squire, Sanders & Dempsey L.L.P. <br> 1201 Pennsylvania Avenue, N.W. <br> P.O. Box 407 <br> Washington, DC  20044-0407 <br> Telephone:     (202) 626-6707 <br> Facsimile:      (202) 626-6780 <br> abrown@ssd.com |
| John B.T. Murray, Jr. <br> Squire, Sanders & Dempsey L.L.P. <br> 1900 Phillips Point West <br> 777 South Flagler Drive <br> West Palm Beach, Florida 33401-6198 <br> Telephone:     (561) 650-7213 <br> Facsimile:      (561) 655-1509 <br> jbmurray@ssd.com | Joseph C. Weinstein <br> Squire, Sanders & Dempsey L.L.P. <br> 4900 Key Tower <br> 127 Public Square <br> Cleveland, Ohio 44114-1304 <br> Telephone:     (216) 479-8426 <br> Facsimile:      (216) 479-8780 <br> jweinstein@ssd.com |

| | |
|---|---|
| Liza M. Walsh | Tricia B. O'Reilly |
| Connell Foley LLP | Connell Foley LLP |
| 85 Livingston Avenue | 85 Livingston Avenue |
| Roseland, New Jersey 07068 | Roseland, New Jersey 07068 |
| Telephone: (973) 535-0500 | Telephone: (973) 535-0500 |
| Facsimile: (973) 535-9217 | Facsimile: (973) 535-9217 |
| lwalsh@connellfoley.com | toreilly@connellfoley.com |

s/ *Mark C. Goodman*
Mark C. Goodman
Amy L. Brown
Joseph C. Weinstein
John B.T. Murray, Jr.
Squire, Sanders & Dempsey L.L.P.


s/ *Liza M. Walsh*
Liza M. Walsh
Tricia B. O'Reilly
Connell Foley LLP

*Counsel for Wal-Mart Stores, Inc.*

Dated:  August 21, 2007

1864079-01

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of August 2007 a true and correct copy of the foregoing Notice of Appearance was served via US Mail, postage paid, on all attorneys listed on the Panel Attorney Service List.

s/ *Liza M. Walsh*
Liza M. Walsh
Connell Foley LLP

1864079-01