```
                                              JUDICIAL PANEL ON
                                           MULTIDISTRICT LITIGATION

                                                 AUG - 1 2007

                                                    FILED
                                                CLERK'S OFFICE
```

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL NO. 1850

## IN RE Pet Food Products Liability Litigation

~~Yvonne Ortiz v. Menu Foods, Inc., et al., D. Hawaii, C.A. No. 1:07-323~~ Opposed 8/16/07

*Mary DiCaprio v. Menu Foods Income Fund, et al.,* W.D. Pennsylvania, C.A. No. 2:07-734

## CONDITIONAL TRANSFER ORDER (CTO-2)

On June 19, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2007). Since that time, 65 additional actions have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable Noel L. Hillman.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Hillman.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of June 19, 2007, and, with the consent of that court, assigned to the Honorable Noel L. Hillman.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

```
Inasmuch as no objection is
pending at this time, the
stay is lifted.

    AUG 17 2007

    CLERK'S OFFICE
   JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
```

## INVOLVED COUNSEL LIST (CTO-2)
## MDL NO. 1850
### IN RE Pet Food Products Liability Litigation

Lynn E. Bell
Davis, McFarland & Carroll
One Gateway Center
10th Floor
Pittsburgh, PA 15222

Joseph S. Bellissimo
Peirce, Raimond & Coulter
707 Grant Street
2500 Gulf Tower
Pittsburgh, PA 15219

Emily A. Gardner
Emily A. Gardner, Attorney at Law LLC
735 Bishop Street
Suite 402
Honolulu, HI 96813

Thomas R. Grande
Davis, Levin, Livingston, Grande
Davis Levin Livingston Grande Place
851 Fort Street
Suite 400
Honolulu, HI 96813-4317

Barbara J. Kirschenbaum
Love & Kirschenbaum, LLC
1164 Bishop Street
Suite 1105
Honolulu, HI 96813

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:        [202] 502-2888
http://www.jpml.uscourts.gov

August 17, 2007

William T. Walsh, Clerk
1050 Mitchell H. Cohen U.S. Courthouse
400 Cooper Street
Camden, NJ 08102

Re: MDL-1850 -- IN RE Pet Food Products Liability Litigation

(See Attached CTO-2)

Dear Mr. Walsh:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on August 1, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By /s/ Denise Morgan-Stone
Deputy Clerk

Attachment

cc: Transferee Judge:    Judge Noel L. Hillman
    Transferor Judge:    Judge David Stewart Cercone
    Transferor Clerk:    Robert V. Barth, Jr.

JPML Form 36