|  | UNITED STATES DISTRICT COURT<br>MARTIN LUTHER KING, JR.<br>FEDERAL BLD & U.S. COURTHOUSE<br>50 WALNUT STREET<br>P.O. BOX 419<br>NEWARK, N.J. 07101-0419 | CAMDEN OFFICE<br>4th & Cooper Streets<br>P.O. Box 2797<br>Camden, N.J. 08101 |
|---|---|---|
| William T. Walsh<br>Clerk | | TRENTON OFFICE<br>402 East State Street<br>P.O. Box 515<br>Trenton, N.J. 08603 |

Date: August 21, 2007                                                                              Reply to Camden

In Re: Pet Food Products Liability Litigation
MDL Docket Number: 1850
Master Docket In New Jersey: 1:07-cv-02867 (NLH)(AMD)

NOTICE TO ALL COUNSEL:

On August 17, 2007     the Judicial Panel on Multidistrict Litigation transferred the following action(s) concerning this litigation to the District of New Jersey:

2:07-734 W.D. of PA - Mary DiCaprio v. Menu Foods Income Fund, et al

All mail in this litigation should be sent to the Camden office. The District of New Jersey requires documents be filed electronically. Please refer to the Court's website www.njd.uscourts.gov to obtain information on becoming an Electronic Filing User in the District of New Jersey. Documents not filed electronically must be submitted with a disc or CD-ROM in accordance with the District of New Jersey's CM/ECF Policies and Procedures. These Policies and Procedures can be found on the Court's website. If there is a need to contact this office by phone, you may contact Marcy Barratt or Susan Bush at 856-757-5021.

The District of New Jersey's motion practice is covered by Local Rules 7.1, 37.1 and 78.1 and will be followed, unless otherwise ordered by the Court. The Local Civil Rules are available on the Court's website.

Sincerely,

William T. Walsh, Clerk

By: s/ Tom Haggerty
Deputy Clerk

Enc.
cc: Jeffrey N. Luthi
    Clerk, Judicial Panel on Multidistrict Litigation

DNJ-Civ-MDL-002