## IN THE UNITED STATES DISTRICT COURT OF NEW JERSEY

| | | |
|---|---|---|
| RICHARD SCOTT AND BARBARA WIDEN, Individually and All Other Persons Similarly Situated, <br><br>    Plaintiffs <br><br> vs. <br><br> MENU FOODS; MENU FOODS INCOME FUND; MENU FOODS GEN PAR LIMITED; MENU FOODS LIMITED PARTNERSHIP; MENU FOODS OPERATING PARTNERSHIP; MENU FOODS MIDWEST CORP.; MENU FOODS SOUTH DAKOTA; MENU FOODS, INC.; MENU FOODS HOLDINGS, INC.; WAL-MART STORES, INC., <br><br>    Defendants | § § § § § § § § § § § § § § § § § § § § § | CASE NO. 1:07-cv-2867 |

### NOTICE OF ATTORNEY APPEARANCE

Comes now Leisa B. Pearlman, of the law firm Patton, Roberts, McWilliams & Capshaw, LLP, and hereby enters her appearance as an attorney of record in this cause on behalf of Plaintiffs, Richard Scott and Barbara Widen, and requests the Clerk of the above named Court to enter the same of record.

   Respectfully submitted,

/s/ Leisa B. Pearlman
Sean F. Rommel
TX State Bar No. 24011612
Leisa B. Pearlman
TX State Bar No. 15689960

NOTICE OF ATTORNEY APPEARANCE – Page 1

Dockets.Justia.com

**PATTON, ROBERTS, MCWILLIAMS
& CAPSHAW, L.L.P.**
2900 St. Michael Drive, Suite 400
Post Office Box   6128
Texarkana, Texas  75505-6128
Telephone: (903) 334-7000
Facsimile:  (903) 334-7007

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing instrument was served through electronic filing to all counsel of record on this 27th day of August, 2007.

                                          /s/ Leisa B. Pearlman
                                          LEISA B. PEARLMAN