## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

Wendy Krosschell, on behalf of herself
and all other similarly situated,

                  Plaintiff,

    v.

Menu Foods Income Fund, Menu
Foods, Inc., Menu Foods Holdings, Inc.,
Menu Foods Midwest Corporation,
ChemNutra, Inc., and ChemNutra, LLC,

                Defendants.

Case No. 07-cv-02108 (ADM/AJB)

**STIPULATION STAYING
ALL PROCEEDINGS
AND FOR PRESERVATION
OF EVIDENCE**

WHEREAS, this case is one of over eighty (80) putative class actions filed in this Court and several other courts throughout the country for damages and injunctive relief, arising from the manufacture, distribution, and/or sale of pet food products by Defendants Menu Foods Income Fund, Menu Foods, Inc., Menu Foods Holdings, Inc., and Menu Foods Midwest Corporation (collectively referred to as "Menu Foods"); and

WHEREAS, Defendants currently have class actions pending in the Western District of Washington, Eastern District of Tennessee, Northern District of Illinois, Western District of Wisconsin, Western District of Arkansas, District of New Jersey, Middle District of Florida, Northern District of Florida, Southern District of Florida, District of Connecticut, Central District of California, District of Rhode Island, District of Maine, Northern District of California, District of Nevada, District of Idaho, Northern District of Ohio, District of Minnesota, District of Colorado, District of Massachusetts, and Southern District of New York; and

WHEREAS, at least five (5) different plaintiffs have already filed separate motions for transfer and coordination or consolidation pursuant to 28 U.S.C. § 1407 seeking to transfer their

Dockets.Justia.com

cases to the Central District of California, Southern District of Florida, Western District of Washington, or District of New Jersey; and

WHEREAS, the MDL Panel will determine whether all actions, including this action, should be transferred and coordinated and/or consolidated under 28 U.S.C. § 1407 for pretrial proceedings and

WHEREAS, the MDL Panel held a hearing on May 31, 2007, in Las Vegas, Nevada, but has not yet issued an order; and

WHEREAS, the parties believe that in the short intervening time between now and a decision by the MDL Panel on transfer and coordination and/or consolidation, a stay of these proceedings will conserve party and judicial resources.

IT IS HEREBY STIPULATED by and between the Plaintiff and Defendants, Menu Foods, through their designated counsel, that this matter, including the deadlines for the parties to participate in class certification and other pretrial proceedings, be stayed pending the establishment of In re: Pet Food Products Liability Litigation, MDL Docket No. 1850, and the potential subsequent transfer of this case for coordinated pretrial proceedings with other actions pending throughout the country.

All parties shall, during the pendency of the stay of this matter, comply with their duty to preserve all evidence that may be relevant to this action. This duty extends to documents, electronic data, and tangible things in the possession, custody and control of the parties to this action, and any employees, agents, contractors, or carriers who possess materials reasonably anticipated to be the subject of discovery in this action. "Preservation" is to be interpreted broadly to accomplish the goal of maintaining the integrity of all documents, data, and tangible things reasonably anticipated to be the subject of discovery under Fed. R. Civ. P. 26, 45, and

56(e) in this action.  Preservation includes taking reasonable steps to prevent the partial or full destruction, alteration, testing, deletion, shredding, incineration, wiping, relocation, migration, theft, or mutation of such material, as well as negligent or intentional handling that would make material incomplete or inaccessible.  If the business practices of any party involve the routine destruction, recycling, relocation, or mutation of materials, the party must, to the extent practicable for the pendency of this order, either:

1.    halt such business practices;

2.    sequester or remove such material from the business process; or

3.    arrange for the preservation of complete and accurate duplicates or copies of such material, suitable for later discovery if requested.

IT IS SO STIPULATED.


Dated:  June 4, 2007                    _____s/ Daniel C. Hedlund_____
                                        Daniel E. Gustafson (#202241)
                                        Daniel C. Hedlund (#0258337)
                                        **GUSTAFSON GLUEK PLLC**
                                        650 Northstar East
                                        608 Second Avenue South
                                        Minneapolis, MN  55402
                                        Telephone:  (612) 333-8844
                                        Facsimile:   (612) 339-6622

                                        Dennis Stewart
                                        **HULETT HARPER STEWART LLP**
                                        550 West "C" Street, Suite 1600
                                        San Diego, CA  92101
                                        Telephone:  (619) 338-1133
                                        Facsimile:   (619) 338-1139

                                        Dianne M. Nast
                                        **RODANAST, P.C.**
                                        801 Estelle Drive
                                        Lancaster, PA  17601
                                        Telephone:  (717) 892-3000
                                        Facsimile:   (717) 892-1200

Joseph Goldberg
**FREEDMAN BOYD DANIELS
HOLLANDER & GOLDBERG P.A.**
20 First Plaza, Suite 700
Albuquerque, NM 87102
Telephone: (505) 842-9960
Facsimile: (505) 842-0761

**ATTORNEYS FOR PLAINTIFF
AND THE PROPOSED CLASS**

Dated: June 5, 2007

_____s/ Edward T. Matthews_____
Lora Esch Mitchell (#259615)
Edward T. Matthews (#327633)
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402
Telephone: (612) 492-7185 / 7261
Facsimile: (612) 492-7077

**ATTORNEYS FOR DEFENDANTS
MENU FOODS INCOME FUND, MENU
FOODS, INC., MENU FOODS
HOLDINGS, INC., AND MENU FOODS
MIDWEST CORPORATION**