UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | :    MDL Docket No. 1850 |
| | : |
| **PET FOOD PRODUCTS LIABILITY** | : |
| **LITIGATION** | : |
| | : |

### ENTRY OF APPEARANCE

Kindly enter my appearance as co-counsel on behalf of Plaintiffs, Chantelle Conti and Cheri Cutler for ECF Notice in the above-captioned matter.

                                                             *s/ Michael D. Donovan*
                                                             Michael D. Donovan, Esquire
                                                             DONOVAN SEARLES, LLC
                                                             1845 Walnut Street, Suite 1100
                                                             Philadelphia, PA  19103
                                                             (215) 732-6067
                                                             (215) 732-8060 Fax
                                                             mdonovan@donovansearles.com

Dated:  August 29, 2007