UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | : MDL Docket No. 1850 |
| | : |
| **PET FOOD PRODUCTS LIABILITY** | : |
| **LITIGATION** | : |
| | : |

ENTRY OF APPEARANCE

Kindly enter my appearance as co-counsel on behalf of Plaintiffs, Chantelle Conti and Cheri Cutler for ECF Notice in the above-captioned matter.

s/ Michael D. Donovan
Michael D. Donovan, Esquire
DONOVAN SEARLES, LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
(215) 732-6067
(215) 732-8060 Fax
mdonovan@donovansearles.com

Dated: August 29, 2007