## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

IN RE   Pet Food Products        :      Civil Action No. 07-2867 (NLH)
        Liability Litigation     :
                                 :      MDL DOCKET NO. 1850
                                 :
                                 :      ALL CASES


The Court raising this issue *sua sponte* having received communications from non-party members of the putative class in the instant action; and

These non-parties seeking the right to negotiate and settle their claims with Defendant Menu Foods; but

Defendant Menu Foods having entered into a consent order to cease its communications with putative class members until a supplemental communication is agreed upon by the parties and/or approved by the Court [Civ. A. No. 07-1338, Docket Nos. 31, 36]; and,

The Court having advised certain plaintiffs and Menu Foods to promptly present to the Court supplemental communications with putative class members; but

No proposed supplemental communications having been presented to the Court;

**IT IS HEREBY** on this 28th day of August, 2007

**ORDERED** that any interested party show cause on September 26, 2007 at 11:00am in Courtroom 3A why Menu Foods should not be granted leave to settle with certain designated members of the putative class.


                                        s/ Noel L. Hillman
At Camden, New Jersey                   NOEL L. HILLMAN, U.S.D.J.