UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| IN RE PET FOOD PRODUCTS LIABILITY LITIGATION | Civil Action No. 07-2867 (NLH/AMD) MDL DOCKET NO. 1850 ALL CASES |
|---|---|

To: William T. Walsh, Clerk
United States District Court
for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Frank C. Rothrock and Paul B. La Scala of Shook, Hardy & Bacon L.L.P. hereby enter an appearance on behalf of Defendant Wal-Mart Stores, Inc., and request that copies of all papers in this action be served upon the undersigned.

Frank C. Rothrock
Shook, Hardy & Bacon L.L.P.
5 Park Plaza, #1600
Irvine, California 92614
Telephone: 949-475-1500
Facsimile: 949-475-0016
frothrock@shb.com

Paul B. La Scala
Shook, Hardy & Bacon L.L.P.
5 Park Plaza, #1600
Irvine, California 92614
Telephone: 949-475-1500
Facsimile: 949-475-0016
plascala@shb.com

Frank C. Rothrock
Paul B. La Scala
Shook, Hardy & Bacon L.L.P.
*Counsel for Wal-Mart Stores, Inc.*

Dated: August 30, 2007

42768v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of August, 2007 a true and correct coy of the foregoing Notice of Appearance was served via U.S. Mail, postage paid, on all attorneys listed on the Panel Attorney Service List.

_____
Paul B. La Scala
Shook, Hardy & Bacon L.L.P.

42768v1