Steven J. Hyman (SH 2097)
Alan E. Sash (AS 8804)
McLaughlin & Stern, LLP
260 Madison Avenue
New York, New York 10016
Tel:(212) 448-1100
Fax:(212) 448-0066
asash@mclaughlinstern.com

Abbey Spanier Rodd & Abrams, LLP
212 East 39th Street
New York, New York 10016
Tel: (212) 889-3700
Fax: (212) 684-5191

*Attorneys for Proposed Interim Class*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In Re Pet Foods Products Liability Litigation | Civil Action No. 07-2867 (NLH) <br> MDL DOCKET NO. 1850 <br> ALL CASES |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that the undersigned attorneys for plaintiffs Linda Tinker, Gail Bryan, Susan Hance-Goodman, Crystal Ward, Darlene Ward, Alexandra Starkey, William McMahon, Karole VanDusen and Marjorie Ready shall move before the Honorable Noel L. Hillman of the United States District Court for the District of New Jersey sitting in Camden, New Jersey, on Wednesday, September 26, 2007 at 11:00 a.m. for an order appointing McLaughlin & Stern, LLP and Abbey Spanier Rodd & Abrams, LLP as Interim Counsel for the Class in this Action.

In support of the Motion, the movants shall rely upon the certification of Alan E. Sash, as well as the attached Memorandum of Law.

Dated: New York, New York
September 4, 2007

Respectfully submitted,

McLaughlin & Stern, LLP

By: _____
Alan E. Sash (AS 8804)
260 Madison Avenue
New York, New York 10016
Tel:(212) 448-1100
Fax:(212) 448-0066
asash@mclaughlinstern.com

Abbey Spanier Rodd & Abrams, LLP
212 East 39th Street
New York, New York 10016
Tel: (212) 889-3700
Fax: (212) 684-5191