UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____

In re:                                             :  **Document Electronically Filed**
                                                   :         MDL Docket No. 1850
PET FOOD PRODUCTS                                  :  Civil Action No. 07-2867 (NLH)
LIABILITY LITIGATION                               :
                                                   :         ALL CASES
_____:

---

**BRIEF IN SUPPORT OF DEFENDANTS'
JOINT MOTION TO APPOINT LIAISON COUNSEL**

---

      Pursuant to the Court's Orders of August 14, 2007 (D.E. No. 10) and August 29, 2007 (unnumbered D.E.), and for the reasons articulated below, all of the undersigned Defendants in this action jointly move the Court for an Order appointing the following counsel as Defendants' Liaison Counsel: Amy W. Schulman, DLA Piper US LLP (counsel for the Menu Foods defendants); Craig A. Hoover, Hogan & Hartson LLP (counsel for Nestle Purina PetCare Company); Mark C. Goodman, Squire Sanders & Dempsey LLP (counsel for PETCO Animal Supplies, Inc., Wal-Mart Stores, Inc., PetSmart, Inc., and Target Corporation); and D. Jeffrey Ireland, Faruki Ireland & Cox, P.L.L. (counsel for The Procter & Gamble Company and The Iams Company).

      The undersigned Defendants concur that appointment of these counsel as the Liaison Counsel for the Defendants is appropriate and necessary because it will substantially reduce the number of counsel involved in the administrative and scheduling tasks to be coordinated and managed in this complex action and at the same time provide liaison representation to sub-groups within the overall defense group whose respective interests are similarly aligned. Ms.

\\\DC - 059726/000031 - 2599343 v6

Dockets.Justia.com

Schulman represents defendant Menu Foods, a non-brand specific manufacturer of wet pet food. Mr. Hoover and Mr. Ireland represent brand manufacturer defendants. Mr. Goodman represents retailer defendants.

For these reasons, the undersigned Defendants respectfully request that the Court enter an Order appointing Amy W. Schulman, Craig A. Hoover, D. Jeffrey Ireland, and Mark C. Goodman as Defendants' Liaison Counsel in this action.

By: /s/ Warren W. Faulk (WF0305)
Warren W. Faulk, Esq.
**BROWN & CONNERY, LLP**
360 Haddon Avenue
P.O. Box 539
Westmont, NJ  08108
Telephone:  (856) 854-8900
Facsimile:   (856) 858-4967
E-mail:  wfaulk@brownconnery.com
*Counsel for Defendant Nestle Purina PetCare Company*

By: /s/ Craig A. Hoover
Craig A. Hoover, Esq.
Robert C. Troyer, Esq.
HOGAN & HARTSON LLP
Columbia Square
555 Thirteenth Street, N.W.
Washington, D.C. 20004- 1109
Telephone: (202) 637-5600
Facsimile: (202)637-5910
E-mail: CAHoover@hhlaw.com
*Counsel for Defendant Nestle Purina PetCare Company*

By: /s/ Amy W. Schulman
Amy W. Schulman, Esq.
Mary E. Gately, Esq.
Matthew Lepore, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY  10020
Telephone:  (212) 335-4500
Facsimile: (212) 335-4501
E-mail: amy.schulman@dlapiper.com
*Counsel for Menu Foods Defendants*

By: /s/ Mark C. Goodman
Mark C. Goodman, Esq.
Squire, Sanders & Dempsey L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492
Telephone: (415) 954-0289
Facsimile: (415) 393-9887
E-mail: mgoodman@ssd.com
*Counsel for Defendants PETCO Animal Supplies, Inc., Wal-Mart Stores, Inc., PetSmart, Inc., and Target Corporation*

By: /s/ D. Jeffrey Ireland
D. Jeffrey Ireland, Esq.
Faruki, Ireland & Cox, P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH  45402
Telephone: (937) 227-3710
Facsimile: (937) 227-3749
Email: djireland@ficlaw.com
*Counsel for Defendants The Procter & Gamble Company and The Iams Company*

By: /s/ Richard Fama
Richard Fama, Esq.
Cozen O'Connor
45 Broadway, 16th Floor
New York, NY 10006
Telephone: (212) 509-9400
Facsimile: (212) 509-9492
E-mail: rfama@cozen.com
*Counsel for Defendant Del Monte Foods, Co.*

By: /s/ Gary L. Justice
Gary L. Justice, Esq.
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
49th Floor
Telephone: (213) 229-7508
Facsimile: (213) 229-6508
Los Angeles, CA  90071
Email: GJustice@gibsondunn.com
*Counsel for Defendant Nutro Products, Inc.*

By: <u>/s/ Anthony G. Brazil</u>
Anthony G. Brazil, Esq.
Morris Polich & Purdy
1055 W. 7th St.
Los Angeles, CA 90017
Telephone: (213) 417-5120
Facsimile: (213) 488-1178
abrazil@mpplaw.com
*Counsel for Defendant ChemNutra Inc.*

Dated: September 5, 2007