UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | **Document Electronically Filed** |
| | : | MDL Docket No. 1850 |
| PET FOOD PRODUCTS | : | Civil Action No. 07-2867 (NLH) |
| LIABILITY LITIGATION | : | |
| | : | ALL CASES |

# **ORDER**

THIS MATTER having come on before the Court on the Defendants' Joint Motion to Appoint Liaison Counsel, and the Court having read and considered all matters submitted in support of said Motion, and for good cause appearing;

IT IS on this _____ day of October 2007, ORDERED that Amy W. Schulman, Esq., Craig A. Hoover, Esq., D. Jeffrey Ireland, Esq., and Mark C. Goodman, Esq., are hereby appointed as Defendants' Liaison Counsel in this matter.

Noel L. Hillman, U.S.D.J.