## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re Pet Foods Products Liability Litigation | ) ) ) | Civil Action No. 07-2867 (NLH)  MDL Docket No. 1850 |

### NOTICE OF MOTION

Pursuant to Rule 23(g) of the Federal Rules of Civil Procedure, as set forth in Plaintiffs'

Memorandum of Law in support of this Motion, Plaintiffs in the following cases: *Cashman v.*

*Menu Foods Midwest Corp., et al.*, No. 07-cv-3236 (S.D.N.Y); *Johnson v. The Procter and*

*Gamble Co., et al.*, No. 07-C-0159-C (W.D. Wis.); *Rozman v. Menu Foods Midwest Corp., et al.*,

No. 07-1808 (D. Minn.); *Connerton v. Menu Foods Corp., et al.*, No. 07-CV-10797 (D. Mass.);

and *Tompkins v. Menu Foods Midwest Corp., et al.*, No. 1:07-cv-00736-JLK (D. Colo.) hereby

move this Court for an order appointing Berger & Montague, P.C., Wexler, Toriseva, Wallace

LLP, Coughlin Stoia Geller Rudman & Robins LLP, and Hagens Berman Sobol Shapiro LLP as

Interim Counsel and Trujillo Rodriguez & Richards, LLC, as Liaison Counsel in these

consolidated class actions.

Dated: September 5, 2007                    Respectfully submitted,

**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP**

Daniel W. Krasner
Gregory Mark Nespole
Martin E. Restituyo
270 Madison Avenue
New York, NY 10016
Telephone: 212-545-4600
Facsimile: 212-686-0114

Dockets.Justia.com

**LARRY D. DRURY LTD.**
Larry D. Drury, Esq.
205 W. Randolph Street, Suite 1430
Chicago, IL 60606
Telephone: (312) 346-7950
Facsimile:  (312) 346-5777

**PROGRESSIVE LAW GROUP, LLC**
Frank Jablonski, Esq.
Noah Golden-Krasner, Esq.
354 West Main Street
Madison, WI 53703
Telephone: (608) 258-8511
Facsimile:  (608) 442-9494

**PROGRESSIVE LAW GROUP, LLC,**
Ilan J. Chorowsky, Esq., Of Counsel
1130 North Dearborn Street, Suite 3110
Chicago, IL  60610
Telephone: (312) 643-5893
Facsimile: (312) 643-5894

**WAYNE, RICHARD & HURWITZ LLP**
Eugene R. Richard, BBO # 546781
Howard J. Wayne, BBO # 518160
One Boston Place, Suite 3620
Boston, MA 02108
Telephone: (617) 720-7870
Facsimile: (617) 720-7877

**REINHARDT WENDORF & BLANCHFIELD**
Garrett D. Blanchfield, Jr. #209855
Mark Reinhardt
E-1250 First National Bank Bldg.
332 Minnesota Street
St. Paul, MN 55101
Telephone: (651) 287-2100
Facsimile: (651) 287-2103

**THOMAIDIS LAW, LLC**
Jennifer Reba Thomaidis, Esq.
1866 Vine Street
Denver. CO 80206
Telephone: (303) 322-4355

470392

**PAUL GORDON, LLC**
Paul Gordon
650 South Cherry Street, Suite 835
Denver, Colorado 80246
Telephone: (303) 756-0800

470392