UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re Pet Foods Products Liability Litigation | ) Civil Action No. 07-2867 (NLH) <br> ) <br> ) MDL Docket No. 1850 |

### DECLARATION OF SERVICE

Martin Restituyo, Esq., an attorney admitted to practice law before the courts of the State of New York, hereby declares that on September 5, 2007, I caused to be served, (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to all additional counsel, in accordance with the attached Service List, the following documents:

1. Notice of Motion;

2. Declaration of Gregory Mark Nespole, in support of Plaintiffs' Motion for Appointment of Interim Counsel, together with Exhibits; and

3. Plaintiffs' Memorandum of Law in Support of Their Motion for Appointment of Interim Counsel.

Dated: September 5, 2007

_____
Martin Restituyo

487402

Dockets.Justia.com

## SERVICE LIST

CHARLES H. ABBOTT
333 S GRAND AVE, 45TH FLOOR
LOS ANGELES, CA 90071-3197

A. JAMES ANDREWS
905 LOCUST STREET
KNOXVILLE, TN 37902

THOMAS ANGELONE
ONE TURKS HEAD PLACE
SUITE 1050
PROVIDENCE, RI 02903

RENE LYNN BARGE
11111 SANTA MONICA BOULEVARD
LOS ANGELES, CA 90025

NICOLE BASS
905 LOCUST STREET
KNOXVILLE, TN 37902

ERIC BENINK
625 BROADWAY
SUITE 635
SAN DIEGO, CA 92101

STEVE W. BERMAN
HAGENS BERMAN SOBOL SHAPIRO, LLP
1301 FIFTH AVENUE
SUITE 2900
SEATTLE, WA 98101

JOHN BLIM
BLIM & EDELSON, LLC
53 WEST JACKSON BLVD
SUITE 1642
CHICAGO, IL 60604

MORDECAI D. BOONE
275 BATTERY STREET
20TH FLOOR
SAN FRANCISCO, CA 94111

MICHAEL R. BOSSE
100 MIDDLE STREET
P.O. BOX 9729
PORTLAND, ME 04104-5029

JENIPHR A.E. BRECKENRIDGE
1301 5TH AVENUE
SUITE 2900
SEATTLE, WA 98101

THOMAS J. CABRAL
7TH FLOOR BULKLEY BUILDING
1501 EUCLID AVENUE
CLEVELAND, OH 44115

PAUL C. CATSOS
3 CANAL PLAZA
P.O. BOX 4630
PORTLAND, ME 04112

JEFFREY B. CEREGHINO
3240 STONE VALLEY ROAD WEST
ALAMO, CA 94507

ILAN J. CHOROWSKY
1130 NORTYH DEARBORN STREET
SUITE 3110
CHICAGO, IL 60610

CHRISTY COMSTOCK
21 WEST MOUNTAIN STREET
SUITE 300
FAYETTEVILLE, AR 72701

MATTHEW G. CONWAY
818 FARMINGTON AVE
WEST HARTFORD, CT 06119

PERRY A. CRAFT
CRAFT & SHEPPARD, PLC
THE SHILOH BUILDING
214 CENTERVIEW DRIVE
SUITE 223
BRENTWOOD, TN 37027

STUART A. DAVIDSON
120 EAST PALMETTO PARK ROAD
SUITE 500
BOCA RATON, FL 33432-4809

GINO L. DIVITO
209 SOUTH LASALLE STREET
7TH FLOOR
CHICAGO, IL 60604

NICOLE DORSKY
200 PUBLIC SQUARE #2300
CLEVELAND, OH 44114-2378

LARRY D. DRURY
TWO NORTH LASALLE STREET
SUITE 700
CHICAGO, Il 60602

MATTHEW J. DUCHEMIN
P.O. BOX 2113
33 EAST MAIN STREET
SUITE 900
MADISON, WI 53701-2113

JAY EDELSON
53 WEST JACKSON BOULEVARD
SUITE 1642
CHICAGO, IL 60604

JOHN G. EMERSON
500 PRESIDENT CLINTON AVENUE
SUITE 305
LITTLE ROCK, AR 72207

RICHARD FAMA
45 BROADWAY ATRIUM
16TH FLOOR
NEW YORK, NY 10006

ANDREW H. FRIEDMAN
723 OCEAN FRONT WALK
VENICE, CA 90291

WENDI JANE FRISCH
1055 WEST SEVENTH STREET
24TH FLOOR
LOS ANGELES, CA 90017

PAUL J. GELLER
LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS
197 S FEDERAL HIGHWAY
SUITE 200
BOCA RATON, FL 33432

