UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: PET FOOD PRODUCTS LIABILITY LITIGATION | Civil Action No. 07-2867 (NLH)<br><br>MDL Docket No. 1850 |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | NOTICE OF MOTION IN SUPPORT OF MAJORITY PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM CO-LEAD AND LIAISON COUNSEL PURSUANT TO FED. R. CIV. P. 23(G)<br><br>Date: September 26, 2007<br>Time: 11:00 a.m.<br>Courtroom: 3A<br><br>The Honorable Noel L. Hillman |

**TO:   ALL COUNSEL ON THE ATTACHED CERTIFICATE OF SERVICE**

**PLEASE TAKE NOTICE** that on September 26, 2007, at 11:00 a.m., as counsel may be heard, the Majority Plaintiffs shall move before the United States District Court, District of New Jersey, Mitchell H. Cohen U.S. Courthouse, One John F. Gerry Plaza, Fourth and Cooper Streets, Camden, New Jersey, for an Order appointing Wexler Toriseva Wallace, LLP, Berger & Montague, P.C., Coughlin Stoia Geller Rudman & Robbins LLP, and Hagens Berman Sobol Shapiro LLP as Interim Co-Lead Counsel, and Lisa J. Rodriguez, of Trujillo Rodriguez & Richards, LLC, as liaison counsel on behalf of the putative class in this consolidated multidistrict litigation.

In support of this motion, the Majority Plaintiffs will rely upon the accompanying Memorandum of Law and Supporting Declarations pursuant to Fed. R. Civ. P. 23(g).

1

Dockets.Justia.com

A Proposed Form of Order is enclosed.

Oral Argument is requested.

Dated: September 5, 2007

Respectfully submitted,

**TRUJILLO RODRIGUEZ & RICHARDS, LLC**

By:  s/ Lisa J. Rodriguez
Lisa J. Rodriguez
8 Kings Highway West
Haddonfield, NJ  08033
(856) 795-9002

**Proposed Liaison Counsel**

**WEXLER TORISEVA WALLACE**
Kenneth A. Wexler
One N. Lasalle Street
Suite 2000
Chicago, IL 60602
(312) 346-2222

**BERGER & MONTAGUE, PC**
Sherrie R. Savett
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

**COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
Stuart A. Davidson
120 East Palmetto Park Road
Suite 500
Boca Raton, FL 33432-4809
(561) 750-3000

**HAGENS BERMAN SOBOL SHAPIRO, LLP**
Steve W. Berman
1301 Fifth Avenue
Suite 2900
Seattle, WA 98101
(206) 623-7292

**Proposed Interim Co-Lead Counsel**