# The Partners

## STEVE W. BERMAN

**Direct Dial: (206) 224-9320**
**Email: steve@hbsslaw.com**

Mr. Berman helped to found the firm in 1993, and is the managing partner. He has served as lead or co-lead counsel in securities, consumer, products liability, antitrust, employment class actions, and complex litigations in the Northwest and throughout the country. Some of the high-profile matters Mr. Berman has prosecuted include the **Washington Public Power Supply System**, **Exxon Valdez Oil Spill**, **Michael Milken Litigation**, **Enron Litigation**, **Tobacco Litigation**, and the **Visa/MasterCard Litigation**.

Mr. Berman's successes include obtaining a settlement of $92 million in the **Boeing Securities Litigation**, representing stock and bondholders in the **Bonneville Pacific Securities Litigation** which resulted in settlements exceeding $30 million, and gaining approval of a $290 million settlement in the **Louisiana Pacific Siding Litigation**, the largest product liability settlement in Pacific Northwest history. In the **WPPSS Securities Litigation**, Mr. Berman represented bond purchasers in the largest securities trial in U.S. history. In addition to being a member of the trial team, the lead counsel designated him as a core group member alongside a group of class plaintiffs and **Chemical Bank** attorneys charged with prosecuting the case. The case resulted in a settlement exceeding $850 million, the largest recovery in a securities class action at the time.

Mr. Berman's innovative approaches to litigation have earned him significant recognition. When beneficiaries of state employee pension funds refused to pursue sums from **Michael Milken's** misappropriation of warrants, Mr. Berman stepped forward, pioneering the Milken action and using a unique approach to recovery. As co-lead counsel in multi-state class actions against **Blue Cross**, he uncovered Blue Cross' breach of fiduciary duties owing to plan participants in the manner in which co-payments are calculated. His discovery led to Blue Cross being sued in dozens of states with lawyers throughout the country emulating his approach. Eventually the way in which co-pays are calculated has changed industry-wide resulting in billions of savings for consumers.

Steve is currently working on the **McKesson-First Data Bank Litigation**, the **Nexium Litigation**, **Average Wholesale Price Litigation**, the **Lipitor Litigation**, as well as representing several states on drug pricing litigation (Arizona, Nevada, and Montana) and securities litigation (Ohio). He is also lead counsel in the **DRAM Antitrust Litigation** and the **NCAA Antitrust Litigation**.

Perhaps most notable is Mr. Berman's role as a special assistant attorney general for the states of Washington, Arizona, Illinois, Indiana, New York, Alaska, Idaho, Ohio, Oregon, Nevada, Montana, Vermont, and Rhode Island in the landmark **Tobacco Litigation**.

A principal in the groundbreaking settlement with Liggett and the proposed national settlement, Mr. Berman was one of only two private attorneys acting as members of the negotiating team. He conceived the idea to use Liggett as the whistleblower and secured the cooperation of Bennet LeBow, Liggett's CEO, as well as insisting that Liggett waive all claims of attorney-client privilege. Mr. Berman also negotiated the settlement that required Liggett to admit what the industry has denied to this day: smoking causes cancer and heart disease; nicotine addicts; and the industry targets children.
Liggett's admissions, the cooperation of LeBow, and the release of previously privileged documents were instrumental factors in driving the industry to settlement. Liggett's 'plea of guilty' added momentum to the 1997 proposed national settlement, which led to the eventual $206 billion multi-state settlement in 1998.

The announcement of the final settlement found Mr. Berman in his ninth week of trial presenting the state of Washington's case to a jury. His successful handling of the bulk of the trial earned him great respect. Subsequently, some of Washington State's leading trial lawyers hired Mr. Berman to try a certified class action brought by union trust funds against tobacco. The book, People v. Big Tobacco, describes his role in the Tobacco Litigation.

Dockets.Justia.com

Other notable actions led by Mr. Berman include the **Morrison Knudsen Securities Litigation**, **Contact Lens Disposable Antitrust Litigation** and **Piper Jaffray Closed-End Funds Litigation** in which he obtained a settlement valued at nearly $60 million. Mr. Berman's cases have also involved corporate entities such as **Egghead**, **Foodmaker**, **SuperMac**, **Immunex**, **Digital Systems**, and **Aldus**.

More recently, **Microsoft** recognized Mr. Berman's experience and expertise when the company retained him to be part of the core national team representing the company in antitrust class actions arising from Judge Jackson's Findings of Fact in the Department of Justice antitrust case against the company.

In April 2000, the *National Law Journal* listed Mr. Berman as the top litigator in the state and, in June, named him as one of the 100 most powerful lawyers in the nation. In January 2001, Seattle Magazine featured him in an issue profiling the top lawyers in Seattle. In June 2006, the *National Law Journal* once again named Mr. Berman as one of the nation's 100 most influential lawyers in America. Mr. Berman has also been named as a finalist for the Trial Lawyer of the Year award for 2006 by *The Trial Lawyers for Public Justice*.

Mr. Berman graduated from the University of Michigan in 1976 and earned his law degree from the University of Chicago Law School in 1980.

## JENIPHR A.E. BRECKENRIDGE

**Direct Dial: (206) 224-9325**

**Email: jeniphr@hbsslaw.com**

Ms. Breckenridge is a partner at Hagens Berman Sobol Shapiro where she has practiced law since its founding in 1993. Ms. Breckenridge's practice concentrates on securities fraud and consumer litigation. She is also a member of the **Personal Injury Group**. Ms. Breckenridge is involved with the firm's **Average Wholesale Price Litigation**. Other notable cases include leading the firm's efforts in the recently-settled **Raytheon Securities Litigation**, **Boeing Securities Litigation**, **Abbott Laboratories Litigation** and **Tobacco Litigation**.

In the Tobacco Litigation, Ms. Breckenridge spearheaded **Hagens Berman Sobol Shapiro's** effort to develop facts surrounding defendant British American Tobacco Industries and its subsidiaries, including Brown & Williamson and BATCo. Reviewing BAT documents held in a repository in Guildford, England, she explored issues of American court jurisdiction over BAT entities; BAT's participation in the worldwide industry conspiracy; and BAT and Brown & Williamson lawyer involvement in the conspiracy, as well as other issues related to liability.

Ms. Breckenridge earned her undergraduate degree from Georgetown University in political theory and economics. She graduated from the University of Maryland Law School, where she was the Notes and Comments editor of the *Maryland Law Review*.

## ROBERT B. CAREY

**Direct Dial: (602) 224-2626**

**Email: rcarey@hbsslaw.com**

Mr. Carey has been the managing partner at Hagens Berman Sobol Shapiro's Phoenix office since 2002. His practice includes handling numerous class-action lawsuits against a variety of organizations and companies - including the **Swift Truckers Litigation** and the **Average Wholesale Price Litigation**. He recently acted as co-lead counsel for the Hyundai Litigation, which settled for approximately $100 million.

Mr. Carey's previous experience focused on personal injury, medical malpractice and various class-action cases. In addition to arguing several high-profile cases in state Supreme Courts and Courts of Appeals, he litigated multi-billion dollar claims by counties for damages stemming from tobacco-related illnesses and

dozens of consumer and insurance class actions in various states. Mr. Carey also served as judge pro tempore in Maricopa County Superior Court and as special counsel for Hagens Berman Sobol Shapiro suits to recover Medicaid and statutory damages in the landmark public health litigation.

From 1990 to 1996, as Arizona's Chief Deputy Attorney General, Mr. Carey oversaw all major legal, policy, legislative, and political issues for the Arizona attorney general's office. He also obtained a $4 billion divestiture, a landmark $165 million antitrust settlement, and won numerous consumer and tort cases. Mr. Carey drafted and spearheaded passage of Arizona's law requiring the DNA testing of all sex offenders and instituted a penalty requiring that criminals pay the cost of victims' rights. He was also a principal draftsman of the first major overhaul of Arizona's criminal code, and drafted the bulk of the federal Prisoner Litigation Reform Act of 1995 for Senators Bob Dole and Jon Kyl, and authored the counterpart Arizona act that served as a model for other states and the federal act. His legislative experience began when he served as a former campaign staffer, intern, and staff member for U.S. Senator John McCain, during and after Senator McCain's first run for public office.

Recognized by the judges of the Superior Court of Arizona in Maricopa County for outstanding contributions to the justice system, Mr. Carey frequently presents at national conferences and teaches tort, contract and public policy courses, most recently at the University of Colorado's graduate business school.

Mr. Carey earned his bachelor's degree from Arizona State University, and received his MBA and law degree from the University of Denver. He also attended Harvard University's John F. Kennedy School of Government, where he studied in the state and local government program.

## ELIZABETH A. FEGAN

**Direct Dial: (708) 776-5604**

**Email: beth@hbsslaw.com**

Ms. Fegan is a partner at Hagens Berman Sobol Shapiro's Chicago office where she has worked since 2004.

Prior to joining the firm, Ms. Fegan was a partner at The Wexler Firm LLP in Chicago. Her legal work consisted of finance lending discrimination lawsuits, pharmaceutical and antitrust litigation, civil rights charges and suits, and auditing and accounting malpractice litigation. She also served as legal writing instructor at the Loyola University Chicago School of Law.

While previously practicing at Shefsky & Froelich, Ltd. in Chicago, Ms. Fegan served in several local government appointments and on a special master team in federal and state court. The local government appointments included positions as special assistant corporation counsel to the city of Chicago, the Chicago Park District and the Public Building Commission of Chicago. Her private work has included complex commercial litigation, antitrust, civil rights, fraud and consumer fraud, and contract actions.

Ms. Fegan received her law degree from Loyola University Chicago School of Law. While there, she was editor at large of the *Loyola Law Journal* in which she published "Home Rule Hits the Road in Illinois: American Telephone & Telegraph Company v. Village of Arlington Heights."

## ERIN K. FLORY

**Direct Dial: (206) 224-9332**
**Email: erin@hbsslaw.com**

Mr. Flory is a partner at Hagens Berman Sobol Shapiro where he focuses on securities and class-action litigation. His writing and legal analysis have been vital to the firm's rise to national prominence, helping to establish the high standards that exemplify the **Hagens Berman Sobol Shapiro's** written court submissions.

Mr. Flory plays a prominent role in several securities cases, including **Boeing**, **Boston Chicken**, **Einstein/Noah Bagel**, **Midcom**, **Wall Data**, **Immunex** and **Bonneville**.

Prior to joining the firm, Mr. Flory worked for a leading corporate defense firm, leaving in 1991 to represent the interests of injured investors, consumers, workers, and homeowners in their challenges to corporate misconduct. After obtaining his law degree, he clerked for Judge Thomas S. Zilly of the United States District Court for the Western District of Washington and for the Washington State Court of Appeals.

Mr. Flory graduated *summa cum laude* and Phi Beta Kappa from the University of Washington in 1983 with a degree in economics. He earned his law degree from the University of Washington Law School, where he served as an executive editor of the *Washington Law Review*.

## REED R. KATHREIN

**Direct Dial: (415) 489-4830**
**Email: reed@hbsslaw.com**

Mr. Kathrein is a partner at Hagens Berman Sobol Shapiro's San Francisco office. He has more than 30 years of experience in complex litigation in securities fraud, consumer and antitrust class actions. Among his most recent cases, he worked along side HBSS on a $1 billion settlement with Tenet Healthcare.

