## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: PET FOOD PRODUCTS LIABILITY LITIGATION | Civil Action No. 07-2867 (NLH)<br><br>MDL Docket No. 1850 |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | **APPENDIX OF EXHIBITS IN SUPPORT OF MAJORITY PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM CO-LEAD AND LIAISON COUNSEL**<br><br>Date:  September 26, 2007<br>Time:  11:00 a.m.<br>Courtroom:  3A<br><br>The Honorable Noel L. Hillman |

1.     Attached hereto as **EXHIBIT A** is a true and correct copy of a detailed chart listing all plaintiff firms and corresponding cases;

2.     Attached hereto as **EXHIBIT B** is a true and correct copy of a letter to all Plaintiffs' Counsel sent March 30, 2007;

3.     Attached hereto as **EXHIBIT C** is a true and correct copy of a Transfer Order, June 19, 2007;

4.     Attached hereto as **EXHIBIT D** is a true and correct copy of a Transcript, May 18, 2007, at 61-62;

5.     Attached hereto as **EXHIBIT E** is a true and correct copy of a letter from Michael Ferrara, May 22, 2007;

6.     Attached hereto as **EXHIBIT F** is a true and correct copy of a Transcript May 23, 2007, at 24-25;

7.     Attached hereto as **EXHIBIT G** is a true and correct copy of a letter from Mark J. Tamblyn, June 4, 2007;

8.     Attached hereto as **EXHIBIT H** is a true and correct copy of a letter to the Honorable Noel L. Hillman, July 5, 2007;

9.     Attached hereto as **EXHIBIT I** is a true and correct copy of a letter from Russell Paul, June 22, 2007;

10.     Attached hereto as **EXHIBIT J** is a true and correct copy of a letter from Blim & Edelson, June 27, 2007; and

11.     Attached hereto as **EXHIBIT K** is a true and correct copy of a Transcript of Telephone Conference Call, July 6, 2007, at 4:8-14.

# EXHIBIT A

## IN RE:  PET FOOD PRODUCTS LIABILITY LITIGATION

### Civil Action No.  07-2867 (NLH) (D.N.J.); MDL Docket No. 1850

### Plaintiffs and Counsel In Support of Majority Plaintiffs' Motion for
### Appointment of Interim Co-Lead and Liaison Counsel Pursuant to Fed. R. Civ. P. 23(g)

| Counsel | Case(s) |
|---------|---------|
| A. James Andrews<br>**LAW OFFICE OF A. JAMES ANDREWS** | *Holt v. Menu Foods, Inc.*<br>Case No. 3:07-CV-00094 (E.D. Tenn.)<br>(Filed on 3/19/07)<br><br>*Bowser v. Nestle Purina Pet Care Company*<br>Case No. 2:07-cv-02246-JDB-TMP<br>(W.D. Tenn.) (Filed on 4/09/07) |
| Adam P.  Karp<br>**ANIMAL LAW OFFICES** | *Suggett v. Menu Foods et al.*<br>Case No. 07-CV-457 RSM (W.D. Wash.)<br>(Filed on 3/27/07) |
| Jeffrey B. Cereghino<br>**BERDING AND WEIL** | *Swarberg v. Menu Foods Holding et al.*<br>Case No. 07-CV-0706 (BTM) (S.D. Cal.)<br>(Filed on 4/18/07) |
| Sherrie R. Savett<br>Michael T. Fantini<br>Russell D. Paul<br>**BERGER & MONTAGUE, P.C.** | *Workman et al.  v. Menu Foods Limited et al.*<br>Case No. 1:07-CV-01338-NLH-AMD (D.N.J.)<br>(Filed on 3/23/07)<br><br>*Schneider v. Menu Foods Limited et al.*<br>Case No. 1:07-CV-01533-NLH-AMD (D.N.J.)<br>(Filed on 4/2/07)<br><br>*Conti et al. v. Menu Foods Limited et al.*<br>Case No. 1:07-CV-01638-NLH-AMD (D.N.J.)<br>(Filed on 4/9/07)<br><br>*Carestio v. Menu Foods Limited et al.*<br>Case No. 1:07-cv-01762-NLH-AMD (D.N.J.)<br>(Filed on 4/16/07) |
| Michael J. Boni<br>**BONI & ZACK, LLC** | *Conti et al. v. Menu Foods Limited et al.*<br>Case No. 1:07-CV-01638-NLH-AMD (D.N.J.)<br>(Filed on 4/9/07) |
| Kimberly M. Donaldson<br>Joseph G. Saunder<br>Benjamin F. Johns<br>**CHIMICLES & TIKELLIS, LLP** | *Pirches et al. v. Menu Foods Income Fund et al.*<br>Case No. 1:07-CV-01685-NLH-AMD (D.N.J.)<br>(Filed on 4/10/07) |

1

| | |
|---|---|
| Katherine J Odenbreit<br>Rene L. Barge<br>**CLASS ACTION LITIGATION GROUP** | *Ford et al. v. Menu Foods Income Fund et al.*<br>Case No. 3:07-cv-00734-BTM-RBB (S.D. Cal.)<br>(Filed on 4/23/07)<br><br>*Wahl et al. v. Menu Foods Income Fund et al.*<br>Case No. 2:07-CV-02779-AJW (C.D. Cal.)<br>(Filed on 4/26/07) |
| Paul J. Geller<br>Stuart A. Davidson<br>James L. Davidson<br>**COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP** | *Troiano v. Menu Foods, Inc. et al.*<br>Case No. 0:07-CV-60428-JIC (S.D. Fla.)<br>(Filed on 3/26/07)<br><br>*Hidalgo v. Menu Foods, Inc. et al.*<br>Case No. 07-CV-1488 NLH (D.N.J.)<br>(Filed on 3/29/07)<br><br>*Ingles v. Menu Foods, Inc. et al.*<br>Case No. 07-CV-1809-MMC (N.D. Cal.)<br>(Filed on 3/30/07)<br><br>*Gagliardi v. Menu Foods, Inc. et al.*<br>Case No. 1:07-CV-01522-NLH-AMD (D.N.J.)<br>(Filed on 3/30/07)<br><br>*Turturro v. Menu Foods, Inc. et al.*<br>Case No. 1:07-CV-01523-NLH-AMD (D.N.J.)<br>(Filed on 3/30/07) |
| Perry A. Craft<br>**CRAFT & SHEPPARD PLC** | *Holt v. Menu Foods, Inc.*<br>Case No. 3:07-CV-00094 (E.D. Tenn.)<br>(filed on 3/19/07)<br><br>*Bowser v. Nestle Purina Pet Care Company*<br>Case No. 2:07-cv-02246-JDB-TMP<br>(W.D. Tenn.) (Filed on 4/09/07) |
| Michael Donovan<br>**DONOVAN SEARLES, LLC** | *Conti et al. v. Menu Foods Limited et al.*<br>Case No. 1:07-CV-01638-NLH-AMD (D.N.J.)<br>(Filed on 4/9/07) |
| Larry D. Drury<br>**LARRY D. DRURY LTD.** | *Johnson v. Proctor & Gamble Co. et al.*<br>Case No. 07-C-0159 (W.D. Wisc.)<br>(Filed on 3/21/07) |
| John G. Emerson<br>Scott E. Poynter<br>Christopher D. Jennings<br>**EMERSON POYNTER LLP** | *Lowery v. Menu Foods Income Fund et al.*<br>Case No. 3:07-2665 (N.D. Cal.)<br>(Filed on 5/21/07) |

