## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: PET FOOD PRODUCTS LIABILITY LITIGATION | Civil Action No. 07-2867 (NLH) <br><br> MDL Docket No. 1850 |
| THIS DOCUMENT RELATES TO: <br><br> ALL CASES | **[PROPOSED] ORDER** <br><br> Date: September 26, 2007 <br> Time: 11:00 a.m. <br> Courtroom: 3A <br><br> The Honorable Noel L. Hillman |

THIS MATTER having come before the Court by way of the Majority Plaintiffs' Motion for Appointment of Interim Co-Lead and Liaison Counsel Pursuant to Fed.R.Civ. P. 23(G), having considered the papers, having heard argument from counsel, and for other good cause shown;

IT IS ON THIS ____ day of _____, 2007, HEREBY ORDERED THAT:

(1) Wexler Toriseva Wallace, LLP, Berger & Montague, P.C., Coughlin Stoia Geller Rudman & Robbins LLP, and Hagens Berman Sobol Shapiro LLP appointment as Interim Co-Lead Counsel and Lisa J. Rodriguez, of Trujillo Rodriguez & Richards, LLC, appointment as liaison counsel on behalf of the putative class in this consolidated multidistrict litigation is hereby **GRANTED**.

SO ORDERED,

_____
J.

Dockets.Justia.com