# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: PET FOODS PRODUCTS ) | MDL Docket No. 1850 |
| LIABILITY LITIGATION ) | Master Docket: 07 CV 2867 (NLH)(AMD) |
| ) | ALL CASES |
| ) | |

## MOTION FOR APPOINTMENT OF CO-LEAD COUNSEL

Pursuant to Rules 23(g) and 42(a) of the Federal Rules of Civil Procedure, certain Plaintiffs through their undersigned counsel respectfully move the Court for an order appointing William M. Audet of Audet & Partners, LLP, Scott Kamber of Kamber & Associates LLC, and Jay Edelson of Blim & Edelson, LLC, as Co-Lead Counsel in the consolidated action.

The basis for this Motion are set forth in the accompanying Memorandum of Law and affiliated documents filed with the Motion.

Dated: September 5, 2007            By:    /s authorized for ECF filing
                                                William M. Audet
                                         **AUDET & PARTNERS, LLP**
                                         221 Main Street, Suite 1460
                                         San Francisco, CA 94105
                                         Telephone: (415) 568-2555
                                         Facsimile: (415) 568-2556
                                         waudet@audetlaw.com

1
**MOTION FOR APPOINTMENT OF CO-LEAD COUNSEL**

Dockets.Justia.com

By: /s authorized for ECF filing
Scott A. Kamber
**KAMBER & ASSOCIATES, LLC**
11 Broadway, 22d Floor
New York, NY 10004
Telephone: (212) 920-3072
Fax: (212) 202-6364
Skamber@kolaw.com


By: /s authorized for ECF filing
Jay Edelson
**BLIM & EDELSON, LLC**
53 West Jackson Blvd., Suite 1642
Chicago, IL 60604
Telephone: (312) 913-9400
Facsimile: (312) 913-9401
jay@blimlaw.com

**[Proposed] Lead Counsel**


**Joined by:**

| | |
|---|---|
| Kelly Finestone, C.D. Cal., 07-cv-2338 | Thomas Ferlauto<br>**KING & FERLAUTO, LLP**<br>1880 Century Park East, Suite 820<br>Los Angeles, CA 90067-1627<br>Telephone: (310) 552-3366<br>Facsimile: (310) 552-3289<br>tmf@kingferlauto.com |
| James Conner, D.N.J., 07-cv-1623 | Jonathan Shub<br>**SEEGER WEISS, LLP**<br>1515 Market Street, Suite 1380<br>Philadelphia, PA 19102<br>Telephone: (215) 564-2300<br>Facsimile: (215) 851-8029<br>jshub@sheller.com |

**MOTION FOR APPOINTMENT OF CO-LEAD COUNSEL**

| | |
|---|---|
| James Conner, D.N.J., 07-cv-1623 | Christopher A. Seeger<br>Scott Alan George<br>**SEEGER WEISS, LLP**<br>550 Broad Street<br>Suite 920<br>Newark, NJ 07102<br>Telephone: (973) 639-9100<br>Facsimile: (973) 639-9393<br>cseeger@seegerweiss.com<br>sgeorge@seegerweiss.com |
| Dawn Howe, C.D. Cal, 07-cv-2060<br>Dennis Lee Townsend and Glenna Townsend, C.D. Cal, 07-cv-0398<br>Mark Golding, D.N.J., 07-cv-1521<br>Alexander Nunez, D.N.J., 07-cv-1490<br>Richard Chamberlain, D.N.J., 07-cv-4064 | Jeff S. Westerman<br>Sabrina S. Kim<br>**MILBERG WEISS & BERSHAD, LLP**<br>One California Plaza<br>300 South Grand Avenue, Suite 3900<br>Los Angeles, CA 90071<br>Telephone: (213) 617-1200<br>Facsimile: (213) 617-1975<br>jwesteman@milbergweiss.com<br>skim@milbergweiss.com |
| Janice Bonier, D.N.J., 07-cv-1477<br>Leslie Berndl, D.N.J., 07-cv-1553 | Michael A. Ferrara, Jr.<br>**THE FERRARA LAW FIRM, LLC**<br>601 Longwood Avenue at State Highway 38<br>Cherry Hill, NJ 08002<br>Telephone: (856) 779-9500<br>Facsimile: (856) 661-0369<br>mferrara@ferraralawfirm.com |
| Kirby Cooper, W.D. Ark., 07-cv-4036<br>Charles Ray Sims et al., D.N.J., 07-cv-3156<br>Schwinger, D.N.J, 07-cv-3435 | Jason M. Hatfield<br>**LUNDY & DAVIS, LLP**<br>300 N. College Avenue, Suite 309<br>Fayetteville, AR 72701<br>Telephone: (479) 527-3921<br>Facsimile: (479) 587-9196<br>jhatfield@lundydavis.com |

