UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
In re:                                                   :   **Document Electronically Filed**
                                                         :        MDL Docket No. 1850
PET FOOD PRODUCTS                                        :        Civil Action No. 07-2867 (NLH)
LIABILITY LITIGATION                                     :
                                                         :        ALL CASES
_____:

**AMENDED NOTICE OF JOINT MOTION
TO APPOINT LIAISON COUNSEL**

PLEASE TAKE NOTICE that on **Wednesday, September 26, 2007 at 11:00 a.m.,** or at such other date and time as the Court shall designate, the undersigned attorneys for defendants shall apply to the United States District Court for the District of New Jersey, at the Mitchell H. Cohen U.S. Courthouse, Camden, New Jersey, for an Order pursuant to this Court's Orders of August 14 and August 29, 2007 appointing the following counsel as Defendants' Liaison Counsel:

> Amy W. Schulman, DLA Piper US LLP (counsel for the Menu Foods defendants); Craig A. Hoover, Hogan & Hartson LLP (counsel for Nestle Purina PetCare Company); Mark C. Goodman, Squire Sanders & Dempsey LLP (counsel for PETCO Animal Supplies, Inc., Wal-Mart Stores, Inc., PetSmart, Inc., and Target Corporation); and D. Jeffrey Ireland, Faruki Ireland & Cox, P.L.L. (counsel for The Procter & Gamble Company and The Iams Company).

In support thereof, counsel shall reply upon the enclosed Brief. A form of proposed Order also is enclosed.

    By:/s/ Warren W. Faulk (WF0305)
    Warren W. Faulk, Esq.
    **BROWN & CONNERY, LLP**
    360 Haddon Avenue
    P.O. Box 539
    Westmont, NJ  08108
    Telephone:  (856) 854-8900
    Facsimile:   (856) 858-4967
    E-mail:  wfaulk@brownconnery.com
    *Counsel for Defendant Nestle Purina PetCare Company*

    By: /s/ Craig A. Hoover
    Craig A. Hoover, Esq.
    Robert C. Troyer, Esq.
    HOGAN & HARTSON LLP
    Columbia Square
    555 Thirteenth Street, N.W.
    Washington, D.C. 20004- 1109
    Telephone: (202) 637-5600
    Facsimile: (202)637-5910
    E-mail: CAHoover@hhlaw.com
    *Counsel for Defendant Nestle Purina PetCare Company*

    By: /s/ Amy W. Schulman
    Amy W. Schulman, Esq.
    Mary E. Gately, Esq.
    Matthew Lepore, Esq.
    DLA Piper US LLP
    1251 Avenue of the Americas
    New York, NY  10020
    Telephone:  (212) 335-4500
    Facsimile: (212) 335-4501
    E-mail: amy.schulman@dlapiper.com
    *Counsel for Menu Foods Defendants*

By: /s/ Mark C. Goodman
Mark C. Goodman, Esq.
Squire, Sanders & Dempsey L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492
Telephone: (415) 954-0289
Facsimile: (415) 393-9887
E-mail: mgoodman@ssd.com
*Counsel for Defendants PETCO Animal Supplies, Inc., Wal-Mart Stores, Inc., PetSmart, Inc., and Target Corporation*

By: /s/ D. Jeffrey Ireland
D. Jeffrey Ireland, Esq.
Faruki, Ireland & Cox, P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH  45402
Telephone: (937) 227-3710
Facsimile: (937) 227-3749
Email: djireland@ficlaw.com
*Counsel for Defendants The Procter & Gamble Company and The Iams Company*

By: /s/ Richard Fama
Richard Fama, Esq.
Cozen O'Connor
45 Broadway, 16th Floor
New York, NY 10006
Telephone: (212) 509-9400
Facsimile: (212) 509-9492
E-mail: rfama@cozen.com
*Counsel for Defendant Del Monte Foods, Co.*

By: /s/ Gary L. Justice
Gary L. Justice, Esq.
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
49th Floor
Telephone: (213) 229-7508
Facsimile: (213) 229-6508
Los Angeles, CA  90071
Email: GJustice@gibsondunn.com
*Counsel for Defendant Nutro Products, Inc.*

By: /s/ Anthony G. Brazil
Anthony G. Brazil, Esq.
Morris Polich & Purdy
1055 W. 7th St.
Los Angeles, CA 90017
Telephone: (213) 417-5120
Facsimile: (213) 488-1178
abrazil@mpplaw.com
*Counsel for Defendant ChemNutra Inc.*

Dated:  September 6, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____

In re:                             :  **Document Electronically Filed**
                                   :     MDL Docket No. 1850
PET FOOD PRODUCTS                  :     Civil Action No. 07-2867 (NLH)
LIABILITY LITIGATION               :
                                   :     ALL CASES
_____:

# CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of September 2007 a true and correct copy of the foregoing Amended Joint Motion to Appoint Defendants' Liaison Counsel was served via US Mail, postage paid, on all attorneys listed on the Panel Attorney Service List.

                                    /s/ Miranda L. Berge
                                    Miranda L. Berge
                                    Hogan & Hartson LLP