## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE PET FOODS PRODUCTS | ) | MDL Docket No. 1850 (All Cases) |
| LIABILITY LITIGATION | ) | Master Docket:  07 CV 2867 (NLH)(AMD) |
| | ) | |
| | ) | |

### [PROPOSED] ORDER FOR APPOINTMENT OF
### PLAINTIFFS' CO-LEAD COUNSEL

IT IS HEREBY ORDERED for all actions in MDL No. 1850:

### I.    LEADERSHIP ORGANIZATION OF PLAINTIFFS' COUNSEL

A.    The organizational structure regarding co-lead plaintiffs' counsel established by this Order shall be applicable to MDL No. 1850;

B.    The following attorneys shall serve as co-lead plaintiffs' counsel (hereinafter "Co-Lead Counsel"):  William M. Audet, Esq., Scott A. Kamber, Esq., and Jay Edelson, Esq.;

C.    Consistent with the *Manual of Complex Litigation* (4th)*,* as Co-Lead Counsel, William M. Audet, Esq., Scott A. Kamber, Esq., and Jay Edelson, Esq. shall have the following responsibilities and duties:

   1.    To brief and argue motions, either personally or through counsel whom they designate;

   2.    To decide strategy;

ORDER FOR APPOINTMENT OF CO-LEAD COUNSEL

Dockets.Justia.com

3.      To receive monthly time reports from plaintiffs' counsel, set

assessments, and allocate fees;

4.      To initiate, conduct, and respond to discovery and discovery

motions;

5.      To act as the spokesperson at conferences; and

6.      To negotiate with defense counsel with respect to settlement and

discovery-related issues.

D.      Co-Lead Counsel shall make all work assignments in such a manner as to

conduct this litigation in an orderly and efficient manner and to avoid unnecessary

duplication by plaintiffs counsel.

_____

Noel L. Hillman, USDJ

**ORDER FOR APPOINTMENT OF CO-LEAD COUNSEL**