UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LINDA TINKER, GAIL BRYAN, SUSAN HANCE-GOODMAN, CRYSTAL WARD, DARLENE WARD, ALEXANDRA STARKEY, WILLIAM MCMAHON, KAROLE VANDUSEN, and MARJORIE READY, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MENU FOODS, INC., MENU FOODS INCOME FUND, and CHEMNUTRA, INC.,<br><br>Defendants. | Civil Action No. 07-CV-1468 (NLH)<br><br>**AFFIDAVIT OF SERVICE** |

State of New York
County of New York

Orin Kurtz, being duly sworn, deposes and says:

That affiant is and was a citizen of the United States and not a party to this action. That affiant caused a copy of the Summons in a Civil Action for Amended Complaint, and the Amended Class Action Complaint for Consumer Fraud and Jury Trial Demand, to be served by email upon Michael Turiello, counsel for defendant Menu Foods Income Fund, on May 10, 2007. Mr. Turiello agreed to accept service by email.

Orin Kurtz

Subscribed and sworn to before me
This 7th day of September, 2007

Notary Public

Carolyn Davila
Notary Public State of New York
No. 01DA6031367
Qualified in Kings County
Commission Expires September 27, 2009