William T. Walsh
Clerk

**UNITED STATES DISTRICT COURT**
**MARTIN LUTHER KING, JR.**
**FEDERAL BLD & U.S. COURTHOUSE**
**50 WALNUT STREET**
**P.O. BOX 419**
**NEWARK, N.J. 07101-0419**

CAMDEN OFFICE
USPO & Courthouse
P.O. Box 2797
Camden, N.J. 08101

TRENTON OFFICE
402 East State Street
P.O. Box 515
Trenton, N.J. 08603

Date: September 11, 2007

    In Re: Pet Food Products Liability Litigation
    MDL Docket Number: 1850
    Master Docket In New Jersey: 1:07cv2867(NLH)(AMD)

NOTICE TO ALL COUNSEL:

    On August 20, 2007 the Judicial Panel on Multidistrict Litigation transferred the following action(s) concerning this litigation to the District of New Jersey:

        4:07-33 N.D. Indiana - Dina Karger, et al v. Menu Foods Income Fund, et al

    All mail in this litigation should be sent to the Camden office. The District of New Jersey requires documents be filed electronically. Please refer to the Court's website www.njd.uscourts.gov to obtain information on becoming an Electronic Filing User in the District of New Jersey. Documents not filed electronically must be submitted with a disc or CD-ROM in accordance with the District of New Jersey's CM/ECF Policies and Procedures. These Policies and Procedures can be found on the Court's website. If there is a need to contact this office by phone, you may contact Marcy Barratt or Susan Bush at 856-757-5021.

    The District of New Jersey's motion practice is covered by Local Rules 7.1, 37.1 and 78.1 and will be followed, unless otherwise ordered by the Court. The Local Civil Rules are available on the Court's website.

                              Sincerely,

                              William T. Walsh, Clerk

                              By:    s/Susan Bush
                                      Deputy Clerk

Enc.
cc: Jeffrey N. Luthi
    Clerk, Judicial Panel on Multidistrict Litigation

DNJ-Civ-MDL-002

Dockets.Justia.com