UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| IN RE: PET FOOD PRODUCTS LIABILITY LITIGATION | Civil Action No. 07-2867 (NLH) |
|---|---|
| | MDL Docket No. 1850 |
| THIS DOCUMENT RELATES TO: ALL CASES | NOTICE OF FIRM NAME CHANGE |

TO:   THE CLERK OF COURT AND ALL PARTIES

PLEASE TAKE NOTICE that the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP has changed its name to COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP.

The addresses, telephone and facsimile numbers will remain the same. Please update your records accordingly.

Dated: September 13, 2007

TRUJILLO RODRIGUEZ & RICHARDS LLC

By: /s Lisa J. Rodriguez
Lisa Rodriguez
8 Kings Highway West
Haddonfield, NJ 08033
Telephone: (856) 795-9002
Facsimile: (856) 795-9887

Paul J. Geller
Stuart A. Davidson
James L. Davidson
COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432-4809
Telephone: (561) 750-3000
Facsimile: (561) 750-3364