# PROOF OF SERVICE

## MDL 1850

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

I am employed in the County of San Francisco, State of California; my business address is 221 Main Street, Suite 1460, San Francisco, California 94105. I am over the age of 18 and not a party to the within action. On this date I served the following documents:

**NATIONAL PLAINTIFFS' CONSOLIDATED OPPOSITION TO THE APPLICATIONS FOR LEAD COUNSEL SUBMITTED BY THE BERGER/WEXLER GROUP AND THE MCLAUGHLIN MOVANTS;**

**PROOF OF SERVICE**

on the parties shown below:

### See Attached-Exhibit L from August 14, 2007 Order of Court

☐ (BY FAX) I am readily familiar with the firm's practice of facsimile transmission; on this date the above-referenced documents were transmitted, the transmission was reported as complete and without error and the report was properly issued.

☒ (BY MAIL) I am readily familiar with the firm's practice for the processing of mail; on this date, the above-referenced documents were placed for collection and delivery by the U.S. Postal Service following ordinary business practices.

☐ (BY OVERNIGHT DELIVERY) I am readily familiar with the firm's practice for the processing of documents for delivery services; on this date, the above-referenced documents were placed for collection and delivery following ordinary business practices.

☐ (BY ELECTRONIC FILING) On this date I provided the documents(s) listed above electronically through the Court's electronic filing service provider pursuant to the instructions on that website.

☐ (BY E-MAIL) On this date, the above-referenced documents were converted to electronic files and e-mailed to the addresses shown.

☐ (BY PERSONAL SERVICE) I caused the above documents to be delivered by hand pursuant to CCP § 1011.

☐ Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of New York that the above is true and correct.

Executed on this 12th day of September, 2007 at San Francisco, CA.

# EXHIBIT L

*Service List*

Pet Food Products Liability Litigation, MDL. No. 1850

| | |
|---|---|
| Charles H. Abbott<br>**GIBSON DUNN & CRUTCHER**<br>333 South Grand Avenue<br>45th Floor<br>Los Angeles, CA 90071-3197 | Arthur N. Abbey<br>Stephen T. Rodd<br>Orin Kurtz<br>**ABBEY SPANIER RODD ABRAMS & PARADIS LLP**<br>212 East 39th Street<br>New York, NY 10016 |
| Richard Adams<br>James C. Wyly<br>Sean F. Rommel<br>**PATTON ROBERTS MCWILLIAMS & CAPSHAW LLP**<br>Century Bank Plaza, Suite 400<br>P. O. Box 6128<br>Texarkana, TX 75505-6128 | John H. Alexander<br>**JOHN H. ALEXANDER & ASSOCIATES**<br>100 West Monroe Street<br>Suite 2100<br>Chicago, IL 60603 |
| A. James Andrews<br>905 Locust Street<br>Knoxville, TN 37902 | Thomas C. Angelone<br>**HODOSH, SPINELLA & ANGELONE**<br>One Turks Head Place<br>Suite 1050<br>Providence, RI 02903-1516 |
| William M. Audet<br>**AUDET & PARTNERS, LLP**<br>221 Main Street, Suite 1460<br>San Francisco, CA 94105 | Rene Lynn Barge<br>**CLASS ACTION LITIGATION GROUP**<br>11111 Santa Monica Blvd.<br>Los Angeles, CA 90025 |

*Service List*

*Pet Food Products Liability Litigation*, MDL. No. 1850

| | |
|---|---|
| Nicole Bass<br>905 Locust Street<br>Knoxville, TN 37902<br>Telephone: (865) 310-6804 | George S. Bellas<br>**BELLAS & WACHOWSKI**<br>15 North Northwest Highway<br>Park Ridge, IL 60068 |
| Eric J. Benink<br>**KRAUSE, KALFAYAN, BENINK & SLAVENS, LLP**<br>625 Broadway, Suite 635<br>San Diego, CA 92101 | Steve W. Berman<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101 |
| Bruce S. Bistline<br>**GORDON LAW OFFICES**<br>623 West Hays Street<br>Boise, ID 83702-5512 | Garrett D. Blanchfield Jr.<br>**REINHARDT, WENDORF & BLANCHFIELD**<br>332 Minnesota Street<br>Suite E-1250<br>St. Paul, MN 55101 |
| John Blim<br>Jay Edelson<br>Myles McGuire (Of Counsel)<br>**BLIM & EDELSON LLC**<br>53 West Jackson Blvd., Suite 1642<br>Chicago, IL 60604 | Norman B. Blumenthal<br>**BLUMENTHAL & MARKHAM**<br>2255 Calle Clara<br>La Jolla, CA 92037 |

