

DLA Piper US LLP
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

Amy W. Schulman
amy.schulman@dlapiper.com
T  212.335.4700
F  212.884.8508

September 13, 2007
*FILED VIA ECF*

Honorable Noel L. Hillman
United States District Court
Federal Building
One John F. Gerry Plaza, Room 6020
Camden, NJ 08101

Re: *In re Pet Food Products Liability Litigation*, **MDL No. 1850**

Dear Judge Hillman:

    We are writing in response to the Court's August 28, 2007 Order concerning resumption of Menu Foods' claims settlement process, which the Court entered after receiving letters from four unrepresented pet owners expressing an interest in resolution. As the Court directs in its Order, Menu Foods will be prepared to address any concerns the Court may have on this issue at the September 26 conference.

    In addition, Menu Foods and other defendants remain interested in pursuing an expeditious and global settlement of all claims arising out of the pet food recall. Towards that end, we are pleased to report that Menu Foods, most of its co-defendants and two of the three groups seeking appointment as lead plaintiffs' counsel in this MDL have agreed to engage in an early and confidential mediation with a private mediator to see if a mutually agreeable resolution can be achieved. We are in the process of working out the terms of the mediation at this time, and will be prepared to discuss the mediation with Your Honor on September 26.

    We look forward to a discussion of this and other issues with the Court.

Respectfully submitted,

Amy W. Schulman

cc: Service via ECF

WASH1\4918722.2