UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **In re:** | MDL Docket No. 1850 |
| **PET FOOD PRODUCTS LIABILITY LITIGATION** | Civil Action No. 07-2867 (NLH/AMD) <br> Civil Action No. 07-4137 (NLH/AMD) |

To: William T. Walsh, Clerk
    Susan Bush, Deputy Clerk
    United States District Court
    for the District of New Jersey
    Mitchell H. Cohen Building & U.S. Courthouse
    4th & Cooper Streets, Room 1050
    Camden, New Jersey 08101

### MOTION FOR SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Defendant, Nutro Products, Inc. ("Nutro"), respectfully requests that the Court grant it leave to substitute Lindsay R. Pennington of the law firm of Gibson, Dunn & Crutcher LLP as a counsel of record for the Company in place of Charles H. Abbott III, also an attorney at Gibson, Dunn & Crutcher LLP:

    1. Nutro has been represented in this case by Charles H. Abbott III, William E. Wegner, and Gary L. Justice, attorneys with the law firm of Gibson, Dunn & Crutcher LLP.

    2. Nutro desires to continue to retain the law firm of Gibson, Dunn & Crutcher LLP as counsel of record in the above captioned case with Mr. Wegner and Mr. Justice remaining as counsel of record. Nutro also desires to substitute as counsel of record Lindsay R. Pennington for Charles H. Abbott III. Ms. Pennington is a licensed member in good standing of the State Bar of California, State Bar No. 249879. Although Mr. Abbott remains an attorney with Gibson, Dunn & Crutcher LLP, and continues to be a member in good standing with the State Bar of California, he will no longer be working on the cases captioned *In re: Pet Food Products Liability Litigation*, Civil Action No. 07-2867, and *Lois Grady et al. v. Menu Foods Income Fund et al.*, Civil Action No. 07-4137.

    3. Nutro further requests that all correspondence from the Court be directed to Ms. Pennington at the law firm of Gibson, Dunn & Crutcher, 333 South Grand Avenue, 47th Floor, Los Angeles, California 90071, lpennington@gibsondunn.com.

4.  Nutro does not seek this substitution for purposes of delay, and the substitution will not cause any delay in the resolution of this matter.

THEREFORE, Nutro and its present counsel of record respectfully request that the Court grant this motion, and permit Lindsay R. Pennington to substitute immediately as counsel of record in place of Charles H. Abbott III.

Dated:   September 13, 2007

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: _____

_____
Charles H. Abbott, California Bar No. 227488
William E. Wegner, California Bar No. 101486
Gary L. Justice, California Bar No. 90580
333 South Grand Avenue, 47th Floor
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Fax: (213) 229-7520

*Attorneys for Defendant Nutro Products, Inc.*

2

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | : |
| | :    MDL Docket No. 1850 |
| PET FOOD PRODUCTS | :    Civil Action No. 07-2867 (NLH/AMD) |
| LIABILITY LITIGATION | :    Civil Action No. 07-4137 (NLH/AMD) |
| | : |
| | : |

### CERTIFICATE OF SERVICE

I hereby certify that on this 13 day of September 2007 true and correct copies of the foregoing Motion for Substitution of Counsel, Notice of Appearance and [Proposed] Order for Substitution of Counsel were served via US Mail, postage paid, on all attorneys listed on the Panel Attorney Service List.

