UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED
WILLIAM T. WALSH, C

2007 SEP 14  P

UNITED STATES
DISTRICT COURT

| In re: | |
|---|---|
| PET FOOD PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1850<br>Civil Action No. 07-2867 (NLH/AMD)<br>Civil Action No. 07-4137 (NLH/AMD) |

To: William T. Walsh, Clerk
United States District Court
for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, New Jersey 08101

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that William E. Wegner, Gail E. Lees, and Gary L. Justice of Gibson, Dunn & Crutcher LLP hereby enter an appearance on behalf of Defendant Nutro Products, Inc. and request that copies of all papers in these actions be served upon the undersigned.

William E. Wegner
California Bar No. 101486
333 South Grand Avenue
47th Floor
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
WWegner@gibsondunn.com

Gail E. Lees
California Bar No. 90363
333 South Grand Avenue
47th Floor
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
GLees@gibsondunn.com

        Gary L. Justice
        California Bar No. 90580
        333 South Grand Avenue
        47th Floor
        Los Angeles, California 90071-3197
        Telephone: (213) 229-7000
        Facsimile: (213) 229-7520
        GJustice@gibsondunn.com

By: _____/s/ William E. Wegner_____

William E. Wegner
Gail E. Lees
Gary L. Justice
Gibson, Dunn & Crutcher LLP

*Attorneys for Defendant Nutro Products, Inc.*

Dated: September 13, 2007

100299204_1.DOC

2