

Trujillo
Rodriguez &
Richards, LLC
A Pennsylvania Limited Liability Company
Attorneys at Law

8 Kings Highway West
Haddonfield, NJ 08033
856-795-9002
856-795-9887 Fax

Lisa J. Rodriguez
New Jersey Responsible Attorney

1717 Arch Street
Suite 3838
Philadelphia, PA 19103
215-731-9004
215-731-9044 Fax

September 17, 2007

**BY ELECTRONIC FILING (ECF) AND HAND DELIVERY**

The Honorable Noel L. Hillman
United States District Court
for the District of New Jersey
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza, Room 6020
Camden, NJ  08101

    Re:   *In re Pet Food Products Liability Litigation,*
             MDL Docket No. 1850

Dear Judge Hillman:

    We jointly present this letter on behalf of: the proposed lead counsel group comprised of Wexler Toriseva Wallace LLP, Berger & Montague, P.C., Couglin Stoia Geller Rudman & Robbins LLP, Hagens Berman Sobol Shapiro LLP and affiliated counsel; and the proposed lead counsel group comprised of Audet & Partners, LLP, Kamber & Associates, LLC, Blim & Edelson, LLC and affiliated counsel.

    First, we are pleased to report to the Court the status of on-going discussions regarding mediation. A number of dates between now and the end of the year have been reserved for mediation before Professor Eric D. Green, a Principal of Resolutions LLC located in Boston, Massachusetts.

    Second, in accordance with paragraph 20 of the Practice and Procedure Order Upon Transfer Pursuant to 28 U.S.C. Section 1407(a), entered August 14, 2007, the following items are proposed to be included on the agenda for the conference on September 26, 2007, before Your

The Honorable Noel L. Hillman
September 17, 2007
Page 2

Honor, in addition to: (1) a formal hearing on the three motions for appointment of lead and liaison counsel; and (2) Your Honor's August 28, 2007 Order to Show Cause why Menu Foods should not be granted leave to settle with certain designated members of the putative class:

1. Scheduled Mediation
2. Entry of Evidence, Document and Electronic Material Preservation Order
3. Confidentiality Order
4. Timing of Filing of Consolidated Amended Complaint and any Responses Thereto
5. Stay of Proceedings
6. Further Status Conferences

Counsel considered filing a detailed scheduling submission, but thought this list of topics was more consistent with the Court's instruction and that a detailed submission at this time was premature in light of the pending mediation.

We look forward to appearing before Your Honor on September 26, 2007 at 11:00 a.m.

DATED: September 17, 2007         Respectfully submitted,

**TRUJILLO RODRIGUEZ & RICHARDS LLC**

By:        /s Lisa J. Rodriguez
    Lisa Rodriguez
    8 Kings Highway
    Haddonfield, NJ 08033
    Telephone: (856) 795-9002
    Facsimile: (856) 795-9887

*On behalf of the following plaintiffs' counsel:*

Kenneth A. Wexler
Mark J. Tamblyn
Wexler Toriseva Wallace LLP
55 West Monroe Street, Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

The Honorable Noel L. Hillman
September 17, 2007
Page 3

        Sherrie R. Savett
        Russell D. Paul
        Berger & Montague PC
        1622 Locust Street
        Philadelphia, PA 19103
        Telephone: (215) 875-3000
        Facsimile: (215) 875-4604

        Paul J. Geller
        Stuart A. Davidson
        James L. Davidson
        Coughlin Stoia Geller
         Rudman & Robbins LLP
        120 E. Palmetto Park Road, Suite 500
        Boca Raton, FL 33432-4809
        Telephone: (561) 750-3000
        Facsimile: (561) 750-3364

        Steve W. Berman
        Jeniphr A. E. Breckenridge
        Hagens Berman Sobol Shapiro LLP
        1301 Fifth Avenue
        Seattle, Washington 98101
        Telephone: (206) 623-7292
        Facsimile: (206) 623-0594

        William M. Audet
        Audet & Partners, LLP
        221 Main Street, Suite 1460
        San Francisco, CA 94105
        Telephone: (415) 568-2555
        Facsimile: (415) 568-2556

        Scott A. Kamber
        Kamber & Associates, LLC
        11 Broadway, 22nd Floor
        New York, NY 10004
        Telephone: (212) 920-3072
        Facsimile: (212) 202-6364

The Honorable Noel L. Hillman
September 17, 2007
Page 4

                          Jay Edelson
                          Blim & Edelson, LLC
                          53 West Jackson Blvd., Suite 1642
                          Chicago, IL 60604
                          Telephone: (312) 913-9400
                          Facsimile: (312) 913-9401

cc:    All Counsel (via e-filing)

Case 1:07-cv-02867-NLH-AMD     Document 59     Filed 09/17/2007     Page 4 of 4