

# HILL WALLACK LLP
## ATTORNEYS AT LAW

202 Carnegie Center, CN 5226, Princeton, NJ 08543-5226
Telephone: (609) 924-0808, Fax: (609) 452-1888
WWW.HILLWALLACK.COM

Writer's Direct Dial: (609) 734-6390

September 17, 2007

Via Electronic Filing

Honorable Noel L. Hillman
United States District Court
Federal Building
One John F. Gerry Plaza, Room 6020
Camden, NJ 08101

  Re: In re Pet Food Products Liability Litigation, 07cv2867 (NLH)(AMD)
     MDL Docket No.: 1850

Dear Judge Hillman:

  As local New Jersey counsel for the Menu Foods defendants, I am filing the attached "Suggested Agenda Items for the September 26th Conference."

              Respectfully submitted,

              *Gerard H Hanson*

              GERARD H. HANSON
              GHH@HillWallack.com

GHH:kg
Enclosure
cc: All Counsel via ECF Filing

{F:\WDOX\DOCS\014210\00001\01635179; 1}
111 East Court Street, Doylestown, PA 18901   |   403 Executive Drive, Langhorne, PA 19047

Dockets.Justia.com