**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: PET FOOD PRODUCTS LIABILITY LITIGATION | Hon. Noel L. Hillman<br><br>**Civil No. 07-2867 (NLH/AMD)**<br><br>MDL Docket No. 1850<br><br><u>ALL CASES</u> |

**<u>SUGGESTED AGENDA ITEMS FOR THE SEPTEMBER 26 CONFERENCE</u>**

Pursuant to the Practice and Procedure Order Upon Transfer dated August 14, 2007, the undersigned Defendants respectfully submit the attached proposed agenda for the initial pretrial conference scheduled for September 26, 2007.

DATED: September 17, 2007                    Respectfully submitted,

| | |
|---|---|
| By: <u>/s authorized for ECF filing</u><br>Amy W. Schulman, Esq.<br>Matthew Lepore, Esq.<br>DLA Piper US LLP<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 335-4500<br>Facsimile: (212) 335-4501<br>Amy.schulman@dlapiper.com<br><br>*Counsel for the Menu Foods Defendants* | By: <u>/s authorized for ECF filing</u><br>Mark C. Goodman, Esq.<br>SQUIRE, SANDERS & DEMPSEY L.L.P.<br>One Maritime Plaza, Suite 300<br>San Francisco, CA 94111-3492<br>Telephone: (415) 954-0289<br>Facsimile: (415) 393-9887<br>mgoodman@ssd.com<br><br>*Counsel for PETCO Animal Supplies, Inc., Wal-Mart Stores, Inc., PetSmart, Inc., and Target Corporation* |

| | |
|---|---|
| By: /s authorized for ECF filing<br>Craig A. Hoover, Esq.<br>Robert C. Troyer, Esq.<br>HOGAN & HARTSON LLP<br>Columbia Square<br>555 Thirteenth Street, NW<br>Washington, D.C. 20004-1109<br>Telephone: (202) 637-5600<br>Facsimile: (202) 637-5910<br>cahoover@hhlaw.com<br><br>*Counsel for Nestle Purina PetCare Company* | By: /s authorized for ECF filing<br>D. Jeffrey Ireland, Esq.<br>FARUKI, IRELAND & COX, P.L.L.<br>500 Courthouse Plaza, S.W.<br>10 North Ludlow Street<br>Dayton, OH  45402<br>Telephone: (937) 227-3710<br>Facsimile:  (937) 227-3749<br>djireland@ficlaw.com<br><br>*Counsel for The Procter Gamble Company and The Iams Company* |
| By: /s authorized for ECF filing<br>Gary L. Justice, Esq.<br>Gail E. Lees, Esq.<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue, 49th Floor<br>Los Angeles, CA  90071<br>Telephone: (213) 229-7508<br>Facsimile: (213) 229-6508<br>gjustice@gibsondunn.com<br><br>*Counsel for Nutro Products, Inc.* | By: /s authorized for ECF filing<br>Richard Rama, Esq.<br>COZEN O'CONNOR<br>45 Broadway, 16th Floor<br>New York, NY  10006<br>Telephone: (212) 509-9400<br>Facsimile:  (212) 509-9492<br>rfama@cozen.com<br><br>*Counsel for the Del Monte Foods Defendants* |
| By: /s authorized for ECF filing<br>Anthony G. Brazil, Esq.<br>Morris Polich & Purdy<br>1055 W. 7th Street<br>Los Angeles, CA  90017<br>Telephone: (213) 417-5120<br>Facsimile:  (213) 488-1178<br>abrzil@mpplw.com<br><br>*Counsel for ChemNutra Defendants* | By: /s authorized for ECF filing<br>James K. Reuss<br>Lane Alton & Horst LLC<br>Two Miranova Place, Suite 500<br>Columbus, Ohio 43215<br>Telephone: (614) 233-4719<br>Facsimile:  (614) 228-0146<br>JReuss@lah4law.com<br><br>*Counsel for the Kroger Company* |

# SEPTEMBER 26 INITIAL PRETRIAL CONFERENCE
# PROPOSED AGENDA

A. Mediation

    1. Mediator selected by agreement of parties: Eric D. Green, Resolution LLC (Boston, MA).

    2. Update on the initial meeting with Professor Green on September 25, 2007.

    3. Next steps/schedule for mediation.

B. Stay of Litigation

    1. Joint request for stay of litigation during mediation to conserve the resources of the Court and to allow the parties an adequate opportunity to attempt to resolve the dispute without litigation.

C. Retention of Samples of Recalled Pet Food

    1. Status of retention of recalled pet food.

        a. Volume of cans and pouches retained.

        b. Volume of raw ChemNutra wheat gluten.

    2. Financial, health and safety concerns with retention of recalled pet food and raw ChemNutra wheat gluten.

    3. Sampling proposal.

    4. Request for Court order related to retention of samples of recalled pet food and raw ChemNutra wheat gluten.

D. Entry of Order Regarding Preservation of Documents and Other Electronic Material

E.  Status of MDL Cases

    1.  Identification of cases not yet transferred.

    2.  Corporate disclosures.

F.  Other Matters Before the Court

    1.  Lead and liaison counsel motions.

    2.  August 28 Order to Show Cause.