# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>**PET FOOD PRODUCTS LIABILITY LITIGATION** | **MDL DOCKET No. 1850** |

## ENTRY OF APPEARANCE

Kindly enter my appearance as co-counsel on behalf of Plaintiff Cheri Cutler for ECF Notice in the above-captioned matter.

                                                      Respectfully submitted,

Dated:  September 18, 2007          *s/ Michael J. Boni*
                                              Michael J. Boni
                                              BONI & ZACK LLC
                                              15 St. Asaphs Rd.
                                              Bala Cynwyd, PA 19004
                                              610-822-0200
                                              610-822-0206 (fax)
                                              mboni@bonizack.com