# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: PET FOOD PRODUCTS LIABILITY LITIGATION | Civil Action No. 07-2867 (NLH)<br><br>MDL Docket No. 1850 |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing were served on all counsel on the attached Distribution List via e-filing:

1. Reply Memorandum in Support of Motion for Appointment of Interim Co-Lead and Liaison Counsel Pursuant to Fed. R. Civ. P. 23(g);
2. Declaration of Paul J. Geller in Reply to Kamber Group's Opposition to Majority Plaintiffs' Motion for Appointment of Interim Co-Lead and Liaison Counsel Pursuant to Fed. R. Civ. P. 23(g);
3. Supplemental Declaration of Kenneth A. Wexler Regarding Majority Plaintiffs' Motion for Appointment of Interim Co-Lead and Liaison Counsel Pursuant to Fed. R. Civ. P. 23(g); and
4. Declaration Of Steve W. Berman In Reply To Appointment Of Interim Lead Counsel Opposition Brief Of The Kamber Group.

Dated: September 19, 2007          By:   /s Lisa J. Rodriguez
                                          Lisa J. Rodriguez

1

## MENU FOODS DISTRIBUTION LIST

MICHAEL DONOVAN
**DONOVAN SEARLES, LLC**
1845 WALNUT STREET
SUITE 1100
PHILADELPHIA, PA 19103

SHERRIE R. SAVETT
**BERGER & MONTAGUE, PC**
1622 LOCUST STREET
PHILADELPHIA, PA 19103

A. JAMES ANDREWS
NICOLE BASS
905 LOCUST STREET
KNOXVILLE, TN 37902

PERRY A. CRAFT
**CRAFT & SHEPPARD, PLC**
THE SHILOH BUILDING
214 CENTERVIEW DRIVE
SUITE 223
BRENTWOOD, TN 37027

STEVE W. BERMAN
**HAGENS BERMAN SOBOL SHAPIRO, LLP**
1301 FIFTH AVENUE
SUITE 2900
SEATTLE, WA 98101

JENIPHR A.E. BRECKENRIDGE
1301 5TH AVENUE
SUITE 2900
SEATTLE, WA 98101

JOHN BLIM
**BLIM & EDELSON, LLC**
53 WEST JACKSON BLVD., SUITE 1642
CHICAGO, IL 60604

GINO L. DIVITO
209 SOUTH LASALLE STREET
7TH FLOOR
CHICAGO, IL 60604

JAY EDELSON
53 WEST JACKSON BOULEVARD
SUITE 1642
CHICAGO, IL 60604

PERRY A. CRAFT
**CRAFT & SHEPPARD, PLC**
THE SHILOH BUILDING
214 CENTERVIEW DRIVE
SUITE 223
BRENTWOOD, TN 37027

STUART A. DAVIDSON
**COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
120 EAST PALMETTO PARK ROAD
SUITE 500
BOCA RATON, FL 33432-4809

LAWRENCE M. KOPELMAN
350 E LAS OLAS BOULEVARD
SUITE 980
FORT LAUDERDALE, FL 33301

JOSEPH J. DEPALMA
**LITE, DEPALMA, GREENBERG & RIVAS, LLC**
TWO GATEWAY CENTER
12TH FLOOR
NEWARK, NJ 07102-5003

ROBERT R. KURTZ
DAN C. STANLEY
**STANLEY & KURTZ, PLLC**
422 GAY STREET, 3RD STREET
KNOXVILLE, TN 37902

KIMBERLY M. DONALDSON
BENJAMIN F. JOHNS
**CHIMICLES & TIKELLIS**
361 WEST LANCASTER AVENUE
HAVERFORD, PA 19041

MICHAEL A. FERRARA, JR.
**THE FERRARA LAW FIRM**
601 LONGWOOD AVENUE
CHERRY HILL, NJ 08002

ANDREW H. FRIEDMAN
PAUL L. HOFFMAN
GREGORY D. HELMER
MICHAEL S. MORRISON
MICHAEL D. SEPLOW
**SCHONBRUN DESIMONE SEPLOW HARRIS & HOFFMAN**
723 OCEAN FRONT WALK
VENICE, CA 90291

