AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
Attorneys for Plaintiff Bonier

[Additional Counsel on Signature Page]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE PET FOODS PRODUCTS | ) | MDL No. 1850 |
| LIABILITY LITIGATION | ) | Master Docket: 07 CV 2867 (NLH)(AMD) |
| | ) | ALL CASES |
| | ) | |

## NATIONAL PLAINTIFFS' CONSOLIDATED
## REPLY TO THE APPLICATION FOR LEAD COUNSEL
## SUBMITTED BY THE BERGER/WEXLER GROUP

Dockets.Justia.com

# I
# INTRODUCTION

All of the attorneys currently applying for lead counsel in this case have been appointed to leadership positions in the past and have proved themselves capable of serving in lead positions in certain class cases. This is not in dispute. Neither the Consumer Counsel Group nor the Berger/Wexler Group has argued that any of the applicants fail to satisfy the requisites for leadership of Rule 23(g). The question is which attorneys will best serve the plaintiffs in this case, based on past similar experience and real commitment to the case thus far. As previously detailed, the Consumer Counsel Group believes that the three-way proposed structure of Attorneys William M. Audet, Scott A. Kamber, and Jay Edelson should be selected by this Court to lead in this case.

As the case has recently progressed, however, it has also become clear that where these two Groups are equally represented, the class members have already been well served on a host of important issues. In fact, representatives of the two Groups have been working together over the last several months and this cooperation has accelerated since the filing of the initial applications for lead counsel. Specifically, in the last two weeks alone, a host of major issues have been the subject of difficult negotiations between plaintiffs, on the one side, and defendants, on the other side. The combined efforts of the smaller representatives of the two Groups have also brought the case to the eve of mediation. At this time, the only conclusion that can fairly be reached is that, when equally represented, the class has been well-served by the combined expertise that the two Groups have brought to the table.

Accordingly, in the interest of the class and the clients, the Consumer Counsel Group respectfully requests that the Court appoint a four-way leadership structure, with two attorneys from the Berger/Wexler Group and two attorneys from the Consumer Counsel

Group.[1]  While the Consumer Counsel Group remains confident in its abilities (and its chance of being appointed lead), reflection on all that the two Groups have accomplished together, it seems disingenuous to upset the apple cart by totally excluding all representation from the Berger/Wexler Group.  While such perspective does not come easily, it seems that this result is truly in the best interests of the class.

## II
## ARGUMENT

### A.    UNDISPUTED FACTS

The respective submissions of the Berger/Wexler Group and the Consumer Counsel Group establish, *inter alia,* that:

First, the Consumer Counsel Group's proposed lead attorneys have significant and unique experience in both consumer class actions <u>and</u> mass tort litigation.

Second, the Consumer Counsel Group has established that they more than adequately satisfy the applicable criteria under Rule 23(g) and the *Manual for Complex Litigation (4th)*:

- <u>Work on the Case</u> – Here, as noted in the prior submissions, each of the proposed leads have made significant contributions in identifying potential claims against each of the Menu Foods defendants.

- <u>Counsel Experience in Handling Similar Claims</u> – with due respect to the qualifications of the other attorneys, this factor clearly favors the Consumer Counsel Group's proposed lead.  Proposed Lead William M. Audet has had significant experience in other similar MDL cases, such as *Baycol* (PSC), *Bextra* (PSC), and *Guidant* (PSC).  Indeed, Mr. Audet has the somewhat unique distinction of significant prior mass tort / class action experience.  Proposed Lead Scott A. Kamber is uniquely qualified based on his prior significant consumer class action work.  While the Berger/Wexler Group correctly identified instances of Court citations to Mr. Kamber's work in the area of securities litigation, his work in consumer class actions is actually far more extensive.  From his work on the defense-side during the 1990's to his leadership in recent high-profile national consumer class actions

---

[1]  With due respect to the McLaughlin application, their "Hail Mary pass" attempt to seek appointment to the leadership is utterly without support.  With the exception of the McLaughlin application for lead, the McLaughlin attorneys have not been heard from in this case until the deadline for lead application.  They have no significant client base and no support for leadership.  They are not equal in any respect to the other two Groups seeking a leadership position in this case.

such as *In re Sony CD Technologies Litig.*, Mr. Kamber has consistently demonstrated his expertise in the successful and timely resolution of consumer class actions. Finally, Proposed Lead Jay Edelson has not only a significant number of clients and contacts, but has shown his commitment to other consumer class actions in the past. Mr. Edelson has served as lead in numerous state and federal class actions and has demonstrated a particular expertise in the litigation of cases involving statutory damages.

- <u>Resources</u> – Without doubt, the National Plaintiffs' three proposed Co-Lead Counsel have more than adequate resources at their disposal to prosecute this case against the defendants. Moreover, the issue is not just use of existing resources, but efficient management of the case to ensure maximum recovery for the clients and class members. While no one will dispute that several of the firms comprising the Berger/Wexler Group are larger, no one has questioned the ability of any member of the Consumer Counsel Group to bring adequate resources to bear to successfully litigate this action. Since all counsel who have applied for lead satisfy this prong of Rule 23(g), the fact that several firms may be larger is of no relevance.

- <u>Work Cooperatively</u> – Despite the Consumer Counsel Group's disagreement with the "management" style of the Berger/Wexler Group, they also have had no problem working together on a host of early pretrial issues. This temporary working relationship has allowed the case to move forward despite the disagreement over the "lead counsel" issues.

Third, the proposed leads of the Consumer Counsel Group were, at least initially, solely invited to "early discussions" with defense counsel based on their significant individual client base (and past work experiences with certain defense counsel in other cases). The Consumer Counsel Group had no objection to including representation from the Berger/Wexler Group in the later meetings. By so doing, the Consumer Counsel Group again showed its commitment to put leadership posturing aside for the benefit of the class.

Fourth, the proposed three-way lead structure for the Consumer Counsel Group was the result of hard work and dedication to the early phases of this case. In compliance with the *Manual for Complex Litigation* (*4th*), the initial motion for lead counsel was accompanied by declarations stating that, *inter alia*, no promises of work or committee assignments had been offered to any firms in exchange for any support for lead. To date, this has not been done by the Berger/Wexler Group.

