UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>PET FOOD PRODUCTS<br>LIABILITY LITIGATION | MDL Docket No. 1850<br>Civil Action No. 07-2867 (NLH)<br>Civil Action No. 07-4063 (NLH)<br>Civil Action No. 07-3296 (NLH)<br>Civil Action No. 07-3669 (NLH)<br>Civil Action No. 07-3699 (NLH)<br>Civil Action No. 07-4064 (NLH)<br>Civil Action No. 07-4329 (NLH) |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Craig A. Hoover, Robert C. Troyer, and Miranda L. Berge of Hogan & Hartson LLP and Warren W. Faulk of Brown & Connery, LLP hereby enter an appearance on behalf of Defendant Nestlé Purina PetCare Company and request that copies of all papers in these actions be served upon the undersigned.

Dated: September 21, 2007

By: /s/ Craig A. Hoover, Esq.
Craig A. Hoover
Miranda L. Berge
HOGAN & HARTSON LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
cahoover@hhlaw.com
mlberge@hhlaw.com

Robert C. Troyer
HOGAN & HARTSON LLP
One Tabor Center, Suite 1500
1200 Seventeenth Street
Denver, CO 80202
(303) 899-7300
rctroyer@hhlaw.com
*Counsel for Defendant Nestlé Purina PetCare Company*

By:/s/ Warren W. Faulk, Esq. (WF0305)
Warren W. Faulk
**BROWN & CONNERY, LLP**
360 Haddon Avenue
P.O. Box 539
Westmont, NJ  08108
 (856) 854-8900
wfaulk@brownconnery.com
*Counsel for Defendant Nestlé Purina PetCare Company*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| In re: | MDL Docket No. 1850 |
|---|---|
| | Civil Action No. 07-2867 (NLH) |
| PET FOOD PRODUCTS | Civil Action No. 07-4063 (NLH) |
| LIABILITY LITIGATION | Civil Action No. 07-3296 (NLH) |
| | Civil Action No. 07-3669 (NLH) |
| | Civil Action No. 07-3699 (NLH) |
| | Civil Action No. 07-4064 (NLH) |
| | Civil Action No. 07-4329 (NLH) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 21st day of September 2007 a true and correct copy of the foregoing Notice of Appearance was served on all attorneys listed on the Panel Attorney Service List via transmission of Notices of Electronic Filing generated by CM-ECF or via U.S. Mail for those attorneys not authorized to receive service electronically.

                                    /s/ Miranda L. Berge
                                    Miranda L. Berge