## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: PET FOOD PRODUCTS LIABILITY LITIGATION | Hon. Noel L. Hillman<br><br>**Civil No. 07-2867 (NLH/AMD)**<br><br>MDL Docket No. 1850<br><br><u>ALL CASES</u> |

### NOTICE OF JOINT MOTION FOR STAY OF
### MDL PROCEEDINGS TO ALLOW FOR MEDIATION

PLEASE TAKE NOTICE that on September 26, 2007, or on such other date and time as the Court shall designate, the undersigned attorneys for the parties shall jointly apply to the United States District Court for the District of New Jersey, at the Mitchell H. Cohen U.S. Courthouse, Camden, New Jersey, for an Order staying proceedings (other than those related to defendants' application regarding preservation of samples of recalled product, the appointment of lead and liaison counsel and the filing of an amended consolidated complaint) in MDL-1850 and all cases designated as member cases of MDL-1850 for ninety (90) days to allow the parties to engage in voluntary non-binding mediation to attempt to reach a global resolution of the entire case.

| | |
|---|---|
| By: /s authorized for ECF filing<br>Lisa J. Rodriguez<br>TRUJILLO RODRIGUEZ & RICHARDS LLC<br>8 Kings Highway West Palm Beach<br>Haddonfield, NJ 08033<br>Telephone: (856) 795-9002<br>Facsimile: (856) 795-9877<br>lisa@trrlaw.com<br><br>*Proposed Liaison for Plaintiffs* | By: /s authorized for ECF filing<br>Warren W. Faulk, Esq.<br>BROWN & CONNERY, LLP<br>360 Haddon Avenue<br>P.O. Box 539<br>Estmont, NJ 08108<br>Telephone: (856) 854-8900<br>Facsimile: (856) 858-4967<br>wfaulk@brownconnery.com |

| | |
|---|---|
| By: /s authorized for ECF filing<br>Mark C. Goodman, Esq.<br>SQUIRE, SANDERS & DEMPSEY L.L.P.<br>One Maritime Plaza, Suite 300<br>San Francisco, CA  94111-3492<br>Telephone: (415) 954-0289<br>Facsimile:  (415) 393-9887<br>mgoodman@ssd.com | By: /s authorized for ECF filing<br>Amy W. Schulman, Esq.<br>Mary E. Gately, Esq.<br>Matthew Lepore, Esq.<br>DLA PIPER US LLP<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 335-4500<br>Facsimile:  (212) 335-4501<br>Amy.schulman@dlapiper.com |
| By: /s authorized for ECF filing<br>D. Jeffrey Ireland, Esq.<br>FARUKI, IRELAND & COX, P.L.L.<br>500 Courthouse Plaza, S.W.<br>10 North Ludlow Street<br>Dayton, OH  45402<br>Telephone: (937) 227-3710<br>Facsimile:  (937) 227-3749<br>djireland@ficlaw.com | By: /s authorized for ECF filing<br>Craig A. Hoover, Esq.<br>Robert C. Troyer, Esq.<br>HOGAN & HARTSON LLP<br>Columbia Square<br>555 Thirteenth Street, NW<br>Washington, D.C. 20004-1109<br>Telephone: (202) 637-5600<br>Facsimile:  (202) 637-5910<br>cahoover@hhlaw.com |
| By: /s authorized for ECF filing<br>Richard Rama, Esq.<br>COZEN O'CONNOR<br>45 Broadway, 16th Floor<br>New York, NY  10006<br>Telephone: (212) 509-9400<br>Facsimile:  (212) 509-9492<br>rfama@cozen.com | By: /s authorized for ECF filing<br>Gary L. Justice, Esq.<br>GIBSON, DUNN& CRUTCHER LLP<br>333 South Grand Avenue, 49th Floor<br>Los Angeles, CA  90071<br>Telephone: (213) 229-7508<br>Facsimile:  (213) 229-6508<br>gjustice@gibsondunn.com |
| By: /s authorized for ECF filing<br>Anthony G. Brazil, Esq.<br>MORRIS POLICH & PURDY<br>1055 W. 7th Street<br>Los Angeles, CA  90017<br>Telephone: (213) 417-5120<br>Facsimile:  (213) 488-1178<br>abrzil@mpplw.com | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of September 2007 a true and correct copy of the foregoing was served on all parties via the UNITED STATES DISTRICT COURT ELECTRONIC FILING SERVICE.

>/s/ *Mark C. Goodman*
>Mark C. Goodman
>SQUIRE, SANDERS & DEMPSEY L.L.P.