## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: PET FOOD PRODUCTS LIABILITY LITIGATION | Hon. Noel L. Hillman<br><br>**Civil No. 07-2867 (NLH/AMD)**<br><br>MDL Docket No. 1850<br><br><u>ALL CASES</u> |

## **ORDER**

THIS MATTER having come before the Court on the Joint Motion for Stay of MDL Proceedings to Permit Mediation ("Joint Motion"), and the Court having read and considered all matters submitted in support of the Joint Motion, and for good cause appearing,

IT IS on this ____ day of _____, 2007, ORDERED that the Joint Motion is GRANTED and MDL-1850 and all cases designated as member cases of MDL-1850 are stayed for 90-days from the date of this Order, except for purposes of consideration of: (1) defendants' application regarding preservation of samples of recalled product; (2) appointment of lead and liaison counsel; and (3) the subsequent filing of an amended consolidated complaint.

                                                          _____
                                                          Noel L. Hillman, U.S.D.J.