UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE PET FOOD PRODUCTS LIABILITY LITIGATION | Civil Action No.: 07-2867 (NLH/AMD) <br> MDL DOCKET NO. 1850 <br> ALL CASES |

TO:   William T. Walsh, Clerk
      United States District Court
      For the District of New Jersey
      Mitchell H. Cohen Building & U.S. Courthouse
      4th & Cooper Streets room 1050
      Camden, NJ 08101

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Richard Fama and John J. McDonough of Cozen O'Connor hereby enter an appearance on behalf of Defendant Del Monte Foods Company, and request that copies of all papers in this action be served upon the undersigned.

| | |
|---|---|
| John J. McDonough <br> Cozen O'Connor <br> 45 Broadway <br> New York, NY 10006 <br> Telephone: 212.509-9400 <br> Facsimile: 212.509.9492 <br> jmcdonough@cozen.com | Richard Fama <br> Cozen O'Connor <br> 45 Broadway <br> New York, NY 10006 <br> Telephone: 212.509-9400 <br> Facsimile: 212.509.9492 <br> rfama@cozen.com |

                                    _____
                                    Richard Fama
                                    John J. McDonough
                                    Cozen O'Connor
                                    Counsel for Del Monte Foods Company

Dated: September 24, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of September, 2007 a true and correct copy of the foregoing Notice of Appearance was served via U.S. Mail, postage paid, on all attorneys listed on the Panel Attorney Service List

                                                                                          _____
                                                                                          Richard Fama
                                                                                         Cozen O'Connor

**SERVICE LIST**

| | |
|---|---|
| Charles H. Abbott, Esq. | Gibson Dunn & Crutcher<br>333 S. Grand Avenue, 45th Fl.<br>Los Angeles, CA  90071-3197 |
| Thomas C. Angelone, Esq. | Hodosh, Spinella & Angelone<br>One Turks Head Place, #1050<br>Providence, RI  02903-1516 |
| George S. Bellas, Esq. | Bellas & Wachowski<br>15 N. Northwest Highway<br>Park Ridge, IL  60068 |
| Steve W. Berman, Esq. | Hagens Berman Sobol Shapiro, LLP.<br>1301 Fifth Avenue  #2900<br>Seattle, WA  98101 |
| Garrett D. Blanchfield, Jr., Esq. | Reinhardt, Wendorf & Blanchfield<br>332 Minnesota Street, #E-1250<br>St. Paul, MN  55101 |
| Anthony G. Brazil, Esq. | Morris, Polich & Purdy, LLP<br>1055 W. Seventh Street, 24th Fl.<br>Los Angeles, CA  90017-2503 |
| Rachel Laine Carnaggio, Esq. | Godfrey & Lapuyade, P.C.<br>9557 S. Kingston Ct.<br>Englewood, CO  80112-5952 |
| Han J. Chorowsky, Esq. | Chorowsky Law Offices<br>1130 N. Dearborn Street, #3110<br>Chicago, IL  60610 |
| John H. Alexander, Esq. | John H. Alexander & Associates<br>100 W. Monroe St. #2100<br>Chicago, IL  60603 |
| Rene Lynn Barge, Esq. | Class Action Litigation Group<br>11111 Santa Monica Blvd.<br>Los Angeles, CA  90025 |
| Eric J. Benink, Esq. | Krause, Kalfayan, Benink, & Slavens, LLP<br>625 Broadway, #635<br>San Diego, CA  92101 |
| Bruce S. Bistline, Esq. | Gordon Law Offices<br>623 W. Hays Street<br>Boise, ID  83702-5512 |
| Norman B. Blumenthal, Esq. | Blumenthal & Murkham<br>225 Calle Clara<br>La Jolla, CA  92037 |
| Jeniphr A.F. Breckinridge, Esq. | Hagens Berman Sobol Shapiro, LLP |

