UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings: Proceeding Date: 9/26/07

Office: Camden
**JUDGE NOEL L. HILLMAN & JUDGE ANN MARIE DONIO**

Court Reporter: Stephen J. Daner

Title of Case:                                    Docket # 07-2867 MDL (NLH)
PET FOOD PRODUCTS LIABILITY LITIGATION
APPEARANCES:
Amy Schulman, Esq. for defendant Menu Foods
Craig Hoover, Esq. for defendant Nestle
D. Jeffrey Ireland, Esq. for defendant Proctor & Gamble
Mark Goodman, Esq. for defendant Petco, Petsmart, Wal-Mart
Lisa Rodriguez, Esq. for plaintiffs
Kenneth Wexler, Esq. for plaintiffs
Bruce Newman, Esq. for plaintiffs Osborne and Todd Sokolwski
Sherrie Savett, Esq. for plaintiffs
Scott Kamber, Esq. for plaintiffs
Alan Sash, Esq. for plaintiffs
NATURE OF PROCEEDINGS:     Initial Pre Trial Conference held.
Hearing on motion by defendants for appointment of liaison counsel (all four listed above).  Ordered motion granted.  Order to be entered.
Hearing on motion by plaintiffs to appointment liaison counsel.
Ordered application granted.  Ordered appointing Lisa Rodriguez, Esq. as liaison counsel for plaintiffs.  Order to be entered.
Hearing on joint motion for stay of proceedings.
Hearing on motion by plaintiffs Osborne and Sokolwski for preservation of evidence.
Consent Order to be submitted withdrawing motion to be submitted within 14 days.
Hearing on motion by plaintiffs (Wexler & Berger firm)for appointment of interim lead counsel.
Hearing on motion by plaintiffs (Kamber) for appointment of interim lead counsel.
Hearing on application by plaintiffs (McLaughlin group) to withdrawn motion for appointment of interim lead counsel. Ordered application withdrawn.
The Court advised liaison counsel for both sides how to address certain litigants' phone calls and/or letters.  Ordered matter stayed for a period of 90 days.
Ordered all motions for appointment of lead counsel denied.
Ordered Pre Trial Conference scheduled for January 7, 2008 at 11:00am.
Ordered motions for lead counsel denied.   Order to be entered.
Adjourned To:       Time Commenced 11:00am  Time Adjourned 12:45pm
                    Time Commenced:  1:15pm   Time Adjourned: 2:00pm
Total Court Time: 2 hours 30 minutes

                              s/Sara E. Asbell
                              DEPUTY CLERK