

**TRUJILLO
RODRIGUEZ &
RICHARDS, LLC**
A PENNSYLVANIA LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW

8 Kings Highway West
Haddonfield, NJ 08033
856-795-9002
856-795-9887 Fax

Lisa J. Rodriguez
New Jersey Responsible Attorney

1717 Arch Street
Suite 3838
Philadelphia, PA 19103
215-731-9004
215-731-9044 Fax

October 3, 2007

**VIA E-FILING & HAND DELIVERY**
Honorable Judge Noel L. Hillman
United States District Court
Mitchell H. Cohen U.S. Courthouse
Fourth and Cooper Street
Camden, New Jersey 08101

      Re:   *In re Pet Food Products Liability Litigation,*
             Civil Action No. 07-cv-2867

Dear Judge Hillman:

     I write in my role as Liaison Counsel to inform the Court that there have been apparent unintended consequences of Your Honor's September 26, 2007, Order denying the motions for interim lead counsel, without prejudice. Accordingly, I seek clarification of that Order.

     While I understood the Court's Order to be an effort to maintain the status quo of these MDL cases during mediation, certain Plaintiff's lawyers have viewed it as an opportunity to personally participate in the ongoing mediations.

     The Plaintiff organization that has developed the protocol and has participated in the mediation is one that has used diplomacy and compromise to achieve the level of cooperation among all counsel attained to date. It is disruptive to the mediation process and to the existing structure that I believe Your Honor intended to maintain to add new counsel at this point in the mediation. It is also not in the best interest of the class to have a multiple layers of attorneys, without being managed by a leadership structure, duplicating and possibly undermining the efforts that are already underway to achieve a global settlement.

     I am available at the Court's convenience to address this issue.

                                   Respectfully yours,
                                   s/Lisa J. Rodriguez
                                   Lisa J. Rodriguez