

TRUJILLO
RODRIGUEZ &
RICHARDS, LLC
A PENNSYLVANIA LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW

8 Kings Highway West
Haddonfield, NJ 08033
856-795-9002
856-795-9887 Fax

Lisa J. Rodriguez
New Jersey Responsible Attorney

1717 Arch Street
Suite 3838
Philadelphia, PA 19103
215-731-9004
215-731-9044 Fax

October 3, 2007

**VIA E-FILING & HAND DELIVERY**

Honorable Judge Noel L. Hillman
United States District Court
Mitchell H. Cohen U.S. Courthouse
Fourth and Cooper Street
Camden, New Jersey 08101

    Re: *In re Pet Food Products Liability Litigation,*
      Civil Action No. 07-cv-2867

Dear Judge Hillman:

  I am enclosing a copy of an e-mail I received this afternoon as a supplement to the letter I filed with the Court this morning. I am available at the Court's convenience to address this issue.

           Respectfully yours,

           Lisa J. Rodriguez

Enclosure

## Lisa Rodriguez

**From:** Jim Wyly [jwyly@pattonroberts.com]
**Sent:** Wednesday, October 03, 2007 12:01 PM
**To:** Lisa Rodriguez
**Subject:** PET FOOD

Lisa---  I am sorry we didn't get a chance to meet at the hearing on the 26th. Thank you for contacting the court regarding the recent denial of leadership motions.  I have supported the efforts of the Wexler group as lead counsel in that I believe them to be the most qualified.  However, with no leadership structure I do not see how mediation can take place without every plaintiffs attorney  being invited, participating and ultimately agreeing to any resolution that might be reached. So far some mediation attendees for plaintiffs seem to be participating by demand and default and are not there on behalf of my clients. We did not file a motion for lead counsel because it was our desire to help bring this matter to a rapid efficient organizational structure. It now appears in order to represent our clients we must all file a motion and demand participation in all communications. It is not my firms style or desire to play the role of the "squeaky wheel." However, my group represents numerous clients in nine different states. Without an acceptable leadership structure my clients have no voice in these important proceedings. Thank you for your efforts . Any help you can lend is greatly appreciated. Best regards, Jim Wyly

1