```
                                                                    1
          ORIGINAL   UNITED STATES DISTRICT COURT
 1                  FOR THE DISTRICT OF NEW JERSEY
 2
 3                                          2007 OCT -4  P 12:56
       IN RE:
 4     PET FOOD PRODUCTS
       LIABILITY LITIGATION,        MULTI-DISTRICT
 5                                  LITIGATION
 6                                  07-02867 (NLH-AMD)
 7
       INITIAL PRE-TRAIL CONFERENCE
 8     HEARING ON MOTION BY DEFENDANTS FOR APPOINTMENT OF
       LIAISON COUNSEL
 9     HEARING ON MOTION BY PLAINTIFFS TO APPOINT LIAISON
       COUNSEL
10     HEARING ON JOINT MOTION FOR STAY OF PROCEEDINGS
       HEARING ON MOTION BY PLAINTIFFS OSBORNE AND
11     SOKOLWSKI FOR PRESERVATION OF EVIDENCE
       HEARING ON MOTION BY BERGER & MONTAGUE, AND WEXLER,
12     TORISEVA, WALLACE, SEXTON, TO BE APPOINTED AS
       INTERIM LEAD COUNSEL,
13     HEARING ON MOTION BY KAMBER AND ASSOCIATES, TO BE
       APPOINTED AS INTERIM LEAD COUNSEL
14
15     DATE:  SEPTEMBER 26, 2007
16
       MITCHELL H. COHEN UNITED STATES COURTHOUSE
17         ONE JOHN F. GERRY PLAZA,
           CAMEN, NEW JERSEY, 08101
18
19     B E F O R E:
20     THE HONORABLE NOEL L. HILLMAN, UNITED STATES
       DISTRICT COURT JUDGE
21     AND
       THE HONORABLE ANN MARIE DONIO, MAGISTRATE JUDGE,
22     UNITED STATES DISTRICT COURT, DISTRICT OF NEW
       JERSEY, SITTING AT CAMDEN, NEW JERSEY, ON SEPTEMBER
23     26, 2007.
24
25
```

**APPEARANCES:**

(SPEAKERS ONLY)

TRUJILLO, RODRIGUEZ & RICHARDS, LLP,
BY: LISA J. RODRIGUEZ, ESQUIRE
ATTORNEY FOR PLAINTIFFS

WEXLER, TORISEVA, WALLACE
BY: KENNETH A. WEXLER, ESQUIRE,
ATTORNEY FOR PLAINTIFFS

BERGER & MONTAGUE
BY: SHERRIE SAVETT, ESQUIRE,
ATTORNEY FOR PLAINTIFFS

KAMBER & ASSOCIATES
BY: SCOTT A. KAMBER, ESQUIRE,
ATTORNEY FOR PLAINTIFFS

McLAUGHLIN & SASH
BY: ALAN SASH, ESQUIRE,
ATTORNEY FOR PLAINTIFFS

KEVIN E. CREED,
BY: BRUCE E. NEWMAN, ESQUIRE,
ATTORNEY FOR PLAINTIFFS

HAGENS, BERMAN,
BY: JENIPHR A.E. BRECKENRIDGE, ESQUIRE,
ATTORNEY FOR PLAINTIFFS

DLA PIPER,
BY: AMY W. SCHULMAN, ESQUIRE,
ATTORNEY FOR DEFENDANT, MENU FOODS

HOGAN & HARTSON
BY: CRAIG A. HOOVER, ESQUIRE,
ATTORNEY FOR DEFENDANT, NESTLE, PURINA, PETCARE

FRAUKI, IRELAND & COX
BY: D. JEFFREY IRELAND, ESQUIRE,
ATTORNEY FOR DEFENDANT PROCTOR & GAMBLE

MARK GOODMAN, ESQUIRE,
ATTORNEY FOR DEFENDANT PETCO, PETSMART & WAL-MART