**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: :<br><br>PET FOOD PRODUCTS :<br>LIABILITY LITIGATION :<br> : | MDL Docket No. 1850<br>Civil Action No. 07-2867 (NLH)<br><br>ALL CASES |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that DLA Piper US LLP hereby enters its formal appearance as counsel of record in the above-referenced matter for the Menu Foods Defendants. All future pleadings and correspondence concerning the above-referenced defendants should be electronically forwarded to the below attorneys at their designated email addresses.

Amy W. Schulman, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
E-mail: amy.schulman@dlapiper.com

Mary E. Gately, Esq.
DLA Piper US LLP
500 8th St., N.W.
Washington, DC 20004
Telephone: (202) 799-4507
Facsimile: (202) 799-5507
E-mail: mary.gately@dlapiper.com

Alexander Shaknes, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4829
Facsimile: (212) 884-8629
E-mail: alex.shaknes@dlapiper.com

Matthew Lepore, Esq.
DLA Piper US LLP
500 8th St., N.W.
Washington, DC 20004
Telephone: (202) 799-4509
Facsimile: (202) 799-5000
E-mail: matthewlepore@dlapiper.com

Respectfully submitted,


By: /s/ Gerard H. Hanson
Gerard H. Hanson, Esq.
Hill Wallack LLP
202 Carnegie Center, CN 5226
Princeton, NJ 08543-5226
Telephone: (609) 924-0808
Facsimile: (609) 452-1888
E-mail: ghh@hillwallack.com