UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN RE: PET FOOD PRODUCTS ) Civil Action No. 07-2867 (NLH)(AMD)
LIABILITY LITIGATION )
) MDL Docket No. 1850
)
) STIPULATION WITHDRAWING
THIS DOCUMENT RELATES TO: ) MOTION FOR PRESERVATION
) OF EVIDENCE
LAURI OSBORNE V. MENU )
FOODS, INC

CIVIL ACTION NO:
07-CV-00469

The Honorable Noel L. Hillman

## STIPULATION WITHDRAWING MOTION FOR PRESERVATION OF EVIDENCE

The Plaintiff Laurie Osborne by and through counsel and the defendant Menu Foods, Inc. by and through counsel hereby stipulate that the plaintiff's Motion for Preservation of Evidence may by withdrawn without prejudice.

PLAINTIFF: LAURI OSBORNE

By _/s/_____
Bruce E. Newman
Newman, Creed & Associates
99 North Street, Route 6
P.O. Box 575
Bristol, CT 06011-0575
(860) 583-5200
Federal Bar No.: 12301

DEFENDANT: MENU FOODS, INC.

By _Matthew Lepore_____ by CF
Matthew Lepore
DLA Piper
500 Eighth Street, NW
Washington, DC 20004
(202) 861-3891

Dated: October 10, 2007      **TRUJILLO RODRIGUEZ & RICHARDS, LLC**

By: s/ Lisa J. Rodriguez
Lisa J. Rodriguez
8 Kings Highway West
Haddonfield, NJ 08033
(856) 795-9002

2