UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

```
IN RE   Pet Foods Products      :   Civil Action No. 07-2867 (NLH)
        Liability Litigation    :
                                :   MDL DOCKET NO. 1850
                                :
                                :   ALL CASES
```

    This matter having been brought to the Court's attention by interim liaison counsel; and

    Interim liaison counsel reporting that the parties who facilitated the currently-proceeding mediation believe that the Court's September 26, 2007 Order denying without prejudice the two motions for interim lead counsel has had "unintended consequences" that have caused disruption to the mediation process; and

    The Court commending any effort for a full or partial resolution of the matters pending before the Court through private ordering and mediation; but

    The Court having the intention and desire to take no action within the Court-ordered 90-day stay for mediation that might interfere with or influence any private mediation, and to leave determinations regarding all procedural and substantive issues arising in the mediation to the parties and to the mediator; and

    The Court noting that if the parties cannot resolve the matters through mediation, the Court will rule on all pending

motions at the end of the 90-day stay.

Dated: October 10, 2007            s/ Noel L. Hillman

At Camden, New Jersey              NOEL L. HILLMAN, U.S.D.J.