## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: PET FOOD PRODUCTS LIABILITY LITIGATION | Civil Action No. 07-2867 (NLH) |
| | MDL Docket No. 1850 |
| THIS DOCUMENT RELATES TO: | |
| ALL CASES | |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Joint Status Report Regarding Evidence

Preservation and Agreement Regarding Preservation of Records were served on all counsel on

the attached Distribution List via e-filing:


Dated:  October 26, 2007　　　　　　　　By:___ /s Lisa J. Rodriguez___
　　　　　　　　　　　　　　　　　　　　　Lisa J. Rodriguez

1

Dockets.Justia.com

## MENU FOODS DISTRIBUTION LIST

DONOVAN SEARLES, LLC
MICHAEL DONOVAN, ESQUIRE (VIA E-FILING)
1845 WALNUT STREET
SUITE 1100
PHILADELPHIA, PA 19103

BONI & ZACK LLC
MICHAEL J. BONI (VIA E-FILING)
15 ST. ASAPHS ROAD
BALA CYNWYD, PA 19004

SHERRIE R. SAVETT
BERGER & MONTAGUE, PC
1622 LOCUST STREET
PHILADELPHIA, PA 19103

JAMES ANDREWS
NICOLE BASS
905 LOCUST STREET
KNOXVILLE, TN 37902

WILLIAM M. AUDET
AUDET & PARTNERS, LLP
221 MAIN STREET, SUITE 1460
SAN FRANCISCO, CA 94105

SCOTT A. KAMBER
KAMBER & ASSOCIATES, LLC
11 BROADWAY, 22ND FLOOR
NEW YORK, NJ 10004

PERRY A. CRAFT
CRAFT & SHEPPARD, PLC
THE SHILOH BUILDING
214 CENTERVIEW DRIVE
SUITE 223
BRENTWOOD, TN 37027

STEVE W. BERMAN
HAGENS BERMAN SOBOL SHAPIRO, LLP
1301 FIFTH AVENUE
SUITE 2900
SEATTLE, WA 98101

JENIPHR A.E. BRECKENRIDGE
1301 5TH AVENUE
SUITE 2900
SEATTLE, WA 98101

JOHN BLIM
BLIM & EDELSON, LLC
53 WEST JACKSON BLVD
SUITE 1642
CHICAGO, IL 60604
GINO L. DIVITO
209 SOUTH LASALLE STREET
7TH FLOOR
CHICAGO, IL 60604

JAY EDELSON
53 WEST JACKSON BOULEVARD
SUITE 1642
CHICAGO, IL 60604

PERRY A. CRAFT
CRAFT & SHEPPARD, PLC
THE SHILOH BUILDING
214 CENTERVIEW DRIVE
SUITE 223
BRENTWOOD, TN 37027

STUART A. DAVIDSON
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
120 EAST PALMETTO PARK ROAD
SUITE 500
BOCA RATON, FL 33432-4809

LAWRENCE M. KOPELMAN
350 E LAS OLAS BOULEVARD
SUITE 980
FORT LAUDERDALE, FL 33301

JOSEPH J. DEPALMA (VIA E-FILING)
LITE, DEPALMA, GREENBERG & RIVAS, LLC
TWO GATEWAY CENTER
12TH FLOOR
NEWARK, NJ 07102-5003

ROBERT R. KURTZ
DAN C. STANLEY
STANLEY & KURTZ, PLLC
422 GAY STREET, 3RD STREET
KNOXVILLE, TN 37902

KIMBERLY M. DONALDSON (VIA E-FILING)'
BENJAMIN F. JOHNS (VIA E-FILING)
CHIMICLES & TIKELLIS
361 WEST LANCASTER AVENUE
HAVERFORD, PA 19041

MICHAEL A. FERRARA, JR. (VIA E-FILING)
THE FERRARA LAW FIRM
601 LONGWOOD AVENUE
CHERRY HILL, NJ 08002

ANDREW H. FRIEDMAN
PAUL L. HOFFMAN
GREGORY D. HELMER
MICHAEL S. MORRISON
MICHAEL D. SEPLOW
SCHONBRUN DESIMONE SEPLOW HARRIS & HOFFMAN
723 OCEAN FRONT WALK
VENICE, CA 90291

