UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE PET FOOD PRODUCTS LIABILITY LITIGATION : : : : | **Document Electronically Filed**<br>Civil Action No.: 07-2867-NLH<br>MDL Docket No. 1850 |

## NOTICE OF CHANGE OF FIRM ADDRESS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**Shepherd, Finkelman, Miller & Shah, LLC** hereby advises the Court and all parties in this matter that as of October 1, 2007 the firm's new Florida address is:

**1640 Town Center Circle
Suite 216
Weston, FL 33326**

The firm telephone (954-943-9191), facsimile (954-943-9173) and email (sshepherd@sfmslaw.com) will remain the same.

As of the above date, please use this new address on all pleadings, correspondence and other documents.

Dated: November 1, 2007            Respectfully submitted,

By:   s/ Natalie Finkelman Bennett
SHEPHERD, FINKELMAN, MILLER
& SHAH, LLC
35 E. State Street
Media, PA 19063
Telephone: (610) 891-9880
Facsimile: (610) 891-9883
Email: nfinkelman@sfmslaw.com

**Attorneys for Plaintiffs
Stephen Donnelly and Jennifer Hirni**

Dockets.Justia.com

## CERTIFICATE OF SERVICE

I hereby certify on November 1, 2007, I sent the foregoing Notice of Change of Firm Address to the Clerk of Court via ECF Filing and to all those filers who are registered to receive electronic filings. All counsel on the attached Service List not registered to receive ECF filings have been served via first class mail postage prepaid this 1st day of November, 2007.

