# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

IN RE   Pet Food Products       :   Civil Action No. 07-2867 (NLH)
        Liability Litigation    :
                                :   MDL DOCKET NO. 1850
                                :
                                :   ALL CASES

The Court having raised this issue *sua sponte* because it had received communications from eight non-party members of the putative class in the instant action; and

These non-parties having sought the right to negotiate and settle their claims with Defendant Menu Foods; but

Defendant Menu Foods having entered into a consent order to cease its communications with putative class members until a supplemental communication is agreed upon by the parties and/or approved by the Court [Civ. A. No. 07-1338, Docket Nos. 31, 36]; and,

The Court having issued an Order to Show Cause why Menu Foods should not be granted leave to settle with certain designated members of the putative class; and

The Court having held a hearing on September 26, 2007 on, *inter alia*, this issue; and

The Court having received no objection to these non-party members settling their claims; and

The Court having instructed liaison counsel for plaintiffs and defendants to work together to prepare letters to be sent to these non-party members, and to submit those letters to the Court

for approval; and

It appearing that no objection to the letters has been filed;

**IT IS HEREBY** on this 7th day of November, 2007

**ORDERED** that the previous Orders of the Court enjoining Menu Foods from communicating with putative class members are modified to allow Menu Foods to send these letters to these non-party members of the putative class; and it is further

**ORDERED** that defendants shall mail these letters within seven (7) days of the date of this Order.

s/ Noel L. Hillman

At Camden, New Jersey               NOEL L. HILLMAN, U.S.D.J.