

# HILL WALLACK LLP
## ATTORNEYS AT LAW

202 CARNEGIE CENTER, CN 5226, PRINCETON, NJ 08543-5226
TELEPHONE: (609) 924-0808, FAX: (609) 452-1888
WWW.HILLWALLACK.COM

Writer's Direct Dial: (609) 734-6390

November 9, 2007

Via Electronic Filing

Honorable Noel L. Hillman
United States District Court
Federal Building
One John F. Gerry Plaza, Room 6020
Camden, NJ 08101

Re:    In re Pet Food Products Liability Litigation, 07cv2867 (NLH)(AMD)
       MDL Docket No.: 1850

Dear Judge Hillman:

As local New Jersey counsel for the Menu Foods defendants, I am filing the attached letters from Amy Weinfeld Schulman, Esquire to the seven (7) non-party members of the putative class that have previously contacted Your Honor, which correspondence was approved by this court via the Order filed on November 7, 2007.

Respectfully submitted,

*Gerard H Hanson*

GERARD H. HANSON
GHH@HillWallack.com

GHH:kg
Enclosures
cc:  All Counsel via ECF Filing

{F:\WDOX\DOCS\014210\00001\01660991; 1}

Dockets.Justia.com