

DLA Piper US LLP
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

Amy W. Schulman
amy.schulman@dlapiper.com
T  212.335.4700
F  212.884.8508

November 9, 2007

*By FEDERAL EXPRESS*

Brian Varian
6455 Bothwell Road
Reseda, CA 91335

**Re:    Your call to the Honorable Noel Hillman**

Dear Mr. Varian:

Judge Noel Hillman of the U.S. District Court in Camden, New Jersey, has referred your call to him to us because we represent Menu Foods.

We apologize for any delay and appreciate your patience. In order to quickly address your product concerns, Menu Foods asks that you contact directly Wal-Mart, the retailer from whom you purchased the product. Wal-Mart has an ongoing settlement and reimbursement program for consumers like yourself who have claims relating to the pet food recall. The contact information for Wal-Mart is as follows:

Rodney Jernigan
Claims Manager
CMI-Wal-Mart
922 W. Walnut
Rogers, AR 72756
(800) 527-0566

Again, we apologize for the inconvenience.

Sincerely,

Amy Weinfeld Schulman

cc:    The Honorable Noel Hillman
Lisa Rodriguez, Esq.
Craig A. Hoover, Esq.
Mark C. Goodman, Esq.

Dockets.Justia.com



November 9, 2007
Page Two


     D. Jeffrey Ireland, Esq.
     Don Varian  (via facsimile 818-883-2909)


WASH1\4928864.1



DLA Piper US LLP
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

Amy W. Schulman
amy.schulman@dlapiper.com
T  212.335.4700
F  212.884.8508

November 9, 2007

*By FEDERAL EXPRESS*

Robert Cazuoti
2206 Prosper Street
Palatka, FL 32177

**Re:    Your call to the Honorable Noel Hillman**

Dear Mr. Cazuoti:

Judge Noel Hillman of the U.S. District Court in Camden, New Jersey, has referred your call to him to us because we represent Menu Foods.

We apologize for any delay and appreciate your patience. In order to quickly address your product concerns, Menu Foods asks that you contact directly Wal-Mart, the retailer from whom you purchased the product. Wal-Mart has an ongoing settlement and reimbursement program for consumers like yourself who have claims relating to the pet food recall. The contact information for Wal-Mart is as follows:

> Rodney Jernigan
> Claims Manager
> CMI-Wal-Mart
> 922 W. Walnut
> Rogers, AR 72756
> (800) 527-0566

Again, we apologize for the inconvenience.

Sincerely,

Amy Weinfeld Schulman

cc:    The Honorable Noel Hillman
       Lisa Rodriguez, Esq.
       Craig A. Hoover, Esq.
       Mark C. Goodman, Esq.



November 9, 2007
Page Two

D. Jeffrey Ireland, Esq.



DLA Piper US LLP
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

Amy W. Schulman
amy.schulman@dlapiper.com
T 212.335.4700
F 212.884.8508

November 9, 2007

*By FEDERAL EXPRESS*

Theresa L. Evans
134 Lariat Road
Baltimore, MD 21220

**Re:    Your letter to the Honorable Noel Hillman dated August 22, 2007**

Dear Ms. Evans:

Judge Noel Hillman of the U.S. District Court in Camden, New Jersey, has referred your August 22, 2007 letter to us because we represent Menu Foods.

We apologize for any delay and appreciate your patience. In order to quickly address your product concerns, Menu Foods asks that you contact directly the brand manufacturer whose product you purchased or retailer from whom you purchased your pet food. The brand manufacturers and certain retailers have ongoing settlement and reimbursement programs for consumers like yourself who have claims relating to the pet food recall.

Since you have not identified the brand of the food you purchased or from whom you purchased the pet food, we are providing contact information for the brand manufacturers and retailers from whom you may have purchased your pet food. If you know the brand manufacturer of the food you purchased, please contact the brand manufacturer rather than the retailer. The contact information for the brand manufacturers and retailers is as follows:

| <u>Nutro</u><br>Ms. Tamara Cerven<br>Consumer Services Manager<br>Nutro Products, Inc.<br>445 Wilson Way<br>City of Industry, CA 91744<br>(626) 968-0532 ext. 2702 | <u>P&G Pet Care (Iams and Eukanuba brands)</u><br>Marti Hissong<br>The Iams Company<br>7250 Poe Avenue<br>Dayton, Ohio 45414<br>(800) 782-0923 |
| --- | --- |



