UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: PET FOOD PRODUCTS LIABILITY LITIGATION | Civil Action No. 07-2867 (NLH)<br><br>MDL Docket No. 1850<br><br>ALL CASES |

### NOTICE OF ISSUANCE OF SUBPOENA TO DR. GEORGE P. McCABE

TO: All Parties on the attached list, by their counsel of record:

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 45, Plaintiffs have issued for service a subpoena for deposition and duces tecum on Dr. George P. McCabe, requiring deposition testimony and production of documents described on Exhibit A to the subpoena. The subpoena is attached to this notice.

By: _____
Mark J. Tamblyn

Kenneth A. Wexler
Mark J. Tamblyn
WEXLER TORISEVA WALLACE LLP
55 West Monroe Street, Suite 3300
Chicago, Il 60603
Telephone: (312) 346-2222

Steve W. Berman
Jeniphr Breckenridge
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292

Sherrie R. Savett
Russell D. Paul
BERGER & MONTAGUE PC
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000

1

Stuart A. Davidson
COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432-4809
Telephone: (561) 750-3000

William M. Audet
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone: (415) 568-2555

Scott A. Kamber
Jay Edelson
KAMBER EDELSON
11 Broadway, 22nd Floor
New York, NY 10004
Telephone: (212) 920-3072

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of November, 2007, a true and correct copy of the foregoing instrument was served on the following counsel by facsimile and mail:

| | |
|---|---|
| Jason M. Hatfield<br>**LUNDY & DAVIS LLP**<br>300 N. College Avenue, Suite 309<br>Fayetteville, AR 72701<br>Telephone: (479) 527-3921<br>Facsimile: (479) 587-9196 | Lisa J. Rodriguez<br>**TRUJILLO RODRIGUEZ & RICHARDS LLC**<br>8 Kings Highway West<br>Haddonfield, NJ 08033<br>Telephone: (856) 795-9002<br>Facsimile: (856) 795-9887 |
| Jeremy Y. Hutchinson<br>Stephens Building<br>111 Center Street, Suite 1315<br>Little Rock, AR 72201<br>Telephone: (501) 372-3480<br>Facsimile: (501) 372-3488 | James C. Wyly<br>**PATTON ROBERTS MCWILLIAMS & CAPSHAW LLP**<br>Century Bank Plaza, Suite 400<br>P. O. Box 6128<br>Texarkana, TX 75505-6128<br>Telephone: (903) 334-7000<br>Facsimile: (903) 334-7007 |
| Timothy Chad Hutchinson<br>**WILLIAMS & HUTCHINSON LLP**<br>5417 Pinnacle Point Drive, Suite 500<br>Rogers, AZ 72758<br>Telephone: (479) 464-4944<br>Facsimile: (479) 646-4946 | Kenneth A. Wexler<br>**WEXLER TORISEVA WALLACE LLP**<br>55 West Monroe Street, Suite 3300<br>Chicago, Illinois 60603<br>Telephone: (312) 346-2222<br>Facsimile: (312) 346-0022 |
| Stuart C. Talley<br>**KERSHAW CUTTER RATINOFF LLP**<br>980 9th Street, 19th Floor<br>Sacramento, CA 95814<br>Telephone: (916) 448-9800<br>Facsimile: (916) 669-4499 | Bruce E. Newman<br>**NEWMAN CREED & ASSOCIATES**<br>99 North Street, Route 6<br>P. O. Box 575<br>Bristol, CT 06011-0575<br>Telephone: (860) 583-5200<br>Fax: (860) 582-0012 |
| Joseph J. DePalma<br>**LITE DEPALMA GREENBERG & RIVAS LLC**<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102<br>Telephone: (973) 623-3000<br>Facsimile: (973) 623-0858 or 623-5469 | Stuart A. Davidson<br>**STOIA GELLER RUDMAN & ROBBINS LLP**<br>120 E. Palmetto Park Road, Suite 500<br>Boca Raton, FL 33432-4809<br>Telephone: (561) 750-3000<br>Fax: (561) 750-3364 |

