IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE:- PET FOOD PRODUCTS LIABILITY LITIGATION | Civil No. 07-2867 (NLH)<br>MDL Docket No. 1850<br>ALL CASES |

## ORDER

THIS MATTER having been brought before the Court by way of letter application, dated November 21, 2007, from Richard Fama, Esquire, of Cozen O'Connor, counsel for Defendant Del Monte Foods, Inc., concerning the November 20, 2007 subpoena duces tecum and ad testificandum to Dr. George McCabe; and the Court having conducted a telephone conference on the record on November 21, 2007; and for good cause shown:

IT IS on this 26th day of November 2007,

**ORDERED** that Defendant Del Monte Foods, Inc.'s motion for a protective order to quash the subpoena or otherwise limit the discovery requested shall be filed no later than November 27, 2007 at 12:00 noon; and Plaintiffs' opposition shall be filed no later than November 29, 2007 at 12:00 noon. The Court will conduct a hearing on the motion for a protective order on <u>November 30, 2007 at 2:00 P.M.</u>.

                                                      s/ Ann Marie Donio
                                                      ANN MARIE DONIO
                                                      UNITED STATES MAGISTRATE JUDGE

cc: Hon. Noel L. Hillman