UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

CAMDEN OFFICE                                         DATE OF PROCEEDINGS

JUDGE ANN MARIE DONIO                                 November 21, 2007

COURT REPORTER:  Tape #14

                                                      Docket #  07-2867(NLH)

TITLE OF CASE:

IN RE: PET FOOD PRODUCTS LIABILITY LITIGATION

APPEARANCES:

Lisa J. Rodriguez, Esquire liason counsel for all New Jersey plaintiffs'
Russell D. Paul, Esquire for all New Jersey plaintiffs'
Jeniphr A. E. Breckenridge, Esquire for plaintiff Stacey Heller
Kenneth A. Wexler, Esquire for plaintiff Shirley Sexton
Mark John Tamblyn, Esquire for plaintiff Shirley Sexton
Scott A. Kamber, Esquire for plaintiff Janice Bonier
Richard Rama, Esquire for defendant Del Monte Foods Company
Mary E. Gately for defendant Menu Foods
Kristen Rose, Esquire for defendant Menu Foods
Laura Santum, Esquire for defendant Iams Co.
Brian D. Wright, Esquire for defendant Iams Co.
Anthony Gerald Brazil, Esquire for defendant Chemnutra, Inc.
Robert C. Troyer, Esquire for defendant Nestle Purina Petcare Company

NATURE OF PROCEEDINGS:

TELEPHONE CONFERENCE HELD ON THE RECORD.

Time commenced: 2:47p.m.              Time Adjourned:  3:15p.m.

                                        s/ *Arthur Roney*
                                        DEPUTY CLERK

cc: Chambers