UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | . | Case No. 07-28678 (AMD) |
| | . | |
| | . | 1 John F. Gerry Plaza |
| v. | . | 4th & Cooper Streets |
| | . | Camden, New Jersey 08101 |
| PET FOOD PRODUCTS, | . | |
| | . | |
| Defendant. | . | November 21, 2007 |
| | . | |
| . . . . . . . . . . . . . . | .. | 2:47 p.m. |

TRANSCRIPT OF HEARING
BEFORE HONORABLE ANN MARIE DONIO
UNITED STATES DISTRICT COURT MAGISTRATE JUDGE

TELEPHONIC APPEARANCES:

For the Plaintiff:　　　　Trujillo Rodriguez & Richards LLC
　　　　　　　　　　　　By:　LISA J. RODRIGUEZ, ESQ.
　　　　　　　　　　　　8 Kings Highway West
　　　　　　　　　　　　Haddonfield, NJ 08033

For the Plaintiff:　　　　Hagens Berman Sobol Shapiro LLP
　　　　　　　　　　　　By:　JENIPHR A.E. BRECKENRIDGE, ESQ.
　　　　　　　　　　　　1301 Fifth Avenue
　　　　　　　　　　　　Suite 2900
　　　　　　　　　　　　Seattle, WA 98101

Audio Operator:　　　　　Jeffrey McNeal

Proceedings recorded by electronic sound recording, transcript
produced by transcription service.

---

J&J COURT TRANSCRIBERS, INC.
268 Evergreen Avenue
Hamilton, New Jersey 08619
E-mail: jjcourt@optonline.net

(609)586-2311　　　Fax No. (609) 587-3599