## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE   Pet Foods Products | : | Civil Action No. 07-2867 (NLH) |
| Liability Litigation | : | |
| | : | MDL DOCKET NO. 1850 |
| | : | |
| | : | ALL CASES |

This matter having been brought before the Court by the filing of "Consent Order Regarding Organization of Plaintiffs' Counsel" [99]; and

The Court having ordered that all interested parties file motions for the appointment of lead and liaison counsel no later than September 5, 2007 [10]; and

On September 26, 2007, the Court having heard oral argument on the three motions for the appointment of lead and liaison counsel that were filed by September 5, 2007[1]; and

Following that hearing, the Court having stayed the action for 90 days; and

The Court having also denied without prejudice the motions to appoint interim lead counsel; but

The Court having ordered that the parties were permitted to renew by letter their motions to appoint lead counsel no later than December 28, 2007; and

It now appearing that the remaining applicants for lead counsel have agreed to act as co-lead counsel; and

---

[1]Three motions for the appointment of lead counsel were filed, but one motion was withdrawn at the hearing. See Docket Entry No. 77.

It further appearing that no other motions for lead counsel have been filed; and

The Court noting that the private ordering approach--where lawyers agree who should be lead class counsel--is a preferred method of appointing lead counsel, <u>see</u> Manual for Complex Litigation, Fourth, § 21.272; Third Circuit Task Force Report on Selection of Class Counsel, 74 TEMP. L. REV. 689, 740 (2001);

Accordingly,

**IT IS HEREBY** on this 7th day of December, 2007

**ORDERED** that any party show cause within ten (10) days of the date of this Order why the "Consent Order Regarding Organization of Plaintiffs' Counsel" [99] should not be entered.

s/ Noel L. Hillman

At Camden, New Jersey                    NOEL L. HILLMAN, U.S.D.J.

2