# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE PET FOOD PRODUCTS LIABILITY LITIGATION** | Civil Action No. 07-3669 (NHL/AMD) |
| | MDL DOCKET NO. 1850 |
| Hayley Ford and Shannon J. Kramer, individually, for class members and on behalf of other members of the public similarly situated, | |
| Plaintiffs, | **FILED ELECTRONICALLY** |
| v. | |
| MENU FOODS INCOME FUND; MENU FOODS MIDWEST CORPORATION; MENU FOODS SOUTH DAKOTA, INC.; MENU FOODS, INC.; MENU FOODS HOLDINGS, INC.; DEL MONTE FOODS COMPANY; NESTLE PURINA PETCARE COMPANY; HILLS PET NUTRITION; NUTRO PRODUCTS INC.; WAL-MART STORES; PETCO ANIMAL SUPPLIES, INC.; PETCO SOUTHWEST, INC.; PETCO ANIMAL SUPPLIES STORES, INC.; THE IAMS COMPANY; FRY'S FOOD CENTERS; SMITH'S FOOD AND DRUG CENTERS INC., KROGER CO.; CHEMNUTRA, INC. and PETSMART, | |
| Defendants. | |

To:   William T. Walsh, Clerk
      United States District Court
      for the District of New Jersey
      Mitchell H. Cohen Building and U.S. Courthouse
      4th & Cooper Streets Room 1050
      Camden, NJ  08101

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Steven A. Karg of Norris McLaughlin & Marcus, P.A., and James D. Arden and John J. Kuster of Sidley Austin LLP, hereby enter an appearance

NY1 6435843v.1

Dockets.Justia.com

on behalf of Hill's Pet Nutrition, Inc., an unserved defendant in the above-captioned matter 07-3669, which is part of MDL No. 1850, and request that copies of all papers in these actions be served upon the undersigned.

Steven A. Karg
Norris McLaughlin & Marcus, P.A.
721 Route 202-206
Bridgewater, NJ  08807
Phone: (908) 722-0700
Fax: (908) 722-0755
sakarg@nmmlaw.com

Mailing Address:
P.O. Box 1018
Somerville, NJ 08876-1018

James D. Arden
Sidley Austin LLP
787 Seventh Avenue
New York, NY  10019
Phone:  212-839-5300
Facsimile:  (212) 839-5599
jarden@sidley.com

John J. Kuster
Sidley Austin LLP
787 Seventh Avenue
New York, NY  10019
Phone:  212-839-5300
Facsimile:  (212) 839-5599
jkuster@sidley.com

By:    /s Steven A. Karg
      Steven A. Karg
      Norris McLaughlin & Marcus, P.A.
      *Counsel for Defendant Hill's Pet Nutrition, Inc.*

Dated:  December 10, 2007

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE PET FOOD PRODUCTS LIABILITY LITIGATION | Civil Action No. 07-3669 (NHL/AMD)<br>MDL DOCKET NO. 1850 |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of December 2007, it is the undersigned's belief that this filing will be automatically noticed electronically by the Court's CM-ECF system upon counsel registered with the Court's CM-ECF system for service by e-mail.

                         /s Steven A. Karg
                            Steven A. Karg

NY1 6435843v.1