

# HILL WALLACK LLP
## ATTORNEYS AT LAW

202 Carnegie Center, CN 5226, Princeton, NJ 08543-5226
Telephone: (609) 924-0808, Fax: (609) 452-1888
WWW.HILLWALLACK.COM

Writer's Direct Dial: (609) 734-6390

December 11, 2007

Honorable Noel L. Hillman
United States District Court
Federal Building
One John F. Gerry Plaza, Room 6020
Camden, NJ 08101

    Re:   In re Pet Food Products Liability Litigation, 07cv2867 (NLH)(AMD)
            MDL Docket No.: 1850

Dear Judge Hillman:

As local New Jersey counsel for the Menu Foods defendants, I am writing on behalf of the Defendants to respectfully request that the Case Management Conference scheduled for Monday, January 7, 2008, be adjourned for one day and rescheduled on Tuesday, January 8, 2008. This one day adjournment would permit counsel traveling from the West Coast to do so on a Monday rather than Sunday. Lisa Rodriguez, Esquire, Liaison Counsel for the Plaintiffs, has advised that the Plaintiffs consent to this request.

We respectfully request that Your Honor advise as to whether your schedule will allow for this accommodation to counsel. If so, please also advise as to the time of the conference. Thank you.

                                    Respectfully submitted,

                                    GERARD H. HANSON
                                    GHH@HillWallack.com

GHH:kg
cc: All ECF Counsel