IN RE: PET FOOD PRODUCTS LIABILITY LITIGATION

Doc. 103 Att. 6

Attachment B
to Robinson Decl.

Dockets.Justia.com
