IN RE: PET FOOD PRODUCTS LIABILITY LITIGATION

Doc. 103 Att. 7

Attachment C
to Robinson Decl.

Dockets.Justia.com