

Attachment E to Robinson Decl.