

Attachment G to Robinson Decl.