

Attachment H to Robinson Decl.