## IAMS' RECALLED PRODUCT (AS OF NOVEMBER 15, 2007)

| BC | IAMS/EUKANUBA PRODUCT NAMES | DAYCODE | TOTAL QUANTITY (CASES) | PALLETS |
|---|---|---|---|---|
| 84942691 | Iams Puppy Chicken/Gravy 5.3pch | 6344 | 4162 | 36 |
| 84942691 | Iams Puppy Chicken/Gravy 5.3pch | 7016 | 1280 | 11 |
| 84942691 | Iams Puppy Chicken/Gravy 5.3pch | 7057 | 3840 | 33 |
| 84942691 | Iams Puppy Chicken/Gravy 5.3pch | unk | 3445 | 74 |
| | | | | |
| 84942693 | Iams Dog AD Beef/Gravy 5.3pch | 6349 | 6878 | 58 |
| 84942693 | Iams Dog AD Beef/Gravy 5.3pch | 7015 | 840 | 7 |
| 84942693 | Iams Dog AD Beef/Gravy 5.3pch | 7057 | 3840 | 32 |
| 84942693 | Iams Dog AD Beef/Gravy 5.3pch | unk | 2735 | 72 |
| | | | | |
| 84942694 | Iams Dog AD BfP&C/Gravy 5.3pch | 6320 | 2520 | 21 |
| 84942694 | Iams Dog AD BfP&C/Gravy 5.3pch | 7018 | 4222 | 36 |
| 84942694 | Iams Dog AD BfP&C/Gravy 5.3pch | 7060 | 720 | 6 |
| 84942694 | Iams Dog AD BfP&C/Gravy 5.3pch | unk | 1593 | 39 |
| | | | | |
| 84942695 | Iams Dog AD Chicken/Gravy 5.3pch | 6317 | 345 | 4 |
| 84942695 | Iams Dog AD Chicken/Gravy 5.3pch | 6345 | 0 | 0 |
| 84942695 | Iams Dog AD Chicken/Gravy 5.3pch | 7014 | 8040 | 67 |
| 84942695 | Iams Dog AD Chicken/Gravy 5.3pch | 7015 | 5933 | 50 |
| 84942695 | Iams Dog AD Chicken/Gravy 5.3pch | 7056 | 960 | 9 |
| 84942695 | Iams Dog AD Chicken/Gravy 5.3pch | unk | 4871 | 98 |
| | | | | |
| 84942696 | Iams Dog AD Turkey/Gravy 5.3pch | 6318 | 5625 | 48 |
| 84942696 | Iams Dog AD Turkey/Gravy 5.3pch | 7056 | 960 | 8 |
| 84942696 | Iams Dog AD Turkey/Gravy 5.3pch | 7057 | 120 | 1 |
| 84942696 | Iams Dog AD Turkey/Gravy 5.3pch | unk | 1911 | 41 |
| | | | | |

