

Kansas Warehouses – Organized Product

Attachment A to Mifflin Decl.



**Kansas Warehouses – Organized Product**



Kansas Warehouses – Organized Product



**Kansas Warehouses – Organized Product**



**Kansas Warehouses – Organized Product**



New Jersey Warehouse – Organized Product


New Jersey Warehouse – Organized Product



New Jersey Warehouse – Organized Product



New Jersey Warehouse – Organized Product