# Kansas Warehouses – Unorganized Inventory



Attachment C-1
to Mifflin Decl,

Dockets.Justia.com

# Kansas Warehouses – Unorganized Inventory



**Kansas Warehouses – Unorganized Inventory**



# Kansas Warehouses – Unorganized Inventory



**Kansas Warehouses – Unorganized Inventory**



**Kansas Warehouses –**
**Unorganized Inventory – Non-Pet Food Product**



**Kansas Warehouses –
Unorganized Inventory – Non-Recall Product**



**Kansas Warehouses –
Unorganized Inventory – Banana Boxes**

