**Kansas Warehouses –
Unorganized Inventory – Cardboard Drums**



**Attachment C-2
to Mifflin Decl.**

Dockets.Justia.com

**Kansas Warehouses –**
**Unorganized Inventory – Plastic Containers**



**Kansas Warehouses –
Unorganized Inventory – Drums**



# Kansas Warehouses –
## Unorganized Inventory – Cardboard Boxes



**Kansas Warehouses –
Unorganized Inventory – Cardboard Box**



**Kansas Warehouses – Unorganized Inventory – Infestation**



**Kansas Warehouses –
Unorganized Inventory – Infestation**



**Kansas Warehouses –
Unorganized Inventory – Infestation**

