

Kansas Warehouses – Unorganized Inventory – Infestation

Attachment C-3 to Mifflin Decl.

**Kansas Warehouses –
Unorganized Inventory – Broken Product**



**Kansas Warehouses –
Unorganized Inventory – Broken Product**





**Kansas Warehouses – Unorganized Inventory – Broken Boxes**



New Jersey Warehouse – Unorganized Inventory – Banana Boxes



**New Jersey Warehouse – Unorganized Inventory – Non-Pet Food Product**



New Jersey Warehouse – Unorganized Inventory - Infestation



New Jersey Warehouse – Unorganized Inventory – Cardboard Boxes



**New Jersey Warehouse – Unorganized Inventory – Non-Menu Foods Product**



**New Jersey Warehouse – Unorganized Inventory – Non-Menu Foods Product**



New Jersey Warehouse – Unorganized Inventory – Bins



New Jersey Warehouse – Unorganized Inventory