## Nestlé Purina's Recall Product Inventory

| Product Name | Cans/Pouches Per Case | Size | UPC | Manf Date | Julian Date | Total Cases Held/Stored |
|---|---|---|---|---|---|---|
| ALPO PC BEEF | 24 | 13.2 oz | 00360 | 2/16/2007 | 7047 | 99 |
| | | | | 2/17/2007 | 7048 | 672 |
| | | | | 2/20/2007 | 7051 | 3963 |
| | | | | 2/21/2007 | 7052 | 2919 |
| ALPO PC BEEF LIVER | 24 | 13.2 oz | 00361 | 2/6/2007 | 7037 | 3198 |
| ALPO PC TURKEY BACON | 24 | 13.2 oz | 00363 | 2/12/2007 | 7043 | 1113 |
| ALPO PC GOURMET | 24 | 13.2 oz | 00365 | 2/6/2007 | 7037 | 353 |
| ALPO PC BEEF BACON /CHEESE | 24 | 13.2 oz | 00366 | 2/20/2007 | 7051 | 1376 |
| ALPO PC LONDON GRILL | 24 | 13.2 oz | 00368 | 2/13/2007 | 7044 | 762 |
| ALPO PC CHICKEN VEGETABLE | 24 | 13.2 oz | 04013 | 2/19/2007 | 7050 | 4325 |
| ALPO PC BEEF & RICE | 24 | 13.2 oz | 07031 | 2/7/2007 | 7038 | 2401 |
| ALPO PC LAMB & RICE | 24 | 13.2 oz | 07032 | 2/6/2007 | 7037 | 96 |
| ALPO PC LAMB & RICE | 24 | 13.2 oz | 07032 | 2/7/2007 | 7038 | 110 |
| | | | | 2/14/2007 | 7045 | 614 |
| ALPO PC BEEF | 12 | 22 oz | 00461 | 2/8/2007 | 7039 | 112 |
| | | | | 2/15/2007 | 7046 | 275 |
| | | | | 2/22/2007 | 7053 | 1455 |
| ALPO PC CHICKEN | 12 | 22 oz | 00463 | 2/12/2007 | 7043 | 936 |
| ALPO PC GOURMET | 12 | 22 oz | 00469 | 2/13/2007 | 7044 | 1429 |
| ALPO PC LAMB & RICE | 12 | 22 oz | 07033 | 2/13/2007 | 7044 | 224 |
| | | | | 2/14/2007 | 7045 | 511 |
| ALPO PC BEEF & RICE | 12 | 22 oz | 07034 | 2/7/2007 | 7038 | 3118 |
| ALPO PC LONDON GRILL | 12 | 22 oz | 74331 | 2/13/2007 | 7044 | 672 |
| ALPO PC BEEF STEW | 12 | 22 oz | 74333 | 2/22/2007 | 7081 | 1305 |
| ALPO VP | 12 | 13.2 oz | 18342 | 2/6/2007 | 7037 | 1684 |
| | | | | 2/19/2007 | 7050 | 8367 |
| ALPO Beef | 24 | 13.2 oz | 25712 | 2/8/2007 | 7039 | 1244 |
| | | | | 2/16/2007 | 7047 | 264 |
| | | | | 2/21/2007 | 7052 | 1979 |
| ALPO Beef | 4 pk 6ct | 22 oz | 24519 | 2/7/2007 | 7038 | 2974 |
| | | | | 2/9/2007 | 7040 | 5949 |
| | | | | 2/14/2007 | 7045 | 5375 |

**Attachment A
to Palensky Decl.**

|  |  |  |  | 2/15/2007 | 7046 | 1824 |
|---|---|---|---|---|---|---|
|  |  |  |  | 2/16/2007 | 7047 | 6144 |
|  |  |  |  | 2/21/2007 | 7052 | 6248 |
| ALPO VP | 8 ct | 22 oz | 86222 | 1/29/2007 | 7029 | 1803 |
|  |  |  |  | 2/5/2007 | 7036 | 3868 |
|  |  |  |  | 2/12/2007 | 7043 | 5964 |
|  |  |  |  | 2/13/2007 | 7044 | 8101 |
|  |  |  |  | 2/19/2007 | 7050 | 19574 |
| MIGHTY DOG POUCH VP | 24 | 5.3 oz | 67411 | 10/22/2006 | 7295 | 14835 |
|  |  |  |  | 10/30/2006 | 6303 | 1320 |
|  |  |  |  | 10/31/2006 | 6304 | 240 |
|  |  |  |  | 11/13/2006 | 6317 | 840 |
|  |  |  |  | 11/14/2006 | 6318 | 10200 |
|  |  |  |  | 11/15/2006 | 6319 | 120 |
|  |  |  |  | 11/25/2006 | 6329 | 8636 |
|  |  |  |  | 11/26/2006 | 6330 | 1680 |
|  |  |  |  | 11/27/2006 | 6331 | 600 |
|  |  |  |  | 12/9/2006 | 6343 | 4213 |
|  |  |  |  | 1/2/2007 | 7002 | 1800 |
|  |  |  |  | 1/15/2007 | 7015 | 5491 |
|  |  |  |  | 1/16/2007 | 7016 | 1557 |
|  |  |  |  | 1/28/2007 | 7028 | 27895 |
|  |  |  |  | 2/11/2007 | 7042 | 5640 |
|  |  |  |  | 2/25/2007 | 7056 | 7200 |
|  |  |  |  | 2/26/2007 | 7057 | 9600 |
| MIGHTY DOG TARGET BUNDLE PK | 48 | 5.3 oz | 53146 | 11/25/2006 | 6329 | 1020 |
|  |  |  |  | 1/2/2007 | 7002 | 900 |
|  |  |  |  | 1/16/2007 | 7016 | 1560 |
|  |  |  |  | 1/28/2007 | 7028 | 2220 |
|  |  |  |  | 2/11/2007 | 7042 | 2400 |
| MIGHTY DOG BEEF MULTI PK | 24 | 5.3 oz | 24116 | 11/27/2006 | 6331 | 3120 |
|  |  |  |  | 1/29/2007 | 7029 | 4800 |

**CONFIDENTIAL**