

Attachment B to Palensky Decl.

















