# DEL MONTE PET PRODUCTS - RECALL REGARDING MDL LITIGATION
## Held Inventories (Excluding Banana Boxes) - Del Monte Distribution Centers

| SKU | Product Description | Size | Lot Code | Total Units |
|---|---|---|---|---|
| 103500 | Dollar General Beef Flavored Jerky Strips Dog Treats | 12x3oz | TP7C05 | 1,392 |
| 103500 | Dollar General Beef Flavored Jerky Strips Dog Treats | 12x3oz | TP7C06 | 40,440 |
| 103500 | Dollar General Beef Flavored Jerky Strips Dog Treats | 12x3oz | TP7C07 | 47,424 |
| 103500 | Dollar General Beef Flavored Jerky Strips Dog Treats | 12x3oz | TP7C08 | 22,260 |
| 103590 | Dollar General Beef Flavored Beef Sticks Dog Treats | 12x4.5oz | TP7B20 | 23,496 |
| 103590 | Dollar General Beef Flavored Beef Sticks Dog Treats | 12x4.5oz | TP7B21 | 29,988 |
| 103590 | Dollar General Beef Flavored Beef Sticks Dog Treats | 12x4.5oz | TP7C08 | 6,492 |
| 103590 | Dollar General Beef Flavored Beef Sticks Dog Treats | 12x4.5oz | TP7C09 | 29,676 |
| 103590 | Dollar General Beef Flavored Beef Sticks Dog Treats | 12x4.5oz | TP7C10 | 12,480 |
| 106850 | Ol' Roy Beef Flavor Snack Sticks Dog Treats | 6x26oz | TP7B19 | 9,450 |
| 106850 | Ol' Roy Beef Flavor Snack Sticks Dog Treats | 6x26oz | TP7B20 | 40,308 |
| 106850 | Ol' Roy Beef Flavor Snack Sticks Dog Treats | 6x26oz | TP7B21 | 22,152 |
| 106860 | Ol' Roy Beef Flavor Jerky Strips Dog Treats | 6x26oz | TP7B06 | 2,976 |
| 106860 | Ol' Roy Beef Flavor Jerky Strips Dog Treats | 6x26oz | TP7B07/08 | 7,824 |
| 107610 | Jerky Treats Beef Flavor Dog Snacks | 12x3.75oz | TP7C05/06 | 20,784 |
| 107630 | Jerky Treats Beef Flavor Dog Snacks | 12x7.5oz | TP7B08 | 110,044 |
| 107630 | Jerky Treats Beef Flavor Dog Snacks | 12x7.5oz | TP7B09 | 45,888 |
| 107630 | Jerky Treats Beef Flavor Dog Snacks | 12x7.5oz | TP7B10 | 7,932 |
| 107630 | Jerky Treats Beef Flavor Dog Snacks | 12x7.5oz | TP7B15 | 26,892 |
| 107630 | Jerky Treats Beef Flavor Dog Snacks | 12x7.5oz | TP7B16 | 540 |
| 107630 | Jerky Treats Beef Flavor Dog Snacks | 12x7.5oz | TP7C05 | 36,984 |
| 107630 | Jerky Treats Beef Flavor Dog Snacks | 12x7.5oz | TP7C06 | 33,612 |
| 107650 | Jerky Treats Beef Flavor Dog Snacks | 8x11.25oz | TP7B06 | 4,480 |
| 107650 | Jerky Treats Beef Flavor Dog Snacks | 8x11.25oz | TP7B07 | 30,968 |

Attachment 1
to Hayes Decl.

| | | | | |
|---|---|---|---|---|
| 107650 | Jerky Treats Beef Flavor Dog Snacks | 8x11.25oz | TP7B08 | 5,832 |
| 130040 | Jerky Treats Beef Flavor Dog Snacks | 8x20oz | TP7B15 | 27,560 |
| 314410 | Jerky Treats Beef Flavor Dog Snacks (BOGO) | 12x15oz | TP7B08 | 7,560 |
| 314410 | Jerky Treats Beef Flavor Dog Snacks (BOGO) | 12x15oz | TP7B09 | 31,152 |
| 344330 | Gravy Train Beef Sticks Dog Snacks | 12x4.5oz | TP7B19/20 | 168 |
| 363310 | Happy Tails Meaty Cuts with Beef in Gravy Dog Food | 12x22oz | BC7A29 | 75,372 |
| 396050 | Ol' Roy with Beef Hearty Cuts in Gravy Dog Food | 24x13.2oz | BC6M21 | 3,072 |
| 396060 | Ol' Roy with Beef Hearty Strips in Gravy Dog Food | 24x13.2oz | BC7A19 | 6,768 |
| 401870 | Ol' Roy Beef Flavor Snack Sticks Dog Treats | 6x30oz | TP7C08 | 29,826 |
| 401870 | Ol' Roy Beef Flavor Snack Sticks Dog Treats | 6x30oz | TP7C09 | 42,618 |
| 401870 | Ol' Roy Beef Flavor Snack Sticks Dog Treats | 6x30oz | TP7C10 | 6,294 |
| 401880 | Ol' Roy Beef Flavor Jerky Strips Dog Treats | 6x30oz | TP7C06 | 28,890 |
| 401880 | Ol' Roy Beef Flavor Jerky Strips Dog Treats | 6x30oz | TP7C07 | 57,438 |
| 401880 | Ol' Roy Beef Flavor Jerky Strips Dog Treats | 6x30oz | TP7C08 | 20,706 |
| 424070 | Happy Tails Beef Flavor Beef Sticks | 12x6oz | TP7C08/09 | 14,736 |
| 424110 | Happy Tails Beef Flavor Jerky Strips | 12x6oz | TP7B08/09 | 16,368 |
| 487280 | Jerky Treats Beef Flavor Dog Snacks | 6x7.5oz | TP7B08 | 8,136 |
| 487280 | Jerky Treats Beef Flavor Dog Snacks | 6x15oz | TP7B09 | 12,624 |
| 487280 | Jerky Treats Beef Flavor Dog Snacks | 6x7.5oz | TP7C05 | 27,990 |
| 487280 | Jerky Treats Beef Flavor Dog Snacks | 6x7.5oz | TP7C06 | 16,086 |
| 566400 | Ol' Roy Beef Flavor Jerky Strips Dog Treats | 12x6oz | TP7C05 | 36,396 |
| 566400 | Ol' Roy Beef Flavor Jerky Strips Dog Treats | 12x6oz | TP7C06 | 24,240 |
| 583880 | Ol' Roy County Stew Hearty Cuts in Gravy Dog Food | 12x22oz | BC6M15 | 0 |
| 817080 | Pounce Meaty Morsels Moist Chicken Flavor Cat Treats | 12x2.3oz | TP7C12 | 13,992 |
| | | | DISTRIBUTION CENTER TOTALS: | 1,028,306 |