The photographs attached as Attachment 3 to this Declaration have been filed with the Court at Docket Nos. 88, 89, 90, 91 and 92, and are incorporated by reference. These photographs were filed in support of Del Monte's Emergency Motion to Limit Its Retention of Recalled Pet Treats, Food, Raw Wheat Gluten and Mixtures Containing Recalled Wheat Gluten.

**Attachment 3
to Hayes Decl.**