## Hill's Recalled Product

| Hill's Product Name | SKU | Date Code | Quantity (cases/bags) |
|---|---|---|---|
| Prescription Diet™ m/d™ Feline dry food 4 lbs bag | 4277 | 092008K01 | 975 |
| Prescription Diet™ m/d™ Feline dry food 10 lbs bag | 4279 | 082008K31 | 911 |
| Prescription Diet™ m/d™ Feline dry food 10 lbs bag | 4279 | 092008K01 | 4752 |
| Science Diet® Ocean Fish Dinner in Sauce Savory Cuts® Adult 3 oz. can | 4401 | 062008M194 | 1430 |
| Science Diet® Chicken Dinner in Gravy Savory Cuts® Adult 3 oz. can | 4411 | 062008M194 | 1504 |
| Science Diet® Beef Dinner in Gravy Savory Cuts® Adult 3 oz. can | 4412 | 062008M194 | 1147 |
| Science Diet® Ocean Fish Dinner in Sauce Savory Cuts® Adult 3 oz. can | 4414 | 082008M283 | 2310 |
| Science Diet® Ocean Fish Dinner in Sauce Savory Cuts® Adult 5.5 oz. can | 4414 | 092008M063 | 2730 |
| Science Diet® Chicken Dinner in Gravy Savory Cuts® Adult 5.5 oz can | 4415 | 082008M283 | 6032 |
| Science Diet® Beef Dinner in Gravy Savory Cuts® Adult 5.5 oz. can | 4416 | 082008M283 | 2678 |
| Science Diet® Beef Dinner in Gravy Savory Cuts® Adult 5.5 oz. can (Canada) | 4416C | 082008M283 | 3 |
| Science Diet® Ocean Fish Dinner in Sauce Savory Cuts® Kitten 3 oz. can | 4457 | 082008M254 | 2773 |
| Science Diet® Chicken Dinner in Gravy Savory Cuts® Mature Adult 7+ 3 oz. can | 4600 | 062008M194 | 687 |
| Science Diet® Ocean Fish Dinner in Sauce Savory Cuts® Kitten 5.5 oz. can | 4601 | 082008M283 | 5252 |
| Science Diet® Chicken Dinner in Gravy Savory Cuts® Mature Adult 7+ 5.5 oz. can | 4603 | 082008M283 | 1455 |

There are 24 cans per case.

*Confidential*

Attachment A
to Barricklow Decl.