

**Attachment B**
**to Barricklow Decl.**