

**Attachment C
to Barricklow Decl.**

Dockets.Justia.com