

**Attachment D
to Barricklow Decl.**

Dockets.Justia.com



