

**Attachment E
to Barricklow Decl.**



