

**Attachment F
to Barricklow Decl.**

Dockets.Justia.com



