| SKU Date | Product Code | SKU Number | Product Type | Units - Menu | Units - Nutro |
|---|---|---|---|---|---|
| 1/22/2007 | GNUTUC0324ZTKCH | 7910530016 | 4R-600 SL Turk/Chk/Lvr 24x3oz | 38 | 9,585 |
| 12/20/2006 | GNUTUD1212ZNLBA | 7910532260 | 3R-204 SI A Chk/Rice 12x12.5oz | 87,252 | 6,282 |
| 12/18/2006 | GNUTUC0324ZSEAT | 7910530017 | 4R-700 SL Sfd/Tom/Bisq 24x3oz | 8 | 6,255 |
| 1/22/2007 | GNUTUC0324ZDSTW | 7910530018 | 4R-800 SL Stew w/Duck 24x3oz | 27 | 4,893 |
| 12/21/2006 | GNUTUK0324CHKWH | 7910538101 | 4F-400 Kitten Chk/Ofish 24x3oz | 0 | 4,842 |
| 12/21/2006 | GNUTUK0324CHLMB | 7910535202 | 4P-100 Kitten Chick/Lmb 24x3oz | 0 | 4,798 |
| 12/21/2006 | GNUTUK0324TNACH | 7910535204 | 4P-300 Kitten Tna/Chick 24x3oz | 0 | 4,752 |
| 12/18/2006 | GNUTUC0324ZSLWF | 7910530013 | 4R-300 SL Salmon/Wfish 24x3oz | 10 | 4,030 |
| 12/12/2006 | GNUTUD1212ZNPLR | 7910532793 | 3R-704SI Pup Lmb/Rc 12x12.5oz | 68,504 | 3,216 |
| 12/14/2006 | GNUTUD0524QLMST | 7910532802 | 3V-400 Lamb Stew 24x5.3oz | 2,034 | 2,952 |
| 11/19/2006 | GNUTUC0324QACHL | 7910531024 | 4S-100 Pouch Ad Chk/Lvr 24x3oz | 66,151 | 2,554 |
| 1/22/2007 | GNUTUC0324ZLBTR | 7910530014 | 4R-200 SL Lamb/Turkey 24x3oz | 0 | 2,545 |
| 1/22/2007 | GNUTUC0324ZLBTR | 7910530014 | 4R-200 SL Lamb/Turkey 24x3oz | 43,591 | 2,454 |
| 12/16/2006 | GNUTUD0524QCHBR | 7910532806 | 3V-600 Chick/Br Rice 24x5.3oz | 5,185 | 2,375 |
| 11/17/2006 | GNUTUD0524QMWBS | 7910532804 | 3V-500 Beef Stew 24x5.3oz | 1,894 | 2,188 |
| 12/14/2006 | GNUTUD0524QPCHC | 7910532798 | 3V-200 Pup Chick/Che 24x5.3oz | 30,762 | 2,096 |
| 1/19/2007 | GNUTUD0524QMWBS | 7910532804 | 3V-500 Beef Stew 24x5.3oz | 144,048 | 1,845 |
| 12/18/2006 | GNUTUC0324ZCHIC | 7910530011 | 4R-100 SL Cal Chicken 24x3oz | 4 | 1,747 |
| 11/19/2006 | GNUTUC0324QATKG | 7910531026 | 4S-200 Pouch Ad Tky/Gib 24x3oz | 13,806 | 1,740 |
| 11/13/2006 | GNUTUD1212ZNALR | 7910532791 | 3R-604 SI Ad Lmb/Rc 12x12.5oz | 139 | 1,634 |
| 12/21/2006 | GNUTUD1212NPCRO | 7910532795 | 3P-204Pup Chk/Rc/Oat 12x12.5oz | 47,274 | 1,582 |
| 12/15/2006 | GNUTUD0524QTKVG | 7910532800 | 3V-300 Turkey/Veg 24x5.3oz | 33,286 | 1,433 |
| 12/12/2006 | GNUTUD1212ZNALR | 7910532791 | 3R-604 SI Ad Lmb/Rc 12x12.5oz | 62,857 | 1,337 |
| 1/22/2007 | GNUTUC0324ZCHIC | 7910530011 | 4R-100 SL Cal Chicken 24x3oz | 33,311 | 1,056 |
| 12/5/2006 | GNUTUC0324QKOTN | 7910537302 | 4S-800 Pouch Kit O/Tuna 24x3oz | 85,056 | 991 |
| 1/19/2007 | GNUTUD0524QTKVG | 7910532800 | 3V-300 Turkey/Veg 24x5.3oz | 73,392 | 970 |
| 1/7/2007 | GNUTUC0324QACHL | 7910531024 | 4S-100 Pouch Ad Chk/Lvr 24x3oz | 54,101 | 912 |
| 12/18/2006 | GNUTUC0324ZVSTW | 7910530019 | 4R-900 Stew w/Venison 24x3oz | 9,250 | 881 |
| 12/16/2006 | GNUTUD0524QLMST | 7910532802 | 3V-400 Lamb Stew 24x5.3oz | 43,439 | 796 |

Attachment A
to Green Decl.

