## ATTACHMENT "A" TO MILLER DECLARATION

## CHEMNUTRA RAW WHEAT GLUTEN

1. 55-LB. Bags of Wheat Gluten

| BATCH NO. | NUMBER OF BAGS |
|---|---|
| 20061108 | 100 (approx.) |
| 20061122 | 80 |
| 20061126 | 3,200 |
| 20061201 | 800 |
| 20061202 | 1,640 |
| 20061203 | 200 |
| 20061206 | 700 (approx.) |
| 20070111 | 1,280 |
| 20070116 | 2,400 |
| 20070126 | 3,196 |

2. Bulk Totes of Wheat Gluten

    80 – 900 kg totes – Batch No. 20070106*

*Note: None of this product was shipped to a customer.

Attachment A
to Miller Decl.