10/07

George Paul McCabe
mccabe@stat.purdue.edu
(765)496-8378

Mathematical Sciences Building
150 N. University Street
West Lafayette, IN 47907–2067

## Education

| | | |
|---|---|---|
| B.S. | Providence College (Mathematics) | 1966 |
| Ph.D. | Columbia University (Mathematical Statistics) | 1970 |

## Professional Experience

| | | |
|---|---|---|
| Assistant Professor of Statistics | Purdue University | 1970–1975 |
| Associate Professor of Statistics | Purdue University | 1975–1983 |
| Professor of Statistics | Purdue University | 1983–present |
| Director of Statistical Consulting | Purdue University | 1970–2004 |
| Associate Dean for Academic Affairs, College of Science | Purdue University | 2004–present |

## Visiting and Temporary Positions

| | | |
|---|---|---|
| Summer Student Program | Jackson Laboratory Bar Harbor, Maine | Summer 1964 |
| Summer Student Program | Worcester Foundation for Experimental Biology Worcester, Massachusetts | Summer 1965 |
| Programmer | Brookhaven National Laboratory Upton, New York | Summer 1966 |
| Programmer | Texas Gulf Sulphur Co. New York, New York | Summer 1967 |
| Statistician | TRW Redondo Beach | Summer 1968 |
| Visiting Associate Professor of Statistics | Princeton University | 1976–1977 |
| Visiting Researcher | Commonwealth Scientific and | Jan.-Feb. 1985 |

1

**Attachment A
to McCabe Decl.**

| | | |
|---|---|---|
| and Consultant | Industrial Research Organization (CSIRO), Melbourne, Australia | |
| Visiting Professor of Statistics | University of Berne Berne, Switzerland | Apr.-May 1985 |
| Guest Researcher | Statistical Engineering Division of the Computing and Applied Mathematics Laboratory, National Institute of Standards and Technology | Jan–June 1995 |
| Visitor | National University of Ireland-Galway | Aug-Dec 2002 |

## Professional Activities

Mentor – Purdue AIM Summer Research Program for Undergraduate Minority Students – 1987, 1988

Statistical Design Consultant, *Augmentative and Alternative Communication* (journal dealing with speech impairments) — 1987–1993

Associate Editor, *Technometrics* — 1978–1986

Associate Editor, *Computational Statistics and Data Analysis* — 1982–2004

Chairman, Statistical Education Section Contributed Paper Awards — 1978

Program Chair - Statistical Education Section of ASA for 1982 Annual Meeting

School of Veterinary Medicine Research Advisory Board — 1990– 1994

Management Committee, *Journal of Educational and Behavioral Statistics* — 1996–1998, Chair, 1999–2000

External appraiser, Health and Welfare Canada, Health and Social Programs Branch — 1994–1995

External Review Committee for the University of Texas at Dallas Mathematical Sciences Program — January 1997

Section on Statistical Consulting, American Statistical Association — Chair-elect 1997, Chair 1998

Committee Member, Institute of Medicine's Committee on International Nutrition — September 1996 – June 1997

External Review Committee for Iowa State University Department of Statistics — October 1998

Data Monitoring Board for National Health Survey of Gulf War Veterans and their families, Phase III — 1998–2001

External Review Committee for the University of Michigan Center for Statistical Consultation and Research (CSCAR) — January 2001

Workshop on "Malnutrition and the Global Burden of Disease", Johns Hopkins University — July 2000

International Vitamin A Consultative Group (IVACG) XX Meeting, Hanoi, Vietnam (participant and results of joint work were presented) — February 2001

International Nutritional Anemia Consultative Group (INACG) Symposium, Hanoi, Vietnam (participant and results of joint work were presented) — February 2001

Committee Member, Institute of Medicine, Committee on the Use of Dietary Reference Intakes in Nutrition Labeling — 2001–2003

Data Monitoring Board for Veterans Administration Study CSP # 468 "A Comparison of Best Medical Therapy and Deep Brain Stimulation of Subthalamic Nucleus and Globus Pallidus for the Treatment of Parkinson's Disease" — 2002–2007

External Review Committee for Statistics at Arizona State University — 2003

Data Monitoring Board for Veterans Administration Study "A Randomized, Double-Blind, Placebon Controlled Trial of Intravenous Zoledronic Acid to Prevent Osteoporosis in Men Undergoing Androgen Deprivation Therapy in the VA Population" — 2004-2007

Deming Lectureship Committee of the American Statistical Association — 2007–2010

Professional Societies and Honors

American Statistical Association, Fellow, 1993
Institute of Mathematical Statistics
American Society for Quality, Senior Member 2006
Sigma Xi
New York Academy of Sciences
American Assoc. for the Advancement of Science
Biometric Society
International Association for Statistical Computing

Research Interests

Applied Statistics
Mathematical Statistics
Statistical Computing
Statistics and the Law

Birthdate:      April 2, 1945
Birthplace:     Brooklyn, New York
Citizenship:    U.S.A.

Books

Moore, David S. and McCabe, George P., *Introduction to the Practice of Statistics*, W. H. Freeman (1989); second edition (1993); third edition (1999); fourth edition (2003), fifth edition (2006).

Moore, David S., McCabe, George P., and Craig, Bruce *Introduction to the Practice of Statistics*, W. H. Freeman, sixth edition (2008).

Moore, David S., McCabe, George P., Duckworth, William M. and Sclove, Stanley L., *The Practice of Business Statistics*, W. H. Freeman (2003).

Moore, David S., McCabe, George P., Duckworth, William M. and Alwan, Layth C., *The Practice of Business Statistics*, W. H. Freeman, second edition (2008).

Chinese translation of *The Practice of Business Statistics*, Haw-Tai Publishing Company (2003).

*Prática Da Estatística Empresarial*,(2006), Portuguese translation of *The Practice of Business Statistics*.

3

*Introdução à Prática Da Estatística*,(2002), Portuguese translation of *Introduction to the Practice of Statistics*.

*Statistiek in de Praktijk*, Academic Service (1994), Dutch translation of *Introduction to the Practice of Statistics*; translation of the third edition (2001).

Yates, Dan, Moore, David S. and McCabe, George P., *The Practice of Statistics*, Freeman (1999).

## Publications

1. McCabe, G. P. Some problems in sequential discrimination. (1970). Ph.D. Dissertation, Columbia University (Advisor: H. Robbins).

2. McCabe, G. P. Admissibility for vector-valued loss functions. (1971). Purdue Dept. of Stat. Mimeo Series No. 272.

3. McCabe, G. P. Sequential estimation of a poisson integer mean. (1972). *Ann. Math. Statist.* 43:803–813.

4. McCabe, G. P. Estimation of the number of terms in a sum. (1973). *J. Amer. Statist. Assoc.* 68:452–456.

5. McCabe, G. P., Arvesen, J. N. and Pohl, R. A computer program for subset selection in regression analysis. (1973). Purdue Dept. of Stat. Mimeo. Series No. 317.

6. McCabe, G. P. and Pohl, R. J. A computer program for determining optimal variable subsets in discriminant analysis. (1973). Purdue Dept. of Stat. Mimeo. Series No. 334.

7. Salvendy, G. and McCabe, G. P. Marijuana and human performance. (1975). *Human Factors*, 17:229–35. Marijuana and human productivity. (1973). *Proc. of the 17th Ann. Conf. of the Human Factors Society*.

8. McCabe, G. P. Sequential estimation of a restricted mean parameter of an exponential family. (1974). *Ann. Inst. Stat. Math.* 26:103–115.

9. Arvesen, J. N. and McCabe, G. P. A subset selection procedure for regression variables. (1974). *J. Statist. Comput. Simul.* 3: 137–146.

