UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE PET FOOD PRODUCTS LIABILITY LITIGATION<br><br>Hayley Ford and Shannon J. Kramer, individually, for class members and on behalf of other members of the public similarly situated,<br>                Plaintiffs,<br><br>v.<br><br>MENU FOODS INCOME FUND; MENU FOODS MIDWEST CORPORATION; MENU FOODS SOUTH DAKOTA, INC.; MENU FOODS, INC.; MENU FOODS HOLDINGS, INC.; DEL MONTE FOODS COMPANY; NESTLE PURINA PETCARE COMPANY; HILLS PET NUTRITION; NUTRO PRODUCTS INC.; WAL-MART STORES; PETCO ANIMAL SUPPLIES, INC.; PETCO SOUTHWEST, INC.; PETCO ANIMAL SUPPLIES STORES, INC.; THE IAMS COMPANY; FRY'S FOOD CENTERS; SMITH'S FOOD AND DRUG CENTERS INC., KROGER CO.; CHEMNUTRA, INC. and PETSMART,<br>                Defendants. | Civil Action No. 07-3669 (NHL/AMD)<br><br>MDL DOCKET NO. 1850<br><br><br><br>**FILED ELECTRONICALLY**<br><br><br>**DECLARATION OF SERVICE** |

I, the undersigned, declare:

1.      Declarant is employed as a legal assistant by the law office of Norris McLaughlin & Marcus, PA, counsel for Hills Pet Nutrition, Inc., in the above matter.

2.      On December 11, 2007, Declarant served a Notice of Appearance and Notice of Electronic Filing by causing a true copy thereof to be mailed through the United States Post Office in a sealed envelope with postage thereon fully prepaid and addressed to each of the parties listed on the attached Service List.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of December, 2007, at Bridgewater, New Jersey.

*Beth Harper*
_____
Beth Harper

IN RE Pet Food Products Liability Litigation
Civil Action No. 07-3669 (NHL/AMD)
MDL Docket No. 1850

| | |
|---|---|
| A. JAMES ANDREWS, ESQ.<br>1405 MAGNOLIA<br>KNOXVILLE, TN 37917 | RENE LYNN BARGE, ESQ.<br>11111 SANTA MONICA BOULEVARD<br>LOS ANGELES, CA 90025 |
| NICOLE BASS, ESQ.<br>905 LOCUST STREET<br>KNOXVILLE, TN 37902 | LOUISE A. BEHRENDT, ESQ.<br>250 2ND AVE S STE 120<br>MINNEAPOLIS, MN 55401 |
| JOSEPH S. BELLISSIMO, ESQ.<br>ROBERT N. PIERCE & ASSOCIATES<br>324 SIMS STREET<br>ELLWOOD CITY, PA 16117 | MARK A. BERKOFF, ESQ.<br>203 N LASALLE STREET<br>SUITE 1900<br>CHICAGO, IL 60601-1293 |
| JOHN BLIM, ESQ.<br>BLIM & EDELSON, LLC<br>53 WEST JACKSON BLVD<br>SUITE 1642<br>CHICAGO, IL 60604 | MORDECAI D. BOONE, ESQ.<br>275 BATTERY STREET<br>20TH FLOOR<br>SAN FRANCISCO, CA 94111 |

1

IN RE Pet Food Products Liability Litigation
Civil Action No. 07-3669 (NHL/AMD)
MDL Docket No. 1850

| | |
|---|---|
| THOMAS J. CABRAL, ESQ.<br>7TH FLOOR BULKLEY BUILDING<br>1501 EUCLID AVENUE<br>CLEVELAND, OH 44115 | EFFREY B. CEREGHINO, ESQ.<br>3240 STONE VALLEY ROAD WEST<br>ALAMO, CA 94507 |
| CHRISTY COMSTOCK, ESQ.<br>21 WEST MOUNTAIN STREET<br>SUITE 300<br>FAYETTEVILLE, AR 72701 | MATTHEW G. CONWAY, ESQ.<br>818 FARMINGTON AVE<br>WEST HARTFORD, CT 06119 |
| PERRY A. CRAFT, ESQ.<br>THE SHILOH BUILDING<br>214 CENTERVIEW DRIVE<br>SUITE 223<br>BRENTWOOD, TN 37027 | BARBARA L. CROUTCH, ESQ.<br>725 S, FUGYERIA STREET<br>SUITE 2800<br>LOS ANGELES, CA 90017-5406 |
| GINO L. DIVITO, ESQ.<br>209 SOUTH LASALLE STREET<br>7TH FLOOR<br>CHICAGO, IL 60604 | NICOLE DORSKY, ESQ.<br>200 PUBLIC SQUARE #2300<br>CLEVELAND, OH 44114-2378 |

