# MORRISON MAHONEY LLP

COUNSELLORS AT LAW

Brian P. Heermance
Direct Phone 212-428-2484
Direct Fax 646-576-8911
bheermance@morrisonmahoney.com

17 STATE STREET, SUITE 1110
NEW YORK, NEW YORK 10004
212-825-1212
FACSIMILE 212-825-1313

MASSACHUSETTS
BOSTON
FALL RIVER
SPRINGFIELD
WORCESTER

CONNECTICUT
HARTFORD

ENGLAND
LONDON

NEW HAMPSHIRE
MANCHESTER

NEW JERSEY
PARSIPPANY

NEW YORK
NEW YORK

RHODE ISLAND
PROVIDENCE

January 2, 2008

Office of the Clerk of the Court
U.S. District Court of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets – Room 1050
Camden NJ 08101

Re:   Pet Food Products Liability Litigation
      MDL Docket No.: 1850
      MM File No.: 10026710

Dear Sir/Madam:

The undersigned attorney is requesting to be withdrawn as counsel for defendant Chemnutra, Inc. in the MDL referenced above. Christopher Martin of our New Jersey office has appeared on behalf of Chemnutra, Inc., and will continue to be attorney of record with respect to this litigation. Inasmuch as the undersigned is not admitted to practice in the United States District Court for the District of New Jersey, this letter could not be electronically filed through the ECF System.

Thank you for your kind attention to this matter. Should you have any questions regarding the foregoing, please do not hesitate this office.

Very truly yours,

MORRISON MAHONEY LLP

Brian P. Heermance

BPH:kcb

cc:   Christopher E. Martin, Esq.

884366v1