UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN RE   Pet Foods Products        :    Civil Action No. 07-2867 (NLH)
        Liability Litigation      :
                                  :    MDL DOCKET NO. 1850
                                  :
                                  :    ALL CASES

The Court having held an initial practice and procedure conference pursuant to 28 U.S.C. § 1407(a) on September 26, 2007; and

The Court having granted the joint motion to stay the MDL proceedings to allow for mediation, and having stayed all cases in this MDL for 90 days; and

The Court having scheduled a continuation of the initial practice and procedure conference to be held on Monday, January 7, 2008 at 11:00am, which was later changed to Tuesday, January 8, 2008, in order for liaison/lead counsel for Defendants and Plaintiffs to report to the Court the status of the mediation; and

On January 4, 2008, liaison/lead counsel for Defendants and Plaintiffs having notified the Court that the parties have made significant progress during mediation, and that they hope to resolve the remaining issues during two additional days of mediation that have been scheduled for January 28 and 29, 2008; and

The parties having made a joint request for a continuation of the stay and an adjournment of the conference scheduled for January 8, 2008 so that they can continue mediation; and

Good cause having been shown;

**IT IS HEREBY** on this 4th day of January, 2008

**ORDERED** that the stay in this matter shall be extended until February 14, 2008, on which date the Court will hold the continuation of the initial practice and procedure conference at 11:00am in Courtroom 3A.

s/ Noel L. Hillman

At Camden, New Jersey   NOEL L. HILLMAN, U.S.D.J.