A CERTIFIED TRUE COPY

DEC 5 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

RECEIVED
WILLIAM T. WALSH, CLERK

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

2007 DEC -7 A 11: 27

UNITED STATES
DISTRICT COURT

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 15 2007

FILED
CLERK'S OFFICE

IN RE: PET FOOD PRODUCTS LIABILITY
LITIGATION

MDL No. 1850

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-5)**

On June 19, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 499 F.Supp.2d 1346 (J.P.M.L. 2007). Since that time, 68 additional actions have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable Noel L. Hillman.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Hillman.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of June 19, 2007, and, with the consent of that court, assigned to the Honorable Noel L. Hillman.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC - 3 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: PET FOOD PRODUCTS LIABILITY
LITIGATION                                         MDL No. 1850

## SCHEDULE CTO-5 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**       **CASE CAPTION**

INDIANA SOUTHERN
  INS   1   07-1314         Mark Bonadio v. Menu Foods, Inc.

NORTH CAROLINA MIDDLE
  NCM   1   07-820          Susie Laws v. Menu Foods Income Fund, et al.

OHIO SOUTHERN
  OHS   3   07-414          Monna McCormick, et al. v. Menu Foods, Inc., et al.

PENNSYLVANIA WESTERN
  PAW   2   07-1218         Lori L. Wilson, et al. v. Menu Foods Ltd.