IN RE: PET FOOD PRODUCTS LIABILITY LITIGATION

MDL No. 1850

## INVOLVED COUNSEL LIST (CTO-5)

Lynn E. Bell
DAVIS MCFARLAND & CARROLL
One Gateway Center
10th Floor
Pittsburgh, PA 15222

James T. Davis
DAVIS & DAVIS
107 East Main Street
P.O. Box 1163
Uniontown, PA 15401

Michael Hyde Elam
PIPER RUDNICK GRAY CARY US LLP
203 North LaSalle Street
Suite 1900
Chicago, IL 60601

Mark C. Goodman
SQUIRE SANDERS & DEMPSEY LLP
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

Daniel E. Gustafson
GUSTAFSON GLUEK PLLC
608 Second Avenue South
725 Northstar East
Minneapolis, MN 55402

Craig A. Hoover
HOGAN & HARTSON LLP
555 Thirteenth Street, N.W.
Washington, DC 20004-1109

Mary Hulett
RAGSDALE LIGGETT PLLC
P.O. Box 31507
Raleigh, NC 27622-1507

Kenneth J. Ignozzi
DYER GAROFALO MANN & SCHULTZ
131 North Ludlow Street
Suite 1400
Dayton, OH 45402-1110

D. Jeffrey Ireland
FARUKI IRELAND & COX PLLC
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH 45402

Irwin B. Levin
COHEN & MALAD LLP
One Indiana Square
Suite 1400
Indianapolis, IN 46204

William F. Patterson, Jr.
FORMAN ROSSABI BLACK PA
P.O. Box 41027
Greensboro, NC 27404

Lisa J. Rodriguez
TRUJILLO RODRIGUEZ & RICHARDS LLP
8 Kings Highway West
Haddonfield, NJ 08033

Amy W. Schulman
DLA PIPER US LLP
1251 Avenues of the Americas
27th Floor
New York, NY 10020-1104

Frederick W. Schultz
GREENE & SCHULTZ
320 W. 8th Street
Suite 100
Bloomington, IN 47404

Stuart C. Talley
KERSHAW CUTTER & RATINOFF LLP
980 9th Street
19th Floor
Sacramento, CA 95814-2719

Mark John Tamblyn
WEXLER TORISEVA WALLACE LLP
1610 Arden Way
Suite 290
Sacramento, CA 95815

Kenneth A. Wexler
WEXLER TORISEVA WALLACE LLP
55 West Monroe Street
Suite 3300
Chicago, IL 60603