

# HILL WALLACK LLP
## ATTORNEYS AT LAW

202 CARNEGIE CENTER, CN 5226, PRINCETON, NJ 08543-5226
TELEPHONE: (609) 924-0808, FAX: (609) 452-1888
WWW.HILLWALLACK.COM

Writer's Direct Dial: (609) 734-6390

January 24, 2008

Honorable Noel L. Hillman
United States District Court
Federal Building
One John F. Gerry Plaza, Room 6020
Camden, NJ 08101

    Re:   In re Pet Food Products Liability Litigation, 07cv2867 (NLH)(AMD)
           MDL Docket No.: 1850

Dear Judge Hillman:

    As local counsel for the Menu Foods defendants, we are forwarding a proposed Stipulation and Consent Order, which has been executed by Lisa Rodriguez, Esq. as liaison counsel for the plaintiffs, with the request that Your Honor execute and file. The proposed Stipulation and Consent Order modifies this Court's Order of June 4, 2007, regarding communications between Menu Foods and unrepresented members of the putative class (the "Consent Order"), and the Order of November 7, 2007, which allowed Menu Foods to communicate with seven individuals including Theresa Evans, who had in turn communicated directly with Your Honor. Following the Order of November 7, 2007, Menu Foods sent those seven individuals communications approved by this Court that directed them to the brand manufacturers and retailers with settlement programs. Ms. Evans subsequently advised Menu Foods that she did not purchase the pet food that is the subject of her claim from a brand manufacturer or retailer with a settlement program. As such, the proposed Stipulation and Consent Order seeks limited relief to allow Menu Foods to communicate directly with Ms. Evans regarding the substance of her claim, use information obtained from her to evaluate her claim, and settle with her, if Menu Foods decides to do so. The Stipulation and Consent Order also seeks this Court's approval of the letter that Menu Foods proposes sending to Ms. Evans. Ms. Rodriguez, on behalf of the plaintiffs, does not object to this letter. If there is any objection to the proposed Consent Order and letter, we ask that Your Honor so advise. Otherwise, my client respectfully requests that the court execute and file.

                                        Respectfully submitted,

                                        *Gerard H. Hanson*
                                        GERARD H. HANSON

GHH:kg
Enclosures
cc: All ECF Counsel

{F:\WDOX\DOCS\014210\00001\01690871; 1}
111 EAST COURT STREET, DOYLESTOWN, PA 18901 | 403 EXECUTIVE DRIVE, LANGHORNE, PA 19047

Dockets.Justia.com