Dear Ms. Evans:

Menu Foods offers its sympathies for the harm your pet experienced and apologizes for the delay in addressing your claim. An order by the United States District Court for the District of New Jersey prohibits Menu Foods from communicating with unrepresented pet owners about their claims. However, Menu Foods has obtained limited relief from that order to address your specific claim.

If you currently are represented by a lawyer regarding any claim you may have in this matter, then it is not appropriate for Menu Foods to communicate with you directly about your claim. If you are represented by a lawyer, you received this letter because we were not aware of that representation, and we ask that you please pass this letter along to your lawyer immediately and ask that your lawyer respond to the letter. If you are contacted by Menu Foods or its representatives at any time after you are represented by a lawyer, then please state that you are represented by a lawyer, end the contact, and inform your lawyer.

This communication provides information on your options to pursue a claim against Menu Foods and on the effects of entering into a settlement with Menu Foods directly. We do not intend to offer legal advice, but rather to present you with sufficient information so that you may make an informed decision. If you have any legal questions, you may contact an attorney at any time.

Option 1: Participate in a Class Action

First, you may be eligible to participate in a class action lawsuit. The recall of various pet food products has led to numerous class action lawsuits filed in federal and state courts throughout the United States and Canada. The federal actions have been transferred to a single court for coordinated proceedings and are referred to as *In re Pet Food Products Liability Litigation*, MDL Docket No. 1850. If a class action moves forward and your pet was harmed by the recalled pet food, you may be eligible to share in any recovery achieved in that class action. The recovery sought by plaintiffs in the class action includes initial veterinary expenses incurred by pet owners. Also, plaintiffs may seek other damages, including emotional distress, continued veterinary expenses and medical monitoring of your pet, autopsy and funeral expenses, although recovery of these additional categories of expenses may vary from state-to-state.

If you wish to participate in the class action instead of seeking recovery directly from Menu Foods, then it is not necessary for you to do anything at this time. If you have any questions regarding the class action process, we suggest you speak to an attorney.

Option 2: Address Claim with Menu Foods Directly

It remains Menu Foods' desire to address any reasonable expenses incurred by pet owners caused by contamination of Menu Foods' products. You may address your claim with Menu Foods directly, or you may contact an attorney to address your claim with Menu Foods on your behalf. Any mutually agreeable settlement of your claim would require you to sign a settlement agreement releasing any and all claims for damages arising out of the recall and the injury or death of your pet. However, until you sign a settlement agreement and release as full and final satisfaction of your claim, you are free to pursue another avenue to resolve your claim.

If you have any questions related to whether you should enter into a settlement agreement with Menu Foods, you should contact an attorney and you are free to do so at any time.

### Option 3: Do Nothing

Finally, you also may choose not to pursue a claim against Menu Foods. You are not required to seek reimbursement from Menu Foods or to contact an attorney. If you choose to do nothing at this time, you still may be eligible to receive a portion of any recovery that might be received in *In re Pet Food Products Liability Litigation*

If you have additional questions regarding your legal options, you should speak to an attorney. If you decide to address your claim with Menu Foods directly. We will then request the information we require to review your claim.