

TRUJILLO
RODRIGUEZ &
RICHARDS, LLC
A PENNSYLVANIA LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW

8 Kings Highway West
Haddonfield, NJ 08033
856-795-9002
856-795-9887 Fax

Lisa J. Rodriguez
New Jersey Responsible Attorney

1717 Arch Street
Suite 3838
Philadelphia, PA 19103
215-731-9004
215-731-9044 Fax

April 30, 2008

**VIA E-FILING AND UPS**

Honorable Noel L. Hillman
United States District Court
District of New Jersey - Camden Office
Mitchell H. Cohen U.S. Courthouse
Fourth and Cooper Streets, Room 5020
Camden, New Jersey 08101

        Re:   *In re Pet Food Products Liability Litigation,*
                Civil Action No. 07-cv-2867

Dear Judge Hillman:

    I write on behalf of all the parties to request an additional week to submit the papers in support of Preliminary Approval of the Class Action Settlement. The papers are currently due to be filed tomorrow, May 1, 2008. The parties seek an extension until Wednesday, May 7, 2008.

    Thank you.

                              Respectfully yours,

                              /s Lisa J. Rodriguez

                              Lisa J. Rodriguez

cc:    All Counsel