# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE PET FOODS PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1850<br>Case No. 07-2867 (NLH)<br>Judge Joel L. Hillman<br><br>[PROPOSED] ORDER GRANTING CHEMNUTRA, INC.'S MOTION TO DESTROY RETAINED WHEAT GLUTEN |

AND NOW, this _____ day of October, 2008, upon the Court's consideration of ChemNutra, Inc.'s Motion to Destroy Retained Wheat Gluten pursuant to Fed. R. Civ. P. 26(b)(2)(C)(iii) and 26(c)(1), and the Court having considered the submissions of the parties; and good cause having been shown;

IT IS HEREBY **ORDERED** that ChemNutra, Inc.'s motion is **GRANTED** in its entirety:

ChemNutra, Inc. may destroy its retained Wheat Gluten in accordance with and under the supervision of the FDA.

SO ORDERED:

Dated: October____, 2008

_____
UNITED STATES DISTRICT JUDGE
HONORABLE JUDGE NOEL LAWRENCE HILLMAN

1