# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE PET FOODS PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1850<br>Case No. 07-2867 (NLH)<br>Judge Joel L. Hillman<br><br>CERTIFICATE OF SERVICE |

I Hereby Certify That True Copies Of The Following Documents:

1. Chemnutra, Inc.'s Notice of Motion and Motion to Destroy Retained Wheat Gluten

2. [Proposed] Order Granting Chemnutra, Inc's Motion to Destroy Retained Wheat Gluten

3. Declaration of Karen M. Firstenberg In Support Of Chemnutra's Motion to Destroy It's Remaining Recalled Wheat Gluten

4. Declaration of Stephan S. Miller of Chemnutra, Inc. in Support of Motion to Destroy Remaining Wheat Gluten

5. Declaration of Anthony G. Brazil In Support of Motion to Destroy Remaining Wheat Gluten

Were Served Electronically Upon All Counsel Of Record By The Court's CM/ECF System Or If Such Service Is Not Authorized, By First Class Mail This 5th Day Of September 2008, In Accordance With Rule 5 Of The Federal Rules Of Civil Procedure. Also a courtesy copy of the above documents have been mail served directly to Judge Hillman's chamber pursuant to Local Rule 10.

/s/ Karen M. Firstenberg
Karen M. Firstenberg (CA Bar No. 222432)

1