**LAW OFFICES OF DANIEL I. WARD**
Daniel I. Ward, Esq. (NJ Bar No. 033581986)
118 White Horse Road W.
Voorhees, NJ 08043
Tel: (856) 566-6614
Fax: (856) 566-7373

**BLUMENTHAL & NORDREHAUG**
Kyle R. Nordrehaug (Cal. State Bar #205975)
2255 Calle Clara
La Jolla, California 92037
Tel: (858)551-1223
Fax: (858) 551-1232

Attorneys for Settlement Class Members,
MARGARET PICUS and DANIEL KAFFER

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE PET FOOD PRODUCTS LIABILITY LITIGATION | Civil Action No. 07-2867 (NLH) (All Cases) MDL Docket No. 1850 <br><br> NOTICE OF MOTION AND MOTION FOR *PRO HAC VICE* ADMISSION <br><br> Judge: Hon. Noel L. Hillman <br> Courtroom: 3A |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that as soon as may be heard, Settlement Class members

MARGARET PICUS and DANIEL KAFFER shall move before the Court pursuant to Local

Civil Rule 101.1(c) for an Order permitting Kyle R. Nordrehaug, Esq., to participate *pro hac*

*vice* in the above referenced matter as co-counsel for  Settlement Class members MARGARET

1

Dockets.Justia.com

PICUS and DANIEL KAFFER.

PLEASE TAKE FURTHER NOTICE that the moving party shall rely upon the accompanying declaration of Daniel I. Ward, Esq., and Kyle R. Nordrehaug, Esq., in support of the application.

Respectfully submitted,

DATED: September _10_, 2008

LAW OFFICE OF DANIEL I. WARD

By: _Daniel I. Ward_

Daniel I. Ward, Esq.
118 White Horse Road W.
Voorhees, NJ 08043
Tel: (856) 566-6614
Fax: (856) 566-7373

BLUMENTHAL & NORDREHAUG

By: _/s/ Kyle R. Nordrehaug_
Kyle R. Nordrehaug

Attorneys for Settlement Class members
Margaret Picus and Daniel Kaffer

K:\D\NBB\Picus v. Wal-Mart\MDL\p-motion for pro hac vice.wpd