**LAW OFFICES OF DANIEL I. WARD**
Daniel I. Ward, Esq. (NJ Bar No. 033581986)
118 White Horse Road W.
Voorhees, NJ 08043
Tel: (856) 566-6614
Fax: (856) 566-7373

**BLUMENTHAL & NORDREHAUG**
Kyle R. Nordrehaug (Cal. State Bar #205975)
2255 Calle Clara
La Jolla, California 92037
Tel: (858)551-1223
Fax: (858) 551-1232

Attorneys for Proposed Intervenors,
MARGARET PICUS and DANIEL KAFFER

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE PET FOOD PRODUCTS LIABILITY LITIGATION | Civil Action No. 07-2867 (NLH) (All Cases)<br>MDL Docket No. 1850<br><br>NOTICE OF MOTION AND MOTION OF MARGARET PICUS AND DANIEL KAFFER TO INTERVENE<br><br>Date: October 14, 2008<br>Time: 9:30 a.m.<br><br>Judge: Hon. Noel L. Hillman<br>Courtroom: 3A |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on October 14, 2008, at 9:30 a.m., before the Honorable Noel L. Hillman in the United States District Court for the District of new Jersey, Settlement-

Class Member Margaret Picus and Daniel Kaffer will move and hereby does move for an order of the Court permitting her to intervene in the action for the purpose of objecting to the proposed class settlement. The basis of this motion is that Margaret Picus and Daniel Kaffer are members of the class whose interests are adversely affected by the proposed settlement and because their interests are not adequately represented in this case.

Respectfully submitted,

DATED: September 12, 2008

LAW OFFICE OF DANIEL I. WARD

By: *Daniel Ward*
Daniel I. Ward, Esq.
118 White Horse Road W.
Voorhees, NJ 08043
Tel: (856) 566-6614
Fax: (856) 566-7373

BLUMENTHAL & NORDREHAUG

By: /s/ Kyle R. Nordrehaug
Kyle R. Nordrehaug

Attorneys for Settlement Class members
Margaret Picus and Daniel Kaffer

K:\D\NBB\Picus v. Wal-Mart\MDL\p-motion to intervene.wpd