**LAW OFFICES OF DANIEL I. WARD**
Daniel I. Ward, Esq. (NJ Bar No. 033581986)
118 White Horse Road W.
Voorhees, NJ 08043
Tel: (856) 566-6614
Fax: (856) 566-7373

**BLUMENTHAL & NORDREHAUG**
Kyle R. Nordrehaug (Cal.Bar #205975) *pro hac vice pending*
2255 Calle Clara
La Jolla, California 92037
Tel: (858)551-1223
Fax: (858) 551-1232

Attorneys for Proposed Intervenors,
MARGARET PICUS and DANIEL KAFFER

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE PET FOOD PRODUCTS LIABILITY LITIGATION | Civil Action No. 07-2867 (NLH) (All Cases)<br>MDL Docket No. 1850<br><br>NOTICE OF APPEARANCE OF ATTORNEY DANIEL I. WARD ON BEHALF OF SETTLEMENT CLASS MEMBERS MARGARET PICUS AND DANIEL KAFFER<br><br>Date:        October 14, 2008<br>Time:       9:30  a.m.<br><br>Judge:      Hon. Noel L. Hillman<br>Courtroom: 3A |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that attorney Daniel I. Ward with the Law Offices of Daniel I. Ward hereby enters an appearance as counsel of record on behalf of Settlement Class Members

1
NOTICE OF APPEARANCE

Civil Action No. 07-2867 (NLH) (All Cases) / MDL Docket No. 1850

Dockets.Justia.com

Margaret Picus and Daniel Kaffer. The contact information for Daniel I. Ward is as follows:

> **LAW OFFICES OF DANIEL I. WARD**
> Daniel I. Ward, Esq. (NJ Bar No. 033581986)
> 118 White Horse Road W.
> Voorhees, NJ 08043
> Tel: (856) 566-6614
> Fax: (856) 566-7373
> E-mail: danieliward@comcast.net

Please revise the service lists and court record accordingly.

Respectfully submitted,

DATED: September 11, 2008      LAW OFFICE OF DANIEL I. WARD

By:   */s/ Daniel S. Ward*
      Daniel I. Ward, Esq.
      118 White Horse Road W.
      Voorhees, NJ 08043
      Tel: (856) 566-6614
      Fax: (856) 566-7373

Attorneys for Settlement Class members
Margaret Picus and Daniel Kaffer

## CERTIFICATE OF SERVICE

I, am, at all relevant times, was a citizen of the United States and a resident of the County of San Diego and am employed by the attorney of record in this action located at 2255 Calle Clara, La Jolla, CA 92037. I hereby certify that the following document(s):

(1) NOTICE OF APPEARANCE OF ATTORNEY DANIEL I. WARD ON BEHALF OF SETTLEMENT CLASS MEMBERS MARGARET PICUS AND DANIEL KAFFER

_XX_ (BY ELECTRONIC SERVICE): I caused the listed documents to be electronically filed through the CM/ECF system at the United States District Court for the District of Nevada which generates a Notice of Electronic Filing to all parties and constitutes service of the electronically filed documents on all parties for purposes of the Federal Rules of Civil Procedure.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 11, 2008 at Vorhees, New Jersey.

By: */s/ Daniel I. Ward*
Daniel I. Ward, Esq.

Attorneys for Settlement Class members
Margaret Picus and Daniel Kaffer