## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

```
IN RE   Pet Foods Products    :    Civil Action No. 07-2867 (NLH)
        Liability Litigation  :
                              :    MDL DOCKET NO. 1850
                              :
                              :    ALL CASES
```

**ORDER**

Upon consideration of motion for declaratory judgment or Relief from Stay filed by Robert M. Josephs.

**IT IS HEREBY ORDERED** this 12th day of September 2008 that:

(1) Robert M. Josephs is **ENJOINED** from proceeding in the small claims action filed in Waltham District Court, captioned <u>Josephs v. Nutro Products, Inc. and Ron Ong, President</u>, Civil Action No. 08 SC 0881;

(1) Defendant Nutro Products is **ORDERED** to file a sur-reply addressing the arguments raised in Mr. Josephs' reply filed on September 12, 2008 by Wednesday, September 17, 2008 at 10:00 a.m. and to fax a copy of the sur-reply to Mr. Josephs; and

(3) A telephone conference is scheduled to address the issues raised in this motion on <u>Wednesday, September 17, 2008 at 2:00 p.m.</u> Mr. Josephs is to initiate the call with counsel for Nutro.

```
                                    s/Noel L. Hillman
                                    NOEL L. HILLMAN, U.S.D.J.
At Camden, New Jersey
```