UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE PET FOOD PRODUCTS LIABILITY LITIGATION | CASE NO. MDL Docket No. 1850 (All Cases) Case No. 07-2867 (NLH) |
| | Judge Noel L. Hillman |
| | **ORDER EXTENDING THE COMMENT, OBJECTION AND OPT-OUT PERIODS UNTIL SEPTEMBER 30, 2008 FOR CERTAIN CLAIMANTS** |

Upon the request of Co-Lead Counsel for Plaintiffs and Liaison Counsel for Defendants, this Court ORDERS that:

(a) the Claims Administrator shall give notice to those claimants that have submitted claims that refer to, or have inquired about the availability of reimbursement for, future expenses, that they have until September 30, 2008 to comment on, object to, or opt out of the Settlement;

(b) the Claims Administrator shall give notice to the individual who previously submitted a claim form to Crawford & Company but has not received direct notice of the Settlement by mail that he has until September 30, 2008 to comment on, object to, or opt out of the Settlement; and

(c) the comment, objection and opt-out periods for those claimants is extended until September 30, 2008.

SO ORDERED:

Dated: September 11, 2008

JUDGE NOEL L. HILLMAN

Re: *In Re Pet Food Products Liability Litigation*,
<u>MDL Docket No. 1850, Civil Action No. 07-2867 (NLH) (All Cases)</u>

Dear _____:

You are receiving this letter because, in connection with the Settlement of the pet food recall lawsuits, you previously submitted a Claim Form to us seeking the reimbursement of, or inquired about the availability of, future veterinary or other expenses or costs relating to your purchase or your pet's consumption of Recalled Pet Food Products. On behalf of the Parties, we write to make clear that reimbursement for future costs and expenses is <u>not</u> available under the terms of the Parties' Settlement Agreement.

You should know that you have several options for proceeding.

You may still participate in the Settlement and rely on the Claim Form you submitted previously. If you want to participate and rely on this Claim Form, you do not need to do anything. Your claim will be considered in its entirety, excluding any claim for future expenses.

You also may participate in the Settlement and appear at the Final Approval Hearing, or comment on or object to the proposed Settlement. The date for filing a written objection or comment, and/or notice to appear has been extended for you to September 30, 2008. If you wish to comment on or object to the Settlement, or file a notice to appear, you must follow the procedures to do so described in the Full Notice by no later than September 30, 2008. The Full Notice is available at www.petfoodsettlement.com, or may be obtained by contacting the Claims Administrator at the contact information below. A copy of your comment, objection

and/or notice must also be sent by first class mail to one of the attorneys for the Settlement Class and one of the attorneys for Defendants, no later than September 30, 2008. A list of the attorneys is provided on the Full Notice.

If you do not want to participate in the Settlement, the Court has extended the time you have to exercise your right not to participate in the Settlement. If you do not wish to participate in the Settlement, you must send a written exclusion request, containing your name, address and telephone number, to the Claims Administrator at the address listed below, postmarked no later than September 30, 2008. If you request to be excluded from the Settlement Class, you cannot make a claim in, or object to, this Settlement.

> Claims Administrator
> Pet Food Settlement
> c/o Heffler, Radetich & Saitta, LLP
> P.O. Box 890
> Philadelphia, PA 19105-0890
>
> Toll Free: 1-800-392-7785

You must mail your request for exclusion postmarked by September 30, 2008. You cannot exclude yourself on the phone, by e-mail or at the settlement website. **IF WE DO NOT HEAR FROM YOU BY SEPTEMBER 30, 2008, THEN YOU WILL CONTINUE TO BE INCLUDED IN THE SETTLEMENT CLASS AND YOUR CLAIM FORM FOR ECONOMIC DAMAGES PREVIOUSLY INCURRED WILL BE CONSIDERED BY THE CLAIMS ADMINISTRATOR.**

If you have any questions, please contact us directly.

Sincerely,

Claims Administrator

cc: [Plaintiffs' liaison counsel
Defendants' liaison counsel]

**[CLAIM ADMINISTRATOR LETTERHEAD]**

Re: *In Re Pet Food Products Liability Litigation*,
<u>MDL Docket No. 1850, Civil Action No. 07-2867 (NLH) (All Cases)</u>

Dear _____:

On May 30, 2008, the United States District Court for the District of New Jersey granted preliminary approval of a proposed class settlement for individuals who purchased, used or obtained, or whose pets used or consumed, pet food and/or pet treats that were recalled between March 16, 2007 and the present because they allegedly contained contaminated wheat gluten or rice protein concentrate. Our records indicate that you did not previously receive direct notice of this Settlement by mail. Accordingly, the deadlines for you to comment on, object to, or exclude yourself from the proposed Settlement provided in the attached Notice have been extended to September 30, 2008.

If you have any questions, please contact us directly.

Sincerely,

Claims Administrator Pet Food Settlement
c/o Heffler, Radetich & Saitta, LLP
P.O. Box 890
Philadelphia, PA 19105-0890
1-800-392-7785
www.petfoodsettlement.com

EAST\42084942.1