UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE PET FOOD PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1850 (All Cases)<br><br>Case No. 07-2867 (NLH)<br><br>Hearing Date: September 15, 2008<br><br>The Honorable Noel L. Hillman |

**CERTIFICATE OF SERVICE**

# PROOF OF SERVICE

I, the undersigned, declare that I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 333 South Grand Avenue, Los Angeles, CA 90071

On September 16, 2008, I served by facsimile and .pdf the following document described as follows:

**DEFENDANT NUTRO PRODUCTS, INC.'S SURREPLY IN OPPOSITION TO INTERESTED PARTY'S MOTION FOR DECLARATORY JUDGMENT OR RELIEF FROM STAY; EXHIBITS TO SURREPLY, INCLUDING DECLARATION OF DAN CALKINS IN SUPPORT OF SURREPLY**

| Counsel | Party | Fax/Tel. Numbers |
|---|---|---|
| Robert Josephs, Esq.<br>Valdettaro & Josephs<br>612 Centre Street,<br>Jamaica Plan, MA 02130 | | Tel.: 617-522-3200<br>Fax: 617-524-0368 |

Those attorneys who are registered with the Electronic Case Filing ("ECF") System may access this filing through the Court's system and notice of this filing was sent to the parties by operation of the Court's ECF system.

Executed on September 16, 2008

_Lindsay R. Pennington_

100510856_1.DOC

1