RECEIVED
SEP 15 2008
NOEL L. HILLMAN
U.S. DISTRICT JUDGE

To:   Honorable Hillman
      Mitchell H. Cohen Building & U.S. Courthouse
      4th & Cooper Streets, Room 1050
      Camden, New Jersey 08101

Re: **Civil Action Number: 07-2867 (NLH), MDL No 1850**

Dear Honorable Hillman,

   I truly hope and pray that you will give consideration to the following when making your decision in the above referenced case.

* As viewed by law these "pets" were and are considered our companions and family members.

* The cheaper and deadly substances and ingredients killed our companions were used in a means of corporate greed and negligence.

* The unbearable thoughts and memories of the sickness and passing of our companions have left us with mental, physical, and emotional damage that will never surpass.

* There have been recalls in previous years that have also taken the lives of our animals. If all of this is not stopped by better regulations, guidelines, etc. Is the human race next to be poisoned?

* The companies did not even give an accurate number of sicknesses and deaths in this cruel act. Consider the people who did not even hear about the recall and wondered what happened to their companions.

* The used photo processing chemicals being used as "vitamin supplements"

* How do you answer the statement in the claim form, "what was the value of your pet," my companion was worth the world to me. And to watch her get sick, suffer, and pass away will always be on my mind. I will never forget that time of my life, it will always haunt me.

* Animals were sick long before the recall, some as far back as June 2006. These animals had been eating the contaminated food. The companies must be able to realize that. The dates are not accurate and do go back further than told.

These companies fully deceived the public with cruel intensions. I ask that you view these crimes with criminal prosecution to the fullest extent by law.

Sincerely,

*Donna Elliott*

Donna Elliott
126 Firestone Road
Fries, VA 24330
276-233-0286
276-744-3195

CC's

Craig A. Hoover
Hogan & Hartson
555 Thirteenth Street
Washington, DC 20004

William M. Audet
AUDET & PARTNERS LLP
221 Main Street, Suite 1460
San Francisco, CA 94105

This was our baby, Abby. She was sick when this picture was taken, she had been in bed in NC for three days, diagnosed with renal failure. She had never been sick before. She had all the symptoms until she ate the Contaminated food. She had an MRI and was even checked for meningitis. We had to give her subcutaneous fluids twice a day. She passed away 1-19-07. I truly believe the recall dates that they before what the companies — our lives will never be the same without her.

Donna Kay Elliott
126 Firestone Rd.
Fries, VA 24330

ROANOKE VA 240
12 SEP 2008 PM 1 T

Honorable Judge Hillman
Mitchell H. Cohen Building & US Courthouse
4th & Cooper Streets, Room 1050
Camden, New Jersey 08101