JEREMY GILMAN
200 PUBLIC SQUARE #2300
CLEVELAND, OH 44114-2378

LEONARD M. GULINO
100 MIDDLE STREET
P.O. BOX 9729
PORTLAND, ME 04104-5029

DANIEL E. GUSTAFSON
650 NORTHSTAR EAST
608 SECOND AVENUE SOUTH
MINNEAPOLIS, MN 55402

SUSAN MORIARTY HACK
401 WEST A STREET
SUITE 2600
SAN DIEGO, CA 92101

ROBIN LEA HANGER
SQUIRE, SANDERS & DEMPSEY L.L.P.
200 SOUTH BISCAYNE BOULEVARD
SUITE 4000
MIAMI, FL 33131-2398

SUZANNE HAVENS BECKMAN
PARISI AND HAVENS
15233 VALLEYHEART DRIVE
SHERMAN OAKS, CA 91403

BRADLEY T. HAYES
804 STATE STREET
NATCHEZ, MS 39120

BRIAN PRESTON HEERMANCE
17 STATE STREET
SUITE 110
NEW YORK, NY 10004

GREGORY D. HELMER
723 OCEAN FRONT WALK
VENICE, CA 90291

HAROLD M. HEWELL
402 WEST BROADWAY
FOUTH FLOOR
SAN DIEGO, CA 92101

PAUL L. HOFFMAN
723 OCEAN FRONT WALK
SUITE 100
VENICE, CA 90291-3270

CHARLES H. HORN
44 MONTGOMERY ST
18TH FLOOR
SAN FRANCISCO, CA 94104-4705

JAMES E. HOWARD
1420 5TH AVE
STE 3400
SEATTLE, WA 98101

DON HOWARTH
523 WEST SIXTH STREET
SUITE 728
LOS ANGELES, CA 90014

BRIAN S. INAMINE
888 S FIGUEROA ST
SUITE 1800
LOS ANGELES, CA 90017

FRANK JABLONSKI
354 WEST MAIN STREET
MADISON, WI 53703

CHRISTOPHER D. JENNINGS
500 PRESIDENT CLINTON AVENUE
SUITE 305
LITTLE ROCK, AR 72207

PRIYA K. JESANI
PRETZEL & STOUFFER, CHARTERED
ONE SOUTH WACKER DRIVE
SUITE 2500
CHICAGO, IL 60606

ROBERT A. JIGARJIAN
128 TUNSTEAD AVENUE
SAN ANSELMO, CA 94960

GARY L. JUSTICE
333 SOUTH GRAND AVENUE
LOS ANGELES, CA 90071-3197

JENNIFER KATZ
818 FARMINGTON AVE
WEST HARTFORD, CT 06119

JEFFREY T. KESTLE
2200 6TH AVENUE
STE 600
SEATTLE, WA 98121

LAWRENCE M. KOPELMAN
350 E LAS OLAS BOULEVARD
SUITE 980
FORT LAUDERDALE, FL 33301

ROBERT R. KURTZ
STANLEY & KURTZ, PLLC
422 GAY STREET, 3RD STREET
KNOXVILLE, TN 37902

JEAN M. LAWLER
CHASE PLAZA
801 S. GRAND AVE., 9TH FL
LOS ANGELES, CA 90017-4624

PAUL F. LINN
100 EAST WISCONSIN AVENUE, #3300
MILWAUKEE, WI 53202

CARRIE ANN LUBINSKI
275 BATTERY STREET
SUITE 2000
SAN FRANCISCO, CA 94111

JEFFERY N. LUTHI
CLERK OF THE JUDICIAL PANEL
ONE COLUMBUS CIRCLE, NE
THURGOOD MARSHALL FEDERAL
JUDICIARY BUILDING
RM G255, NORTH LOBBY
WASHINGTON, DC 20002

JOHN JOSEPH MCDONOUGH
45 BROADWAY ATRIUM
16TH FLOOR
NEW YORK, NY 10006

ROBERT D. MCINTOSH
ADORNO & YOSS, PA
888 SE 3RD AVENUE
SUITE 500
FORT LAUDERDALE, FL 33335

JENNIFER L. MCKEEGAN
SIXTH FLOOR BULKLEY BUILDING
1501 EUCLID AVENUE
CLEVELAND, OH 44115

STEVEN J. MERKER
370 17TH STREET
REPUBLIC PLAZA BUILDING
#4700
DENVER, CO 80202-5647

ETHAN A. MILLER
ONE MARITIME PLAZA
SUITE 300
SAN FRANCISCO, CA 94111

DANIEL J. MITCHELL
100 MIDDLE STREET
P.O. BOX 9729
PORTLAND, ME 04104-5029

J. CHAD MOORE
270 MARKET STREET
MILLERSBURG, PA 17061

MICHAEL S. MORRISON
723 OCEAN FRONT WALK
VENICE, CA 90291-3270

DENNIS E. MURRAY , SR
MURRAY & MURRAY
111 East Shoreline Drive
PO Box 19
Sandusky, OH 44871-0019

JOHN B.T. MURRAY , JR
SQUIRE, SANDERS & DEMPSEY L.L.P.
1900 PHILLIPS POINT WEST
777 SOUTH FLAGLER DRIVE
WEST PALM BEACH, FL 33401-6198