Mr. Kathrein has worked in the state of California since 1988, where he has developed a reputation as one of the region's most successful attorneys in complex litigation and large class action cases. Some of Mr. Kathrein's highlight cases include a $259 million settlement for shareholders against 3Com Corporation accusing the company of defrauding investors by hiding a $160 million loss, this is also currently the nation's second largest securities class-action settlement to date. Mr. Kathrein also made the record books in 2003 with an earned settlement of $300 million, the largest investment fraud case in U.S. history against Capital Consultants.

Mr. Kathrein also serves on many committees and works within the community giving lectures on a variety of legal topics. He has served as the co-chair of the Securities Working Group in California and was tasked by Chief Justices Marilyn Hall Patel and Vaughn Walker to propose and assist in revising the Court's local securities fraud class actions rules. He also served on the executive committee of the National Association of Securities and Consumer Law Attorneys, the Private International Law Committee of the American Bar Association and acted as an advisor to the U.S. State Department's Advisory Committee on Private International Law.

Some of his most recent lectures address 'Dealing with Analysts and the Press' and 'Ethics in Class Actions.'

Mr. Kathrein earned his bachelor's degree in economics and politics of Latin America, and received his law degree from the University of Miami. He also attended Universidad Nacional Autonoma de Mexico in Mexico City.



## SEAN R. MATT

**Direct Dial: (206) 224-9327**
**Email: sean@hbsslaw.com**

Mr. Matt is a partner at Hagens Berman Sobol Shapiro where he has worked since its founding in 1993. Mr. Matt's practice focuses on multi-state and nationwide class actions and encompasses consumer, insurance, products, antitrust, environmental, employment, and labor issues. His ability to organize and develop a standardized approach to prosecuting individual class cases across many states involving the same defendants and similar factual and legal issues continues to be a key factor in the firm's success.

Mr. Matt's cases include the **Average Wholesale Price Litigation, Ford and Nissan Accelerator Litigation, Washington State Ferry Litigation** and **Tobacco Litigation.** In the Tobacco Litigation, he assisted with client liaison responsibilities, working closely with assistant attorneys general in Oregon, Ohio, Arizona, Alaska, and New York, as well as assisting in briefing and arguing motions to dismiss. Working on various discovery issues, including discovery requests, briefing on discovery motions and appearances at discovery hearings, Mr. Matt also developed expert disclosure statements and prepared testimony for a variety of expert witnesses.

Mr. Matt's publications include co-authoring the comment, "Providing a Model Responsive to the Needs of Small Businesses at Formation: A Focus on Ex Ante Flexibility and Predictability" appearing in the *Oregon Law Review*.

Mr. Matt earned his bachelor's degree in finance from Indiana University, graduating with highest distinction. An associate editor of the University of Oregon School of Law's *Law Review*, he graduated with his law degree in 1992, after earning membership in the prestigious Order of the Coif.

## DAVID S. NALVEN

**Direct Dial: (617) 475-1953**
**Email: davidn@hbsslaw.com**

Mr. Nalven is a partner at Hagens Berman Sobol Shapiro's Cambridge office where he has worked since 2004. His practice includes handling numerous class-action lawsuits in the areas of prescription drug pricing, securities fraud, insurance fraud, and consumer protection.

Prior to joining the firm, Mr. Nalven served as Chief of the Business and Labor Protection Bureau in the Massachusetts Attorney General's Office for five years. He oversaw a staff of more than 100 on all cases and initiatives involving healthcare fraud, insurance fraud, workplace offenses, and other civil and criminal business matters.

While working with the Attorney General's Office, Mr. Nalven also led and supervised litigation concerning prescription drug pricing, insurance fraud violations, and healthcare fraud matters. He directed the investigation and negotiated the resolution of wide-ranging violations of child labor laws against the owner of several dozen Dunkin' Donuts locations, resulting in the largest child labor penalty in Massachusetts history.

Mr. Nalven is an editor of the *Boston Bar Journal*, and has been a frequent speaker on business litigation and corporate responsibility issues at conferences sponsored by various organizations, including the American Bar Association, Massachusetts Association of Healthcare Administrators, AFL-CIO, and Massachusetts Building Trades Council.

Mr. Nalven graduated *magna cum laude* from University of Pennsylvania in 1980 with a bachelor's degree in English, and from New York University School of Law in 1985. After law school, he served as a law clerk to the Honorable John R. Gibson of the United States Court of Appeals for the Eighth Circuit.

## EDWARD NOTARGIACOMO

**Direct Dial: (617) 475-1960**
**Email: ed@hbsslaw.com**

Mr. Notargiacomo is a partner at Hagens Berman Sobol Shapiro's Cambridge office where he has worked since 2002. He joined the firm to focus on complex consumer, commercial and antitrust litigation. His recent cases include the **Average Wholesale Price Litigation** and other class-action suits aimed at pharmaceutical companies who illegally attempt to deny market access to manufacturers of cheaper generic pharmaceuticals.

Mr. Notargiacomo's extensive experience in complex cases includes consumer class actions against predatory lenders and employment litigation against a major retail chain, as well as intense involvement in high-profile impact litigation against cigarette manufacturers, the firearms industry and pharmaceutical manufacturers.

Prior to joining the firm, he served as special assistant attorney general for Massachusetts in its suit against the tobacco industry. Mr. Notargiacomo played a major role in discovery in that case, including the defense of more than 45 depositions of state agency employees and led the effort to marshal documents and exhibits in preparation for trial. He also helped represent Rhode Island, New Hampshire and Maine in their suits against the tobacco industry. In another case, he represented the city of Boston in its suit against gun manufacturers and distributors in order to force them to take responsibility for some of the violence perpetrated with firearms that are negligently and illegally distributed in cities like Boston.

Mr. Notargiacomo received his bachelor's degree from Brown University in 1989. He earned his law degree with honors from Boston University in 1994 where he served on the *Boston University Public Interest Law Review*. He is admitted to practice in Massachusetts and in the U.S. District Court for the District of Massachusetts.

## CHRISTOPHER A. O'HARA

**Direct Dial: (206) 268-9351**
**Email: chriso@hbsslaw.com**

Mr. O'Hara is a partner at Hagens Berman Sobol Shapiro where he has worked since 1997. He practiced for nearly five years in the firm's Phoenix office before returning to the Seattle office, where he currently concentrates on antitrust, consumer, securities, and civil rights class actions.

Mr. O'Hara serves as plaintiffs' counsel in the **JP Morgan Chase Litigation**, **Prescription Drug Litigation**, price fixing litigation in the Linerboard and Laminates industries, as well as assisting with the national FCRA action against Trans Union and MCI. A member of the firm's Microsoft defense team, he also investigates allegations of racial discrimination and redlining in Chrysler's automobile loan practices in Illinois.

While in Phoenix, Mr. O'Hara deposed more than a dozen of big tobacco's expert witnesses, research scientists and marketing executives for the **Tobacco Litigation**, focusing predominantly on the Arizona case. He also defended the depositions of Arizona's national and local expert witness, while contributing to all aspects of discovery and motion practice. More recently, Mr. O'Hara played a leading role in the firm's successful defense of the state of Arizona against a claim brought by several Arizona Counties in the aftermath of the state's tobacco litigation.

Prior to joining the firm, Mr. O'Hara focused on property loss subrogation and professional liability defense at a Seattle-area law firm.

Mr. O'Hara earned his bachelor's degree in political science and French language and literature from the University of Washington in 1987. He subsequently graduated *cum laude* from Seattle University School of Law and is admitted to practice in state and federal courts in Arizona and Washington, as well as the U.S. Ninth Circuit Court of Appeals.

## GEORGE W. SAMPSON

**Direct Dial: (206) 224-9345**

**Email: george@hbsslaw.com**

Mr. Sampson is a partner at Hagens Berman Sobol Shapiro where he has worked since 1994. He joined the firm to focus on antitrust and consumer class actions, and currently serves as co-lead counsel in the **Disposable Contact Lens Litigation** and the **Visa/MasterCard** debit card case. He also helped develop antitrust claims in the **Tobacco Litigation**.

Prior to joining the firm, Mr. Sampson served as chief of the Antitrust Bureau for the New York Attorney General's Office. Mr. Sampson oversaw a 22 person staff and managed case selection and investigation for all civil and criminal prosecutions. He also served as attorney general liaison to the federal-state Executive Working Group-Antitrust. His position as chief involved a heavy trial practice, primarily in federal courts and often in conjunction with several states.

During his 10 years with the Antitrust Bureau, Mr. Sampson's notable cases included winning a $7.8 million jury verdict in a highway bid rigging trial, serving as lead counsel for New York and obtaining a $30 million settlement in insurance antitrust litigation, and negotiating a $15 million return to consumers in a resale price maintenance settlement with Nintendo.

Mr. Sampson earned his bachelor's degree in economics from Cornell University and graduated from New York University School of Law in 1977. A member of both the Washington and New York state bars, he sits on the Executive Committee of the Antitrust and Consumer Protection of the Washington State Bar Association and frequently speaks on antitrust issues. Mr. Sampson is admitted before the U.S. Supreme Court and numerous federal courts of appeal.

## ANTHONY D. SHAPIRO

**Direct Dial: (206) 268-9352**

**Email: tony@hbsslaw.com**

Mr. Shapiro is a partner at Hagens Berman Sobol Shapiro where he concentrates on antitrust matters, environmental and general commercial disputes, and leads the firm's **Personal Injury Group**. His personal injury practice includes cases of wrongful death, brain injury, and catastrophic personal injury matters resulting from construction site, workplace and automobile accidents, as well as product liability.

Mr. Shapiro's work prosecuting plaintiffs' claims against the **Alyeska Pipeline Service Company** resulting from the 1989 **Exxon Valdez Oil Spill** ultimately resulted in a $98 million settlement for plaintiffs. Other notable antitrust class actions include **Brand Name Prescription Drug Antitrust Litigation**, **Carbon Dioxide Antitrust Litigation**, **Carpet Antitrust Litigation**, **Infant Formula Antitrust Litigation**, **Baby Food Antitrust Litigation**, **Scouring Pads Antitrust Litigation**, **Medical X-Ray Film Antitrust Litigation**, **High Fructose Corn Syrup Antitrust Litigation**, **Visa/MasterCard Antitrust Litigation**, **Commercial Tissue Products Antitrust Litigation**, **Flat Glass Antitrust Litigation**, **Lease Oil Antitrust Litigation**, and **Bromine Antitrust Litigation**.

Prior to leading the firm's personal injury litigation practice, Mr. Shapiro honed his courtroom skills in the Washington state prosecuting attorney's office, where he represented the state in more than 50 serious felony jury trials, including some of the state's most difficult and high-profile cases. Following his position at the prosecuting attorney's office, he joined Schweppe Krug & Tausend, then Seattle's oldest law firm, where he used his extensive courtroom experience to serve personal injury clients. He

subsequently founded Rohan Goldfarb & Shapiro, a firm focusing on personal injury cases as well as commercial litigation and antitrust work.

Very involved in issues concerning juvenile diabetes, Mr. Shapiro has served as a board member of the Western Washington chapter of the Juvenile Diabetes Foundation for four years.