| | |
|---|---|
| | *Stacey v. Nestle S.A. et al.* <br> Case No. 4:07-cv-00376-GH (E.D. Ark.) <br> (Filed 4/10/07) |
| Roberta D. Liebenberg <br> **FINE KAPLAN & BLACK, R.P.C.** | *Schneider v. Menu Foods Limited et al.* <br> Case No. 1:07-CV-01533-NLH-AMD (D.N.J.) <br> (Filed 4/2/07) |
| Mila F. Bartos <br> **FINKELSTEIN THOMPSON LLP** | *DeBarathy v. Menu Foods Income Fund et al.* <br> Case No. 1:07-CV-01739-NLH-AMD (D.N.J.) <br> (Filed 4/10/07) |
| Joseph Goldberg <br> **FREEDMAN BOYD DANIELS HOLLANDER & GOLDBERG, P.A.** | *Krosschell v. Menu Foods Income Fund et al.* <br> Case No. 0:07-CV-02108-RHK-AJB (D. Minn.) <br> (Filed 4/27/07) |
| Phillip H. Gordon <br> Bruce S. Bistline <br> **GORDON LAW OFFICES** | *Johnson et al. v. Menu Foods* <br> Case No. 07-CV-00455-CMP (W.D. Wash.) <br> (Filed on 3/27/07) <br><br> *Klimes et al. v. Menu Foods* <br> Case No. 1:07-CV-160 (D. Idaho) <br> (Filed on 4/5/07) |
| Paul Gordon <br> **PAUL GORDON, LLC** | *Tompkins v. Menu Foods Midwest Corp. et al.* <br> Case No. 1:07-CV-00736-JLK (D. Colo.) <br> (Filed on 4/11/07) |
| Daniel E. Gustafson <br> Daniel C. Hedlund <br> Renae Steiner <br> **GUSTAFSON GLUEK PLLC** | *Donnelly et al. v. Menu Foods, Inc. et al.* <br> Case No. 07-20955 (S.D. Fla.) <br> (Filed on 4/10/07) <br><br> *Krosschell v. Menu Foods Income Fund et al.* <br> Case No. 0:07-CV-02108-RHK-AJB (D. Minn.) <br> (Filed on 4/27/07) <br><br> *Roberts et al. v. Menu Foods, Inc. et al.* <br> Case No. 3:07-CV-248 (W.D. Wisc.) <br> (Filed on 5/2/07) |
| Steve W. Berman <br> Jeniphr A. E. Breckenridge <br> **HAGENS BERMAN SOBOL SHAPIRO LLP** | *Johnson et al. v. Menu Foods* <br> Case No. 07-CV-00455-CMP (W.D. Wash.) <br> (Filed on 3/27/07) <br><br> *Heller et al. v. Menu Foods* <br> Case No. 07-CV-00453-CMP (W.D. Wash.) <br> (Filed on 3/27/07) <br><br> *Kornelius et al. v. Menu Foods* |

Case No. 07-CV-00454-MJP (W.D. Wash.)
(Filed on 3/27/07)

*Klimes et al. v. Menu Foods*
Case No. 1:07-CV-160 (D. Idaho)
(Filed on 4/5/07)

*Migliore v. Menu Foods*
Case No. 2:07-cv-00575-RSL (W.D. Wash.)
(Filed on 4/19/07)

*Moran v. Menu Foods*
Case No. 2:07-cv-00576-JCC (W.D. Wash.)
(Filed on 4/19/07)

*Puett v. Menu Foods*
Case No. 2:07-CV-00577-RSL (W.D. Wash.)
(Filed on 4/19/07)

*Reeves v. Menu Foods*
Case No. 2:07-cv-00634-JCC (W.D. Wash.)
(Filed on 4/26/07)

*Guthrie v. Menu Foods*
Case No. 3:07-cv-05205-RJB (W.D. Wash.)
(Filed on 4/26/07)

*Rusiecki v. Menu Foods*
Case No. 3:07-cv-05204-RJB (W.D. Wash.)
(Filed on 4/26/07)

*Labbate v. Menu Foods*
Case No. 2:07-CV-00669-MJB (W.D. Wash.)
(Filed on 5/1/07)

*Palmer v. Menu Foods*
Case No. 2:07-CV-00668-JLR (W.D. Wash.)
(Filed on 5/1/07)

*Robinson v. Menu Foods*
Case No. 2:07-CV-00666-RSL (W.D. Wash.)
(Filed on 5/1/07)

*Ullman v. Menu Foods*
Case No. 2:07-CV-00667-MJP (W.D. Wash.)
(Filed on 5/1/07)

|  | *Whitt v. Menu Foods*<br>Case No. 2:07-CV-00670-RSM (W.D. Wash.)<br>(Filed on 5/1/07)<br><br>*Adams v. Menu Foods*<br>Case No. 2:07-CV-00685-RSM (W.D. Wash.)<br>(Filed on 5/3/07)<br><br>*Dineen v. Menu Foods*<br>Case No. 2:07-CV-00686-JPD (W.D. Wash.)<br>(Filed on 5/3/07)<br><br>*Mullen v. Menu Foods*<br>Case No. 2:07-CV-00689-JLR (W.D. Wash.)<br>(Filed on 5/3/07)<br><br>*Percy v. Menu Foods*<br>Case No. 2:07-CV-00690-RSL (W.D. Wash.)<br>(Filed on 5/3/07)<br><br>*Shingle v. Menu Foods*<br>Case No. 2:07-CV-00687-MJP (W.D. Wash.)<br>(Filed on 5/3/07)<br><br>*Thomas v. Menu Foods*<br>Case No. 2:07-CV-00688-TSZ (W.D. Wash.)<br>(Filed on 5/3/07)<br><br>*Weitz v. Menu Foods*<br>Case No. 2:07-CV-00684-RSM (W.D. Wash.)<br>(Filed on 5/3/07)<br><br>*Monk v. Menu Foods*<br>Case No. 2:07-CV-00745-JCC (W.D. Wash.)<br>(Filed on 5/15/07)<br><br>*Boyer v. Menu Foods*<br>Case No. 2:07-CV-00746-RSL (W.D. Wash.)<br>(Filed on 5/15/07)<br><br>*Brenton v. Menu Foods*<br>Case No. 2:07-CV-00747-JCC (W.D. Wash.)<br>(Filed on 5/15/07)<br><br>*Nagel v. Menu Foods* |
|---|---|

| | |
|---|---|
| | Case No. 2:07-CV-00748-JLR (W.D. Wash.)<br>(Filed on 5/15/07)<br><br>*Eilers v. Menu Foods*<br>Case No. 2:07-CV-00749-TSZ (W.D. Wash.)<br>(Filed on 5/15/07) |
| Mick Hodges<br>**HODGES LAW OFFICE** | *Klimes et al. v. Menu Foods*<br>Case No. 1:07-CV-160 (D. Idaho)<br>(Filed on 4/5/07) |
| Dennis Stewart<br>**HULETT HARPER STEWART LLP** | *Krosschell v. Menu Foods Income Fund et al.*<br>Case No. 0:07-CV-02108-RHK-AJB (D. Minn.)<br>(Filed on 4/27/07) |
| Robert A. Jigarjian<br>**JIGARJIAN LAW OFFICE** | *Lowery v. Menu Foods Income Fund et al.*<br>Case No. 3:07-2665 (N.D. Cal.)<br>(Filed on 5/21/07) |
| Michael L. Stoker<br>**JOHNS FLAHERTY & RICE, S.C.** | *Roberts et al. v. Menu Foods, Inc. et al.*<br>Case No. 3:07-CV-248 (W.D. Wisc.)<br>(Filed on 5/2/07) |
| Gary S. Graifman<br>**KANTROWITZ GOLDHAMER & GRAIFMAN** | *Pittsonberger v., Menu Foods Midwest et al.*<br>Case No. 1:07-CV-01561-NLH-AMD (D.N.J.)<br>(Filed on 4/3/07) |
| Robert Kaplan<br>Christine M. Fox<br>Linda P. Nussbaum<br>Laurence D. King<br>William J. Pinilis<br>**KAPLAN FOX & KILSHEIMER LLP** | *Pittsonberger v., Menu Foods Midwest et al.*<br>Case No. 1:07-CV-01561-NLH-AMD (D.N.J.)<br>(Filed on 4/3/07)<br><br>*Carter v. Menu Foods, Inc. et al.*<br>Case No. 1:07-CV-01562-NLH-AMD (D.N.J.)<br>(Filed on 4/3/07)<br><br>*Bullock v. Menu Foods, Inc. et al.*<br>Case No. 1:07-CV-01579-NLH-AMD (D.N.J.)<br>(Filed on 4/4/07)<br><br>*Pirches et al. v. Menu Foods Income Fund et al.*<br>Case No. 1:07-CV-01685-NLH-AMD (D.N.J.)<br>(Filed on 4/10/07) |
| Jeffrey A. Wigodsky<br>**KARP FROSH LAPIDUS WIGODSKY<br>& NORWIND, P.A.** | *Pittsonberger v., Menu Foods Midwest et al.*<br>Case No. 1:07-CV-01561-NLH-AMD (D.N.J.)<br>(Filed on 4/3/07) |
| Stuart C. Talley<br>**KERSHAW, CUTTER & RATINOFF LLP** | *Sexton v. Menu Foods Income Fund et al.*<br>Case No. 07-CV-01958 GHK (AJWx) |