| | |
|---|---|
| Johnson, D.N.J., 07-cv-1610, (C.D. Cal. 07-cv-1987) | Michael L. Kelly<br>Behram V. Parekh<br>**KIRTLAND & PACKARD, LLP**<br>2361 Rosecrans Avenue, Fourth Floor<br>El Segundo, CA 90245<br>Telephone: 310-536-100<br>Facsimile: 310-536-1001<br>mlk@kirtlandpackard.com<br>bvp@kirtlandpackard.com |
| Lois Grady, Kaye Steinsapir, Barbara Gonzales, Frank Bodeman, and Craig Anderson, Individually and on Behalf of All Others Similarly Situated, D.N.J., 07-cv-4137 (C.D. Cal., 07-cv-2253) | Gregory D. Helmer<br>Andrew H. Friedman<br>**HELMER FRIEDMAN, LLP**<br>723 Ocean Front Walk<br>Venice, California 90291<br>Tel. 310-396-7714<br>Fax 310-396-9215<br>afriedman@helmerfriedman.com<br>ghelmer@helmerfriedman.com |
| Lois Grady, Kaye Steinsapir, Barbara Gonzales, Frank Bodeman, and Craig Anderson, Individually and on Behalf of All Others Similarly Situated, D.N.J., 07-cv-4137 (C.D. Cal., 07-cv-2253) | Paul L. Hoffman, SBN 071244<br>Michael D. Seplow, SBN 150183<br>Michael S. Morrison, SBN 205320<br>**SCHONBRUN DE SIMONE SEPLOW HARRIS & HOFFMAN, LLP**<br>723 Ocean Front Walk<br>Venice, CA 90291<br>Telephone: (310) 396-0731<br>Facsimile: (310) 399-7040<br>hoffpaul@aol.com<br>mseplow@aol.com<br>lenbruce@yahoo.com |
| Mary DiCaprio, W.D. P.A., 07-cv-0734 | Robert N. Peirce III<br>D. Aaron Rihn<br>**ROBERT PEIRCE & ASSOCIATES, P.C.**<br>2500 Gulf Tower 707 Grant Street<br>Pittsburgh, PA 15219<br>Telephone: 1-800-543-9859<br>Facsimile: (412) 281-4229<br>rpeircejr@peircelaw.com<br>arihn@peircelaw.com |

**MOTION FOR APPOINTMENT OF CO-LEAD COUNSEL**

| | |
|---|---|
| Carol Brown D.N.J., 07-cv-3423 | Peter N. Wasylyk<br>**LAW OFFICES OF PETER N. WASYLYK**<br>1307 Chalkstone Ave.<br>Providence, RI 02908<br>Telephone: (410) 831-7730<br>Facsimile: (401) 861-6064 |
| Carol Brown D.N.J., 07-cv-3423 | Andrew S. Kierstead<br>**LAW OFFICE OF ANDREW S. KIERSTEAD**<br>1001 SW Fifth Ave. Suite 1100<br>Portland, OR 97204<br>Telephone: (508) 224-6246<br>Facsimile: (508) 224-4356<br>ajkier@aol.com |
| Carol Brown D.N.J., 07-cv-3423 | Marc Stanley<br>**STANLEY, MANDEL & IOLA, LLP**<br>3100 Monticello Avenue, Suite 750<br>Telephone: (214) 443-4300<br>Facsimile: (214) 443-0358<br>mstanley@smi-law.com |
| Jayne Englander D.N.J., 07-cv-4062 | David C. Parisi<br>**PARISI & HAVENS, LLP**<br>15233 Valleyheart Drive<br>Sherman Oaks, CA 91403<br>Telephone: (818) 990-1299<br>Facsimile: (818) 501-7852<br>dparisi@parisihavens.com |

**MOTION FOR APPOINTMENT OF CO-LEAD COUNSEL**