*Service List*

*Pet Food Products Liability Litigation*, MDL. No. 1850

Anthony G. Brazil
**MORRIS, POLICH & PURDY, LLP**
1055 West Seventh Street, 24th Floor
Los Angeles, CA 90017-2503

Jeniphr A.F. Breckenridge
**HAGENS BERMAN SOBOL SHAPIRO, LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

Rachel Laine Carnaggio
**GODFREY & LAPUYADE, PC**
9557 South Kingston Court
Englewood, CO 80112-5952

Paul C. Catos
**THOMPSON & BOWIE**
Three Canal Plaza
P.O. Box 4630
Portland, ME 04112

Ilan J. Chorowsky
**CHOROWSKY LAW OFFICES**
1130 N. Dearborn Street
Suite 3110
Chicago, IL 60610

Christy Comstock
21 West Mountain Street, Suite 300
Fayetteville, AR 72701

Perry A. Craft
**CRAFT & SHEPPARD PLC**
The Shiloh Building
214 Centerview Drive, Suite 223
Brentwood, TN 37027

Barbara L. Croutch
**PILLSBURY WINTHROP SHAW & PITTMAN**
725 South Figueroa Street
Suite 1200
Los Angeles, CA 90017

*Service List*

*Pet Food Products Liability Litigation,* MDL. No. 1850

Brian R. Cunha
**BRIAN CUNHA & ASSOCIATES**
311 Pine Street
Fall River, MA 02720

James L. Davidson
**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432-4809

Joseph J. DePalma
**LITE DEPALMA GREENBERG & RIVAS LLC**
Two Gateway Center, 12th Floor
Newark, NJ 07102

Larry D. Drury
**LARRY D. DRURY, LTD.**
205 West Randolph Street
Suite 1430
Chicago, IL 60606

John G. Emerson
**EMERSON POYNTER, LLP**
830 Apollo Lane
Houston, TX 77058

Eukanuba
One Proctor & Gamble Plaza C-2
Cincinnati, OH 45202

Thomas Ferlauto
**KING & FERLAUTO, LLP**
1880 Century Park East, Suite 820
Los Angeles, CA 90067-1627

Michael A. Ferrara, Jr.
**THE FERRARA LAW FIRM, LLC**
601 Longwood Avenue at State Highway 38
Cherry Hill, NJ 08002

*Service List*

*Pet Food Products Liability Litigation,* MDL. No. 1850

Luis Guillermo Figueroa
**ATTORNEYS TRIAL GROUP**
540 North Semoran Blvd.
Orlando, FL 32807

Jack Michael Fribley
**FAEGRE & BENSON, LLP**
90 South Seventh Street
Suite 2200
Minneapolis, MN 55402-3901

Andrew H. Friedman
**HELMER FRIEDMAN**
723 Ocean Front Walk
Venice, CA 90291

Wendi J. Frisch
**MORRIS, POLICH & PURDY, LLP**
1055 West 7th Street
Suite 2400
Los Angeles, CA 90017

Scott Alan George
Christopher A. Seeger
**SEEGER WEISS LLP**
550 Broad Street
Suite 920
Newark, NJ 07102
Telephone: (973) 639-9100
Facsimile: (973) 639-9393

Robert B. Gerard
**GERARD & OSUCH, LLP**
2840 South Jones Boulevard
Building D. Suite 4
Las Vegas, NV 89146

Jeremy Gilman
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF**
2300 BP Tower
200 Public Square
Cleveland, OH 44114-2378

Paul Gordon
**PAUL GORDON, LLC**
650 South Cherry Street
Suite 835
Denver, CO 80246