By: _____
Lindsay R. Pennington
Gibson, Dunn & Crutcher LLP

100296292_1.DOC

4

IN RE PET FOOD PRODUCTS LIABILITY LITIGATION
DOCKET NO. 1850

SERVICE LIST

| | |
|---|---|
| Brian D. Wright<br>Faruki, Ireland & Cox, PLLC<br>500 Courthouse Plaza, S.W.<br>10 North Ludlow Street<br>Dayton, OH 45402 | John H. Alexander<br>John Alexander & Associates<br>100 West Monroe Street, Suite 2100<br>Chicago, IL 60603 |
| Thomas C. Angelone<br>Hodosh, Spinella & Angelone<br>One Turks Head Place, Suite 1050<br>Providence, RI 02903-1516 | Rene Lynn Barge<br>Class Action Litigation Group<br>11111 Santa Monica Blvd.<br>Los Angeles, CA 90025 |
| George S. Bellas<br>Bellas & Wachowski<br>15 North Northwest Highway<br>Park Ridge, IL 60068 | Eric J. Benink<br>Krause, Kalfayan, Benink & Slavens, LLP<br>625 Broadway, Suite 635<br>San Diego, CA 92101 |
| Steve W. Berman<br>Hagens Berman Sobol Shapiro, LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101 | Bruce S. Bistline<br>Gordon Law Offices<br>623 West Hays Street<br>Boise, ID 83702-5512 |
| Garrett D. Blanchfield, Jr.<br>Reinhardt, Wendorf & Blanchfield<br>332 Minnesota Street, Suite E-1250<br>St. Paul, MN 55101 | Norman B. Blumenthal<br>Blumenthal & Markham<br>2255 Calle Clara<br>La Jolla, CA 92037 |
| Anthony G. Brazil<br>Morris, Pouch & Purdy, LLP<br>1055 West Seventh Street, 24th Floor<br>Los Angeles, CA 90017-2503 | Jeniphr A.E. Breckinridge<br>Hagens Berman Sobol Shapiro, LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101 |

| | |
|---|---|
| Rachel Laine Carnaggio<br>Godfrey & Lapuyade, P.C.<br>9557 South Kingston Court<br>Englewood, CO 80112-5952 | Paul C. Catos<br>Thompson & Bowie<br>Three Canal Plaza<br>P.O. Box 4630<br>Portland, ME 04112 |
| Ilan J. Chorowsky<br>Chorowsky Law Offices<br>1130 N. Dearborn Street, Suite 3110<br>Chicago, IL 60610 | Christy Comstock<br>21 West Mountain Street, Suite 300<br>Fayetteville, AR 72701 |
| Barbara L. Croutch<br>Pillsbury Winthrop Shaw & Pittman<br>725 South Figueroa Street, Suite 1200<br>Los Angeles, CA 90017 | Brian R. Cunha<br>Brian Cunha & Associates<br>311 Pine Street<br>Fall River, MA 02720 |
| James L. Davidson<br>Lerach Coughlin Stoia Geller<br>Rudman & Robbins, LLP<br>120 East Palmetto Park Road, Suite 500<br>Boca Raton, FL 33432 | Larry D. Drury<br>Larry D. Drury, Ltd.<br>205 West Randolph Street, Suite 1430<br>Chicago, IL 60606 |
| John G. Emerson<br>Emerson Poynter, LLP<br>830 Apollo Lane<br>Houston, TX 77058 | Thomas M. Ferlauto<br>King & Ferlauto<br>1880 Century Park East, Suite 820<br>Los Angeles, CA 90067-1627 |
| Luis Guillermo Figueroa<br>Attorneys Trial Group<br>540 North Semoran Blvd.<br>Orlando, FL 32807 | Jack Michael Fribley<br>Faegre & Benson, LLP<br>90 South Seventh Street, Suite 2200<br>Minneapolis, MN 55402-3901 |

| | |
|---|---|
| Andrew H. Friedman<br>Helmer Friedman<br>723 Ocean Front Walk<br>Venice, CA 90291 | Wendi J. Frisch<br>Morris, Polich & Purdy, LLP<br>1055 West 7th Street, Suite 2400<br>Los Angeles, CA 90017 |
| Robert B. Gerard<br>Gerard & Osuch, LLP<br>2840 South Jones Boulevard<br>Building D, Suite 4<br>Las Vegas, NV 89146 | Jeremy Gilman<br>Benesch, Friedlander, Coplan & Aronoff<br>2300 BP Tower<br>200 Public Square<br>Cleveland, OH 44114-2378 |
| Paul Gordon<br>Paul Gordon, LLC<br>650 South Cherry Street, Suite 835<br>Denver, CO 80246 | Patrick J. Goss<br>Rose Law Firm<br>120 East Fourth Street<br>Little Rock, AR 72201 |
| Daniel E. Gustafson<br>Gustafson Gluck PLLC<br>608 Second Avenue South, Suite 650<br>Minneapolis, MN 55402 | Susan M. Hack<br>Biggs, Fletcher & Mack, LLP<br>401 West A Street, Suite 2600<br>San Diego, CA 92101-1406 |
| Jason Matthew Hatfield<br>Lundy & Davis, LLP<br>300 North College Avenue, Suite 309<br>Fayetteville, AR 72701 | Bradley T. Hayes<br>804 State Street<br>Natchez, MS 39120 |
| Bradley David Hergott<br>Scandaglia & Ryan<br>55 East Monroe Street, Suite 3930<br>Chicago, IL 60603 | Harold M. Hewell<br>Hewell Law Firm<br>402 West Broadway, Fourth Floor<br>San Diego, CA 92101 |