HAROLD M. HEWELL
402 WEST BROADWAY
FOUTH FLOOR
SAN DIEGO, CA 92101

SCOTT A. GEORGE
**SEEGER WEISS, LLP**
550 BROAD STREET
SUITE 920
NEWARK, NJ 07102

GARY S. GRAIFMAN
**KANTROWITZ, GOLDHAMER & GRAIFMAN, ESQS.**
210 SUMMIT AVENUE
MONTVALE, NJ 07645

BRUCE DANIEL GREENBERG
**LITE, DEPALMA, GREENBERG & RIVAS, LLC**
TWO GATEWAY CENTER
12TH FLOOR
NEWARK, NJ 07102

JASON MATTHEW HATFIELD
300 NORTH COLLEGE AVENUE
SUITE 309
FAYETTEVILLE, AR 72701

BRADLEY T. HAYES
804 STATE STREET
NATCHEZ, MS 39120

SUZANNE HAVENS BECKMAN
DAVID C. PARISI
**PARISI AND HAVENS**
15233 VALLEYHEART DRIVE
SHERMAN OAKS, CA 91403

DAVID A. PAYNE
607 MAIN STREET
CASSVILLE, MO 65625

JEREMY Y. HUTCHINSON
JACK T. PATTERSON, II
**PATTON, ROBERTS, MCWILLIAMS & CAPSHAW, LLP**
STEPHENS BUILDING
111 CENTER STREET, SUITE 1315
LITTLE ROCK, AR 72201

TIMOTHY CHAD HUTCHINSON
**WILLIAMS & HUTCHINSON LLP**
5417 PINNACLE POINT DRIVE
SUITE 500
ROGERS, AR 72758

LEISA B. PEARLMAN
RICHARD A. ADAMS
SEAN F. ROMMEL
JAMES C. WYLY
**PATTON, ROBERTS, MCWILLIAMS & CAPSHAW, LLP**
2900 ST. MICHAEL DRIVE, SUITE 400
P.O. BOX 6128
TEXARKANA, TX 75505-6128

BENJAMIN F. JOHNS
**CHIMICLES & TIKELLIS, LLP**
ONE HAVERFORD CENTRE
361 WEST LANCASTER AVENUE
HAVERFORD, PA 19041

ADAM P. KARP
**ANIMAL LAW OFFICES**
114 WEST MAGNOLIA STREET
SUITE 425
BELLINGHAM, WA 98225

SETH R. LESSER
**LAW OFFICES OF GENE LOCKS, PLLC**
457 HADDONFIELD ROAD
SUITE 500
CHERRY HILL, NJ 08002

ALLYN ZISSEL LITE
**LITE, DEPALMA, GREENBERG & RIVAS, LCC**
TWO GATEWAY CENTER
12TH FLOOR
NEWARK, NJ 07102-5003

ALAN C. MILSTEIN
**SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, PC**
FAIRWAY CORPORATE CENTER
4300 HADDONFIELD ROAD
SUITE 311
PENNSAUKEN, NJ 08109