Fifth, well before the ill-fated Chicago "Ballroom" meeting, the four proposed firms of the Berger/Wexler group apparently agreed — essentially amongst themselves — to a "four way" structure for lead. The so-called "majority" support was obtained by acting as if this internal agreement was essentially a court-sanctioned leadership structure.

Sixth, not one of the proposed leads in the Berger/Wexler Group has their own significant client base. Instead, it appears that their "significant" numbers of clients have actually been retained by "supporter" firms and they never comprised the "majority" originally claimed.[2]

Seventh, the record (as opposed to self-supporting rhetoric) establishes that the three lead counsel of the Consumer Counsel Group have contributed as much as, if not more than, their counterparts in the Berger/Wexler Group toward the progress of the cases so far. The latter group has felt the need to dramatically overstate its accomplishments to the point that they seek to portray themselves as the "only attorneys" actually working on the case. In fact, the so-called "early discussions" with the defendants, the full damage analysis, and the significant progress of the plaintiffs in the early phases of the investigation of claims in the case resulted from the efforts of the attorneys in the Consumer Counsel Group. Moreover, class members have "voted" with their retainer agreements: The three leads of the Consumer Counsel Group currently represent in excess of two thousand actual clients, more than any other firm or collection of firms.

## B.    COURTS APPOINT ATTORNEYS – *NOT LAW FIRMS* – TO LEADERSHIP POSITIONS IN MDL CASES.

In addition to making a number of inappropriate, false and gratuitous attacks on attorneys Scott Kamber and Jay Edelson, the Berger/Wexler Group asserts that, because its

---

[2] The Berger/Wexler Group is apparently unsure how many clients it really has, although its initial papers affirmatively claimed that they had the "majority" of clients.

member firms are bigger, they are necessarily "better." These attacks and arguments are without merit.

Efforts to discredit Kamber and Edelson's work and previous experiences lack any basis. Mr. Kamber's experience includes work on securities cases, yet the Berger/Wexler Group's papers completely ignore the numerous consumer class actions detailed in both Mr. Kamber's declaration and firm resume. As detailed in Mr. Kamber's declaration in the initial application, his work in the area of consumer class actions dates back to the early 1990's, when he worked at a well known defense firm. Mr. Kamber's work continued on the plaintiffs side, where he served as lead counsel in numerous consumer cases (first at the firm Wechsler Harwood, LLP, and then at Kamber & Associates, LLC, a firm he founded almost three years ago). Indeed, several members of the Berger/Wexler Group have personal knowledge that Mr. Kamber recently served as lead counsel in the *In re Sony CD Technologies Litig.,* a case that was resolved in a manner universally praised and recognized as a major achievement in consumer class actions. Ironically, Mr. Kamber and his firm have been supported as lead counsel in other consumer cases by some of the largest plaintiffs firms in the country. For anyone to suggest that Mr. Kamber is an "unknown" commodity in the area of consumer class actions is disingenuous at best.

Similarly, the Berger/Wexler Group seek to fault Mr. Edelson for being "in the media," as if that were the result of grandstanding rather than appropriate coverage of the current status of the case. Press coverage of developments in which Mr. Edelson played a key role (such as the work on the consent decree issued by this Court or the assertion of significant new legal theories aimed at vitiating the defendants' potential arguments) has helped keep this case and the clients' claims in the spotlight.

The Berger/Wexler Group also uses its "characterizations" of Kamber and Edelson's qualifications as the basis for what they believe is their "trump" argument: the comparative size of its own member firms. The Berger/Wexler Group treats the size of its member law firms as reason alone to be appointed lead counsel. But, as most courts agree, attorneys — not law firms — are appointed to leadership positions in class actions and mass torts.

Nowhere in either Rule 23(g), or the *Manual for Complex Litigation (4th)*, does it state that the attorney must (or even should) work for the "biggest law firm." If this were the case, only the two or three larger firms would be appointed lead in every case. This is not what the Federal Rules intended, nor is it how courts have interpreted them. While the Berger/Wexler Group expends much of its energy emphasizing the purportedly greater size of its law firms, this is not the standard for lead appointment. The proposed lead firms of the Consumer Counsel Group have served as lead in many complex class action litigations in the past, and have the skills and resources to best lead this litigation.

In short, this Court must have faith that the individual attorneys it appoints, rather than the firms the attorneys are currently associated with, are capable and committed to representing the class members. If one takes the Berger/Wexler Group's premise to its logical conclusion, the Court's role in evaluating and appointing lead counsel would be reduced to comparing the net worth and the number of attorneys of the competing firms on the "principle" that bigger is better. Indeed, if this were true, the examination of an attorney's efforts and substantive qualifications would fall by the wayside.[3]

**C.    "DEAL OR NO DEAL"**

Notably absent (again) from the Berger/Wexler Group's opposition papers is any discussion of any deals, promises, or commitments (of, say, committee positions or of

---

[3] Ironically, under such a regime, neither Mr. Wexler's nor Mr. Berman's firm would ever stand a chance if they were in competition with their current ally, the Coughlin firm.

division of work) among the proposed leads themselves or between the leads and any of their

supporting forms. As outlined in the *Manual for Complex Litigation* (4th) (and discussed in

prior submissions), any promises (implicit or explicit) must be disclosed to the Court.

Whether it is a promise to "include" certain attorneys in mediation discussions or

commitments of any nature, the Court should be aware of all commitments as it considers

any group's proposed leadership role.  While the initial declarations of Attorneys Kamber,

Audet and Edelson set forth the fact that the Consumer Counsel Group has made no such

deals, no such declaration has ever been submitted by members of the Berger/Wexler Group.


### III
### CONCLUSION

The Consumer Counsel Group has shown that under applicable criteria they are the

best choice for lead counsel.  At this juncture, however, we respectfully submit that the best

solution is for the Court to appoint two members from each of the two Groups.[4]  In choosing

an equal number of members from both the Consumer Counsel Group and from the

Berger/Wexler Group, the Court will ensure the continuing progress of the litigation.