3

|  |  |
|---|---|
|  | 1301 Fifth Ave., #2900<br>Seattle, WA  98101 |
| Paul C. Catos, Esq. | Thompson & Bowie<br>Three Canal Plaza<br>PO Box 4630<br>Portland, ME  04112 |
| Christy Comstock, Esq. | 21 W. Mountain St., #300<br>Fayetteville, AR  72701 |
| Barbara L. Croutch, Esq. | Pillsbury Winthrop Shaw & Pittman<br>725 S. Figueroa St., #1200<br>Los Angeles, CA  90017 |
| James L. Davidson, Esq. | Lerach Coughlin Stoia Geller<br>Rudman & Robbins, LLP<br>120 E. Palmetto Park Rd., #500<br>Boca Raton, FL  33432 |
| John G. Emerson, Esq. | Emerson Poynter, LLP<br>830 Apollo Lane<br>Houston, TX  77058 |
| Luis Guillermo Figueroa, Esq. | Attorneys Trial Group<br>540 N. Semoran Blvd.<br>Orlando, FL  32807 |
| Andrew H. Friedman, Esq. | Helmer Friedman<br>723 Ocean Front Walk<br>Venice, CA  90291 |
| Robert B. Gerard, Esq.\| | Gerard & Osuch, L.L.P.<br>2840 S. Jones Blvd.<br>Building D., Suite 4<br>Las Vegas, NV  89146 |
| Paul Gordon, Esq. | Paul Gordon, LLC<br>650 S. Cherry St., #8353<br>Denver, CO  80246 |
| Daniel E. Gustafson, Esq. | Gustafson Cluck PLLC<br>608 Second Avenue South, #650<br>Minneapolis, MN  55402 |
| Brian R. Cunha, Esq. | Brian Cunha & Associates<br>311 Pine St.<br>Fall River, MA  02720 |
| Larry D. Drury, Esq. | Larry D. Drury, Ltd.<br>205 W. Randolph St., #1430<br>Chicago, IL  60606 |
| Thomas M. Ferlauto, Esq. | King & Ferlauto<br>1880 Century Park East, #820 |

|  |  |
|---|---|
|  | Los Angeles, CA  90067-1627 |
| Jack Michael Fribley, Esq. | Faegre & Benson, LLP<br>90 S. Seventh St., #2200<br>Minneapolis, MN  55402-3901 |
| Wendi J. Frisch, Esq. | Benesch, Friedlander, Coplan & Aronoff<br>2300 BP Tower<br>200 Public Square<br>Cleveland, OH  44114-2378 |
| Patrick J. Goss, Esq. | Rose Law Firm<br>120 E. Fourth St.<br>Little Rock, AR  72201 |
| Susan M. Hack, Esq. | Higgs, Fletcher & Mack, LLP<br>401 W. A St., #2600<br>San Diego, CA  92101-1406 |
| Jason Matthew Hatfield, Esq. | Lundy & Davis, LLP<br>300 N. College Avenue #309<br>Fayetteville, AR  72701 |
| Bradley David Hergott, Esq. | Scandaglia & Ryan<br>55 E. Monroe St., #3930<br>Chicago, IL  60603 |
| Mick D. Hodges, Esq., | Peterson Hodges & Harper<br>PO Box 3088<br>Twin Falls, ID  83303-5298 |
| William Gene Horton, Esq. | Nolan, Caddell & Reynolds, P.A.<br>122 N. 11th Street<br>PO Box 184<br>Forth Smith, AR  72902-0814 |
| Brian S. Inamine, Esq. | Wright, Robinson, Osthimer & Tatum<br>888 S. Figueroa St., #600<br>Los Angeles, CA  90017 |
| Frank Jablonski, Esq. | Progressive Law Group, LLC<br>354 W. Main St.<br>Madison, WI  53703 |
| Robert A, Jigarjian, Esq. | Jigarjian Law Office<br>128 Tunstead Avenue<br>Anselmo, CA  94960 |
| Bradley T. Hayes, Esq. | 804 State St.<br>Natchez, MS  39120 |
| Harold M. Hewell, Esq. | Hewell Law Firm<br>402 W. Broadway, 4th Fl.<br>San Diego, CA  92101 |