HAROLD M. HEWELL
402 WEST BROADWAY
FOUTH FLOOR
SAN DIEGO, CA 92101

SCOTT A. GEORGE (VIA E-FILING)
SEEGER WEISS, LLP
550 BROAD STREET
SUITE 920
NEWARK, NJ 07102

GARY S. GRAIFMAN (VIA E-FILING)
KANTROWITZ, GOLDHAMER & GRAIFMAN, ESQS.
210 SUMMIT AVENUE
MONTVALE, NJ 07645
(201) 391-7000

BRUCE DANIEL GREENBERG (VIA E-FILING)
LITE, DEPALMA, GREENBERG & RIVAS, LLC
TWO GATEWAY CENTER
12TH FLOOR
NEWARK, NJ 07102

JASON MATTHEW HATFIELD (VIA E-FILING)
300 NORTH COLLEGE AVENUE
SUITE 309
FAYETTEVILLE, AR 72701

BRADLEY T. HAYES
804 STATE STREET
NATCHEZ, MS 39120

SUZANNE HAVENS BECKMAN
DAVID C. PARISI
PARISI AND HAVENS
15233 VALLEYHEART DRIVE
SHERMAN OAKS, CA 91403

DAVID A. PAYNE
607 MAIN STREET
CASSVILLE, MO 65625

JEREMY Y. HUTCHINSON (VIA E-FILING)
JACK T. PATTERSON, II
PATTON, ROBERTS, MCWILLIAMS & CAPSHAW, LLP
STEPHENS BUILDING
111 CENTER STREET, SUITE 1315
LITTLE ROCK, AR 72201

TIMOTHY CHAD HUTCHINSON (VIA E-FILING)
WILLIAMS & HUTCHINSON LLP
5417 PINNACLE POINT DRIVE
SUITE 500
ROGERS, AR 72758

LEISA B. PEARLMAN (VIA E-FILING)
RICHARD A. ADAMS (VIA E-FILING)
SEAN F. ROMMEL (VIA E-FILING)
JAMES C. WYLY (VIA E-FILING)
PATTON, ROBERTS, MCWILLIAMS & CAPSHAW, LLP
2900 ST. MICHAEL DRIVE, SUITE 400
P.O. BOX 6128
TEXARKANA, TX 75505-6128

BENJAMIN F. JOHNS (VIA E-FILING)
CHIMICLES & TIKELLIS, LLP
ONE HAVERFORD CENTRE
361 WEST LANCASTER AVENUE
HAVERFORD, PA 19041

ADAM P. KARP  (VIA E-FILING)
ANIMAL LAW OFFICES
114 WEST MAGNOLIA STREET, SUITE 425
BELLINGHAM, WA 98225
SETH R. LESSER (VIA E-FILING)
LAW OFFICES OF GENE LOCKS, PLLC
457 HADDONFIELD ROAD, SUITE 500
CHERRY HILL, NJ 08002

ALLYN ZISSEL LITE (VIA E-FILING)
LITE, DEPALMA, GREENBERG & RIVAS, LCC
TWO GATEWAY CENTER
12TH FLOOR
NEWARK, NJ 07102-5003

ALAN C. MILSTEIN (VIA E-FILING)
SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, PC
FAIRWAY CORPORATE CENTER
4300 HADDONFIELD ROAD
SUITE 311
PENNSAUKEN, NJ 08109

MICHAEL DAVID MYERS
MYERS & CO., P.L.L.C.
1809 SEVENTH AVENUE
SUITE 700
SEATTLE, WA 98101

BRUCE E. NEWMAN (VIA E-FILING)
99 NORTH ST., RTE 6
P.O. BOX 575
BRISTOL, CT 66011-0575

KEVIN EDWARD CREED (VIA E-FILING)
PO BOX 575
BRISTOL, CT 06011-0575

WILLIAM J. PINILIS (VIA E-FILING)
KAPLAN FOX & KILSHEIMER LLP
237 SOUTH STREET
MORRISTOWN, NJ 07962

DANIEL L. ROTTINGHAUS
BERDING & WELL
3240 STONE VALLEY ROAD WEST
ALAMO, CA 94507

JEFFREY B. CEREGHINO
3240 STONE VALLEY ROAD WEST
ALAMO, CA 94507

NICOLE DORSKY
JEREMY GILMAN
200 PUBLIC SQUARE #2300
CLEVELAND, OH 44114-2378

ALAN E. SASH (VIA E-FILING)
MCLAUGHLIN & STERN, LLP.
260 MADISON AVENUE
NEW YORK, NY 10016

JOSEPH G. SAUDER (VIA E-FILING)
CHIMICLES & TIKELLIS, LLP
ONE HAVERFORD CENTRE, 361 WEST LANCASTER AVENUE
HAVERFORD, PA 19041