By: ____s/ Natalie Finkelman Bennett____

SERVICE LIST
IN RE PET FOOD PRODUCT LIABILITY LITIGATION
Case No. 1:07-cv-2867
MDL Docket No. 1850

**Attorneys not registered to receive ECF Filings:**
A. JAMES ANDREWS
905 LOCUST STREET
KNOXVILLE, TN 37902

RENE LYNN BARGE
11111 SANTA MONICA BOULEVARD
LOS ANGELES, CA 90025

NICOLE BASS
905 LOCUST STREET
KNOXVILLE, TN 37902

LOUISE A. BEHRENDT
250 2ND AVE S STE 120
MINNEAPOLIS, MN 55401

JOSEPH S. BELLISSIMO
ROBERT N. PIERCE & ASSOCIATES
324 SIMS STREET
ELLWOOD CITY, PA 16117

MARK A. BERKOFF
203 N LASALLE STREET
SUITE 1900
CHICAGO, IL 60601-1293

GARRETT D. BLANCHFIELD , JR
332 MINNESOTA ST
SUITE E-1250
ST. PAUL, MN 55101

JOHN BLIM
BLIM & EDELSON, LLC
53 WEST JACKSON BLVD
SUITE 1642
CHICAGO, IL 60604

MORDECAI D. BOONE
275 BATTERY STREET
20TH FLOOR
SAN FRANCISCO, CA 94111

THOMAS J. CABRAL
7TH FLOOR BULKLEY BUILDING
1501 EUCLID AVENUE
CLEVELAND, OH 44115

PAUL C. CATSOS
3 CANAL PLAZA
P.O. BOX 4630
PORTLAND, ME 04112

GINO L. DI VITO
209 SOUTH LASALLE STREET
7TH FLOOR
CHICAGO, IL 60604

NICOLE DORSKY
200 PUBLIC SQUARE #2300
CLEVELAND, OH 44114-2378

MATTHEW J. DUCHEMIN
P.O. BOX 2113
33 EAST MAIN STREET
SUITE 900
MADISON, WI 53701-2113

JAY EDELSON
53 WEST JACKSON BOULEVARD
SUITE 1642
CHICAGO, IL 60604

JOHN G. EMERSON
500 PRESIDENT CLINTON AVENUE
SUITE 305
LITTLE ROCK, AR 72207

THOMAS M. FERLAUTO
1880 CENTURY PARK EAST
SUITE 820
LOS ANGELES, CA 90067-1672

JACK M. FRIBLEY
90 5 7TH STREET
SUITE 2200
MINNEAPOLIS, MN 55402-390 1

ANDREW H. FRIEDMAN
723 OCEAN FRONT WALK
VENICE, CA 90291

WENDI JANE FRISCH
1055 WEST SEVENTH STREET
24TH FLOOR
LOS ANGELES, CA 90017

MARY E. GATELY
DLA PIPER US LLP
500 8TH STREET, NW.
WASHINGTON, DC 20004

PAUL J. GELLER
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
197S FEDERAL HIGHWAY
SUITE 200
BOCA RATON, FL 33432

JEREMY GILMAN
200 PUBLIC SQUARE #2300
CLEVELAND, OH 44114-2378

JOSEPH GOLDBERG
FREEDMAN BOYD DANIELS HOLLANDER, GOLDBERG & CLINE, PA
20 FIRST PLAZA
SUITE 700
ALBUQUERQUE, NM 87102

LEONARD M. GULINO
100 MIDDLE STREET
P.O. BOX 9729
PORTLAND, ME 04 104-5029

DANIEL E. GUSTAFSON
650 NORTHSTAR EAST
608 SECOND AVENUE SOUTH
MINNEAPOLIS, MN 55402

SUSAN MORIARTY HACK
401 WEST A STREET
SUITE 2600
SAN DIEGO, CA 92101

ROBIN LEA HANGER
SQUIRE, SANDERS & DEMPSEY L.L.P.
200 SOUTH BISCAYNE BOULEVARD
SUITE 4000
MIAMI, FL 33131-2398

SUZANNE HAVENS BECKMAN
PARISI AND HAVENS
15233 VALLEYHEART DRIVE
SHERMAN OAKS, CA 91403

BRIAN PRESTON HEERMANCE
17 STATE STREET
SUITE 110
NEW YORK, NY 10004

HAROLD M. HEWELL
402 WEST BROADWAY
FOUTH FLOOR
SAN DIEGO, CA 92101

PAUL L. HOFFMAN
723 OCEAN FRONT WALK
SUITE 100
VENICE, CA 9029 1-3270

CHARLES H. HORN
44 MONTGOMERY ST
18TH FLOOR
SAN FRANCISCO, CA 94 104-4705

JAMES E. HOWARD