November 9, 2007

Page Two

| Nestle Purina<br>Linda Bereitschaft<br>Senior Pet Advisor<br>Office of Consumer Affairs<br>Nestlé Purina PetCare Company<br>Checkerboard Square<br>St. Louis, Missouri 63164<br>(314) 982-4586 | Hill's<br>Jené Haaf<br>Hill's Pet Nutrition, Inc.<br>P.O. Box 148<br>Topeka, KS 66601-0148<br>1-785-368-5097 |
|---|---|
| Wal-Mart<br>Rodney Jernigan<br>Claims Manager<br>CMI-Wal-Mart<br>922 W. Walnut<br>Rogers, AR 72756<br>(800) 527-0566 | |

Again, we apologize for the inconvenience. If this list does not include the brand manufacturer or retailer from whom you purchased your pet food, please let me know and we can direct you to the appropriate entity.

Sincerely,

Amy Weinfeld Schulman

cc:   The Honorable Noel Hillman
      Lisa Rodriguez, Esq.
      Craig A. Hoover, Esq.
      Mark C. Goodman, Esq.
      D. Jeffrey Ireland, Esq.

WASH1\4939210.1



**DLA Piper US LLP**
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

Amy W. Schulman
amy.schulman@dlapiper.com
**T** 212.335.4700
**F** 212.884.8508

November 9, 2007

*BY FEDERAL EXPRESS*

Jodi Golbeck
P.O. Box 558
Crystal Lake, IL 60039-0558

**Re:** **Your call to the Honorable Noel Hillman**

Dear Ms. Golbeck:

Judge Noel Hillman of the U.S. District Court in Camden, New Jersey, has referred your call to him to us because we represent Menu Foods.

We apologize for any delay and appreciate your patience. In order to quickly address your product concerns, Menu Foods asks that you contact Mark Goodman, counsel for Dominick's/Safeway, the retailer from whom you purchased the product. Mr. Goodman's contact information is as follows:

> Mark C. Goodman
> Squire, Sanders & Dempsey L.L.P.
> One Maritime Plaza
> Suite 300
> San Francisco, CA 94111-3492
> (415) 954-0289

Again, we apologize for the inconvenience.

Sincerely,

Amy Weinfeld Schulman

cc:   The Honorable Noel Hillman
      Lisa Rodriguez, Esq.
      Craig A. Hoover, Esq.
      Mark C. Goodman, Esq.
      D. Jeffrey Ireland, Esq.



DLA Piper US LLP
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

Amy W. Schulman
amy.schulman@dlapiper.com
T  212.335.4700
F  212.884.8508

November 9, 2007

*BY FEDERAL EXPRESS*

Thomas Lincoln
616 South 71st Street
Springfield, OR 97478

**Re:    Your letter to the Honorable Noel Hillman dated July 25, 2007**

Dear Mr. Lincoln:

Judge Noel Hillman of the U.S. District Court in Camden, New Jersey, has referred your July 25, 2007 letter to us because we represent Menu Foods.

We apologize for any delay and appreciate your patience.  In order to quickly address your product concerns, Menu Foods asks that you contact directly the brand manufacturer whose product you purchased or retailer from whom you purchased your pet food.  The brand manufacturers and certain retailers have ongoing settlement and reimbursement programs for consumers like yourself who have claims relating to the pet food recall.

Since you have not identified the brand of the food you purchased or from whom you purchased the pet food, we are providing contact information for the brand manufacturers and retailers from whom you may have purchased your pet food.  If you know the brand manufacturer of the food you purchased, please contact the brand manufacturer rather than the retailer.  The contact information for the brand manufacturers and retailers is as follows:

| Nutro | P&G Pet Care (Iams and Eukanuba brands) |
|---|---|
| Ms. Tamara Cerven | Marti Hissong |
| Consumer Services Manager | The Iams Company |
| Nutro Products, Inc. | 7250 Poe Avenue |
| 445 Wilson Way | Dayton, Ohio 45414 |
| City of Industry, CA 91744 | (800) 782-0923 |
| (626) 968-0532 ext. 2702 | |



November 9, 2007

Page Two

| | |
|---|---|
| Nestle Purina<br>Linda Bereitschaft<br>Senior Pet Advisor<br>Office of Consumer Affairs<br>Nestlé Purina PetCare Company<br>Checkerboard Square<br>St. Louis, Missouri 63164<br>(314) 982-4586 | Hill's<br>Jené Haaf<br>Hill's Pet Nutrition, Inc.<br>P.O. Box 148<br>Topeka, KS 66601-0148<br>1-785-368-5097 |
| Wal-Mart<br>Rodney Jernigan<br>Claims Manager<br>CMI-Wal-Mart<br>922 W. Walnut<br>Rogers, AR 72756<br>(800) 527-0566 | |

   Again, we apologize for the inconvenience. If this list does not include the brand manufacturer or retailer from whom you purchased your pet food, please let me know and we can direct you to the appropriate entity.