| | |
|---|---|
| Lawrence Kopelman<br>**KOPELMAN & BLANKMAN**<br>350 E. Las Olas Blvd., Suite 980<br>Ft. Lauderdale, FL 33301<br>Telephone: (954) 462-6855<br>Facsimile: (954) 462-6899 | Gino L. Divito<br>209 South LaSalle Street, 7th Floor<br>Chicago, IL 60604<br>Telephone: (312) 762-9460<br>Fax: (312) 762-9451 |
| Jay Edelson<br>**BLIM & EDELSON LLC**<br>53 West Jackson Blvd., Suite 1642<br>Chicago, IL 60604<br>Telephone: (312) 913-3400<br>Facsimile: (312) 913-9401 | Sherrie R. Savett<br>Russell D. Paul<br>**BERGER & MONTAGUE PC**<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Telephone: (215) 875-3000<br>Facsimile: (215) 875-4604 |
| A. James Andrews<br>Nicole Bass<br>905 Locust Street<br>Knoxville, TN 37902<br>Telephone: (865) 660-3993<br>Facsimile: (865) 523-4623 | Perry A. Craft<br>**CRAFT & SHEPPARD PLC**<br>The Shiloh Building<br>214 Centerview Drive, Suite 223<br>Brentwood, TN 37027<br>Telephone: (615) 309-1707<br>Facsimile: (615) 309-1717 |
| Adam P. Karp<br>**ANIMAL LAW OFFICES**<br>114 W. Magnolia Street, Suite 425<br>Bellingham, WA 98225<br>Telephone: (888) 430-0001<br>Facsimile: (866) 652-3832 | Michael David Myers<br>**MYERS & COMPANY PLLC**<br>1809 Seventh Avenue, Suite 700<br>Seattle, WA 98101<br>Telephone: (206) 398-1188<br>Facsimile: (206) 400-1112 |
| Steve W. Berman<br>Jeniphr A.E. Breckenridge<br>**HAGENS BERMAN**<br>1301 5th Avenue, Suite 2900<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Fax: (206) 623-0594 | Daniel L. Rottinghaus<br>Jeffrey B. Cereghino<br>**BENDING & WEIL**<br>3240 Stone Valley Road West<br>Alamo, CA 94507<br>Telephone: (925) 838-2090<br>Fax: (925) 820-5592 |
| Dennis E. Murray, Sr.<br>**MURRAY & MURRAY**<br>111 East Shoreline Drive<br>P.O. Box 19<br>Sandusky, OH 44871-0019<br>Telephone: (419) 624-3000<br>Facsimile: (419) 624-0707 | Jeremy Gilman<br>Nicole Dorsky<br>**BENESCH FRIEDLANDER COPLAN & ARONOFF**<br>2300 BP Tower<br>200 Public Square<br>Cleveland, OH 44114<br>Telephone: (216) 363-4565<br>Facsimile: (216) 363-4588 |

| | |
|---|---|
| Gregg D. Trautmann<br>**TRAUTMANN & ASSOCIATES**<br>262 East Main Street<br>Rockaway, NJ 07866<br>Telephone: (973) 316-8100<br>Fax: (973) 983-1119 | Alan E. Sash<br>**MCLAUGHLIN & STERN LLP**<br>260 Madison Avenue<br>New York, NY 10016<br>Telephone: (212) 448-1100<br>Facsimile: (212) 448-0066 |
| William M. Audet<br>**AUDET & PARTNERS**<br>221 Main Street, Suite 1460<br>San Francisco, CA 94105<br>Telephone: (415) 568-2555<br>Fax: (415) 568-2556 | Michael A. Ferrara, Jr.<br>**THE FERRARA LAW FIRM LLC**<br>601 Longwood Avenue<br>Cherry Hill, NJ 08002<br>Telephone: (856) 779-9500<br>Facsimile: (415) 568-2556 |
| Gary S. Graifman<br>**KANTROWITZ GOLDHAMER & GRAIFMAN**<br>210 Summit Avenue<br>Montvale, NJ 07645<br>Telephone: (201) 391-7000<br>Facsimile: (201) 307-1086 | William J. Pinilis<br>**KAPLAN FOX & KILSHEIMER LLP**<br>237 South Street<br>Morristown, NJ 07962<br>Telephone: (973) 401-1111<br>Facsimile: (973) 401-1114 |
| James C. Shah<br>Nathan C. Zipperian<br>**SHEPHERD FINKELMAN MILLER & SHAH LLC**<br>475 White Horse Pike<br>Collingswood, NJ 08107-1909<br>Telephone: (856) 858-1700<br>Facsimile: (856) 858-7012 | Scott A. George<br>**SEEGER WEISS, LLP**<br>550 Broad Street, Suite 920<br>Newark, NJ 07102<br>Telephone: (973) 639-9100<br>Facsimile: (973) 639-9393 |
| Michael Donovan<br>**DONOVAN SEARLES, LLC**<br>1845 Walnut Street, Suite 1100<br>Philadelphia, PA 19103<br>Telephone: (215) 732-6067<br>Facsimile: (215) 732-8060 | Michael J. Boni<br>**BONI & ZACK, LLC**<br>15 St. Asaphs Road<br>Bala Cynwyd, PA 19004<br>Telephone: (610) 822-0201<br>Facsimile: (610) 822-0206 |
| Benjamin F. Johns<br>**CHIMICLES & TIKELLIS, LLP**<br>361 West Lancaster Avenue<br>Haverford, PA 19041<br>Telephone: (610) 642-8500<br>Facsimile: (610) 649-3633 | Seth R. Lesser<br>**LAW OFFICES OF GENE LOCKS, PLLC**<br>457 Haddonfield Road, Suite 500<br>Cherry Hill, NJ 08002<br>Telephone: (856) 663-8200<br>Fax: (856) 661-8400 |