**Attachment I
to Robinson Decl.**

| BC | IAMS/EUKANUBA PRODUCT NAMES | DAYCODE | TOTAL QUANTITY (CASES) | PALLETS |
|---|---|---|---|---|
| 84942697 | Iams Dog AD Lamb/Rice 5.3pch | 6321 | 164 | 3 |
| 84942697 | Iams Dog AD Lamb/Rice 5.3pch | 6347 | 1440 | 12 |
| 84942697 | Iams Dog AD Lamb/Rice 5.3pch | 7018 | 8160 | 68 |
| 84942697 | Iams Dog AD Lamb/Rice 5.3pch | 7060 | 3840 | 32 |
| 84942697 | Iams Dog AD Lamb/Rice 5.3pch | unk | 2719 | 67 |
|  |  |  |  |  |
| 84942698 | Iams Dog WC Chicken/Gravy 5.3pch | 6318 | 267 | 6 |
| 84942698 | Iams Dog WC Chicken/Gravy 5.3pch | 7017 | 4680 | 39 |
| 84942698 | Iams Dog WC Chicken/Gravy 5.3pch | 7018 | 360 | 3 |
| 84942698 | Iams Dog WC Chicken/Gravy 5.3pch | 7056 | 1680 | 14 |
| 84942698 | Iams Dog WC Chicken/Gravy 5.3pch | unk | 5288 | 124 |
|  |  |  |  |  |
| 84942700 | Iams Dog ACT MAT Bf/Gravy 5.3pch | 6345 | 340 | 3 |
| 84942700 | Iams Dog ACT MAT Bf/Gravy 5.3pch | 7016 | 1804 | 16 |
| 84942700 | Iams Dog ACT MAT Bf/Gravy 5.3pch | 7057 | 840 | 7 |
| 84942700 | Iams Dog ACT MAT Bf/Gravy 5.3pch | unk | 702 | 27 |
|  |  |  |  |  |
| 84942707 | Iams Dog PCH MT 3.6 var | 6316 | 289 | 3 |
| 84942707 | Iams Dog PCH MT 3.6 var | 6326 | 0 | 0 |
| 84942707 | Iams Dog PCH MT 3.6 var | 7014 | 4585 | 41 |
| 84942707 | Iams Dog PCH MT 3.6 var | 7027 | 6239 | 52 |
| 84942707 | Iams Dog PCH MT 3.6 var | 7028 | 5520 | 47 |
| 84942707 | Iams Dog PCH MT 3.6 var | 7033 | 1320 | 11 |
| 84942707 | Iams Dog PCH MT 3.6 var | unk | 20098 | 271 |
|  |  |  |  |  |

| BC | IAMS/EUKANUBA PRODUCT NAMES | DAYCODE | TOTAL QUANTITY (CASES) | PALLETS |
|---|---|---|---|---|
| 84942709 | Iams Dog PCH MX 7.2 | 6316 | 0 | 0 |
| 84942709 | Iams Dog PCH MX 7.2 | 6317 | 0 | 0 |
| 84942709 | Iams Dog PCH MX 7.2 | 7014 | 7084 | 60 |
| 84942709 | Iams Dog PCH MX 7.2 | 7027 | 2160 | 18 |
| 84942709 | Iams Dog PCH MX 7.2 | 7042 | 6000 | 50 |
| 84942709 | Iams Dog PCH MX 7.2 | unk | 6696 | 72 |
|  |  |  |  |  |
| 84942710 | Iams Kitten Chicken/Gravy 3.0pch | 6339 | 160 | 1 |
| 84942710 | Iams Kitten Chicken/Gravy 3.0pch | 6351 | 6080 | 38 |
| 84942710 | Iams Kitten Chicken/Gravy 3.0pch | 6352 | 160 | 1 |
| 84942710 | Iams Kitten Chicken/Gravy 3.0pch | 7009 | 2400 | 15 |
| 84942710 | Iams Kitten Chicken/Gravy 3.0pch | 7022 | 1280 | 8 |
| 84942710 | Iams Kitten Chicken/Gravy 3.0pch | 7038 | 6662 | 42 |
| 84942710 | Iams Kitten Chicken/Gravy 3.0pch | 7050 | 1440 | 9 |
| 84942710 | Iams Kitten Chicken/Gravy 3.0pch | unk | 3511 | 61 |
|  |  |  |  |  |
| 84942711 | Iams Cat AD Bf/Gravy 3.0pch | 7010 | 4240 | 28 |
| 84942711 | Iams Cat AD Bf/Gravy 3.0pch | 7039 | 2199 | 14 |
| 84942711 | Iams Cat AD Bf/Gravy 3.0pch | 7051 | 678 | 5 |
| 84942711 | Iams Cat AD Bf/Gravy 3.0pch | unk | 1877 | 33 |
|  |  |  |  |  |
| 84942712 | Iams Cat AD Chicken/Rice 3.0pch | 6343 | 0 | 0 |
| 84942712 | Iams Cat AD Chicken/Rice 3.0pch | 6356 | 2922 | 21 |
| 84942712 | Iams Cat AD Chicken/Rice 3.0pch | 7013 | 1280 | 8 |
| 84942712 | Iams Cat AD Chicken/Rice 3.0pch | 7054 | 1802 | 12 |
| 84942712 | Iams Cat AD Chicken/Rice 3.0pch | unk | 2418 | 62 |
|  |  |  |  |  |