| SKU Date | Product Code | SKU Number | Product Type | Units - Menu | Units - Nutro |
|---|---|---|---|---|---|
| 1/22/2007 | GNUTUC0324ZBFRG | 7910535207 | 4Q-300 Beef Ragout 24x3oz | 5,832 | 792 |
| 12/20/2006 | GNUTUD1212ZNLBP | 7910532262 | 3R-304 SI P Chk/Rice 12x12.5oz | 18,788 | 759 |
| 11/19/2006 | GNUTUC0324QSCHT | 7910531029 | 4s-700 Pouch Sr Chk/Tky 24x3oz | 23,045 | 668 |
| 11/19/2006 | GNUTUC0324QKCHL | 7910531023 | 4S-500 Pouch Kit Chk/Lv 24x3oz | 22,567 | 667 |
| 1/19/2007 | GNUTUD0524QPPOT | 7910532796 | 3V-100 Pup Pot Roast 24x5.3oz | 37,272 | 589 |
| 1/8/2007 | GNUTUC0324QIOSH | 7910536225 | 4T-200 In Ad Ofish/Shrp 24x3oz | 75,738 | 586 |
| 12/18/2006 | GNUTUC0324ZHLRC | 7910535221 | 4Q-400 SL Halibut/Rice 24x3oz | 74,554 | 574 |
| 12/15/2006 | GNUTUD0524QPPOT | 7910532796 | 3V-100 Pup Pot Roast 24x5.3oz | 43,942 | 571 |
| 11/21/2006 | GNUTUC0324QICHG | 7910536227 | 4T-300 In Ad Chick/Gib 24x3oz | 152 | 488 |
| 2/3/2007 | GNUTUD0524QCHBR | 7910532806 | 3V-600 Chick/Br Rice 24x5.3oz | 39,210 | 438 |
| 2/6/2007 | GNUTUC0324QICHG | 7910536227 | 4T-300 In Ad Chick/Gib 24x3oz | 150,016 | 434 |
| 12/18/2006 | GNUTUC0324ZBEGG | 7910530015 | 4R-500 SL Beef/Egg 24x3oz | 4,762 | 411 |
| 12/17/2006 | GNUTUC0324ZDSTW | 7910530018 | 4R-800 SL Stew w/Duck 24x3oz | 8 | 405 |
| 11/19/2006 | GNUTUC0324QKSOF | 7910537304 | 4S-900 Pouch Kit Slm/Of 24x3oz | 15,338 | 400 |
| 12/18/2006 | GNUTUC0324ZLBTR | 7910530014 | 4R-200 SL Lamb/Turkey 24x3oz | 9 | 375 |
| 12/20/2006 | GNUTUD1212ZNLBS | 7910532268 | 3R-504 SI Sr Ch/Rice 12x12.5oz | 18,915 | 341 |
| 1/7/2007 | GNUTUC0324QATKG | 7910531026 | 4S-200 Pouch Ad Tky/Gib 24x3oz | 84,928 | 311 |
| 11/21/2006 | GNUTUC0324QABFR | 7910536259 | 4V-300 P Adlt Beef/Rice 24x3oz | 43,947 | 298 |
| 11/19/2006 | GNUTUC0324QKOTN | 7910537302 | 4S-800 Pouch Kit O/Tuna 24x3oz | 3,841 | 272 |
| 1/22/2007 | GNUTUC0324ZSFJB | 7910535206 | 4Q-200 Orlean Std Jmlya 24x3oz | 20,888 | 264 |
| 1/22/2007 | GNUTUC0324ZHLRC | 7910535221 | 4Q-400 SL Halibut/Rice 24x3oz | 31,738 | 264 |
| 11/21/2006 | GNUTUC0324QIWFT | 7910536223 | 4T-100 In Ad Wfish/Tuna 24x3oz | 2,505 | 241 |
| 12/18/2006 | GNUTUC0324ZCHCC | 7910535205 | 4Q-100 Chick Cacciatore 24x3oz | 6,192 | 224 |
| 1/8/2007 | GNUTUC0324QITKL | 7910536229 | 4T-400 In Ad Tky/Lvr 24x3oz | 69,498 | 221 |