10. McCabe, G. P. Review of Introduction to Statistics with Fortran by Allan Kirch. (1974). *J. Amer. Statist. Assoc.* 69:1045.

11. Arvesen, J. N. and McCabe, G. P. Subset selection problems for variances with applications to regression analysis. (1975). *J. Amer. Statist. Assoc.* 70:166–170.

12. McCabe, G. P. Computations for variable selection in discriminant analysis. (1975). *Technometrics* 17:103–109.

13. Ross, M. A. McCabe, G. P. A stepwise algorithm for selecting regression variables using cost criteria. (1975). *Proceedings of Computer Science and Statistics: 8th Annual Symposium on the Interface*, 228–232.

14. Arvesen, J. N. and McCabe, G. P. Variable selection in regression analysis. (1975). *Proceedings of the University of Kentucky Conference on Regression with a Large Number of Predictor Variables*, 136–148.

15. Ross, M. A. and McCabe, G. P. A comment on Pohlmann's algorithm for subset selection in multiple regression analysis. (1975). *Multiple Linear Regression Viewpoints* 5:11–15.

16. Rubin, H. and McCabe, G. P. Estimates of ultimate recoverable oil and gas in the United States. (1975). Report prepared for the Federal Energy Administration, included in their interim report to Congress.

17. McCabe, G. P. Review of Numerical Taxonomy: The Principles and Practice of Numerical Classification by P. H. A. Sneath and R. P. Sokal. (1975). *J. Amer. Statist. Assoc.* **70**:962.

18. Anderson, V. L. and McCabe, G. P. Sex discrimination in faculty salaries: a method for detection and correction. (1976). *Proceedings of 1976 Social Statistics Section of the American Statistical Association.* 589–92.

19. McCabe, G. P. Review of *Sequential statistical Procedures* by Z. Govindarajulu. (1976). *J. Amer. Statist. Assoc.* **71**:530.

20. Salvendy, G. and McCabe, G. P. Auditing standards by sample. (1976). *Industrial Engineering* **8**:25–29. Reprinted in *Work Measurement Principles and Practice*, R. L. Shell, ed. (1986) Institute of Industrial Engineers; 277–281.

21. McCabe, G. P. and Samuels, M. L. Random censoring and dendritic trees. (1977). *Biometrics* **33**:69–84.

22. Samuels, M., Mittenthal, J., McCabe, G. P. and Coleman, P. Complexity of branching in dendritic trees: dependence on number of trees per cell and effects of branch loss during sectioning. (1977). *Journal of Anatomy* **124**:701–15.

23. McCabe, G. P. Evaluation of regression coefficient estimates using alpha-acceptability. (1978). *Technometrics* **20**:131–39.

24. Graham, B. W., Ziemer, P. L., Landolt, R. R., Shaw, S. M. and McCabe, G. P. The metabolism of $^{252}CfCl_3$ in the rat and the effect of in vivo DPTA chelation therapy. (1978). *Health Physics* **34**:635–41.

25. McCabe, G. P. Small sample results for the 27% rule. (1978) *Proceedings of the 1978 Social Statistics Section of the American Statistical Association.* 770–71.

26. McCabe, G. P. Review of Exploratory Data Analysis by John W. Tukey. (1979). *Journal of Quality Control* **11**:103–4.

27. McCabe, G. P. Review of *Computational Probability and Simulation* by Sidney J. Yakowitz. (1979). *Mathematics of Computation* **34**:651.

28. Sanders, S., Salvendy, G., Knight, J. K. and McCabe, G. P. Attitudinal, personality and age characteristics for machine-paced and self-paced operations. (1979). *Proceedings of the Human Factors Society - 23rd Annual Meeting - 1979*: 153–157.

29. Salvendy, G., McCabe, G. P., Suominen, S. and Basila, B. Non-work related movements in machine-paced and self-paced work. (1979). *Proceedings of the Human Factors Society - 23rd Annual Meeting - 1979*: 149–152.

30. McCabe, G. P. The interpretation of regression analysis results in sex and race discrimination problems. (1979). *Proceedings of the 1979 Social Statistics Section of*

the *American Statistical Association.* 27–29; revised version: (1980) *The American Statistician,* 34:212–15.

31. McCabe, G. P. Use of the 27% rule in experimental design. (1980). *Communications in Statistics* A9: 765–76.

32. McCabe, G. P. and McCabe, S. A. Estimation and testing of pocket means using multiple linear regression techniques. (1980). *Multiple Linear Regression Viewpoints.* 10:1–17.

33. McDonald, C. J., Wilson, G. A. and McCabe, G. P. Physician response to computer reminders. (1980). *Journal of the American Medical Association* 244:1579–81.

34. Young, R. J. and McCabe, G. P. Examining the accuracy of perceived exertion and its relation to age, sex and physical condition. (1980). *Proceedings of the Gerontological Society Annual Scientific Meeting.*

35. Yarber, W. L. and McCabe, G. P. Teacher characteristics and inclusion of sex education topics in grades 6–8 and 9–11. (1981). *The Journal of School Health* 51:288–291.

36. McCabe, G. P. Statistical Consulting: reaction and comments. (1982). *Proceedings of the Ohio State Conference on Teaching of Statistics and Statistical Consulting.* ed. Rustagi, J. S. and Wolfe, D. A., Academic Press, 371–374.

37. Wilson M. D., G. A., McDonald, M.D., C. J. and McCabe, G. P. The effect of immediate access to a computerized medical record on physician test ordering: a controlled clinical trial in the emergency room. (1982). *American Journal of Public Health* 72:698–702.

38. Salvendy, G., McCabe, G. P., Sanders, S. G., Knight, J. L., and E. J. McCormick Impact of personality and intelligence on job satisfaction of assembly line and bench work - an industrial study. (1982). *Journal of Applied Ergonomics* 13.4:293–299.

39. McDonald, C. J., Mazzuca, S. A. and McCabe, G. P. How much of the placebo 'effect' is really statistical regression? (1983) *Statistics in Medicine* 2:417–427.

40. Bayne, C. K., Beauchamp, J. J., Kane, V. E. and McCabe, G. P. Assessment of Fisher and logistic linear and quadratic discrimination models. (1983). *Computational Statistics and Data Analysis* 1:257–273.

41. McCabe, G. P. Improving statistical consulting services. (1983). *Proceedings of the University of Wisconsin Workshop on Statistical Consulting,* ed. B. L. Joiner.

42. Kao, T-C and McCabe, G. P. Asymptotic properties of M–estimators with applications in discriminant analysis. (1983). Purdue Technical Report #83-8.

43. McDonald, C. J., Hui, S. L., Smith, D. M., Tierney, W. M., Cohen, S. J., Weinberger, M. and McCabe, G. P. Reminders from an introspective medical record: a two-year randomized trial. (1984). *Annals of Internal Medicine* 100:130–138.

44. McCabe, G. P. Principal variables. (1984). *Technometrics* 26:137–144.

45. Campbell, P. F. and McCabe, G. P. Predicting the success of freshmen in a computer science major. (1984). *Communications of the ACM* 27:1108–1113.

46. Yarber, W. L. and McCabe, G. P. Importance of sex education topics: correlates with teacher characteristics and inclusion of topics in instruction. (1984). *Health Education* 15:36–41.

47. Lo, Y-K T. and McCabe, G. P. Statistical characterizations of Indiana soil properties. (1984) in *Probabilistic Characterization of Soil Properties: Bridge Between Theory and Practice*, ed. D. S. Bowles and H-Y Ko, American Society of Civil Engineers.

48. Salvendy, G., McCabe, G. P., Suominen, S. and Basila, B. Non-work-related movements in machine-paced and self-paced work: an industrial study. (1984). *Journal of Applied Ergonomics* 15.1:21–27.