IN RE Pet Food Products Liability Litigation
Civil Action No. 07-3669 (NHL/AMD)
MDL Docket No. 1850

| | |
|---|---|
| JAY EDELSON, ESQ.<br>53 WEST JACKSON BOULEVARD<br>SUITE 1642<br>CHICAGO, IL 60604 | THOMAS M. FERLAUTO, ESQ.<br>1880 CENTURY PARK EAST<br>SUITE 820<br>LOS ANGELES, CA 90067-1672 |
| JACK M. FRIBLEY, ESQ.<br>90 S 7TH STREET<br>SUITE 2200<br>MINNEAPOLIS, MN 55402-3901 | ANDREW H. FRIEDMAN, ESQ.<br>723 OCEAN FRONT WALK<br>VENICE, CA 90291 |
| WENDI JANE FRISCH, ESQ.<br>1055 WEST SEVENTH STREET<br>24TH FLOOR<br>LOS ANGELES, CA 90017 | MARY E. GATELY, ESQ.<br>DLA PIPER US LLP<br>500 8TH STREET, N.W.<br>WASHINGTON, DC 20004 |
| PAUL J. GELLER, ESQ.<br>COUGHLIN STOIA GELLER RUDMAN &<br>ROBBINS LLP<br>120 E PALMETTO PARK RD<br>SUITE 500<br>BOCA RATON, FL 33432 | JEREMY GILMAN, ESQ.<br>200 PUBLIC SQUARE #2300<br>CLEVELAND, OH 44114-2378 |

IN RE Pet Food Products Liability Litigation
Civil Action No. 07-3669 (NHL/AMD)
MDL Docket No. 1850

| | |
|---|---|
| JOSEPH GOLDBERG, ESQ.<br>FREEDMAN, BOYD, DANIELS, HOLLANDER,<br>GOLDBERG & CLINE, PA<br>20 FIRST PLAZA<br>SUITE 700<br>ALBUQUERQUE, NM 87102 | LEONARD M. GULINO, ESQ.<br>100 MIDDLE STREET<br>P.O. BOX 9729<br>PORTLAND, ME 04104-5029 |
| DANIEL E. GUSTAFSON, ESQ.<br>650 NORTHSTAR EAST<br>608 SECOND AVENUE SOUTH<br>MINNEAPOLIS, MN 55402 | SUSAN MORIARTY HACK, ESQ.<br>401 WEST A STREET<br>SUITE 2600<br>SAN DIEGO, CA 92101 |
| ROBIN LEA HANGER, ESQ.<br>SQUIRE, SANDERS & DEMPSEY L.L.P.<br>200 SOUTH BISCAYNE BOULEVARD<br>SUITE 4000<br>MIAMI, FL 33131-2398 | SUZANNE HAVENS BECKMAN, ESQ.<br>PARISI AND HAVENS<br>15233 VALLEYHEART DRIVE<br>SHERMAN OAKS, CA 91403 |
| HAROLD M. HEWELL, ESQ.<br>402 WEST BROADWAY<br>FOUTH FLOOR<br>SAN DIEGO, CA 92101 | PAUL L. HOFFMAN, ESQ.<br>723 OCEAN FRONT WALK<br>SUITE 100<br>VENICE, CA 90291-3270 |

IN RE Pet Food Products Liability Litigation
Civil Action No. 07-3669 (NHL/AMD)
MDL Docket No. 1850