JOHN T. MURRAY
MURRAY & MURRAY
111 EAST SHORELINE DRIVE
P.O. BOX 19
SANDUSKY, OH 44871-0019

LESLIE O. MURRAY
111 EAST SHORELINE DRIVE
P.O. BOX 19
SANDUSKY, OH 44871-0019

MICHAEL DAVID MYERS
1809 SEVENTH AVENUE
SUITE 700
SEATTLE, WA 98101

ALLISON BETH NEIDOFF
ONE PENNSYLVANIA PLAZA
37TH FLOOR
NEW YORK, NY 212-649-4753

MARSHALL S. NEY
MITCHELL, WILLIAMS, SELIG, GATES
& WOODYARD, PLLC
5414 PINNACLE POINT DRIVE
SUITE 500
ROGERS, AR 72758

GINA E. OCH
CHASE PLAZA
801 S. GRAND AVE, 9TH FL
LOS ANGELES, CA 90017-4624

KATHERINE J. ODENBREIT
13123 GARDEN LAND ROAD
LOS ANGELES, CA 90049

DAVID C. PARISI
PARISI LAW FIRM
15233 VALLEYHEART DRIVE
SHERMAN OAKS, CA 91403

DAVID A. PAYNE
607 MAIN STREET
CASSVILLE, MO 65625

SCOTT E. POYNTER
500 PRESIDENT CLINTON AVENUE
SUITE 305
LITTLE ROCK, AR 72207

STEVEN L. RODRIGUEZ
425 CALIFORNIA STREET
SUITE 2400
SAN FRANCISCO, CA 94104

DANIEL L. ROTTINGHAUS
BERDING & WELL
3240 STONE VALLEY ROAD WEST
ALAMO, CA 94507

EDWARD B. RUFF, III
PRETZEL & STOUFFER, CHARTERED
ONE SOUTH WICKER DRIVE
SUITE 2500
CHICAGO, IL 60606-4673

SHERRIE R. SAVETT
BERGER & MONTAGUE, PC
1622 LOCUST STREET
PHILADELPHIA, PA 19103

EVAN L. SCHWAB
1420 5TH AVE
STE 3400
SEATTLE, WA 98101

STEVEN E. SCHWARZ
2461 W. FOSTER AVE, #1 W
CHICAGO, IL 60625

RICHARD MARK SEGAL
PILLSBURY, WINTHROP, SHAW &
PITTMAN, ESQS.
101 WEST BROADWAY
SUITE 1800
SAN DIEGO, CA 92101-8219

MICHAEL D. SEPLOW
723 OCEAN FRONT WALK
VENICE, CA 90291-3270

ALEXANDER SHAKNES
DLA PIPER US LLP
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1104

SCOTT RHEAD SHEPHERD
SHEPHERD, FINKELMAN, MILLER &
SHAH
4400 NORTH FEDERAL HIGHWAY
SUITE 200
LIGHTHOUSE POINT, FL 33064

THEODORE A. SMALL
100 MIDDLE STREET
P.O. BOX 9729
PORTLAND, ME 04104-5029

SUZELLE M. SMITH
523 WEST 6TH STREET
SUITE 728
LOS ANGELES, CA 90014

DAN C. STANLEY
STANLEY & KURTZ, PLLC
422 GAY STREET, 3RD FLOOR
KNOXVILLE, TN 37902

MICHAEL L. STOKER
205 FIFTH AVENUE SOUTH
SUITE 600
P.O. BOX 1626
LA CROSSE, WI 54602-1626

JEFFREY R. THOMPSON
ONEILL, PARKER & WILLIAMSON, ESQS
PO BOX 217
KNOXVILLE, TN 37901-0217

GARY A. TRABOLSI
2200 6TH AVE
STE 600
SEATTLE, WA 98121

MICHAEL P. TURIELLO
PRETZEL & STOUFFER, CHARTERED
ONE SOUTH WACKER DRIVE
SUITE 2500
CHICAGO, IL 60606

DAVID J. VENDLER
1055 WEST 7TH STREET
24TH FLOOR
LOS ANGELES, CA 90017-2503

PETER N. WASYLYK
1307 CHALKSTONE AVENUE
PROVIDENCE, RI 02908

WILLIAM E. WEGNER
333 SOUTH GRAND AVENUE
LOS ANGELES, CA 90071-3197

JOSEPH C. WEINSTEIN
SQUIRE, SANDERS & DEMPSEY L.L.P.
4900 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND, OH 44114-1304

JEFF S. WESTERMAN
ONE CALIFORNIA PLAZA
300 SOUTH GRAND AVENUE
SUITE 3900
LOS ANGELES, CA 90071

JEFFREY M. WHITE
ONE MONUMENT SQUARE
PORTLAND, ME 04101-1110

CHERYL A. WILLIAMS
ONE CALIFORNIA PLAZA
300 SOUTH GRAND AVENUE
SUITE 3900
LOS ANGELES, CA 90071

SHAWN A. WILLIAMS
100 PINE STREET
SUITE 2600
SAN FRANCISCO, CA 94111

MEGAN S. WYNNE
1055 WEST SEVENTH STREET
24TH FLOOR
LOS ANGELES, CA 90017