Mr. Shapiro was given an AV rating by Martindale-Hubbell, the highest rating a lawyer can obtain, indicating a very high to preeminent legal ability and exceptional ethical standards as established by confidential opinions from members of the Bar.

Mr. Shapiro graduated from Colgate University with honors and earned his law degree from Georgetown University Law Center in 1982.

## THOMAS M. SOBOL

**Direct Dial: (617) 475-1950**

**Email: tom@hbsslaw.com**

Mr. Sobol is the managing partner of Hagens Berman Sobol Shapiro's Cambridge office, and handles numerous pharmaceutical and consumer class actions for the firm.

Mr. Sobol currently leads drug pricing litigation efforts against several pharmaceutical companies in order to remedy overcharges to consumers and other payors of brand name and generic drugs. Some of his cases include the **Average Wholesale Price Litigation**, **Lupron Litigation** and **Relafen Antitrust Litigation**. He is lead counsel for the Prescription Access Litigation (PAL) Project, the largest coalition of health care advocacy groups that have joined together to fight illegal, loophole-based overpricing by pharmaceutical companies. PAL has approximately 85 organizational members and is located in more than 30 states.

In the groundbreaking **Tobacco Litigations**, Mr. Sobol represented the states of Massachusetts, New Hampshire, and Rhode Island and served as lead private counsel for Massachusetts and New Hampshire. These cases led to significant injunctive relief and monetary recovery in excess of $10 billion to those states.

For many years, Mr. Sobol was a leader for the New England Shelter for Homeless Veterans (NESHV) in Boston, Massachusetts, and served as chairman of the board of its company, the Vietnam Veterans Workshop, Inc., from 1995 to 2002. The shelter is a national model for homeless services, and NESHV is one of the largest private organizations delivering services to homeless veteran families and other veterans in need.

Mr. Sobol is a leader in the Massachusetts legal and healthcare community, serving on the board of Health Law Advocates, Inc., a non-profit legal organization that assists in health access for the poor. In 2000, the *National Law Journal* named Mr. Sobol as one of Massachusetts' 10 leading litigators.

Mr. Sobol is a member of the bars of Massachusetts, Rhode Island, the U.S. District Court for Massachusetts and Rhode Island, and the United States Court of Appeals, First Circuit.

Mr. Sobol graduated *summa cum laude* from Clark University in Worcester, Massachusetts in 1980 and was elected to Phi Beta Kappa in 1979. He graduated from Boston University School of Law *cum laude* in 1983. Tom then served as a judicial clerk for then-Chief Justice Allan M. Hale of the Massachusetts Appeals Court from 1983 to 1984.

## CRAIG R. SPIEGEL

**Direct Dial: (206) 268-9328**
**Email: craig@hbsslaw.com**

Mr. Spiegel is a partner at Hagens Berman Sobol Shapiro where his practice primarily focuses on class actions in employee litigation. Recent cases include actions against **Abbott Laboratories** and the **Boeing Race Litigation**.

Prior to joining the firm, Mr. Spiegel served as co-counsel for plaintiffs in numerous class actions. As lead counsel for several hundred investors who lost substantial sums of money from investments with Property Mortgage Company, he obtained an $8 million settlement. Mr. Spiegel also helped represent a class of investors that lost millions of dollars investing in the production of oil after the court certified a class based on his argument.

In litigation with AT&T, Mr. Spiegel's briefs and oral argument compelled the Ninth Circuit to reverse a summary judgment, obtaining a substantial sum for his client, a company that alleged that AT&T unlawfully changed its policies to drive the company out of business. In another notable case, he served as co-counsel for a family of three that was rendered homeless when a Santa Barbara businessman towed away their trailer, claiming it was on his land, reselling the vehicle and most of their possessions. He helped obtain a jury verdict of $225,000 for the family, after another attorney had obtained a $15,000 non-binding judicial arbitration award.

Mr. Spiegel graduated *summa cum laude* from St. Olaf College in 1975 and *cum laude* from Harvard Law School in 1979. Admitted to practice before several federal district and appellate courts, he is a member of the California, Illinois and Washington bars.

## JEFFREY T. SPRUNG

**Direct Dial: (206) 224-9329**
**Email: jeffs@hbsslaw.com**

Mr. Sprung is a partner at Hagens Berman Sobol Shapiro where he has worked since 1994. Mr. Sprung specializes in government fraud suits brought under the False Claims Act, representing whistleblowers serving as "private Attorneys General."

Mr. Sprung has sued a variety of companies, including the Compaq Computer Corporation, which resulted in a large, multi-state settlement on behalf of computer users; contractors for the U.S. Department of Energy concerning accounting fraud at the largest nuclear clean-up site in Hanford, Washington; health care providers and pharmaceutical companies for Medicare and Medicaid fraud; and military contractors for procurement fraud

Mr. Sprung's expertise also includes prosecuting class actions for consumer fraud, employment discrimination and civil rights violations. He is extensively involved in race and gender employment discrimination class actions against The Boeing Company, and has handled class litigation arising from the use of slave and forced labor by Germany and Japan during World War II. He also worked on cases against foreign mining companies accused of destroying and contaminating indigenous people's land and committing human rights abuses.

Prior to joining the firm, Mr. Sprung was an Assistant U.S. Attorney in the Office of the U.S. Attorney for the District of Columbia, where he specialized in civil fraud matters. He won the first civil suit for mail, wire and bank fraud brought in the District of Columbia, as well as the first civil suit brought by the government to punish insider trading in the mortgage-backed securities market. He served on a U.S. presidential campaign in 1988, after working at a large law firm in Washington, D.C. where he started his legal career.

Mr. Sprung is very active in the legal community. He was editor and contributing author of a leading practitioners' guide on civil legal remedies in United States courts for hate crimes. He also speaks on the False Claims Act and international human rights to various law schools, including the University of Washington law school, and various trade groups. He is a member of the Washington State Bar Association, the Federal Bar Association, and the Association of Former Assistant U.S. Attorneys.

Mr. Sprung graduated *magna cum laude* and Order of the Coif from the University of Michigan in 1981 and received his law degree from the University of Chicago Law School in 1984. He is admitted to practice in the state of Washington and the District of Columbia, and he has appeared in numerous cases before United States district courts and courts of appeals.

## ANDREW M. VOLK

**Direct Dial: (206) 224-9371**
**Email: andrew@hbsslaw.com**

Mr. Volk is a partner at Hagens Berman Sobol Shapiro where he has worked since 1996.

Extensively involved in the **Tobacco Litigation**, he wrote many of the major briefs on behalf of the states represented by the firm. In addition, he helped research and develop legal theories used in the action, as well as drafting and amending complaints. Mr. Volk also headed the successful attack on defendants' claims that millions of documents were privileged. As a result, Washington State gained access to key documents - long hidden by the tobacco companies - that supported the state's allegations that the tobacco companies intentionally targeted children, intentionally hid their knowledge of the dangers of tobacco and lied to consumers and government regulators.

Mr. Volk currently works on ERISA cases for breach of fiduciary duties on behalf of current and former employees of **Enron**, **IPALCO** and the **Montana Power Company**; gender discrimination cases on behalf of Boeing employees at facilities in Kansas and Missouri; RICO cases on behalf of employees of **Zirkle Fruit Company** and Matson Fruit Company.

Prior to joining the firm, Mr. Volk taught legal writing and research at the University of Oregon School of Law. He also spent three years as a staff attorney at the Criminal Appeals Bureau of the Legal Aid Society in New York City.

Mr. Volk earned his undergraduate degree from Columbia University. He graduated *cum laude* from Cornell Law School in 1991 and served as an articles editor of the *Cornell International Law Journal*. He is admitted to practice in New York, Oregon and Washington.

# Of Counsel

## JEFFREY D. FRIEDMAN

**Direct Dial: (415) 489-4831**
**Email: jefff@hbsslaw.com**

Mr. Friedman is Of Counsel at Hagens Berman Sobol Shapiro's San Francisco office where he specializes in class actions against large corporations involving securities fraud, consumer protection and privacy rights violations and has litigated numerous cases on behalf of class members resulting in multi-million dollar settlements.

Prior to joining the firm, Mr. Friedman worked with Lerach Coughlin Stoia Geller Rudman & Robbins, where he recently negotiated a multi-million dollar settlement with Dell, Inc. on behalf of nearly one million consumers, based on allegations involving Dell's bait-and-switch financing and sales practices.

Mr. Friedman's legal experience covers wide-ranging areas of corporate fraud and complex commercial transactions. From 1997-2000, Mr. Friedman was an Assistant United States Attorney in the Criminal Division of the United States Attorney's Office for the Central District of California (Los Angeles). As an AUSA, Mr. Friedman tried numerous federal cases and prosecuted matters involving investor, bank, and real estate fraud, tax evasion, narcotics trafficking, and money laundering. Prior to joining the U.S. Attorney's office, Mr. Friedman clerked for the Honorable Manuel L. Real, United States District Court Judge, Central District of California.

Mr. Friedman graduated with a Bachelor of Arts degree in political science from the University of Washington in 1991, where he was a member of the varsity baseball team. Mr. Friedman obtained his law degree, *magna cum laude*, from Santa Clara University School of Law in 1994, where he was on the Dean's list, an Emery School of Law Merit Scholarship Recipient, and a research assistant to the Dean of the law school. Mr. Friedman is a guest lecturer on class action practice at Stanford Law School. He is licensed to practice law in California and admitted in the Central and Northern Districts and the United States Court of Appeals for the Ninth Circuit.

## DAVID P. MOODY

**Direct Dial: (206) 268-9323**
**Email: davidm@hbsslaw.com**

Mr. Moody is Of Counsel at Hagens Berman Sobol Shapiro where he has worked since 2006. He is a trial attorney with a passion for representing children, the disabled, elderly and incapacitated citizens. Raised in Olympia, Washington, Mr. Moody received his undergraduate degree from the University of Washington in 1990. After graduating from George Washington University School of Law in 1993, Mr. Moody joined the Seattle office of Gordon, Thomas, Honeywell where he became a partner in 1998. He left the firm in 2005.

Among his many cases on behalf of vulnerable citizens, Mr. Moody served as the lead trial attorney, obtaining the largest jury verdict ever upheld against the State of Washington ($17.8 million); the lead trial attorney, securing the largest single-plaintiff settlement against the State of Washington, DSHS ($8.8 million); the lead trial attorney, obtaining the largest single-plaintiff jury verdict on behalf of an incapacitated adult in Kitsap County, Washington ($2.6 million); and the lead trial attorney, obtaining the largest single-plaintiff settlement on behalf of a developmentally disabled adult in eastern Washington ($2.25 million) and incapacitated child ($4.5 million) in Spokane County, Washington.

Mr. Moody is actively involved in advocacy for citizens with disabilities, is a member of the Arc of King County, and the Arc of Washington State.

Jim Solimano and Steve Berman During Trial of Washington State Tobacco Case

## JAMES P. SOLIMANO

**Direct Dial: (206) 224-9322**
**Email: jim@hbsslaw.com**

Mr. Solimano is Of Counsel at Hagens Berman Sobol Shapiro. His securities litigation work has included representing investors in the **Egghead**, **Intermec** and **Nordstrom Securities Litigations**.

Significant cases include representing plaintiff bond purchasers in the **WPPSS Securities Litigation**, the largest securities trial in U.S. history and serving as lead counsel for Chemical Bank for several cases including a $55 million recovery in "Cost Sharing Litigation."