| | |
|---|---|
| | (C.D. Cal.) (Filed on 3/26/07) |
| | *Wilson v. Menu Foods Income Fund et al.* Case No. 07-CV-1456 NLH (D.N.J.) (Filed on 3/27/07) |
| | *Donnelly et al. v. Menu Foods, Inc. et al.* Case No. 07-20955 (S.D. Fla.) (Filed on 4/10/07) |
| | *Amro v. Menu Foods Income Fund et al.* Case No. 07-CV-2162 (N.D. Ill.) (Filed on 4/18/07) |
| Lawrence Kopelman **KOPELMAN & BLANKMAN** | *Troiano v. Menu Foods, Inc. et al.* Case No. 0:07-CV-60428-JIC (S.D. Fla.) (Filed on 3/26/07) |
| Reginald A. Krasney **REGINALD A. KRASNEY** | *Pirches et al. v. Menu Foods Income Fund et al.* Case No. 1:07-CV-01685-NLH-AMD (D.N.J.) (Filed on 4/10/07) |
| Eric Benink **KRAUSE KALFAYAN BENINK & SLAVENS** | *Payne et al. v. Menu Foods, Inc. et al.* Case No. 3:07-CV-00705-JAH-CAB (S.D. Cal.) (Filed on 4/18/07) |
| Lawrence E. Feldman **LAWRENCE E. FELDMAN & ASSOCIATES** | *Johnson v. Menu Foods, Inc. et al.* Case No. 1:07-CV-1610 (D.N.J.) (Filed on 4/5/07) <br><br> *Donnelly et al. v. Menu Foods, Inc. et al.* Case No. 07-20955 (S.D. Fla.) (Filed on 4/10/07) |
| Eric Lee **LEE & AMTZIS, P.L.** | *Freeman v. Menu Foods, Inc. et al.* Case No. 1:07-CV-01646-NLH-AMD (D.N.J.) (Filed on 4/4/07) |
| Gary E. Mason Donna F. Solen **THE MASON LAW FIRM** | *Pittsonberger v., Menu Foods Midwest et al.* Case No. 1:07-CV-01561-NLH-AMD (D.N.J.) (Filed on 4/3/07) <br><br> *Carter v. Menu Foods, Inc. et al.* Case No. 1:07-CV-01562-NLH-AMD (D.N.J.) (Filed on 4/3/07) <br><br> *Bullock v. Menu Foods, Inc. et al.* Case No. 1:07-CV-01579-NLH-AMD (D.N.J.) |

| | |
|---|---|
| | (Filed on 4/4/07) |
| | *Ferrarese v. Menu Foods, Inc. et al.*<br>Case No. 2:07-CV-00235-JES-DNF (M.D. Fla.)<br>(Filed on 4/16/07) |
| Charles A. McCallum<br>R. Brent Irby<br>**McCallum Hoaglund Cook<br>& Irby, LLP** | *McCullough v. Menu Foods Income Fund et al.*<br>Case No. 1:07-CV-01710-NLH-AMD (D.N.J.)<br>(Filed on 4/10/07) |
| Scott Wm. Weinstein<br>**Morgan & Morgan, PA** | *Ferrarese v. Menu Foods, Inc. et al.*<br>Case No. 2:07-CV-00235-JES-DNF (M.D. Fla.)<br>(Filed on 4/16/07) |
| Michael David Myers<br>**Myers & Company PLLC** | *Whaley v. Menu Foods et al.*<br>Case No. 2:07-CV-00411-CMP (W.D. Wash.)<br>(Filed on 3/19/07)<br><br>*Heller et al. v. Menu Foods*<br>Case No. 07-CV-00453-CMP (W.D. Wash.)<br>(Filed on 3/27/07)<br><br>*Kornelius et al. v. Menu Foods*<br>Case No. 07-CV-00454-MJP (W.D. Wash.)<br>(Filed on 3/27/07)<br><br>*Migliore v. Menu Foods*<br>Case No. 2:07-cv-00575-RSL (W.D. Wash.)<br>(Filed on 4/19/07)<br><br>*Moran v. Menu Foods*<br>Case No. 2:07-cv-00576-JCC (W.D. Wash.)<br>(Filed on 4/19/07)<br><br>*Puett v. Menu Foods*<br>Case No. 2:07-CV-00577-RSL (W.D. Wash.)<br>(Filed on 4/19/07)<br><br>*Reeves v. Menu Foods*<br>Case No. 2:07-cv-00634-JCC (W.D. Wash.)<br>(Filed on 4/26/07)<br><br>*Guthrie v. Menu Foods*<br>Case No. 3:07-cv-05205-RJB (W.D. Wash.)<br>(Filed on 4/26/07) |

*Rusiecki v. Menu Foods*
Case No. 3:07-cv-05204-RJB (W.D. Wash.)
(Filed on 4/26/07)

*Labbate v. Menu Foods*
Case No. 2:07-CV-00669-MJB (W.D. Wash.)
(Filed on 5/1/07)

*Palmer v. Menu Foods*
Case No. 2:07-CV-00668-JLR (W.D. Wash.)
(Filed on 5/1/07)

*Robinson v. Menu Foods*
Case No. 2:07-CV-00666-RSL (W.D. Wash.)
(Filed on 5/1/07)

*Ullman v. Menu Foods*
Case No. 2:07-CV-00667-MJP (W.D. Wash.)
(Filed on 5/1/07)

*Whitt v. Menu Foods*
Case No. 2:07-CV-00670-RSM (W.D. Wash.)
(Filed on 5/1/07)

*Adams v. Menu Foods*
Case No. 2:07-CV-00685-RSM (W.D. Wash.)
(Filed on 5/3/07)

*Dineen v. Menu Foods*
Case No. 2:07-CV-00686-JPD (W.D. Wash.)
(Filed on 5/3/07)

*Mullen v. Menu Foods*
Case No. 2:07-CV-00689-JLR (W.D. Wash.)
(Filed on 5/3/07)

*Percy v. Menu Foods*
Case No. 2:07-CV-00690-RSL (W.D. Wash.)
(Filed on 5/3/07)

*Shingle v. Menu Foods*
Case No. 2:07-CV-00687-MJP (W.D. Wash.)
(Filed on 5/3/07)

*Thomas v. Menu Foods*
Case No. 2:07-CV-00688-TSZ (W.D. Wash.)