*Service List*

*Pet Food Products Liability Litigation*, MDL. No. 1850

| | |
|---|---|
| Phillip H. Gordon<br>Bruce S. Bistline<br>**GORDON LAW OFFICES**<br>623 West Hayes Street<br>Boise, ID 83702-5512 | Patrick J. Goss<br>**ROSE LAW FIRM**<br>120 East Fourth Street<br>Little Rock, AR 72201 |
| Bruce D. Greenberg<br>Allyn Zissel Lite<br>**LITE DEPALMA GREENBERG & RIVAS LLC**<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102-5003 | Daniel E. Gustafson<br>**GUSTAFSON GLUCK PLLC**<br>608 Second Avenue South<br>Suite 650<br>Minneapolis, MN 55402 |
| Susan M. Hack<br>**HIGGS, FLETCHER & MACK, LLP**<br>401 West A Street<br>Suite 2600<br>San Diego, CA 92101-1406 | Wendy J. Harrison<br>Guy A. Hanson<br>Dana L. Hooper<br>**BONNETT FAIRBOURN FRIEDMAN & BALINT PC**<br>2901 North Central Avenue, Suite 1000<br>Phoenix, AZ 85012-3311 |
| Jason M. Hatfield<br>**LUNDY & DAVIS, LLP**<br>300 North College Avenue<br>Suite 309<br>Fayetteville, AR 72701 | Bradley T. Hayes<br>804 State Street<br>Natchez, MS 39120 |

*Service List*

*Pet Food Products Liability Litigation,* MDL. No. 1850

Bradley David Hergott
**SCANDAGLIA & RYAN**
55 East Monroe Street
Suite 3930
Chicago, IL 60603

Harold H. Hewell
**HEWELL LAW FIRM**
402 West Broadway
Fourth Floor
San Diego, CA 92101

**HILL WALLACK, LLP**
Attorneys at Law
CN 5226
202 Carnegie Center
Princeton, NJ 08543-5226

Mick D. Hodges
**PETERSON HODGES & HARPER**
P.O. Box 3088
Twin Falls, ID 83303-5298

Charles H. Horn
**WRIGHT, ROBINSON, OSTHIMER & TATUM**
44 Montgomery Street
18th Floor
San Francisco, CA 94104

William Gene Horton
**NOLAN, CADDELL & REYNOLDS, PA**
122 North 11th Street
P.O. Box 184
Forth Smith, AR 72902-0184

Don Howarth
**HOWARTH & SMITH**
523 West Sixth Street
Suite 729
Los Angeles, CA 90014

Jeremy Y. Hutchinson
Jack Thomas Patterson III
**PATTON, ROBERTS, MCWILLIAMS & CAPSHAW, LLP**
Stephens Building
111 Center Street
Suite 1315
Little Rock, AR 72201

*Service List*

*Pet Food Products Liability Litigation,* MDL. No. 1850

Iams Co.
c/o Registered Agent – Joseph A. Stegbauer
One Procter & Gamble Plaza C-2
Cincinnati, OH 45202

Brian S. Inamine
**WRIGHT, ROBINSON, OSTHIMER & TATUM**
888 South Figueroa Street
Suite 600
Los Angeles, CA 90017

D. Jeffrey Ireland
Brian D. Wright
**FARUKI, IRELAND & COX, P.L.L.**
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH 45402

Frank Jablonski
**PROGRESSIVE LAW GROUP, LLC**
354 West Main Street
Madison, WI 53703

Christopher D. Jennings
**EMERSON POYNTER, LLP**
The Museum Center, Suite 305
500 President Clinton Avenue
Little Rock, AR 72201

Robert A. Jigarjian
**JIGARJIAN LAW OFFICE**
128 Tunstead Avenue
San Anselmo, CA 94960

Scott A. Kamber
**WECHSLER KAMBER HIMMELFARB, LLC**
11 Broadway, 22d Floor
New York, NY 10004

Adam P. Karp
**ANIMAL LAW OFFICES**
114 West Magnolia Street, Suite 425
Bellingham, WA 98225

*Service List*

*Pet Food Products Liability Litigation,* MDL. No. 1850

| | |
|---|---|
| Michael L. Kelly<br>**KIRTLAND & PACKARD LLP**<br>2361 Rosecrans Avenue, Fourth Floor<br>El Segundo, CA 90245 | Jeffrey T. Kestle<br>**GARDNER, BOND, TABOLSI, ST. LOUIS & CLEMENT**<br>2200 Sixth Avenue, Suite 600<br>Seattle, WA 98121 |
| Lawrence Kopelman<br>**KOPELMAN & BLANKMAN**<br>350 E. Las Olas Blvd., Suite 980<br>Ft. Lauderdale, FL 33301 | Michael S. Kreidler<br>**STICH, ANGELL, KREIDLER & DODGE, P.A.**<br>The Crossings, Suite 120<br>250 Second Avenue South<br>Minneapolis, MN 55401 |
| David L. Lillehaug<br>**FREDRIKSON & BYRON P.A.**<br>200 S. 6th St., Suite 4000<br>Minneapolis, MN 55402-1425<br>Telephone: (612) 492-7321<br>Facsimile: (612) 492-7077 | Paul F. Linn<br>**MICHAEL BEST & FRIEDRICH, LLP**<br>100 E. Wisconsin Ave. Ste. 3300<br>Milwaukee, WI 53202 |