| | |
|---|---|
| Mick D. Hodges<br>Peterson Hodges & Harper<br>P.O. Box 3088<br>Twin Falls, ID  83303-5298 | Charles H. Horn<br>Wright, Robinson, Osthimer & Tatum<br>44 Montgomery Street, 18th Floor<br>San Francisco, CA  94104 |
| William Gene Horton<br>Nolan, Caddell & Reynolds, P.A.<br>122 North 11th Street<br>Post Office Box 184<br>Fort Smith, AR  72902-0184 | Don Howarth<br>Howarth & Smith<br>523 West Sixth Street, Suite 729<br>Los Angeles, CA  90014 |
| Brian S. Inamine<br>Wright, Robinson, Osthimer & Tatum<br>888 South Figueroa Street, Suite 600<br>Los Angeles, CA  90017 | D. Jeffrey Ireland<br>Faruki, Ireland & Cox, P.L.L.<br>500 Courthouse Plaza, S. W.<br>10 North Ludlow Street<br>Dayton, OH  45402 |
| Frank Jablonski<br>Progressive Law Group, L.L.C.<br>354 West Main Street<br>Madison, WI  53703 | Christopher D. Jennings<br>Emerson Poynter, LLP<br>The Museum Center, Suite 305<br>500 President Clinton Avenue<br>Little Rock, AR  72201 |
| Robert A. Jigarjian<br>Jigarjian Law Office<br>128 Tunstead Avenue<br>San Anselmo, CA  94960 | Jeffrey T. Kestle<br>Gardner, Bond, Trabolsi,<br>St. Louis & Clement<br>2200 Sixth Avenue, Suite 600<br>Seattle, WA  98121 |
| Michael S. Kreidler<br>Stich, Angell, Kreidler & Dodge, P.A.<br>The Crossings, Suite 120<br>250 Second Avenue South<br>Minneapolis, MN  55401 | Paul F. Linn<br>Michael Best & Friedrich, LLP<br>100 E. Wisconsin Ave., Suite 3300<br>Milwaukee, WI  53202 |

| | |
|---|---|
| Carrie Ann Lubinski<br>Gordon & Rees, LLP<br>Embarcadero Center West<br>275 Battery Street, 20th Floor<br>San Francisco, CA 94111 | Gary E. Mason<br>Mason Law Firm, P.C.<br>1225 19th Street, N. W., Suite 500<br>Washington, DC 20036 |
| Edward T. Matthews<br>Fredrikson & Byron<br>200 South 6th Street, Suite 4000<br>Minneapolis, MN 55402-1425 | John J. McDonough<br>Cozen O'Connor, LLP<br>45 Broadway Atrium, Suite 1600<br>New York, NY 10006 |
| Robert D. McIntosh<br>Adorno & Yoss, LLP<br>888 SE 3rd Avenue, Suite 500<br>Fort Lauderdale, FL 33316-1159 | Jennifer L. McKeegan<br>Gallagher, Sharp, Fulton & Norman<br>Bulkley Building, 6th Floor<br>1501 Euclid Avenue<br>Cleveland, OH 44115 |
| Steven J. Merker<br>Dorsey & Whitney LLP<br>370 17th Street<br>Republic Plaza Building, Suite 4700<br>Denver, CO 80202-5647 | Ethan A. Miller<br>Squire, Sanders & Dempsey, L.L.P.<br>One Maritime Plaza, Suite 300<br>San Francisco, CA 94111 |
| Daniel J. Mitchell<br>Bernstein Shur<br>100 Middle Street<br>P.O. Box 9729<br>Portland, ME 04104-5029 | J. Chad Moore<br>270 Market Street<br>Millersburg, PA 17061 |
| Michael S. Morrison<br>Schonbrun DeSimone Seplow Harris & Hoffman<br>723 Ocean Front Walk<br>Venice, CA 90291-3270 | John F. Mullen<br>Cozen O'Connor<br>1900 Market Street, Fourth Floor<br>Philadelphia, PA 19103-3508 |