MICHAEL DAVID MYERS
**MYERS & CO., P.L.L.C.**
1809 SEVENTH AVENUE
SUITE 700
SEATTLE, WA 98101

BRUCE E. NEWMAN
99 NORTH ST., RTE 6
P.O. BOX 575
BRISTOL, CT 66011-0575

KEVIN EDWARD CREED
PO BOX 575
BRISTOL, CT 06011-0575

WILLIAM J. PINILIS
**KAPLAN FOX & KILSHEIMER LLP**
237 SOUTH STREET
MORRISTOWN, NJ 07962

DANIEL L. ROTTINGHAUS
**BERDING & WELL**
3240 STONE VALLEY ROAD WEST
ALAMO, CA 94507

6

JEFFREY B. CEREGHINO
3240 STONE VALLEY ROAD WEST
ALAMO, CA 94507

NICOLE DORSKY
JEREMY GILMAN
200 PUBLIC SQUARE #2300
CLEVELAND, OH 44114-2378

ALAN E. SASH
**MCLAUGHLIN & STERN, LLP.**
260 MADISON AVENUE
NEW YORK, NY 10016

JOSEPH G. SAUDER
**CHIMICLES & TIKELLIS, LLP**
ONE HAVERFORD CENTRE
361 WEST LANCASTER AVENUE
HAVERFORD, PA 19041

JAMES C. SHAH
**SHEPHERD, FINKELMAN, MILLER & SHAH, LLC**
475 WHITE HORSE PIKE
COLLINGSWOOD, NJ 08107-1909

SCOTT RHEAD SHEPHERD
**GREENFIELD & RIFKIN, ESQS.**
501 S. BISCAYNE BOULEVARD
SUITE 301
WEST PALM BEACH, FL 33401

KEITH T. SMITH
RIDGEWOOD PLAZA
2327 NEW ROAD
SUITE 202
NORTHFIELD, NJ 08234

GREGG D. TRAUTMANN
**TRAUTMANN & ASSOCIATES, LLC**
262 EAST MAIN STREET
ROCKAWAY, NJ 07866

KENNETH A. WEXLER
**WEXLER TORISEVA WALLACE**
ONE N. LASALLE STREET
SUITE 2000
CHICAGO, IL 60602

JENNIFER REBA THOMAIDIS
1866 VINE STREET
DENVER, CO 80206

RENE LYNN BARGE
11111 SANTA MONICA BOULEVARD
LOS ANGELES, CA 90025

KATHERINE J. ODENBREIT
13123 GARDEN LAND ROAD
LOS ANGELES, CA 90049

ERIC BENINK
625 BROADWAY
SUITE 635
SAN DIEGO, CA 92101

MICHAEL R. BOSSE
LEONARD M. GULINO
DANIEL J. MITCHELL
THEODORE A. SMALL
**BERNSTEIN SHUR**
100 MIDDLE STREET
P.O. BOX 9729
PORTLAND, ME 04104-5029

J. CHAD MOORE
270 MARKET STREET
MILLERSBURG, PA 17061

ILAN J. CHOROWSKY
1130 NORTYH DEARBORN STREET
SUITE 3110
CHICAGO, IL 60610

LARRY D. DRURY
TWO NORTH LASALLE STREET
SUITE 700
CHICAGO, IL 60602

FRANK JABLONSKI
**PROGRESSIVE LAW GROUP, LLC**
354 WEST MAIN STREET
MADISON, WI 53703

JAMES LEE DAVIDSON
**LERACH COUGHLIN**
120 EAST PALMETTO PARK ROAD
SUITE 500
BOCA RATON, FL 33432

PAUL J. GELLER
**COUGHLIN STOIA GELLER RUDMAN & ROBBINS**
197 S FEDERAL HIGHWAY
SUITE 200
BOCA RATON, FL 33432

JOHN G. EMERSON
SCOTT E. POYNTER
CHRISTOPHER D. JENNINGS
500 PRESIDENT CLINTON AVENUE
SUITE 305
LITTLE ROCK, AR 72207

ROBERT A. JIGARJIAN
**JIGARJIAN LAW OFFICE**
128 TUNSTEAD AVENUE
SAN ANSELMO, CA 94960

SHAWN A. WILLIAMS
100 PINE STREET
SUITE 2600
SAN FRANCISCO, CA 94111

PAUL GORDON
650 SOUTH CHERRY STREET
SUITE 835
DENVER, CO 80246

DANIEL E. GUSTAFSON
650 NORTHSTAR EAST
608 SECOND AVENUE SOUTH
MINNEAPOLIS, MN 55402

MICHAEL L. STOKER
205 FIFTH AVENUE SOUTH
SUITE 600
P.O. BOX 1626
LA CROSSE, WI 54602-1626

STUART C. TALLEY
**KERSHAW CUTTER & RATINOFF LLP**
980 9TH STREET
19TH FLOOR
SACRAMENTO, CA 95814

DENNIS E. MURRAY, SR.
JOHN T. MURRAY
LESLIE O. MURRAY
**MURRAY & MURRAY**
111 EAST SHORELINE DRIVE
PO BOX 19
SANDUSKY, OH 44871-0019

GREGORY M. NESPOLE
MARTIN E. RESTITUYO
**WOLF, HALDENSTEIN, ADLER, FREEMAN & HERZ, LLP**
270 MADISON AVENUE
NEW YORK, NY 10016