---

[4] The Consumer Counsel Group is prepared to propose to the Court the two attorneys who
they recommend to serve as co-lead from the Consumer Counsel Group.

Dated: September 19, 2007

By:    S/   William M. Audet
       William M. Audet
**AUDET & PARTNERS, LLP**
221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone: (415) 568-2555
Facsimile: (415) 568-2556
waudet@audetlaw.com

By:    _____
      Scott A. Kamber
**KAMBER & ASSOCIATES, LLC**
11 Broadway, 22d Floor
New York, NY 10004
Telephone: (212) 920-3072
Fax: (212) 202-6364
skamber@kolaw.com

By:    _____
      Jay Edelson
**BLIM & EDELSON, LLC**
53 West Jackson Blvd., Suite 1642
Chicago, IL 60604
Telephone: (312) 913-9400
Facsimile: (312) 913-9401
jay@blimlaw.com

**[Proposed] Lead Counsel**

| | Joined by: |
|---|---|
| Kelly Finestone, C.D. Cal., 07-cv-2338 | Thomas Ferlauto<br>**KING & FERLAUTO, LLP**<br>1880 Century Park East, Suite 820<br>Los Angeles, CA 90067-1627<br>Telephone: (310) 552-3366<br>Facsimile:  (310) 552-3289<br>tmf@kingferlauto.com |
| James Conner, D.N.J., 07-cv-1623 | Jonathan Shub<br>**SEEGER WEISS, LLP**<br>1515 Market Street, Suite 1380<br>Philadelphia, PA 19102<br>Telephone: (215) 564-2300<br>Facsimile: (215) 851-8029<br>jshub@sheller.com |

| | |
|---|---|
| James Conner, D.N.J., 07-cv-1623 | Christopher A. Seeger<br>Scott Alan George<br>**SEEGER WEISS, LLP**<br>550 Broad Street<br>Suite 920<br>Newark, NJ 07102<br>Telephone: (973) 639-9100<br>Facsimile: (973) 639-9393<br>cseeger@seegerweiss.com<br>sgeorge@seegerweiss.com |
| Dawn Howe, C.D. Cal, 07-cv-2060<br>Dennis Lee Townsend and Glenna<br>Townsend, C.D. Cal, 07-cv-0398<br>Mark Golding, D.N.J., 07-cv-1521<br>Alexander Nunez, D.N.J., 07-cv-1490<br>Richard Chamberlain, D.N.J., 07-cv-4064 | Jeff S. Westerman<br>Sabrina S. Kim<br>**MILBERG WEISS & BERSHAD, LLP**<br>One California Plaza<br>300 South Grand Avenue, Suite 3900<br>Los Angeles, CA 90071<br>Telephone: (213) 617-1200<br>Facsimile: (213) 617-1975<br>jwesteman@milbergweiss.com<br>skim@milbergweiss.com |
| Janice Bonier, D.N.J., 07-cv-1477<br>Leslie Berndl, D.N.J., 07-cv-1553 | Michael A. Ferrara, Jr.<br>**THE FERRARA LAW FIRM, LLC**<br>601 Longwood Avenue at State Highway 38<br>Cherry Hill, NJ 08002<br>Telephone: (856) 779-9500<br>Facsimile:  (856) 661-0369<br>mferrara@ferraralawfirm.com |
| Kirby Cooper, W.D. Ark., 07-cv-4036<br>Charles Ray Sims et al., D.N.J., 07-cv-3156<br>Schwinger, D.N.J, 07-cv-3435 | Jason M. Hatfield<br>**LUNDY & DAVIS, LLP**<br>300 N. College Avenue, Suite 309<br>Fayetteville, AR 72701<br>Telephone: (479) 527-3921<br>Facsimile: (479) 587-9196<br>jhatfield@lundydavis.com |
| Johnson, D.N.J., 07-cv-1610, (C.D. Cal. 07-cv-1987) | Michael L. Kelly<br>Behram V. Parekh<br>**KIRTLAND & PACKARD, LLP**<br>2361 Rosecrans Avenue, Fourth Floor<br>El Segundo, CA 90245<br>Telephone: 310-536-100<br>Facsimile: 310-536-1001<br>mlk@kirtlandpackard.com<br>bvp@kirtlandpackard.com |

| | |
|---|---|
| Lois Grady, Kaye Steinsapir, Barbara Gonzales, Frank Bodeman, and Craig Anderson, Individually and on Behalf of All Others Similarly Situated, D.N.J., 07-cv-4137 (C.D. Cal., 07-cv-2253) | Gregory D. Helmer<br>Andrew H. Friedman<br>**HELMER FRIEDMAN, LLP**<br>723 Ocean Front Walk<br>Venice, California 90291<br>Tel. 310-396-7714<br>Fax 310-396-9215<br>afriedman@helmerfriedman.com<br>ghelmer@helmerfriedman.com |
| Lois Grady, Kaye Steinsapir, Barbara Gonzales, Frank Bodeman, and Craig Anderson, Individually and on Behalf of All Others Similarly Situated, D.N.J., 07-cv-4137 (C.D. Cal., 07-cv-2253) | Paul L. Hoffman, SBN 071244<br>Michael D. Seplow, SBN 150183<br>Michael S. Morrison, SBN 205320<br>**SCHONBRUN DE SIMONE SEPLOW HARRIS & HOFFMAN, LLP**<br>723 Ocean Front Walk<br>Venice, CA 90291<br>Telephone: (310) 396-0731<br>Facsimile: (310) 399-7040<br>hoffpaul@aol.com<br>mseplow@aol.com<br>lenbruce@yahoo.com |
| Mary DiCaprio, W.D. P.A., 07-cv-0734 | Robert N. Peirce III<br>D. Aaron Rihn<br>**ROBERT PEIRCE & ASSOCIATES, P.C.**<br>2500 Gulf Tower 707 Grant Street Pittsburgh, PA 15219<br>Telephone: 1-800-543-9859<br>Facsimile: (412) 281-4229<br>rpeircejr@peircelaw.com<br>arihn@peircelaw.com |
| Carol Brown D.N.J., 07-cv-3423 | Peter N. Wasylyk<br>**LAW OFFICES OF PETER N. WASYLYK**<br>1307 Chalkstone Ave.<br>Providence, RI 02908<br>Telephone: (410) 831-7730<br>Facsimile: (401) 861-6064 |
| Carol Brown D.N.J., 07-cv-3423 | Andrew S. Kierstead<br>**LAW OFFICE OF ANDREW S. KIERSTEAD**<br>1001 SW Fifth Ave. Suite 1100<br>Portland, OR 97204<br>Telephone: (508) 224-6246<br>Facsimile: (508) 224-4356<br>ajkier@aol.com |