| | |
|---|---|
| Charles H. Horn, Esq. | Wright, Robinson, Osthimer & Tatum<br>44 Montgomery St., 18th Fl.<br>San Francisco, CA N 94104 |
| Don Howarth, Esq. | Howarth & Smith<br>523 W. Sixth St., #729<br>Los Angeles, CA  90014 |
| D. Jeffrey Ireland, Esq. | Faruki, Ireland & Cox, P.L.L.<br>500 Courthouse Plaza, S.W.<br>10 N. Ludlow St.<br>Dayton, OH  45402 |
| Christopher D. Jennings, Esq. | Emerson Poynter, LLP<br>The Museum Center, #305<br>500 President Clinton Ave.<br>Little Rock, AR  72201 |
| Jeffrey T. Kestle, Esq. | Gardner, Bond, Trabolsi Louis & Client<br>2200 Sixth Avenue #600<br>Seattle, WA  98121 |
| Michael S. Kreidler, Esq. | Stich, Angell, Kreidler & Dodge, P.A.<br>The Crossings, #120<br>250 Second Avenue So.<br>Minneapolis, MN  55401 |
| Carrie Ann Lubinski, Esq. | Gorgon & Rees, LLP<br>Embarcadero Center West<br>275 Battery St., 20th Fl.<br>San Francisco, CA  94111 |
| Edward T. Matthews, Esq. | Fredrikson & Byron<br>200 S. 6th St., #400<br>Minneapolis, MN  55402-1425 |
| Jennifer L. McKeegan, Esq. | Gallagher, Sharp, Fulton & Norman<br>Bulkley Building, 6th Fl.<br>1501 Euclid Avenue<br>Cleveland, OH  44115 |
| Ethan E. Miller, Esq. | Squire, Sanders & Dempsey, L.L.P.<br>One Maritime Plaza, #300<br>San Francisco, CA  9111 |
| J. Chad Moore, Esq. | 270 Market St.<br>Millersburg, PA  17061 |
| Paul F. Linn, Esq. | Michael Best & Friedrich, LLP<br>100 E. Wisconsin Avenue #3300<br>Milwaukee, WI  53202 |
| Gary E. Mason, Esq. | Mason Law Firm, P.C.<br>1225 195th St., N.W. #500 |

|  |  |
|---|---|
|  | Washington, DC   20036 |
| Robert D. McIntosh, Esq. | Adorno & Yoss, LLP<br>888 SE 3rd Avenue #500<br>Fort Lauderdale, FL   33316-1159 |
| Steven J. Merker, Esq. | Dorsey & Whitney LLP<br>37017 th St.<br>Republic Plaza Bldg. #4700<br>Denver, CO   80202-5647 |
| Daniel J. Mitchell, Esq. | Bernstein Shur<br>100 Middle St.<br>PO Box 9729<br>Portland, ME   01104-5029 |
| Michael S. Mirrison, Esq. | Schonbrun DeSimone Seplow Harris & Hoffman<br>723 Ocean Front Walk<br>Venice, CA   90291-3270 |
| Michael David Myers, Esq. | Myers & Co., P.L.L.C.<br>1809 Seventh Avenue<br>Seattle, WA   98101 |
| Gregory M. Nespole, Esq. | Wolf Haldenstein Adler Freeman & Herz LLP<br>270 Madison Avenue, 11th Fl.<br>New York, NY   10016 |
| William M. O'Mara, Esq. | O'Mara Law Firm, P.C."<br>311 E. Liberty St.<br>Reno, NV   89501 |
| Katherine J. Odenbreit, Esq. | Class Action Litigation Group<br>13123 Garden Land Rd.<br>Los Angeles, CA   90049 |
| David C. Parisi, Esq. | Parisi & Havens<br>15233 Valleyheart Drive<br>Sherman Oaks, CA   91403 |
| Terry M. Poynter, Esq. | PO Box 370<br>Mountain Home, AR   72654-0370 |
| Eugene R, Richard, Esq. | Wayne Richard & Hurwitz, LLP<br>One Boston Pl. #36209<br>Boston, MA   02108 |
|  | Murray & Murray Co., LPA<br>111 E. Shoreline Drive<br>PO Box 19<br>Sandusky, OH   44871 |
| Allison Beth Neidoff, Esq. | Biggons, PC<br>One Pennsylvania Plaza<br>New York, NY   10119-3701 |