JAMES C. SHAH (VIA E-FILING)
SHEPHERD, FINKELMAN, MILLER & SHAH, LLC
475 WHITE HORSE PIKE
COLLINGSWOOD, NJ 08107-1909

SCOTT RHEAD SHEPHERD
GREENFIELD & RIFKIN, ESQS.
501 S. BISCAYNE BOULEVARD
SUITE 301
WEST PALM BEACH, FL 33401

KEITH T. SMITH (VIA E-FILING)
RIDGEWOOD PLAZA
2327 NEW ROAD
SUITE 202
NORTHFIELD, NJ 08234

GREGG D. TRAUTMANN (VIA E-FILING)
TRAUTMANN & ASSOCIATES, LLC
262 EAST MAIN STREET
ROCKAWAY, NJ 07866

KENNETH A. WEXLER (VIA E-FILING)
WEXLER TORISEVA WALLACE
ONE N. LASALLE STREET, SUITE 2000
CHICAGO, IL 60602

JENNIFER REBA THOMAIDIS (VIA E-FILING)
1866 VINE STREET
DENVER, CO 80206

RENE LYNN BARGE
11111 SANTA MONICA BOULEVARD
LOS ANGELES, CA 90025

KATHERINE J. ODENBREIT
13123 GARDEN LAND ROAD
LOS ANGELES, CA 90049

ERIC BENINK
625 BROADWAY
SUITE 635
SAN DIEGO, CA 92101

MICHAEL R. BOSSE
LEONARD M. GULINO
DANIEL J. MITCHELL
THEODORE A. SMALL
BERNSTEIN SHUR
100 MIDDLE STREET
P.O. BOX 9729
PORTLAND, ME 04104-5029

J. CHAD MOORE
270 MARKET STREET
MILLERSBURG, PA 17061

ILAN J. CHOROWSKY
1130 NORTYH DEARBORN STREET
SUITE 3110
CHICAGO, IL 60610

LARRY D. DRURY
TWO NORTH LASALLE STREET
SUITE 700
CHICAGO, IL 60602

FRANK JABLONSKI
PROGRESSIVE LAW GROUP, LLC
354 WEST MAIN STREET
MADISON, WI 53703

JAMES LEE DAVIDSON (VIA E-FILING)
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
120 EAST PALMETTO PARK ROAD
SUITE 500
BOCA RATON, FL 33432

PAUL J. GELLER
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
197 S FEDERAL HIGHWAY
SUITE 200
BOCA RATON, FL 33432

JOHN G. EMERSON
SCOTT E. POYNTER
CHRISTOPHER D. JENNINGS
500 PRESIDENT CLINTON AVENUE
SUITE 305
LITTLE ROCK, AR 72207

ROBERT A. JIGARJIAN
JIGARJIAN LAW OFFICE
128 TUNSTEAD AVENUE
SAN ANSELMO, CA 94960

SHAWN A. WILLIAMS
100 PINE STREET
SUITE 2600
SAN FRANCISCO, CA 94111

PAUL GORDON (VIA E-FILING)
650 SOUTH CHERRY STREET
SUITE 835
DENVER, CO 80246

DANIEL E. GUSTAFSON
650 NORTHSTAR EAST
608 SECOND AVENUE SOUTH
MINNEAPOLIS, MN 55402

MICHAEL L. STOKER
JOHNS, FLAHERTY & COLLINS, S.C.
205 FIFTH AVENUE SOUTH
SUITE 600
P.O. BOX 1626
LA CROSSE, WI 54602-1626

STUART C. TALLEY (VIA E-FILING)
KERSHAW CUTTER & RATINOFF LLP
980 9TH STREET
19TH FLOOR
SACRAMENTO, CA 95814

DENNIS E. MURRAY, SR.
JOHN T. MURRAY
LESLIE O. MURRAY
MURRAY & MURRAY
111 EAST SHORELINE DRIVE
PO BOX 19
SANDUSKY, OH 44871-0019