1420 5TH AVE
STE 3400
SEATTLE, WA 98101

DON HOWARTH
523 WEST SIXTH STREET
SUITE 728
LOS ANGELES, CA 90014

BRIAN S. INAMINE
888 S FIGUEROA ST
SUITE 1800
LOS ANGELES, CA 90017

CHRISTOPHER D. JENNINGS
500 PRESIDENT CLINTON AVENUE
SUITE 305
LITTLE ROCK, AR 72207

PRIYA K. JESANI
PRETZEL & STOUFFER, CH
ONE SOUTH WACKER DRIVE
SUITE 2500
CHICAGO, IL 60606

ROBERT A. JIGARJIAN
128 TUNSTEAD AVENUE
SAN ANSELMO, CA 94960

GARY L. JUSTICE
333 SOUTH GRAND AVENUE
LOS ANGELES, CA 90071-3197

JENNIFER KATZ
818 FARMINGTON AVE
WEST HARTFORD, CT 06119

MICHAEL L. KELLY
2361 ROSECRANS AVENUE
4TH FLOOR
EL SEGUNDO, CA 90245

JEFFREY T. KESTLE
2200 6TH AVENUE
STE 600
SEATTLE, WA 98121

SABRINA S. KIM
ONE CALIFORNIA PLAZA
300 SOUTH GRAND AVENUE
SUITE 3900
LOS ANGELES, CA 90071

WILLIAM T. KING
1880 CENTURY PARK EAST
SUITE 820
LOS ANGELES, CA 90067-1627

KRISANN KLEIBACKER C LEE
90 S 7TH STREET
SUITE 2200
MINNEAPOLIS, MN 55402-3901

LAWRENCE M. KOPELMAN
350 E LAS OLAS BOULEVARD
SUITE 980
FORT LAUDERDALE, FL 33301

MICHAEL S. KREIDLER
250 2ND AVE S STE 120
MINNEAPOLIS, MN 55401-2190

ROBERT R. KURTZ
STANLEY & KURTZ, PLLC
422 GAY STREET, 3RD STREET
KNOXVILLE, TN 37902

JEAN M. LAWLER
CHASE PLAZA
801 5. GRAND AVE., 9TH FL
LOS ANGELES, CA 900 17-4624

GAIL E. LEES
GIBSON, DUNN & CRUTCHER LLP
333 SOUTH GRAND AVENUE
47TH FLOOR
LOS ANGELES, CA 90071

PAUL F. LINN
100 EAST WISCONSIN AVENUE, #3300
MILWAUKEE, WI 53202

CARRIE ANN LUBINSKI
275 BATTERY STREET
SUITE 2000
SAN FRANCISCO, CA 94111

JEFFERY N. LUTHI
ONE COLUMBUS CIRCLE, NE
THURGOOD MARSHALL FEDERAL JUDICIARY BUILDING
RM G255, NORTH LOBBY
WASHINGTON, DC 20002

EDWARD T. MATTHEWS
200 S 6TH STREET STE 4000
MINNEAPOLIS, MN 55402-1425

JOHN JOSEPH MCDONOUGH
45 BROADWAY ATRIUM
16TH FLOOR
NEW YORK, NY 10006

ROBERT D. MCINTOSH
ADORNO & YOSS, PA
888 SE 3RD AVENUE
SUITE 500
FORT LAUDERDALE, FL 33335

JENNIFER L. MCKEEGAN
SIXTH FLOOR BULKLEY BUILDING
1501 EUCLID AVENUE
CLEVELAND, OH 44115

STEVEN J. MERKER
370 17TH STREET
REPUBLIC PLAZA BUILDING
#4700
DENVER, CO 80202-5647

ETHAN A. MILLER
ONE MARITIME PLAZA
SUITE 300
SAN FRANCISCO, CA 94111

DANIEL J. MITCHELL
100 MIDDLE STREET
P.O. BOX 9729
PORTLAND, ME 04104-5029

LORA ESCH MITCHELL
200 S 6TH STREET STE 4000
MINNEAPOLIS, MN 55402-1425

MICHAEL S. MORRISON
723 OCEAN FRONT WALK
VENICE, CA 90291-3270

JOHN B.T. MURRAY , JR
SQUIRE, SANDERS & DEMPSEY
1900 PHILLIPS POINT WEST
777 SOUTH FLAGLER DRIVE
WEST PALM BEACH, FL 33401-6198

ALLISON BETH NEIDOFF
ONE PENNSYLVANIA PLAZA
37TH FLOOR
NEW YORK, NY

GREGORY M. NESPOLE
WOLF, HALDENSTEIN, ADLER FREEMAN & HERZ, LLP
270 MADISON AVENUE
NEW YORK, NY 10016

MARSHALL S. NEY
MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, PLLC
5414 PINNACLE POINT DRIVE
SUITE 500
ROGERS, AR 72758