        Sincerely,

        Amy Weinfeld Schulman

cc: The Honorable Noel Hillman
   Lisa Rodriguez, Esq.
   Craig A. Hoover, Esq.
   Mark C. Goodman, Esq.
   D. Jeffrey Ireland, Esq.

WASH1\4939213.1



DLA Piper US LLP
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

Amy W. Schulman
amy.schulman@dlapiper.com
T 212.335.4700
F 212.884.8508

November 9, 2007

*BY FEDERAL EXPRESS*

Paula A. Somsky
10559 Sandalfoot Blvd. W.
Boca Raton, FL 33428

**Re:    Your letter to the Honorable Noel Hillman**

Dear Ms. Somsky:

      Judge Noel Hillman of the U.S. District Court in Camden, New Jersey, has referred your letter to us because we represent Menu Foods.

      We apologize for any delay and appreciate your patience. In order to quickly address your product concerns, Menu Foods asks that you contact directly the brand manufacturer whose product you purchased or retailer from whom you purchased your pet food. The brand manufacturers and certain retailers have ongoing settlement and reimbursement programs for consumers like yourself who have claims relating to the pet food recall.

      Since you have not identified the brand of the food you purchased or from whom you purchased the pet food, we are providing contact information for the brand manufacturers and retailers from whom you may have purchased your pet food. If you know the brand manufacturer of the food you purchased, please contact the brand manufacturer rather than the retailer. The contact information for the brand manufacturers and retailers is as follows:

| Nutro | P&G Pet Care (Iams and Eukanuba brands) |
|---|---|
| Ms. Tamara Cerven | Marti Hissong |
| Consumer Services Manager | The Iams Company |
| Nutro Products, Inc. | 7250 Poe Avenue |
| 445 Wilson Way | Dayton, Ohio 45414 |
| City of Industry, CA 91744 | (800) 782-0923 |
| (626) 968-0532 ext. 2702 | |



November 9, 2007

Page Two

| | |
|---|---|
| Nestle Purina<br>Linda Bereitschaft<br>Senior Pet Advisor<br>Office of Consumer Affairs<br>Nestlé Purina PetCare Company<br>Checkerboard Square<br>St. Louis, Missouri 63164<br>(314) 982-4586 | Hill's<br>Jené Haaf<br>Hill's Pet Nutrition, Inc.<br>P.O. Box 148<br>Topeka, KS 66601-0148<br>1-785-368-5097 |
| Wal-Mart<br>Rodney Jernigan<br>Claims Manager<br>CMI-Wal-Mart<br>922 W. Walnut<br>Rogers, AR 72756<br>(800) 527-0566 | |

Again, we apologize for the inconvenience. If this list does not include the brand manufacturer or retailer from whom you purchased your pet food, please let me know and we can direct you to the appropriate entity.

Sincerely,

Amy Weinfeld Schulman

cc:    The Honorable Noel Hillman
       Lisa Rodriguez, Esq.
       Craig A. Hoover, Esq.
       Mark C. Goodman, Esq.
       D. Jeffrey Ireland, Esq.

WASH1\4939214.1



DLA Piper US LLP
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

Amy W. Schulman
amy.schulman@dlapiper.com
T 212.335.4700
F 212.884.8508

November 9, 2007

*BY FEDERAL EXPRESS*

Carol Byrnside
152 Yacht Watch Drive
Holden Beach, NC 28462

**Re:    Your letter to the Honorable Noel Hillman dated August 2, 2007**

Dear Ms. Byrnside:

Judge Noel Hillman dated August 2, 2007, has been referred to us because we represent Menu Foods.

We apologize for any delay and appreciate your patience. In order to quickly address your product concerns, Menu Foods asks that you contact directly Nutro, the brand manufacturer whose product you purchased. Nutro has an ongoing settlement and reimbursement program for consumers like yourself who have claims relating to the pet food recall. The contact information for Nutro is as follows:

Ms. Tamara Cerven
Consumer Services Manager
Nutro Products, Inc.
445 Wilson Way
City of Industry, CA 91744
(626) 968-0532 ext. 2702

Sincerely,

Amy Weinfeld Schulman

cc:    The Honorable Noel Hillman
Lisa Rodriguez, Esq.
Craig A. Hoover, Esq.
Mark C. Goodman, Esq.
D. Jeffrey Ireland, Esq.
WASH1\4939215.1