| | |
|---|---|
| Keith T. Smith<br>Ridgewood Plaza<br>2327 New Road, Suite 202<br>Northfield, NJ 08234<br>Telephone: (609) 645-7060<br>Fax: (609) | Alan C. Milstein<br>**SHERMAN SILVERSTEIN KOHL ROSE & PODOLSKY PC**<br>Fairway Corporate Center<br>4300 Haddonfield Road, Suite 311<br>Pennsauken, NJ 08109<br>Telephone: (856) 662-0700<br>Fax: (856) 488-4744 |
| J. Chad Moore<br>270 Market Street<br>Millersburg, PA 17061<br>Telephone: (717) 692-5533<br>Fax: (717) | Peter N. Wasylyk<br>**LAW OFFICES OF PETER N. WASYLYK**<br>1307 Chalkstone Avenue<br>Providence, RI 02908<br>Telephone: (401) 831-7730<br>Facsimile: (401) 861-6064 |
| David A. Payne<br>607 Main Street<br>Cassville, MO 65625<br>Telephone: (417) 847-4559<br>Fax: (417) 847-4230 | Bradley T. Hayes<br>**HAYES LAW FIRM**<br>804 State Street<br>Natchez, MS 39120<br>Telephone: (601) 442-0511<br>Fax: (601) 442-0112 |
| Dan C. Stanley<br>Robert R. Kurtz<br>**STANLEY & KURTZ, PLLC**<br>422 Gay Street, Third Floor<br>Knoxville, TN 37902<br>Telephone: (865) 522-9942<br>Facsimile: (865) 522-9945 | Daniel C. Hedlund<br>**GUSTAFSON GLUEK**<br>650 Northstar East<br>608 Second Avenue South<br>Minneapolis, MN 55402<br>Telephone: (612) 333-8844<br>Facsimile: (612) 339-6622 |
| Michael L. Stoker<br>205 Fifth Avenue, Suite 600<br>P.O. Box 1626<br>LaCrosse, WI 54602-1626<br>Telephone: (608) 784-5678<br>Fax: (608) 784-0557 | Noah Golden-Kramer<br>**PROGRESSIVE LAW GROUP, LLC**<br>354 Main Street<br>Madison, WI 53703<br>Telephone: (608) 258-8511<br>Facsimile: (608) 442-9494 |
| Ilan Chorowsky<br>**PROGRESSIVE LAW GROUP, LLC**<br>1130 North Dearborn Street, Suite 3110<br>Chicago, IL 60610<br>Telephone: (312) 643-5893<br>Facsimile: (312) 643-5894 | Larry D. Drury<br>**LARRY D. DRURY LTD.**<br>205 W. Randolph Street, Suite 1430<br>Chicago, IL 60602<br>Telephone: (312) 346-7950<br>Facsimile: (312) 346-5777 |

| | |
|---|---|
| Daniel J. Mitchell<br>Theodore A. Small<br>**BERSTEIN SHUR**<br>100 Middle Street<br>P. O. Box 9729<br>Portland, ME 04104-5029<br>Telephone: (207) 774-1200<br>Facsimile: (207) 774-1127 | Christopher D. Jennings<br>John G. Emerson<br>Scott E. Poynter<br>**EMERSON POYNTER, LLP**<br>500 President Clinton Avenue, Suite 305<br>Little Rock, AR 72207<br>Telephone: (501) 907-2555<br>Fax: (501) 907-2556 |
| Robert A. Jigarjian<br>**JIGARJIAN LAW OFFICE**<br>128 Tunstead Avenue<br>San Anselmo, CA 94960<br>Telephone: (415) 341-6660<br>Fax: (415) | Shawn A. Williams<br>**COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>Telephone: (415) 288-4545<br>Fax: (415) 288-4534 |
| Scott R. Shepherd<br>**SHEPHERD FINKELMAN MILLER & SHAH, LLC**<br>4400 North Federal Highway<br>Lighthouse Point, FL 33064<br>Telephone: (954) 943-9191<br>Facsimile: (954) 943-9173 | Eric Benink<br>**KRAUSE KALFAYAN BENINK & SLAVENS LLP**<br>625 Broadway, Suite 635<br>San Diego, CA 92101<br>Telephone: (619) 232-0331<br>Fax: (619) 232-4019 |
| Katherine Odenbreit<br>Rene Lynn Barge<br>**CLASS ACTION LITIGATION GROUP**<br>11111 Santa Monica Boulevard, Suite 1000<br>Los Angeles, CA 90049<br>Telephone: (310) 481-9851<br>Fax: | Harold M. Hewell<br>**HEWELL LAW FIRM**<br>402 West Broadway, Fourth Floor<br>San Diego, CA 92101<br>Telephone: (619) 235-6854<br>Fax: (619) 235-9122 |
| Jennifer Reba Thomaidis<br>**THOMAIDIS LAW, LLC**<br>1866 Vine Street<br>Denver, CO 80206<br>Telephone: (303) 322-4355<br>Facsimile: (303) 322-4354 | Paul Gordon<br>**PAUL GORDON, LLC**<br>650 South Cherry Street, Suite 835<br>Denver, CO 80246<br>Telephone: (303) 756-0800 x 104<br>Fax: (303) 756-9315 |
| Gregory M. Nespole<br>**WOLF HALDENSTEIN ADLER FREEMAN & HERZ, LLP**<br>270 Madison Avenue<br>New York, NY 10016<br>Telephone: (212) 545-4600<br>Fax: (212) 686-0114 | Steven E. Schwarz<br>**LAW OFFICE OF STEVEN SCHWARZ**<br>2461 W. Foster Avenue, #1 W<br>Chicago, IL 60625<br>Telephone: (773) 837-6134<br>Fax: (773) 561-2202 |