| BC | IAMS/EUKANUBA PRODUCT NAMES | DAYCODE | TOTAL QUANTITY (CASES) | PALLETS |
|---|---|---|---|---|
| 84942713 | Iams Cat AD Chicken/Gravy | 7009 | 160 | 1 |
| 84942713 | Iams Cat AD Chicken/Gravy | 7021 | 0 | 0 |
| 84942713 | Iams Cat AD Chicken/Gravy | 7022 | 0 | 0 |
| 84942713 | Iams Cat AD Chicken/Gravy | 7038 | 3680 | 23 |
| 84942713 | Iams Cat AD Chicken/Gravy | 7049 | 140 | 1 |
| 84942713 | Iams Cat AD Chicken/Gravy | 7050 | 5314 | 35 |
| 84942713 | Iams Cat AD Chicken/Gravy | unk | 5998 | 105 |
|  |  |  |  |  |
| 84942714 | Iams Cat AD Turkey/Gravy | 6339 | 1920 | 12 |
| 84942714 | Iams Cat AD Turkey/Gravy | 7009 | 2560 | 16 |
| 84942714 | Iams Cat AD Turkey/Gravy | 7022 | 1470 | 10 |
| 84942714 | Iams Cat AD Turkey/Gravy | 7038 | 4160 | 26 |
| 84942714 | Iams Cat AD Turkey/Gravy | 7049 | 1760 | 11 |
| 84942714 | Iams Cat AD Turkey/Gravy | unk | 1240 | 28 |
|  |  |  |  |  |
| 84942715 | Iams Cat AD Salmon SC | 7010 | 265 | 3 |
| 84942715 | Iams Cat AD Salmon SC | 7022 | 3520 | 22 |
| 84942715 | Iams Cat AD Salmon SC | 7051 | 5280 | 33 |
|  | Iams Cat AD Salmon SC | unk | 2584 | 46 |
|  |  |  |  |  |
| 84942717 | Iams Cat AD Tuna SC | 6339 | 569 | 5 |
| 84942717 | Iams Cat AD Tuna SC | 6340 | 160 | 1 |
| 84942717 | Iams Cat AD Tuna SC | 7010 | 2560 | 16 |
| 84942717 | Iams Cat AD Tuna SC | 7050 | 8880 | 56 |
| 84942717 | Iams Cat AD Tuna SC | 7051 | 1120 | 7 |
| 84942717 | Iams Cat AD Tuna SC | unk | 1856 | 58 |
|  |  |  |  |  |