| 1/7/2007 | GNUTUC0324QSCHT | 7910531029 | 4s-700 Pouch Sr Chk/Tky 24x3oz | 60,709 | 188 |
| 1/8/2007 | GNUTUC0324QICHG | 7910536227 | 4T-300 In Ad Chick/Gib 24x3oz | 74,730 | 185 |
| 12/5/2006 | GNUTUC0324QATKG | 7910531026 | 4S-200 Pouch Ad Tky/Gib 24x3oz | 3,840 | 183 |
| 12/18/2006 | GNUTUC0324ZBFRG | 7910535207 | 4Q-300 Beef Ragout 24x3oz | 10 | 169 |
| 11/12/2006 | GNUTUD1212ZLACH | 7910536209 | 3U-504LB AD C/S/L/Gvy12x12.5oz | 1,676 | 165 |

| SKU Date | Product Code | SKU Number | Product Type | Units - Menu | Units - Nutro |
|---|---|---|---|---|---|
| 12/15/2006 | GNUTUD0524QMWBS | 7910532804 | 3V-500 Beef Stew 24x5.3oz | 16,503 | 165 |
| 2/6/2007 | GNUTUC0324QACHR | 7910536255 | 4V-100 P Ad Chick/Rice 24x3oz | 75,472 | 153 |
| 11/21/2006 | GNUTUC0324QATUN | 7910536257 | 4V-200 P Adult Cal Tuna 24x3oz | 58,853 | 144 |
| 2/4/2007 | GNUTUC0324QACHL | 7910531024 | 4S-100 Pouch Ad Chk/Lvr 24x3oz | 150,396 | 104 |
| 2/6/2007 | GNUTUC0324QABFR | 7910536259 | 4V-300 P Adlt Beef/Rice 24x3oz | 49,896 | 98 |
| 2/16/2007 | GNUTUD0524QMWBS | 7910532804 | 3V-500 Beef Stew 24x5.3oz | 218,183 | 84 |
| 11/21/2006 | GNUTUC0324QSWFC | 7910536265 | 4V-600 P Snr Wfish/Crab 24x3oz | 59,095 | 68 |
| 2/4/2007 | GNUTUC0324QKOTN | 7910537302 | 4S-800 Pouch Kit O/Tuna 24x3oz | 142,483 | 60 |
| 1/7/2007 | GNUTUC0324QKCHL | 7910531023 | 4S-500 Pouch Kit Chk/Lv 24x3oz | 91,398 | 50 |
| 12/5/2006 | GNUTUC0324QICHG | 7910536227 | 4T-300 In Ad Chick/Gib 24x3oz | 15,228 | 49 |
| 11/13/2006 | GNUTUD1212ZNPLR | 7910532793 | 3R-704Sl Pup Lmb/Rc 12x12.5oz | 3,394 | 43 |
| 12/20/2006 | GNUTUD1212ZNLBW | 7910532266 | 3R-404Sl Wght Ch/Ric 12x12.5oz | 40,190 | 42 |
| 12/10/2006 | GNUTUD1212ZLACH | 7910536209 | 3U-504LB AD C/S/L/Gvy12x12.5oz | 9,867 | 40 |
| 2/6/2007 | GNUTUC0324QIOSH | 7910536225 | 4T-200 In Ad Ofish/Shrp 24x3oz | 84,748 | 36 |
| 2/16/2007 | GNUTUD0524QTKVG | 7910532800 | 3V-300 Turkey/Veg 24x5.3oz | 171,912 | 36 |
| 11/17/2006 | GNUTUD0524QCHBR | 7910532806 | 3V-600 Chick/Br Rice 24x5.3oz | 18 | 29 |
| 11/17/2006 | GNUTUD0524QPPOT | 7910532796 | 3V-100 Pup Pot Roast 24x5.3oz | 5,753 | 28 |
| 12/18/2006 | GNUTUC0324ZSFJB | 7910535206 | 4Q-200 Orlean Std Jmlya 24x3oz | 10 | 20 |
| 11/17/2006 | GNUTUD0524QTKVG | 7910532800 | 3V-300 Turkey/Veg 24x5.3oz | 25,258 | 20 |
| 12/14/2006 | GNUTUD0524QCHBR | 7910532806 | 3V-600 Chick/Br Rice 24x5.3oz | 5,778 | 14 |