49. Tierney, W. M., McDonald, C. J. and McCabe, G. P. Serum potassium testing in diuretic–treated outpatients. A multivariate approach. (1985). *Medical Decision Making* 5(1):89–104.

50. McCabe, G., McCabe, L. and Miller, A. Analysis of taste and chemical composition of cheddar cheese 1982–83 experiments. (1985). CSIRO Division of Mathematics and Statistics Consulting Report No. VT85/86.

51. McCabe, G. P. Regression analysis as statistical evidence. (1986). *Statistical Evidence of Discrimination*, eds. D. H. Kaye and M. Aickin, Marcel Dekker.

52. Guay, R. B. and McCabe, G. P. A binomial test for hierarchical dependency. (1986). *Psychometrika* 51:467–474.

53. McCabe, G. P. Prediction of principle components by variable subsets. (1986).

54. Moser, B. K. and McCabe, G. P. Closed form estimators for an analysis of covariance model with constant intraclass correlation and unbalanced data. (1987).

55. Zelaznik, H. N., Mone, S., McCabe, G. P. and Thaman, C. The role of temporal and spatial precision in determining the nature of the speed accuracy trade-off in aimed hand movements. (1988). *Journal of Experimental Psychology: Human Perception and Performance* 14:221–230.

56. McCabe, G. P. Data handling and analysis. (1988). Proceedings of the CRSP Policy Workshop, Cairo, Egypt.

57. Hunt, M. O., Triche, M. H., McCabe, G. P. and Hoover, W. L. Tensile properties of yellow–poplar veneer strands. (1989). *Forest Products Journal* 39:31–33.

58. Barlow, I., Lloyd, G. T., Ramshaw, E. H., Miller, A. J., McCabe, G. P. and McCabe, L. Correlations and changes in flavour and chemical parameters of cheddar cheeses during maturation. (1989). *The Australian Journal of Dairy Technology* 44:7–18.

59. Goonewardene, H. F., Pliego, G., McCabe, G. P., Howard, P. H. and Oliver, P. J. Control of arthropods on apple, *malus X domestica* (borkh.), selections for scab (ascomycetes: mycosphaerellacea) and apple maggot (diptera: tephritidae) resistance in an orchard in Indiana. (1989). *Journal of Economic Entomology*, 82(5):1426–1436.

60. Review of *Experimental Design: A Chemometric Approach* by Stanley N. Deming and Stephen L. Morgan. (1989). *Journal of Quality Technology* 21:218.

61. Review of *Volume 12: How to Choose the Proper Sample Size* by Gary G. Brush. (1989). *Journal of Quality Technology* 21:222.

62. Hanebutt, L. M., Krockover, G. H., Kyle, Jr., W. C. and McCabe, G. P. A study of the effectiveness of science — a process approach for the enhancement of measurement skills of sixth–grade students. (1989) (submitted)

63. Elliott, G., Rebar, A., McCabe, G. P. and Alzola, C. Optimization of the under agarose assay for porcine neutrophil migration, (1990) *American Journal of Veterinary Research,* **52**(2):245–248.

64. Goonewardene, H. F., Pliego, G., McCabe, G. P., P. H. Howard, P. H. and Oliver, P. J. Control of arthropods on apple selections with scab (ascomycetes: mycosphaerellacea) and European red mite (acari: tetrancychidae) resistance. (1990) *Journal of Economic Entomology,* **83**(1):180–188.

65. McCullough, A., Kirksey, A., Wachs, T., McCabe, G. , Bassily, N., Bishry, Z., Galal, O., Harrison, G. and Jerome, N. Vitamin B6 status of Egyptian mothers: relation to infant behavior and maternal infant interaction, (1990). *American Journal of Clinical Nutrition,* 51:1067–1074.

66. Samuels, M. L., Casella, G. and McCabe, G. P. Interpreting blocks and random factors. (1991). *Journal of the American Statistical Association,* 86:798-808.

67. Samuels, M. L., Casella, G. and McCabe, G. P. Rejoinder (to comments on Interpreting blocks and random factors). (1991) *Journal of the American Statistical Association,* 86:818-821.

68. Zimmerman, N., Eberts, C. G., Salvendy, G. and McCabe, G. P. Effects of respirators on performance of cognitive, psychomotor and physical tasks. (1991). *Ergonomics* 34(3):321–334.

69. Franz, E. A., Zelaznik, H. N. and McCabe, G. P. Spatial topological constraints in a bimanual task. (1991). *Acta Pychologica,* **77**:137-151.

70. Kirksey, A., Rahmanifar, A., Wachs, T. D., McCabe, G. P., Bassily, N. S., Bishry, Z., Galal, O. M., Harrison, G. G. and Jerome, N. W. Determinants of pregnancy outcome and newborn behavior of a semi-rural Egyptian population. (1991). *American Journal of Clinical Nutrition* 54:657-667.

71. Kao, T–C. and McCabe, G. P. Optimal sample allocation for normal discrimination and logistic regression under stratified sampling. (1991). *Journal of the American Statistical Association*86: 432–436.

72. Samuels, M. L., Casella, G. and McCabe, G. P. Evaluating the efficiency of blocking without assuming compound symmetry. (1994). *Journal of Statistical Planning and Inference* **38**: 237-248.

73. Wachs, T. D., Bishry, Z., Sobhy, A., McCabe, G. P., Galal, O. and Shaheen, F. Relation of rearing environment to adaptive behavior of Egyptian toddlers (1993). *Child Development* 64:586-604..

74. Falzone, A. M., Peck, G. E. and McCabe, G. P. Effects of changes in roller compactor parameters on granulations produced by compaction. (1992). *Drug Development and Industrial Pharmacy* **18**(4):469-489.

8

75. Rahmanifar, A., Kirksey, A., Wachs, T. D., McCabe, G. P. Bishry, Z., Galal, O. M., Harrison, G. G. and Jerome, N. W. Diet during lactation associated with infant behavior and caregiver-infant interaction in a semirural Egyptian village. (1993) *Journal of Nutrition* **123**:164-175.

76. Wachs, T., Moussa, W., Bishry, Z., Yunis, F., Sobhy, A., McCabe, G. P., Jerome, N., Galal, O., Harrison, G. and Kirksey, A. Relations between nutrition and cognitive performance in Egyptian toddlers. (1993) *Intelligence* **17**: 151–172.

77. Boardman, B. E., Senft, J. F., McCabe, G. P. and Ladisch, C. M. Colorimetric analysis in grading black walnut veneer. (1992) *Wood and Fiber Science* **24**(1):99-107.

78. Wachs, T. W., Bishry, Z., Moussa, W., Yunis, F., McCabe, G. P., Harrison, G., Sweifi, E., Kirksey, A., Galal, O., Jerome, N. and Shaheen, F. Nutritional intake and context as predictors of cognition and adaptive behavior of male and female Egyptian school age children. (1995) *International Journal of Behavioral Development*, **18**(3):425–450.

79. Zimmerman, N. J., Schellenberg, D., McCabe, G. P. and Glickman, L. T. Precision field study and radon chamber test of a new alpha-track monitor. (1993) *Applied Occupational and Environmental Hygiene* **8**(7):632–638.

80. Beaton, G. H., Martorell, R., Aronson, K. A., Edmonston, B., McCabe, G. P., Ross, A. C. and Harvey, B. Effectiveness of vitamin A supplementation in the control of young child morbidity and mortality in developing countries. (1993) ACC/SCN State-of-the-art Series, Nutrition Policy Discussion paper No. 13, World Health Organization, Geneva, Switzerland.