CHARLES H. HORN, ESQ.
44 MONTGOMERY ST
18TH FLOOR
SAN FRANCISCO, CA 94104-4705

JAMES E. HOWARD, ESQ.
1420 5TH AVE
STE 3400
SEATTLE, WA 98101

DON HOWARTH, ESQ.
523 WEST SIXTH STREET
SUITE 728
LOS ANGELES, CA 90014

BRIAN S. INAMINE, ESQ.
888 S FIGUEROA ST
SUITE 1800
LOS ANGELES, CA 90017

CHRISTOPHER D. JENNINGS, ESQ.
500 PRESIDENT CLINTON AVENUE
SUITE 305
LITTLE ROCK, AR 72207

PRIYA K. JESANI, ESQ.
PRETZEL & STOUFFER, CHARTERED
ONE SOUTH WACKER DRIVE
SUITE 2500
CHICAGO, IL 60606

ROBERT A. JIGARJIAN, ESQ.
128 TUNSTEAD AVENUE
SAN ANSELMO, CA 94960

GARY L. JUSTICE, ESQ.
333 SOUTH GRAND AVENUE
LOS ANGELES, CA 90071-3197

IN RE Pet Food Products Liability Litigation
Civil Action No. 07-3669 (NHL/AMD)
MDL Docket No. 1850

| | |
|---|---|
| JENNIFER KATZ. ESQ.<br>818 FARMINGTON AVE<br>WEST HARTFORD, CT 06119 | MICHAEL L. KELLY, ESQ.<br>2361 ROSECRANS AVENUE<br>4TH FLOOR<br>EL SEGUNDO, CA 90245 |
| JEFFREY T. KESTLE, ESQ.<br>2200 6TH AVENUE<br>STE 600<br>SEATTLE, WA 98121 | SABRINA S. KIM, ESQ.<br>ONE CALIFORNIA PLAZA<br>300 SOUTH GRAND AVENUE<br>SUITE 3900<br>LOS ANGELES, CA 90071 |
| WILLIAM T. KING, ESQ.<br>1880 CENTURY PARK EAST<br>SUITE 820<br>LOS ANGELES, CA 90067-1627 | KRISANN KLEIBACKER C LEE, ESQ.<br>90 S 7TH STREET<br>SUITE 2200<br>MINNEAPOLIS, MN 55402-3901 |
| LAWRENCE M. KOPELMAN, ESQ.<br>350 E LAS OLAS BOULEVARD<br>SUITE 980<br>FORT LAUDERDALE, FL 33301 | MICHAEL S. KREIDLER, ESQ.<br>250 2ND AVE S STE 120<br>MINNEAPOLIS, MN 55401-2190 |

IN RE Pet Food Products Liability Litigation
Civil Action No. 07-3669 (NHL/AMD)
MDL Docket No. 1850

| | |
|---|---|
| ROBERT R. KURTZ, ESQ.<br>STANLEY & KURTZ, PLLC<br>422 GAY STREET, 3RD STREET<br>KNOXVILLE, TN 37902 | JEAN M. LAWLER, ESQ.<br>CHASE PLAZA<br>801 S. GRAND AVE., 9TH FL<br>LOS ANGELES, CA 90017-4624 |
| GAIL E. LEES, ESQ.<br>GIBSON, DUNN & CRUTCHER LLP<br>333 SOUTH GRAND AVENUE<br>47TH FLOOR<br>LOS ANGELES, CA 90071 | PAUL F. LINN, ESQ.<br>100 EAST WISCONSIN AVENUE, #3300<br>MILWAUKEE, WI 53202 |
| CARRIE ANN LUBINSKI, ESQ.<br>275 BATTERY STREET<br>SUITE 2000<br>SAN FRANCISCO, CA 94111 | JEFFERY N. LUTHI, ESQ.<br>CLERK OF THE JUDICIAL PANEL<br>ONE COLUMBUS CIRCLE, NE<br>THURGOOD MARSHALL FEDERAL JUDICIARY BUILDING<br>RM G255, NORTH LOBBY<br>WASHINGTON, DC 20002 |
| EDWARD T. MATTHEWS, ESQ.<br>200 S 6TH STREET STE 4000<br>MINNEAPOLIS, MN 55402-1425 | JOHN JOSEPH MCDONOUGH, ESQ.<br>45 BROADWAY ATRIUM<br>16TH FLOOR<br>NEW YORK, NY 10006 |