In the **Tobacco Litigation**, Mr. Solimano helped coordinate the firm's work with expert witnesses in the areas of addiction; antitrust; causation; cigarette design; damages; epidemiology; business, legal and medical ethics; Medicaid; and youth marketing. In addition, Mr. Solimano participated extensively in the briefing and argument of the many pretrial dismissal, discovery, summary judgment and *in limine* motions. During the Washington trial, he prepared witnesses for direct testimony and cross-examination, as well as briefing on trial motions.

After graduating from Franklin & Marshall College in 1979, Mr. Solimano earned his law degree from the National Law Center at George Washington University. He has appeared in the Washington Supreme Court and Court of Appeals, the Ninth Circuit Court of Appeals and in many federal district courts throughout the country.

## NICHOLAS STYANT-BROWNE

**Direct Dial: (206) 268-9373**
**Email: nick@hbsslaw.com**

Mr. Styant-Browne is Of Counsel at Hagens Berman Sobol Shapiro where he has practiced class-action and multi-plaintiff litigation since 2001. Recent projects include **Rio Tinto Litigation** for human rights and environmental abuses in respect of the Panguna mine on the Pacific island of Bougainville.

Prior to joining the firm, Mr. Styant-Browne was one of five senior partners at Australia's largest plaintiff law firm working on class actions, environmental litigation and antitrust litigation. He served as co-counsel on Australia's largest class action against a wholly owned subsidiary of Exxon, arising out of a gas plant explosion which shut down the gas supply to Melbourne and most of the State of Victoria for 10 days.

As lead counsel in a landmark case against BHP (now BHP Billiton), Mr. Styant-Browne's meticulous outlining of the environmental devastation caused by the Ok Tedi mine in Papau New Guinea helped force mining companies adopt stricter environmental standards in developing countries. He also served as lead counsel at the trial against Australia's major newspaper publishers, including News, which resulted in the deregulation of the system of distribution of newspapers and magazines throughout Australia.

Mr. Styant-Browne's practice has involved several projects in the Pacific Rim, acting principally on behalf of the indigenous peoples of poor developing Pacific nations claiming environmental and human rights abuses. His successes and passion for the causes of indigenous peoples have led to him being retained by the national governments of Pacific States including Tuvalu and the Kingdom of Tonga. More recently, the Republic of Hungary retained him to claim compensation against an Australian mining company, which leaked huge amounts of cyanide from its tailings dam devastating the river systems of Western Europe.

# The Associates

## LEONARD W. ARAGON

**Direct Dial: (602) 224-2629**
**Email: leonard@hbsslaw.com**

Mr. Aragon is an associate at Hagens Berman Sobol Shapiro's Phoenix office. Prior to joining the firm, Leonard spent four years practicing in the areas of commercial litigation, election law and appellate advocacy at a Phoenix-based firm.

At his former firm, Mr. Aragon handled numerous initiative, referendum and redistricting matters, including representing the Arizona Independent Redistricting Commission in lawsuits related to Arizona's congressional and legislative redistricting following the 2000 census. Additionally, he represented candidates from all levels of state and federal government.

Mr. Aragon is committed to pro bono and community service. He has represented numerous pro bono clients in the areas of insurance, immigration, family, and contract law, and serves on the board of directors of EMPACT-SPC (one of Arizona's largest behavioral health organizations). He also recently served as the co-chair for a major Valley fundraiser benefiting children's charities.

Before attending college, Mr. Aragon was a scout for the 2/68 Armored Tank Battalion. During that time, he was awarded the Army Achievement Medal and several expert marksmanship badges.

Mr. Aragon graduated *summa cum laude* from Arizona State University in 1998 with degrees in History and Political Science. He received his law degree from Stanford Law School in 2001. He is a member of the State Bar of Arizona and is admitted to practice in Arizona and Colorado federal district court.

## IVY D. ARAI

**Direct Dial: (206) 268-9358**
**Email: ivy@hbsslaw.com**

Ms. Arai is an associate at Hagens Berman Sobol Shapiro where she has worked since 2002. Currently, her work focuses on the class action employment discrimination suit against **The Boeing Company**, the **Tenet Healthcare** case, and **DRAM Antitrust Litigation**.

Prior to joining the firm, Ms. Arai primarily practiced employment and health care law. She also participated in the King County Bar Association's Homeless and Newcomers Project, resolving wage claims for local low-income and immigrant workers. During law school, Ms. Arai worked as a judicial extern for Judge Thomas S. Zilly of the United States District Court for the Western District of Washington. She also counseled low-income and immigrant workers regarding employment and labor issues as an extern for the D.C. Employment Justice Center.

Her publications include "The Silent Significant Minority: Japanese-American Women Evacuation and Internment During World War II" found in Nicole Dombrowski's book, *Enlisted With or Without Consent: Women and War in the 20th Century*.

Ms. Arai graduated *cum laude* from Princeton University in 1997 with a Bachelor of Arts in American history and a certificate in African-American studies. She earned her law degree from Georgetown University Law Center in 2000 where she served on the *Georgetown International Environmental Law Review*. She is admitted to practice law in the state of Washington.

## LAUREN GUTH BARNES

**Direct Dial: (617) 475-1957**
**Email: lauren@hbsslaw.com**

Ms. Barnes is an associate at Hagens Berman Sobol Shapiro's Cambridge office where she has worked since 2003. Her work has included consumer protection, product liability, and drug litigation against, among others, **Pfizer (Lipitor), Eli Lilly (Zyprexa), Guidant** and **Medtronic.**

Prior to joining the firm, Ms. Barnes worked with Conflict Management Group, a non-profit organization dedicated to promoting peaceful resolution of international disputes and teaching negotiation skills. During her association with the organization, Ms. Barnes worked with members of the United Nations High Commissioner for Refugees on a pilot project in Bosnia-Herzegovina designed to ease tensions and encourage reconciliation. Ms. Barnes helped edit a book developed out of the project – "Imagine Coexistence" – and contributed a chapter to it.

Ms. Barnes graduated *cum laude* from Williams College in 1998 with a Bachelor of Arts degree in International Relations. She earned her law degree *cum laude* from Boston College Law School in 2005, where she served as Articles Editor for the *Boston College Law Review*. She is admitted to practice law in the Commonwealth of Massachusetts.

## ELAINE T. BYSZEWSKI

**Direct Dial: (213) 330-7150**
**Email: elaine@hbsslaw.com**

Ms. Byszewski is an associate at Hagens Berman Sobol Shapiro's Los Angeles office where she has worked since 2004. Her work has included consumer and employee protection suits against **Merck (Vioxx), AstraZeneca Pharmaceuticals (Nexium), Berkeley Nutraceuticals (Enzyte), Solvay Pharmaceuticals (Estratest), Apple Computers,** and **Costco Wholesale Corporation,** among others.

Prior to joining the firm, Ms. Byszewski focused her practice on public sector labor and employment litigation and counseling, including extensive work on a class action race discrimination case, a wrongful termination case and a disability discrimination case. During law school she worked in the trial division of the Attorney General of Massachusetts' office.

Among Ms. Byszewski's several publications are "Valuing Companion Animals in Wrongful Death Cases: A Survey of Current Court and Legislative Action and A Suggestion for Valuing Loss of Companionship" in *Animal Law Review* (2003), and "What's in the Wine? A History of FDA's Role" in *Food and Drug Law Journal* (2002).

Ms. Byszewski graduated *summa cum laude* from the University of Southern California in 1999 with a Bachelor of Science in public policy and management with a health care emphasis. She earned her law degree *cum laude* from Harvard Law School in 2002. She is admitted to practice law in the state of California.

## STEVE FIMMEL

**Direct Dial: (206) 268-9362**

**Email: stevef@hbsslaw.com**

Mr. Fimmel is an associate at Hagens Berman Sobol Shapiro where he has worked since 2006, bringing over 13 years of experience working on high-value, document intensive cases. He worked for 5 years at Oles, Morrison, Rinker & Baker where he was a key member of the litigation team that won a judgment in Idaho Federal District Court involving claims exceeding $400 million. The court sustained an unprecedented Termination for Default against the Lockheed-Martin Corporation for breach of contract to remediate a nuclear waste site at the Idaho National Engineering Laboratory.

Prior to his work at Oles, Morrison, Rinker & Baker, Mr. Fimmel was an associate for seven years representing Hanford Downwinders at the Hanford Litigation Office in Seattle. Prior to his work at the Hanford Litigation Office, he was a sports anchor and reporter for KHQ-TV, Spokane's NBC affiliate. Through his senior year at the University of Washington and while attending law school at Lewis & Clark in Portland, Mr. Fimmel was the sports play-by-play and color broadcaster for Seattle's KCTS-TV on Seattle Sounder and Washington Husky basketball telecasts.

Mr. Fimmel is admitted to the Washington State Bar, the Federal Court for the Eastern District of Washington, and the Ninth Circuit Court of Appeals.

## ROBERT J. GAUDET, JR.

**Direct Dial: (206) 268-9372**

**Email: robertg@hbsslaw.com**

Mr. Gaudet is an associate at Hagens Berman Sobol Shapiro. His worked has included the **Argentine Bond Default Litigation, Eli Lilly (Zyprexa) Litigation, Anheuser-Busch Underage Drinking Litigation, Boeing Gender Discrimination Litigation, DaimlerChrysler Discrimination Litigation** and **Ed Wilson's Bivens lawsuit.**

Prior to law school, Mr. Gaudet worked for the U.S. Department of Justice, Civil Rights Division Criminal Section where he coordinated with lawyers and FBI agents on police brutality, racial violence, and peonage issues. He also interned for the Democratic National Committee Office of Latino Affairs, Congressman Xavier Becerra and the White House Office of Public Liaison. Before commencing his internships, Mr. Gaudet worked overseas as the primary editor for an Estonian magazine, *The Baltic Review: Business Magazine of the Baltic States.*

Mr. Gaudet won a Rotary Club of Israel scholarship to complete a graduate year program at the Hebrew University of Jerusalem, co-founded the first student group of Habitat for Humanity in Great Britain, and worked for the Wits/Vaal Regional Peace Secretariat in South Africa under a Columbia College Human Rights Scholarship.

Mr. Gaudet received a bachelor's degree in political science from Columbia University in 1994 with a minor in psychology. He received a master of studies in religion and a post-graduate diploma in theology from the University of Oxford. Mr. Gaudet graduated from Stanford Law School in 2002 where he served as staff columnist for *The Stanford Daily* and article editor for the *Stanford Law and Policy Review.*

## DEBRA A. GAW

**Direct Dial: (617) 475-1956**
**Email: debrag@hbsslaw.com**

Ms. Gaw is an associate at Hagens Berman Sobol Shapiro's Cambridge office where she has worked since 2005.

Prior to joining the firm, Ms. Gaw was Vice President of Intellectual Property for a start-up pharmaceutical company. Ms. Gaw has served as intellectual property counsel, both in-house and in law firms, where she gained extensive experience counseling clients in all phases in the development, expansion, and defense of intellectual property portfolios. Her clients included start-up and development stage companies, mid-sized corporations, and world class investigators in major academic institutions.