| | |
|---|---|
| | (Filed on 5/3/07)<br><br>*Weitz v. Menu Foods*<br>Case No. 2:07-CV-00684-RSM (W.D. Wash.)<br>(Filed on 5/3/07)<br><br>*Monk v. Menu Foods*<br>Case No. 2:07-CV-00745-JCC (W.D. Wash.)<br>(Filed on 5/15/07)<br><br>*Boyer v. Menu Foods*<br>Case No. 2:07-CV-00746-RSL (W.D. Wash.)<br>(Filed on 5/15/07)<br><br>*Brenton v. Menu Foods*<br>Case No. 2:07-CV-00747-JCC (W.D. Wash.)<br>(Filed on 5/15/07)<br><br>*Nagel v. Menu Foods*<br>Case No. 2:07-CV-00748-JLR (W.D. Wash.)<br>(Filed on 5/15/07)<br><br>*Eilers v. Menu Foods*<br>Case No. 2:07-CV-00749-TSZ (W.D. Wash.)<br>(Filed on 5/15/07) |
| Bruce E. Newman<br>Kevin Creed<br>**NEWMAN CREED & ASSOCIATES** | *Osborne v.  Menu Foods, Inc.*<br>Case No. 3:07-CV-00469-RNC (D. Conn.)<br>(Filed on 3/26/07)<br><br>*Sokolowski v. Menu Foods, Inc. et al.*<br>Case No. 1:07-CV-01709-NLH-AMD (D.N.J.)<br>(Filed on 4/9/07) |
| Bill G. Horton<br>**NOLAN CADDELL & REYNOLDS** | *Gray et al. v. Menu Foods et al.*<br>Case No. 07-5065 (W.D. Ark.)<br>(Filed on 4/11/07) |
| William M. O'Mara<br>David C. O'Mara<br>Brian O. O'Mara<br>**THE O'MARA LAW FIRM P.C.** | *Streczyn  v. Menu Foods Income Fund et al.*<br>Case No. 3:07-cv-00159-LRH-VPC  (D. Nev.)<br>(Filed on 4/2/07) |
| Jeremy Y. Hutchinson<br>Jack Thomas Patterson III<br>Richard Adams<br>James C. Wyly<br>Sean F. Rommel | *Scott et al. v.  Menu Foods et al.*<br>Case No. 5:07-CV-05055-RTD (W.D. Ark.)<br>(Filed on 3/23/07) |

| | |
|---|---|
| **PATTON ROBERTS MCWILLIAMS & CAPSHAW LLP** | |
| Terry M. Poynter<br>**TERRY M. POYNTER, P.A.** | *Stacey v. Nestle S.A. et al.*<br>Case No. 4:07-cv-00376-GH (E.D. Ark.)<br>(Filed on 4/10/07) |
| Frank Jablonski<br>Noah Golden-Kramer<br>Ilan Chorowsky<br>**PROGRESSIVE LAW GROUP, LLC** | *Johnson v. Proctor & Gamble Co. et al.*<br>Case No. 07-C-0159 (W.D. Wisc.)<br>(Filed on 3/21/07)<br><br>*Rozman v. Menu Foods Midwest Corp. et al.*<br>Case No. 0:07-CV-01808-ADM-AJB<br>(D. Minn.) (Filed on 4/9/07)<br><br>*Tompkins v. Menu Foods Midwest Corp. et al.*<br>Case No. 1:07-CV-00736-JLK (D. Colo.)<br>(Filed on 4/11/07)<br><br>*Connerton et al. v. Menu Foods Inc. et al.*<br>Case No. 1:07-CV-10797-DPW (D. Mass.)<br>(Filed on 4/25/07) |
| Matthew J. Duchemin<br>**QUARLES & BRADY** | *Roberts et al. v. Menu Foods, Inc. et al.*<br>Case No. 3:07-CV-248 (W.D. Wisc.)<br>(Filed on 5/2/07) |
| Mark Reinhardt<br>Garrett D. Blanchfield, Jr.<br>**REINHARDT WENDORF & BLANCHFIELD** | *Rozman v. Menu Foods Midwest Corp. et al.*<br>Case No. 0:07-CV-01808-ADM-AJB<br>(D. Minn.) (Filed on 4/9/07) |
| Brian J. Robbins<br>Steven J. Simerlein<br>Rebecca A. Peterson<br>**ROBBINS UMEDA & FINK, LLP** | *Colquitt et al. v. Menu Foods, Inc. et al.*<br>Case No. 1:07-cv-01738-NLH-AMD (D.N.J.)<br>(Filed on 4/9/07) |
| Dianne M. Nast<br>**RODANAST, P.C.** | *Krosschell v. Menu Foods Income Fund et al.*<br>Case No. 0:07-CV-02108-RHK-AJB (D. Minn.)<br>(Filed on 4/27/07) |
| Robert A. Rovner<br>Jeffrey I. Zimmerman<br>**ROVNER ALLEN ROVNER ZIMMERMAN & NASH** | *Workman et al. v. Menu Foods Limited et al.*<br>Case No. 1:07-CV-01338-NLH-AMD (D.N.J.)<br>(Filed on 3/23/07) |
| Joseph H. Meltzer<br>Edward W. Ciolko<br>Katherine B. Bornstein | *Long v. Menu Foods Income Fund et al.*<br>Case No. 1:07-CV-01624-NLH-AMD (D.N.J.)<br>(Filed on 4/6/07) |

| | |
|---|---|
| Robert J. Gray<br>**SCHIFFRIN BARROWAY TOPAZ**<br>**& KESSLER, LLP** | |
| Steven E. Schwarz<br>**LAW OFFICES OF STEVEN E. SCHWARZ** | *Demith v. Nestle Purina Petcare Co. et al.*<br>Case No. 1:07-cv-02211 (D. Ill.)<br>(Filed on 4/23/07) |
| Todd M. Schneider<br>**SCHNEIDER & WALLACE** | *Pittsonberger v., Menu Foods Midwest et al.*<br>Case No. 1:07-CV-01561-NLH-AMD (D.N.J.)<br>(Filed on 4/3/07)<br><br>*Carter v. Menu Foods, Inc. et al.*<br>Case No. 1:07-CV-01562-NLH-AMD (D.N.J.)<br>(Filed on 4/3/07)<br><br>*Bullock v. Menu Foods, Inc. et al.*<br>Case No. 1:07-CV-01579-NLH-AMD (D.N.J.)<br>(Filed on 4/4/07) |
| James C. Shah<br>Nathan C. Zipperian<br>Scott R. Shepherd<br>Natalie Finkelman Bennett<br>**SHEPHERD FINKELMAN MILLER**<br>**& SHAH LLC** | *Johnson v. Menu Foods, Inc. et al.*<br>Case No. 1:07-CV-1610 (D.N.J.)<br>(Filed on 4/5/07)<br><br>*Donnelly et al. v. Menu Foods, Inc. et al.*<br>Case No. 07-20955 (S.D. Fla.)<br>(Filed on 4/10/07) |
| Kip B. Shuman<br>Jeffrey A. Berens<br>**SHUMAN & BERENS** | *Colquitt et al. v. Menu Foods, Inc. et al.*<br>Case No. 1:07-cv-01738-NLH-AMD (D.N.J.)<br>(Filed on 4/9/07) |
| Karl A. Schledwitz<br>**THE SOUTHLAND COMPANIES** | *Bowser v. Nestle Purina Pet Care Company*<br>Case No. 2:07-cv-02246-JDB-tmp<br>(W.D. Tenn.) (Filed on 4/9/07) |
| Jennifer Reba Thomaidis<br>**THOMAIDIS LAW, LLC** | *Tompkins v. Menu Foods Midwest Corp. et al.*<br>Case No. 1:07-CV-00736-JLK (D. Colo.)<br>(Filed on 4/11/07) |
| Lisa J. Rodriguez<br>Donna Siegel Moffa<br>**TRUJILLO RODRIGUEZ & RICHARDS LLC** | *Workman et al. v. Menu Foods Limited et al.*<br>Case No. 1:07-CV-01338-NLH-AMD (D.N.J.)<br>(Filed on 3/23/07)<br><br>*Schneider v. Menu Foods Limited et al.*<br>Case No. 1:07-CV-01533-NLH-AMD (D.N.J.)<br>(Filed on 4/2/07)<br><br>*Long v. Menu Foods Income Fund et al.* |