Jeffery N. Lüthi
Judicial Panel on Multidistrict Litigation
Clerk of the Panel
One Columbus Circle, N.E
Thurgood Marshall Federal Judiciary Bldg.
Room G-255, North Lobby
Washington, D.C. 20002

*Service List*

*Pet Food Products Liability Litigation,* MDL. No. 1850

Gary E. Mason
**MASON LAW FIRM, P.C.**
1225 19th Street, N.W. Suite 500
Washington, DC 20036

Edward T. Matthews
**FREDRIKSON & BYRON**
200 South 6th Street
Suite 4000
Minneapolis, MN 55402-1425

John J. McDonough
**COZEN O'CONNOR, LLP**
45 Broadway Atrium Suite 1600
New York, NY 10000

Robert D. McIntosh
**ADORNO & YOSS, LLP**
888 SE 3rd Avenue Suite 500
Fort Lauderdale, FL 33316-1159

Jennifer L. McKeegan
**GALLAGHER, SHARP, FULTON & NORMAN**
**BULKLEY BUILDING**
6th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Steven J. Merker
**DORSEY & WHITNEY LLP**
370 17th Street
Republic Plaza Building Suite 4700
Denver, CO 80202-5647

Ethan A. Miller
**SQUIRE, SANDERS & DEMPSEY, L.L.P.**
One Maritime Plaza, Suite 300
San Francisco, CA 94111

Daniel J. Mitchell
**BERNSTEIN SHUR**
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029

*Service List*

*Pet Food Products Liability Litigation,* MDL. No. 1850

Donna Siegel Moffa
Lisa J. Rodriguez
**TRUJILLO RODRIGUEZ & RICHARDS LLC**
8 Kings Highway
West Haddonfield, NJ 08033

J. Chad Moore
270 Market Street
Millersburg, PA 17061

Michael S. Morrison
**SCHONBRUN DESIMONE SEPLOW HARRIS & HOFFMAN**
723 Ocean Front Walk
Venice, CA 90291-3270

John F. Mullen
**COZEN O'CONNOR**
1900 Market Street
Fourth Floor
Philadelphia, PA 19103-3508

Dennis F. Murray Sr.
**MURRAY & MURRAY CO., LPA**
111 East Shoreline Dr.
P.O. Box 19
Sandusky, OH 44871

Michael David Myers
**MYERS & COMPANY PLLC**
1809 Seventh Avenue, Suite 700
Seattle, WA 98101

Allison Beth Neidoff
**GIBBONS, PC**
One Pennsylvania Plaza 37th Floor
New York, NY 10119-3701

Gregory M. Nespole
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ, LLP**
270 Madison Avenue 11th Floor
New York, NY 10016

*Service List*

*Pet Food Products Liability Litigation,* MDL. No. 1850

Bruce E. Newman
**LAW OFFICES OF BRUCE E. NEWMAN, LLC**
99 North Street, Route 6
P.O. Box 575
Bristol, CT 06011-0575

Marshall S. Ney
**MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, PLLC**
5414 Pinnacle Point Drive
Suite 500
Rogers, AR 72758

Gina E. Och
**MURCHISON &. CUMMING**
Chase Plaza
801 South Grand Avenue 9th Floor
Los Angeles, CA 90017-4613

Katherine J. Odenbreit
**CLASS ACTION LITIGATION GROUP**
13123 Garden Land Road
Los Angeles, CA 90049

William M. O'Mara
**O'MARA LAW FIRM, P.C.**
311 East Liberty Street
Reno, NV 89501

Behram V. Parekh
**KIRTLAND & PACKARD, LLP**
2361 Rosecrans Blvd., 4th Floor
El Segundo, CA 90245-4923

David C. Parisi
**PARISI & HAVENS**
15233 Valleyheart Drive
Sherman Oaks, CA 91403

David A. Payne
**TOM W. CARDIN, P.C.**
607 Main Street
Cassville, MO 65625

*Service List*

*Pet Food Products Liability Litigation,* MDL. No. 1850

Pishvaee, JD, MBA
**PISHVAEE & ASSOCIATES**
3945½ Beverly Glen Circle, #269
Bel Air, CA Siamak 90077

Steven Lee Rodriguez
**COZEN & O'CONNOR**
425 California Street, Suite 2400
San Francisco, CA 94104