| | |
|---|---|
| Andrae P. Reneau<br>Wexler Toriseva Wallace, LLP<br>One North LaSalle Street, Suite 2000<br>Chicago, IL 60602 | Eugene R. Richard<br>Wayne Richard & Hurwitz, LLP<br>One Boston Place, Suite 3620<br>Boston, MA 02108 |
| Steven Lee Rodriguez<br>Cozen & O'Connor<br>425 California Street, Suite 2400<br>San Francisco, CA 94104 | Daniel L. Rottinghaus<br>Berding & Weil<br>3240 Stone Valley Road West<br>Alamo, CA 94507 |
| Edward B. Ruff III<br>Pretzel & Stouffer, Chtd.<br>One South Wacker Drive, Suite 2500<br>Chicago, IL 60606-4673 | Steven E. Schwarz<br>Law Offices of Steven E. Schwarz<br>2461 W. Foster Avenue, #1W<br>Chicago, IL 60625 |
| Richard Mark Segal<br>Pillsbury Winthrop Shaw & Pittman<br>101 West Broadway, Suite 1800<br>San Diego, CA 92101 | Scott R. Shepherd<br>Shepherd, Finkelman, & Shah, LLC<br>4400 North Federal Highway, Suite 200<br>Lighthouse Point, FL 33064 |
| Charles W. Spann<br>Perry & Spann<br>6130 Plums Street<br>Reno, NV 89509 | Dan Channing Stanley<br>Stanley & Kurtz, PLLC<br>422 South Gay Street, Third Floor<br>Knoxville, TN 37902 |
| Michael L. Stoker<br>Johns, Flaherty & Rice, S.C.<br>205 Fifth Avenue South, Suite 600<br>P.O. Box 1626<br>La Crosse, WI 54602 | Stuart C. Talley<br>Kershaw, Cutter & Ratinoff LLP<br>980 9th Street, 19th Floor<br>Sacramento, CA 95814-2719 |

| | |
|---|---|
| Mark John Tamblyn<br>Wexler, Toriseva, Wallace, LLP<br>1610 Arden Way, Suite 290<br>Sacramento, CA  95815 | Jennifer Reba Thomaidis<br>Thomaidis Law, LLC<br>1866 Vine Street<br>Denver, CO  80206 |
| Stephen R. Thomas<br>Moffatt, Thomas, Barrett, Rock & Fields, Chtd.<br>P.O. Box 829<br>Boise, ID  83701 | Jeffrey R. Thompson<br>O'Neil, Parker & Williamson<br>416 Cumberland Avenue, S.W.<br>P.O. Box 217<br>Knoxville, TN  37902 |
| Michael Patrick Turiello<br>Preztel & Stouffer, Chtd.<br>One South Wacker Drive, Suite 2500<br>Chicago, IL  60606-4673 | Adam T. Waskowski<br>Lord, Bissell & Brook, LLP<br>111 South Wacker Drive<br>Chicago, IL  60606 |
| Peter N. Wasylyk<br>Law Offices of Peter N. Wasylyk<br>1307 Chalkstone Avenue<br>Providence, RI  02908 | Scott Wm. Weinstein<br>Morgan & Morgan, P.A.<br>12800 University Drive, Suite 600<br>P.O. Box 9504<br>Fort Myers, FL  33906 |
| Jeff S. Westerman<br>Milberg, Weiss & Bershad LLP<br>One California Plaza<br>300 South Grand Avenue, Suite 3900<br>Los Angeles, CA  90071 | Jeffrey M. White<br>Pierce, Atwood, LLP<br>One Monument Square<br>Portland, ME  04101 |
| Nicholas M. Wicezorek<br>Morris Polich & Purdy, LLP<br>3980 Howard Hughes Parkway, Suite 400<br>Las Vegas, NV  89109 | Cheryl A. Williams<br>Milberg Weiss & Bershad<br>One California Plaza<br>300 South Grand Avenue, Suite 3900<br>Los Angeles, CA  90071 |

| Shawn A. Williams<br>Millberg Weiss Bershad Hynes &<br>Lerach, LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111 | |
|---|---|

100297839_1.DOC