STEVEN E. SCHWARZ
2461 W. FOSTER AVE, #1 W
CHICAGO, IL 60625

PETER N. WASYLYK
1307 CHALKSTONE AVENUE
PROVIDENCE, RI 02908

JEFF S. WESTERMAN
CHERYL A. WILLIAMS
SABRINA S. KIM
**MILBERG WEISS LLP**
ONE CALIFORNIA PLAZA
300 SOUTH GRAND AVENUE
SUITE 3900
LOS ANGELES, CA 90071

STEVEN F. GOOBY
**DLA PIPER US LLP**
379 THORNALL STREET
8TH FLOOR
PO BOX 2940
EDISON, NJ 08837-2226

CARLOS F. ORTIZ
**DLA, PIPER, RUDNICK, GRAY & CARY, LLP**
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1104

SUSAN MORIARTY HACK
401 WEST A STREET
SUITE 2600
SAN DIEGO, CA 92101

ROBERT D. MCINTOSH
**ADORNO & YOSS, PA**
888 SE 3RD AVENUE
SUITE 500
FORT LAUDERDALE, FL 33335

JEFFREY T. KESTLE
GARY A. TRABOLSI
2200 6TH AVENUE
STE 600
SEATTLE, WA 98121

GERARD H. HANSON
**HILL WALLACK**
202 CARNEGIE CENTER
PRINCETON, NJ 08543-5226

MATTHEW J. DUCHEMIN
P.O. BOX 2113
33 EAST MAIN STREET
SUITE 900
MADISON, WI 53701-2113

RACHEL LAINE CARNAGGIO
**GODFREY & LAPUYADE**
9557 S. KINGSTON COURT
ENGLEWOOD, CO 80112

PAUL C. CATSOS
**THOMPSON & BOWIE**
3 CANAL PLAZA
P.O. BOX 4630
PORTLAND, ME 04112

THOMAS J. CABRAL
JENNIFER L. MCKEEGAN
7TH FLOOR BULKLEY BUILDING
1501 EUCLID AVENUE
CLEVELAND, OH 44115

MORDECAI D. BOONE
CARRIE ANN LUBINSKI
275 BATTERY STREET
20TH FLOOR
SAN FRANCISCO, CA 94111

THOMAS ANGELONE
ONE TURKS HEAD PLACE
SUITE 1050
PROVIDENCE, RI 02903

D. JEFFREY IRELAND
BRIAN D. WRIGHT
**FARUKI, IRELAND & COX, P.L.L.**
500 COURTHOUSE PLAZA, S.W.
10 NORTH LUDLOW STREET
DAYTON, OH 45402

STEVEN J. MERKER
370 17TH STREET
REPUBLIC PLAZA BUILDING
#4700
DENVER, CO 80202-5647

JAMES E. HOWARD
EVAN L. SCHWAB
1420 5TH AVE
STE 3400
SEATTLE, WA 98101

JEFFREY M. WHITE
**PIERCE, ATWOOD LLP**
ONE MONUMENT SQUARE
PORTLAND, ME 04101-1110

PAUL F. LINN
**MICHAEL BEST & FRIEDRICH, LLP**
100 EAST WISCONSIN AVENUE, #3300
MILWAUKEE, WI 53202

ALLISON BETH NEIDOFF
ONE PENNSYLVANIA PLAZA
37TH FLOOR
NEW YORK, NY 212-649-4753

KIM M. CATULLO
**GIBBONS, DEL DEO, DOLAN, GRIFFINGER & VECCHIONE, PC**
ONE RIVERFRONT PLAZA
NEWARK, NJ 07102-5496

DON HOWARTH
SUZELLE M. SMITH
523 WEST SIXTH STREET
SUITE 728
LOS ANGELES, CA 90014

FRANCIS M. HADDEN
**GIBBONS, PC**
1700 TWO LOGAN SQUARE
18TH & ARCH STREETS
PHILADELPHIA, PA 19103

PRIYA K. JESANI
MICHAEL P. TURIELLO
**PRETZEL & STOUFFER, CHARTERED**
ONE SOUTH WACKER DRIVE
SUITE 2500
CHICAGO, IL 60606