| Carol Brown D.N.J., 07-cv-3423 | Marc Stanley<br>**STANLEY, MANDEL & IOLA, LLP**<br>3100 Monticello Avenue, Suite 750<br>Telephone: (214) 443-4300<br>Facsimile: (214) 443-0358<br>mstanley@smi-law.com |
| --- | --- |
| Jayne Englander D.N.J., 07-cv-4062 | David C. Parisi<br>**PARISI & HAVENS, LLP**<br>15233 Valleyheart Drive<br>Sherman Oaks, CA 91403<br>Telephone: (818) 990-1299<br>Facsimile: (818) 501-7852<br>dparisi@parisihavens.com |

1

**PROOF OF SERVICE**

2

**MDL 1850**

3

**IN THE UNITED STATES DISTRICT COURT**

4

**FOR THE DISTRICT OF NEW JERSEY**

5   I am employed in the County of San Francisco, State of California; my business address is 221
Main Street, Suite 1460, San Francisco, California 94105. I am over the age of 18 and not a party
6   to the within action. On this date I served the following documents:

7       **NATIONAL PLAINTIFFS' CONSOLIDATED**
**REPLY TO THE APPLICATION FOR LEAD COUNSEL**
8       **SUBMITTED BY THE BERGER/WEXLER GROUP; and**

9       **PROOF OF SERVICE**

10  on the parties shown below:

11

**See Attached**

12

13

14  [X]    (BY ELECTRONIC FILING) On this date I provided the documents(s) listed above
electronically through the Court's electronic filing service provider pursuant to the
instructions on that website.

15      I declare under penalty of perjury under the laws of the State of California that the above is
16  true and correct.

17      Executed on this 19th day of September, 2007 at San Francisco, California.

18

19

20

21

22

23

24

25

26

27

28

## MENU FOODS DISTRIBUTION LIST

| | |
|---|---|
| MICHAEL DONOVAN<br>**DONOVAN SEARLES, LLC**<br>1845 WALNUT STREET<br>SUITE 1100<br>PHILADELPHIA, PA 19103 | SHERRIE R. SAVETT<br>**BERGER & MONTAGUE, PC**<br>1622 LOCUST STREET<br>PHILADELPHIA, PA 19103 |
| A. JAMES ANDREWS<br>NICOLE BASS<br>905 LOCUST STREET<br>KNOXVILLE, TN 37902 | PERRY A. CRAFT<br>**CRAFT & SHEPPARD, PLC**<br>THE SHILOH BUILDING<br>214 CENTER VIEW DRIVE<br>SUITE 223<br>BRENTWOOD, TN 37027 |
| STEVE W. BERMAN<br>**HAGENS BERMAN SOBOL SHAPIRO, LLP**<br>1301 FIFTH AVENUE<br>SUITE 2900<br>SEATTLE, WA 98101 | JENIPHR A.E. BRECKENRIDGE<br>13015TH AVENUE<br>SUITE 2900<br>SEATTLE, WA 98101 |
| JOHN BLIM<br>**BLIM & EDELSON, LLC**<br>53 WEST JACKSON BLVD., SUITE 1642<br>CHICAGO, IL 60604 | GINO L. DIVITO<br>209 SOUTH LASALLE STREET<br>7TH FLOOR<br>CHICAGO, IL 60604 |
| JAY EDELSON<br>53 WEST JACKSON BOULEVARD<br>SUITE 1642<br>CHICAGO, IL 60604 | PERRY A. CRAFT<br>**CRAFT & SHEPPARD, PLC**<br>THE SHILOH BUILDING<br>214 CENTER VIEW DRIVE<br>SUITE 223<br>BRENTWOOD, TN 37027 |
| STUART A. DAVIDSON<br>**COUGHLIN STOIA GELLER RUDMAN &<br>ROBBINS LLP**<br>120 EAST PALMETTO PARK ROAD<br>SUITE 500<br>BOCA RATON, FL 33432-4809 | LAWRENCE M. KOPELMAN<br>350 E LAS OLAS BOULEVARD<br>SUITE 980<br>FORT LAUDERDALE, FL 33301 |
| JOSEPH J. DEPALMA<br>**LITE, DEPALMA, GREENBERG & RIVAS,<br>LLC**<br>TWO GATEWAY CENTER<br>12TH FLOOR<br>NEWARK, NJ 07102-5003 | ROBERT R. KURTZ<br>DAN C. STANLEY<br>**STANLEY & KURTZ, PLLC**<br>422 GAY STREET, 3RD STREET<br>KNOXVILLE, TN 37902 |
| KIMBERLY M. DONALDSON<br>BENJAMIN F. JOHNS<br>**CHIMICLES & TIKELLIS**<br>361 WEST LANCASTER AVENUE<br>HAVERFORD, PA 19041 | MICHAEL A. FERRARA, JR.<br>**THE FERRARA LAW FIRM**<br>601 LONGWOOD AVENUE<br>CHERRY HILL, NJ 08002 |