7

| | |
|---|---|
| Marshall S. Nev, Esq. | Mitchell, Williams, Selig, Gates & Woodyard, PLLC<br>5414 Pinnacle Point Drive, #5090<br>Rogers, AR  72758 |
| Gina E. Och, Esq. | Murchison & Cumming<br>Chase Plaza<br>801 S. Grand Avenue, 9th Fl.<br>Los Angeles, CA  89916-4613 |
| Behram V. Parekh, Esq. | Kirtland & Packard<br>El Segundo, CA  90245-4923 |
| David A. Payne, Esq. | 607 Main Street<br>Cassville, MO  65625 |
| Andrae P. Reneau, Esq. | Wexler Toriseva Wallace, LLP<br>One North LaSalle St., #2000<br>Chicago, IL  60602 |
| Daniel L. Rottinghaus, Esq. | Berding & Well<br>3240 Stone Valley Rd. West<br>Alamo, CA  94507 |
| Steven E. Schwarz, Esq. | Law Offices of Steen E. Schwarz<br>2461 W. Foster Avenue, #1W<br>Chicago, IL  60625 |
| Scott R. Shepherd, Esq. | Shepherd, Finkelman, Miller & Shah LLC<br>4400 N. Federal Highway, #200<br>Lighthouse Point, FL  33064 |
| Dan Channing Stanley, Esq. | Stanley & Kurtz, PLLC  422<br>S. Gay St., 3rd Fl.<br>Knoxville, TN  37902 |
| Stuart C. Talley, Esq. | Kershaw, Cutter & Ratinoff, LLP<br>980 9th St., 19th Fl.<br>Sacramento, CA  95814-2791 |
| Jennifer Reba Thomaidis, Esq. | Thomaidis Law, LLC<br>1866 Vine St.<br>Denver, CO  80206 |
| Jeffrey R. Thompson, Esq. | O'Neil, Parker & Williamson<br>416 Cumberland Avenue, S.W.<br>PO Box 217<br>Knoxville, TN  37902` |
| Adam T. Waskowski, Esq. | Lord, Bissell & Brook, LLP<br>111 S. Wacker Drive<br>Chicago, IL  60606 |
| Edward B. Ruff, III, Esq. | Pretzel & Stouffer, Chtd.<br>One South Wacker Drive, #2500 |

|  |  |
|---|---|
|  | Chicago, IL   60606-4673 |
| Richard Mark Segal, Esq. | Pillsbury Winthrop Shaw & Pittman<br>101 W. Broadway, #1800<br>San Diego, CA   92101 |
| Charles W. Spann, Esq. | Perry & Span<br>6130 Plumas St.<br>Reno, NV   89505 |
| Michael L. Stoker, Esq. | Johns, Flaherty & Rice, S.C.<br>205 Fifth Avenue South, #600<br>PO Box 1626<br>LaCrosse, WI   54602 |
| Mark John Tamblyn, Esq. | Wexler, Toriseva, Wallace, LLP<br>1610 Arden Way, #290<br>Sacramento, CA   95815 |
| Stephen R. Thomas, Esq. | Moffatt, Thomas, Barrett, Rock & Fields, Chtd.<br>PO Box 829<br>Boise, ID   83701 |
| Michael Patrick Turiello, Esq. | Preztel & Stouffer, Chtd.<br>One South Wacker Dr., #2500<br>Chicago, IL   60606-4673 |
| Peter N. Wasylyk, Esq. | Law Offices of Peter N. Wasylyk<br>1307 Chalkstone Avenue<br>Providence, RI   02908 |
| Scott Wm. Weinstein | Morgan & Morgan, P.A.<br>12800 University Dr., #600<br>PO Box 9504<br>Fort Myers, FL   33906 |
| Jeffrey M. White, Esq. | Pierce, Atwood, LLP<br>One Monument Square<br>Portland, ME   04101 |
| Cheryl A. Williams, Esq. | Milberg Weiss & Bershad<br>One California Plaza<br>300 S. Grand Avenue, #3900<br>Los Angeles, CA   90071 |
| Brian D. Wright, Esq. | Faruki, Ireland & Cox, PLLC<br>500 Courthouse Plaza, S.W.<br>10 N. Ludlow St.<br>Dayton, OH   45402 |
| Jeff S. Westerman | Milberg, Weiss & Bershad LLP<br>One California Plaza #3900<br>300 S. Grand Ave.<br>Los Angeles, CA   90071 |

| | |
|---|---|
| Nicholas M. Wieczorek, Esq. | Morris Polich & Purdy, LLP<br>3980 Howard Hughes Parkway<br>Las Vegas, NV  89108 |
| Shawn A. Williams, Esq. | Millberg Weiss Bershad Hynes & Learch, LLP.<br>100 Pine St. #2600<br>San Francisco, CA  94111 |

10