GREGORY M. NESPOLE
MARTIN E. RESTITUYO (VIA E-FILING)
WOLF, HALDENSTEIN, ADLER, FREEMAN & HERZ, LLP
270 MADISON AVENUE
NEW YORK, NY 10016

STEVEN E. SCHWARZ
2461 W. FOSTER AVE, #1 W
CHICAGO, IL 60625

PETER N. WASYLYK
1307 CHALKSTONE AVENUE
PROVIDENCE, RI 02908

JEFF S. WESTERMAN
CHERYL A. WILLIAMS
MILBERG WEISS & BERSHAD
ONE CALIFORNIA PLAZA
300 SOUTH GRAND AVENUE
SUITE 3900
LOS ANGELES, CA 90071

STEVEN F. GOOBY (VIA E-FILING)
DLA PIPER US LLP
379 THORNALL STREET
8TH FLOOR
PO BOX 2940
EDISON, NJ 08837-2226

CARLOS F. ORTIZ (VIA E-FILING)
AMY W. SCHULMAN
ALEXANDER SHAKNES
DLA, PIPER US LLP
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1104

MARY E. GATELY
MATTHEW LEPORE
DLA, PIPER US, LLP
500 8TH STREET, NW
WASHINGTON, DC 20004

WARREN W. FAULK (VIA E-FILING)
BROWN & CONNERY, LLP
360 HADDON AVENUE, P.O. BOX 539
WESTMONT, NJ 08108

CRAIG A. HOOVER
ROBERT C. TROYER
MIRANDA L. BERGE
HOGAN & HARTSON LLP
COLUMBIA SQUARE
555 THIRTEENTH STREET, N.W.
WASHINGTON, D.C. 20004-1109

SUSAN MORIARTY HACK
401 WEST A STREET
SUITE 2600
SAN DIEGO, CA 92101

ROBERT D. MCINTOSH
ADORNO & YOSS, PA
888 SE 3RD AVENUE
SUITE 500
FORT LAUDERDALE, FL 33335

JEFFREY T. KESTLE
GARY A. TRABOLSI
2200 6TH AVENUE
STE 600
SEATTLE, WA 98121

GERARD H. HANSON (VIA E-FILING)
HILL WALLACK
202 CARNEGIE CENTER
PRINCETON, NJ 08543-5226

MATTHEW J. DUCHEMIN
P.O. BOX 2113
33 EAST MAIN STREET
SUITE 900
MADISON, WI 53701-2113

RACHEL LAINE CARNAGGIO (VIA E-FILING)
GODFREY & LAPUYADE
9557 S. KINGSTON COURT
ENGLEWOOD, CO 80112

PAUL C. CATSOS
THOMPSON & BOWIE
3 CANAL PLAZA
P.O. BOX 4630
PORTLAND, ME 04112

THOMAS J. CABRAL
JENNIFER L. MCKEEGAN
7TH FLOOR BULKLEY BUILDING
1501 EUCLID AVENUE
CLEVELAND, OH 44115

MORDECAI D. BOONE
CARRIE ANN LUBINSKI
275 BATTERY STREET
20TH FLOOR
SAN FRANCISCO, CA 94111

THOMAS ANGELONE
ONE TURKS HEAD PLACE
SUITE 1050
PROVIDENCE, RI 02903

D. JEFFREY IRELAND (VIA E-FILING)
BRIAN D. WRIGHT (VIA E-FILING)
FARUKI, IRELAND & COX, P.L.L.
500 COURTHOUSE PLAZA, S.W.
10 NORTH LUDLOW STREET
DAYTON, OH 45402

STEVEN J. MERKER
370 17TH STREET
REPUBLIC PLAZA BUILDING
#4700
DENVER, CO 80202-5647

JAMES E. HOWARD
EVAN L. SCHWAB
1420 5TH AVE
STE 3400
SEATTLE, WA 98101

JEFFREY M. WHITE
PIERCE, ATWOOD LLP
ONE MONUMENT SQUARE
PORTLAND, ME 04101-1110

PAUL F. LINN
MICHAEL BEST & FRIEDRICH, LLP
100 EAST WISCONSIN AVENUE, #3300
MILWAUKEE, WI 53202

ALLISON BETH NEIDOFF
ONE PENNSYLVANIA PLAZA
37TH FLOOR
NEW YORK, NY 212-649-4753

KIM M. CATULLO (VIA E-FILING)
GIBBONS, DEL DEO, DOLAN, GRIFFINGER & VECCHIONE, PC
ONE RIVERFRONT PLAZA
NEWARK, NJ 07102-5496