GINA E. OCH
CHASE PLAZA
801 5. GRAND AVE, 9TH FL
LOS ANGELES, CA 90017-4624

DAVID C. PARISI
PARISI LAW FIRM
15233 VALLEYHEART DRIVE
SHERMAN OAKS, CA 91403

DAVID A. PAYNE
607 MAIN STREET
CASSVILLE, MO 65625

ROBERT N. PEIRCE
PEIRCE, RAIMOND & COULTER
707 GRANT STREET
2500 GULF TOWER
PITTSBURGH, PA 15219

SCOTT E. POYNTER
500 PRESIDENT CLINTON AVENUE
SUITE 305
LITTLE ROCK, AR 72207

TERRY M. POYNTER
POST OFFICE BOX 370
MOUNTAIN HOME, AR 72654-03 70

MARK REINHARDT
332 MINNESOTA STREET
SUITE E-1250
ST. PAUL, MN 55101

STEVEN L. RODRIGUEZ
425 CALIFORNIA STREET
SUITE 2400
SAN FRANCISCO, CA 94104

FRANK C. ROTHROCK
SHOOK, HARDY & BACON L.L.P.
5 PARK PLAZA, #1600
IRVINE, CA 92614

DANIEL L. ROTTINGHAUS
BERDING & WELL
3240 STONE VALLEY ROAD WEST
ALAMO, CA 94507

EDWARD B. RUFF , III
PRETZEL & STOUFFER, CH
ONE SOUTH WICKER DRIV
SUITE 2500
CHICAGO, IL 60606-4673

SHERRIE R. SAVETT
BERGER & MONTAGUE, PC
1622 LOCUST STREET
PHILADELPHIA, PA 19103

KARL A. SCHLEDWITZ
THE SOUTHLAND COMPANIES
THE TOWER AT PEABODY PLACE
100 PEABODY PLACE
SUITE 1325
MEMPHIS, TN 38013

AMY W. SCHULMAN
DLA PIPER US LLP
1251 AVENUE OF THE AMERICAS
27TH FLOOR
NEW YORK, NY 10020-1104

EVAN L. SCHWAB
1420 5TH AVE
STE 3400
SEATTLE, WA 98101

RICHARD MARK SEGAL
PILLSBURY, WINTHROP, SHAW & PITTMAN, ESQS.
501 WEST BROADWAY
SUITE 1100
SAN DIEGO, CA 92 101-3575

ALEXANDER SHAKNES
DLA PIPER US LLP
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1104

JAMES S. SIMONSON
80 5 8TH STREET STE 500
MINNEAPOLIS, MN 55402

SUZELLE M. SMITH
523 WEST 6TH STREET
SUITE 728
LOS ANGELES, CA 90014

DENNIS STEWART
550 WEST C STREET SUITE 1600
SAN DIEGO, CA 92101

MICHAEL L. STOKER
205 FIFTH AVENUE SOUTH
SUITE 600
P.O. BOX 1626
LA CROSSE, WI 54602-1626

JEFFREY R. THOMPSON
ONEILL, PARKER & WILLIAMSON, ESQ
P0 BOX 217
KNOXVILLE, TN 37901-02 17

GARY A. TRABOLSI
2200 6TH AVE
STE 600
SEATTLE, WA 98121

MICHAEL P. TURIELLO
PRETZEL & STOUFFER, CHARTERED
ONE SOUTH WACKER DRIVE
SUITE 2500
CHICAGO, IL 60606

DAVID J. VENDLER
1055 WEST 7TH
24TH FLOOR
LOS ANGELES, CA 90017-2503

PETER N. WASYLYK
1307 CHALKSTONE AVENUE
PROVIDENCE, RI 02908

WILLIAM E. WEGNER
333 SOUTH GRAND AVENUE
LOS ANGELES, CA 90071-3 197

SCOTT WM. WEINSTEIN
12800 UNIVERSITY DR
STE 600
P0 BOX 9504
FT. MYERS, FL 33906

JEFF S. WESTERMAN
ONE CALIFORNIA PLAZA
300 SOUTH GRAND AVENUE
SUITE 3900
LOS ANGELES, CA 90071

JEFFREY M. WHITE
ONE MONUMENT SQUARE
PORTLAND, ME 04101-1110

CHERYL A. WILLIAMS
ONE CALIFORNIA PLAZA
300 SOUTH GRAND AVENUE
SUITE 3900
LOS ANGELES, CA 90071

SHAWN A. WILLIAMS
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
100 PINE STREET
SUITE 2600
SAN FRANCISCO, CA 94111