| | |
|---|---|
| David C. Parisi<br>**PARISI LAW FIRM**<br>15233 Valleyheart Drive<br>Sherman Oaks, CA 91403<br>Telephone: (818) 990-1299<br>Fax: (818) 501-7852 | Jeff S. Westerman<br>**MILBERG WEISS**<br>One California Plaza<br>300 South Grand Avenue, Suite 3900<br>Los Angeles, CA 90071<br>Telephone: (213) 617-1200<br>Fax: (213) 617-1975 |
| Andrew H. Friedman<br>**HELMER FRIEDMAN**<br>723 Ocean Front Walk<br>Venice, CA 90291<br>Telephone: (310) 369-7714<br>Facsimile: (310) 399-7040 | Paul L. Hoffman<br>**SCHONBRUN DESIMONE SEPLOW HARRIS & HOFFMAN**<br>723 Ocean Front Walk<br>Venice, CA 90291<br>Telephone: (310) 396-0731<br>Facsimile: (310) 399-7040 |
| Joseph S. Bellissimo<br>**ROBERT N. PIERCE & ASSOCIATES**<br>324 Sims Street<br>Ellwood City, PA 16117<br>Telephone: (724) 758-5544 | Robert N. Peirce<br>**PEIRCE RAIMOND & COULTER**<br>707 Grant Street<br>2500 Gulf Tower<br>Pittsburgh, PA 15219<br>Telephone: (412) 281-7229 |
| Thomas M. Ferlauto<br>**KING & FERLAUTO**<br>1880 Century Park East, Suite 820<br>Los Angeles, CA 90067-1627<br>Telephone: (310) 552-3366<br>Facsimile: (310) 552-3289 | Michael L. Kelly<br>**KIRTLAND & PACKARD**<br>2361 Rosecrans Avenue, 4th Floor<br>El Segundo, CA 90245<br>Telephone: (310) 536-1000<br>Fax: (310) 536-1001 |
| Karl A. Schledwitz<br>**THE SOUTHLAND COMPANIES**<br>The Tower at Peabody Place<br>100 Peabody Place, Suite 1325<br>Memphis, TN 38013<br>Telephone: (901) 680-0590<br>Fax: (901) 680-9836 | Christopher A. Moeller<br>**PRICE WAICUKAUSKI & RILEY**<br>The Hammond Block Building<br>301 Massachusetts Avenue<br>Indianapolis, IN 46204<br>Telephone: (317) 633-8787<br>Fax: (317) 633-8797 |

| | |
|---|---|
| Garrett D. Blanchfield, Jr.<br>**REINHARDT WENDORF & BLANCHFIELD**<br>332 Minnesota Street, Suite E-1250<br>St. Paul, MN 55101<br>Telephone: (651) 287-2100<br>Facsimile: (651) 287-2103 | Dennis Stewart<br>**HULETT HARPER**<br>550 West C Street, Suite 1600<br>San Diego, CA 92101<br>Telephone: (619) 338-1133<br>Fax: (619) 338-1139 |
| Dianne M. Nast<br>**RODA & NAST PC**<br>801 Estelle Drive<br>Lancaster, PA 17601<br>Telephone: (717) 892-3000<br>Fax: (717) 892-1200 | Joseph Goldberg<br>**FREEDMAN BOYD DANIELS HOLLANDER GOLDBERG & CLINE PA**<br>20 First Plaza, Suite 700<br>Albuquerque, NM 87102<br>Telephone: (505) 842-9960<br>Fax: (505) 842-0761 |
| Terry M. Poynter<br>**TERRY M. POYNTER, P.A.**<br>P.O. Box 370<br>Mountain Home, AR 72654-0370<br>Telephone: (870) 425-2196<br>Fax: (870) 425-2198 | Gary E. Mason<br>**THE MASON LAW FIRM, P.C.**<br>1225 19th Street, N.W., Suite 500<br>Washington, D.C. 20036<br>Telephone: (202) 429-2290<br>Facsimile: (202) 429-2294 |
| Scott Wm. Weinstein<br>**MORGAN & MORGAN, PA**<br>12800 University Drive, Suite 600<br>P.O. Box 9504<br>Fort Myers, FL 33906<br>Telephone: (239) 433-6880<br>Facsimile: (239) 433-6836 | Amy W. Schulman<br>**DLA PIPER US LLP**<br>1251 Avenue of the Americas<br>New York NY 10020-1104<br>Telephone: (212) 335-4500<br>Fax: (212) 335-4501 |
| Christy Comstock<br>**JONES & HARPER**<br>21 West Mountain Street, Suite 300<br>Fayetteville, AR 72701<br>Telephone: (479) 582-3382<br>Fax: (479) 587-8189 | James S. Simonson<br>**GARY PLANT MOOTY**<br>80 S. 8th Street, Suite 500<br>Minneapolis, MN 55402<br>Telephone: (612) 632-3300<br>Fax: (612) 632-4300 |
| Gary A. Trabolsi<br>Jeffrey T. Kestle<br>**GARDNER BOND TABOLSI PLLC**<br>2200 6th Avenue, Suite 600<br>Seattle, WA 98121<br>Telephone: (206) 256-6309<br>Fax: (206) 256-6318 | Gerald H. Hanson<br>**HILL WALLACK**<br>202 Carnegie Center<br>Princeton, NJ 08543-5226<br>Telephone: (609) 924-0808<br>Fax: (609) 452-1888 |