4

| BC | IAMS/EUKANUBA PRODUCT NAMES | DAYCODE | TOTAL QUANTITY (CASES) | PALLETS |
|---|---|---|---|---|
| 84942720 | Iams Cat WC Tuna SC | 6352 | 0 | 0 |
| 84942720 | Iams Cat WC Tuna SC | 7010 | 640 | 4 |
| 84942720 | Iams Cat WC Tuna SC | 7050 | 1610 | 11 |
| 84942720 | Iams Cat WC Tuna SC | unk | 1692 | 38 |
| | | | | |
| 84942721 | Iams Cat ACT MAT Chicken/Gravy | 6351 | 160 | 1 |
| 84942721 | Iams Cat ACT MAT Chicken/Gravy | 7009 | 1651 | 11 |
| 84942721 | Iams Cat ACT MAT Chicken/Gravy | 7022 | 2840 | 18 |
| 84942721 | Iams Cat ACT MAT Chicken/Gravy | 7050 | 1177 | 9 |
| 84942721 | Iams Cat ACT MAT Chicken/Gravy | unk | 1023 | 29 |
| | | | | |
| 84942722 | Iams Cat PCH Var | 7008 | 0 | 0 |
| 84942722 | Iams Cat PCH Var | 7020 | 9620 | 61 |
| 84942722 | Iams Cat PCH Var | 7021 | 6262 | 40 |
| 84942722 | Iams Cat PCH Var | unk | 15842 | 180 |
| | | | | |
| 84942724 | Iams Cat PCH Fish | 6338 | 10324 | 74 |
| 84942724 | Iams Cat PCH Fish | 6351 | 17026 | 107 |
| 84942724 | Iams Cat PCH Fish | 7009 | 2727 | 18 |
| 84942724 | Iams Cat PCH Fish | unk | 9778 | 119 |
| | | | | |
| 84942726 | Iams Cat Mixed Pouch | 7037 | 1600 | 10 |
| 84942726 | Iams Cat Mixed Pouch | unk | 1943 | 26 |
| | | | | |
| 84956817 | Euk Puppy Grv/Ckn 5.3pch | 6318 | 1283 | 11 |
| 84956817 | Euk Puppy Grv/Ckn 5.3pch | 7016 | 2162 | 18 |
| 84956817 | Euk Puppy Grv/Ckn 5.3pch | 7057 | 1080 | 9 |
| 84956817 | Euk Puppy Grv/Ckn 5.3pch | unk | 817 | 23 |

| BC | IAMS/EUKANUBA PRODUCT NAMES | DAYCODE | TOTAL QUANTITY (CASES) | PALLETS |
|---|---|---|---|---|
| 84956819 | Euk Dog Grv/Ckn 5.3pch | 6317 | 1 | 1 |
| 84956819 | Euk Dog Grv/Ckn 5.3pch | 6345 | 1828 | 16 |
| 84956819 | Euk Dog Grv/Ckn 5.3pch | 7014 | 2440 | 21 |
| 84956819 | Euk Dog Grv/Ckn 5.3pch | 7056 | 960 | 8 |
| 84956819 | Euk Dog Grv/Ckn 5.3pch | unk | 925 | 30 |
| | | | | |
| 84956820 | Euk Dog Grv/Bf 5.3pch | 6318 | 0 | 0 |
| 84956820 | Euk Dog Grv/Bf 5.3pch | 7015 | 641 | 6 |
| 84956820 | Euk Dog Grv/Bf 5.3pch | 7057 | 3000 | 25 |
| 84956820 | Euk Dog Grv/Bf 5.3pch | unk | 1575 | 41 |
| | | | | |
| 84956821 | Euk Dog Grv/L&R 5.3pch | 6321 | 119 | 2 |
| 84956821 | Euk Dog Grv/L&R 5.3pch | 7013 | 120 | 1 |
| 84956821 | Euk Dog Grv/L&R 5.3pch | 7018 | 2792 | 24 |
| 84956821 | Euk Dog Grv/L&R 5.3pch | 7060 | 960 | 8 |
| 84956821 | Euk Dog Grv/L&R 5.3pch | unk | 789 | 27 |
| | | | | |
| 84956822 | Euk Dog Grv/BfP&V 5.3pch | 6320 | 0 | 1 |
| 84956822 | Euk Dog Grv/BfP&V 5.3pch | 7018 | 360 | 3 |
| 84956822 | Euk Dog Grv/BfP&V 5.3pch | 7060 | 1480 | 13 |
| 84956822 | Euk Dog Grv/BfP&V 5.3pch | unk | 1422 | 32 |
| | | | | |
| 84956823 | Euk Dog RF Grv/Ckn 5.3pch | 6318 | 140 | 2 |
| 84956823 | Euk Dog RF Grv/Ckn 5.3pch | 7014 | 786 | 8 |
| 84956823 | Euk Dog RF Grv/Ckn 5.3pch | 7056 | 1060 | 9 |
| 84956823 | Euk Dog RF Grv/Ckn 5.3pch | unk | 623 | 25 |
| | | | | |