| 11/17/2006 | GNUTUD0524QLMST | 7910532802 | 3V-400 Lamb Stew 24x5.3oz | 2,891 | 12 |
| 12/12/2006 | GNUTUD1212NPCRO | 7910532795 | 3P-204Pup Chk/Rc/Oat 12x12.5oz | 3,696 | 8 |
| 11/19/2006 | GNUTUC0324QWCHL | 7910531028 | 4S-600 Pouch WM Chk/Lvr 24x3oz | 32,343 | 4 |
| 11/19/2006 | GNUTUC0324QSLOF | 7910531027 | 4S-300Pouch Ad Slm/Ofsh 24x3oz | 28,858 | 2 |
| 12/18/2006 | GNUTEC0324ZCHIC | 7910530076 | 4R-140 SI Chicken 24x3oz | 0 | 0 |
| 12/18/2006 | GNUTEC0324ZLMTK | 7910530078 | 4R-240 SI Lamb/Turkey 24x3oz | 0 | 0 |
| 12/18/2006 | GNUTEC0324ZSALW | 7910530080 | 4R-340 SI Salmon/Wfish 24x3oz | 0 | 0 |
| 11/21/2006 | GNUTUC0324QITKL | 7910536229 | 4T-400 In Ad Tky/Lvr 24x3oz | 4 | 0 |
| 1/22/2007 | GNUTEC0324ZTKDK | 7910530090 | 4R-840 SI Turkey/Duck 24x3oz | 4 | 0 |

| SKU Date | Product Code | SKU Number | Product Type | Units - Menu | Units - Nutro |
|---|---|---|---|---|---|
| 1/22/2007 | GNUTUC0324ZCHCC | 7910535205 | 4Q-100 Chick Cacciatore 24x3oz | 10 | 0 |
| 12/11/2006 | GNUTUD1212ZSLAR | 7910532809 | 3J-804 SL Sr Lamb/Rice 12x12.5 | 2,162 | 0 |
| 12/10/2006 | GNUTUD1212ZPCSL | 7910536211 | 3U-604 LB Pup C/S/L 12x12.5oz | 2,163 | 0 |
| 1/22/2007 | GNUTUC0324ZVSTW | 7910530019 | 4R-900 Stew w/Venison 24x3oz | 2,736 | 0 |
| 11/21/2006 | GNUTUC0324QIOSH | 7910536225 | 4T-200 In Ad Ofish/Shrp 24x3oz | 3,846 | 0 |
| 12/11/2006 | GNUTUD1212ZNLBW | 7910532266 | 3R-404Sl Wght Ch/Ric 12x12.5oz | 5,088 | 0 |
| 12/11/2006 | GNUTUD1212ZNLBA | 7910532260 | 3R-204 Sl A Chk/Rice 12x12.5oz | 6,096 | 0 |
| 1/22/2007 | GNUTEC0324ZTCHL | 7910530086 | 4R-640 Sl Turk/Chk Livr 24x3oz | 7,104 | 0 |
| 11/12/2006 | GNUTUD1212ZPCSL | 7910536211 | 3U-604 LB Pup C/S/L 12x12.5oz | 7,566 | 0 |
| 11/20/2006 | GNUTEC0324QACHL | 7910521227 | 4S-120/140 P Ad Chk/Lvr 24x3oz | 7,684 | 0 |
| 11/17/2006 | GNUTUD0524QPCHC | 7910532798 | 3V-200 Pup Chick/Che 24x5.3oz | 8,659 | 0 |
| 1/22/2007 | GNUTUC0324ZVSTW | 7910530019 | 4R-900 Stew w/Venison 24x3oz | 9,528 | 0 |
| 1/24/2007 | GNUTUK0324BFCHK | 7910535203 | 4P-200 Kitten Bf/Chick 24x3oz | 9,696 | 0 |
| 12/11/2006 | GNUTUD1212ZNLBS | 7910532268 | 3R-504 Sl Sr Ch/Rice 12x12.5oz | 10,860 | 0 |
| 12/20/2006 | GNUTED1212PLBCH | 7910530050 | 3R-344 Sl Pup LB Chk 12x12.5oz | 11,019 | 0 |
| 12/20/2006 | GNUTUD1212ZLBPB | 7910537326 | 3D-204LB P Bf/Rc/Gvy 12x12.5oz | 11,191 | 0 |