81. Lindell, K., Saeed, A. M. and McCabe, G. P. Evaluation of resistance of four strains of commercial laying hens to experimental infection with *Salmonella enteritidis* phage type 8. (1994) *Poultry Science* **73**:767–772.

82. Beaton, G. H., Martorell, R., Aronson, Edmonston, B., McCabe, G. P., Ross, A. C. and Harvey, B. La suplementacion con vitamina A y la morbilidad y mortalidad infantil en los paises en desarrolo. (1994) *Boletín De La Oficina Sanitaria Panamericana* **117**(6):506–517.

83. Bradtmueller, J. P., Hunt, M. O., Fridley, K. J. and McCabe, G. P. Development of the five-point bending test to determine shear moduli of wood composites. (1994) *Forest Products Journal* **44**:17–26.

84. Rahmanifar, A., Kirksey, A., McCabe, G. P., Galal, O. M., Harrison, G. G. and Jerome, N. W. Respiratory tract and diarrheal infections of breast-fed infants from birth to 6 months of age in household contexts of an Egyptian village. (1993) (submitted)

85. Kirksey, A., Wachs, T. D., Srinath, U., Rahmanifar, A., McCabe, G. P., Galal, O. M., Bassily, N. S., Bishry, Z., Yunis, F., Harrison, G. G. and Jerome, N. W. Relation of maternal zinc nutriture to pregnancy outcome and early infant development in an Egyptian village. (1994) *American Journal of Clinical Nutrition* **60**:782-792

86. Landolt, J.L., Ahammadsahib, K.I., Hollingworth, R.M., Barr, R., Crane, F.L., Buerck, N.L., McCabe, G.P., and McLaughlin, J.L. Determination of structure-activity relationships of annonaceous acetogenins by inhibition of oxygen uptake in rat liver mitochondria. for (1996) *Chemico - Biological Interactions.* **98**:1-13.

87. Teegarden, D., Proulx, W. R., Martin, B. R., Zhao, J., McCabe, G. P., Lyle, R. M., Peacock, M., Slemenda, C., Johnston, C. C., Weaver, C. M. Peak bone mass in young women. (1995) *Journal of Bone and Mineral Research* **10**(5):711–715.

88. Wachs, T. D., McCabe, G. P., Moussa, W., Yunis, F., Kirksey, A., Galal, O., Harrison, G., and Jerome, N. Cognitive performance of Egyptian adults as a function of nutrition and sociodemographic factors. (1996) *Intelligence* **22**:129-154.

89. Pérez, C. M., Glickman, L. T., Margileth, A. M., and McCabe, G. P. Human and cat-related risk factors for zoonotic cat scratch disease. (1994) (submitted)

90. Rohrbaugh, S. M., Ruff, D., Hillberry, B. M., McCabe, G. P., and Grandt, A. F., Jr. A probabilistic fatigue analysis of multiple site damage. (1994) *Proceedings of the FAA/NASA International Symposium on Advanced Structural Integrity Methods for Airframe Durability and Damage Tolerance*, NASA Conference Publication 3274, Part 2, 635-652.

91. Woodyard, L. L., Bowersock, T. L., Turek, J. J., McCabe, G. P., and DeFord, J. A comparison of the effects of several silver-treated intravenous catheters on the survival of *Staphylococci* in suspension and their adhesion to the catheter surface. (1996) *Journal of Controlled Release* **40**: 23-30.

92. Patronek, G. J., Glickman, L. T., Beck, A. M., McCabe, G. P. and Ecker, C. Risk factors for relinquishment of dogs to an animal shelter. (1996) *Journal of the American Veterinary Association* **209**:572–581.

93. Patronek, G. J., Glickman, L. T., Beck, A. M., McCabe, G. P. and Ecker, C. Risk factors for relinquishment of cats to an animal shelter. (1996) *Journal of the American Veterinary Association* **209**:582–588.

94. Weaver, C. M., Peacock, M., Martin, B. R., Plawecki, K. L., McCabe, G. P. Calcium retention estimated from indicators of skeletal status in adolescent girls and young women. (1996) *American Journal of Clinical Nutrition* **64**:67-70.

95. Weaver, C. M., Peacock, M., Martin, B. R., McCabe, G. P., Zhao, J., Smith, D. L., and Wastney, M. E. Quantification of bone biomarkers by kinetic measures of bone formation and resorption in young healthy females. (1997) *Journal of Bone and Mineral Research* **12**:1714–1720.

96. Rahmanifar, A., Kirksey, A., McCabe, G. P., Galal, O. M., Harrison, G. G., and Jerome, N. W. Respiratory tract and diarrheal infections of breast-fed infants from birth to 6 months of age in household context of an Egyptian village. (1996) *European Journal of Clinical Nutrition* **50**:655–662.

97. Abate, M. L., McCabe, G. P., and Lynch, M. P., Power as a function of reliability. (1995) *Proceedings of the 1995 Social Statistics Section of the American Statistical Association* 221-224.

98. Abate, M. L., and McCabe, G. P., Instrument reliability and power. (1995) Purdue University Department of Statistics Technical Report 95-6.

99. Juroshek, J. R., Wang, C. M., and McCabe, G. P. Analysis of vector network analyzer measurements. (1995) (submitted)

100. Glickman, L. T., Camara, A. O., Glickman, N. W., and McCabe, G. P. Nematode intestinal parasites of children in rural Guinea, Africa: Prevalence and relationship to geophagia. (1999) *International Journal of Epidemiology*, 28: 169–174.

101. Rahmanifar, A., Kirksey, A. and McCabe, G. P. Growth of breast-fed infants during the first 6 months associated with diarrhea and maternal diet: a household-based study in an Egyptian village. (1995) (submitted)

102. Golinkin, I. A., Ruff, D. D., Kvam, E. P., McCabe, G . P., and Grandt, Jr. A. F. Application of analysis of variance (ANOVA) statistical methods to breaking load corrosion test (1997) *Journal of Testing and Evaluation* 25:565–570.

103. Alfonso, D., Johnson, H. A., Colman-Saizarbitoria, T., Presley, C. P., McCabe, G. P., McLaughlin, J. L., SARs of annonaceous acetogenins in rat liver mitochondria (1996) *Natural Toxins* 4:181–188

104. Grandt, A. F., Farris, T. N., Hillberry, B. M., McCabe, G. P., Harish, G., McVeigh, P., Szolwinsky, M., Laz, P., Rohrbaugh, S., DeBartolo, E. and Ruff, D. Widespread fatigue analysis of aircraft structures. (1995) Proceedings of the Air Force 3rd Aging Aircraft Conference, 291–305.

105. Grandt, A. F., Hillberry, B. M., Kvam, E. P., McCabe, G. P., Scheuring, J. and Golinkin, I. Effects of corrosion on structural fatigue life. (1995) Proceedings of the Air Force 3rd Aging Aircraft Conference, 227–255.

106. Bradtmueller, J. P., Hunt, M. O., Fridley, K. J. and McCabe, G. P. Mechanical properties of OSB via five-point bending test. (1997) *Forest Products Journal* 47:70-77.

107. Jackman, L. A., Millane, S. S., Martin, B. R., Wood, O. B., McCabe, G. P., Peacock, M. and Weaver, C. M. Calcium retention in relation to calcium intake and post-menarcheal age in adolescent females. (1997) *American Journal of Clinical Nutrition* 66:327-333.

108. Breur, G. J., Lapierre, M. D., Stechuchak, K. M. and McCabe, G. P. The domain of hypertrophic chondrocytes in growth plates growing at different rates. (1997) *Calcified Tissue International* 61:418-425.