ROBERT D. MCINTOSH, ESQ.
ADORNO & YOSS, PA
888 SE 3RD AVENUE
SUITE 500
FORT LAUDERDALE, FL 33335

JENNIFER L. MCKEEGAN, ESQ.
SIXTH FLOOR BULKLEY BUILDING
1501 EUCLID AVENUE
CLEVELAND, OH 44115

STEVEN J. MERKER, ESQ.
370 17TH STREET
REPUBLIC PLAZA BUILDING
#4700
DENVER, CO 80202-5647

ETHAN A. MILLER, ESQ.
ONE MARITIME PLAZA
SUITE 300
SAN FRANCISCO, CA 94111

DANIEL J. MITCHELL, ESQ.
100 MIDDLE STREET
P.O. BOX 9729
PORTLAND, ME 04104-5029

LORA ESCH MITCHELL, ESQ.
200 S 6TH STREET STE 4000
MINNEAPOLIS, MN 55402-1425

MICHAEL S. MORRISON, ESQ.
723 OCEAN FRONT WALK
VENICE, CA 90291-3270

JOHN B.T. MURRAY , JR, ESQ.
SQUIRE, SANDERS & DEMPSEY L.L.P.
1900 PHILLIPS POINT WEST
777 SOUTH FLAGLER DRIVE
WEST PALM BEACH, FL 33401-6198

IN RE Pet Food Products Liability Litigation
Civil Action No. 07-3669 (NHL/AMD)
MDL Docket No. 1850

ALLISON BETH NEIDOFF, ESQ.
ONE PENNSYLVANIA PLAZA
37TH FLOOR
NEW YORK, NY 212-649-4753

GREGORY M. NESPOLE, ESQ.
WOLF, HALDENSTEIN, ADLER, FREEMAN &
HERZ, LLP
270 MADISON AVENUE
NEW YORK, NY 10016

MARSHALL S. NEY, ESQ.
MITCHELL, WILLIAMS, SELIG, GATES &
WOODYARD, PLLC
5414 PINNACLE POINT DRIVE
SUITE 500
ROGERS, AR 72758

GINA E. OCH, ESQ.
CHASE PLAZA
801 S. GRAND AVE, 9TH FL
LOS ANGELES, CA 90017-4624

DAVID C. PARISI, ESQ.
PARISI LAW FIRM
15233 VALLEYHEART DRIVE
SHERMAN OAKS, CA 91403

DAVID A. PAYNE, ESQ.
607 MAIN STREET
CASSVILLE, MO 65625

ROBERT N. PEIRCE, ESQ.
COUNSPEIRCE, RAIMOND & COULTER
707 GRANT STREET
2500 GULF TOWER
PITTSBURGH, PA 15219

SCOTT E. POYNTER, ESQ.
500 PRESIDENT CLINTON AVENUE
SUITE 305
LITTLE ROCK, AR 72207

IN RE Pet Food Products Liability Litigation
Civil Action No. 07-3669 (NHL/AMD)
MDL Docket No. 1850

TERRY M. POYNTER, ESQ.
POST OFFICE BOX 370
MOUNTAIN HOME, AR 72654-0370

MARK REINHARDT, ESQ.
332 MINNESOTA STREET
SUITE E-1250
ST. PAUL, MN 55101

STEVEN L. RODRIGUEZ, ESQ.
425 CALIFORNIA STREET
SUITE 2400
SAN FRANCISCO, CA 94104

FRANK C. ROTHROCK, ESQ.
SHOOK, HARDY & BACON L.L.P.
5 PARK PLAZA, #1600
IRVINE, CA 92614

DANIEL L. ROTTINGHAUS, ESQ.
BERDING & WELL
3240 STONE VALLEY ROAD WEST
ALAMO, CA 94507

EDWARD B. RUFF, III, ESQ.
PRETZEL & STOUFFER, CHARTERED
ONE SOUTH WICKER DRIVE
SUITE 2500
CHICAGO, IL 60606-4673

KARL A. SCHLEDWITZ, ESQ.
THE SOUTHLAND COMPANIES
THE TOWER AT PEABODY PLACE
100 PEABODY PLACE
SUITE 1325
MEMPHIS, TN 38013