Ms. Gaw has specialized in the patent prosecution, trade secret protection and trademark issues unique to the pharmaceutical, biotechnology, and medical device industries. She has obtained patents for her clients in the areas of oncology, inflammatory diseases, antibacterial, antifungal and antiviral drugs, molecular imaging, diagnostic imaging, ultrasonic medical devices, replacement organs and tissues, surgical equipment, diagnostic assays, and nanotechnology-based biomedical devices. She has also developed patent portfolios for clients in the industrial chemical industry, primarily in coatings, paints, pigments, and polymeric materials. She has significant experience negotiating intellectual property license agreements, and the contracts common to the pharmaceutical industry.

Prior to her law career, Ms. Gaw was a polymer chemist developing specialty paints, coatings, adhesives and polymer materials; later she obtained extensive experience in regulatory affairs and clinical affairs in the pharmaceutical industry. Additionally, Ms. Gaw is named as a co-inventor on several patent applications, the technology of which are currently marketed or under development by various companies.

Ms. Gaw's case experience includes patent-related antitrust litigation against the brand-name prescription drug industry.

Ms. Gaw earned a Bachelor of Arts in Natural Science from St. Anshelm College. She did advanced coursework in biotechnology, polymer chemistry, food and drug law and international intellectual property law. She earned her law degree from Franklin Pierce Law Center. She is admitted to practice in Massachusetts, the District of Massachusetts, the Court of Appeals for the Federal Circuit, and the United States Patent and Trademark Office. She has lectured on the conflict of laws between trademark law and FDA law in drug labeling, and various topics in securing and defending intellectual property rights for inventors and companies.

## LEE M. GORDON

**Direct Dial: (213) 330-7136**
**Email: lee@hbsslaw.com**

Mr. Gordon is an associate at Hagens Berman Sobol Shapiro's Los Angeles office where his practice focuses on complex class actions. His recent cases include consumer and antitrust actions against several major pharmaceutical companies, and an employee protection suit against Costco.

Prior to joining the firm, Mr. Gordon's practice covered a broad spectrum of complex litigation matters. He represented and advised clients in antitrust litigation, employment litigation, single-state and nationwide class actions, breach of contract and breach of warranty litigation, intellectual property cases, real estate and land use disputes, and matters involving challenges to government regulations.

Mr. Gordon's employment law work included race discrimination, wrongful termination, disability discrimination, and compensation disputes. His class action work has included complex securities and

unfair business practices litigation involving multi-million dollar claims against major public financial institutions and healthcare organizations such as Bank of America, Bear Stearns, and Paracelsus Healthcare Corporation.

Mr. Gordon graduated *summa cum laude* from the University of California at Los Angeles with a bachelor's degree in Philosophy. In 1994, he earned his law degree from Harvard Law School, graduating *cum laude*. In 2002, he also received an MBA from the Anderson Graduate School of Management at UCLA, where he graduated with honors and received fellowship grants. Mr. Gordon is admitted to practice law in the state of California.

## LISA M. HASSELMAN

**Direct Dial: (206) 268-9363**
**Email: lisah@hbsslaw.com**

Ms. Hasselman is an associate at Hagens Berman Sobol Shapiro where she has worked since 2006. She brings broad experience in complex commercial litigation.

Prior to joining the firm, Ms. Hasselman was an associate at Danielson Harrigan Leyh & Tollefson in Seattle. While there, she participated on every level in complex state and federal litigation actions including drafting and arguing summary judgment motions, taking depositions, mediating cases and preparing and participating in a multi-party trial.

Since 2001, Ms. Hasselman has served on the board of Chaya, a non-profit addressing domestic violence in local South Asian communities. She volunteers for the Northwest Women's Law Center's Self Help Committee and the King County Bar Association's Neighborhood Legal Clinics.

Ms. Hasselman graduated from the University of Michigan in 1996 with a Bachelor of Arts, English and Cultural Anthropology. She earned her law degree from the University of Washington School of Law in 2001 where she was a legal volunteer for the Public Interest Law Association, the Immigrant Families Advocacy Project and Street Youth Legal Advocates of Washington. After law school, Ms. Hasselman clerked for the Honorable Marlin J. Appelwick at the Washington State Court of Appeals.

## SYLVIA WAHBA KELLER

**Direct Dial: (415) 489-4833**
**Email: sylviak@hbsslaw.com**

Ms. Keller is an associate at Hagens Berman Sobol Shapiro's San Francisco office where she specializes in the management of all aspects of a large class action case. She has overseen many cases from commencement of suit through trial or settlement. This includes investigating, drafting complaints, conducting discovery, defending depositions and court appearances.

Some of Ms. Keller's most noteworthy settlements regarding securities litigation involve a $75 million settlement paid out by Krispy Kreme, a $13 million settlement with CV Therapeutics and a $7 million settlement with Cornell Companies, Inc.

Prior to joining the firm, Ms. Keller was a senior associate at Lerach Coughlin Stoia Geller Rudman & Robbins. She worked as a nationwide plaintiff's class action attorney where the firm specialized in corporate governance and securities class action litigation in federal and state courts.

Ms. Keller received two Bachelor of Arts degrees in pre-medicine and English from Columbia University and earned her law degree at the University of the Pacific McGeorge School of Law in 1998.

## DANIEL KUROWSKI

**Direct Dial: (708) 776-5606**
**Email: dank@hbsslaw.com**

Mr. Kurowski is an associate at Hagens Berman Sobol Shapiro's Chicago office where he has worked since 2006. He joined the firm after serving in various capacities for a number of federal judges sitting with the U.S. District Court for the Northern District of Illinois. Following law school, Mr. Kurowski served as a judicial clerk for Judge Paul E. Plunkett and also for Magistrate Judge Maria Valdez. Additionally, he worked as a judicial extern for Judge Ronald A. Guzman during law school.

Mr. Kurowski graduated with honors from Loyola University Chicago. He earned his law degree *cum laude* from The John Marshall Law School in 2005. While there, he served as an editorial board member for the *John Marshall Law Review* and received an award for an appellate brief he submitted in connection with a national moot court competition. During law school, he also interned with the U.S. Attorney's Office for the Northern District of Illinois and with the U.S. Department of Housing and Urban Development, where he assisted in the investigation of housing discrimination complaints. He is admitted to practice law in the state of Illinois as well as in the U.S. District Court for the Northern District of Illinois.

## JEFFREY A. LANG

**Direct Dial: (206) 268-9357**
**Email: jeffl@hbsslaw.com**

Mr. Lang is an associate at Hagens Berman Sobol Shapiro where he is involved in the firm's pharmaceutical litigation.

Mr. Lang has several years of experience across a variety of practice areas. Prior to joining the firm, he practiced law at Preston Gates Ellis, where he was involved in the Microsoft antitrust litigation. He also gained experience in land-use, SEPA, and zoning and building compliance through his positions with the Whalen & Company and the Law Offices of Dan Clawson.

Mr. Lang received his bachelor's degree from the University of Washington, and earned his law degree from the University of Puget Sound School of Law. He is admitted to practice in the state of Washington.

## ROBERT F. LOPEZ

**Direct Dial: (206) 268-9304**
**Email: robl@hbsslaw.com**

Mr. Lopez is an associate at Hagens Berman Sobol Shapiro where he has worked since 2004. He brings to the firm a broad range of legal experience including, complex commercial, franchise, and intellectual property, including trademark and trade-name, litigation; the law of trademark, trade name, and copyright; and commercial transactions.

Prior to joining the firm, Mr. Lopez was a founding member and owner of the Seattle firm Socius Law Group. His previous work included prosecuting and defending matters in the federal and state trial courts, including the probate department of the state superior court, and also federal and state administrative tribunals, the federal bankruptcy court, and the federal and state courts of appeal.

Mr. Lopez graduated from Gonzaga University in 1986 with a bachelor's degree in English Literature. He received his law degree in 1991 from the University of Washington, and is admitted to practice in the state of Washington.

## BARBARA A. MAHONEY

**Direct Dial: (206) 268-9308**

**Email: barbaram@hbsslaw.com**

Ms. Mahoney is an associate at Hagens Berman Sobol Shapiro where she has worked since 2006. She brings broad experience in complex commercial litigation, including unlawful competition, antitrust, securities, trademark, CERCLA, RICO, FLSA as well as federal aviation and maritime law.

Prior to joining the firm, Ms. Mahoney was an associate at Danielson Harrigan Leyh & Tollefson in Seattle. While there, she participated on every level in state and federal litigation actions including taking and defending depositions, drafting discovery requests, motions and mediation briefs and preparing for trials.

Ms. Mahoney was named a 2005 "Rising Star" by *Washington Law & Politics.* She enjoys soccer and running and is a former director of Rain City Soccer. Ms. Mahoney has volunteered at the Downtown Neighborhood Legal Clinic and is a Q Law mentor and a Cooperating Attorney with American Civil Liberties Union of Washington. With Justice Richard Sanders she co-authored *Restoration of Limited State Constitutional Government: A Dissenter's View,* 59 N.Y.U. ANN. SUR. AM. L. 269 (2003).

Ms. Mahoney graduated from the University of Washington School of Law in 2001. She also has a PhD in philosophy from the Universtät Freiburg, where she graduated *magna cum laude* in 1993. As a result of her many years in Europe and teaching in the United States she is fluent in German and has a strong reading knowledge of French. After law school, Ms. Mahoney clerked for the Honorable Saundra Brown Armstrong of the Northern District of California and the Honorable Justice Richard B. Sanders of the Washington Supreme Court. Ms. Mahoney is admitted to practice law in the state of Washington, U.S. District Court for the Western District of Washington, U.S. District Court for the Eastern District of Washington, and the Ninth Circuit Court of Appeals.

## TIMOTHY P. MAHONEY

**Direct Dial: (708) 776-5605**

**Email: timm@hbsslaw.com**

Mr. Mahoney is an associate at Hagens Berman Sobol Shapiro's Chicago office where he has worked since 2006.

Prior to joining the firm, Mr. Mahoney practiced as Senior Counsel with Neal Gerber Eisenberg LLP in Chicago. At Neal Gerber, Mr. Mahoney was a key member of a team of lawyers attempting to thwart a Fortune 10 company's efforts to pass billions of dollars of its environmental and asbestos liabilities on to the re-insurers of the company's captive insurer by deceitfully re-domesticating the captive insurance company to Bermuda, only to declare it bankrupt to attempt to take advantage of Bermuda's creditor friendly liquidation scheme. While at Neal Gerber, Mr. Mahoney also litigated products liability, professional liability, insurance coverage and complex commercial matters. Mr. Mahoney has first and second chair jury and bench trial experience, and has argued before the Illinois Appellate Court.

Mr. Mahoney graduated from IIT Chicago-Kent College of Law in 1993. In 2001, he earned a Masters of Business Administration with concentrations in finance and eBusiness at Case Western Reserve University's Weatherhead School of Management. While in business school Mr. Mahoney worked at a start-up eBusiness company in Cleveland, Ohio, where his duties included identifying and negotiating with potential strategic partners. Mr. Mahoney is admitted to practice law in the state of Illinois, the Northern District of Illinois and before the Seventh Circuit Court of Appeals.

## GREGORY H. MATTHEWS

**Direct Dial: (617) 475-1959**
**Email: gregm@hbsslaw.com**

Mr. Matthews is an associate at Hagens Berman Sobol Shapiro's Cambridge office where he has worked since 2005. Mr. Matthews' varied dossier includes experience in a variety of areas, such as tax, social security, bankruptcy, labor and employment, civil rights, immigration, disability, copyright and trademark law.