| | |
|---|---|
| | Case No. 1:07-CV-01624-NLH-AMD (D.N.J.) (Filed on 4/6/07) <br><br> *Conti et al. v. Menu Foods Limited et al.* <br> Case No. 1:07-CV-01638-NLH-AMD (D.N.J.) (Filed on 4/9/07) <br><br> *Carestio v. Menu Foods Limited et al.* <br> Case No. 1:07-cv-01762-NLH-AMD (D.N.J.) (Filed on 4/16/07) |
| Joseph M. Vanek <br> **VANEK VICKERS & MASINI, P.C.** | *Pittsonberger v., Menu Foods Midwest et al.* <br> Case No. 1:07-CV-01561-NLH-AMD (D.N.J.) (Filed on 4/3/07) |
| Eugene R. Richard <br> **WAYNE RICHARD & HURWITZ, LLP** | *Connerton et al. v. Menu Foods Inc. et al.* <br> Case No. 1:07-CV-10797-DPW (D. Mass.) (Filed on 4/25/07) |
| Kenneth A. Wexler <br> Mark J. Tamblyn <br> Andrae P. Reneau <br> **WEXLER TORISEVA WALLACE LLP** | *Sexton v. Menu Foods Income Fund et al.* <br> Case No. 07-CV-01958 GHK (AJWx) (C.D. Cal.) (Filed on 3/26/07) <br><br> *Wilson v. Menu Foods Income Fund et al.* <br> Case No. 07-CV-1456 NLH (D.N.J.) (Filed on 3/27/07) <br><br> *Donnelly et al. v. Menu Foods, Inc. et al.* <br> Case No. 07-20955 (S.D. Fla.) (Filed on 4/10/07) <br><br> *Amro v. Menu Foods Income Fund et al.* <br> Case No. 07-CV-2162 (N.D. Ill.) (Filed on 4/18/07) |
| Marc A. Wites <br> **WITES & KAPETAN, P.A.** | *Diedrich v. Menu Foods, Inc. et al.* <br> Case No. 1:07-CV-01700-NLH-AMD (D.N.J.) (Filed on 4/6/07) |
| Gregory Mark Nespole <br> Martin E. Restituyo <br> **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP** | *Cashman et al. v. Menu Foods Limited et al.* <br> Case No. 1:07-cv-03236-JSR (S.D.N.Y.) (Filed on 4/23/07) |

# EXHIBIT B

# W E X L E R | T O R I S E V A | W A L L A C E

Limited Liability Partnership
Chicago, IL • Wheeling, WV • Sacramento, CA

March 30, 2007

## BY FACSIMILE AND ELECTRONIC MAIL *(PDF)*

To: *See* Facsimile Cover Sheet

Re:     *In re: Pet Food Products Liability Litigation,* MDL. No. 1850

Dear Counsel:

As you are likely aware, over twenty actions have been filed in federal courts across the country by almost thirty different law firms. It is necessary and appropriate for counsel to convene in person, rather than by telephone, to discuss the effective prosecution of this litigation. To this end, and given that counsel are dispersed throughout the country, we will host a meeting on **Wednesday, April 11, 2007** at **12:00 p.m.** CST in Chicago at **The Peninsula** (108 East Superior Street). A call-in number will be provided shortly for those who wish to participate by phone. An agenda for this meeting is attached.

We hope that you recognize the advantages to attending this meeting, as well as its importance for improving and defining our coordinated efforts. Please RSVP at your earliest convenience by emailing Rochelle Firebaugh at rlf@wtwlaw.us. We look forward to seeing you on April 11th.

Sincerely,

WEXLER TORISEVA WALLACE LLP     LERACH COUGHLIN STOIA          BERGER & MONTAGUE PC
                                GELLER RUDMAN & ROBBINS LLP

KENNETH A. WEXLER                STUART A. DAVIDSON               SHERRIE R. SAVETT

Attachment

Contact Information:

Kenneth A. Wexler          One North LaSalle Street    (312) 346-2222
kaw@wtwlaw.us              Suite 2000                  (312) 346-0022 fax
                          Chicago, Illinois 60602      www.wtwlaw.us

*In re Pet Food Products Liability Litigation* – MDL No. 1850

**MEETING AGENDA FOR APRIL 11, 2007**
**Chicago**

I.    <u>MDL Status:  Review of Existing Cases</u>

      A.

      B.

             **REDACTED**

      C.

      D.

II.   <u>Recall Status/Investigation</u>

      A.

      B.      **REDACTED**

      C.

III.

IV.     **REDACTED**

Mark J. Tamblyn
**WEXLER TORISEVA WALLACE LLP**
1610 Arden Way, Suite 290
Sacramento, CA 95815
Telephone: (916) 568-1100
Facsimile: (916) 568-7890
mjt@wtwlaw.us

*Sexton v. Menu Foods, Inc., et al.*
(C.D. Cal);
*Wilson v. Menu Foods Inc., et al.*
(D. N.J.)

Kenneth A. Wexler
**WEXLER TORISEVA WALLACE LLP**
One North LaSalle Street, Suite 200
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
kaw@wtwlaw.us

Stuart C. Talley
**KERSHAW, CUTTER & RATINOFF LLP**
980 9th Street, 19th Floor
Sacramento, CA 95814
Telephone: (916) 448-9800
Facsimile: (916) 669-4499
stalley@kcrlegal.com

Joseph J. DePalma
**LITE DEPALMA GREENBERG & RIVAS LLC**
Two Gateway Center, 12th Floor
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973)623-0858
jdepalma@ldgrlaw.com

Sherrie R. Savett
Michael T. Fantini
Russell D. Paul
**BERGER & MONTAGUE PC**
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
ssavett@bm.net

*Workman et al. v. Menu Foods, Inc. et al.*
(D. N.J.)

Donna Siegel Moffa
Lisa J. Rodriguez
**TRUJILLO RODRIGUEZ & RICHARDS LLC**
8 Kings Highway West
Haddonfield, NJ 08033
Telephone:  (856) 795-9002
Facsimile:  (865) 795-9887
donna@trrlaw.com

Robert A. Rovner
Jeffrey I. Zimmerman
**ROVER ALLEN ROVER ZIMMERMAN
& NASH**
175 Bustleton Pike
Feasterville, PA 19053-6456
Telephone:  (215) 698-1800
Facsimile:  (215)355-0940
rovners@dial-law.com

Stuart A. Davidson                          *Troiano v. Menu Foods, Inc. et al.*
**LERACH COUGHLIN STOIA GELLER**            (S.D. Fla.)
**RUDMAN & ROBBINS LLP**
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432-4809
Telephone:  (561) 750-3000
Facsimile:  (561) 750-3364
sdavidson@lerachlaw.com

Lawrence Kopelman
**KOPELMAN & BLANKMAN**
350 E. Las Olas Blvd., Suite 980
Ft. Lauderdale, FL 33301
Telephone:  (954) 462-6855
Facsimile:  (954) 462-6899
info@Kopelblank.com

Gregg D. Trautmann                          *Thomson et al. v. Menu Foods Income Fund et*
**TRAUTMANN & ASSOCIATES**                  *al.*
262 East Main Street                        (D. N.J.)
Rockaway, NJ 07866
Telephone:  (973) 316-8100
Facsimile:  (973) 983-1119
GDT@trautmann.com

Arthur N. Abbey
Stephen T. Rodd
Orin Kurtz
**ABBEY SPANIER RODD ABRAMS**
**& PARADIS LLP**
212 East 39th Street
New York, NY 10016
Telephone: (212) 889-0066
Facsimile: (212) 684-5191

Alan E. Sash
**MCLAUGHLIN &STERN LLP**
260 Madison Avenue
New York, NY 10016
Telephone: (212) 448-1100
Facsimile: (212) 448-0066

*Tinker v. Menu Foods, Inc.*
(D. N.J.)