Daniel L. Rottinghaus
**BERDING & WEIL**
3240 Stone Valley RoadWest
Alamo, CA 94507

Robert A. Rovner
Jeffrey I. Zimmerman
**ROVER ALLEN ROVER ZIMMERMAN & NASH**
175 Bustleton Pike
Feasterville, PA 19053-6456

Edward B. Ruff
**PRETZEL & STOUFFER, CHTD.**
One South Wacker Drive
Suite 2500
Chicago, IL 60606

Alan E. Sash
**MCLAUGHLIN & STERN LLP**
260 Madison Avenue
New York, NY 10016

Sherrie R. Savett
Michael T. Fantini
Russell D. Paul
**BERGER & MONTAGUE PC**
1622 Locust Street
Philadelphia, PA 19103

Steven E. Schwarz
**LAW OFFICES OF STEVEN E. SCHWARZ**
2461 W. Foster Avenue #1W
Chicago, IL 60625

*Service List*

*Pet Food Products Liability Litigation,* MDL. No. 1850

| | |
|---|---|
| Richard Mark Segal<br>**PILLSBURY WINTHROP SHAW & PITTMAN**<br>101 West Broadway Suite 1800<br>San Diego, CA 92101 | Scott R. Shepherd<br>**SHEPHERD, FINKELMAN, MILLER & SHAH, LLC**<br>1400 North Federal Highway<br>Suite 200<br>Lighthouse Point, Fl, 33064 |
| Jonathan Shub<br>**SEEGER WEISS LLP**<br>1200 Walnut Street, 5th Floor<br>Philadelphia, PA 19107<br>Telephone: (215) 735-7580<br>Facsimile: (215) 735-7583 | Charles W. Spann<br>**PERRY & SPANN**<br>6130 Plumas Street<br>Reno, NV 89509 |
| Dan C. Stanley<br>Robert R. Kurtz<br>**STANLEY & KURTZ, PLLC**<br>422 S. Gay Street, Third Floor<br>Knoxville, TN 37902 | Michael L. Stoker<br>**JOHNS, FLAHERTY & RICE, S.C.**<br>205 Filth Avenue South<br>Suite 600<br>P.O. Box 1626<br>La Crosse, WI 546112 |
| Stuart C. Talley<br>**KERSHAW, CUTTER & RATINOFF LLP**<br>980 9th Street, 19th Floor<br>Sacramento, CA 95814 | Mark J. Tamblyn<br>**WEXLER TORISEVA WALLACE LLP**<br>1610 Arden Way, Suite 290<br>Sacramento, CA 95815 |

*Service List*

*Pet Food Products Liability Litigation,* MDL. No. 1850

Jennifer Reba Thomaidis
**THOMAIDIS LAW, LLC**
1866 Vine Street
Denver, CO 80206

Stephen R. Thomas
**MOFFATT, THOMAS, BARRETT, ROCK & FIELDS, CHTD.**
P.O. Box 829
Boise, ID 83701

Jeffrey R. Thompson
**O'NEIL, PARKER & WILLIAMSON**
416 Cumberland Avenue, S.W.
P.O. Box 217
Knoxville, TN 3790

Gregg D. Trautmann
**TRAUTMANN & ASSOCIATES**
262 East Main Street
Rockaway, NJ 07866

Michael Patrick Turiello
**PREZTEL & STOUFFER, CHTD**
One South Wacker Drive
Suite 2500
Chicago, IL 60606-4673

Wal-Mart Stores, Inc.
c/o Registered Agent
Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801-1120

Adam T. Waskowski
**LORD, BISSELL & BROOK, LLP**
111 South Wacker Drive
Chicago, IL 60606

Peter N. Wasylyk
**LAW OFFICES OF PETER N. WASYLYK**
1307 Chalkstone Avenue
Providence, RI 02908

*Service List*

*Pet Food Products Liability Litigation,* MDL. No. 1850

Scott Wm. Weinstein
**MORGAN & MORGAN, PA**
12800 University Drive, Suite 600
P.O. Box 9504
Fort Myers, FL 33906

Jeff S. Westerman
Sabrina S. Kim
**MILBERG WEISS & BERSHAD LLP**
One California Plaza
300 South Grand Avenue, Suite 3900
Los Angeles, CA 90071

Kenneth A. Wexler
**WEXLER TORISEVA WALLACE LLP**
One North LaSalle Street, Suite 200
Chicago, IL 60602

Jeffrey M. White
**PIERCE, ATWOOD, LLP**
One Monument Square
Portland, ME 04101