JEFFREY R. THOMPSON
**ONEILL, PARKER & WILLIAMSON, ESQS**
PO BOX 217
KNOXVILLE, TN 37901-0217

MATTHEW G. CONWAY
JENNIFER KATZ
818 FARMINGTON AVE
WEST HARTFORD, CT 06119

CHRISTOPHER E. MARTIN
**MORRISON MAHONEY LLP**
WATERVIEW PLAZA
2001 U.S. HIGHWAY 46 EAST, SUITE 200
PARSIPPANY, NJ 07054

ANTHONY BRAZIL
DAVID J. VENDLER
MEGAN S. WYNNE
1055 WEST 17TH STREET
24TH FLOOR
LOS ANGELES, CA 90017-2503

BRIAN PRESTON HEERMANCE
17 STATE STREET
SUITE 110
NEW YORK, NY 10004

WENDI JANE FRISCH
1055 WEST SEVENTH STREET
24TH FLOOR
LOS ANGELES, CA 90017

EDWARD B. RUFF, III
**PRETZEL & STOUFFER, CHTD.**
ONE SOUTH WICKER DRIVE, SUITE 2500
CHICAGO, IL 60606-4673

CHRISTY COMSTOCK
21 WEST MOUNTAIN STREET
SUITE 300
FAYETTEVILLE, AR 72701

MARK C. GOODMAN
ETHAN A. MILLER
JOHN B.T. MURRAY, JR.
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
ONE MARITIME PLAZA, SUITE 300
SAN FRANCISCO, CA 94111-3492

ROBIN LEA HANGER
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
200 SOUTH BISCAYNE BOULEVARD
SUITE 4000
MIAMI, FL 33131-2398

RICHARD MARK SEGAL
BARBARA L. CROUTCH
**PILLSBURY, WINTHROP, SHAW & PITTMAN, ESQS.**
101 WEST BROADWAY
SUITE 1800
SAN DIEGO, CA 92101-8219

AMY L. BROWN
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1201 PENNSYLVANIA AVENUE, N.W., P.O. BOX 407
WASHINGTON, D.C. 20044-0407

JOHN B.T. MURRAY, JR.
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 PHILLIPS POINT WEST, 777 SOUTH FLAGLER DRIVE
WEST PALM BEACH, FL 33401-6198

JOSEPH C. WEINSTEIN
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
4900 KEY TOWER, 127 PUBLIC SQUARE
CLEVELAND, OHIO 44114-1304

MARSHALL S. NEY
**MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, PLLC**
5414 PINNACLE POINT DRIVE
SUITE 500
ROGERS, AR 72758

MARK C. GOODMAN
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
ONE MARITIME PLAZA, SUITE 300
SAN FRANCISCO, CA 94111-3492

JOHN B.T. MURRAY, JR.
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 PHILLIPS POINT WEST, 777 SOUTH FLAGLER DRIVE
WEST PALM BEACH, FL 33401-6198

ROBIN LEA HANGER
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
200 SOUTH BISCAYNE BOULEVARD, SUITE 400
MIAMI, FL 33131-2398

ANNE C. GOODWIN
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
555 SOUTH FLOWER STREET, 31ST FLOOR
LOS ANGELES, CA 90071-2300