| | |
|---|---|
| ANDREW H. FRIEDMAN<br>PAUL L. HOFFMAN<br>GREGORY D. HELMER<br>MICHAEL S. MORRISON<br>MICHAEL D. SEPLOW<br>**SCHONBRUN DESIMONE SEPLOW HARRIS & HOFFMAN**<br>723 OCEAN FRONT WALK<br>VENICE, CA 90291 | HAROLD M. HEWELL<br>402 WEST BROADWAY<br>FOUTH FLOOR<br>SAN DIEGO, CA 92101 |
| SCOTT A. GEORGE<br>**SEEGER WEISS, LLP**<br>550 BROAD STREET<br>SUITE 920<br>NEWARK, NJ 07102 | GARY S. GRALFMAN<br>**KANTROWITZ, GOLDHAMER & GRAIFMAN, ESQS.**<br>210 SUMMIT AVENUE<br>MONTVALE, NJ 07645 |
| BRUCE DANIEL GREENBERG<br>**LITE, DEPALMA, GREENBERG & RIVAS, LLC**<br>TWO GATEWAY CENTER<br>12TH FLOOR<br>NEWARK, NJ 07102 | JASON MATTHEW HATFIELD<br>300 NORTH COLLEGE AVENUE<br>SUITE 309<br>FAYETTEVILLE, AR 72701 |
| BRADLEY T. HAYES<br>804 STATE STREET<br>NATCHEZ, MS 39120 | SUZANNE HAVENS BECKMAN<br>DAVID C. PARISI<br>**PARISI AND HAVENS**<br>15233 VALLEYHEART DRIVE<br>SHERMAN OAKS, CA 91403 |
| DAVID A. PAYNE<br>607 MAIN STREET<br>CASSVILLE, MO 65625 | JEREMY Y. HUTCHINSON<br>JACK T. PATTERSON, II<br>**PATTON, ROBERTS, MCWILLIAMS & CAPSHAW, LLP**<br>STEPHENS BUILDING<br>111 CENTER STREET, SUITE 1315<br>LITTLE ROCK, AR 72201 |
| TIMOTHY CHAD HUTCHINSON<br>**WILLIAMS & HUTCIDNSON LLP**<br>5417 PINNACLE POINT DRIVE<br>SUITE 500<br>ROGERS, AR 72758 | LEISA B. PEARLMAN<br>RICHARD A. ADAMS<br>SEAN F. ROMMEL<br>JAMES C. WYLY<br>**PATTON, ROBERTS, MCWILLIAMS & CAPSHAW, LLP**<br>2900 ST. MICHAEL DRIVE, SUITE 400<br>P.O. BOX 6128<br>TEXARKANA, TX 75505-6128 |
| BENJAMIN F. JOHNS<br>**CHIMICLES & TLKELLIS, LLP**<br>ONE HAVERFORD CENTRE<br>361 WEST LANCASTER AVENUE<br>HAVERFORD, PA 19041 | ADAM P .KARP<br>**ANIMAL LAW OFFICES**<br>114 WEST MAGNOLIA STREET<br>SUITE 425<br>BELLINGHAM, WA 98225 |

| | |
|---|---|
| SETH R. LESSER<br>**LAW OFFICES OF GENE LOCKS, PLLC**<br>457 HADDONFIELD ROAD<br>SUITE 500<br>CHERRY HILL, NJ 08002 | ALLYN ZISSEL LITE<br>**LITE, DEPALMA, GREENBERG & RIVAS,**<br>**LCC**<br>TWO GATEWAY CENTER<br>12TH FLOOR<br>NEWARK, NJ 07102-5003 |
| ALAN C. MILSTEIN<br>**SHERMAN, SILVERSTEIN, KOHL, ROSE &**<br>**PODOLSKY, PC**<br>FAIRWAY CORPORATE CENTER<br>4300 HADDONFIELD ROAD<br>SUITE 311<br>PENNSAUKEN, NJ08109 | MICHAEL DAVID MYERS<br>**MYERS & CO., P.L.L.C.**<br>1809 SEVENTH AVENUE<br>SUITE 700<br>SEATTLE, WA 98101 |
| BRUCE E. NEWMAN<br>99 NORTH ST., RTE 6<br>P.O. BOX 575<br>BRISTOL, CT 66011-0575 | KEVIN EDWARD CREED<br>PO BOX 575<br>BRISTOL, CT 06011-0575 |
| WILLIAM J. PINILIS<br>**KAPLAN FOX & KILSHEIMER LLP**<br>237 SOUTH STREET<br>MORRISTOWN, NJ 07962 | DANIEL L. ROTTINGHAUS<br>**BERNING & WELL**<br>3240 STONE VALLEY ROAD WEST<br>ALAMO, CA 94507 |
| FFIFFREY B. CEREGHINO<br>3240 STONE VALLEY ROAD WEST<br>ALAMO, CA 94507 | NICOLE DORSKY<br>FFIREMY GILMAN<br>200 PUBLIC SQUARE #2300<br>CLEVELAND, OH 44114-2378 |
| ALAN E. SASH<br>**MCLAUGHLIN & STERN, LLP.**<br>260 MADISON AVENUE<br>NEW YORK, NY 10016 | JOSEPH G. SAUDER<br>**CHIMICLES & TIKELLIS, LLP**<br>ONE HAVERFORD CENTRE<br>361 WEST LANCASTER AVENUE<br>HAVERFORD, PA 19041 |
| JAMES C. SHAH<br>**SHEPHERD, FINKELMAN, MILLER &**<br>**SHAH, LLC**<br>475 WHITE HORSE PIKE<br>COLLINGSWOOD, NJ 08107-1909 | SCOTT RHEAD SHEPHERD<br>**GREENFIELD & RIFKIN, ESQS.**<br>SOLS. BISCAYNE BOULEVARD<br>SUITE 301<br>WEST PALM BEACH, FL 33401 |
| KEITH T. SMITH<br>RIDGEWOOD PLAZA<br>2327 NEW ROAD<br>SUITE 202<br>NORTHFIELD, NJ 08234 | GREGG D. TRAUTMANN<br>**TRAUTMANN & ASSOCIATES, LLC**<br>262 EAST MAIN STREET<br>ROCKAWAY, NJ 07866 |
| KENNETH A. WEXLER<br>**WEXLER TORISEVA WALLACE**<br>ONE N. LASALLE STREET<br>SUITE 2000<br>CHICAGO, IL 60602 | JENNIFER REBA THOMAIDIS<br>1866 VINE STREET<br>DENVER, CO 80206 |