DON HOWARTH
SUZELLE M. SMITH
523 WEST SIXTH STREET
SUITE 728
LOS ANGELES, CA 90014

FRANCIS M. HADDEN (VIA E-FILING)
GIBBONS, PC
1700 TWO LOGAN SQUARE
18TH & ARCH STREETS
PHILADELPHIA, PA 19103

PRIYA K. JESANI
MICHAEL P. TURIELLO
PRETZEL & STOUFFER, CHARTERED
ONE SOUTH WACKER DRIVE
SUITE 2500
CHICAGO, IL 60606

JEFFREY R. THOMPSON
ONEILL, PARKER & WILLIAMSON, ESQS
PO BOX 217
KNOXVILLE, TN 37901-0217

MATTHEW G. CONWAY
JENNIFER KATZ
818 FARMINGTON AVE
WEST HARTFORD, CT 06119

CHRISTOPHER E. MARTIN (VIA E-FILING)
MORRISON MAHONEY LLP
WATERVIEW PLAZA, 2001 U.S. HIGHWAY 46 EAST, SUITE 200
PARSIPPANY, NJ 07054

ANTHONY BRAZIL
DAVID J. VENDLER
MEGAN S. WYNNE
MORRIS POLICH & PURDY
1055 WEST 17TH STREET
24TH FLOOR
LOS ANGELES, CA 90017-2503

BRIAN PRESTON HEERMANCE
17 STATE STREET
SUITE 110
NEW YORK, NY 10004

WENDI JANE FRISCH
1055 WEST SEVENTH STREET
24TH FLOOR
LOS ANGELES, CA 90017

EDWARD B. RUFF, III
PRETZEL & STOUFFER, CHTD.
ONE SOUTH WICKER DRIVE, SUITE 2500
CHICAGO, IL 60606-4673

CHRISTY COMSTOCK
21 WEST MOUNTAIN STREET
SUITE 300
FAYETTEVILLE, AR 72701

MARK C. GOODMAN (VIA E-FILING)
ETHAN A. MILLER
JOHN B.T. MURRAY, JR.
SQUIRE, SANDERS & DEMPSEY L.L.P.
ONE MARITIME PLAZA, SUITE 300
SAN FRANCISCO, CA 94111-3492

ROBIN LEA HANGER
SQUIRE, SANDERS & DEMPSEY L.L.P.
200 SOUTH BISCAYNE BOULEVARD
SUITE 4000
MIAMI, FL 33131-2398

RICHARD MARK SEGAL
BARBARA L. CROUTCH
PILLSBURY, WINTHROP, SHAW & PITTMAN, ESQS.
101 WEST BROADWAY
SUITE 1800
SAN DIEGO, CA 92101-8219

AMY L. BROWN
SQUIRE, SANDERS & DEMPSEY L.L.P.
1201 PENNSYLVANIA AVENUE, N.W., P.O. BOX 407
WASHINGTON, D.C. 20044-0407

JOHN B.T. MURRAY, JR.
SQUIRE, SANDERS & DEMPSEY L.L.P.
1900 PHILLIPS POINT WEST, 777 SOUTH FLAGLER DRIVE
WEST PALM BEACH, FL 33401-6198

JOSEPH C. WEINSTEIN
SQUIRE, SANDERS & DEMPSEY L.L.P.
4900 KEY TOWER, 127 PUBLIC SQUARE
CLEVELAND, OHIO 44114-1304

LIZA M. WALSH (VIA E-FILING)
TRICIA B. O'REILLY
CONNELL FOLEY LLP
85 LIVINGSTON AVENUE
ROSELAND, NJ 07068

MARSHALL S. NEY
MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, PLLC
5414 PINNACLE POINT DRIVE
SUITE 500
ROGERS, AR 72758