| | |
|---|---|
| Mary E. Gately<br>Matthew Lepore<br>**DLA PIPER US, LLP**<br>500 8th Street, NW<br>Washington, DC 20004<br>Telephone: (202) 799-4507<br>Fax: (202) 799-5507 | Steven F. Gooby<br>**DLA PIPER US LLP**<br>Two Tower Center Boulevard, Suite 1600<br>East Brunswick, NJ 08816-1100<br>Telephone: (732) 590-1850<br>Fax: (732) 590-1860 |
| Jennifer L. McKeegan<br>Thomas J. Cabral<br>**GALLAGHER SHARP**<br>Sixth Floor Bulkley Building<br>1501 Euclid Avenue<br>Cleveland, OH 44115<br>Telephone: (216) 522-1092<br>Fax: (216) 241-1608 | Carrie Ann Lubinski<br>Mordecai D. Boone<br>**GORDON & REES LLP**<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: (415) 986-5900<br>Fax: (415) 986-8054 |
| Edward T. Matthews<br>Lora Esch Mitchell<br>**FREDERIKSON & BYRON, P.A.**<br>200 S. 6th Avenue, Suite 4000<br>Minneapolis, MN 55402-1425<br>Telephone: (612) 492-7000<br>Fax: (612) 492-7077 | Gina E. Och<br>Jean M. Lawler<br>**MURCHINSON & CUMMING**<br>Chase Plaza<br>801 South Grand Avenue, 9th Floor<br>Los Angeles, CA 90017-4624<br>Telephone: (213) 623-7400<br>Facsimile: (213) 623-6336 |
| Mark A. Berkoff<br>**DLA PIPER**<br>203 N. LaSalle Street, Suite 1900<br>Chicago, IL 60601-1293<br>Telephone: (312) 236-7516<br>Fax: (312) 236-7516 | Rachel Laine Carnaggio<br>**GODFREY & LAPUYADE**<br>9557 S. Kingston Court<br>Englewood, CO 80112<br>Telephone: (303) 228-0700<br>Fax: (303) 228-0701 |
| Robert D. McIntosh<br>**ADORO & YOSS, P.A.**<br>888 S.E. 3rd Avenue, Suite 500<br>Fort Lauderdale, FL 33335<br>Telephone: (954) 523-5885 | Susan Moriarty Hack<br>**HIGGS FLETCHER & MACK LLP**<br>401 West A Street, Suite 2600<br>San Diego, CA 92101<br>Telephone: (619) 236-1551<br>Fax: (619) 696-1410 |
| Matthew J. Duchemin<br>**QUARLES & BRADY LLP**<br>P.O. Box 2113<br>33 East Main Street, Suite 900<br>Madison, WI 53701-2113<br>Telephone: (608) 251-5000<br>Fax: (608) 294-4916 | Paul C. Catsos<br>**THOMPSON & BOWIE, LLP**<br>3 Canal Plaza<br>P.O. Box 4630<br>Portland, ME 04112<br>Telephone: (207) 774-2500<br>Fax: (207) 774-3591 |