| BC | IAMS/EUKANUBA PRODUCT NAMES | DAYCODE | TOTAL QUANTITY (CASES) | PALLETS |
|---|---|---|---|---|
| 84956824 | Euk Dog SR Grv/Ckn 5.3pch | 6318 | 734 | 7 |
| 84956824 | Euk Dog SR Grv/Ckn 5.3pch | 7042 | 2846 | 24 |
| 84956824 | Euk Dog SR Grv/Ckn 5.3pch | unk | 408 | 11 |
| | | | | |
| 84956830 | Euk Puppy Grv/Ckn 5.5cn | 6332 | 0 | 0 |
| 84956830 | Euk Puppy Grv/Ckn 5.5cn | 7029 | 0 | 0 |
| 84956830 | Euk Puppy Grv/Ckn 5.5cn | 7057 | 2885 | 9 |
| 84956830 | Euk Puppy Grv/Ckn 5.5cn | unk | 3007 | 31 |
| | | | | |
| 84956832 | Euk Dog Grv/Ckn 5.5cn | 7029 | 390 | 1 |
| 84956832 | Euk Dog Grv/Ckn 5.5cn | 7057 | 5252 | 14 |
| 84956832 | Euk Dog Grv/Ckn 5.5cn | unk | 2417 | 27 |
| | | | | |
| 84956833 | Euk Dog Grv/Bf 5.5cn | 7057 | 1898 | 6 |
| 84956833 | Euk Dog Grv/Bf 5.5cn | unk | 162 | 5 |
| | | | | |
| 84956834 | Euk Dog Grv/StBf 5.5cn | 7057 | 2002 | 6 |
| 84956834 | Euk Dog Grv/StBf 5.5cn | unk | 522 | 4 |
| | | | | |
| 84956838 | Euk Dog SR Grv/Bf 5.5cn | 7057 | 2340 | 6 |
| 84956838 | Euk Dog SR Grv/Bf 5.5cn | unk | 92 | 2 |
| | | | | |
| 84956839 | Euk Kitten Grv/Ckn 3.0pch | 6339 | 0 | 0 |
| 84956839 | Euk Kitten Grv/Ckn 3.0pch | 7009 | 865 | 6 |
| 84956839 | Euk Kitten Grv/Ckn 3.0pch | 7022 | 0 | 0 |
| 84956839 | Euk Kitten Grv/Ckn 3.0pch | unk | 926 | 30 |
| | | | | |

| BC | IAMS/EUKANUBA PRODUCT NAMES | DAYCODE | TOTAL QUANTITY (CASES) | PALLETS |
|---|---|---|---|---|
| 84956844 | Euk Kitten Ckn/Grv 3.0cn | 6325 | 1225 | 4 |
| 84956844 | Euk Kitten Ckn/Grv 3.0cn | 6352 | 2640 | 8 |
| 84956844 | Euk Kitten Ckn/Grv 3.0cn | 7025 | 3300 | 10 |
| 84956844 | Euk Kitten Ckn/Grv 3.0cn | 7026 | 660 | 2 |
| 84956844 | Euk Kitten Ckn/Grv 3.0cn | 7051 | 3630 | 11 |
| 84956844 | Euk Kitten Ckn/Grv 3.0cn | unk | 2227 | 27 |
|  |  |  |  |  |
| 84956846 | Euk Cat Ckn&L/Grv 3.0cn | 6325 | 235 | 1 |
| 84956846 | Euk Cat Ckn&L/Grv 3.0cn | 6352 | 330 | 1 |
| 84956846 | Euk Cat Ckn&L/Grv 3.0cn | unk | 698 | 12 |
|  |  |  |  |  |
| 84956847 | Euk Cat Tuna SC 3.0cn | 6326 | 0 | 0 |
| 84956847 | Euk Cat Tuna SC 3.0cn | 6352 | 258 | 1 |
| 84956847 | Euk Cat Tuna SC 3.0cn | unk | 802 | 24 |
|  |  |  |  |  |
| 84956848 | Euk Cat SFDSC 3.0cn | 6326 | 456 | 2 |
| 84956848 | Euk Cat SFDSC 3.0cn | 6352 | 660 | 2 |
| 84956848 | Euk Cat SFDSC 3.0cn | unk | 171 | 8 |
|  |  |  |  |  |
| 84956850 | Euk Cat MTR Ckn/Grv 3.0cn | 6325 | 0 | 0 |
| 84956850 | Euk Cat MTR Ckn/Grv 3.0cn | 6352 | 0 | 0 |
| 84956850 | Euk Cat MTR Ckn/Grv 3.0cn | unk | 547 | 19 |
|  |  |  |  |  |
| 84959359 | Euk Kitten Ckn/Grv 3.0 Canada | 6352 | 990 | 3 |
| 84959359 | Euk Kitten Ckn/Grv 3.0 Canada | 7051 | 330 | 1 |
| 84959359 | Euk Kitten Ckn/Grv 3.0 Canada | unk | 0 | 0 |
|  |  |  |  |  |