| 1/22/2007 | GNUTED1212ALBCH | 7910530048 | 3R-244Sl Adlt LB Chk 12x12.5oz | 11,345 | 0 |
| 11/19/2006 | GNUTUC0324QOFTN | 7910531025 | 4S-400Pouch Adlt O/Tuna 24x3oz | 11,529 | 0 |
| 1/23/2007 | GNUTUC0324DSTW | 7910530018 | 4R-800 SL Stew w/Duck 24x3oz | 14,256 | 0 |
| 11/20/2006 | GNUTEC0324QKCHL | 7910521235 | 4S-520/540 P Kit Chk/Lv 24x3oz | 15,373 | 0 |
| 12/11/2006 | GNUTUD1212ZNLBP | 7910532262 | 3R-304 Sl P Chk/Rice 12x12.5oz | 20,460 | 0 |
| 1/8/2007 | GNUTEC0324QKCHL | 7910521235 | 4S-520/540 P Kit Chk/Lv 24x3oz | 21,128 | 0 |
| 11/20/2006 | GNUTEC0324QKOTN | 7910521239 | 4S-820/840 P Kit O/Tuna 24x3oz | 22,816 | 0 |
| 11/20/2006 | GNUTEC0324QWCHL | 7910521241 | 4S-620/640 P LT Chk/Lvr 24x3oz | 23,056 | 0 |
| 12/20/2006 | GNUTUD1212ZLBAB | 7910537324 | 3A-504LB Ad Bf/Rc/Gvy12x12.5oz | 24,773 | 0 |
| 11/20/2006 | GNUTEC0324QSCHT | 7910521243 | 4S-720/740 P Sr Chk/Tky 24x3oz | 32,655 | 0 |
| 11/20/2006 | GNUTEC0324QKSOF | 7910521237 | 4S-920/940 P Kit Slm/Of 24x3oz | 32,969 | 0 |
| 11/20/2006 | GNUTEC0324QOFTN | 7910521231 | 4S-420/440P Adlt O/Tuna 24x3oz | 33,226 | 0 |
| 1/7/2007 | GNUTUC0324QKSOF | 7910537304 | 4S-900 Pouch Kit Slm/Of 24x3oz | 33,794 | 0 |

| SKU Date | Product Code | SKU Number | Product Type | Units - Menu | Units - Nutro |
|---|---|---|---|---|---|
| 2/14/2007 | GNUTUD1212ZNLBS | 7910532268 | 3R-504 Sl Sr Ch/Rice 12x12.5oz | 35,703 | 0 |
| 2/6/2007 | GNUTEC0324QACHL | 7910521227 | 4S-120/140 P Ad Chk/Lvr 24x3oz | 36,537 | 0 |
| 1/9/2007 | GNUTUC0324QABFR | 7910536259 | 4V-300 P Adlt Beef/Rice 24x3oz | 36,728 | 0 |
| 1/8/2007 | GNUTUC0324QIWFT | 7910536223 | 4T-100 In Ad Wfish/Tuna 24x3oz | 37,974 | 0 |
| 1/22/2007 | GNUTUD1212ZNPLR | 7910532793 | 3R-704Sl Pup Lmb/Rc 12x12.5oz | 38,592 | 0 |
| 1/7/2007 | GNUTUC0324QKOTN | 7910537302 | 4S-800 Pouch Kit O/Tuna 24x3oz | 38,666 | 0 |
| 2/6/2007 | GNUTUC0324QATUN | 7910536257 | 4V-200 P Adult Cal Tuna 24x3oz | 42,580 | 0 |
| 11/21/2006 | GNUTUC0324QASAL | 7910536261 | 4V-400 P Adult Salmon 24x3oz | 44,985 | 0 |
| 1/9/2007 | GNUTUC0324QATUN | 7910536257 | 4V-200 P Adult Cal Tuna 24x3oz | 45,727 | 0 |
| 11/21/2006 | GNUTUC0324QACHR | 7910536255 | 4V-100 P Ad Chick/Rice 24x3oz | 49,222 | 0 |
| 2/14/2007 | GNUTUD1212ZLBPB | 7910537326 | 3D-204LB P Bf/Rc/Gvy 12x12.5oz | 50,046 | 0 |
| 12/4/2006 | GNUTEC0324QICHG | 7910521245 | 4T-320/340P In Ad Chick 24x3oz | 50,287 | 0 |