109. Axtell, C. D., McCabe, G. P., Schulte, P. A., Ward, E.M., Stern, F.B. and Glickman, L. T. Mortality in a cohort of workers exposed to aromatic amines. (1998) *American Journal of Industrial Medicine* 34 (5): 506-511.

110. Schwingendorf, K. E., McCabe, G. P. and Kuhn, J. A longintudinal study of the $C^4L$ calculus reform program: comparisons of $C^4L$ and traditional students. (2000) *CBMS Issues in Mathematical Education* 8: 63-76.

111. Weaver, C. M., Peacock, M. and McCabe G.P. Calcium intake and age influence calcium retention in adolescence (1998) in *Nutritional Aspects of Osteoporosis*, Burckhardt, P., Dawson-Hughes, B., and Heaney, R. P., eds., Springer-Verlag, NY, 3–10.

112. Teegarden, D., Lyle, R. M., McCabe, G. P., McCabe, L. D., Proulx, W. R., Michon, K., Knight, A. P., Johnston, C. C., and Weaver, C. M. Dietary calcium, protein and phosphorous are related to bone mineral density and content in young women. (1998) *American Journal of Clinical Nutrition* 68: 749-754.

113. Cai, Z., McCabe, G. P., Hunt, M. O., Bradtmueller, J. P., Fridley, K. J., and Rosowsky, D. V. Predicting strength of matched sets of test specimens. (1998) *Wood and Fiber Science* 30 (4): 396-404.

114. Wachs, T. D. and McCabe, G. P. The role of environment in human nutritional research and intervention. (1998) in *Pan-American Health Organization Scientific Monograph No. 566, Nutrition Health and Child Development*, Pan-American Health Organization: Washington, D. C., 14-31

115. Weaver, C. M., Teegarden, D., Lyle, R. M., McCabe, G. P., McCabe, L. D., Proulx, W., Kern, M., Sedlock, D., Anderson, D. D., Hillberry, B. M., Peacock, M., and Johnston, C. C. Impact of exercise on bone status in young women and contraindication of oral contraceptive use. (2001) *Medicine and Science in Sports and Exercise*, 33 (6): 873–880.

116. Committee on International Nutrition - Vitamin C in Food Aid Commodities. *Vitamin C Fortification of Food Aid Commodities* (1997) Institute of Medicine, National Academy Press.

117. Wachs, T. D. and McCabe, G. P. Relation of maternal intelligence and schooling to offspring nutritional intake. (2001) *The International Journal of Behavioral Development.* 25 (5): 444–449.

118. Beaton, G. H. and McCabe, G. P. Efficacy of intermittent iron supplementation in the control of iron deficiency anemia in developing countries: an analysis of experience. (1999) report to the Micronutrient Initiative and the Canadian International Development Agency.

119. Burr, D. B., Yoshikawa, T., Teegarden, D., McCabe, G., McCabe, L. D. and Weaver, C. M. Exercise and oral contraceptive use suppress the normal age-related increase in bone mass and strength of the femoral neck in women 18–31 years old. (2000) *Bone* 27 (6): 855-863.

120. Lin, Y.-C., Lyle, R. M., Weaver, C. M., McCabe, L. D., McCabe, G. P., Johnston, C. C. and Teegarden, D. Peak spine and femoral neck bone mass in young women. (2003) *Bone* 32: 546-543.

121. Lin, Y.-C., Lyle, R. M., McCabe, L. D., McCabe, G. P., Weaver, C. M. and Teegarden, D. Dairy calcium is related to changes in body composition during a two-year exercise intervention in young women. (2000) *Journal of the American College of Nutrition* 19(6): 754-760

122. Badylak, S., Park, K., Peppas, N., McCabe, G. P. and Yoder, M. The composition of bioscaffolds affects in-vivo cell recruitment and alters the pattern of tissue repair. (2001) *Experimental Hematology* 29: 1310-1318.

123. Ryu, H. R., Lyle, R. M. and McCabe, G. P. Factors associated with weight concerns and unhealthy eating patterns among young Korean females. (2003) *Eating Disorders* 11: 129-141.

124. Hunt, M. O., O'Malley, A. J. , Feist, W. C., McCabe, G. P., Evans, J. and Cassens, D. L. Weathering of painted wood construction: facade restoration. (2003) *Forest Products Journal* 53(4): 51-60.

125. Palacios, C., Wigertz, K., Martin, B. R., Jackman, L., Pratt, J. H., Peacock, M., Mc-
Cabe, G. and Weaver, C. M. Sodium retention in black and white female adolescents
in response to salt intake. (2004) *Journal of Clinical Endocrinology & Metabolism* **89**:
1858–1863.

126. Beaton, G. H. and McCabe, G. P. Comparison of daily and weekly iron supplementa-
tion. (2001) Summary paper for the International Nutritional Anemia Consultative
Group (INACG) Meeting held in Hanoi, Vietnam.

127. McNichols, W. T., Wilkins, B. E., Blevins, W. E., Snyder, P. W., McCabe, G. P.,
Applewhite, A. A., Laverty, P. H. and Breur, G. J. Spontaneous femoral capital phy-
seal fractures in adult cats: 26 cases (1996–2001). (2002) *Journal of the American
Veterinary Medical Association* **221** (12): 1731–1736.

128. Eagan, M. S., Lyle, R. M., McCabe, G. P. and Teegarden, D. A new self-reported
comprehensive historical activity questionnaire for young women. (2005) *Journal of
Physical Activity & Health.* **2**: 35–50.

129. Cassens, D. L., Ling, Y. and McCabe, G. P. Face cheek development in veneered
furniture. (2003) *Forest Products Journal* **53** (10):79–86.

130. Bryant, R. J., Wastney, M. E. , Martin, B. R., Wood, O., McCabe, G. P., Morshidi,
M., Smith, D. L., Peacock, M. and Weaver, C. M. Racial differences in bone turnover
and calcium metabolism in adolescent females. (2003) *The Journal of Clinical En-
docrinology & Metabolism* **88** (3): 1043–1047.

131. Purath, J., Miller, A. M., Wilbur, J., McCabe, G. Evaluation of a strategy to increase
physical activity adoption in sedentary working women. (2004) *The Canadian Journal
of Nursing Research* **36** (1): 76–91.

132. Raghavan, M., Glickman, N., McCabe, G., Lantz, G. and Glickman, L. Diet-related
risk factors for gastric dilation-volvulus in dogs of high risk breeds (2004)*Journal of
the American Animal Hospital Association* **40**: 192–203.

133. Newell, J., McMillan, K. and McCabe, G. Using functional data analysis to summarize
and interpret lactate curves. (2006) *Computers in Biology and Medicine* **36**(3): 262–
275.

134. Thurnham, D. I., McCabe, G. P., Northrup-Clewes, C. A., and Nestel, P. A meta
analysis of 15 studies to quantify the effects of sub-clinical infection on plasma retinol
concentrations to assess the prevelance of vitamin A deficiency. (2003) *The Lancet*
**362**: 2052–2058.

135. McCabe, L. D., Martin, B. R., McCabe, G. P., Weaver, C. M. and Peacock M. Dairy
intake impacts bone density in the elderly. (2004) *American Journal of Clinical Nu-
trition* **80**: 1066–1074.

136. Gunther, C. W., Lyle, R. M., Legowski, P.A., James, J. M., McCabe, L.D., McCabe,
G.P., Peacock, M., and Teegarden, D. Fat oxidation and its relationship to serum
parathyroid hormone in young women enrolled in a 1-y dairy calcium intervention.
(2005) *American Journal of Clinical Nutrition* **82**: 1228–1234.