AMY W. SCHULMAN, ESQ.
DLA PIPER US LLP
1251 AVENUE OF THE AMERICAS
27TH FLOOR
NEW YORK, NY 10020-1104

IN RE Pet Food Products Liability Litigation
Civil Action No. 07-3669 (NHL/AMD)
MDL Docket No. 1850

EVAN L. SCHWAB, ESQ.
1420 5TH AVE
STE 3400
SEATTLE, WA 98101

RICHARD MARK SEGAL, ESQ.
PILLSBURY, WINTHROP, SHAW & PITTMAN, ESQS.
501 WEST BROADWAY
SUITE 1100
SAN DIEGO, CA 92101-3575

ALEXANDER SHAKNES, ESQ.
DLA PIPER US LLP
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1104

SCOTT RHEAD SHEPHERD, ESQ.
SHEPHERD, FINKELMAN, MILLER & SHAH
4400 NORTH FEDERAL HIGHWAY
SUITE 200
LIGHTHOUSE POINT, FL 33064

JAMES S. SIMONSON, ESQ.
80 S 8TH STREET STE 500
MINNEAPOLIS, MN 55402

SUZELLE M. SMITH, ESQ.
523 WEST 6TH STREET
SUITE 728
LOS ANGELES, CA 90014

DENNIS STEWART, ESQ.
550 WEST C STREET SUITE 1600
SAN DIEGO, CA 92101

MICHAEL L. STOKER, ESQ.
205 FIFTH AVENUE SOUTH
SUITE 600
P.O. BOX 1626
LA CROSSE, WI 54602-1626

IN RE Pet Food Products Liability Litigation
Civil Action No. 07-3669 (NHL/AMD)
MDL Docket No. 1850

EFFREY R. THOMPSON, ESQ.
ONEILL, PARKER & WILLIAMSON, ESQS
PO BOX 217
KNOXVILLE, TN 37901-0217

GARY A. TRABOLSI, ESQ.
2200 6TH AVE
STE 600
SEATTLE, WA 98121

MICHAEL P. TURIELLO, ESQ.
PRETZEL & STOUFFER, CHARTERED
ONE SOUTH WACKER DRIVE
SUITE 2500
CHICAGO, IL 60606

DAVID J. VENDLER, ESQ.
1055 WEST 7TH STREET
24TH FLOOR
LOS ANGELES, CA 90017-2503

PETER N. WASYLYK, ESQ.
1307 CHALKSTONE AVENUE
PROVIDENCE, RI 02908

WILLIAM E. WEGNER, ESQ.
333 SOUTH GRAND AVENUE
LOS ANGELES, CA 90071-3197

SCOTT WM. WEINSTEIN, ESQ.
12800 UNIVERSITY DR
STE 600
PO BOX 9504
FT. MYERS, FL 33906

JEFF S. WESTERMAN, ESQ.
ONE CALIFORNIA PLAZA
300 SOUTH GRAND AVENUE
SUITE 3900
LOS ANGELES, CA 90071

IN RE Pet Food Products Liability Litigation
Civil Action No. 07-3669 (NHL/AMD)
MDL Docket No. 1850

JEFFREY M. WHITE, ESQ.
ONE MONUMENT SQUARE
PORTLAND, ME 04101-1110

CHERYL A. WILLIAMS, ESQ.
ONE CALIFORNIA PLAZA
300 SOUTH GRAND AVENUE
SUITE 3900
LOS ANGELES, CA 90071

SHAWN A. WILLIAMS, ESQ.
COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP
100 PINE STREET
SUITE 2600
SAN FRANCISCO, CA 94111