Prior to joining the firm, Mr. Matthews was an assistant district attorney for the Middlesex County District Attorney's Office. In this position he analyzed, drafted and litigated appeals before the Supreme Judicial Court and the Appeals Court. He also maintained an extensive caseload of 150 cases in various stages of prosecution, encompassing both bench and jury trials.

Mr. Matthews also gained experience as an attorney with the Court of Appeals for the Ninth Circuit in San Francisco, California. In this position he researched and drafted bench memoranda and depositions for the court and orally presented those depositions to three-judge panels bi-monthly. He was also responsible for research in a variety of legal areas. Mr. Matthews was also an attorney with the Sierra Club Legal Defense Fund, where he worked on issues related to the Endangered Species Act, Environmental Policy Act and National Forest Management Act.

Mr. Matthews received his bachelor's degree in legal studies from Northeastern University in Boston, Massachusetts where he also earned his law degree. He is admitted to practice in the Commonwealth of Massachusetts.

## DIEGO RODRIGUEZ

**Direct Dial: (602) 840-3012**
**Email: diego@hbsslaw.com**

Mr. Rodriguez is an associate at Hagens Berman Sobol Shapiro's Phoenix office where he has worked since 2004. He brings to the firm several years of civil and criminal trial experience.

Prior to joining the firm, Mr. Rodriguez practiced law at the largest plaintiffs' personal injury law firm in Arizona. As part of that practice he represented plaintiffs in personal injury, product liability and wrongful death cases.

Before entering private practice, Mr. Rodriguez served as a deputy county attorney in the criminal division of the Office of the Pima County Attorney which is located in Tucson, Ariz. During his four years with that office, Mr. Rodriguez personally handled hundreds of cases and conducted 60 felony jury trials for a host of offenses including vehicular crimes, property crimes, fraud, child abuse, and first-degree homicides.

After he left his position as a deputy county attorney, Mr. Rodriguez gained even more litigation expertise in the areas of insurance defense, construction defect, toxic torts, insurance coverage, general business litigation, and automobile product liability defense, while practicing at Gust Rosenfeld, P.C. and Snell & Wilmer LLP, both major defense firms.

Mr. Rodriguez graduated from the University of Notre Dame in 1992, with a bachelor's degree in Finance, and received his law degree from the University of Arizona in 1995. He is a member of the State Bar of Arizona and is authorized to represent clients in both the Arizona and Colorado federal district courts.

## SHANA E. SCARLETT

**Direct Dial: (415) 489-4832**
**Email: shanas@hbsslaw.com**

Ms. Scarlett is an associate at Hagens Berman Sobol Shapiro's San Francisco office where she specializes in the prosecution of class actions, including securities fraud, consumer protection and privacy rights violation. Among her most recent cases, she worked along side HBSS and co-counsel, Reed Kathrein, on a $1 billion settlement with Tenet Healthcare.

Ms. Scarlett has worked in the San Francisco area since 2001 and has had her hand in several large cases. She participated in *In re National Security Agency Telecommunications Record Litigation*, and in particular the lead case, *Hepting, et al. v. AT&T, et al.*, defeating motions of several telecommunications companies and the Department of Justice.

Ms. Scarlett was also a member of the litigation team in *In re Sony BMG Audio Compact Disc Litigation,* where she helped plaintiffs to secure a multi-million dollar settlement for consumers and an agreement from Sony BMG to stop using harmful rootkit software that created a number of serious security, privacy and consumer protection issues on music CDs.

Ms. Scarlett graduated with a bachelor's degree from the University of British Columbia and received her law degree from Stanford Law School.

## RONNIE SEIDEL SPIEGEL

**Direct Dial: (206) 268-9343**
**Email: ronnie@hbsslaw.com**

Ms. Spiegel is an associate at Hagens Berman Sobol Shapiro where she has worked since 2005.

Prior to joining the firm, Ms. Spiegel practiced as a senior associate at Spector Roseman & Kodroff in Philadelphia. While there, she specialized in federal antitrust, securities and consumer protection law. Ms. Spiegel has extensive experience managing complex litigation. She has worked on trial teams, developed case strategy, and has coordinated and organized all aspects of discovery in large class action cases. During her tenure at Spector Roseman & Kodroff, she also managed the firm's North Carolina office.

Ms. Spiegel's case experience includes antitrust litigation against the brand-name prescription drug industry, the commercial tissue products industry, the vitamin industry and others.

Ms. Spiegel earned a Bachelor of Arts in International Relations from Boston University. She earned her law degree from Temple University's Beasley School of Law, where she was associate research editor for the *Temple Law Review*. She is admitted to practice in Washington and Pennsylvania as well as in federal court for the Eastern District of Pennsylvania.

## SHAYNE C. STEVENSON

**Direct Dial: (206) 268-9340**
**Email: shaynes@hbsslaw.com**

Mr. Stevenson is an associate at Hagens Berman Sobol Shapiro, joining the firm in 2007, where he focuses on class action work.

He graduated first in his class from Gonzaga University in 1996 (*summa cum laude*) with a Bachelor of Arts in Philosophy and Political Science. He was recognized as a Truman Scholar in 1995, was active in

Habitat for Humanity and became a member of *Alpha Sigma Nu*. Mr. Stevenson graduated from Yale Law School in 2000. While at Yale, he was co-founder and director of the YLS Workers' Rights Project. While director, the Project drafted and filed a successful petition on behalf of thousands of immigrant workers under the NAFTA labor side agreement (with the endorsement of the AFL-CIO, ACLU, and numerous other civil and labor rights groups). The Project also supported local labor organizing efforts, and collaborated with labor rights groups to fight against sweatshops in Manhattan and Brooklyn.

Additionally , he served as submissions editor of the *Yale Law and Policy Review*, participated in the Greenhaven Prison Project (a prisoner rehabilitation effort in New York), and represented tenants in New Haven against landlord abuse. He was also an intern in the U.S. Attorney's Office in Connecticut.

Mr. Stevenson then completed two federal clerkships. First as a law clerk to the Honorable Charles S. Haight, Jr., of the United States District Court for the Southern District of New York (2000-01); then as a law clerk for the Honorable Betty B. Fletcher, of the Ninth Circuit Court of Appeals (2001-02).

Following his clerkships, Mr. Stevenson developed his skills as a trial lawyer while working as a felony prosecutor in Seattle for over four years, successfully prosecuting hundreds of felony cases, including crimes of armed robbery, rape, murder, and assault in the first degree. He ended his tenure with an emphasis on the most egregious crimes of domestic violence.

He is admitted to practice in the State of Washington.

## ANDREW ST. JOHN

**Direct Dial: (602) 224-2625**

**Email: andy@hbsslaw.com**

Mr. St. John is an associate at Hagens Berman Sobol Shapiro's Phoenix office. Currently, he is involved in the firm's pharmaceutical litigation, insurance bad faith litigation, and several class actions.

Prior to, and during, his education Mr. St. John served in the United States military where he achieved the rank of sergeant. He was a crewman and gunner on an M1A1 Abrams main battle tank in two different armored battalions and an armored cavalry unit. His duties included being the unit retention NCO, demolitions/explosives expert, Sergeant of the Guard, and training NCO. Sergeant St. John earned expert pistol and rifle badges and was also awarded several medals and commendations for distinguished service.

Mr. St. John graduated *magna cum laude* with a Bachelor of Science in Psychology from Arizona State University. During his undergraduate education Mr. St. John was an intern in the Arizona Governor's Office during the 1998 legislative session.

Mr. St. John earned his law degree at the Sandra Day O'Connor School of Law, with High Pro Bono Distinction. While in law school he served as a staff writer for the *Arizona State Law Journal* and was an extern for both U.S. District Judge Paul G. Rosenblatt and the Arizona Supreme Court Staff Attorney's Office. Mr. St. John also represented many clients at the school's civil practice clinic.

Mr. St. John is a member of the State Bar of Arizona and is authorized to represent clients in Arizona and Colorado federal district courts.

## GENESSA A. STOUT

**Direct Dial: (206) 268-9365**
**Email: genessa@hbsslaw.com**

Ms. Stout is an associate at Hagens Berman Sobol Shapiro where she has worked since 2003. Her work has included the **Hungarian Gold Train Litigation, Tenet Healthcare, Boeing Race Discrimination, and Bextra/Celebrex**.

Ms. Stout graduated *cum laude* from the University of Washington with a Bachelor of Arts in Speech Communications. Prior to law school Ms. Stout worked in Beijing and Cheng Du, China teaching English and Science and developing cultural exchange programs.

She earned her law degree from Seattle University School of Law in 2006. While in law school Ms. Stout served as a staff editor on the *Seattle Journal for Social Justice* and served on the Juvenile Court Accountability Board. She won first place in the western region Fredrick Douglass civil rights moot court competition. During law school Ms. Stout also interned for the Federal Trade Commission where she worked on the CAN SPAM Act and the Do Not Call Registry. She is admitted to practice law in the State of Washington.

## TYLER S. WEAVER

**Direct Dial: (206) 268-9355**
**Email: tyler@hbsslaw.com**

Mr. Weaver is an associate at Hagens Berman Sobol Shapiro where he has worked since 2001. Currently, he focuses on the **ManorCare** case.

Prior to joining the firm, Mr. Weaver served as a staff attorney for Senior Judge Justin L. Quackenbush of the U.S. District Court for the Eastern District of Washington. In addition, he held the position of editor-in-chief of the *Berkeley Journal of Employment and Labor Law*. Mr. Weaver's experience also includes drafting and administering employee benefit plans, working for a firm specializing in plaintiffs' ERISA litigation, and volunteering for the East Bay Workers' Rights Clinic.

Mr. Weaver graduated *cum laude* with a bachelor's degree in English from the University of Oregon in 1992 and received his law degree from the University of California, Berkeley School of Law, Boalt Hall, in 1999. A member of both the Washington and Oregon bars, he is admitted to practice in the U.S. District Court for the Eastern District of Washington.

# References

### REPRESENTATION OF STATE OF WASHINGTON IN THE TOBACCO LITIGATION

David Walsh
1125 Washington Street S.E., P.O. Box 401
Olympia, WA 98504-0100
(360) 753-6228

### REPRESENTATION OF ARIZONA IN THE TOBACCO LITIGATION

Former Attorney General Grant Woods
Grant Woods PC
1726 North Seventh Street
Phoenix, AZ 85006
(602) 258-2599

### REPRESENTATION OF MICROSOFT

Richard Wallis
Microsoft Corporation
One Microsoft Way
Redmond, WA 98052-6399
(425) 882-8080

### REPRESENTATION OF INVESTMENT ADVISOR IN VARIOUS LITIGATIONS

Brent E. Johnson
Johnson Capital Management, Inc.
12500 Fair Lakes Circle, Suite 280
Fairfax, VA 22033
(703) 803-4100

### REPRESENTATION OF NEVADA IN THE PHARMACEUTICAL LITIGATION

L. Timothy Terry
Nevada Attorney General's Office
Medicaid Fraud Control Unit
100 North Carson Street
Carson City, NV 89701-4717
(775) 684-1191

# A Perspective on our Performance from the Bench

Perhaps one of the most telling references comes from the concluding comments of the Judge presiding over the State of Oregon's case against Big Tobacco.