Wendy J. Harrison
Guy A. Hanson
Dana L. Hooper
**BONNETT FAIRBOURN FRIEDMAN**
**& BALINT PC**
2901 North Central Avenue, Suite 1000
Phoenix, AZ 85012-3311
Telephone: (602) 274-1100
Facsimile: (602) 274-1199

Bruce D. Greenberg
Allyn Zissel Lite
**LITE DEPALMA GREENBERG & RIVAS LLC**
Two Gateway Center, 12th Floor
Newark, NJ 07102-5003
Telephone: (973) 623-3000
Facsimile: (973)623-0858
alite@ldgrlaw.com

*Richard et al. v. Menu Foods, Inc. et al.*
(D. N.J.)

Peter N. Wasylyk
**LAW OFFICES OF PETER N. WASYLYK**
1307 Chalkstone Avenue
Providence, RI 02908
Telephone: (401) 831-7730
Facsimile: (401) 861-6064

*Brown v. Menu Foods, Inc. et al.*
(D. R.I.)

Bruce E. Newman
NEWMAN CREED & ASSOCIATES
99 North Street, Route 6
P. O. Box 575
Bristol, CT 06011-0575
Telephone: (860) 583-5200
Facsimile: (860) 582-0012
bnewman@newmancreedlaw.com

*Osborne v. Menu Foods, Inc.*
(D. Conn.)

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

*Johnson et al. v. Menu Foods*
(W.D. Wash.)

Phillip H. Gordon
Bruce S. Bistline
GORDON LAW OFFICES
623 West Hays Street
Boise, ID 83702
Telephone: (208) 345-7100
Facsimile: (208) 623-0594
pgordon@gordonlawoffices.com

John Blim
Jay Edelson
Myles McGuire (Of Counsel)
BLIM & EDELSON LLC
53 West Jackson Blvd., Suite 1642
Chicago, IL 60604
Telephone: (312) 913-3400
Facsimile: (312) 913-9401
John@blimlaw.com

*Majerczyk v. Menu Foods, Inc.*
(N.D. Ill.)

Jeremy Y. Hutchinson
Jack Thomas Patterson III
PATTON ROBERTS MCWILLIAMS
& CAPSHAW LLP
Stephens Building
111 Center Street, Suite 1315
Little Rock, AR 72201

*Widen v. Menu Foods, Inc. et al.*
(W.D. Ark.)

Telephone: (501) 372-3480
Facsimile: (501) 372-3488

Richard Adams
James C. Wyly
Sean F. Rommel
**PATTON ROBERTS MCWILLIAMS
& CAPSHAW LLP**
Century Bank Plaza, Suite 400
P. O. Box 6128
Texarkana, TX 75505-6128
Telephone: (903) 334-7000
Facsimile: (903) 334-7007
radams@pattonroberts.com

Jeff S. Westerman                        *Howe v. Menu Foods*
Sabrina S. Kim                           (C.D. Cal.);
**MILBERG WEISS & BERSHAD LLP**          *Nunez v. Menu Foods*
One California Plaza                      (D. N.J.)
300 South Grand Avenue, Suite 3900
Telephone: (213) 617-1200
Facsimile: (213) 617-1975
jwesterman@milbergweiss.com
skim@milbergweiss.com

Michael L. Kelly                         *Johnson v. Menu Foods, Inc., et al.*
**KIRTLAND & PACKARD LLP**               (C.D. Cal.)
2361 Rosecrans Avenue, Fourth Floor
El Segundo, CA 90245
Telephone: (310) 536-1000
Facsimile: (310) 536-1001
mlk@kirtlandpackard.com

Jason M. Hatfield                        *Sims v. Menu Foods, Inc. et al.*
**LUNDY & DAVIS LLP**                    (W.D. Ark.)
300 N. College Avenue, Suite 309
Fayetteville, AR 72701
Telephone: (479) 527-3921
Facsimile: (479) 587-9196
jhatfield@lundydavis.com

Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Michael David Myers
**MYERS & COMPANY PLLC**
1809 Seventh Avenue, Suite 700
Seattle, WA 98101
Telephone: (206) 398-1188
Facsimile: (206) 400-1112
mmyers@myers-company.com

*Heller et al. v. Menu Foods;*
*Kornelius et al. v. Menu Foods*
(W.D. Wash.)

Michael David Myers
**MYERS & COMPANY PLLC**
1809 Seventh Avenue, Suite 700
Seattle, WA 98101
Telephone: (206) 398-1188
Facsimile: (206) 400-1112
mmyers@myers-company.com

*Whaley v. Menu Foods et al.*
(W.D. Wash.)

A. James Andrews
905 Locust Street
Knoxville, TN 37902
Telephone: (865) 660-3993
Facsimile: (865) 523-4623

*Holt v. Menu Foods, Inc.*
(E.D. Tenn.)

Perry A. Craft
**CRAFT & SHEPPARD PLC**
The Shiloh Building
214 Centerview Drive, Suite 223
Brentwood, TN 37027
Telephone: (615) 309-1707
Facsimile: (615) 309-1717
perrycraft@craftsheppardlaw.com

Nicole Bass
905 Locust Street
Knoxville, TN 37902
Telephone: (865) 310-6804

Dan C. Stanley
Robert R. Kurtz
**STANLEY & KURTZ, PLLC**
422 S. Gay Street, Third Floor
Knoxville, TN 37902
Telephone:  865-522-9942
Facsimile:  865-522-9945
dan@danchanningstanley.com
rkurtz@lock-net.com

*Light v. Menu Foods Income Fund*
(E.D. Tenn.)

# EXHIBIT C

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 1 9 2007

FILED
CLERK'S OFFICE

*RELEASED FOR PUBLICATION*

*DOCKET NO. 1850*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE PET FOOD PRODUCTS LIABILITY LITIGATION*

*BEFORE WM. TERRELL HODGES, CHAIRMAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR.,* *KATHRYN H. VRATIL, DAVID R. HANSEN AND ANTHONY J. SCIRICA, JUDGES OF THE PANEL*

*TRANSFER ORDER*

This litigation presently consists of thirteen actions listed on the attached Schedule A and pending in eight districts as follows: five actions in the Western District of Washington; two actions in the Western District of Arkansas; and one action each in the Central District of California, the District of Connecticut, the Southern District of Florida, the Northern District of Illinois, the District of New Jersey, and the Eastern District of Tennessee. Before the Panel are three motions, pursuant to 28 U.S.C. § 1407, that taken together seek centralization for coordinated or consolidated pretrial proceedings of all of these actions.[1] All responding parties agree that centralization is appropriate, but differ regarding the most appropriate transferee district for this litigation. In favor of the District of New Jersey as transferee district are moving Central District of California and Southern District of Florida plaintiffs and plaintiffs in the District of Connecticut, the District of New Jersey, and three of the Western District of Washington actions before the Panel, as well as plaintiffs in fourteen potentially related actions. Plaintiffs in two of the five Western District of Washington actions move for centralization in the Western District of Washington; plaintiffs in the Eastern District of Tennessee action support centralization there; and plaintiffs in the other three Western District of Washington actions alternatively support centralization there. In favor of the Western District of Arkansas as transferee district are plaintiffs in the two Western District of Arkansas actions and the Northern District of Illinois action, and plaintiffs in six potentially related actions. Plaintiffs in two potentially related District of New Jersey actions alternatively support centralization in the Western District of Arkansas. Supporting the Northern District of Illinois as transferee district are all responding defendants, including Menu Foods, Inc., and its related entities, and plaintiffs in one potentially related action. In favor of the Central District of California as transferee district are plaintiffs in nine potentially related actions. Finally, plaintiff in a potentially related Northern District of Ohio action suggests centralization in the Northern District of Ohio.

On the basis of the papers filed and hearing session held, the Panel finds that the actions in this

---

* Judge Miller did not participate in the decision of this matter.

[1] The Panel has been notified of 97 potentially related actions pending in multiple federal districts. In light of the Panel's disposition of this docket, these actions will be treated as potential tag-along actions. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

-2-

litigation involve common questions of fact, and that centralization under Section 1407 in the District of New Jersey will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. All actions stem from the recall of pet food products allegedly tainted by melamine found in wheat gluten imported from China and used in these products. Centralization under Section 1407 is necessary in order to eliminate duplicative discovery; avoid inconsistent pretrial rulings, especially with respect to class certification; and conserve the resources of the parties, their counsel and the judiciary.