LIZA M. WALSH
TRICIA B. O'REILLY
**CONNELL FOLEY LLP**
85 LIVINGSTON AVENUE
ROSELAND, NJ 07068

CHARLES H. ABBOTT
GARY L. JUSTICE
WILLIAM E. WEGNER
333 S GRAND AVE, 45TH FLOOR
LOS ANGELES, CA 90071-3197

BRIAN S. INAMINE
888 S FIGUEROA ST
SUITE 1800
LOS ANGELES, CA 90017

CHARLES H. HORN
**WRIGHT, ROBINSON, OSTHIMER & TATUM**
44 MONTGOMERY ST
18TH FLOOR
SAN FRANCISCO, CA 94104-4705

RICHARD FAMA
JOHN JOSEPH MCDONOUGH
45 BROADWAY ATRIUM
16TH FLOOR
NEW YORK, NY 10006

JOHN F. MULLEN
**COZEN O'CONNOR**
1900 MARKET STREET
PHILADELPHIA, PA 19103

JOHN J. MCDONOUGH
**COZEN O'CONNOR, LLP**
45 BROADWAY ATRIUM
SUITE 1600
NEW YORK, NY 10006

STEVEN L. RODRIGUEZ
425 CALIFORNIA STREET
SUITE 2400
SAN FRANCISCO, CA 94104

JEAN M. LAWLER
GINA E. OCH
CHASE PLAZA
801 S. GRAND AVE., 9TH FL
LOS ANGELES, CA 90017-4624

JOHN H. ALEXANDER
**JOHN H. ALEXANDER & ASSOCIATES**
100 WEST MONROE STREET
SUITE 2100
CHICAGO, IL 60603

BRIAN R. CUNHA
**BRIAN CUNHA & ASSOCIATES**
311 PINE STREET
FALL RIVER, MA 02720

THOMAS M. FERLAUTO
**KING & FERLAUTO**
1880 CENTURY PARK EAST
SUITE 820
LOS ANGELES, CA 90067-1627

LUIS GUILLERMO FIGUEROA
**ATTORNEYS TRIAL GROUP**
540 NORTH SEMORAN BLVD.
ORLANDO, FL 32807

JACK MICHAEL FRIBLEY
**FAEGRE & BENSON, LLP**
90 SOUTH SEVENTH STREET
SUITE 2200
MINNEAPOLIS, MN 55402-3901

ROBERT B. GERARD
**GERARD & OSUCH, LLP**
2840 SOUTH JONES BOULEVARD
BUILDING D, SUITE 4
LAS VEGAS, NV 89146

PATRICK J. GOSS
**ROSE LAW FIRM**
120 EAST FOURTH STREET
LITTLE ROCK, AR 72201

BRADLEY DAVID HERGOTT
**SCANDAGLIA & RYAN**
55 EAST MONROE STREET
SUITE 3930
CHICAGO, IL 60603

MICK D. HODGES
**HODGES LAW OFFICE P.C.**
163 2ND AVENUE WEST
P.O. BOX 3088
TWIN FALLS, ID 83303-5298

WILLIAM GENE HORTON
**NOLAN, CADDELL & REYNOLDS, P.A.**
122 NORTH 11TH STREET
P.O. BOX 184
FORT SMITH, AR 72902-0184

MICHAEL S. KREIDLER
**STICH, ANGELL, KREIDLER & DODGE, P.A.**
THE CROSSINGS, SUITE 120
250 SECOND AVENUE SOUTH
MINNEAPOLIS, MN 55401

GARY E. MASON
**MASON LAW FIRM, P.C.**
1225 19TH STREET, N.W.
SUITE 500
WASHINGTON, D.C. 20036

EDWARD T. MATTHEWS
**FREDRIKSON & BRYON**
200 SOUTH 6TH STREET
SUITE 4000
MINNEAPOLIS, MN 55402-1425

WILLIAM M. O'MARA
BRIAN O'MARA
**O'MARA LAW FIRM, P.C.**
311 EAST LIBERTY STREET
RENO, NV 89501

BEHRAM V. PAREKH
**KIRTLAND & PACKARD, LLP**
2361 ROSECRANS BLVD.
4TH FLOOR
EL SEGUNDO, CA 90245-4923

TERRY M. POYNTER
**POYNER LAW OFFICES**
P.O. BOX 370
MOUNTAIN HOME, AR 72654-0370

EUGENE R. RICHARD
**WAYNE RICHARD & HURWITZ, LLP**
ONE BOSTON PLACE
SUITE 3620
BOSTON, MA 02108

CHARLES W. SPANN
**PERRY & SPANN**
6130 PLUMAS STREET
RENO, NV 89509

STEPHEN R. THOMAS
**MOFFATT, THOMAS, BARRETT, ROCK & FIELDS, CHTD.**
P.O. BOX 829
BOISE, MD 83701

ADAM T. WASKOWSKI
**LORD, BISSELL & BROOK, LLP**
111 SOUTH WACKER DRIVE
CHICAGO, IL 60606

SCOTT WM. WEINSTEIN
**MORGAN & MORGAN, P.A.**
12800 UNIVERSITY DRIVE
SUITE 600
P.O. BOX 9504
FORT MYERS, FL 33906

NICHOLAS M. WIECZOREK
**MORRIS POLICH & PURDY, LLP**
3980 HOWARD HUGHES PARKWAY
SUITE 400
LAS VEGAS, NV 89109