| | |
|---|---|
| RENE LYNN BARGE<br>11111 SANTA MONICA BOULEVARD<br>LOS ANGELES, CA 90025 | KATHERINE J. ODENBREIT<br>13123 GARDEN LAND ROAD<br>LOS ANGELES, CA 90049 |
| ERIC BENINK<br>625 BROADWAY<br>SUITE 635<br>SAN DIEGO, CA 92101 | MICHAEL R. BOSSE<br>LEONARD M. GULINO<br>DANIEL J. MITCHELL<br>THEODORE A. SMALL<br>**BERNSTEIN SHUR**<br>100 MIDDLE STREET<br>P.O. BOX 9729<br>PORTLAND, ME 04104-5029 |
| J. CHAD MOORE<br>270 MARKET STREET<br>MILLERSBURG, PA 17061 | ILAN J. CHOROWSKY<br>1130 NORTYH DEARBORN STREET<br>SUITE 3110<br>CHICAGO, IL 60610 |
| LARRY D. DRURY<br>TWO NORTH LASALLE STREET<br>SUITE 700<br>CHICAGO, IL 60602 | FRANK JABLONSKI<br>**PROGRESSIVE LAW GROUP, LLC**<br>354 WEST MAIN STREET<br>MADISON, WI 53703 |
| JAMES LEE DAVIDSON<br>**LERACH COUGHLIN**<br>120 EAST PALMETTO PARK ROAD<br>SUITE 500<br>BOCA RATON, FL 33432 | PAUL J. GELLER<br>**COUGHLIN STOIA GELLERRUDMAN &<br>ROBBINS**<br>197 S FEDERAL HIGHWAY<br>SUITE 200<br>BOCA RATON, FL 33432 |
| JOHN G. EMERSON<br>SCOTT E. POYNTER<br>CHRISTOPHER D. JENNINGS<br>500 PRESIDENT CLINTON AVENUE<br>SUITE 305<br>LITTLE ROCK, AR 72207 | ROBERT A. JIGARJIAN<br>**JIGARJIAN LAW OFFICE**<br>128 TUNSTEAD AVENUE<br>SAN ANSELMO, CA 94960 |
| SHAWN A. WILLIAMS<br>100 PINE STREET<br>SUITE 2600<br>SAN FRANCISCO, CA 94111 | PAUL GORDON<br>650 SOUTH CHERRY STREET<br>SUITE 835<br>DENVER, CO 80246 |
| DANIEL E. GUSTAFSON<br>650 NORTHSTAR EAST<br>608 SECOND AVENUE SOUTH<br>MINNEAPOLIS, MN 55402 | MICHAEL L. STOKER<br>205 FIFTH AVENUE SOUTH<br>SUITE 600<br>P.O. BOX 1626<br>LA CROSSE, WI 54602-1626 |

| | |
|---|---|
| STUART C. TALLEY<br>**KERSHAW CUTTER & RATINOFF LLP**<br>980 9TH STREET<br>19TH FLOOR<br>SACRAMENTO, CA 95814 | DENNIS E. MURRAY, SR.<br>JOHN T. MURRAY<br>LESLIE O. MURRAY<br>**MURRAY & MURRAY**<br>111 EAST SHORELINE DRIVE<br>PO BOX 19<br>SANDUSKY, OH 44871-0019 |
| GREGORY M. NESPOLE<br>MARTIN E. RESTITUYO<br>**WOLF, HALDENSTEIN, ADLER, FREEMAN & HERZ, LLP**<br>270 MADISON AVENUE<br>NEW YORK, NY 10016 | STEVEN E. SCHWARZ<br>2461 W. FOSTER AVE, #1 W<br>CHICAGO, IL 60625 |
| PETER N. WASYLYK<br>1307 CHALKSTONE AVENUE<br>PROVIDENCE, RI 02908 | JEFF S. WESTERMAN<br>CHERYL A. WILLIAMS<br>SABRINA S. KIM<br>**MILBERG WEISS LLP**<br>ONE CALIFORNIA PLAZA<br>300 SOUTH GRAND AVENUE<br>SUITE 3900<br>LOS ANGELES, CA 90071 |
| STEVEN F. GOOBY<br>**DLA PIPER US LLP**<br>379 THORNALL STREET<br>8TH FLOOR<br>PO BOX 2940<br>EDISON, NJ 08837-2226 | CARLOS F. ORTIZ<br>**DLA, PIPER, RUDNICK, GRAY & CARY, LLP**<br>1251 AVENUE OF THE AMERLCAS<br>NEW YORK, NY 10020-1104 |
| SUSAN MORLARTY HACK<br>401 WEST A STREET<br>SUITE 2600<br>SAN DIEGO, CA 92101 | ROBERTD. MCINTOSH<br>**ADORNO & YOSS, PA**<br>888 SE 3RD AVENUE<br>SUITE 500<br>FORT LAUDERDALE, FL 33335 |
| JEFFREY T. KESTLE<br>GARY A. TRABOLSI<br>2200 6TH AVENUE<br>STE600<br>SEATTLE, WA 98121 | GERARD H. HANSON<br>**HILL WALLACK**<br>202 CARNEGIE CENTER<br>PRINCETON, NJ 08543-5226 |
| MATTHEW J. DUCHEMIN<br>P.O. BOX 2113<br>33 EAST MAIN STREET<br>SUITE 900<br>MADISON, WI 53701-2113 | RACHEL LAINE CARNAGGIO<br>**GODFREY & LAPUYADE**<br>9557 S. KINGSTON COURT<br>ENGLEWOOD, CO 80112 |