MARK C. GOODMAN
SQUIRE, SANDERS & DEMPSEY L.L.P.
ONE MARITIME PLAZA, SUITE 300
SAN FRANCISCO, CA 94111-3492

JOHN B.T. MURRAY, JR.
SQUIRE, SANDERS & DEMPSEY L.L.P.
1900 PHILLIPS POINT WEST, 777 SOUTH FLAGLER DRIVE
WEST PALM BEACH, FL 33401-6198

ROBIN LEA HANGER
SQUIRE, SANDERS & DEMPSEY L.L.P.
200 SOUTH BISCAYNE BOULEVARD, SUITE 400
MIAMI, FL 33131-2398

LIZA M. WALSH (VIA E-FILING)
TRICIA B. O'REILLY (VIA E-FILING)
CONNELL FOLEY LLP
85 LIVINGSTON AVENUE
ROSELAND, NJ 07068

MARK C. GOODMAN
SQUIRE, SANDERS & DEMPSEY L.L.P.
ONE MARITIME PLAZA, SUITE 300
SAN FRANCISCO, CA 94111-3492

JOHN B.T. MURRAY, JR.
SQUIRE, SANDERS & DEMPSEY L.L.P.
1900 PHILLIPS POINT WEST, 777 SOUTH FLAGLER DRIVE
WEST PALM BEACH, FL 33401-6198

JOSEPH C. WEINSTEIN
SQUIRE, SANDERS & DEMPSEY L.L.P.
4900 KEY TOWER, 127 PUBLIC SQUARE
CLEVELAND, OHIO 44114-1304

ANNE C. GOODWIN
SQUIRE, SANDERS & DEMPSEY L.L.P.
555 SOUTH FLOWER STREET, 31ST FLOOR
LOS ANGELES, CA 90071-2300
LIZA M. WALSH
TRICIA B. O'REILLY
CONNELL FOLEY LLP
85 LIVINGSTON AVENUE
ROSELAND, NJ 07068

MARK C. GOODMAN
SQUIRE, SANDERS & DEMPSEY L.L.P.
ONE MARITIME PLAZA, SUITE 300
SAN FRANCISCO, CA 94111-3492

JOHN B.T. MURRAY, JR.
SQUIRE, SANDERS & DEMPSEY L.L.P.
1900 PHILLIPS POINT WEST, 777 SOUTH FLAGLER DRIVE
WEST PALM BEACH, FL 33401-6198

JOSEPH C. WEINSTEIN
SQUIRE, SANDERS & DEMPSEY L.L.P.
4900 KEY TOWER, 127 PUBLIC SQUARE
CLEVELAND, OHIO 44114-1304

LIZA M. WALSH
TRICIA B. O'REILLY
CONNELL FOLEY LLP
85 LIVINGSTON AVENUE
ROSELAND, NJ 07068

GIBSON, DUNN & CRUTCHER LLP
LINDSAY R. PENNINGTON
GARY L. JUSTICE
GAIL E. LEES
WILLIAM E. WEGNER
333 S GRAND AVE, 45TH FLOOR
LOS ANGELES, CA 90071-3197