| | |
|---|---|
| Thomas Angelone<br>**HADOSH, SPINELLA & ANGELONE PC**<br>One Turks Head Place, Suite 810<br>Providence, RI 02903<br>Telephone: (401) 274-0200<br>Fax: (401) 274-7538 | Jeffrey R. Thompson<br>**O'NEILL PARKER & WILLIAMSON**<br>P.O. Box 217<br>Knoxville, TN 37901-0217<br>Telephone: (865) 7190<br>Fax: (865) 546-0789 |
| Jennifer Katz<br>Matthew G. Conway<br>**CONWAY & STOUGHTON, LLP**<br>818 Farmington Avenue<br>West Hartford, CT 06119<br>Telephone: (860) 523-8000<br>Fax: (860) 523-8002 | Amy Lynn Brown<br>**SQUIRE SANDERS & DEMPSEY**<br>1201 Pennsylvania Avenue, NW<br>P.O. Box 407<br>Washington, DC 20044-0407<br>Telephone: (202) 626-6600<br>Fax: (202) 626-6780 |
| Frank C. Rothrock<br>John B.T. Murray, Jr.<br>Paul B. La Scala<br>**SHOOK HARDY & BACON LLP**<br>5 Park Plaza, Suite 1600<br>Irvine, CA 92614<br>Telephone: (949) 475-1500<br>Fax: (949) 475-0016 | Joseph C. Weinstein<br>**SQUIRE SANDERS & DEMPSEY**<br>4900 Key Tower<br>127 Public Square<br>Cleveland, OH 44114-1304<br>Telephone: (216) 479-8426<br>Fax: (216) 479-8780 |
| Liza M. Walsh<br>Tricia B. O'Reilly<br>**CONNELL FOLEY LLP**<br>85 Livingston Avenue<br>Roseland, NJ 07068<br>Telephone: (973) 535-0500<br>Fax: (973) 535-9217 | Mark Craig Goodman<br>Ethan A. Miller<br>**SQUIRE SANDERS & DEMPSEY**<br>One Maritime Plaza, Suite 300<br>San Francisco, CA 94111-3492<br>Telephone: (415) 954-0200<br>Fax: (415) 393-9887 |
| Marshall S. Ney<br>**MITCHELL WILLIAMS SELIG GATES & WOODYARD, PLLC**<br>5414 Pinnacle Point Drive, Suite 500<br>Rogers, AR 72758<br>Telephone: (479) 273-9561<br>Fax: (479) 464=5680 | Allison Beth Neidoff<br>**GIBBONS P.C.**<br>One Pennsylvania Plaza, 37th Floor<br>New York, NY<br>Telephone: (212) 649-4753<br>Fax: (212) 554-9644 |
| Brian D. Wright<br>D. Jeffrey Ireland<br>**FARUKI IRELAND & COX, PLL**<br>500 Courthouse Plaza, SW<br>10 North Ludlaw Street<br>Dayton, OH 45402<br>Telephone: (937) 227-3700<br>Fax: (937) 227-3749 | Don Howarth<br>**HOWARTH & SMITH**<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>Telephone: (213) 955-9400<br>Fax: (213) 622-0791 |

| | |
|---|---|
| Evan L. Schwab<br>James E. Howard<br>**DORSEY & WHITNEY LLP**<br>1420 5th Avenue, Suite 3400<br>Seattle, WA 98101<br>Telephone: (206) 903-8800<br>Fax: (206) 903-8820 | Francis M. Hadden<br>**GIBBONS, PC**<br>1700 Two Logan Square<br>18th & Arch Streets<br>Philadelphia, PA 19103<br>Telephone: (215) 665-0400<br>Fax: (215) 665-0366 |
| Jeffrey M. White<br>**PIERCE ATWOOD LLP**<br>One Monument Square<br>Portland, ME 04101-1110<br>Telephone: (207) 791-1291<br>Fax: (207) 791-1350 | Kim M. Catullo<br>**GIBBONS DEL DEO DOLAN GRIFFINGER & VECCHIONE PC**<br>One Riverfront Plaza<br>Newark, NJ 07102-5496<br>Telephone: (973) 596-4500<br>Fax: (973) 596-0545 |
| Paul F. Linn<br>**MICHAEL BEST & FRIEDRICH LLP**<br>100 East Wisconsin Avenue, Suite 3300<br>Milwaukee, WI 53202<br>Telephone: (414) 271-6560<br>Fax: (414) 277-0656 | Steven J. Merker<br>**DORSEY & WHITNEY LLP**<br>370 17th Street<br>Republic Plaza Building, Suite 4700<br>Denver, CO 80202-5647<br>Telephone: (303) 629-3400<br>Fax: (303) 629-3450 |
| Suzelle M. Smith<br>**HOWARTH & SMITH**<br>523 West 6th Street, Suite 728<br>Los Angeles, CA 90014<br>Telephone: (213) 955-9400<br>Fax: (213) 622-0791 | Anthony Gerard Brazil<br>David J. Vendler<br>Wendi Jane Frisch<br>Megan S. Wynne<br>**MORRIS POLICH & PURDY LLP**<br>1055 West 17th Street, 24th Floor<br>Los Angeles, CA 90017-2503<br>Telephone: (213) 891-9100<br>Fax: (213) 488-1178 |
| Brian Preston Heermance<br>**MORRISON MAHONEY LLP**<br>17 State Street, Suite 110<br>New York, NY 10004<br>Telephone: (212) 825-1212<br>Fax: (212) 825-1313 | Christopher E. Martin<br>**MORRISON MAHONEY, LLP**<br>Waterview Plaza<br>2001 US Highway 46 East, Suite 200<br>Parsippany, NJ 07054<br>Telephone: (973) 257-3526<br>Fax: (973) 257-3527 |