| BC | IAMS/EUKANUBA PRODUCT NAMES | DAYCODE | TOTAL QUANTITY (CASES) | PALLETS |
|---|---|---|---|---|
| 84959361 | Euk Cat X&LGRV Canada | 6325 | 330 | 1 |
| 84959361 | Euk Cat X&LGRV Canada | 6352 | 330 | 1 |
| 84959361 | Euk Cat X&LGRV Canada | unk | 0 | 0 |
|  |  |  |  |  |
| 84959362 | Euk Cat Tuna SC 3.0 Canada | 6326 | 0 | 0 |
| 84959362 | Euk Cat Tuna SC 3.0 Canada | 6352 | 660 | 2 |
| 84959362 | Euk Cat Tuna SC 3.0 Canada | unk | 0 | 0 |
|  |  |  |  |  |
| 84959364 | Euk Cat SFMSC 3.0 Canada | 6326 | 101 | 1 |
| 84959364 | Euk Cat SFMSC 3.0 Canada | 6352 | 330 | 1 |
| 84959364 | Euk Cat SFMSC 3.0 Canada | unk | 0 | 0 |
|  |  |  |  |  |
| 84959366 | Euk Cat MTR Ckn/Grv 3.0 Canada | 6325 | 704 | 3 |
| 84959366 | Euk Cat MTR Ckn/Grv 3.0 Canada | 6352 | 330 | 1 |
| 84959366 | Euk Cat MTR Ckn/Grv 3.0 Canada | unk | 0 | 0 |
|  |  |  |  |  |
| 84959903 | Iams Cat SL w/turkey 6.0cn | 6332 | 364 | 1 |
| 84959903 | Iams Cat SL w/turkey 6.0cn | unk | 413 | 11 |
|  |  |  |  |  |
| 84959912 | Iams Kitten SL w/turkey 3.0cn | 7025 | 3630 | 11 |
| 84959912 | Iams Kitten SL w/turkey 3.0cn | 7051 | 330 | 1 |
| 84959912 | Iams Kitten SL w/turkey 3.0cn | unk | 1418 | 13 |
|  |  |  |  |  |
| 84959915 | Iams Cat w/tuna&owf 6.0cn | 6332 | 364 | 1 |
| 84959915 | Iams Cat w/tuna&owf 6.0cn | 7030 | 7644 | 22 |
| 84959915 | Iams Cat w/tuna&owf 6.0cn | unk | 847 | 13 |
|  |  |  |  |  |