| 2/14/2007 | GNUTUD1212ZNPLR | 7910532793 | 3R-704Sl Pup Lmb/Rc 12x12.5oz | 50,645 | 0 |
| 1/7/2007 | GNUTUC0324QSLOF | 7910531027 | 4S-300Pouch Ad Slm/Ofsh 24x3oz | 55,901 | 0 |
| 2/14/2007 | GNUTUD1212ZNALR | 7910532791 | 3R-604 Sl Ad Lmb/Rc 12x12.5oz | 61,517 | 0 |
| 1/23/2007 | GNUTUC0324ZTKCH | 7910530016 | 4R-600 SL Turk/Chk/Lvr 24x3oz | 67,248 | 0 |
| 11/20/2006 | GNUTEC0324QSLOF | 7910521233 | 4S-320/340P Ad Slm/Ofsh 24x3oz | 68,898 | 0 |
| 1/24/2007 | GNUTUK0324CHKWH | 7910538101 | 4F-400 Kitten Chk/Ofish 24x3oz | 72,864 | 0 |
| 1/9/2007 | GNUTUC0324QASAL | 7910536261 | 4V-400 P Adult Salmon 24x3oz | 76,182 | 0 |
| 11/21/2006 | GNUTUC0324QKCHT | 7910536263 | 4V-500 P Kittn Chic/Tom 24x3oz | 77,794 | 0 |
| 2/14/2007 | GNUTUD1212ZNLBW | 7910532266 | 3R-404Sl Wght Ch/Ric 12x12.5oz | 81,441 | 0 |
| 11/20/2006 | GNUTEC0324QATKG | 7910521229 | 4S-220/240 P Ad Turkey 24x3oz | 82,600 | 0 |
| 2/4/2007 | GNUTUC0324QKSOF | 7910537304 | 4S-900 Pouch Kit Slm/Of 24x3oz | 83,957 | 0 |
| 2/16/2007 | GNUTUD0524QPPOT | 7910532796 | 3V-100 Pup Pot Roast 24x5.3oz | 103,764 | 0 |
| 1/7/2007 | GNUTUC0324QWCHL | 7910531028 | 4S-600 Pouch WM Chk/Lvr 24x3oz | 103,773 | 0 |
| 2/6/2007 | GNUTUC0324QIWFT | 7910536223 | 4T-100 In Ad Wfish/Tuna 24x3oz | 127,432 | 0 |
| 1/7/2007 | GNUTUC0324QOFTN | 7910531025 | 4S-400Pouch Adlt O/Tuna 24x3oz | 130,608 | 0 |
| 2/4/2007 | GNUTUC0324QWCHL | 7910531028 | 4S-600 Pouch WM Chk/Lvr 24x3oz | 130,867 | 0 |
| 2/16/2007 | GNUTUD0524QPCHC | 7910532798 | 3V-200 Pup Chick/Che 24x5.3oz | 131,111 | 0 |

| SKU Date | Product Code | SKU Number | Product Type | Units - Menu | Units - Nutro |
|---|---|---|---|---|---|
| 2/6/2007 | GNUTUC0324QITKL | 7910536229 | 4T-400 In Ad Tky/Lvr 24x3oz | 131,820 | 0 |
| 1/22/2007 | GNUTUD1212ZNALR | 7910532791 | 3R-604 Sl Ad Lmb/Rc 12x12.5oz | 146,726 | 0 |
| 2/4/2007 | GNUTUC0324QSCHT | 7910531029 | 4s-700 Pouch Sr Chk/Tky 24x3oz | 171,527 | 0 |
| 2/4/2007 | GNUTUC0324QKCHL | 7910531023 | 4S-500 Pouch Kit Chk/Lv 24x3oz | 192,624 | 0 |
| 2/16/2007 | GNUTUD0524QCHBR | 7910532806 | 3V-600 Chick/Br Rice 24x5.3oz | 210,361 | 0 |
| 2/4/2007 | GNUTUC0324QOFTN | 7910531025 | 4S-400 Pouch Adlt O/Tuna 24x3oz | 227,641 | 0 |
| 2/4/2007 | GNUTUC0324QATKG | 7910531026 | 4S-200 Pouch Ad Tky/Glb 24x3oz | 234,340 | 0 |
| 2/4/2007 | GNUTUC0324QSLOF | 7910531027 | 4S-300 Pouch Ad Slm/Ofsh 24x3oz | 241,557 | 0 |