137. Teegarden, D., Legowski, P., Gunther, C. W., McCabe, G. P., Peacock, M. and Lyle,
R. M. Dietary calcium intake protects women consuming oral contraceptives from
spine and hip bone loss. (2005) *Journal of Clinical Endocrinology and Metabolism*
**90**:5127–5133

138. Savaiano, D. A., Boushey, C.J., and McCabe, G. P. Lactose intolerance symptoms assessed by meta-analysis: a grain of truth that leads to exaggeration. (2006) *Journal of Nutrition* 136: 1107–1113.

139. Wigertz, K., Palacios, C., Jackman, L. A., Martin, B., McCabe, L. D., McCabe, G. P., Peacock, M., Pratt, J. H. and Weaver, C. M. Racial differences in calcium retention in response to dietary salt in adolescent girls (2005) *American Journal of Clinical Nutrition* 81:845–850.

140. Gunther, C. W., Legowski, P. A., Lyle, R. M., McCabe, G. P., Eagan, M. S. and Teegarden, D. Dairy products do not lead to alterations in body weight or fat mass in young women in a 1-y intervention. (2005) *Amercian Journal of Clinical Nutrition* 81: 751–756.

141. Gunther, C. W., Legowski, P. A., Lyle, R. M., Weaver, C. M., McCabe, L. D., McCabe, G. P., Peacock, M. and Teegarden, D. Parathyroid hormone is associated with decreased fat mass in young healthy women. (2005) *International Journal of Obesity* 30: 94-99.

142. Lasrado, J. A., Santerre, C. R., and McCabe, G. Predicting toxicity equivalents in fish tissue. (2005) *Journal of Food Protection* 68: 2679–2685.

143. Klocke, N. W., Synder, P. W., Widmer, W. R., Zhong, W., McCabe, G. P. and Breur, G. J. Synovial macrophages in naturally-occurring rupture of the cranial cruciate ligament in canines. (2005) *American Journal of Veterinary Research* 66: 493–499.

144. Ramakrishnan, U., Aburto, N., McCabe, G., Stoltzfus, R. and Martorell, R. Multi-micronutrient interventions but not vitamin A or iron interventions alone improve child growth: results of three meta-analysis. (2004) *Journal of Nutrition* 134: 2592–2602.

145. Braun, M., Martin, B. R., Kern, M., McCabe, G. P., Peacock, M., Jiang, Z. and Weaver, C. M. Calcium retention in adolescent boys on a range of controlled calcium intakes. (2006) *American Journal of Clinical Nutrition* 84: 414–418.

146. Ferraro, K. F., Thorpe, R. J., McCabe, G. P., Kelley-Moore, J. and Jiang, Z. The color of hospitalization over the life course. (2006) *Journal of Gerontology* 61: S229–S306.

147. Sands, L., Wang, Y., McCabe, G., Jennings, K., Eng, C., and Covinsky, K. E. Health consequences of frail elders living with unmet ADL needs. (2006) *Journal of the American Geriatric Society* 54: 339–344.

148. Valentin, J.E., Badylak, J.S., McCabe, G.P., and Badylak, S.F. Extracellular matrix bioscaffolds for orthopaedic applications: a comparative histologic study. (2006) *Journal of Bone & Joint Surgery* 88: 2673–2686.

149. Fauber, A. E., Wade, J. A. Lipka, A. E., McCabe, G. P., and Aper, R. L., Effect of width of disk fenestration and a ventral slot on biomechanics of the canine C5–C6 vertebral motion unit (2006) **American Journal of Veterinary Research** 67 (11): 1844–1848.

150. Tisdale, J.E., Kovacs, R., Mi, D., McCabe, G.P., Cariera, B.L., Sharma, N., and Rosman, H. Accuracy of uncorrected versus corrected QT interval for predicting Torsade de Pointes associated intravenous haploperidol (2007) *Pharmacoytherapy* 27: 175–182.

151 Matlik, L., Savaiano, D., McCabe, G., VanLoan, M., Blue, C. L., and Boushey, C. J. Perceived milk intolerance is related to bone mineral content in 10–13 year-old

14

adlosecent females. (2007) *Pediatrics*) 120 (3): e669–e677.

152 Novotny, R., Going, S., Teegarden, D., Van Loan, M., McCabe, G., McCabe, L., Daida, Y. G., Boushey, C. J., and the ACT Research Team. Hispanic and Asian adolescents have higher android/gynoid fat ratio than white adolecsents in the U.S. (2007) *Obesity* 15 (6): 1565–1570.

153 Weaver, C. M., McCabe, L. D., McCabe, G. P., Novotny, R., Van Loan, M., Going, S., Matkovic, V., Boushey, C., Savaiano, D. A., and the ACT Research Team. Bone mineral and predictors of bone mass in white, Hispanic, and Asian early pubertal girls. (2007) to apppear in *Calcified Tissue International.*

154 Cheong, J. M. K., Martin, B., Jackson, G. S., Elmore, D., McCabe, G. P., Nolan, J. R., Barnes, S., Peacock, M., and Weaver, C. M. Soy isoflavones do not affect bone respoption in postmenopausal women: a dose-response study using a novel approach with [41]Ca. (2007) *Journal of Clinical Endocrinology & Metabolism* 92(2): 577–582.

155 Weaver, C. M., Cheong, J., Jackson, G., Elmore, D., McCabe, G., and Martin, B. [3]H-tetracycline as a proxy for [41]Ca for measuring dietary pertubations of bone resorption. (2007) *Nuclear Instruments and Methods in Physics Research* B 259: 790–795.

156 Braun, M., Palacios, C., Wigertz, K., Jackman, L. A., Bryant, R. J., McCabe, L. D., Martin, B. R., McCabe, G. P., Peacock, M., and Weaver, C. Racial differences in skeletal calcium retention in adolescent girls with varied controlled calcium intakes. (2007) *American Journal of Clinical Nutrition* 85: 1657–1663.

157 Badylak, S. F., Valentin, J. E., Ravindra, A., McCabe, G., and Stewart-Akers, A. M., Macrophage phenotype as a determinant of biologic scaffold remodeling. (2007) submitted.


**Statistical Consulting Service Reports 1971 - 2003**

**Recent Research Funding**

P50 AT00477 Weaver (PI) NIH Botanicals Center for Age-Related Diseases The major goal of this project is to support research activities in four cores: Administrative and biostatistical, botanicals and education analytical, and in vivo assessment. Four specific research projects are planned in the areas of isoflavones and osteoporosis, grape polyphenols and neuroprotection, polyphenols and cancer, and polyphenold and inflammation. Role: Co-Investigator, 9/30/00 - 3/31/10, $12,500,000.

Weaver (PI) 5R01AR040553-15 NIH Calcium Metabolism in Asian Adolescents The major goal of this project is to establish calcium requirements in Asian boys and girls and to examine differences in the relationship between calcium load and fractional calcium absorption between Caucasians and Asians. Role: Co-Investigator, 7/1/04 - 6/30/07, $447,171.

5R01DK063185-02 Mattes (PI) NIH Food Rheology and Feeding in Lean and Obese Humans The major goal of this research is to characterize attributes of liquids and solids that may account for differential appetitive responses. Role: Co-Investigator, 8/15/04 - 7/31/08, $987,368.

Santerre (PI) USDA. Consuming fish to redice mercury intake while optimizing omega-3 fatty acid status. Consuming fish to reduce mercury intake while optimizing omega-3 fatty acid status. The major goal of this research is to demonstrate that women of child-bearing

age can improve or maintain their omega-3 fatty acid status while lowering their mercury body burden. Role: Co-investigator, 10/01/07-9/30/10, (year 2 only) 5%, $599,972.