**MR. BERMAN:** Nothing further, Your Honor.

**THE COURT:** Anything else for the record? Well, may I take just a couple more minutes of your time to say this has been an extraordinary experience from my perspective. We have a lot of emphasis in our profession these days about people complaining that lawyers are not professional, that they are not civil, they do things in the manner in which they practice that discredits the profession, and I wish those critics could have seen all of you in action.

This has been an extraordinary experience from my perspective. I cannot conceive of another case where there has been so much at stake, and all of you, from the outsiders to local counsel, have been extraordinarily responsible to resolve as much as you could and to bring to me only the issues that really needed rulings. I cannot tell you how much I appreciate all of your work in that regard, and I know that that was you, as individuals, doing the important thing because in a case of this magnitude, with local and regional and national and international levels of attorneys, it's very hard to connect with people.

I just hope some time before I stop during this wonderful year, I have another chance to see this kind of lawyering. *It's been stunning, and I really want to say that it's been a wonderful experience.*

So, Hallelujah.

# EXHIBIT B

**CURRICULUM VITAE**

Animal Law Offices of
Adam Phillip Karp, JD, MS
425 Crown Plaza Building
114 W. Magnolia St., Bellingham, Washington 98225
(888) 430-0001/(866) 652-3832 e-fax
(360) 738-RARF (7273)/(360) 392-FYDO (3936) fax
email: *adam@animal-lawyer.com*
web: *www.animal-lawyer.com*

**Education:**

Gonzaga University, Spokane, WA, BA, Honors, 1995
University of Washington, Seattle, JD, 1998
University of Washington, Seattle, MS, Statistics, 2000

**Professional Positions:**

*Editor,* Animal Welfare & Law Enforcement Professionals Report, Animal Legal Reports Services, 2003-present
*Adjunct Professor,* University of Washington School of Law, Animal Law, 2004-
*Adjunct Professor,* Seattle University School of Law, Animal Law, 2003-
*Solo Practitioner*, Animal Law, Seattle, WA, 2000-2003; Bellingham, WA, 2003-present
*Associate Statistician*, The Mountain-Whisper-Light Statistical Consulting, 2000-2003
*Teaching Assistant*, Statistics Department, University of Washington, taught six quarters, two classes per quarter, thirty students each, 1998-2000
*Legal Counsel*, Alliance of Investigative and Security Specialists, Seattle, WA, 2001-2002
*Volunteer Humane Investigator*, Pasado's Safe Haven, Sultan, WA, 2001-present
*Environmental Justice Consultant*, United States Environmental Protection Agency, Office for Civil Rights and Environmental Justice, Seattle, WA, 1999

**Honors:**

*Judge,* 4th Annual National Animal Advocacy Competition, Harvard Law School, March ___, 2006
*Judge,* 3rd Annual National Animal Advocacy Competition, Harvard Law School, February 17-19, 2006
*Vice Chair,* American Bar Association TIPS Animal Law Committee, 2004-
*Membership Chair,* American Bar Association TIPS Animal Law Committee, 2004-2005
*Chair,* Washington State Bar Association Animal Law Section 2005-2006
*Chair-Elect,* Washington State Bar Association Animal Law Section 2004-2005
*At-Large Officer,* Washington State Bar Association Animal Law Section 2003-2004
*Founder*, Washington State Bar Association Animal Law Section, April 2002
*Chairperson,* Washington State Bar Association Animal Law Section 2002-2003
*Last-Retiring Chairperson,* Washington State Bar Association Animal Law Section 2003-2004
*Chair-Elect,* Washington State Bar Association Animal Law Section 2004-2005
*Third Place*: *Docket,* University of Washington School of Law, Award of Excellence, Entire Magazine from the American Bar Association Law Student Division, Newspaper Contest, 1998

**Other Appointments:**

*Presenter,* Animal Cruelty Laws & Crime Scene Investigation, Animal Sanctuary 101, Pasado's Safe Haven, Sultan, WA, September 2001
*Member,* Progressive Animal Welfare Society ("PAWS") Attorney Workgroup, Seattle, April 2002 - current
*Panelist*, Fighting for the Rights of Animals in the Legal Arena, Compassion Conference 2002: Advocating for Animals & the Environment, Seattle, PAWS, NARN, HSUS, PETA, 13 April 2002
*Panelist,* Dog Days of June, "How Much is that Puppy in the Window?: Valuation of

Companion Animals," Animal Law CLE, Pierce County Bar Association, Tacoma, 22 June 2002

*Panelist,* "Protecting Washington's Pets," Progressive Animal Welfare Society, Seattle, 20 July 2002

*Presenter,* Northwest Exotic Bird Society, Bird Law (Landlord-Tenant, Warranty, Viciousness, Lost & Found), Seattle, WA, 18 September 2002

*Panelist,* Issues of Enforcement in Animal Law, "The Role of Bar Committees in Enforcing Animal Laws: Organizing Attorneys," Student Animal Legal Defense Fund 10th Annual Animal Law Conference, Lewis & Clark College, Portland, 25 October 2002

*Chair,* "Animal Law:  A Bird's Eye View," Washington State Bar Association, Animal Law Section, All-Day Super CLE, 7 May 2003

*Contributing Writer,* National Association of Professional Pet Sitters, October 2002-Winter 2003

*Contributing Writer,* National Dog Groomers Association, Winter 2003

*Contributing Writer,* National Animal Control Association, Spring 2002-2004

*Contributing Writer,* National Association for Search and Rescue, Spring 2003

*Contributing Writer,* Muttmatchers Messenger, Winter 2002-2003

*Contributing Writer,* Puget Sound Pet, 2003

*Newspaper Appearance, Perilous pooch or pit bull profiling? - Homeowners' group, dog owner head to court,* Eastside Journal, Tim Larson (June 21, 2002)

*Newspaper Appearance, Pets Have Rights, Too: State Bar Opens Door for Attorneys Interested in Animal-Law Cases,* Sarah Duran, Tacoma News Tribune (June 3, 2002)

*Newspaper Appearance, Kingston Cow Chase Leaves Behind a Trail of Questions,* Tracey Cooper, North Kitsap Herald (May 25, 2002)

*Newspaper Appearance, Police are Sued over Killing of Dog,* Ian Ith, Seattle Times (May 15, 2003)

*Magazine Appearance, In Good Hands,* Tracy Vogel, Vetcentric (July 8, 2002)

*Radio Appearance, Animal Law,* Animal Radio Network, January 25 & 26, 2003

*Radio Appearance, Aspects of Animal Law—Custody,* Animal Radio Network, February 8 & 9, 2003

*Radio Appearance,* News Story on Animal Law with Patricia Murphy, KUOW 94.9 FM NPR (2003)

*Radio Appearance,* Radio Intersections with Patricia Murphy, KUOW 94.9 FM NPR (2003)

*Presenter,* "How Much is that Injured or Deceased Puppy in the Window?", Washington State Bar Association, Animal Law Section, All-Day Super CLE, 7 May 2003

*Presenter,* "The Implications of Factory Farming on Environmental Law and Animal Law," Seattle University School of Law Student Animal Legal Defense Fund, 15 April 2003

*Presenter,* "Dog Bite Dog; Dog Bite Human," Family Dog Training Center, WSBA Animal Law Section, August 1, 2003

*Television Appearance, Legally Speaking (Animal Law: The Next Big Thing ),* KING5, with Alan Schauffler (December 2, 2002)

*Television Appearance, Legally Speaking (Slippery Slope of Pet Loss Lawsuits),* KING5, with Alan Schauffler (July 10, 2003)

*Television Appearance, News Story on Midway Meats with Chris Halsne,* KIRO7 (2002)

*Television Appearance, Follow-up on Market for Downer Cow Beef is Dying with Chris Halsne,* KIRO7 (June 13, 2003)

*Television Appearance, News Story on Drowning Squirrels with Angela King,* KCPQ Q13 (2003)

*Presenter,* 10th Annual Association of Pet Dog Trainers, Criminal Liability Pertaining to Poor Dog Guardianship, Orlando, Florida, September 12, 2003;

*Presenter,* 10th Annual Association of Pet Dog Trainers, Civil Liability Pertaining to Poor Dog Behavior, Orlando, Florida, September 14, 2003;

*Television Appearance,* Tony Ventrella Tonight, September 26, 2003, 10:35 p.m., Q13 KCPQ

*Magazine Appearance, Lawyers:  Pets Have Place in Court,* DVM Magazine, Stephanie Davis (September 1, 2002)

*Magazine Appearance, Article on Custody Disputes, Catwatch,* Karen Commings (October 2003)

*Magazine Article,* "SAR Dog Law: Independent Handlers," *SAR Dog Alert,* Adam Karp, NASAR, Summer 2003 (Vol. 23, No. 3)

*Presenter,* Puppy Mills, Companion Geese, and Other Animal Oddities, Washington Women Lawyer's Capitol Chapter, November Membership Meeting, November 13, 2003, Olympia

*Presenter,* Service Animal Access and Valuation, Assistance Dog Club of Puget Sound, November 22, 2003, Tacoma

*Magazine Appearance, Demand for animal law courses escalating,* DVM Magazine, Stephanie Davis (October 2003)

*Presenter,* Animal Law 101, Vanderbilt University School of Law, February 9, 2004, Nashville

*Presenter,* 42 U.S.C. § 1983 Litigation/Police and Animal Control – Plaintiff's Perspective, 2nd Annual Animal Law Conference, WSBA Animal Law Section, March 12, 2004

*Presenter,* Animal Law and Ethics, 2nd Annual Animal Law Conference, WSBA Animal Law Section, March 12, 2004

*Co-Chair,* 2nd Annual Animal Law Conference, WSBA Animal Law Section, March 12, 2004

*Presenter,* Quarantining Sharks: Liability and Legal Update, National Animal Control Association, 2004 Conference, May 18, 2004, Daytona Beach, Florida

*Presenter,* Animal Law Workshop (Police Shooting Dogs; Issues with Animal Control; Valuation) June 26, 2004, Tacoma-Pierce County Bar Association, Tacoma, Washington

*Presenter, Animal Law Ethics & Police Shooting Dogs,* Second Annual Animal Law Conference, Washington State Bar Association, Animal Law Section, All-Day Super CLE, March 2004.

*Presenter*, Emerald Education, The Ethics of Aspiration, Vegan Ethics, December 12, 2003, Seattle, WA.

*Radio Interview*, November 3, 2004, AM 1150 CNN *Solutions* with Mark Kimball

*Presenter*, The Future of Animal Law, *Discussing Noneconomic Damages,* ALDF and Yale Law School, New Haven, CT, November 5-7, 2004

*Magazine Appearance*, TIME, *Woof, Woof, your Honor*, Anita Hamilton, December 5-13, 2004

*Radio Appearance*, Jack and Phil Drive-Time, WMBD 1470 AM, Peoria, IL, December 8, 2004.

*Radio Show*, *Legal Talk*, Steve Karp, WCOJ 1420 AM, Chester Cy., Philadelphia, December 18, 2004.

*Monthly Contributor,* Animal Law Monthly, Whatcom County Bar Association Newsletter, September 2003 – current

*Presenter,* Implied Causes of Action and Civil Animal Cruelty, Meeting Standards of Care, WSBA-CLE and WSBA Animal Law Section, January 21, 2005, Spokane, Washington.