Although several districts could be described as an appropriate transferee forum for this nationwide litigation, we are persuaded to select the District of New Jersey. Pretrial proceedings are advancing well there and about one-third of all pending actions are already in this district.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on the attached Schedule A and pending outside the District of New Jersey are transferred to the District of New Jersey and, with the consent of that court, assigned to the Honorable Noel L. Hillman for coordinated or consolidated pretrial proceedings with the actions pending there and listed on Schedule A.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

# SCHEDULE A

## MDL-1850 – In re Pet Food Products Liability Litigation

### Western District of Arkansas

*Charles Ray Sims, et al. v. Menu Foods Income Fund, et al.*, C.A. No. 5:07-5053
*Richard Scott Widen, et al. v. Menu Foods, Inc., et al.*, C.A. No. 5:07-5055

### Central District of California

*Shirley Sexton v. Menu Foods Income Fund, et al.*, C.A. No. 2:07-1958

### District of Connecticut

*Lauri A. Osborne v. Menu Foods, Inc.*, C.A. No. 3:07-469

### Southern District of Florida

*Christina Troiano v. Menu Foods, Inc., et al.*, C.A. No. 0:07-60428

### Northern District of Illinois

*Dawn Majerczyk v. Menu Foods, Inc.*, C.A. No. 1:07-1543

### District of New Jersey

*Jared Workman, et al. v. Menu Foods Ltd., et al.*, C.A. No. 1:07-1338

### Eastern District of Tennessee

*Lizajean Holt, et al. v. Menu Foods, Inc.*, C.A. No. 3:07-94

### Western District of Washington

*Tom Whaley v. Menu Foods, Inc., et al.*, C.A. No. 2:07-411
*Stacey Heller, et al. v. Menu Foods*, C.A. No. 2:07-453
*Audrey Kornelius, et al. v. Menu Foods*, C.A. No. 2:07-454
*Suzanne E. Johnson, et al. v. Menu Foods*, C.A. No. 2:07-455
*Michele Suggett, et al. v. Menu Foods, et al.*, C.A. No. 2:07-457

# EXHIBIT D

5-21-07; 9:36AM;US DIST COURT                    ;18567576070         #  1/ 22

---

**Page 1**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

JARED NORMANN AND MARKAND
MORA COHEN, ON BEHALF OF
THEMSELVES AND ALL OTHERS          CIVIL ACTION NUMBER:
SIMILARLY SITUATED,
                                   07-1338 (NLH)
        PLAINTIFFS,

    -vs-

MENU FOODS LIMITED, MENU
FOODS, INC., AND MENU
FOODS MIDWEST CORPORATION,

        DEFENDANTS.

MOTION TO SHOW CAUSE

DATE: MAY 18, 2007

MITCHELL H. COHEN UNITED STATES COURTHOUSE
ONE JOHN F. GERRY PLAZA,
CAMDEN, NEW JERSEY. 08606

B E F O R E :

THE HONORABLE NOEL L. HILLMAN, UNITED STATES
DISTRICT JUDGE, DISTRICT OF NEW JERSEY, SITTING
AT CAMDEN, NEW JERSEY.

(APPEARANCES ON PAGE 2)

U.S. DISTRICT COURT - CAMDEN - NEW JERSEY

---

**Page 2**

A P P E A R A N C E S :

TRUJILLO, RODRIGUEZ AND RICHARDS, LLC,
BY: LISA J. RODRIGUEZ, ESQUIRE,
AND
BERGER & MONTAGUE, P.C.,
BY: RUSSELL D. PAUL, ESQUIRE,
ATTORNEYS FOR THE PLAINTIFFS

HILL, WALLACK, LLP
BY: GERARD H. HANSON, ESQUIRE,
AND
PRETZEL & STOUFFER, CHARTERED,
BY: EDWARD B. RUFF, III, ESQUIRE,
AND
MICHAEL P. TURIELLO, ESQUIRE,
ATTORNEY FOR THE DEFENDANTS

ALSO IN ATTENDANCE:

KERSHAW, CUTTER & RAINOFF, LLP,
BY: STUART C. TALLEY, ESQUIRE

KAPLAN, FOX & KILSHEIMER, LLP,
BY: CHRISTINE FOX, ESQUIRE

WEXLER, TORISEVA, WALLACE,
BY: MARK J. TAMBLYN, ESQUIRE

STEPHEN J. DANER,
CERTIFIED COURT REPORTER OF NEW JERSEY
REGISTERED PROFESSIONAL REPORTER
OFFICIAL COURT REPORTER, U.S. DISTRICT COURT

U.S. DISTRICT COURT - CAMDEN - NEW JERSEY

---

**Page 3**

1    (The following takes place in open court before the
2    Honorable Noel L. Hillman, United States District
3    Court Judge, District of New Jersey, sitting at
4    Camden, New Jersey, on Friday, May 18, 2007)
5        THE COURT: It's morning, right?
6    Good morning, everyone.
7    Please be seated.
8        Give me a minute to get settled in and then
9    we'll have appearances.
10       MS. RODRIGUEZ: Lisa Rodriguez, from the
11   firm of Trujillo, Rodriguez and Richards.
12       With me, today is Russell Paul from the
13   firm of Berger and Montague.
14       His motion, pro hac vice motion, has been
15   filed, not ruled on, however, and he will be
16   speaking this morning.
17       THE COURT: All right.
18       MS. RODRIGUEZ: If it please Your Honor --
19       THE COURT: Welcome to both of you.
20       MR. PAUL: Good morning, Your Honor.
21       THE COURT: Who else do we have?
22       MR. HANSON: Sir, Gerard Hanson on behalf of
23   Hill Wallack, counsel for the defendants, Menu Foods
24   Limited, Menu Foods, Inc., and Menu Foods Midwest
25   Corporation.

U.S. DISTRICT COURT - CAMDEN - NEW JERSEY

---

**Page 4**

1        Present at counsel table with me is Edward
2    Ruff, III, of the Chicago firm of Pretzel and
3    Stouffer, as well as Michael Turiello.
4        Mr. Ruff would like to address the Court.
5    Consistent with Mr. Paul, my office has filed a
6    Pro hac vice application which is returnable
7    June 1st. Certainly we would consent to Mr. Paul
8    addressing the Court as pro hac vice.
9        THE COURT: That's very kind of you.
10   We'll move up those applications and why
11   don't we look at those and consider them now.
12       MR. RUFF: Good morning, Your Honor.
13       THE COURT: Welcome to you all.
14       MR. RUFF: Thank you.
15       THE COURT: Mr. Paul is here to, from
16   across the river.
17       MR. PAUL: Yes.
18       THE COURT: You are in good standing and
19   admitted in various places. No disciplinary
20   matters, you've associated yourself with a local
21   firm.
22       Do you agree to comply with all the local
23   rules including the all important fee.
24       MR. PAUL: Yes, Your Honor.
25       THE COURT: And I take it there's no

U.S. DISTRICT COURT - CAMDEN - NEW JERSEY

57

1   I would also add that the defendant's claim
2   process, the way they are attempting to settle many
3   of the thousands and thousands of cases out there,
4   is akin to a group settlement that basically
5   concedes that settlement on a class basis is
6   something that's manageable here.
7       The defendant's real issue regarding the
8   idiosyncrasies of each plaintiff in this case, is
9   how a claim's administrator will manage the claims,
10  but it really doesn't go to say that a class action
11  is not the most appropriate way do settle all these
12  claims.
13      We, again, believe that it is.
14      I also have to respond to something else
15  they said.
16      Your Honor, we are here today because we
17  saw something happening that we believe had to be
18  rectified. We felt we had to take action on behalf
19  of the plaintiffs in the class. We are not
20  purporting to represent every single class action
21  that's currently been filed, although we do believe
22  we represent a majority of the class actions now
23  that have been filed. We felt the need to take
24  action, and we -- that's what we did. We didn't let
25  the fact there were other class actions out there
U.S. DISTRICT COURT - CAMDEN - NEW JERSEY