| | |
|---|---|
| PAUL C. CATSOS<br>**THOMPSON & BOWIE**<br>3 CANAL PLAZA<br>P.O. BOX 4630<br>PORTLAND, ME 04112 | THOMAS J. CABRAL<br>JENNIFER L. MCKEEGAN<br>7TH FLOOR BULKLEY BUILDING<br>1501 EUCLID AVENUE<br>CLEVELAND, OH 44115 |
| MORDECAI D. BOONE<br>CARRIE ANN LUBINSKI<br>275 BATTERY STREET<br>20TH FLOOR<br>SAN FRANCISCO, CA 94111 | THOMAS ANGELONE<br>ONE TURKS HEAD PLACE<br>SUITE 1050<br>PROVIDENCE, RI 02903 |
| D. JEFFREY IRELAND<br>BRIAN D. WRIGHT<br>**FARUKI, IRELAND & COX, P.L.L.**<br>500 COURTHOUSE PLAZA, S.W.<br>10 NORTH LUDLOW STREET<br>DAYTON, OH 45402 | STEVEN J. MERKER<br>370 17TH STREET<br>REPUBLIC PLAZA BUILDING<br>#4700<br>DENVER, CO 80202-5647 |
| JAMES E. HOWARD<br>EVAN L. SCHWAB<br>1420 5TH AVE<br>STE 3400<br>SEATTLE, WA 98101 | JEFFREY M. WHITE<br>**PIERCE, ATWOOD LLP**<br>ONE MONUMENT SQUARE<br>PORTLAND, ME 04101-1110 |
| PAULF.LINN<br>**MICHAEL BEST & FRIEDRICH, LLP**<br>100 EAST WISCONSIN AVENUE, #3300<br>MILWAUKEE, WI 53202 | ALLISON BETH NEIDOFF<br>ONE PENNSYLVANIA PLAZA<br>37TH FLOOR<br>NEW YORK, NY 212-649-4753 |
| KIM M. CATULLO<br>**GIBBONS, DEL DEO, DOLAN, GRIFFINGER<br>& VECCHIONE, PC**<br>ONE RIVERFRONT PLAZA<br>NEWARK, NJ 07102-5496 | DON HOWARTH<br>SUZELLE M. SMITH<br>523 WEST SIXTH STREET<br>SUITE 728<br>LOS ANGELES, CA 90014 |
| FRANCIS M. HADDEN<br>**GIBBONS, PC**<br>1700 TWO LOGAN SQUARE<br>18th & ARCH STREETS<br>PHILADELPHIA, PA 19103 | PRIYA K. JESANI<br>MICHAEL P. TURIELLO<br>**PRETZEL & STOUFFER, CHARTERED**<br>ONE SOUTH WACKER DRIVE<br>SUITE 2500<br>CHICAGO, IL 60606 |
| JEFFREY R THOMPSON<br>**ONEILL, PARKER & WILLIAMSON, ESQS**<br>PO BOX217<br>KNOXVILLE, TN 37901-0217 | MATTHEW G. CONWAY<br>JENNIFER KATZ<br>818 FARMINGTON AVE<br>WEST HARTFORD, CT 06119 |

| | |
|---|---|
| CHRISTOPHER E. MARTIN<br>**MORRISON MAHONEY LLP**<br>WATER VIEW PLAZA<br>2001 U.S. HIGHWAY 46 EAST, SUITE 200<br>PARSIPPANY, NJ 07054 | ANTHONY BRAZIL<br>DAVID J. VENDLER<br>MEGAN S. WYNNE<br>1055 WEST 17TH STREET<br>24th FLOOR<br>LOS ANGELES, CA 90017-2503 |
| BRIAN PRESTON HEERMANCE<br>17 STATE STREET<br>SUITE 110<br>NEW YORK, NY 10004 | WENDI JANE FRISCH<br>1055 WEST SEVENTH STREET<br>24th FLOOR<br>LOS ANGELES, CA 90017 |
| EDWARD B. RUFF, III<br>**PRETZEL & STOUFFER, CRTD.**<br>ONE SOUTH WICKER DRIVE,<br>SUITE 2500<br>CHICAGO, IL 60606-4673 | CHRISTY COMSTOCK<br>21 WEST MOUNTAIN STREET<br>SUITE 300<br>FAYETTEVILLE, AR 72701 |
| ETHAN A. MILLER<br>**SQUIRE, SANDERS & DEMPSEY L.L.P.**<br>ONE MARITIME PLAZA,<br>SUITE 300<br>SAN FRANCISCO, CA 94111-3492 | NICHOLAS M. WIECZOREK<br>**MORRIS POLICH & PURDY, LLP**<br>3980 HOWARD HUGHES PARKWAY<br>SUITE 400<br>LAS VEGAS, NV 89109 |
| RICHARD MARK SEGAL<br>BARBARA L. CROUTCH<br>**PILLSBURY, WINTHROP, SHAW &**<br>**PITTMAN, ESQS.**<br>101 WEST BROADWAY<br>SUITE 1800<br>SAN DIEGO, CA 92101-8219 | AMY L. BROWN<br>**SQUIRE, SANDERS & DEMPSEY L.L.P.**<br>1201 PENNSYLVANIA AVENUE, N.W.,<br>P.O. BOX 407<br>WASHINGTON, D.C. 20044-0407 |
| JOHN B.T. MURRAY, JR.<br>**SQUIRE, SANDERS & DEMPSEY L.L.P.**<br>1900 PHILLIPS POINT WEST, 777 SOUTH<br>FLAGLER DRIVE<br>WEST PALM BEACH, FL 33401-6198 | JOSEPH C. WEINSTEIN<br>**SQUIRE, SANDERS & DEMPSEY L.L.P.**<br>4900 KEY TOWER, 127 PUBLIC SQUARE<br>CLEVELAND, OHIO 44114-1304 |
| MARSHALL S. NEY<br>**MITCHELL, WILLIAMS, SELIG, GATES &**<br>**WOODYARD, PLLC**<br>5414 PINNACLE POINT DRIVE<br>SUITE 500<br>ROGERS, AR 72758 | MARK C. GOODMAN<br>**SQUIRE, SANDERS & DEMPSEY L.L.P.**<br>ONE MARITIME PLAZA,<br>SUITE 300<br>SAN FRANCISCO, CA 94111-3492 |