BRIAN S. INAMINE
888 S FIGUEROA ST
SUITE 1800
LOS ANGELES, CA 90017

CHARLES H. HORN
WRIGHT, ROBINSON, OSTHIMER & TATUM
44 MONTGOMERY ST
18TH FLOOR
SAN FRANCISCO, CA 94104-4705

RICHARD FAMA
JOHN JOSEPH MCDONOUGH
COZEN & O'CONNOR
45 BROADWAY ATRIUM
16TH FLOOR
NEW YORK, NY 10006

JOHN F. MULLEN (VIA E-FILING)
COZEN O'CONNOR
1900 MARKET STREET
PHILADELPHIA, PA 19103

STEVEN L. RODRIGUEZ
425 CALIFORNIA STREET
SUITE 2400
SAN FRANCISCO, CA 94104

JEAN M. LAWLER
GINA E. OCH
CHASE PLAZA
801 S. GRAND AVE., 9TH FL
LOS ANGELES, CA 90017-4624

JOHN H. ALEXANDER
JOHN H. ALEXANDER & ASSOCIATES
100 WEST MONROE STREET
SUITE 2100
CHICAGO, IL 60603

GEORGE S. BELLAS
BELLAS & WACHOWSKI
15 NORTH NORTHWEST HIGHWAY
PARK RIDGE, IL 60068

BRUCE S. BISTLINE
GORDON LAW OFFICES
623 WEST ILAYS STREET
BOISE, ID 83702-5512

GARRETT D. BLANCHFIELD, JR.
REINHARDT, WENDORF & BLANCHFIELD
332 MINNESOTA STREET
SUITE E-1250
ST. PAUL, MN 55101

NORMAN B. BLUMENTHAL
BLUMENTHAL & MARKHAM
2255 CALLE CLARA
LA JOLLA, CA 92037

BRIAN R. CUNHA
BRIAN CUNHA & ASSOCIATES
311 PINE STREET
FALL RIVER, MA 02720

THOMAS M. FERLAUTO
KING & FERLAUTO
1880 CENTURY PARK EAST
SUITE 820
LOS ANGELES, CA 90067-1627

LUIS GUILLERMO FIGUEROA
ATTORNEYS TRIAL GROUP
540 NORTH SEMORAN BLVD.
ORLANDO, FL 32807

JACK MICHAEL FRIBLEY
FAEGRE & BENSON, LLP
90 SOUTH SEVENTH STREET
SUITE 2200
MINNEAPOLIS, MN 55402-3901

ROBERT B. GERARD
GERARD & OSUCH, LLP
2840 SOUTH JONES BOULEVARD
BUILDING D, SUITE 4
LAS VEGAS, NV 89146

PATRICK J. GOSS
ROSE LAW FIRM
120 EAST FOURTH STREET
LITTLE ROCK, AR 72201

BRADLEY DAVID HERGOTT
SCANDAGLIA & RYAN
55 EAST MONROE STREET
SUITE 3930
CHICAGO, IL 60603

MICK D. HODGES
HODGES LAW OFFICE P.C.
163 2ND AVENUE WEST
P.O. BOX 3088
TWIN FALLS, ID 83303-5298

WILLIAM GENE HORTON
NOLAN, CADDELL & REYNOLDS, P.A.
122 NORTH 11TH STREET
P.O. BOX 184
FORT SMITH, AR 72902-0184

MICHAEL S. KREIDLER
STICH, ANGELL, KREIDLER & DODGE, P.A.
THE CROSSINGS, SUITE 120
250 SECOND AVENUE SOUTH
MINNEAPOLIS, MN 55401

GARY E. MASON
MASON LAW FIRM, P.C.
1225 19TH STREET, N.W.
SUITE 500
WASHINGTON, D.C. 20036

EDWARD T. MATTHEWS
FREDRIKSON & BRYON
200 SOUTH 6TH STREET
SUITE 4000
MINNEAPOLIS, MN 55402-1425

WILLIAM M. O'MARA
BRIAN O'MARA
O'MARA LAW FIRM, P.C.
311 EAST LIBERTY STREET
RENO, NV 89501

BEHRAM V. PAREKH
KIRTLAND & PACKARD, LLP
2361 ROSECRANS BLVD.
4TH FLOOR
EL SEGUNDO, CA 90245-4923

TERRY M. POYNTER
POYNER LAW OFFICES
P.O. BOX 370
MOUNTAIN HOME, AR 72654-0370
EUGENE R. RICHARD
WAYNE RICHARD & HURWITZ, LLP
ONE BOSTON PLACE
SUITE 3620
BOSTON, MA 02108

CHARLES W. SPANN
PERRY & SPANN
6130 PLUMAS STREET
RENO, NV 89509

STEPHEN R. THOMAS
MOFFATT, THOMAS, BARRETT, ROCK & FIELDS, CHTD.
P.O. BOX 829
BOISE, MD 83701

ADAM T. WASKOWSKI
LORD, BISSELL & BROOK, LLP
111 SOUTH WACKER DRIVE
CHICAGO, IL 60606

SCOTT WM. WEINSTEIN
MORGAN & MORGAN, P.A.
12800 UNIVERSITY DRIVE
SUITE 600
P.O. BOX 9504
FORT MYERS, FL 33906

NICHOLAS M. WIECZOREK
MORRIS POLICH & PURDY, LLP
3980 HOWARD HUGHES PARKWAY
SUITE 400
LAS VEGAS, NV 89109