| | |
|---|---|
| Louise A. Behrendt<br>Michael S. Kreidler<br>**STICH, ANGELL, KREIDLER & DODGE P.A.**<br>250 2nd Avenue South, Suite 120<br>Minneapolis, MN 55401<br>Telephone: (612) 333-6251<br>Fax: (612) 333-1940 | Barbara L. Croutch<br>**PILSBURY WINTHROP SHAW PITTMAN LLP**<br>725 S. Fugyeria Street, Suite 2800<br>Los Angeles, CA 90017-5406<br>Telephone: (213) 488-7159<br>Fax: (213) 629-1033 |
| Richard Mark Segal<br>**PILLSBURY WINTHROP SHAW & PITTMAN**<br>501 West Broadway, Suite 1100<br>San Diego, CA 92101-3575<br>Telephone: (619) 234-5000<br>Fax: (619) 236-1995 | Robin Lea Hanger<br>**SQUIRE SANDERS & DEMPSEY**<br>200 South Biscayne Boulevard, Suite 400<br>Miami, FL 33131-2398<br>Telephone: (305) 577-7040<br>Fax: (305) 577-7001 |
| Richard Fama<br>**COZEN O'CONNOR**<br>45 Broadway Atrium, 16th Floor<br>New York, NY 10006<br>Telephone: (212) 509-9400<br>Fax: (212) 509-9492 | John F. Mullen<br>**COZEN O'CONNOR**<br>1900 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 665-2179<br>Fax: (215) 701-2179 |
| Steven L. Rodriguez<br>**COZEN O'CONNOR**<br>425 California Street, Suite 2400<br>San Francisco, CA 94104<br>Telephone: (415) 617-6100<br>Fax: (415) 617-6101 | Craig A. Hoover<br>Miranda L. Berge<br>**HOGAN & HARTSON LLP**<br>Columbia Square<br>555 Thirteenth Street, NW<br>Washington, DC 20004-1109<br>Telephone: (202) 637-5600<br>Fax" (202) 637-5910 |
| Patrick James Goss<br>**ROSE LAW FIRM**<br>120 East Fourth Street<br>Little Rock, AR 72207<br>Telephone: (501) 375-9131<br>Fax: (501) 375-1309 | Robert C. Troyer<br>**HOGAN & HARTSON LLP**<br>One Tabor Center, Suite 1500<br>1200 Seventeenth Street<br>Denver, CO 80202<br>Telephone: (303) 899-7300<br>Fax: (303) 899-7333 |
| Warren W. Faulk<br>**BROWN & CONNERY**<br>360 Haddon Avenue<br>P.O. Box 539<br>Westmont, NJ 08108<br>Telephone: (856) 854-8900<br>Fax: (856) 858-4967 | Brian S. Inamine<br>**WRIGHT ROBINSON OSTHIMER & TATUM**<br>888 S. Figueroa Street, Suite 1800<br>Los Angeles, CA 90017<br>Telephone: (213) 488-7265<br>Fax: (213) 624-3755 |

| | |
|---|---|
| Charles H. Abbott<br>Gary L. Justice<br>**GIBSON DUNN & CRUTCHER**<br>333 S. Grand Avenue, 45th Floor<br>Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7000 | Charles H. Horn<br>**WRIGHT ROBINSON OSTHIMER & TATUM**<br>44 Montgomery Street, 18th Floor<br>San Francisco, CA 94104-4705<br>Telephone: (415) 391-7111<br>Fax: (415) 391-8766 |
| Gail E. Less<br>Lindsay R. Pennington<br>William E. Wegner<br>**GIBSON DUNN & CRUTCHER**<br>333 South Grand Avenue, 47th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 229-7000<br>Fax: (213) 229-7520 | Jack M. Fribley<br>Krisann Kleibacker C. Lee<br>**FAEGRE & BENSON LLP**<br>90 S. 7th Street, Suite 2200<br>Minneapolis, MN 55402-3901<br>Telephone: (612) 766-7000<br>Fax: (612) 766-1600 |
| Anne Choi Goodwin<br>**SQUIRE SANDERS & DEMPSEY**<br>555 South Flower Street, Suite 3100<br>Los Angeles, CA 90071<br>Telephone: (213) 624-2500<br>Fax: (213) 623-4581 | |

_____
Mark J. Tamlyn, Esq.
WEXLER TORISEVA WALLACE LLP

⬩AO88 (Rev. 12/06) Subpoena in a Civil Case

# Issued by the
## UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | Indiana |

In re: Pet Food Products Liability Litigation

V.

This Document Relates to All Cases

TO: George P. McCabe, Ph.D.
Purdue University
Mathematical Sciences Building
150 N. University Street
West Lafayette, IN 47907-2067

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]
07-2867
MDL Docket No. 1850
District of New Jersey

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  | DATE AND TIME |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION  1 Indiana Square, Suite 2425, Indianapolis, Indiana 46204 | DATE AND TIME  11/23/2007 10:00 am |
| --- | --- |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Exhibit A, attached hereto.

| PLACE  1 Indiana Square, Suite 2425, Indianapolis, Indiana 46204 | DATE AND TIME  11/23/2007 9:00 am |
| --- | --- |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| --- | --- |
| [signature] for Plaintiff | 11/20/07 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Mark J. Tamblyn, Wexler Toriseva Wallace LLP, 1610 Arden Way, Suite 290, Sacramento, California 95815
(916) 568-1100