| BC | IAMS/EUKANUBA PRODUCT NAMES | DAYCODE | TOTAL QUANTITY (CASES) | PALLETS |
|---|---|---|---|---|
| 84959916 | Iams Cat w/salmon 6.0cn | 6332 | 19 | 1 |
| 84959916 | Iams Cat w/salmon 6.0cn | 6337 | 0 | 0 |
| 84959916 | Iams Cat w/salmon 6.0cn | 7030 | 0 | 0 |
| 84959916 | Iams Cat w/salmon 6.0cn | 7057 | 728 | 2 |
| 84959916 | Iams Cat w/salmon 6.0cn | unk | 993 | 18 |
|  |  |  |  |  |
| 84959930 | Iams Dog w/beef&veg 13.2cn | 6337 | 0 | 0 |
| 84959930 | Iams Dog w/beef&veg 13.2cn | unk | 698 | 12 |
|  |  |  |  |  |
| 84959931 | Iams Dog w/chicken 13.2cn | 6353 | 2086 | 14 |
| 84959931 | Iams Dog w/chicken 13.2cn | 7042 | 8984 | 54 |
| 84959931 | Iams Dog w/chicken 13.2cn | 7043 | 34618 | 205 |
| 84959931 | Iams Dog w/chicken 13.2cn | unk | 13883 | 223 |
|  |  |  |  |  |
| 84959932 | Iams Dog AM w/beef 13.2cn | 6345 | 528 | 4 |
| 84959932 | Iams Dog AM w/beef 13.2cn | 6354 | 850 | 5 |
| 84959932 | Iams Dog AM w/beef 13.2cn | 7014 | 8840 | 52 |
| 84959932 | Iams Dog AM w/beef 13.2cn | 7044 | 6800 | 40 |
| 84959932 | Iams Dog AM w/beef 13.2cn | unk | 2951 | 41 |
|  |  |  |  |  |
| 84959933 | Iams Dog WC w/beef 13.2cn | 6317 | 0 | 0 |
| 84959933 | Iams Dog WC w/beef 13.2cn | 6345 | 6940 | 45 |
| 84959933 | Iams Dog WC w/beef 13.2cn | 7044 | 6448 | 39 |
| 84959933 | Iams Dog WC w/beef 13.2cn | unk | 3899 | 45 |
|  |  |  |  |  |
| 84959934 | Iams Puppy w/Bf&Ckn 13.2cn | 7042 | 1360 | 8 |
| 84959934 | Iams Puppy w/Bf&Ckn 13.2cn | unk | 1246 | 12 |
|  |  |  |  |  |

| BC | IAMS/EUKANUBA PRODUCT NAMES | DAYCODE | TOTAL QUANTITY (CASES) | PALLETS |
|---|---|---|---|---|
| 84959936 | Iams Puppy w/Bf&Ckn 6.0cn | 6332 | 0 | 0 |
| 84959936 | Iams Puppy w/Bf&Ckn 6.0cn | 7029 | 3575 | 11 |
| 84959936 | Iams Puppy w/Bf&Ckn 6.0cn | 7057 | 8736 | 24 |
| 84959936 | Iams Puppy w/Bf&Ckn 6.0cn | unk | 2322 | 21 |
|  |  |  |  |  |
| 84959940 | Iams Dog w/chicken 6.0cn | 6332 | 728 | 2 |
| 84959940 | Iams Dog w/chicken 6.0cn | 6337 | 364 | 1 |
| 84959940 | Iams Dog w/chicken 6.0cn | unk | 46 | 5 |
|  |  |  |  |  |
| 84961121 | Euk Cat SCS&C 3.0pch | 6339 | 2320 | 15 |
| 84961121 | Euk Cat SCS&C 3.0pch | 7023 | 3200 | 20 |
| 84961121 | Euk Cat SCS&C 3.0pch | unk | 556 | 18 |
|  |  |  |  |  |
| 84961229 | Iams Cat cn variety pack | 6324 | 0 | 0 |
| 84961229 | Iams Cat cn variety pack | 6325 | 0 | 0 |
| 84961229 | Iams Cat cn variety pack | 6352 | 4 | 1 |
| 84961229 | Iams Cat cn variety pack | 7052 | 0 | 0 |
| 84961229 | Iams Cat cn variety pack | unk | 1701 | 47 |
|  |  |  |  |  |
| 84961237 | Iams Puppy multipack 9.2cn | 7014 | 890 | 3 |
| 84961237 | Iams Puppy multipack 9.2cn | 7042 | 10500 | 35 |
| 84961237 | Iams Puppy multipack 9.2cn | unk | 2481 | 13 |
|  |  |  |  |  |
| 84966751 | Iams Dog multipack 9.2cn | 7042 | 2699 | 9 |
| 84966751 | Iams Dog multipack 9.2cn | unk | 1116 | 5 |
|  |  |  |  |  |