## Consulting Experience

Longines Symphonette Society (Capitol Records) — 1970
American United Life Insurance Company — 1970–72
Design and Manufacturing Corporatio — 1973–74
Great Lake Chemical Corporatio — 1973
Motorola, Inc. — 1974
Federal Energy Administration — 1975
JJJ Statistical Applications, Inc. — 1975–76
Indiana University Medical School — 1977–1982
Hobart Corporation — 1977
National Association of Insurance Commissioners — 1977
American Hospital Association — 1977
General Motors (discrimination cases) — 1977–84
Houghton-Mifflin (discrimination case) — 1979–80
Apcoa and ITT (theft case) — 1978–79
Valparaiso School District (discrimination case) — 1979
Boeing (discrimination case) — 1979–80
Michigan State University (discrimination case) — 1980
Merchants National Bank (discrimination statistics) — 1980–81
Oak Ridge National Laboratories — 1980–81
Ridge Company (damage case) — 1982–84
Beech Aircraft (discrimination case) — 1982–83
Food and Drug Administration — 1982–84
Environmental Protection Agency — 1984, 1986
Best Lock Corporation — 1988, 1989
Boehringer Manneheim Corporation — 1989–91, 1994, 1996
Ross Gear (TRW) — 1989–90, 1993, 1994, 1996
GenCorp — 1990
Cablec Corp, BICC Cables — 1990-91
US Environmental Protection Agency — 1992
Deprenyl Animal Health — 1992
Kraft General Foods — 1992
Med Institute, Inc — 1993, 1995
Ameritech Services Inc. (McTurnan and Turner) — 1995–96
Indiana Bell (Locke, Reynolds, Boyd, and Weisell) — 1995–96
Eli Lilly — 1996
Micronutrient Initiative (Canada) — 1996
Hemocleanse — 1996
Biocontrol Technology — 1996
Harry Wilson (cheating issue) — 1996
Hood Law Firm (Med. Univ. of SC, discrimination case) — 1996
Stan Lubin (Allied Signal, discrimination case) — 1996

Schleier Law Offices (Honeywell, discrimination case) — 1996
Shook, Hardy, Bacon — 1998–1999
Anthem Insurance Company — 1999
Cummins Engine Company, Columbus, IN — 1999
U.S. Department of Justice, Indianapolis, IN — 1999–2000
International Life Sciences Institute (ILSI) — 1998–2001
Micronutrient Initiative (Canada) — 1998–2000
Fifth-Third Bank — 2000
U.S. Veteran's Administration — 1999–2001
University of Akron — 2000-2002
Johns Hopkins University — 2000
Ice Miller — 2000
Wurth/Service Inc. — 2000
Baker Daniels — 2000
Locke Reynolds LLP — 2001
Indiana University School of Medicine — 2001
Klapper Isaac & Parish (Locke Reynolds) — 2001
Rollins School of Public Health, Emory University — 2001
Debervoise & Plimpton, Esqs. — 2001
Hunt Suedhoff Kalamaros, LLP — 2002
United States Attorney's Office, Northern District of Indiana — 2003–2005
Emory University — 2004
Perkins Coie — 2004–2005
Hoffman Reilly Pozner & Williamson LLP — 2004
Barnes & Thronburg LLP — 2005–2006
Ice Miller, LLP — 2006
Barnes & Thronburg LLP — 2007
Kramer Levin Naftalis & Frankel LLP — 2007
Faruki Ireland & Cox P.L.L. — 2007

## Short Courses

BMDP Seminar (with J.N. Arvesen) - 1976 - New York, N.Y.

Multivariate Analysis for Forestry Problems - 1980 - U.S. Forest Service, Carbondale, IL

Equal Employment Opportunity Litigation Seminar sponsored by Equal Employment Commission, Indiana University School of Law, Indiana Continuing Legal Education Forum & Indiana State Bar Assoc. - 1982 - Indianapolis, IN.

## Expert Witness Testimony

Detroit Diesel Allison discrimination case, Indianapolis, IN, December 1978
Grant Fire Case, Indianapolis, IN, July 1980
Michigan State University discrimination case, Grand Rapids, MI, November 1980
Chevrolet Gear and Axle Case, Detroit, MI, February 1982.
Ferguson and Roe vs. City of Charleston et al., 1996
Pharmacia Corporation et al. vs. Alcon Laboratories, Inc., 2002

## Talks and Addresses

July 2007 – The future of pro-bono statictics, discussion, Joint Statistical Meetings, Salt Lake City, Utah.

July 2007 – The ethical use of statistics in research, Joint Statistical Meetings, Salt Lake City, Utah.

October 2007 – Meta analysis, Food & Nutrition Conference & Expo, American Dietetic Association, Philadelphia, Pennsylvania.

May 2005 – Montgomery Lecture Series Scholar, The Culver Academies, Culver, Indiana.

August 2004 – Statistical Consulting within the University, Joint Statistical Meetings, Toronto, Canada.

April 2004 – Panel Discussion of the IOM report on the Use of Dietary Reference Intakes in Nutrition Labeling, Washington DC.

February 2004 – Analysis of $^{41}$Ca data, Conference on 41-Calcium in bone research, Zurich, Switzerland.

December 2002 – Uses and abuses of statistics in litigation in the US, National University of Ireland, Limerick.

November 2002 – Uses and abuses of statistics in litigation in the US, Trinity College, Dublin.

October 2002 – Uses and abuses of statistics in litigation in the US, National University of Ireland, Galway.

October 2002 – Workshop on Meta Analysis: Statistical Methods for Combining Data from Different Studies, National University of Ireland, Galway.

March 2001 – Some statistical problems related to vitamin A deficiency and anemia in developing countries, Celebration of the Creation of the Department of Statistics, Western Michigan University, Kalamazoo, MI.

November 2000 – Vitamin A and morbidity of young children, 17th Annual Ohio Statistics Conference, The University of Akron, Akron, OH.

March 1999 – The home court advantage in Big 10 basketball, Arizona State University Statistics Week, Tempe, AZ.

November 1998 – Examples of consulting success, 13th Annual Mathematical Sciences Department Chairs Colloquium, Washington, DC.

June 1998 – Models for relating calcium intake and retention with varying numbers of observations per subject, Nutrition and Statistics Workshop, Purdue University, West Lafayette, IN.

March 1997 – Discussant for session on statistical consulting in the University, Joint Biometric Society (ENAR), IMS and ASA Meetings, Memphis, TN.

October 1996 - Statistical consulting: soft and hard skills, 1996 Lilly Global Statistics Conference, Indianapolis, IN

August 1996 - Logistic regression: an introduction. Consultants Forum, Joint Statistical Meetings, Chicago, IL.

January 1996 - Assessing the use of technology in mathematics education: statistical issues, Joint Winter Meetings of the American Mathematical Society and the Mathematical Association of America, Orlando, FL.

October 1995 - Vitamin A and young child mortality, Chicago Chapter of the American Statistical Association, Chicago, IL.

March 1995 - A statistical analysis of the relationship between Vitamin A and young children mortality, University of Colorado at Denver, Denver, CO.

June 1995 – Residuals can appear to be more normal than normals, Multiple Decision Theory and related topics; A conference in honor of Shanti S. Gupta, Purdue University.

May 1995 - The home court advantage in Big 10 basketball, Colorado-Wyoming Chapter of the American Statistical Association, Boulder, CO.

May 1995 - Vitamin A and young child mortality, Colorado State University, Fort Collins, CO.

August 1995 - Power as a function of reliability (with Marcey L. Abate), Joint Statistical Meetings, Orlando, FL.

December 1993 - Vitamin A and young child mortality, Biostatistics Department, Indiana University School of Medicine,Indianapolis, IN.

August 1993 - The home court advantage in Big 10 basketball, Joint Statistical Meetings, San Francisco, CA.