*Presenter,* Custody Disputes, 5th Annual Animal Law Institute, State Bar of Texas Animal Law Section, April 8, 2005, Austin, Texas.

*Presenter,* Developing Strands in Charlotte's Web – the 2004-05 Animal Law Caselaw Update, 3rd Annual Animal Law Conference, WSBA Animal Law Section, April 14, 2005, Seattle, Washington.

*Presenter,* DWI—Doggies Without Insurance: The Law's Curious Treatment of Uninsured Nonhuman Animals, ABA TIPS Animal Law Committee Annual Meeting, August 7, 2005, Chicago, Illinois.

*Radio Appearance,* Animal Radio Network ( )

*Radio Appearances,* Ontario, Canada; KIRO Television/Radio; AP Radio; French Press; UK Press (regarding Yofi)

*Radio Show, Real Life,* Jeff Lustick, KGMI 790 AM, Bellingham, Washington, September 15, 2005.

*Television Appearance*, HIPPA and Veterinarians, KING 5 *Legally Speaking*, December 1, 2005

*Presenter,* The Law's Curious Treatment of Nonhuman Animals, Vermont Law School, February 20, 2006

*Presenter,* Section Service, WSBA Leadership Institute, February 25, 2006, Seattle, Washington.

*Presenter,* Introduction to Animal Law, UW Young Alumni Association, Seattle, Washington, March 22, 2006.

*Presenter,* Animal Law, NALS of Washington, Spokane, Washington, April 8, 2006.

*Presenter,* Developing Strands in Charlotte's Web, the 2005-2006 Caselaw Update, 4th Annual Animal Law Section CLE, April 21, 2006, Seattle, WA

*Chair,* 4th Annual Animal Law Section CLE, April 21, 2006, Seattle, WA

*Radio Interview,* 710 KIRO, Dori Monson Show, 3:20 p.m., May 24, 2006.

*Presenter,* Defensive and Precedential Animal Lawyering & Animal Lawyering Panel, 14th Annual Animal Law Conference, National Center for Animal Law, Lewis & Clark Law School, Portland, Oregon, October 13-15, 2006.

*Presenter,* Tort Law is Raining Cats and Dogs!, Hot Topics in Tort, WSTLA, Seattle, Washington, October 4, 2006.

*Internet Appearance,* Law Stars focus on Adam P. Karp: Animal Law Offices of Adam P. Karp, Lawcrossing.com, October 16, 2006.

*Internet Interview,* Our Interview with Adam Karp, Voiceless The Fund for Animals, Dec. 18, 2006

*Presenter,* What's New in Litigation and Legislation? New Tools for Animal Law Development; Making Gains through All Three Branches of Government, The Future of Animal Law, ALDF and Harvard Law School, April 1, 2007

*Presenter,* Developing Strands in Charlotte's Web, the 2006-2007 Caselaw Update, 5th Annual Animal Law Section CLE, WSBA-CLE, March 9, 2007

*Presenter,* The Rules of Animal Evidence, 5th Annual Animal Law Section CLE, WSBA-CLE, March 9, 2007

*Presenter,* When the Courtroom Meets the Operating Room – A Potpourri of Legal Considerations for Modern Veterinary Practice, Bellingham Animal Emergency Center, Bellingham, WA, April 15, 2007

*Presenter,* What is the Intrinsic Value of an Animal in the Courtroom?, Animals and the Law, Georgia State Bar Association, Atlanta, GA, May 17, 2007

*Presenter*, Damages in the Menu Foods Litigation and Other Civil Actions for Wrongful Animal Injury and Death, New Mexico State Bar Association, *Animal Law 2007: Tort Claims, Class Action, Regulation, and Civil Rights,* June 22, 2007.

*Presenter*, Shipwrecks, Strays, and Runaway Slaves – The Animal Rescuer's Lien, State Bar of Texas Animal Law Section, 2007 Animal Law Institute, June 8, 2007.

*Presenter,* Every Dog Should Have His Day – Doggie Due Process and Other Constitutional Challenges, State Bar of Texas Animal Law Section, 2007 Animal Law Institute, June 8, 2007.
*Presenter,* Caselaw Update, Legal Aspects of the Pet Food Recall and Veterinary Malpractice, Tacoma-Pierce County Bar Association, *Pet Law Program in the Park* (4th Annual), June 23, 2007.

**Licenses:**

*Attorney*, Washington (admitted 1998)
*Attorney*, United States Western District Court of Washington (admitted 2002)
*Attorney*, United States Eastern District Court of Washington (admitted 2002)
*Attorney*, United States Western District of Washington Bankruptcy Court (admitted 2003)
*Notary Public*, Washington (expires November 2008)

**Membership in Professional Organizations:**

American Bar Association
Animal Legal Defense Fund Attorney Member
National Animal Control Association
Washington Animal Control Association
Washington State Bar Association
Washington State Bar Association Animal Law Section
Washington State Trial Lawyers Association - Eagle
Whatcom County Bar Association

**Arbitration Panelist**

Skagit County Superior Court (2006-)
Snohomish County Superior Court (2006-)
King County Superior Court (2006-)
Whatcom County Superior Court (2007-)

**Volunteer/Pro Bono Assistance:**

Animal Legal Defense Fund
Pasado's Safe Haven
Northwest Wildlife Rehabilitation

**Special Training:**

*Graduate*, Level One Animal Control Officer Academy, Washington State Criminal Justice Training Commission & Washington Animal Control Association, Des Moines, WA, 2001
*Attendee*, Pacific Northwest Animal Care and Control Combined Annual Training Conference, Washington Animal Control Association & Washington Federation of Animal Care & Control Agencies, Spokane, WA, September 2001& Washington Federation of Animal Care & Control Agencies, Spokane, WA, 2001
*Certificate*, Chemical Capture, Combined Annual Training Conference, Washington Animal Control Association & Washington Federation of Animal Care & Control Agencies, Spokane, WA, September 2001
*Attendee,* Pacific Northwest Animal Care and Control Combined Annual Training Conference, Washington Animal Control Association & Washington Federation of Animal Care & Control Agencies, Sea-Tac, WA, September 2002
*Attendee,* Pacific Northwest Animal Care and Control Combined Annual Training Conference, Washington Animal Control Association & Washington Federation of Animal Care & Control Agencies, Spokane, WA, September 2003
*Certificate,* Legend Drug Euthanasia, Combined Annual Training Conference, Washington Animal Control Association & Washington Federation of Animal Care & Control Agencies, Spokane, WA, September 2003

*Certificate,* Livestock Body Condition Scoring and Nutrition, Combined Annual Training Conference, Washington Animal Control Association & Washington Federation of Animal Care & Control Agencies, Spokane, WA, September 2003

**Animal-related CLEs:**

*Attendee*, "It's a Jungle out There! Dealing with Animals in Your Practice," Oregon State Bar, Portland, July 2001
*Attendee*, "The Politics of Animal Law," Student Animal Legal Defense Fund 9th Annual Animal Law Conference, Lewis & Clark College, Portland, October 2001
*Attendee*, "Animals & the Law: Creatures Great and Small," Oregon State Bar CLE, Portland, 10 May 2002
*Attendee*, "Issues of Enforcement in Animal Law," Student Animal Legal Defense Fund 10th Annual Animal Law Conference, Lewis & Clark College, Portland, October 2002
*Attendee,* "Animal Law: A Bird's Eye View," Washington State Bar Association, Animal Law Section, All-Day Super CLE, 7 May 2003
*Attendee,* Second Annual Animal Law Conference, Washington State Bar Association, Animal Law Section, All-Day Super CLE, March 2004.
*Attendee,* Annual Conference, National Animal Control Association, 2004 Conference, May 18, 2004, Daytona Beach, Florida
*Attendee,* Animal Law Workshop, June 26, 2004, Tacoma-Pierce County Bar Association, Tacoma, Washington
*Attendee,* Second Animal Animal Law Conference, Washington State Bar Association, Animal Law Section, All-Day Super CLE, March 2004.
*Attendee*, The Future of Animal Law, ALDF and Yale Law School, New Haven, CT, November 5-7, 2004
*Attendee,* Implied Causes of Action and Civil Animal Cruelty, Meeting Standards of Care, WSBA-CLE and WSBA Animal Law Section, January 21, 2005, Spokane, Washington.
*Attendee,* Custody Disputes, 5th Annual Animal Law Institute, State Bar of Texas Animal Law Section, April 8, 2005, Austin, Texas.
*Attendee,* 3rd Annual Animal Law Conference, WSBA Animal Law Section, April 14, 2005, Seattle, Washington.
*Attendee,* 4th Annual Animal Law Conference, WSBA Animal Law Section, April 21, 2006, Seattle, Washington
*Attendee,* 14th Annual Animal Law Conference, National Center for Animal Law, Lewis & Clark Law School, Portland, Oregon, October 13-15, 2006.
*Attendee,* The Future of Animal Law, ALDF and Harvard Law School, Cambridge, MA, Mar. 30-Apr.1, 2007
*Attendee,* Animals and the Law, Georgia State Bar Association, Atlanta, GA, May 17, 2007
*Attendee*, New Mexico State Bar Association, *Animal Law 2007: Tort Claims, Class Action, Regulation, and Civil Rights,* June 22, 2007.
*Attendee*, State Bar of Texas Animal Law Section, 2007 Animal Law Institute, June 8, 2007.
*Attendee,* Tacoma-Pierce County Bar Association, *Pet Law Program in the Park* (4th Annual), June 23, 2007.

**Publications**

1 *Lex Feles et Canis – Beyond Ferae Naturae: Practicing Animal Law in Washington, Bar News,* WSBA, February 2003

2 *A Day in the Life of an Animal Lawyer, Bar Bulletin*, KCBA, April 2002.

3 *Don't Feed the Animals – or Their Attorneys!, De Novo,* WSBA Young Lawyers Division, Sept/Oct 2001.

4 *Statistical Approaches to Assessing Charges of Environmental Racism and Classism against the United States Environmental Protection Agency,* 19 Research in L. & Econ. 1 (2000).

5 *China Must Not "Wait Until the Evening": Resisting Mass Motorization's Assault on Bicycles and Mass Transit,* 6 Pac. Rim L. & Pol'y J. 717 (1997).

6 *Genitorts in the Global Context: Female Genital Mutilation as a Tort under the Alien Tort Claims*

*Act, the Torture Victim Prevention Act, and the Foreign Sovereign Immunities Act,* 18 Women's Rts. L. Rep. 315 (1997).

7 *Time-Dependent Surgical Outcomes Following Cauda Equina Syndrome Diagnosis: Comments on a Meta-Analysis,* 29 (11) SPINE 1281-1287 (2004).

8 *Newsletter Contribs to ABA, WCBA, KCBA*

9 *Contributor* (Chapters 11.16 and 11.17) *to Lowell Ackerman,* Blackwell's Five-Minute Veterinary Practice Management Consult, Blackwell Publishing Professional (2007).

10 *Recent Developments in Animal Tort and Insurance Law*, Tort Trial and Insurance Practice Law Journal 251 (2007)

11 *Recent Developments in Animal Tort and Insurance Law,* Tort Trial and Insurance Practice Law Journal (2008) – to be published