58

1   having been filed stop you us from righting a wrong
2   that was occurring.
3       I would also add, Your Honor, I'm not sure
4   how defendants believe we might use the information
5   they are currently gathering in an MDL proceeding.
6   I didn't understand that. But if they had the
7   information and it's usable in any way, it's usable
8   to them as much as it's usable to us, and if they
9   have the ability to look at this information that
10  was gathered with the misleading claim forms, then
11  we should have the right to look at it as well.
12      The defendants, Your Honor, cited to the
13  Keystone case, and although I do believe they have
14  attempted to comply with the legal requirements, I
15  don't believe they complied in the Keystone.
16      The facts of that case are slightly
17  different. I believe, I believe it was after a
18  class was certified a settlement was reached and the
19  communication — I'll just quote it. The Kessler
20  letter, as the Kessler complaint letter advised
21  customers to consult with their own lawyer before
22  deciding to settle the case or sign the releases.
23  And that's a specific omission from the current
24  letter that is out there. That it doesn't inform
25  them that when they get to that point of settlement,
U.S. DISTRICT COURT - CAMDEN - NEW JERSEY

59

1   when they receive a settlement offer and ask to sign
2   a release, at that point they can consult an
3   attorney. It's like in a gauntlet, once signing,
4   there supposed to get what they get and already
5   decided not to call an attorney. So they haven't
6   been informed by Menu Foods that they can call one
7   in the future.
8       We added language, in addition, once you
9   receive a settlement offer from Menu Foods you
10  should also free to contact an attorney regarding a
11  settlement offer. That would comport with the
12  Keystone case, that language.
13      Your Honor, I would also add that if there
14  are pet owners out there who filled out claim forms
15  previously based on what we have termed the
16  misleading prior communications, I think the slate
17  has to be wiped clean and start all over again.
18  They have to receive a new communication meeting
19  whatever Your Honor deems appropriate, fill out the
20  claim form again, and they have to start the process
21  all over because what they filled out before was
22  essentially based on a misleading communication.
23      Finally, I would just add that hearing we
24  weren't privy to all this information about outgoing
25  voice mail messages left on pet owner tapes, and
U.S. DISTRICT COURT - CAMDEN - NEW JERSEY

60

1   what I'm taking away is that this is, and they have
2   every right to try the cases -- we're not implying
3   they don't, but essentially a full-fledged direct
4   marketing campaign directed to pet owners getting to
5   settle the cases directly with defendants, and if
6   they're going to resort to these efforts, every
7   piece of information has to be on the table and any
8   good direct marketer will tell you that's what a
9   direct marketing customer will do most easily, is do
10  nothing. It's very hard to get a direct market
11  customer to fill a form out and to send something in
12  -- actually take action to get up and pick up the
13  phone and call an attorney. They have to know that
14  one of their options is they can sit back, do
15  nothing, and their rights would be protected as
16  putative members of the class.
17      Thank you, Your Honor.
18      THE COURT: Thank you.
19      Mr. Ruff, if I were inclined to direct your
20  client to send out another communication -- let me
21  state it differently. Let's say I were inclined to
22  order another communication to those who have
23  received the communications sent out this week,
24  would you have a preference between you sending it
25  or having Crawford send something prepared by the
U.S. DISTRICT COURT - CAMDEN - NEW JERSEY

5-21-07; 9:38AM;US DIST COURT                                    ;18567675070          # 16/ 22

61

1   plaintiffs and approved by me?
2          MR. RUFF: Your Honor says we do, obviously
3   so whatever you say, we'll do.
4          Let me understand the question again.
5          Do you mind just restating it to me one
6   more time.
7          THE COURT: Would you prefer, if I were
8   inclined to direct a further communication to the
9   recipients of your May 14th letter, and let me tell
10  you why I would do that. Put aside the contacts of
11  represented persons because whatever my powers may
12  be regarding a putative class, and I think you are
13  right to remind me about the multidistrict
14  litigation and the other cases, I would have to
15  tread very carefully and be absolutely sure of my
16  jurisdiction before I did this, this second
17  communication. I want one thing clear. I think
18  it's absolutely incumbent upon me and you and your
19  client to find out if you sent any of these letters
20  to represented persons. I am disturbed that
21  plaintiffs, having raised this issue in its papers
22  about such contacts, that your client, represented
23  by counsel, would not undertake efforts to exclude
24  those people from this mass mailing and not make
25  efforts to exclude those people from subsequent

U.S. DISTRICT COURT - CAMDEN - NEW JERSEY

62

1   efforts to contact them.
2          I haven't read the rule lately, but I
3   recall specifically that, especially when counsel
4   for a represented person says, hold on, you need to
5   go through me, that a lawyer who allows such conduct
6   to occur or such contact to occur even through an
7   agent, and even especially through an agent, may be
8   engaging in unethical conduct.
9          Now I don't have the facts before me to
10  make that finding, but I know the issue has been
11  raised. I know that based on your representation
12  there was no effort made to try to identify such
13  persons. I know that a mass mailing was made, and I
14  know there are plans for future communications as
15  early as tomorrow or today, I believe you said. So
16  I -- I want to hear from the plaintiffs that
17  because if they have a good faith belief that their
18  clients are, been the subject of these
19  communications, I'll order you to make a concerted
20  effort to see whether that happened, because it
21  disturbs me.
22         But the question I pose is, now that you've
23  -- and I say you, I doesn't mean necessarily you,
24  but your client has decided, despite the pendency of
25  the motion here, to send out this letter

U.S. DISTRICT COURT - CAMDEN - NEW JERSEY

63

1   unilaterally and made judgments as to whether or not
2   I might construe some of it as misleading or not.
3   Now that it has done that, and again I recognize the
4   case law that gives you the right to try to settle
5   these cases, and I'm not faulting the communication,
6   the fact of the communicating so much as I am now
7   that you have made that communication, it raises the
8   potential for that communication being misleading or
9   coercive in some way.
10         Your papers initially start out saying,
11  well, we were just responding to phone calls, and
12  just passively receiving information from people who
13  called us up in a distressed situation and wanted
14  help. That is one context. But --
15         MR. RUFF: I can tell you that when I filed
16  the papers I did not know this would be mailed on
17  Tuesday.
18         THE COURT: Well, I hear you, I hear you
19  saying, look, the corporate equivalent of mom and
20  pop and just trying to do the right thing. But
21  perhaps the lawyers and clients should do a better
22  job of communicating with one another with what they
23  intend to do. It's a completely different set of
24  circumstances where they engage a company like
25  Crawford and reach out, especially to 20,000, 20,000

U.S. DISTRICT COURT - CAMDEN - NEW JERSEY

64

1   potential class members and urge them to settle
2   their cases. That's fairly construed as an effort
3   to influence the litigation and to influence the
4   possibility of class certification.
5          I understand you take the position it
6   shouldn't be class certified, but ultimately that
7   might be a question for me. And it just puts us in a
8   very different posture.
9          I think what the Supreme Court was
10  concerned about in the Gulf Oil thing is the
11  defendants there, and it's the reverse of this
12  situation, the defendants were able to communicate
13  with folks, and the plaintiffs by virtue of the
14  Court's orders, hands were tied. And that's where
15  we are right now. You're sending out information
16  about the class and about the litigation that could
17  have a potential effect on the pending litigation,
18  and effect on the class, yet the plaintiffs are,
19  don't have the same opportunity to communicate, and
20  to the extent that your information conveyed is
21  incomplete or misleading, it raises all of the
22  concerns that the Supreme Court expressed in the
23  Gulf Oil case.
24         It is correct for your client to settle
25  these cases with plaintiffs who are fully informed

U.S. DISTRICT COURT - CAMDEN - NEW JERSEY