| | |
|---|---|
| SCOTT WM. WEINSTEIN<br>**MORGAN & MORGAN, P.A.**<br>12800 UNIVERSITY DRIVE<br>SUITE 600<br>P.O. BOX 9504<br>FORT MYERS, FL 33906 | ROBIN LEA HANGER<br>**SQUIRE, SANDERS & DEMPSEY L.L.P.**<br>200 SOUTH BISCAYNE BOULEVARD,<br>SUITE 400<br>MIAMI, FL 33131-2398 |
| ANNE C. GOODWIN<br>**SQUIRE, SANDERS & DEMPSEY L.L.P.**<br>555 SOUTH FLOWER STREET, 31st FLOOR<br>LOS ANGELES, CA 90071-2300 | LIZA M. WALSH<br>TRICIA B. O'RELLLY<br>**CONNELL FOLEY LLP**<br>85 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 |
| CHARLES H. ABBOTT<br>GARY L. JUSTICE<br>WILLIAM E. WEGNER<br>333 S GRAND AVE, 45th FLOOR<br>LOS ANGELES, CA 90071-3197 | BRIAN S. INAMINE<br>888 S FIGUEROA ST<br>SUITE 1800<br>LOS ANGELES, CA 90017 |
| CHARLES H. HORN<br>**WRIGHT, ROBINSON, OSTHIMER &**<br>**TATUM**<br>44 MONTGOMERY ST<br>18th FLOOR<br>SAN FRANCISCO, CA 94104-4705 | RICHARD FAMA<br>JOHN JOSEPH MCDONOUGH<br>45 BROADWAY ATRIUM<br>16th FLOOR<br>NEW YORK, NY 10006 |
| JOHN F. MULLEN<br>**COZEN O'CONNOR**<br>1900 MARKET STREET<br>PHILADELPHIA, PA 19103 | JOHN J. MCDONOUGH<br>**COZEN O'CONNOR, LLP**<br>45 BROADWAY ATRIUM<br>SUITE 1600<br>NEW YORK, NY 10006 |
| STEVEN L. RODRIGUEZ<br>425 CALIFORNIA STREET<br>SUITE 2400<br>SAN FRANCISCO, CA 94104 | JEAN M. LAWLER<br>GINAE.OCH<br>CHASE PLAZA<br>801 S. GRAND AVE., 9th FL<br>LOS ANGELES, CA 90017-4624 |
| JOHN H. ALEXANDER<br>**JOHN H. ALEXANDER & ASSOCIATES**<br>100 WEST MONROE STREET<br>SUITE 2100<br>CHICAGO, IL 60603 | BRIAN R. CUNHA<br>**BRIAN CUNHA & ASSOCIATES**<br>311 PINE STREET<br>FALL RIVER, MA 02720 |

| | |
|---|---|
| THOMAS M. FERLAUTO<br>**KING & FERLAUTO**<br>1880 CENTURY PARK EAST<br>SUITE 820<br>LOS ANGELES, CA 90067-1627 | LUIS GUILLERMO FIGUEROA<br>**ATTORNEYS TRIAL GROUP**<br>540 NORTH SEMORAN BLVD.<br>ORLANDO, FL 32807 |
| JACK MICHAEL FRIBLEY<br>**FAEGRE & BENSON, LLP**<br>90 SOUTH SEVENTH STREET<br>SUITE 2200<br>MINNEAPOLIS, MN 55402-3901 | ROBERT B. GERARD<br>**GERARD & OSUCH, LLP**<br>2840 SOUTH JONES BOULEVARD<br>BUILDING D, SUITE 4<br>LAS VEGAS, NV 89146 |
| PATRICK J. GOSS<br>**ROSE LAW FIRM**<br>120 EAST FOURTH STREET<br>LITTLE ROCK, AR 72201 | BRADLEY DAVID HERGOTT<br>**SCANDAGLJA & RYAN**<br>55 EAST MONROE STREET<br>SUITE 3930<br>CHICAGO, IL 60603 |
| MICK D. HODGES<br>**HODGES LAW OFFICE P.C.**<br>163 2nd AVENUE WEST<br>P.O. BOX 3088<br>TWIN FALLS, ID 83303-5298 | WILLIAM GENE HORTON<br>**NOLAN, CADDELL & REYNOLDS, P.A.**<br>122 NORTH 11th STREET<br>P.O. BOX 184<br>FORT SMITH, AR 72902-0184 |
| MICHAEL S. KREIDLER<br>**STICH, ANGELL, KREIDLER & DODGE, P.A.**<br>THE CROSSINGS, SUITE 120<br>250 SECOND AVENUE SOUTH<br>MINNEAPOLIS, MN 55401 | GARY E. MASON<br>**MASON LAW FIRM, P.C.**<br>1225 19th STREET, N.W.<br>SUITE 500<br>WASHINGTON, D.C. 20036 |
| EDWARD T. MATTHEWS<br>**FREDRIKSON & BRYON**<br>200 SOUTH 6th STREET<br>SUITE 4000<br>MINNEAPOLIS, MN 55402-1425 | WILLIAM M. O'MARA<br>BRIAN O'MARA<br>**O'MARA LAW FIRM, P.C.**<br>311 EAST LIBERTY STREET<br>RENO, NV 89501 |
| BEHRAM V. PAREKH<br>**KIRTLAND & PACKARD, LLP**<br>2361 ROSECRANS BLVD.<br>4th FLOOR<br>EL SEGUNDO, CA 90245-4923 | TERRY M. POYNTER<br>**POYNER LAW OFFICES**<br>P.O. BOX 370<br>MOUNTAIN HOME, AR 72654-0370 |
| EUGENE R. RICHARD<br>**WAYNE RICHARD & HURWITZ, LLP**<br>ONE BOSTON PLACE<br>SUITE 3620<br>BOSTON, MA 02108 | CHARLES W. SPANN<br>**PERRY & SPANN**<br>6130 PLUMAS STREET<br>RENO, NV 89509 |

| STEPHEN R. THOMAS<br>**MOFFATT, THOMAS, BARRETT, ROCK &**<br>**FIELDS, CHTD.**<br>P.O. BOX 829<br>BOISE, MD 83701 | ADAM T. WASKOWSKI<br>**LORD, BISSELL & BROOK, LLP**<br>111 SOUTH WACKER DRIVE<br>CHICAGO, IL 60606 |
| --- | --- |
| | |