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 12/06) Subpoena in a Civil Case

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), as amended on December 1, 2006:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.
    (1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.
    (2) (A) A person commanded to produce and permit inspection, copying, testing, or sampling of designated electronically stored information, books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.
        (B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection, copying, testing, or sampling may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to producing any or all of the designated materials or inspection of the premises — or to producing electronically stored information in the form or forms requested. If objection is made, the party serving the subpoena shall not be entitled to inspect, copy, test, or sample the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production, inspection, copying, testing, or sampling. Such an order to compel shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection, copying, testing, or sampling commanded.
    (3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
        (i) fails to allow reasonable time for compliance;
        (ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held;
        (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies; or
        (iv) subjects a person to undue burden.
    (B) If a subpoena
        (i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
        (ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
        (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.
    (1) (A) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.
        (B) If a subpoena does not specify the form or forms for producing electronically stored information, a person responding to a subpoena must produce the information in a form or forms in which the person ordinarily maintains it or in a form or forms that are reasonably usable.
        (C) A person responding to a subpoena need not produce the same electronically stored information in more than one form.
        (D) A person responding to a subpoena need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or to quash, the person from whom discovery is sought must show that the information sought is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.
    (2) (A) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial-preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.
        (B) If information is produced in response to a subpoena that is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has and may not use or disclose the information until the claim is resolved. A receiving party may promptly present the information to the court under seal for a determination of the claim. If the receiving party disclosed the information before being notified, it must take reasonable steps to retrieve it. The person who produced the information must preserve the information until the claim is resolved.

(e) CONTEMPT. Failure of any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena issued. An adequate cause for failure to obey exists when a subpoena purports to require a nonparty to attend or produce at a place not within the limits provided by clause (ii) of subparagraph (c)(3)(A).

## EXHIBIT A

## DEFINITION AND INSTRUCTIONS

1. "You" and "Your" means George P. McCabe, Ph.D., including your agents, assistants, employees and representatives.

2. "Declaration" means the Declaration of Dr. George P. McCabe in Support of Del Monte's Motion, filed on November 16, 2007 in the matter *In re: Pet Food Products Liability Litigation*, Case No. 07-2867, MDL Docket No. 1850.

3. "Defendant" means Del Monte Foods Company, its counsel, any other Defendant named in the actions pending in the matter *In re: Pet Food Products Liability Litigation*, Case No. 07-2867, MDL Docket No. 1850, and its counsel.

4. "Document(s)" is defined to be synonymous in meaning and equal in scope to the usage of this term in Federal Rule of Civil Procedure 34(a), including any electronically stored information, email or electronic or computerized data compilations. A draft or non-identical copy is a separate document within the meaning of the term.

5. These requests are continuing requests, and to the extent that at any time after these requests are responded to the responding party becomes aware of or acquires additional documents or information responsive to these requests, such documents or information shall be produced promptly.

6. A request for any document shall be deemed to include, in addition to the document itself, a request for any transmittal sheets and cover letters accompanying the requested document, exhibits and attachments to the document and enclosures sent with the document.

7. In the event that You object to any document request on the grounds of privilege or work product, a statement shall be provided as to each document which includes:

1

    a. the name of the author of the document;

    b. the name of the recipient of the document;

    c. the names of the persons to whom copies were sent;

    d. the job title of every individual named in (a), (b), and (c) above;

    e. the date the document was created, sent, and received;

    f. the location of the document;

    g. the custodian of the document;

    h. a brief description of the nature and subject matter of the document; and

    i. a statement of the privilege asserted and each and every fact or basis upon which a privilege is claimed or on which the document is otherwise withheld.

8. Notwithstanding the assertion of any objection to production, if a document contains non-objectionable or non-privileged matter, please produce that document, redacting that portion for which the objection is asserted, provided that the identification requested in paragraphs (h) and (i) above are furnished.

9. If documents responsive to a particular request no longer exist but are known to have existed, state the circumstances under which the documents were lost or destroyed.

10. To the extent documents requested herein have already been produced in this action, they need not be produced again.

## DOCUMENTS REQUESTED

1. All documents and information furnished to You by Defendant, Defendant's counsel or any other person in connection with Your work in this case.

2. All documents and information relied upon by You in connection with Your work in this case.

3. All other documents and information reviewed and/or considered by You received from any party or such party's counsel in connection with Your work in this case.

4. All data sets relied upon by You in connection with Your work in this case.

5. All workpapers relied upon, considered, reviewed or used by You in connection with Your work in this case.

6. All reference works or treatises considered by You in connection with Your work in this case.

7. All exhibits, charts or other demonstrative materials used or intended to be used or submitted in connection with the Declaration or Your testimony in this case.

8. Copies of all prior testimony, affidavits, declarations and reports given by You.

9. All letters of engagement concerning Your retention by Defendant and/or Defendant's counsel in this action not previously produced.

10. Documents sufficient to show payments to You by Defendant and/or Defendant's counsel.