| BC | IAMS/EUKANUBA PRODUCT NAMES | DAYCODE | TOTAL QUANTITY (CASES) | PALLETS |
|---|---|---|---|---|
| 84967442 | Iams Cat w/turkey SL 6.0 Canada | 7029 | 1092 | 3 |
| 84967442 | Iams Cat w/turkey SL 6.0 Canada | 7037 | 728 | 2 |
| 84967442 | Iams Cat w/turkey SL 6.0 Canada | 7058 | 2912 | 8 |
| 84967442 | Iams Cat w/turkey SL 6.0 Canada | unk | 0 | 0 |
| | | | | |
| 84967445 | Iams Cat w/ckn SL 6.0 Canada | 6337 | 1456 | 4 |
| 84967445 | Iams Cat w/ckn SL 6.0 Canada | 7029 | 1456 | 4 |
| 84967445 | Iams Cat w/ckn SL 6.0 Canada | unk | 0 | 0 |
| | | | | |
| 84967454 | Iams Dog w/bf&veg 13.2 Canada | 6317 | 1020 | 6 |
| 84967454 | Iams Dog w/bf&veg 13.2 Canada | 6346 | 2040 | 12 |
| 84967454 | Iams Dog w/bf&veg 13.2 Canada | 7014 | 850 | 5 |
| 84967454 | Iams Dog w/bf&veg 13.2 Canada | 7044 | 170 | 2 |
| 84967454 | Iams Dog w/bf&veg 13.2 Canada | unk | 0 | 0 |
| | | | | |
| 84967458 | Iams Puppy w/bf&ckn 13.2 Canada | 6317 | 0 | 0 |
| 84967458 | Iams Puppy w/bf&ckn 13.2 Canada | 6345 | 0 | 0 |
| 84967458 | Iams Puppy w/bf&ckn 13.2 Canada | 7014 | 0 | 0 |
| 84967458 | Iams Puppy w/bf&ckn 13.2 Canada | 7042 | 1360 | 8 |
| 84967458 | Iams Puppy w/bf&ckn 13.2 Canada | unk | 0 | 0 |
| | | | | |
| 84967463 | Iams Dog w/rstckn 6.0 Canada | 6332 | 728 | 2 |
| 84967463 | Iams Dog w/rstckn 6.0 Canada | 6337 | 2184 | 6 |
| | | | | |
| 84967865 | Iams Kitten w/turkey SL 3.0 Canada | 7025 | 0 | 0 |
| 84967865 | Iams Kitten w/turkey SL 3.0 Canada | 7026 | 330 | 1 |
| 84967865 | Iams Kitten w/turkey SL 3.0 Canada | 7051 | 1320 | 4 |
| | | | | |

| BC | IAMS/EUKANUBA PRODUCT NAMES | DAYCODE | TOTAL QUANTITY (CASES) | PALLETS |
|---|---|---|---|---|
| 84967867 | Iams Cat w/tuna&owf 6.0 Canada | 6332 | 728 | 2 |
| 84967867 | Iams Cat w/tuna&owf 6.0 Canada | 7029 | 1092 | 3 |
| 84967867 | Iams Cat w/tuna&owf 6.0 Canada | 7030 | 364 | 1 |
| 84967867 | Iams Cat w/tuna&owf 6.0 Canada | 7057 | 364 | 1 |
|  |  |  |  |  |
| 84967868 | Iams Cat w/salmon 6.0 Canada | 6332 | 0 | 0 |
| 84967868 | Iams Cat w/salmon 6.0 Canada | 7030 | 364 | 1 |
| 84967868 | Iams Cat w/salmon 6.0 Canada | 7057 | 193 | 1 |
|  | **TOTALS AS OF 11/15/07** |  | **592,258** | **5,324** |

190172.1