May 1993 – Empirical Bayes and meta analysis: a case study, First Multinational Conference on Bayesian Econometrics and Statistics, Basel to Amsterdam.

January 1993 - A statistical analysis of the relationship between vitamin A and young child mortality, Purdue University, W. Lafayette, IN.

June 1992 - Selection of factors and levels in the design of experiments, First Great Lakes Symposium on Experimental Design: Industrial and Clinical, Kalamazoo, MI.

December 1991 - The home court advantage in Big Ten basketball, Calvin College, Grand Rapids, MI.

February 1991 - Design of experiments: principles and a case study, Lafayette Section of the American Society for Quality Control.

April 1990 - Are blocks different from random factors?, Michigan State University, East Lansing, MI.

April 1990 - Design and analysis of complex experimental designs: a case study, MidMichigan Chapter of the American Statistical Association.

October 1989 - Interpretation of the analysis of complex experimental designs: a case study. American Mathematics Society Special Session on Probability and Statistics, Ball State University, Muncie, IN.

March 1989 - Statistical Consulting at Purdue, Indiana University, Bloomington, IN.

January 1989 - Assessing salary equity with regression analysis, 1989 American Statistical Association Winter Conference, San Diego, CA.

December 1988 - Selection of variables for multivariate quality control, Indianapolis Section of the American Society for Quality Control, Indianapolis, IN.

March 1988 - Analysis of the Egypt CRSP data, Nutrition Institute, Cairo, Egypt.

November 1986 - The art of designing experiments, Conference in Honor of the Retirement of Professor Virgil L. Anderson, Purdue University, W. Lafayette, IN.

August 1986 - Uses of principal variables, American Statistical Association Annual Meetings, Chicago, IL.

April 1986 - Probability and Statistics, Reliability-Based Wood Design Symposium, Purdue University, W. Lafayette, IN.

May 1985 - Analysis of a large messy data set: a case study, University of Tromso, Tromso, Norway.

May 1985 - Principal variables, University of Umea, Umea, Sweden.

May 1985 - Variable selection methods in statistics, University of Umea, Umea, Sweden.

May 1985 - Principal variables, CIBA/GEIGY, Basel, Switzerland.

April 1985 - Analysis of a large messy data set: a case study, University of Berne, Berne, Switzerland.

April 1985 - Principal variables, University of Berne, Berne, Switzerland.

April 1985 - Principal variables, National University of Singapore, Singapore.

March 1985 - Statistical procedures for Production Compliance Audits, Statistical society of Australia, Western Australia Branch, Nedlands, WA, Australia.

March 1985 - Variable selection methods in statistics, University of Western Australia, Nedlands, WA, Australia.

March 1985 - Principal Variables, University of Melbourne, Melbourne, VIC, Australia.

March 1985 - Principal variables, University of Wollongong, Wollongong, NSW, Australia.

March 1985 - Principal variables, University of Queensland, St.Lucia, QLD, Australia.

February 1985 - Analysis of a large messy data set: a case study, CSIRO and Monash University, Clayton, VIC, Australia.

August 1983 - Principal variables, University College, Cork, Ireland.

October 1982 - Analysis of a medical data set, Cincinnati ASA Chapter, Cincinnati, OH.

August 1982 - Principal variables: alternatives to principal components, Joint Statistical Meetings, Cincinnati, OH.

February 1982 - Principal variables: alternatives to principal components, ASA Chapter Meeting, Kalamazoo, MI.

February 1982 - Analysis of a medical experiment, University of Western Michigan, Kalamazoo, MI.

November 1981 - Principal variables: alternatives to principal components, Ohio State University, Columbus, Ohio.

November 1981 - Statistical analysis of a medical experiment, Cornell University.

November 1981 - Principal variables: alternatives to principal components, Cornell University, Ithaca, NY.

October 1981 - Statistical analysis of a complex data set, UWA.

October 1981 - Statistical consulting, Western Australian Institute of Technology, Perth, Western Australia.

October 1981 - Alternatives to principal components: single population variable selection, UWA.

October 1981 - Statistics in the courtroom: uses of statistics in legal settings, University of Western Australia, Perth, Western Australia.

November 1981 - Principal variables: alternatives to principal components, Cornell University, Ithaca, NY.

November 1980 - The role of statistical consulting in graduate training, Conference on Teaching of Statistics and Statistical Consulting - Ohio State University.

October 1980 - The 27% rule, Michigan State University, East Lansing, MI.

October 1979 - The 27% rule and experimental design, Purdue University, West Lafayette, Indiana.

August 1979 - The interpretation of regression analysis results in sex and race discrimination problems, Joint Statistical Meetings, Washington, D.C.

August 1978 - Variable selection in discriminant analysis with unequal covariance matrices. COMPSTAT - the Third Symposium on Computational Statistics, Leiden, The Netherlands.

August 1978 - Use of the 27% rule in experimental design. Joint Statistical Meetings, San Diego, California.

April 1978 - "Statistical Testimony in Title VII Class Action Suits", General Motors Conference on Statistical Defense of Title VII Class Action Suits, Detroit, Michigan.

March 1978 - "Use of the twenty-seven percent rule in experiment design", McGill University, Montreal, Quebec.

February 1978 - "Uses of statistics in discrimination problems," Manchester College, North Manchester, Indiana.

February 1978 - "The twenty-seven percent rule," University of Wisconsin, Madison, Wisconsin.

August 1977 - "Evaluation of regression coefficient estimates using alpha-acceptability," Joint Statistical Meetings, Chicago, Illinois.

May 1977 - "A framework for evaluating alternatives to least squares regression coefficient estimates," Pennsylvania State University, State College, Pennsylvania.

21

April 1977 - "Acceptance levels for regression estimates," University of Delaware, Newark, Delaware.

November 1976 - "Evaluation of Regression Coefficient Estimates," Columbia University, New York, New York.

October 1976 - "Confidence procedures in regression analysis," Princeton University, Princeton, New Jersey.

September 1976 - "A confidence set approach to variable selection problems in regression analysis," Rutgers University, New Brunswick, New Jersey.

August 1976 - "Sex discrimination in faculty salaries: a method for detection and correction," American Statistical Association Meetings, Boston, Massachusetts.

July 1975 - "Selecting variables for regression analysis," Bell Telephone Laboratories, Holmdel, New Jersey.

April 1975 - "Some problems in the selection of variables in regression analysis," University of Wisconsin.

March 1975 - "Discrete bivariate data with censoring of one variate: tests for randomness with application to dendritic trees," invited address, Central Regional Meeting, Institute of Mathematical Statistics, St. Paul, Minnesota.

February 1975 - "Selection of regression variables: methods using cost criteria," invited address, Eighth Symposium on Computer Science and Statistics, Los Angeles, California.

February 1975 - "Some problems in selecting variables for regression analysis," Purdue University.

December 1973 - "Subset selection of regression variables using cost criteria," Joint Statistical Meetings, New York, New York.

August 1972 - "Estimation of the number of terms in a sum," Joint Statistical Meetings, Montreal, Canada.

October 1971 - "Estimation of the number of terms in a sum," Purdue University.

August 1971 - "Estimating the number of terms in a sum," Clemson University Symposium on Cluster Analysis and Pattern Recognition, Clemson, South Carolina.

March 1971 - "Reliability of computer programs used in regression analysis," invited address, Central Indiana Chapter, American Statistical Association, Indiana University Medical Center, Indianapolis, Indiana.

August 1970 - "Estimation of a Poisson integer mean," Meeting of the Institute of Mathematical Statistics, Laramie, Wyoming.

May 1970 - "Some problems in sequential discrimination," Columbia University, New York, New York.

February 1970 - "Estimation of integer means for exponential families," Purdue University, West Lafayette, Indiana.