To:     Honerable Hillman
        Mitchell H. Cohen Building & U.S. Courthouse                    , CLERK
        4th & Cooper Streets, Room 1050
        Camden, New Jersey, 08101                              2008  JT 5  A II: 58

**Re: Civil Action Number: 07-2867 (NLH), MDL No 1850**                    5

Dear Honerable Hillman and all parties concerned,
        I Pray that you will find merit and give consideration to the following when making
your determination in the above referenced case.

First, the actions of the pet food companies stating the following is nothing short of
blackmail - This was sent to me by my attorney from and regarding the pet food
manufacturers, et all,:
at present the only offer which Defendants have made is to waive their possible
right to seek reimbursement of their legal costs against you in exchange for a
voluntary dismissal with prejudice of your case against them.  If you accept this
offer of a voluntary dismissal, Defendants would waive their claim for costs
against you, you would most likely not need to participate in future discovery or
depositions in this case, and you would not owe our firms any money for the
several million dollars of time and costs we have dedicated to this case.  If you
accept this option please send a REPLY EMAIL IMMEDIATELY with the words
"You have my authority to negotiate a settlement on whatever terms you deem
to be in my best interest including the possibility of a settlement with no
monetary payment to me but which would shield me from any claim for costs
from Defendants by my filing a voluntary dismissal in exchange for a waiver of
costs."

To continue:

* 24 million dollars is not but a small percentage that just 1 of the companies involved in
the manufacturing of pet foods makes in 1 year, by selling products to us, the consumer.
Menu Foods had a 60.3 million dollar profit last year, (documents attached).
- 5 pages of defendants "chipping in" to appease this settlement is absurd. (attached)

* The CEO of Ralston Purina makes 7.5 million dollars per year, (document attached).

* The corporate greed for raising profits that was the reasoning behind using cheaper
ingredients that killed our companions.

*The fact that however viewed by law, these "pets" were companion animals, and viewed
as family members.

* The wording of the food they sell us as healthy, and we, the consumer, trusted them on
this, we now find contains euthanatized cats and dogs, as well as chemicals such as chelant
that are known to cause cancer. These chemicals are hazardous materials, (documentation

Dockets.Justia.com

attached).

* The word "Guaranteed" means nothing at all, except for the package replacement cost.

* The irreparable physical, mental, emotional damage far surpasses the financial damages done. The 'out of pocket expenses' paid were not enough to save the lives of our furry friends. We would have paid anything to keep our companions alive.
    * The damage done to the caregivers of innocents who were left in the dark watching helplessly as our companions suffered and died in a traumatic way. There are no words to describe the suffering we had to helplessly watch our companions go through, when these companies had known for some time that there was a problem with the ingredients.
    * Jobs have been lost, homes lost, families broken, lives shattered because of this horrid ordeal. Post traumatic stress disorders, depression, some suicides; all because of pet food manufacturers greed.

* Fact:  the companies at fault down played the total effect in the numbers being reported of sick and dying animals for a very long time.

* Fact:  some off the companies "chipping in to this fund" still had the tainted food on their store shelves for months after the recall came public knowledge. Most stores not even notifying or alerting their customers as to the potential problem. Some cans of recalled foods were just relabeled.

* More than half of the proposed 24 million will go to attorney's, Not to those of us who spent countless dollars trying to save our fur children. 24 million dollars for 2 countries of persons affected by this, is an insult. Persons who chose no legal representation are penalized the worst.

*Arrests have been made in the mortgage companies scams. This case before you is a greater crime against humanity, falsely advertising nourishment and nutrition for our fur companions hiding the facts that cats and dogs are being fed to cats and dogs.
- Phenobarbital had to be replaced as the euthanasia drug, because so many animals had an immunity to this drug, because of the rendered down animals from the pounds being used as 'meat by products.

*The used photo processing chemicals being used as 'vitamins supplements.' Fumaric acid as one of the "protein ingredients" that is used to coat the dry foods, especially cats food, is mainly used in paints and varnishes. (Document attached).

* There is nothing nutritious in cat and dog food, and these companies are selling pet owners complete synthetic and depleted "whole food" garbage to the unknowing consumer at an enormous amount of money. (Average can of cat food is approx. $1.19 per can)

*As for the statement on the claim form "what was the value of your pet", how can a price be placed on a friend, a companion, and family member? How can $900.00 be expected to

erase the horrid memories of the pain and suffering we watched as our companions suffered so, as we were force feeding the same poison that made them sick, not knowing its contents, and that it was poison? How can $900.00 erase the indescribable horrible memory of the look of the will to live on your companions face when they had to be put to sleep because their little bodies could not endure any longer? That is a memory I personally will never, ever forget, and will suffer over for the rest of my life.


All of the above was willful intent to deceive and defraud the consumer, and now; blackmail.

I, on behalf of myself, and all affected parties, ask the Court, and Hon. Hillman, to view these actions as nothing less than crimes warranting criminal prosecution to the fullest extent of the law. Also, I/we ask, that not just future testing on pet foods be done, but the truth in advertising be upheld.

Please review the profits for the 5 plus pages of defendants, then make your decision of what settlement amount would be "fair".

Sincerely,

Deborah Hock

Deborah Hock
250 San Mateo Road, Unit 13
Half moon Bay, CA 94019
(650) 712-1394

Cc's:
Craig A. Hoover
Hogan & Hartson
555 Thirteenth Street
Washington, DC 20004

William M Audet
Audet & Partners LLP
221 Main Street, Suite 1460
San Francisco, CA 94105


Not a day goes by that I don't cry. BooKitty was my everything, my best friend, my companion. Having to place a "value" on him, is almost beyond bearable.

The wording in the Proposed Settlement "replacement value" + "cost" is beyond cruel, callosed + insensitive These companies advertise "caring about your pet". D/Hock

According to back thing of FTC - FTC section b (id) still is applicable

Dear Hon. Hillman, et al —

A week after my best friend had to be prematurly put to sleep because his body gave out after several crashes from the initial 3 month 24/7 poisoning violent illness.

I wrote his Memorial. (attached) When I was finished, I went to my computer to find a picture of him to attach — There, set aside from all the rest was one I had never seen before —

So I ask you — What is the "replacement value" of love so great that it would send you a picture from beyond the grave?

Deborah Hock
250 San Mateo Rd. #13
Half Moon Bay, CA 94019
(650) 712-1394

# The Beauty in Boo's Passing

Most people would have thought he was ordinary. "just like all the rest". He had likes and dislikes, good times and bad, full of emotions, just like we all do.

During his golden years he slowed down a bit, with arthritis setting in. Then, his body started betraying him with one ailment after another.

Even towards the end of his life here, his eyes were so full of love, and the will to live. Only once did I ever see fear in his eyes, but that was only for a moment.

When his body completely betrayed him, he was forced to go.

When I could see that the end was near, I gave him my Blessings, and asked God to personally see that his Spirit made it to Heaven. "Directly to Your Hands, Lord"

Music soothed him, so I would play his favorites for him. On the day he had to go, the music of an album entitle "Angels" was playing. The music ended at the exact same time he died.

Being his caregiver for so many years, his passing away devastated me. The heaviness and sadness was completely overwhelming to me.

The day after, through tears, I asked God to let me know that he had arrived safely. "God," I begged, "I need to know he is with you and okay."

I continued pleading with God, "I didn't care for him for so long to not want to know that he is safe." "Forgive me Father if this seems a lack in my faith, but I need a delivery confirmation. I did put him in Your Hands, " I sobbed. "I need to see something visual, something I know is not just my mind playing tricks." As I had been hearing mental messages from my friend of things said long ago.

"A blue jay, or a wood pecker, something out of season," I asked God through tears would not stop.

Calmness came over me that I cannot describe, a complete peace. But, still I cried.

A short while later, as I sat at the kitchen table, something caught my attention outside the door. There sat in full glory, a red breasted Robin. For some time, that Robin just stayed there, looking directly at me.

The Robin flew off and was immediately replaced by a smaller bird with a deep red head and wings, and a dark chest, one I had never seen the likes of before. That little bird perched itself on the branch below the one the Robin had occupied, and stood right on the head of a ceramic whimsical frog that is on the branch.

That little bird just stood on this silly frogs head, and as the Robin did, stared directly at me for the same length of time, and then flew off.

(I have not seen these birds prior, or since that time, and it was defiantly not the season for any migratory birds).

I knew that this was the answer to my request from God, "The protector of birds" I used to call my friend.

6 days later, his body was buried, and as I stood at the kitchen sink later that night, I mentally heard him say, "I have to go now". And I could feel the essence of his presence that had been with me, leave. He had graduated into somewhere else in Heaven.

"But don't worry, I'll be back", were the last words I mentally heard from him.

The next night, I went to a box where I keep cards, to send one to a friend with the message of Boo's passing, and one card I didn't remember being in there fell into my hands. A card that said "Bringing You Blessings" with a red breasted Robin.

No tears have been shed since then, and I know that he is okay. I know, with all of being, that he is in Gods Hands, and I know that there is a Heaven. I know Prayers are heard, and I know that Jesus is real, and He cares, even for the 'just the ordinary'.

When it is your time to go, go with Peace, and Faith, knowing God IS real.



*all is true in this - except for the tears ( : Hock*

I swear under penalty of perjury that A- I did not, nor know of any human that took this picture. B- no-one but myself has access to my computer or digital camera. C That this photo was not created by me, altered, edited or in any way shape or form manipulated by me - or any living person.

Deborah Hoek
Sept 10, 2008

RE: CIVIL ACTION NO. # 07-2867 (NHH) No. 1850

from Mgr. H.M.B. Safeway

Iams   Bites beef in gravy · 00190140053
                                  ~~001901400~~

        chicken in gravy  1901400532
        Variety pack          1901400539
        Ocean fish            1901429616

        Chicken entree  1901429686
        Chicken sliced    1901401311
        fish flakes        1901401321

HMB Safeway
Recalled IAMs
Sold ← Dec — (present-
(manager) he pulled 5 off
Shelf while I was there

The proposed settlement is up for review in the Federal Court, stemming from the tragedy of the poisoned pet foods in early 2007.

As the proposal stands now, all company's involved, (listed on the next 7 pages), have "chipped in" 24 million dollars to settle with those whose pets were killed by the tainted pet foods. Some of these animals died a very slow, prolonged torturous death. Some died quickly.

This amount is to also cover the costs of 9 law firms in the U.S. only. Canada is also included in this, and was also affected by the poisoned pet food. It is unclear how many law firms are involved there. It is also unclear to exactly how many persons this fund is to cover. All we know is that 2 countries were affected; several thousands of animal family members were lost - prematurely.

This petition, in a nut shell, is asking the Judge to reconsider the amount(s) that these companies should pay in damages, also for consideration of criminal prosecution, also to review the standard of ingredients and chemicals used **and** that advertising by the pet food manufacturers be considered harmful, misleading and lies intended to mislead the public solely for monetary gain for the companies.

If changes aren't made here, and an example made, it will be our kids next. The same companies that manufacture pet foods, also manufacture foods and items that are used in every household, every day. Many are treats for kids.

This was used as an "in a nutshell" to gather some signatures on the petition "Objection to Proposed Settlement". The 7 pages of defendants was provided to view.

Deborah Wilson

 **care2** petitionsite

BOOKMARK



Objection regarding PetFood Settlement

**Target:** Honorable Judge Hillman
**Sponsored by:** Deborah Buck & all parents of Fur Children

signature
goal: 10,000

**83**
signatures!

petition overview | letter

petition  — 224 signatures

To:    Honorable Hillman
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, New Jersey, 08101

Re: Civil Action Number: 07-2867 (NLH), MDL No 1850

Dear Honorable Hillman and all parties concerned,

We, the undersigned, ask that you review, and find merit for consideration to the following when making your final determination in the above referenced case.

First, the actions of the pet food companies stating the following is nothing short of blackmail - This was sent to me by my attorney from and regarding the pet food manufacturers, et all,:

at present the only offer which Defendants have made is to waive their possible right to seek reimbursement of their legal costs against you in exchange for a voluntary dismissal with prejudice of your case against them. If you accept this offer of a voluntary dismissal, Defendants would waive their claim for costs against you, you would most likely not need to participate in future discovery or depositions in this case, and you would not owe our firms any money for the several million dollars of time and costs we have dedicated to this case. If you accept this option please send a REPLY EMAIL IMMEDIATELY with the words "You have my authority to negotiate a settlement on whatever terms you deem to be in my best interest including the possibility of a settlement with no monetary payment to me but which would shield me from any claim for costs from Defendants by my filing a voluntary dismissal in exchange for a waiver of costs."

To continue:

* 24 million dollars is not but a small percentage that just 1 of the companies involved in the manufacturing of pet foods makes in 1 year, by selling products to us, the consumer.
Menu Foods had a 60.3 million dollar profit last year, (documents attached).
- 5 pages of defendants "chipping in" to appease this settlement is absurd. (attached)

* The CEO of Ralston Purina makes 7.5 million dollars per year, (document attached).

* The corporate greed for raising profits that was the reasoning behind using cheaper ingredients that killed our companions.

*The fact that however viewed by law, these "pets" were companion animals, and viewed as family members.

* The wording of the food they sell us as healthy, and we, the consumer, trusted them on this, we now find contains euthanatized cats and dogs, as well as chemicals such as chelant that are known to cause cancer. These chemicals are hazardous materials, (documentation attached).

* The word "Guaranteed" means nothing at all, except for the package replacement cost.

* The irreparable physical, mental, emotional damage far surpasses the financial damages done. The 'out of pocket expenses' paid were not enough to save the lives of our furry friends. We would have paid anything to keep our companions alive.

* The damage done to the caregivers of innocents who were left in the dark watching helplessly as our companions suffered and died in a traumatic way. There are no words to describe the suffering we had to helplessly watch our companions go through, when these companies had known for some time that there was a problem with the ingredients.

* Jobs have been lost, homes lost, families broken, lives shattered because of this horrid ordeal. Post traumatic stress disorders, depression, some suicides, all because of pet food manufacturers greed.

* Fact: the companies at fault down played the total effect in the numbers being reported of sick and dying animals for a very long time.

* Fact: some off the companies "chipping in to this fund" still had the tainted food on their store shelves for months after the recall came public knowledge. Most stores not even notifying or alerting their customers as to the potential problem. Some cans of recalled foods were just relabeled.

* More than half of the proposed 24 million will go to attorney's, Not to those of us who spent countless dollars trying to save our fur children. 24 million dollars for 2 countries of persons affected by this, is an insult. Persons who chose no legal representation are penalized the worst.

*Arrests have been made in the mortgage companies scams. This case before you is a greater crime against humanity, falsely advertising nourishment and nutrition for our fur companions hiding the facts that cats and dogs are being fed to cats and dogs.

- Phenobarbital had to be replaced as the euthanasia drug, because so many animals had an immunity to this drug, because of the rendered down animals from the pounds being used as 'meat by products.

*The used photo processing chemicals being used as 'vitamins supplements.' Fumaric acid is one of the "protein ingredients" that is used to coat the dry foods, especially cats food, is mainly used in paints and varnishes. (Document attached).

* There is nothing nutritious in cat and dog food, and these companies are selling pet owners complete synthetic



Name   Deborah Hock

email rbmhock@yahoo.com

Street Address 250 San mateo Road, Spc. 13

City Half Moon Bay

Zip/Postal Code 94019

Country United States

Increase your signature's impact by persona
For more impact, add a personal comment

☑ I agree to Care2's terms o
    address is used to confirm

## We signed the "Objection regarding PetFood Settlement" petition!

**# 50:**  Sep 1, 2008, **Anonymous, Maine** ⊘ Delete

**# 49:**  Aug 30, 2008, **Can Atik, Turkey** ⊘ Delete

**# 48:**  Aug 27, 2008, **Debra Bowen, California** ⊘ Delete
The judgment for $24 million for these companies to pay is pocket change. $24 million per company might be something to think about. These animals in many cases were peoples children. Imagine if it were your dog or cat!!!!

**# 47:**  Aug 25, 2008, **Paul Schattler, Michigan** ⊘ Delete
CHINA SUCKS!!!!!

**# 46:**  Aug 25, 2008, **Paul Schattler, Michigan** ⊘ Delete
CHINA SUCKS!!!!!

**# 45:**  Aug 25, 2008, **Deborah Hixson, Germany** ⊘ Delete

**# 44:**  Aug 24, 2008, **Pam Boland, Georgia** ⊘ Delete

**# 43:**  Aug 24, 2008, **Susan Branscome, Virginia** ⊘ Delete

**# 42:**  Aug 24, 2008, **Mark Bowser, Indiana** ⊘ Delete

**# 41:**  Aug 24, 2008, **Susan Polanski, Michigan** ⊘ Delete

**# 40:**  Aug 24, 2008, **Patricia Cunningham, Arizona** ⊘ Delete

**# 39:**  Aug 24, 2008, **Sandra Heffner, Florida** ⊘ Delete

**# 38:**  Aug 24, 2008, **Anonymous, Nevada** ⊘ Delete

**# 37:**  Aug 23, 2008, **Anonymous, New Jersey** ⊘ Delete
Please remember, pets are pets and part of the family. What happened here was gross negligence and compensation over and above the levels proposed is needed. Thank you for reading my brief comments

**# 36:**  Aug 23, 2008, **Anonymous, New Jersey** ⊘ Delete
Better controls are needed for our Fur Children

**# 35:**  Aug 23, 2008, **Weslee Dynes, Arizona** ⊘ Delete
The horrific end to my life long work of my first expensive multi champion, Drago and the terrible tradegy it inflicted upon our family including his death at my 8 year old's feet cannot be in vain. Nothing can bring our "son" back or compensate for this murder and our suffering, but those responsible in any way or connected to it in any way must be punished to the full extent of the law, this must become a presicdent setting case so that nothing like this can ever happen again anywhere to anyone. I'm terrified to even try to recommend anything to my clients as I don't feel I can trust any company anywhere. Pet food, kid's toys, tomatoes, etc. all found unsafe recently. Make it so costly that they have be very careful!

**# 34:**  Aug 21, 2008, **Alison Hiestand, Connecticut** ⊘ Delete
=

**# 33:**  Aug 21, 2008, **Nancy Billings, Maryland** ⊘ Delete
When we lose a pet it is like losing a loved one such as a child to alot of us   the pain is just as deep - These big corp. are just money hungry and dont seem to care about anything but money   I will not buy anything from menu foods anymore - I get my pet food from Flint River Ranch & Castor & Pollux who are a corp . all of their own and care   This settlement is just to low

**# 32:**  Aug 21, 2008, **Nanci Temple, California** ⊘ Delete

**# 31:**  Aug 21, 2008, **Margo Reprager, North Carolina** ⊘ Delete
How can anyone beleive the big corporations anymore? They lie to us and destroy our pets  Serious guidelines are needed to keep these companies in line!

**# 30:**

Aug 21, 2008, **Susan D., Michigan** ⊗ Delete
The guardians of the affected pets suffered along with them. We should not have to worry about pet food on the store shelves. This should have never happened and the pet food suppliers need to earn our trust again

**# 29:**    Aug 21, 2008, **Rita Bolinger, Colorado** ⊗ Delete
I am tired of being deceived and manipulated by the large corporations. Our pets are not able to defend themselves and we as consumers must rely on these companies to be honest and humane. That has not happened here. It is revolting how money overrides any care or consideration for living beings, be they human or animal. This must stop. Our next step must be to unite and boycott these lying assinine companies by making our own food and refuse to spend another cent on their poisonous concoctions that they claim to be nutritious and healthy. Please overrule on this ridiculous amount of money that has been "rationed out" by these companies. Our animals suffered horribly and were hospitalized, died or were in need of surgeries etc. in order to survive. They needed medications, prescription food and someone to stay to care for them. Work hours were lost by many. Please consider our cause. We love our wonderful pets, they are part of the family

**# 28:**    Aug 21, 2008, **Jo-Ann Murphy, Tennessee** ⊗ Delete
Since Menu Foods just increased their profits the settlement proposal sounds ridiculously low in relation to all of the pets who were murdered by these companies. Not only should all monetary expenses and losses be covered, but there should be restitution for pain and suffering. These companies cannot be let go with just a slap on the wrist.

**# 27:**    Aug 21, 2008, **Robin Gonzales, California** ⊗ Delete

**# 26:**    Aug 21, 2008 **LAURA CALIFRI, New Jersey** ⊗ Delete

**# 25:**    Aug 21, 2008, **Kristi McKinnon, Texas** ⊗ Delete
The loss of a pet has the same impact as the loss of a loved one. It is the same as murder in my book!!

**# 24:**    Aug 21, 2008, **Ginger Geronimo, Alabama** ⊗ Delete
This needs to be taken ALOT more seriously than it is. Animals are living beings. They have rights & they have feelings. Many of them suffered & lost their lives due to the tainted pet food. Please take this seriously.

**# 23:**    Aug 21, 2008, **Sammie Fisher, California** ⊗ Delete
To think that you can lose a pet due to negligence from the very people that are suppose to provide healthy food for our pets is horrific. Please do something to save any pet, and their caretakers, from ever having to go through this pain again

**# 22:**    Aug 21, 2008, **ALPHA WI, Germany** ⊗ Delete

**# 21:**    Aug 21, 2008, **Steven Meyer, New York** ⊗ Delete
pets are such an important part of our lives, and when one is taken froma family due to severe negligence. the consiquense should be great

**# 20:**    Aug 21, 2008, **B.D. M. DEGIACOMO, New York** ⊗ Delete

**# 19:**    Aug 20, 2008, **Ken Westley, California** ⊗ Delete

**# 18:**    Aug 20, 2008, **JAYLA DAWN WOODRUM, Kentucky** ⊗ Delete

**# 17:**    Aug 20, 2008, **Cheryl "Kitty" Pincott, California** ⊗ Delete
loss of life affects all who knew the animal that died....they deserve help for it..

**# 16:**    Aug 20, 2008, **Derick F., Canada** ⊗ Delete

**# 15:**    Aug 20, 2008, **Anonymous, Pennsylvania** ⊗ Delete

**# 14:**    Aug 20, 2008, **Lisa McNamara, Virginia** ⊗ Delete
Pet food companies need to have strict guidelines. Our pets depend on us for their health and safety. Please help us keep our "furry" family members healthy.

**# 13:**    Aug 20, 2008, **Nicole Westley, Arizona** ⊗ Delete
Honorable Judge Hillman,please dont let these companies get away with killing our companions. They make 24 million in one day and have already raised petfood costs. My sammy was a member of my family for 9 years before my children and I were forced to see him die due to the poison food. Please,we beg you,our fur babies are priceless. Thank you

**# 12:**    Aug 20, 2008, **Becky Visco, Texas** ⊗ Delete

**# 11:**    Aug 20, 2008, **JOYCE LAURICELLA, New Jersey** ⊗ Delete

**# 10:**  Aug 20, 2008 **John May, New Jersey** ⊗ Delete

**# 9:**  Aug 20, 2008 **Jeanette Krazel, Illinois** ⊗ Delete

**# 8:**  Aug 20, 2008 **Doreen Zelasko, New Jersey** ⊗ Delete

**# 7:**  Aug 20, 2008 **Noelia Mitchell, Illinois** ⊗ Delete

**# 6:**  Aug 20, 2008, **ELAINE ROBINSON, United Kingdom** ⊗ Delete
They sell this stuff knowing it's poisoned they just want £ they don't care about animals they just want to fill their bank accounts (Something should be done here)

**# 5:**  Aug 19, 2008, **Anonymous, Minnesota** ⊗ Delete
We know that pet food was contaminated way before the recall. I have had two dogs and one cat die. I paid thousands of dollars to keep each pet alive. After all, they are part of our family. I could not afford it, but luckily the vet let me postdate checks. To watch a family member and be so miserable is horrible. One dog was O.K. one day, got sick, and died two days later. It bothered me that I did not know what happened to her. Now, I know. She was poisoned! I did not realize until I read the letter that cats and dogs are fed to cats and dogs. I was not aware of most of the things. Just the China part. How horrible!! This is a crime against animals. It is still going on. It has got to stop. The way this settlement is going, a person will only get about $7.00 per animal. There will be more and more people making a claim, once they hear about it. Not enough settlement money is put away for the class action suit. I pray you will take into consideration that our family members are worth more then what will be given. The companies have go to change the way they make pet food. They have got to start making it good for the animals. It needs to be tested. The pet food industry needs regulations. I love my animals very much. I have two dogs - Alize and Cinnamon, and one cat---Shadow in urns with their name on it. I had them cremated and put into urns. Their boxes are in the dining room in a glass case with pictures of them also. I have another dog Halo in an urn, and a cat Cuddles. These two are not a part of the the pet food recall, but they both got cancer. Strange. I miss all my pets alot. I cry and weep, especially for the poisoned ones. What horror was going on in their bodies that they could not tell us about? Headaches, stomach aches, eye problems, ear problems, body and leg pain. Not being able to tell me what was wrong with them. The pet food industry knew what was going on and did nothing. How would they have liked to be one of the pets?

**# 4:**  Aug 19, 2008, **Steve Dale, Australia** ⊗ Delete
DO RIGHT BY THE ANIMALS THAT LOST THERE LIVES IN THIS TRAGEDY.DONT SUPPORT THE COMPANY FOR WHAT THEY HAVE DONE,SUPPORT THE PEOPLE WHO LOST FAMILY MEMBERS.

**# 3:**  Aug 19, 2008, **Angie Airdo, Illinois** ⊗ Delete
While I almost lost my cat in December 2007 to chronic renal failure and kidney stones I don't think it was from the cat food, but still I wonder since I also have her brother from the same litter and he ate different food then she did and he's perfectly well. I've had them since the day the were born and they will be 15 next month. I can't imagine my life without them and know how devasted so many pet owners were and are over the deaths of their family members. Just recently a friend of mine lost her cat to this horrible death from cat food poisoning and my heart goes out to her. I think that the penalty should have been harsher otherwise who's gonna stop the next company from doing the same thing in order to cut costs.

**# 2:**  Aug 19, 2008, **Anonymous, New York** ⊗ Delete

**# 1:**  Aug 19, 2008, **Donna Elliott, Virginia** ⊗ Delete
My 10 year old boxer, Abby, passed away 1-19-07. She suddenly became ill 8-06, she had been eating Alpo and Ol' Roy canned dog food and some dry Ol' Roy. She had NEVER had any health issues before, except for an infected eye one time. When she got sick, she was in ICU for three days and had to have her blood levels check two times a week and then turning into one time a week. I had to give her fluids twice a day. She passed January 19, 2007 after a long battle with renal failure. Our family, including her son, will never again be the same without her. The five months of her sickness where very hard emotionally and financially on our family, but we did everything we could to save her. Abby, along with so many other pets were taken from us in the worst way ever--by poisoning. Our government and FDA need to step up and put laws to protect our pets into play. We need to be compensated for our losses even though money would NEVER bring our loved one's back. Set regulations that hold these companies and individuals accountable for their actions and punish them to the fullest for their negligence and stupidity that have taken our babies away from us. Even though the recall didn't get called until March 2007, I know that the contaminated food caused my Abby to get sick, suffer, and then pass away.

View Signatures:  |<  <  83 50  >  >|

COPYRIGHT © 2008 CARE2.COM, INC. AND ITS LICENSORS. ALL RIGHTS RESERVED.

**# 64:** Sep 4, 2008, **Suzana Williams, California** ⊘ Delete

#60 said exactly what I was thinking. There should be more regulations and less imports that can't be regulated.

**# 63:** Sep 4, 2008, **Angelique Goetsch, North Dakota** ⊘ Delete

**# 62:** Sep 4, 2008, **Terri Taylor, Colorado** ⊘ Delete

I watched my best friend suffer and pass away at a young age unnecessarily because of the lack of enforcement to keep their food safe. What kind of guarantees do we have that this will never happen again? Or that it will affect people too the next time? Please make and enforce tougher regulations so that we don't lose any more pets, pets that we call our children. There simply can't be a next time. They depend on us. please don't let them down again.

**# 61:** Sep 4, 2008, **Melissa Chavez, Washington** ⊘ Delete

Every day there is another recall on something.....THIS HAS TO STOP! I lost two working service dogs. The courts called them "property" I considered them my family and my lifeline to the outside world. Greed ended that! There needs to be punishment for this, not just a monetary amount that they can re-coup in a few days. I lost more than my two girls, I lost my life, and the ability to go anywhere. I would never consider feeding an animal a manufactured product again, and I am about to stop buying food in grocery stores as well. I feel our food isn't safe anymore either.

**# 60:** Sep 4, 2008, **Diana Gregory, California** ⊘ Delete

While there is no amount of money that will bring back the animals killed in the name of cheap ingredients, there has to be some settlement that is large enough to make it clear that our animals are important to us, and the same care that goes into human food production must be taken for companion animals.

**# 59:** Sep 4, 2008, **Amanda Paige Garcia, California** ⊘ Delete

**# 58:** Sep 4, 2008, **Jennifer Oldham, Indiana** ⊘ Delete

How do we judge a society? By how it treats the least powerful - the children, the elderly, and especially the animals (pets and all life). This is beyond uncivilized, this is barbarous. Until we address these (and other) issues by outlawing such behavior, more will die.

**# 57:** Sep 4, 2008, **Julianne Huettinger, California** ⊘ Delete

Please reconsider as these loving pets are the same as our children to us. Our wonderful trusting companions. Irreplaceable..These companies need to get the message loud and clear to be more responsible. Sincerely, Julianne Huettinger

**# 56:** Sep 4, 2008, **Heather Cranson, California** ⊘ Delete

**# 55:** Sep 4, 2008, **Charles Wise, Virginia** ⊘ Delete

All of my pets, 6 cats are considered as important as is my family. Why would the courts not recognize this and yet still convict persons for animal cruelty/neglect. Is this a double standard?

**# 54:** Sep 4, 2008, **Lisa Camargo, Ohio** ⊘ Delete

As many pet parents can probably relate too, we were all affected by the pet food recall in some form and some more than others with the loss of their pets. This hit really close to home because my cat who had CRF was affected by this recall detenated quicker. She lived with CRF for years then decline once I fed her contaminated food. Thank God it did not cause damage to my other cat & dog but it hit home. I find myself check store shelves to see if their is expired food on the shelves and its sad that your local FDA and Health Department do not see this as a major issue since its not human food consumption. I do not believe this settlement is enough major changes need to be taken and move towards this never happending again. This is pocket change to them they can afford more than what they are willing to settle for. You can't replace what we lost but we can make a difference if we speak up.

**# 53:** Sep 4, 2008, **Lynda Miller, Kentucky** ⊘ Delete

Please reconsider the paltry amount(s) that these companies should pay in damages, and realize that there should be criminal prosecution. But the MOST important thing is to force a review of the standard of ingredients and chemicals used, as well as to stop advertising by the pet food manufacturers that is so misleading, with flat-out lies intended to mislead the public solely for monetary gain for the companies.

**# 52:** Sep 4, 2008, **Kristina Dillingham, California** ⊘ Delete

**# 51:** Sep 4, 2008, **Phyllis I. Fischer, Ohio** ⊘ Delete

so, once again the lawyers win? there should be funds directed to pay vet bills, and cover funeral expenses- yes, it isn't free to cremate a beloved pet- please consider the loss of life now, as the life it is- just because it is a fur kid, does not make the loss less- in fact, for many, they lost their only friend- sad fact, but true-

View Signatures:  |<  <  **83 50**  >  >|

## We signed the "Objection regarding PetFood Settlement" petition!

**# 83:**  Sep 9, 2008, **Roxie Schliesman, Wisconsin** ⊘ Delete

**# 82:**  Sep 9, 2008, **Debra Chism, California** ⊘ Delete
The pain of the loss of my family pet (big kitty) is something myself and my husband still cry about when we drive past where we were living at the time of his death. He had been a part of our family for over 10 years.

**# 81:**  Sep 9, 2008, **Tammy Brancato, Connecticut** ⊘ Delete

**# 80:**  Sep 7, 2008, **Chris Bukmer, California** ⊘ Delete

**# 79:**  Sep 6, 2008, **Ray Armstrong, California** ⊘ Delete

**# 78:**  Sep 6, 2008, **Jan Granato, Florida** ⊘ Delete

**# 77:**  Sep 6, 2008, **Alicia Taylor Barrett, Colorado** ⊘ Delete
We lost 1 of our special cats to this. There seems to not be close observation when it comes to pet food. Our pets food is just as important as our food or our childrens food. We've had problems with the Chinese as far as our pets food, our childrens toys, our toothpaste, etc. It WAS NOT an accident, therefor everything that we MUST get from them should be inspected 20 times better than it is. To some of us, our pets are our children. I have cats and children and I can tell you that I love my children just as much as I love my cats. I've watched them both grow, feed them, nurtured them and loved them since my kids and my pets were born. And now I have to watch what I give BOTH of them to eat and play with!! And thats just rediculous.

**# 76:**  Sep 5, 2008, **Carol Wexler, California** ⊘ Delete
Big business should be made to take responsibility for their actions. They made a mistake and they should pay for it. Further they should be fined and/or imprisoned for misleading statements and down right dishonesty in their advertising and on their packaging. What happened to self respect and ethics? It is obvious that greed is more important to them. They need to understand that it is cheaper in the long run to do the right thing. Make these companies pay the people that suffered the most the amounts they deserve for their sick animals or animals that passed away. That is the very least they can do. Unfortunately, it could never be enough. Most of these people would much rather have their healthy pets back.

**# 75:**  Sep 5, 2008, **Janet Murphy, California** ⊘ Delete

**# 74:**  Sep 5, 2008, **Cynthni LaFever, California** ⊘ Delete

**# 73:**  Sep 5, 2008, **Ray Kuhn, California** ⊘ Delete
These companies need to pay so it sinks in that they have caused so much harm, and next time, it could be humans who are struck dead.

**# 72:**  Sep 5, 2008, **Bobby Elliott, Virginia** ⊘ Delete
PROTECT OUR PETS AND CHANGE THE LAWS TO HOLD THESE COMPANIES AND INDIVIDUALS ACCOUNTABLE FOR WHAT THEY HAVE DONE TO OUR COMPANIONS. WE LOST OUR BABY ABBY TO THIS INSANITY. PLEASE HELP OUR PETS

**# 71:**  Sep 5, 2008, **Wanda Henson, California** ⊘ Delete
Help keep our pets safe!

**# 70:**  Sep 5, 2008, **Anonymous, Colorado** ⊘ Delete

**# 69:**  Sep 5, 2008, **Shirley Bates, California** ⊘ Delete

**# 68:**  Sep 5, 2008, **Patricia Dyson, California** ⊘ Delete
This case doesn't even get close to the issue of the number of pets that became very sick, but didn't die -- but now have damaged gastrointestinal systems.

**# 67:**  Sep 5, 2008, **Rodger Lee, California** ⊘ Delete

**# 66:**  Sep 5, 2008, **Denise Marie Parrott, California** ⊘ Delete

**# 65:**  Sep 4, 2008, **Ross Hughes, California** ⊘ Delete
I think companies should be held accountable for what corners are cut in quality and the marketing of a safe, nutritional food source for animals. I had a cat (my friend) that died not long ago and it may have been caused by food I purchased thinking it was good as well as safe for him to eat. To think I might have unintentionally caused anything to happen to him by the food I bought makes me feel even worse... my cat was a huge part of my family!!

# Objection regarding PetFood Settlement

Target:
Honorable Judge Hillman
Sponsored by:
Deborah Hock & all parents of Fur Children
A request for the Hon. Hillman to review and make changes to the current settlement proposal
regarding the poisoned pet food that took so many lives.
To:      Honorable Hillman
   Mitchell H. Cohen Building & U.S. Courthouse
   4th & Cooper Streets, Room 1050
   Camden, New Jersey, 08101


Re: Civil Action Number: 07-2867 (NLH), MDL  No 1850

Dear Honerable Hillman and all parties concerned,
   We, the undersigned, ask that you review, and find merit for consideration to the following when
making your final determination in the above referenced case.

First, the actions of the pet food companies stating the following is nothing short of blackmail - This
was sent to me by my attorney from and regarding the pet food manufacturers, et all,:
at present the only offer which Defendants have made is to waive their possible right to seek
reimbursement of their legal costs against you in exchange for a voluntary dismissal with prejudice
of your case against them. If you accept this offer of a voluntary dismissal, Defendants would
waive their claim for costs against you, you would most likely not need to participate in future
discovery or depositions in this case, and you would not owe our firms any money for the several
million dollars of time and costs we have dedicated to this case. If you accept this option please
send a REPLY EMAIL IMMEDIATELY with the words "You have my authority to negotiate a settlement
on whatever terms you deem to be in my best interest including the possibility of a settlement with
no monetary payment to me but which would shield me from any claim for costs from Defendants
by my filing a voluntary dismissal in exchange for a waiver of costs."

To continue:

* 24 million dollars is not but a small percentage that just 1 of the companies involved in the
manufacturing of pet foods makes in 1 year, by selling products to us, the consumer.
Menu Foods had a 60.3 million dollar profit last year, (documents attached).
- 5 pages of defendants "chipping in" to appease this settlement is absurd. (attached)

* The CEO of Ralston Purina makes 7.5 million dollars per year, (document attached).

* The corporate greed for raising profits that was the reasoning behind using cheaper ingredients
that killed our companions.

*The fact that however viewed by law, these "pets" were companion animals, and viewed as family
members.

* The wording of the food they sell us as healthy, and we, the consumer, trusted them on this,  we
now find contains euthanatized cats and dogs, as well as chemicals such as chelant that are known
to cause cancer. These chemicals are hazardous materials, (documentation attached).

* The word "Guaranteed" means nothing at all, except for the package replacement cost.

* The irreparable physical, mental, emotional damage far surpasses the financial damages done.
The 'out of pocket expenses' paid were not enough to save the lives of our furry friends. We would
have paid anything to keep our companions alive.
   * The damage done to the caregivers of innocents who were left in the dark watching helplessly
as our companions suffered and died in a traumatic way. There are no words to describe the
suffering we had to helplessly watch our companions go through, when these companies had known
for some time that there was a problem with the ingredients.
   * Jobs have been lost, homes lost, families broken, lives shattered because of this horrid ordeal.
Post traumatic stress disorders, depression, some suicides; all because of pet food manufacturers
greed.

* Fact: the companies at fault down played the total effect in the numbers being reported of sick and dying animals for a very long time.

* Fact: some off the companies "chipping in to this fund" still had the tainted food on their store shelves for months after the recall came public knowledge. Most stores not even notifying or alerting their customers as to the potential problem. Some cans of recalled foods were just relabeled.

* More than half of the proposed 24 million will go to attorney's, Not to those of us who spent countless dollars trying to save our fur children. 24 million dollars for 2 countries of persons affected by this, is an insult. Persons who chose no legal representation are penalized the worst.

*Arrests have been made in the mortgage companies scams. This case before you is a greater crime against humanity, falsely advertising nourishment and nutrition for our fur companions hiding the facts that cats and dogs are being fed to cats and dogs.
- Phenobarbital had to be replaced as the euthanasia drug, because so many animals had an immunity to this drug, because of the rendered down animals from the pounds being used as 'meat by products.

*The used photo processing chemicals being used as 'vitamins supplements.' Fumaric acid as one of the "protein ingredients" that is used to coat the dry foods, especially cats food, is mainly used in paints and varnishes. (Document attached).

* There is nothing nutritious in cat and dog food, and these companies are selling pet owners complete synthetic and depleted "whole food" garbage to the unknowing consumer at an enormous amount of money. (Average can of cat food is approx. $1.19 per can)

*As for the statement on the claim form "what was the value of your pet", how can a price be placed on a friend, a companion, and family member? How can $900.00 be expected to erase the horrid memories of the pain and suffering we watched as our companions suffered so, as we were force feeding the same poison that made them sick, not knowing its contents, and that it was poison? How can $900.00 erase the indescribable horrible memory of the look of the will to live on your companions face when they had to be put to sleep because their little bodies could not endure any longer? That is a memory I personally will never, ever forget, and will suffer over for the rest of my life.

All of the above was willful intent to deceive and defraud the consumer, and now; blackmail.
I, on behalf of myself, and all affected parties, ask the Court, and Hon. Hillman, to view these actions as nothing less than crimes warranting criminal prosecution to the fullest extent of the law. Also, I/we ask, that not just future testing on pet foods be done, but pet food advertising be reviewed, and accountability for truth in advertising be upheld.

Please review the profits for the 5 plus pages of defendants, then make your decision of what settlement amount would be "fair" - 24 million for 2 countries worth of poisoned companions is not far.

Thank you for your time and consideration in this heartfelt matter.

Sincerely,


Deborah Hock
Half Moon Bay, CA

Cc:
Craig A. Hoover
Hogan & Hartson
555 Thirteenth Street
Washington, DC 20004

**We the undersigned agree that Federal Judge, Hon. Hill man needs to review, and make changes to the proposed Pet Food settlement agreement, and initiate changes.**

Name: Mario Venegas Frias

Signature: Mario VF

City: 440 Av. Kelly          State: Half Moonbay c.a 94019

Comments:

Name: Dolores J. Long          Dolores J. Long

Signature: Do Jr. Long

City: Half moon Bay          State: California

Comments:

Name: Denise Kundle

Signature: DKundle

City: Half Moon Bay          State: CA

Comments:

Name: Carty Schwonxe

Signature: Carter Schwonxe

City: Half Moon Bay          State: CA

Comments:

Name: Genie Bledsoe

Signature: Geni Bledan

City: Half Moon Bay          State: CA

Comments:

**We the undersigned agree that Federal Judge, Hon. Hillman needs to review, and make changes to the proposed Pet Food settlement agreement, and initiate changes that will hold pet food manufactures accountable.**

Name: Mo Robinson
Signature: M Robin
City: Half Moon Bay    State: CALIFORNIA
Comments:

Name: Kathy Ivatts
Signature: K Ivatts
City: Half Moon Bay    State: CA
Comments:

Name: WILLIAM DYSON
Signature: William Dyson
City: HALF MOON BAY    State: CA 94019
Comments:

Name: Deborah Hock
Signature: Deborah Hock
City: Half Moon Bay    State: CA    94019
Comments: Companions do NOT have replacement value —

Name: Sandi Wanzer
Signature: Sandi Wanzer
City: HMB    State: CA
Comments:

We the undersigned agree that Federal Judge, Hon. Hill needs to review, and make changes to the proposed Pet Food settlement agreement, and initiate changes that will hold pet food manufactures accountable.

Name: MARLON J. MICANES
Signature: _____
City: 740 2nd ave    State: HALF MOON BAY CA 94019
Comments: _____

Name: CHRISTOPHER B SHELLEY
Signature: _____
City: HALFMOONBAY    State: CA 94019
Comments: _____

Name: Steve Culbreth
Signature: _____
City: El Granada    State: Calif
Comments: _____

Name: Gary A Christensen
Signature: _____
City: HMB    State: Ca 94019
Comments: This was a Criminal Act

Name: Stanley Traber
Signature: _____
City: Santa Cruz    State: CA
Comments: _____

We the undersigned agree that Federal Judge, Hon. Hill^man needs to review, and make changes to the proposed Pet Food settlement agreement, and initiate changes that will hold pet food manufactures accountable.

Name: Amanda Graw

Signature: _____

City: Half Moon Bay          State: CA

Comments: _____

---

Name: Jessie Gallegos

Signature: _____

City: Half Moon Bay          State: CA

Comments: _____

---

Name: Jackie Cunningham

Signature: _____

City: Half Moon Bay          State: CA

Comments: _____

---

Name: Antonette Kinselle

Signature: Antonette Kinsella

City: Pescadero          State: CA.

Comments: if you let them get away with it — our kids will be next!

Name: URNA MCMAINS

Signature: Ursa McMains

City: Half Moon Bay   State: CA.

Comments: _____

**We the undersigned agree that Federal Judge, Hon. Hill** ^man **needs to review, and make changes to the proposed Pet Food settlement agreement, and initiate changes that will hold pet food manufactures accountable.**

Name: MICHAEL BRANDT

Signature: Michael Brandt

City: HMB State: CA

Comments: _____

---

Name: William Bingle

Signature: Wm Bing

City: HALF MOON BAY State: C.A.

Comments: _____

---

Name: Ed Obevstoller

Signature: Edo tem

City: LA Honda CA State: _____

Comments: _____

---

Name: William Ayres

Signature: W.K. Ayres

City: HmB State: CA

Comments: _____

---

Name: Wayne Konney

Signature: 101 Acchuide Dr. + Half Monbay 94019 Ca.

City: My Company that I State: am responsible for

Comments: R.A. DeLuca Food Services Is under U.S.DA & CA FDA

Regulations that we abid by to the letter of the mandated laws

If and when a recall notice is issued be respond

immediatly. Thankfully at our plant this has not been a problem

**We the undersigned agree that Federal Judge, Hon. Hillman needs to review, and make changes to the proposed Pet Food settlement agreement, and initiate changes that will hold pet food manufactures accountable.**

Name: Jose V. Lopez

Signature: _____

City: Pescadero State: CA

Comments: Keep our animals happy

---

Name: D. BRISCOE

Signature: DBriscoe

City: El Granada State: CA

Comments: _____

---

Name: M. K. BURKE

Signature: MK Burke

City: EL GRANADA State: CA

Comments: _____

---

Name: DAVE RIDER

Signature: Dave Rider

City: EL GRANADA State: CA

Comments: _____

---

Name: Wendy Jardine

Signature: _____

City: Concord State: CA

Comments: _____

**We the undersigned agree that Federal Judge, Hon. Hillman needs to review, and make changes to the proposed Pet Food settlement agreement, and initiate changes that will hold pet food manufactures accountable.**

Name: STEVEN P. GUARAGLIA

Signature: Steven P. Guaraglia

City: HALF MOON BAY,     State: Calif.

Comments: Pets ARE people too!

Name: A. Neri

Signature: [signature]

City: EL Granada     State: CA. 94018

Comments:

Name: Teresa Cunningham

Signature: [signature]

City: El Granada     State: Ca

Comments:

Name: Joff [illegible]

Signature: [signature]

City: Montara     State: Ca

Comments:

Name: Jessica Salisbury

Signature: [signature]

City: Half Moon Bay     State: Ca

Comments:

**We the undersigned agree that Federal Judge, Hon. Hillman needs to review, and make changes to the proposed Pet Food settlement agreement, and initiate changes that will hold pet food manufactures accountable.**

Name: Marcel Gary

Signature: _(signature)_

City: Redwood City      State: CA

Comments: This is not worth eating

---

Name: David Brown

Signature: David Brown

City: HMB      State: CA.

Comments: _____

---

Name: Sali Oylunger (Pharmacist

Signature: C. Oy

City: HMB      State: CA

Comments: _____

---

Name: Robert Benberg

Signature: _(signature)_

City: Half Moon Bay      State: CA

Comments: _____

---

Name: Angela VanBuren

Signature: _(signature)_

City: LA Honda      State: CA

Comments: _____

**We the undersigned agree that Federal Judge, Hon. Hillman needs to review, and make changes to the proposed Pet Food settlement agreement, and initiate changes that will hold pet food manufactures accountable.**

Name: _Jim Salter_

Signature: _JIM SALTER_

City: _EL GRANADA_ State: _CALIF._

Comments: _____

---

Name: _Marie Drake_

Signature: _Marie_

City: _Half Moon Bay_ State: _CA_

Comments: _____

---

Name: _ABuchanan   ANDY BUCHANAN_

Signature: _____

City: _HMB_ State: _CALIFORNIA._

Comments: _____

---

Name: _Ivette Ronquillo_

Signature: _____

City: _HMB_ State: _CA._

Comments: _____

---

Name: _Jody Kelly_

Signature: _____

City: _HMB_ State: _Ca_

Comments: _____

We the undersigned agree that Federal Judge, Hon. Hillman needs to review, and make changes to the proposed Pet Food settlement agreement, and initiate changes that will hold pet food manufactures accountable.

Name: Alejandro Bonillas

Signature: _____

City: San Francisco          State: CA

Comments: _____

Name: John T. Minaidis

Signature: John T. Minaidis

City: HMB          State: CA.

Comments: _____

Name: Tom Minaidis

Signature: Tom Minaidis

City: H.M.B.          State: _____

Comments: _____

Name: Sonia Jhao

Signature: Sonia Jhao

City: Redwood City          State: CA

Comments: _____

Name: Edgee Lee

Signature: _____

City: Half Moon Bay          State: CA   94019

Comments: _____

**We the undersigned agree that Federal Judge, Hon. Hillman needs to review, and make changes to the proposed Pet Food settlement agreement, and initiate changes that will hold pet food manufactures accountable.**

Name: ANDRES VASQUEZ

Signature: A. Ares V.

City: HALF MOON BAY    State: CA

Comments: _____

---

Name: Brigid Ofarrell

Signature: Brigid Ofarrell

City: Moss Beach    State: CA

Comments: _____

---

Name: Chuck Johnson

Signature: Charl Jackson

City: LA Honda    State: Ca

Comments: _____

---

Name: Amy Richardson

Signature: Amy R.

City: Pescadero    State: CA

Comments: _____

---

Name: DR. Noni Howard

Signature: Dr. Noni Howard

City: Half Moon Bay    State: CA

Noni Howard, M.D.
New World Press
20 Driftwood Trail
Half Moon Bay, CA 94019
650-726-5939  Fax: 415-921-3790
Cell: 650-888-6035 / 6556

Comments: Stop poisoning our pets! This is CRIMINAL!

**We the undersigned agree that Federal Judge, Hon. Hillman needs to review, and make changes to the proposed Pet Food settlement agreement, and initiate changes that will hold pet food manufactures accountable.**

Name: Carol Gordon -McNolds

Signature: Carol Gordon-McNolds

City: Half Moon Bay   State: CA

Comments:

---

Name: Dany Hart

Signature: Dany Hart

City: Sunnyvale   State: CA

Comments:

---

Name: Engela Dunsmore

Signature: Angela Dunsmore

City: Half moon Bay   State: Ca

Comments:

---

Name: Victoria Dunsmore

Signature: Victoria Dunsmore

City: Half moon Bay   State: Calf

Comments:

---

Name: John Hudson

Signature: John Hudson

City: Half Moon Bay   State: Calif

Comments:

**We the undersigned agree that Federal Judge, Hon. Hillman needs to review, and make changes to the proposed Pet Food settlement agreement, and initiate changes that will hold pet food manufactures accountable.**

Name: _F Cloukedis_

Signature: _IC Souhides_

City: _Montana_ State: _CA_

Comments: _____

_____

Name: _____

Signature: _____

City: _____ State: _____

Comments: _____

Name: _____

Signature: _____

City: _____ State: _____

Comments: _____

Name: _____

Signature: _____

City: _____ State: _____

Comments: _____

Name: _____

Signature: _____

City: _____ State: _____

Comments: _____

**We the undersigned agree that Federal Judge, Hon. Hill needs to review, and make changes to the proposed Pet Food settlement agreement, and initiate changes that will hold pet food manufactures accountable.**

Name: Dorothy Heffinger

Signature: Dorothy Heffinger

City: Independence          State: Va 24348

Comments:

---

Name: Jilaine Thompson

Signature: Jilaine Thompson

City: Galax          State: VA

Comments: my dog got very sick on recalled dog food - thank goodness not hurt bad.

Name: Vickie Jones

Signature: Vickie Jones

City: Galax          State: VA

Comments: My well loved dogs & cats are my children & we need to fight for their rights

Name: Linda Radford-Good

Signature: Linda Radford-Good

City: Hillsville          State: VA 24343

Comments:

---

Name: Noelle Burnett

Signature: Noelle Burnett

City: Galax          State: VA 24333

Comments:

We the undersigned agree that Federal Judge, Hon. Hill man needs to review, and make changes to the proposed Pet Food settlement agreement, and initiate changes that will hold pet food manufactures accountable.

Name: _Joyce Lester_

Signature: _Joyce Lester_

City: _Galax_ State: _VA._

Comments: _Pets are like your family. Let's keep them Healthy._

Name: _Donna Edwards_

Signature: _Donna Edwards_

City: _Galax_ State: _VA_

Comments: _____

Name: _Glenda Forester_

Signature: _Glenda Forester_

City: _Galax_ State: _Va_

Comments: _____

Name: _James Brewer_

Signature: _James Brewer_

City: _Galax_ State: _Va_

Comments: _____

Name: _____

Signature: _____

City: _Galax_ State: _Va_

Comments: _____

We the undersigned agree that Federal Judge, Hon. Hill man needs to review, and make changes to the proposed Pet Food settlement agreement, and initiate changes that will hold pet food manufactures accountable.

Name: LINDA K Burnette

Signature: Linda K Burnett

City: Galax State: VA

Comments: I witnessed what this tainted food did to a healthy animal!

Name: Jeremy Spencer Re

Signature: _____

City: Meth of Inter State: VA

Comments: _____

Name: Debbie Harrison

Signature: Debbie Harrison

City: Galax State: VA

Comments: Animals + pets are our babies. They love us no matter what

Name: Pam WARF

Signature: Pam Warf

City: GALAX State: VA.

Comments: I love my PETS - PLEASE KEEP PETS SAFE

Name: Susie Goad

Signature: Surie Goad

City: Galax State: Va

Comments: _____

We the undersigned agree that Federal Judge, Hon. Hill man needs to review, and make changes to the proposed Pet Food settlement agreement, and initiate changes that will hold pet food manufactures accountable.

Name: Denise L. t. Aster

Signature: Denise L. Easter

City: Fries                    State: VA

Comments:

Name: Michael R. Yons

Signature: Michael R. Yo'ns

City: Fries                    State: V. U.

Comments:

Name: C L Vaughan

Signature: Carluen E Vay M

City: Fries                    State: VA

Comments:

Name: Carolyn Phillips

Signature: Carolyn Phillips

City: Galax                    State: VA

Comments:

Name: Terri Rittiwage

Signature: Terri Rittiwage

City: Galax                    State: Va

Comments:

**We the undersigned agree that Federal Judge, Hon. Hill man needs to review, and make changes to the proposed Pet Food settlement agreement, and initiate changes that will hold pet food manufactures accountable.**

Name: Billy Shore

Signature: Billy Shore

City: Galax          State: Virginia

Comments:

---

Name: Shane White

Signature: Shane White

City: Galax          State: Virginia

Comments:

---

Name: Leona Brewer

Signature: Leona Brewer

City: Mount Airy, NC          State: NC

Comments:

---

Name: Gail Catron

Signature: Gail Catron

City: Galay          State: VA

Comments:

---

Name: Tammy Williams

Signature: Tammy L. Williams

City: Galax          State: Va.

Comments:

We the undersigned agree that Federal Judge, Hon. Hill[man] needs to review, and make changes to the proposed Pet Food settlement agreement, and initiate changes that will hold pet food manufactures accountable.

Name: Kim Shropshire

Signature: _____

City: Laurel Fork State: Va,

Comments: _____

Name: Ronnie Poe

Signature: Ronnie Poe

City: Dalay State: Va.

Comments: _____

Name: Robin Bedsaul

Signature: Rob. Bedsaul

City: GALAY State: VIRGINIA

Comments: I LOVE MY ANIMALS - JUST LIKE MY CHILDREN

Name: Mke Bryant

Signature: Mike Bry ST

City: Galay State: VA.

Comments: _____

Name: Joanna McKenzie

Signature: Joanna McKenzie

City: Galax State: VA

Comments: _____

**We the undersigned agree that Federal Judge, Hon. Hill needs to review, and make changes to the proposed Pet Food settlement agreement, and initiate changes that will hold pet food manufactures accountable.**

Name: Cathleen Weather

Signature: Cathleen Weather

City: Galax                          State: Va

Comments:

---

Name: Darlene Wells

Signature: Darlene Wells

City: G olay                         State: CA

Comments:

---

Name: Virginia Mayberry

Signature: Virginia Mayberry

City: Hillsville                     State: Va

Comments:

---

Name: RICKIE PAYNE

Signature: Rickie Payne

City: Woodlawn                       State: VA

Comments:

---

Name: Kelly Russell

Signature: KMRussell

City: Hillsville                     State: VA

Comments:

We the undersigned agree that Federal Judge, Hon. Hill man needs to review, and make changes to the proposed Pet Food settlement agreement, and initiate changes that will hold pet food manufactures accountable.

Name: Leslie Chappell

Signature: Leslie Chappell

City: Galax                    State: Va

Comments:

---

Name: Joff Ray

Signature:

City: Sparta                   State: NC

Comments:

---

Name: Laura LaRue

Signature: Laura LaRue

City: Fries                    State: VA

Comments:

---

Name: Liz Ferguson

Signature: Liz Ferguson

City: Woodlawn                 State: Va.

Comments:

---

Name: Deddy Buncham

Signature: Deddy L Buncham

City: Fries                    State: VA

Comments:

We the undersigned agree that Federal Judge, Hon. Hill[man] needs to review, and make changes to the proposed Pet Food settlement agreement, and initiate changes that will hold pet food manufactures accountable.

Name: Carolyn Worrell

Signature: Carolyn Worrell

City: Hillsville          State: Va.

Comments:

Name: Mary Jane Griffin

Signature: Mary Jane Griffin

City: Galax          State: VA.

Comments:

Name: JENNY GRIFFIN

Signature: Jenny Griffin

City: Galax,          State: Va.

Comments:

Name: F.S.R

Signature: Frances Russell

City: Galax          State: Va.

Comments:

Name: Freddie Russell

Signature: Freddie Russell

City: 1011 Crooked Rd.          State: VA. 24333
          Galax

Comments:

**We the undersigned agree that Federal Judge, Hon. Hill man needs to review, and make changes to the proposed Pet Food settlement agreement, and initiate changes that will hold pet food manufactures accountable.**

Name: _Elden Burris_

Signature: _Elden M Burris_

City: _Fries_ State: _VA._

Comments:

---

Name: _Melodie Huffman_

Signature: _Melodie Huffman_

City: _Galax_ State: _VA_

Comments:

---

Name: _Laddie Edwards_

Signature: _Laddie Edwards_

City: _Galax_ State: _VA._

Comments:

---

Name: _Patty Hill_

Signature: _Patty Hill_

City: _Galax_ State: _VA_

Comments:

---

Name: _Ashley Linville_

Signature: _Ashley Linville_

City: _Hillsville_ State: _VA_

Comments: _It is sad to think that people would be proud to work for companies that are poisoning our beloved friends. Why would anyone want to harm such wonderful creatures that the Lord put here to be our companions. Please do something to help save the precious lives of our pets._

**We the undersigned agree that Federal Judge, Hon. Hill man needs to review, and make changes to the proposed Pet Food settlement agreement, and initiate changes that will hold pet food manufactures accountable.**

Name: Marlene Austin

Signature: Marlene Austin

City: Galax,          State: Va.

Comments:

---

Name: Rebecca Hendrick

Signature: Rebecca Hendrick

City: Hillsville          State: Va

Comments:

---

Name: Cindy Diamond

Signature: Cindy Diamond

City: Galax          State: VA

Comments:

---

Name: Pamela Warren

Signature: Pamela Warren

City: Independence          State: VA

Comments:

---

Name: Freddy Bullion

Signature: Freddy Bullion

City: Foster Falls          State: Va

Comments:

**We the undersigned agree that Federal Judge, Hon. Hill** man **needs to review, and make changes to the proposed Pet Food settlement agreement, and initiate changes that will hold pet food manufactures accountable.**

Name: Carolyn J. Russell

Signature: Carolyn J. Russell

City: Galax          State: VA

Comments:

---

Name: Melissa Russell

Signature: Melissa Russell

City: Fancy Gap          State: VA

Comments:

---

Name: Timmy Russell

Signature: Timothy Russell

City: Fancy Gap          State: VA

Comments:

---

Name: Eddie Russell

Signature: James E. Russell

City: Galax          State: VA

Comments:

---

Name: Patsy Hill

Signature: Patsy Hill

City: Galax          State: VA

Comments:

We the undersigned agree that Federal Judge, Hon. Hill needs to review, and make changes to the proposed Pet Food settlement agreement, and initiate changes that will hold pet food manufactures accountable.

Name: _Faye Parish_

Signature: _Faye Parish_

City: _Woodlawn_ State: _VA_ _24381_

Comments: _____

Name: _Kevin Welp_

Signature: _Kevin Welp_

City: _Woodlawn_ State: _VA 24381_

Comments: _____

Name: _Melanie Frost_

Signature: _Melanie Frost_

City: _Galax_ State: _VA_

Comments: _____

Name: _Kimberly Roberts_

Signature: _Kimberly Roberts_

City: _Galax_ State: _VA_

Comments: _____

Name: _Jaime Peddy_

Signature: _Jaime A. Peddy_

City: _Galax_ State: _VA_

Comments: _____

We the undersigned agree that Federal Judge, Hon. Hill needs to review, and make changes to the proposed Pet Food settlement agreement, and initiate changes that will hold pet food manufactures accountable.

Name: Connie Chafin

Signature: Connie Chafin

City: Galax                     State: VA.

Comments: _____

Name: Jayce James

Signature: Jayce James

City: Hillsville                State: Va

Comments: _____

Name: James Robst

Signature: James Robst

City: Galax                     State: VA

Comments: _____

Name: T.J. McGrady

Signature: Taylor J. McGrady

City: Galax                     State: VA

Comments: _____

Name: Tyler McGrady

Signature: Tyler McGrady

City: Galax                     State: VA

Comments: Relax

We the undersigned agree that Federal Judge, Hon. Hill needs to review, and make changes to the proposed Pet Food settlement agreement, and initiate changes that will hold pet food manufactures accountable.

Name: Susan Branscome

Signature: Susan Branscome

City: Barren Springs          State: Va

Comments: Save Our Pets!

Name: Ethel Burnette

Signature: Ethel Burnette

City: Galax          State: Va

Comments:

Name: Jason Felts

Signature: J Felts

City: Galax          State: VA

Comments:

Name: Mike Smith

Signature: Mike Smith

City: Galax          State: VA

Comments:

Name: Emma Underwood

Signature: Emma Underwood

City: Fries          State: VA

Comments:

**We the undersigned agree that Federal Judge, Hon. Hill<sup>nan</sup> needs to review, and make changes to the proposed Pet Food settlement agreement, and initiate changes that will hold pet food manufactures accountable.**

Name: Pam Payne

Signature: Pam Payne

City: Galax                     State: VA     24333

Comments:

---

Name: Debra Shaffner

Signature: Debra Shaffner

City: Fries                     State: Va    2X330

Comments:

---

Name: Bobby Elliott

Signature: Bobby E.

City: Fries                     State: VA     24330

Comments: Protect our pets. Our boxer passed away from the terrible crime.

---

Name: Donna Elliott

Signature: Donna Elliott

City: Fries                     State: VA    24330

Comments: Hold these companies + their workers accountable. We lost a very special member of our family, our boxer Abby. Our lives have been changed forever. This could have and should have

Name: been avoided. The negligence is unacceptable. It is

Signature: pure murder of our pets. Change the laws and protect

City: our pets and our families. If it were a friend, companion,

Comments: and loved one, how would you feel if they were poisoned. The sad thing about it is that it happened and we cannot bring our Abby back, but we will fight to change the laws to save our pets.

**We the undersigned agree that Federal Judge, Hon. Hill needs to review, and make changes to the proposed Pet Food settlement agreement, and initiate changes that will hold pet food manufactures accountable.**

Name: Jimmy Griffin

Signature: Jimmy Griff

City: Hillsville          State: VA

Comments:

Name: Betty Griffin

Signature: Betty Griffin

City: Hillsville          State: Virginia 24381

Comments:

Name: Holli Russell

Signature: Holli Russell

City: Galax          State: Va

Comments:

Name: Fred Elliott

Signature: Fred Elliott

City: Fries          State: Virginia

Comments:

Name: Micheal Griffin

Signature: Micheal Griffin

City: Woodlawn          State: Va

Comments: God bless and save our pets.

# *Stopping Corporate Crime*

## Congressman Pete Visclosky

### *Proudly Representing Indiana's 1st Congressional District*

**2256 Rayburn Building**
**Washington, D.C. 20515**
**TELE: 202-225-2461**

**701 E. 83rd Ave., #9**
**Merrillville, IN 46410**
**TELE: 219-795-1844**

*http://www.house.gov/visclosky*

# *We Must Act Now*
# *To Restore Corporate Responsibility*

Like millions of Americans, I am outraged by the criminal misconduct of corporate leaders who have abused their fiduciary responsibilities, ruined the lives of thousands of people, and weakened our economy. Virtually every day, we hear about more abuses, and I am actively working with my colleagues in Congress to stop them. In the interim, if executives are proven guilty of criminal activity, they should face mandatory jail sentences without parole, and their companies should be forced to make restitution.

In his first speech as chairman of the Securities and Exchange Commission (SEC), Harvey L. Pitt told an audience of auditors that the SEC would be a "kinder and gentler place for accountants." When the Enron situation was discovered, some public officials said that it was an isolated case, and that the federal government did not need to get involved.

With the recent revelations about companies like Global Crossing, Halliburton, Bristol-Myers Squibb, and WorldCom, it is now clear that a culture of abuse must be changed. These deceitful practices not only injure employees and investors, who lose jobs and savings, but they hurt all Americans - by eroding the public's trust in the free-enterprise system.

I am also angry that many companies are moving their corporate headquarters abroad to keep from paying taxes, particularly when we are at war and our economy is struggling. People who abandon our country in wartime and plant their flag on foreign soil should not be allowed to profit at the expense of American taxpayers.

To put an end to this practice, I voted for an amendment offered by Rep. Marcy Kaptur (D-Ohio), Rep. David Obey (D-Wisconsin), and Rep. Rosa DeLauro (D-Connecticut) in the Appropriations Committee that would prohibit the government from awarding contracts to companies that use loopholes to move overseas and avoid U.S. taxes.

Additionally, I am currently supporting other legislation to protect workers and investors, and to force corporations to pay their fair share of taxes. I am a cosponsor of H.R. 3884, the Corporate Patriot Enforcement Act, offered by my colleague Richard Neal (D-Massachusetts). It would end corporate tax havens like the one used by Tyco International, a New Hampshire-based company that avoided paying $400 million in taxes last year by incorporating in Bermuda.

During World War II, then-Senator Harry Truman cracked down on profiteering by corporations, and we need the same kind of bold action today. It is time to make corporate CEOs accountable, and force them to play by the rules like the rest of Americans do. To do that, I support the following measures:

***Imposing tough criminal penalties for securities fraud:*** *Executives who defraud their shareholders should go to jail for at least ten years, without any possibility of parole.*

***Imposing criminal penalties for altering, destroying, or failing to maintain documents:*** *Individuals who destroy evidence to hamper criminal investigations should face at least five years in jail, without any possibility of parole. The same sentence should be given to those who knowingly direct or allow others to destroy evidence.*

***Making sure CEOs pay their fair share when companies relocate overseas:*** *This measure would require corporate executives to pay capital gains tax on the exchange of their stock when their companies incorporate overseas for tax purposes. Currently, only shareholders are required to do so.*

***Ensuring CEOs don't profit when workers lose:*** *I support taxing the untaxed compensation benefits of corporate executives if there are arrangements designed to protect their benefits in case of corporate bankruptcy or financial distress. Workers do not have these protections.*

***Limiting "Golden Parachutes":*** *I support imposing an excise tax on severance packages of executives who leave behind plummeting shareholder value or companies in bankruptcy proceedings.*

***Banning CEOs from receiving insider company loans:*** *No one should be allowed to profit from shady deals at the expense of others. I support legislation to ban these corporate giveaways that harm corporations, their employees, and their investors by draining valuable assets.*

In short, I believe that we must treat corrupt executives like the criminals they are. Like drug kingpins, leading officers of corporations that deceive their shareholders and the public should face lengthy, mandatory jail sentences. No company, nor corporate executives, should be allowed to save themselves at the expense of their employees and investors.

In order to restore consumer confidence and rebuild our economy, we must restore consumer trust. Congress must act now to punish the guilty, and close the legal loopholes that allow honest Americans to be taken advantage of by corporate predators.

Be assured that I will do everything I can to promote corporate responsibility and punish business executives who defraud Americans. It is morally wrong to commit these unethical acts, particularly when the nation is at war and the economy is slumping.

**Home** I **Biography** I **Links** I **Legislation** I **Photos**
**Newsroom** I **Visiting** I **Constituents** I **Grants** I **District** I **Contact** I **Search**



**Your success is our business**

**Menu Foods continues to claw its way back; volume rises for second quarter in a row**
**The Canadian Press**
August 13, 2008 - 3:17 p.m.

TORONTO - Menu Foods Income Fund (TSX:MEW.UN) continues to claw its way back from high-profile recalls of its pet food products after reporting volume at its continuing business increased for a second consecutive quarter and that it earned a small profit.

The Toronto company reported second quarter net income of $735,000, compared with a $3.6-million loss a year earlier.

Revenue grew to $60.3 million compared to $47.2 million last year, when it was reeling from the fallout from a series of recalls after a number of pets died due to contaminated ingredients made to use some of its products.

"As we began 2008, we recognized that this would be a year of rebuilding for Menu. I am pleased to report that the good progress made against this objective in the first quarter of 2008 continued in the quarter ended June 30, 2008," Menu chief executive Paul Henderson said in a message to the fund's unitholders.

"While the 2007 recall is now largely behind us, its impact on our profitability and on our leverage ratios will be felt for some time to come."

Under its agreement with lenders, the fund is prevented from paying distributions to its unitholders until leverage ratio for a 12-month period falls below 3.0. The ratio for the 12-months ended June 30 was 3.52.

Volume from the fund's continuing business increased by 6.3 per cent as compared to the first quarter of 2008. This increase followed an increase of 12.6 per cent realized in the first quarter of 2008, as compared to the fourth quarter of 2007.

Last year, more than 150 brands of pet food were recalled after dog and cat owners were panicked by news that products from the biggest North American maker of store-brand pet food had been tainted by Chinese-supplied wheat gluten laced with poisonous melamine.

CLOSE WINDOW >>>

1998 McGinnis, W Patrick ♣ Chief Executive Officer; salary: 7.5 m

IN THIS GROUP, ITS FILES AND DATA BASES, YOU CAN SEE SOME OF THE STATISTICS, READ THE HEARTBREAK + ANGUISH, AND FEEL THE TEARS. THESE ARE + WERE OUR ONLY SUPPORT DURING THIS LIFE CHANGING ORDEAL.

### 2a. Recent complaints about Canidae dog foods

Posted by: "sturmie@bellsouth.net" sturmie@bellsouth.net  taluru
Mon Sep 8, 2008 6:09 am (PDT)

FYI, everybody. Recent complaints about Canidae dog foods:
http://www.consumeraffairs.com/pets/canidae.html
Please circulate and cross-post widely.

Erich Trapp

--

puppy up!

http://gdogs2000mil es.blogspot.com/
http://www.2Dogs200 oMiles.org

Helping Luke Robinson walk from
Austin to Boston with his two Great
Pyrenees Dogs. The funds raised
from the walk will finance the
first ever nationwide
epidemiological canine cancer
study.

[Non-text portions of this message have been removed]

Reply to sender | Reply to group | Reply via web post
Messages in this topic (6)                              Back to top

### 2b. Re: Recent complaints about Canidae dog foods

Posted by: "sdratson@comcast.net" sdratson@comcast.net  sandyratson
Mon Sep 8, 2008 8:51 am (PDT)

I am done with dog food companies... I can't take it. I am making Shadow her
food with the help of my vet and I will NEVER EVER trust a dog food company
again.

I had been giving Shadow Canidae and I found out before I finished the good
batch. I have to tell you I could not have gone through this nightmare again.

Will the government ever help us to protect our babies or is this a long road to
nowhere?

Sorry for the vent. Needing to get it out.
Sandy
----------- -- Original message ----------- ---------- -

From: stormie@bellsouth. net
>
>
> FYI, everybody. Recent complaints about Canidae dog foods:
> http://www.consumer affairs.com/ pets/canidae. html
> Please circulate and cross-post widely.
>
> Erich Trapp
>
>
>
> --
> puppy up!
>
> http://2dogs2000miles.blogspot. com/
> http://www.2Dogs200 0Miles.org
>
>
> Helping Luke Robinson walk from
> Austin to Boston with his two Great
> Pyrenees Dogs. The funds raised
> from the walk will finance the
> first ever nationwide
> epidemiological canine cancer
> study.
>
>
> [Non-text portions of this message have been removed]
>

[Non-text portions of this message have been removed]

Reply to sender | Reply to group | Reply via web post
Messages in this topic (6)                                    Back to top

---

2c.  **Re: Recent complaints about Canidae dog foods**
Posted by: "Rita Bolinger" rtbolinger@yahoo com   rtbolinger
Mon Sep 8, 2008 10:02 am (PDT)

The answer is no. The government could care less about our pets. it is all about
the "big bucks". I'm sure they are given plenty by the PET FOOD company
lobbyists to turn the other way and make way for their products no matter what.
The answer is to not buy their products. We can fix better food at home and have
a healthy happy pet. I lost my "Lucky" because of Poisoned food and Tootsie had
a major infection and a costly surgery. She now has oatmeal with me in the
morning and in the evening I feed her human food with supplements added. She
has never been healthier.
Good luck to all of you who have had to watch your pets suffer and to those of us
who have had to say goodbye before we should have.
Let's take what we can get from the settlement and not support these ba_____ ds

ever again!!!!! WE are the ones who need to educate others about the "dangers" and boycott commercial pet foods. Tell every pet owner that you know! Thanks for caring!!!.

--- On Mon, 9/8/08, sdratson@comcast.net <sdratson@comcast.net> wrote:

From: sdratson@comcast.net <sdratson@comcast.net>
Subject: Re: [MenuFoodsClassAction] Recent complaints about Canidae dog foods
To: MenuFoodsClassAction@yahoogroups.com
Date: Monday, September 8, 2008, 9:51 AM

I am done with dog food companies... I can't take it. I am making Shadow her food with the help of my vet and I will NEVER EVER trust a dog food company again.

I had been giving Shadow Canidae and I found out before I finished the good batch. I have to tell you I could not have gone through this nightmare again.

Will the government ever help us to protect our babies or is this a long road to nowhere?

Sorry for the vent. Needing to get it out.
Sandy
----------- -- Original message ----------- ---------- -
From: sturmie@bellsouth.net
>
>
> FYI, everybody. Recent complaints about Canidae dog foods:
> http://www.consumeraffairs.com/pets/canidae.html
> Please circulate and cross-post widely.
>
> Erich Trapp
>
>
>
> --
> puppy up!
>
> http://adogs2000miles.blogspot.com/
> http://www.2Dogs2000Miles.org
>
>
> Helping Luke Robinson walk from
> Austin to Boston with his two Great
> Pyrenees Dogs. The funds raised
> from the walk will finance the
> first ever nationwide
> epidemiological canine cancer
> study.
>
>
> [Non-text portions of this message have been removed]
>

[Non-text portions of this message have been removed]

[Non-text portions of this message have been removed]

Reply to sender | Reply to group | Reply via web post
Messages in this topic (6)                                    Back to top

---

2d.   **Re: Recent complaints about Canidae dog foods**
Posted by: "Jan Hoadley" write_nowbiz@yahoo.com   write_nowbiz
Mon Sep 8, 2008 10:15 am (PDT)

Thus far it seems I'm posting to myself posting here but this one needles. The
government cannot and will not protect US let alone our pets. WE have to
research and make decisions ourselves regarding our food supply. There is no
one that will stand up for us - we have to do it ourselves. And the only thing that
they understand is money. When people stop buying it and those record profits
turn into losses then and only then will corporate places care and by then the
market is gone.

Until then we as owners are on our own both in choosing what to feed our dogs
as well as feeding us - and I truly believe both food supplies are in danger.

Jan

JanH - AL
www.writenowbiz.com
http://www.xanga.com/JaniH961
http://www.associatedcontent.com/user/15473/jan_hoadley.html

Reply to sender | Reply to group | Reply via web post
Messages in this topic (6)                                    Back to top

---

2e.   **Re: Recent complaints about Canidae dog foods**
Posted by: "motherm2" motherm2@yahoo.com   motherm2
Mon Sep 8, 2008 1:24 pm (PDT)

I too am unhappy finding out about ALL the dog food problems and
decided to make my own for my precious kiddo. I thought it was going
to be a tedious job but was done in a short time using a food
processor. Stewed a whole chicken in chicken broth. Removed everything
that was edible for a human and while processing the meat I had rice
and carrots cooking in the broth. Mixed it all together and there is
enough for a week. Will get her vitamins to add to it. So once a week,
or even double the recipe and freeze but, I will make it so there will

be absolutely no canned dog food for her again. She suffered enough
eating Menu's products. Now why can't we just get the list of bad dry
dog foods instead of having to take a mini course????? Or does someone
have a listing?

Reply to sender | Reply to group | Reply via web post
Messages in this topic (6)                                    Back to top

2.   **Re: Recent complaints about Canidae dog foods**

Posted by: "Jan Hoadley" write_nowbiz@yahoo.com  write_nowbiz
Mon Sep 8, 2008 1:38 pm (PDT)

>>Now why can't we just get the list of bad dry dog foods instead of having to
take a mini course????? Or does someone have a listing?

I don't trust any of them. I've had dogs with reactions and several died on a food
from Sunshine, Hunter Special. They're 'best food'. My dogs got dry food and it
did not protect them.
I lost Laddie in July after a foil packet of Little Champions - which he didn't
normally get but we were on the road.

Of course nothing was wrong with the dry food - they just look pregnant after
eating it, projectile vomit and as I said several died. Since returning that food
none have looked pregnant or vomited up their meal. But there's 'nothing wrong'
with it.
I hate any commercial food and the faster we can get away from it the better.
Jan

Reply to sender | Reply to group | Reply via web post
Messages in this topic (6)                                    Back to top

**Create New Topic | Visit Your Group on the Web**

Messages | Files | Photos | Links | Database

*All views or thoughts of this member are theirs alone and doesn't reflect the views of MenuFoodsClassAction group.  Any legal advice
given should be consulted with an attorney before making a decision.

•   Yahoo! Groups
Change settings via the Web (Yahoo! ID required)
Change settings via email: Switch delivery to Individual | Switch format to Traditional
Visit Your Group | Yahoo! Groups Terms of Use | Unsubscribe

Palatability enhancers for pet food and methods of manufacture -> Monitor Keywords

# FreshPatents.com
Track New Patents and Technologies

      

Monitor    Organizer    File Patent    Inventors    Authority    Agents    Free Help

| Title/Abstract/Num. ▾ |

## Search FreshPatents    New ** File a Provisional Patent **

Ads by Google

**Petfood dryers**
Counterflow dryers offer
highest efficiency and
cleanest design

**Healthy Pet Foods**
Save $5 on Iams
Premium Pet Food. Shop
Iams Pet Food at Target

**Have an Idea to Patent?**
Build Your Idea Before
You Patent it. No Cost
Consultation

**Pet Food Packaging**
Pet Food Packaging The
Top Industrial Resource

**Shop All Natural Pet
Food**
PETCO has pet food at
Great Prices. Shop in
Store Today!

# Palatability enhancers for pet food and methods of manufacture

Save to Organizer    View Organizer    Monitor Keywords

**USPTO Application #: 20080085350**
**Title:** Palatability enhancers for pet food and methods of manufacture
**Abstract:** A method for producing a palatability enhancer for a companion animal food product, wherein the method includes combining at least one aroma chemical selected from 2-methylfuran, 2 methylpyrrole, 2-methyl-thiophene and dimethyl disulfide with an animal or vegetarian digest composition. Companion animal food products containing the palatability enhancer are also disclosed. (end of abstract)

**Natural Pet Food**
Natural pet food, gourmet treats, holistic dog food, small budget
www.petnetworktv.com

**Holistic Animal Care**
Home of the PetGold Premium Grain-Free Animal Care games.com

**Only Natural Pet Food**
Choose from 1000's of Natural Pet foods, Vitamins, Remedies & Nutra
www.OnlyNaturalPet.com

Ads by Google

**Agent:** Synnestvedt Lechner & Woodbridge LLP - Princeton, NJ, US
**Inventors:** Zulin Shi, Hui-Wen Chin, Rob J. Hull, Tim G. Foley
**USPTO Applicaton #:** 20080085350 - **Class:** 426 635 000 (USPTO) -
**Related Patent Categories:** Food Or Edible Material: Processes, Compositions, And Products, Products Per Se, Or Processes Of Preparing Or Treating Compositions Involving Chemical Reaction By Addition, Combining Diverse Food Material, Or Permanent Additive, Flavor Per Se, Or Containing Flavor Or Flavor Improver Of Identifiable Organic Chemical Constitution, Sulfur Containing
**The Patent Description & Claims** data below is from USPTO Patent Application 20080085350.
**Brief Patent Description** Full Patent Description - Patent Application Claims    Monitor Keywords

CROSS-REFERENCE TO RELATED APPLICATION

[0001] The present application claims priority benefit under 35 U.S.C. sctn.119(e) of U.S. Provisional Application No. 60/784,778, the disclosure of which is incorporated by reference.

BACKGROUND OF THE INVENTION

[0002] This invention is directed to a palatability enhancer for pet food and a method of its manufacture. Particularly, this invention relates to a palatability enhancer providing a savory flavor such as meat. More particularly, this invention relates to a process for improving the palatability of pet foods of either low or high moisture content by enhancing the flavor to increase its acceptability to cats and dogs.

[0003] It should be understood that the expression "dry pet food" as used herein includes foods having a low moisture content. For example, dry pet food may contain less than about 20% moisture so that the free water content is generally not sufficient to support the growth of microorganisms. High moisture content pet food is intended to include the semi moist and canned types of foods. The invention is applicable to all types, but is particularly significant with dry foods which often are least appealing to domestic animals.

[0004] Advantages associated with dry pet foods are that they are generally more nutritious, on an equal weight basis, require less expensive packaging, and are more convenient to use than moist foods. However, domestic animals are often quite particular in their tastes and, therefore, improving palatability significantly improves the delicerability of a dry food. To improve taste, a variety of materials have been utilized to coat the surface and/or are mixed with the dry constituents to enhance the flavor. For example, phosphoric acid has been coated onto the surface of a dry cat food as a palatability enhancer. More specifically, U.S. Pat. No. 3,679,429 discloses a method for improving palatability of dry cat food by coating pellets of food with fat and palatability enhancing acids such as phosphoric or citric.

[0005] Palatability of dry pet foods may also be enhanced by the application of flavors. As an example, flavors are described in U.S. Pat. No. 5,186,964 as meat and cheese flavorings.

[0006] However, the use of meat or cheese flavoring is not always easy to accomplish. One complication in developing flavorants and palatability enhancers for pets is unpredictability. Moreover, flavorants which work effective with humans do not often work as effectively with pets. Similarly, a flavorant which is effective with one species may not work as well with a different animal group. Furthermore, pets are unable to express their preferences in an effective manner. Accordingly, palatability testing must be employed.

[0007] One primary area of focus has been to provide pet foods with a savory meat flavor. In fact, this effort exists simultaneously with respect to flavoring human foods. In animals this has typically been accomplished using poultry viscera, heart and liver digests. However, this flavorant system is somewhat undesirable because it cannot meet with the increasing demand for palatability of pet foods, especially dry pet foods.

[0008] In humans, artificial meat flavorants have been investigated as demonstrated in U.S. Pat. No. 5,039,543

Ads by Google

**High Quality Pet Food**
Our Pet Food has NO
Recall Problems No Need
to Cook your Pet
Food...

**Review Pet Foods**
Take the True Blue Test
See How Your Brand
Compares. Learn More.

**Pure All-Natural Dog
Food**
Free range meat &
organic veggies. No
additives. Better than
homemade.

**Specialty Dog Food**
WholeMeals™ Food For
Dogs. Designed To
Promote Healthy &
Natural Eating

**New Rachael Ray
Nutrish™**
Created for pet lovers like
you. Real meat first. No
By Products.

wherein it is disclosed that phospholipids, create a desirable meat aroma. Specifically, a flavorant stated to have a savory meat aroma and flavor is comprised of a phospholipid of animal origin and a sulfur containing compound which is reactive with the phospholipid. Similarly, in U.S. Pat. No. 4,045,587, herein incorporated by reference, a meat flavorant comprised generally of a cyclic carbonyl compound is disclosed. Further discussion of artificial meat flavors is provided in U.S. Pat. No. 3,892,878, herein incorporated by reference, wherein it is stated that certain alkane thiols and alkane mercapto sulfides alter the flavor of foodstuff to provide a roasted meat taste for humans.

[0009] Interestingly, notwithstanding the alleged success of these various artificial meat flavors, many human foods still rely on a combination of natural flavors and yeast. Furthermore, there has been no successful development of an artificial meat flavorant which has demonstrated success in meeting the particular and unique palatability demands of domestic animals.

[0010] Therefore, it would be desirable in the art of animal feed, to have available a meat flavorant which is easily storable, preservable and relatively inexpensive yet provides a savory meat-type flavor

SUMMARY OF THE INVENTION

[0011] This need is met by the present invention.

[0012] A method for producing a palatability enhancer for a companion animal food product is presented. The method includes combining at least one aroma chemical selected from 2-methylfuran, 2-methylpyrrole, 2-methyl-thiophene and dimethyl disulfide with an animal or vegetarian digest composition. In one embodiment, the method further includes (a) combining at least one reducing sugar with said at least one aroma chemical and said digest composition to form a mixture; and (b) heating the mixture to initiate a reaction process. In another embodiment, the mixture further includes at least one reducing sugar is selected from xylose, rhamnose, glucose, fructose, and ribose. An additional embodiment includes adding at least one sulfur-containing compound selected from cysteine, cystine, glutathione, methionine, thiamine, sodium sulfide, and ammonium sulfide to the mixture.

[0013] In one embodiment, the aroma chemical is added to the mixture prior to or following heating. In another embodiment, the mixture is heated to between about 60.degree. C. and about 180.degree. C. In yet another embodiment, mixture is heated to between about 90.degree. C. and about 130.degree. C.

[0014] In one embodiment, the mixture is heated for a period of about 1 minute to about 4 days. In another embodiment, the reaction process is performed at a pH of between 2.5 and 10. In yet another embodiment, the reaction process is performed at a pH of between 6 and 9.

[0015] In another embodiment, the method further includes applying the palatability enhancer to a pork base, a chicken base, a vegetable base, a fish base, or a mixture thereof. In a further embodiment, the animal digest composition includes viscera selected from pork viscera, chicken viscera, and a combination thereof.

[0016] An additional embodiment further includes combining the palatability enhancer with a basal composition containing organosulfite salts formed by contacting unsaturated fatty acids that oxidize to form aldehydes or ketones in the basal composition with a source of bisulfite anions.

[0017] In yet another embodiment, the method further includes extruding the palatability enhancer with a basal composition to form a dry or semi dry kibble. Another embodiment includes applying the palatability enhancer to the surface of a kibble after the kibble is extruded.

[0018] Also provided is a method for improving the palatability of a cooked moist companion animal food product wherein the food product is contacted with the palatability enhancer. In one embodiment, the palatability enhancer is contacted with said food product prior to cooking.

[0019] In another embodiment, the food product includes an additional palatability enhancing composition. In yet another embodiment, the additional palatability enhancing composition includes a palatability enhancing quantity of one or more compounds selected from pyrophosphoric acid, polyphosphoric acid salts, phosphoric acid, phosphoric acid salts, acid tripolyphosphate, tripolyphosphate salts, acid hexapolyphosphate, hexapolyphosphate salts, citric acid, citric acid salts, tartaric acid, tartaric acid salts, fumaric acid, fumaric acid salts, lactic acid, lactic acid salts, acetic acid, acetic acid salts, formic acid, formic acid salts, hexamic acid and hexamic acid salts.

[0020] In one embodiment, the food product includes a food-grade raw meat or meat by-product. In another embodiment, the meat or meat by-product is selected from meat and meat and meat by-products derived from beef, pork, sheep, lamb, poultry, duck, tuna, salmon, cod, whitefish and shrimp.

[0021] In yet another embodiment, the food product includes an animal or vegetable fat or oil.

Continue reading...
Full patent description for Palatability enhancers for pet food and methods of manufacture

Brief Patent Description · Full Patent Description · Patent Application Claims
Click on the above for other options relating to this Palatability enhancers for pet food and methods of manufacture patent application.
###
Monitor Keywords

How KEYWORD MONITOR works... a FREE service from FreshPatents
1. Sign up (takes 30 seconds)  2. Fill in the keywords to be monitored
3. Each week you receive an email with patent applications related to your keywords.
Start now!  Receive info on patent apps like Palatability enhancers for pet food and methods of manufacture or other areas of interest.

Previous Patent Application:
Beverage recipe comprises tea elements and vitasugar
Next Patent Application:
Calorie reduced beverages employing a blend of neotame and acesulfame k
Industry Class:
Food or edible material: processes, compositions, and products

###

Design/code © 2008 FreshContext LLC/freshpatents.com  Website Terms and Conditions - Also read: About this Page
Patent data source: patents published by the United States Patent and Trademark Office (USPTO)
Information published here is for research/educational purposes only (and in conjunction with our Keyword Monitor) and is not meant to be used in place of the full USPTO patent document/images or a comprehensive patent archive search. Complete official applications are on file at the USPTO and often contain additional data/images (freshpatents is currently text-only). FreshPatents.com is not affiliated with or endorsed by the USPTO or firms/individuals or products/designs/ideas related to listed patents.
FreshPatents.com Support
Thank you for viewing the *Palatability enhancers for pet food and methods of manufacture* patent info.
IP-related news and info

Results in 1.10702 seconds

Other interesting Freshpatents.com categories:
Tyco , Unilever , Warner-lambert , 3m



Search

**GO**

# Propylene Glycols

## Applications

Dow propylene glycols play a significant role in many industries due to their wide range of practical applications. Select from the table below to learn about how propylene glycols are used in specific applications or see Products to find information on Dow products suitable for your application

- About Propylene Glycols
- Products
- **Applications**
  - Unsaturated Polyester Resins
  - Urethanes
  - Coolants and Antifreeze
  - Aircraft Deicing Fluid
  - Hydraulic and Brake Fluid
  - Thermal Fluids
  - Fragrance, Cosmetics and Personal Care
  - Food and Flavorings
  - Pet Food/Animal Feed
  - Pharmaceutical
  - Paint and Coatings
  - Other Applications
- News
- Library
- Contact Us

Answer Center
Distributor Locator
Distributor Training
REACH
Propylene Oxide Web Site

| Application | Use |
|---|---|
| Unsaturated Polyester Resins | Propylene glycol is the preferred glycol for manufacturing high-performance unsaturated polyester resins for many thermoset composite applications. Propylene Glycol Industrial Grade (PGI) is an appropriate product for this application |
| Urethanes | Glycols such as Propylene Glycol Industrial Grade (PGI), Dipropylene glycol Regular Grade (DPG) and Tripropylene Glycol Regular Grade (TPG) can be used as: <br>• Initiators for urethane polyol synthesis from epoxides <br>• The polyol itself in some polyurethane foam systems <br>• A component for polyurethane/urea elastomers |
| Coolants and Antifreeze | Propylene Glycol Industrial Grade (PGI) is often used as an active ingredient in engine coolants and antifreeze because of its low mammalian toxicity, low flammability, excellent heat transfer properties and other benefits. |
| Aircraft Deicing Fluid | Propylene Glycol Industrial Grade (PGI) is an excellent choice as the base fluid for aircraft deicing formulations due to its low freezing point, low toxicity, biodegradability, ease of handling, low corrosive nature to metals and low flammability. |
| Hydraulic and Brake Fluid | Propylene Glycol Industrial Grade (PGI) is used in the production of polyglycols for use in hydraulic and brake systems to provide lubricity and anti-freezing protection, and to help reduce swelling of rubber parts. |
| Heat Transfer Fluids | Propylene Glycol USP/EP (PG USP/EP), with a suitable inhibitor package, makes an excellent choice for use as a heat transfer fluid in applications where contact with potable water, food or beverages might occur. Its low toxicity, low freezing point and high boiling point make it uniquely applicable for use in such applications. |
| Fragrance, Cosmetics and Personal Care | Propylene Glycol USP/EP (PG USP/EP), Dipropylene Glycol LO+ (DPG LO+) and Tripropylene Glycol Regular Grade (TPG) are premium, high-purity products, with extensive applications in the fragrance, cosmetics and personal care industry <br>• Solvents, carriers, emollients, dispersants, coupling agents and co-emulsifiers, emulsion stabilizers or viscosity modifiers <br>• Humectants, due to their hygroscopic nature and ability to attract and hold water <br>• Preservatives, due to inherent antimicrobial activity against a wide range of bacterial and fungal species |
| Food and Flavorings | Propylene Glycol USP/EP (PG USP/EP) is used as: <br>• Humectant and stabilizer (in prepared fruits, vegetables and bakery goods) <br>• Solvent in flavor solutions and extractions (and in food additives, such as colors, antioxidants, enzymes and emulsifiers) <br>• Plasticizer and softening agent for items such as cork seals <br>• Heat transfer fluids for food and beverage chilling and freezing applications <br>• Solvent for printing inks used in food packaging <br>• Equipment cleaner, to remove contamination from food processing equipment |
| Pet Food/Animal Feed | Propylene Glycol USP/EP (PG USP/EP) has a "generally recognized as safe" (GRAS) designation for pet food** and animal feed uses <br>• Solvent <br>• Stabilizer <br>• Preservative <br>• Energy source <br>• Humectant for moist feeds <br>• Dust control agent for dry feed ingredients <br>• Wetting agent for molasses <br>• Lowers freezing temperature of feed <br>• Preventative for ketosis <br><br>**Excluding cat food, see 21CFR582.1666 |
| Pharmaceutical | Propylene Glycol USP/EP (PG USP/EP) is used in pharmaceutical products as an excipient (non-active ingredient or starting material) or solvent in oral, topical and injectable drug products |
| Paint and Coatings | Propylene glycols are used in the synthesis of alkyd resins found in paints, enamels and varnishes |
| Other Applications | Propylene glycols serve as dust suppression agents, solvents, lubricants, dehydrating fluids, plasticizers, surfactants and for other uses in a variety of applications |

Find a Distributor or Contact Us for specific product and application support.

---

Propylene Glycols Home  **Applications**

Copyright © The Dow Chemical Company (1995-2008). All Rights Reserved

# choline chloride

main components: choline chloride is a granule powder combining the 70% choline chloride solution with the corn core. It is of good fluidity and hygroscopicity.

choline chloride explanation: This product is mainly used to stimulate the growth of the domestic animals, boosting up the body's immunity function. It has prominence effects on improving the quality and quantity of egg and meat. The many years' application shows that the product is the necessary additive of the domestic animals' foodstuff. Choline is one of the vitamins, and is the main components of lecithin. The young poultry is not of the ability of synthesizing choline. All the necessity relies on the supply of food. Though food in nature is not lacking of the choline, the applying of the choline chloride will guarantee the rapid growth of the animals

choline chloride usage: Choline is necessary for chicken (the content is extremely low in the grist), for it can synthesize amino acid and lecithin then to be sent to the inner body of the chickens, and prevent from the accumulation of fat in liver and kidney, accelerate the growth of the chickens, and improve the laying rate and hatchablilty. Lacking of the choline in the foodstuff, will lead to the hypogenesis, coarseness of leather, chondrify, feebleness and illability of mink, pig, rabbit, cow, etc. Adding choline in the bait of all kinds of fish and shrimp, the growth of fish and shrimp will be accelerated, then high yielding will be obtained.

choline chloride recommended adding amount: Generally, 1kg should be added into per 1000kg foodstuff. The amount should be increased for the young poultry. Take the circumstance into consideration.

choline chloride note: This product is of extremely hygroscopicity, closely protect in the dry place.

ii

| index | Choline Chloride (liquid) | |
|---|---|---|
| Contents | ¡Y70% | ¡Y75% |
| PH | 6.5-8.0 | |
| Ethylene Glycol (%) | ¡U0.50 | |
| Trimethylamine | ¡U0.10 | |
| Burn-out Waste materials (%) | ¡U0.20 | |
| Heavy METAL (%) | ¡U0.002 | |

| index | Choline Chloride (carrier corn) | |
|---|---|---|
| contents | ¡Y50% | ¡Y60% |
| Loss on heating | ¡U4% | |
| Thin (20 sieves) | About 90%Min. | |

ii

ˈbackˈ

Yahoo!    My Yahoo!    Mail    More

**Hi, dbrhhock**    Sign Out    Help

# YAHOO! EDUCATION
Brought to you by Yahoo! News

Search [                    ]    **WEB SEARCH**

**Search this site:** [                    ]    Search

| Home | K-12 School | College & Grad School | Courses & Degrees | Reference | Homework Help |

Yahoo! Education > Reference > Dictionary > fumaric acid

## Definition of fumaric acid

**Reference**
- ▶ Dictionary
  Encyclopedia
  Thesaurus
  World Factbook
  Spanish Dictionary
  Quotations
  Anatomy
  Conversion Calculator

Sponsored Links

**Fumaric Acid Supplement**
Popular Brand Stores on CatalogLink.
www.CatalogLink.com

ADVERTISEI

✉ Email this page to a friend

⚜ HOUGHTON MIFFLIN

< fumarate                                    fumarole >

fu?mar?ic acid ?⁴? (fyōō-măr′ĭk) KEY ?

**NOUN:**

An organic acid, $C_4H_4O_4$, found in various plants and produced synthetically and used mainly in resins, paints, varnishes, and inks.

**ETYMOLOGY:**

From New Latin Fūmāria, *genus of herbaceous plants* (from Late Latin fūmāria, *fumitory*, from Latin fūmus, *smoke*) + -ic

**Word of the Day**

**sustain**
Definition: (verb) to keep
in existence or continue.
*Petersons com*

Add Word of the Day to
your personalized My
Yahoo! page:

➕ MY YAHOO! | 🔲
About My Yahoo! and RSS »

Visit our
partner's site

Provided by Houghton Mifflin

eReference -- Download this interactive reference
software to your desktop computer

Sponsored Links

**Fumaric Acid** Psoriasis
Learn about the causes, symptoms, and treatments for psoriasis.
www.HealthTalk.com

**Fumaric Acid** at Amazon
Low prices on **Fumaric Acid**. Qualified orders over $25 ship free
Amazon.com

**Mama Lotion**
#1 Bestseller 2 years in a row! Fast, FREE Delivery & Free Samples.

Yahoo! My Yahoo! Mail   Welcome dbrhheck[Sign Out]  Help

Web   Images · Video · Local · Shopping · more

| chelant and choline compounds | | Search | Options | Customize |

1 - 10 of 22515 chelant and choline compounds (About 22515) | SearchScan™™ On

## LEPC- Chemical List
Antimony **Compounds**. Argon (Refrigerated Liquid) Atrazine. Aztec 2.1 G. Bentazon Bentonite ...
Tetrasodium Edta **Chelant**. Triethanolamine. Trifluralin. Urea ...
www.region5-6.org/new/LEPC_Chemicals.asp - Cached

## (WO/1998/004662) A DETERGENT COMPOSITION COMPRISING AN ACID SOURCE WITH ...
The particularly preferred **choline** esters, given above, may be prepared by the ... Suitable amine
oxides include those **compounds** having the formula R3 (OR4) XN0 ...
www.wipo.int/pctdb/en/wo.jsp?IA=US1997012894&DISPLAY=DESC - 157k - Cached

### (WO/2002/036721) DETERGENT COMPOSITIONS
... cationic ester surfactants, including **choline** ester surfactants, have for ... compatible with
quaternary ammonium **compounds** and other adjunct ingredients. ...
www.wipo.int/pctdb/en/wo.jsp?IA=US2001046072&DISPLAY=DESC - 178k - Cached

## Patents 6265206 - 6265458
... agents; the overbased or carbonated **compounds** are treated as complexes, and are ... Patent
6265364: Solid cleansing composition comprising a **choline** salt ...
www.everypatent.com/idx/pdr3591.html - 134k - Cached

## Amine reaction **compounds** comprising one or more active ingredient ...
The present invention relates to a product of reaction between an amino functional polymer
comprising at least one primary and/or secondary amine and one or more ...
www.freepatentsonline.com/6698823.html - 173k - Cached

### Detergent compositions comprising an oxygenase enzyme and cofactor to ...
... salt bridges and enforcing calcium binding sites to increase chelant stability. ...
**Compounds**: Recommendations 1993", R. Panico, W. H. Powell and J-C Richer (Eds. ...
www.freepatentsonline.com/6251845.html - 210k - Cached

## Process and composition for detergents - United States Patent 6,096,703
Suitable water-soluble builder **compounds** include the water soluble monomeric ... specification
2.054,019 (cobalt **chelant** catalyst) Canadian 866.191 (transition ...
xrlnt.com/patents/us/by10/6096703 - 100k - Cached

## Designing Small Molecules for Biodegradability
... and to the biodegradation mechanisms available for that class of **compounds**. ... Choline chloride
has been used to develop ILs (called "deep eutectic solvents" ...
pubs.acs.org/cgi-bin/sample.cgi/chreay/2007/.../html/cr0509521.html - 209k

### [PDF] Designing Small Molecules for Biodegradability
523k - Adobe PDF - View as html
shown to be a superior **chelant** for remediation of metal pollution by ex ... than branched
**compounds** and diesel ... in **choline**-based or other biodegradable ...
pubs.acs.org/cgi-bin/sample.cgi/chreay/2007/107/i06/pdf/cr0509521.pdf

## Detergent tablet - Patent # 6303561 - PatentGenius
Detergent tablets containing a compressed portion and a non-compressed portion wherein: a) the
compressed portion ... and insoluble builder **compounds** are ...
www.patentgenius.com/patent/6303561.html - 179k - Cached

1   2   3   4   5   Next >

Back to EveryPatent.com

**File a Patent Today**
Quick, Reliable, Expert Service From the Experts at LegalZoom.com.
www.LegalZoom.com

**Patent Mistakes to Avoid**
Patent it yourself? Who to trust? Patent search? Provisional patent?
www.LitmanLaw.com/_Free_Information

**Patent Attorney/Engineer**
Over 36 years experience. Staff available 24/7 by phone.
www.invention.net

**Patent Your Invention**
We Patent, Design, Develop & License your Invention. Free Info!
www.AbsolutelyNEW.com

Ads by Google

| | |
|---|---|
| **United States Patent** | ***5,690,988*** |
| **Lin , et al.** | **November 25, 1997** |

## Pet food composition of improved palatability and a method of enhancing the palatability of a food composition

### Abstract

A food composition having improved palatability to cats comprising a nutritious food mass and an palatability enhancing amount of a choline compound. The choline compound is incorporated within, or applied to the surface of, the cat food composition.

Inventors: **Lin; Charles F.** (Topeka, KS); **Lin; Jack K.** (Topeka, KS); **Jewell; Dennis E.** (Auburn, KS); **Toll; Philip W.** (Vally Falls, KS); **Stout; Neil P.** (Topeka, KS); **Prewitt; Larry R.** (Auburn, KS)

Assignee: **Colgate Palmolive Company** (New York, NY)

Appl. No.: **594607**

Filed: **February 2, 1996**

| | |
|---|---|
| **Current U.S. Class:** | **426/635**; 426/72; 426/89; 426/97; 426/102; 426/534; 426/648; 426/650; 426/805 |
| **Intern'l Class:** | A23K 001/18; A23K 001/16; A23L 001/29; A23L 001/302 |
| **Field of Search:** | 426/89,87,648,650,805,102,534,635,72 |

### References Cited
### U.S. Patent Documents

| 2601112 | Jun., 1952 | Freedman | 426/649. |
| 2955042 | Oct., 1960 | Firor et al. | 426/649. |
| 3679429 | Jul., 1972 | Mohrman et al. | |
| 4191783 | Mar., 1980 | Burkwall, Jr. et al. | 426/335. |

*Primary Examiner:* Czaja; Donald E.
*Assistant Examiner:* Koh; Choon P.
*Attorney, Agent or Firm:* Shapiro; Paul

## *Claims*

What is claimed is:

1. A food composition having an enhanced palatability to pet animals comprising a nutritious food mass and a palatability enhancing amount of a choline compound of at least about 0.25% by weight.

2. The food composition of claim 1 wherein the composition is surface coated with a coating containing the choline compound.

3. The food composition of claim 2, wherein the choline chloride is added to the food composition during manufacture.

4. The food composition of claim 1 wherein the choline compound is choline chloride.

5. The food composition of claim 1, wherein the composition also contains an inorganic or organic acid in addition to the choline compound.

6. The food composition of claim 5 wherein the acid is phosphoric acid.

7. The food composition of claim 5 wherein the acid is malic acid.

8. The food composition of claim 5 wherein the acid is fumaric acid.

9. The food composition of claim 5 wherein the acid is ascorbic acid.

10. A method of enhancing the palatability of a food composition having greater acceptance to pet animals comprising adding a palatability enhancing amount of at least 0.25% by weight of a choline compound to the food composition and feeding the food to pet animals.

11. The method of claim 10 wherein the choline compound is added to the food composition by topical application to the surface of the composition.

12. The method of claim 10 wherein the choline compound is added to the food composition during manufacture.

13. The method of claim 10 wherein the choline compound is choline chloride.

14. The method of claim 10 wherein an inorganic or organic acid is added in combination with the choline compound.

15. The method of claim 14 wherein the acid is phosphoric acid.

16. The method of claim 14 wherein the acid is malic acid.

17. The method of claim 14 wherein the acid is fumaric acid.

18. The method of claim 14 wherein the acid is ascorbic acid.

19. The food composition of claim 1 having enhanced palatability to cats.

20. The method of claim 10 wherein the pet animal is a cat.

---

### *Description*

---

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention--Pet Animals

This invention generally relates to a pet food composition and particularly a pet food having increased palatability to cats.

### 2. Prior Art

Pet foods provide a convenient and popular means for assuring proper feeding. While the art is well aware of the nutritional requirements of pets and is experienced in making rations which are balanced to provide complete nutrition when eaten, the foods must be made sufficiently palatable for the pet to assure that the ration is readily consumed in the required amounts. This is especially important in disease management diets. The pet must eat the food to benefit from its nutritional value and the pet owner will not buy a second package if it is initially rejected by the pet. This is especially true if the pet is suffering from a loss of appetite as one symptom of a disease or disorder, the food will not be fully consumed and consequently less than the recommended ration will be eaten.

Pet animals, particularly cats, are notoriously fickle in their food preferences and require a high degree of palatability. Dry pet foods are widely marketed for cats. Generally, commercially sold dry cat food products have a relatively low moisture content of less than about 12% by weight and provide excellent nutrition. The lower moisture content permits a higher degree of nutritional balancing of ingredients. Typically, the dry pet food product is produced by extrusion techniques and is generally well accepted by the cat but has the drawback that the product is significantly lower in palatability than canned or high moisture products that contain meat and have a moisture content above 50% by weight. One solution to the problem of low palatability of dry cat foods is to add a palatability enhancer to the food so that the cat will more readily accept the dry food product. In the pet food industry, materials such as animal origin digests, organic acids and their salts, and different types of meat proteins are commonly used to enhance the palatability of pet foods for cats. In spite of the effectiveness of these materials, a need has continually existed for additives or ingredients that can be added to cat food products to further enhance the palatability of the product without reducing its nutritive properties.

## SUMMARY OF THE INVENTION

The present invention provides a cat food composition of improved palatability wherein a palatability enhancing amount of a choline compound is incorporated within, or applied to the surface of, the cat food composition.

The use of choline compounds to enhance the palatability of cat food compositions has been found to be

applicable to a wide range of commercial cat food products, and particularly dry cat foods.

Choline compounds have not been considered as palatability enhancers in the pet food industry although choline chloride has been included internally in pet foods at levels up to 0.24% by weight as a nutrition supplement. As will hereinafter be demonstrated, when included internally at such concentration levels, choline chloride has little or no effect on palatability enhancement in cat food.

Various methods of adding the choline compound to cat food compositions may be employed in accordance with the practice of the present invention including: applying the choline compound uniformly mixed with other ingredients of the cat food during manufacture so that the choline compound forms a part of the basal food or topically applying the choline compound as a coating to the surface of the food product after its manufacture. Regardless of the method of addition, the presence of the choline compound, at levels appropriate for the manner of addition, provides the maximum degree of taste sensor response from cats resulting in a statistically significant enhancement in palatability.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

Choline is the trivial designation for the compound, 2-hydroxy-N,N,N-trimethylethanaminium. The term "choline compound" as used herein means choline containing compounds including choline or structural analogs of choline in combination with various anions. These anions may include among others, any of the halides (fluoride, iodide, chloride and bromide) bitartrate, dihydrogen citrate, bicarbonate, and salicylate and mixtures thereof. Specific examples include butyryl choline chloride, phosphoryl choline, calcium tetrahydrate acetyl choline chloride/bromide, iodide, cholic acid, cholic acid sodium dihydrate, choline bicarbonate, choline bisulfite, choline chloride phosphate, choline hydroxide, choline iodide and choline betartrate. In a preferred embodiment, the choline containing compound is choline chloride. Choline chloride at doses of 60 mg/day is recommended by small animal nutritionists as a structural component of fat and nervous tissue.

The term "palatability", as used herein, encompasses within its meaning all of the various properties of the food sensed by the cat such as taste and smell. The cat food compositions and methods of enhancing the palatability thereof to which the present invention is intended to apply generally relate to cat food compositions of any moisture content but preferably a cat food prepared from a nutritionally balanced mixture of proteinaceous and farinaceous ingredients having a moisture content of less than about 75% by weight. It is presently believed, however, that the palatability enhancer of the present invention is especially important for use with dry cat foods, that is, foods having a moisture content of less than about 12% because of their relative need for some palatability enhancement.

The term "cat food composition", as used herein, is generally intended to apply to commercially sold, nutritionally balanced cat food compositions. Cat food compositions meeting this definition are characterized by a minimum protein content since there is a certain minimum protein level required when the cat food composition provides the sole food intake for the cat. Commercially sold dry cat food compositions typically have a minimum protein content that is dependent upon the age of the animal to which it is to be fed, or if the animal is mature, whether or not it is involved in breeding. Thus, while females involved in breeding, or kittens would require a minimum protein content of at least about 28% by weight and preferably about 30-35% by weight on a 90% dry matter basis in the composition, cats not in either of the above two categories, e.g., mature cats not involved in reproduction, would require a minimum protein level of at least about 20% by weight based on a 90% dry matter basis in the composition. Preferably, the protein content will be at least 25% by weight and more typically at least about 30% by weight on a 90% dry matter basis in the cat food product.

The cat food compositions of the present invention to which the choline compound is added are not intended to be restricted by any specific listing of ingredients since these will be entirely dependent upon the nutritional balance of the ration desired as well as their availability to the pet food manufacturer. Generally, aside from the nutrition balancing additives such as vitamins and minerals, or other additives such as preservatives, emulsifiers, included in products of this type, commercial pet food compositions

for the most part consist of ingredients that may either be termed substantially proteinaceous or ingredients that may be termed substantially farinaceous. Although the following description should not be considered limiting for the purposes of the present invention, the proteinaceous ingredient may be defined as any material having a protein content of at least about 15% by weight whereas the farinaceous material may be defined as having a protein content below about 15% by weight and a major fraction of starchy or carbohydrate containing materials.

Examples of proteinaceous materials typically used in commercial pet foods are: vegetable protein meals such as soybean, cottonseed, and peanut; animal proteins such as casein, albumen, and meat tissue including fresh meat; as well as rendered or dried animal "meals" such as fish meal, poultry meal, meat meal, bone meal, and the like. Other types of proteinaceous materials include microbial proteins such as yeast and other types of protein such as wheat gluten or corn gluten.

Examples of typical farinaceous materials are grains such as corn, rice and wheat and various other grains which are relatively low in protein.

The choline compound may be applied in accordance with the practice of the present invention, after manufacture of the cat food, in a palatability enhancing amount, to the surface of the cat food composition generally in an amount of about 0.06% by weight or more and preferably about 0.12 to about 0.60% by weight based on the weight of the food composition and most preferably about 0.24 to about 0.30% by weight. This level of choline compound provides a significant palatability improvement over cat food compositions of identical formulation to which the choline compound has not been topically applied to the food product surface.

When admixed with the other ingredients of the cat food during manufacture and present internally therein palatability enhancement, an amount of choline compound of at least about 0.25% by weight or within a preferred range of about 0.30 to about 0.60% by weight is included in the food composition. When so incorporated within the food composition, it is critical that at least about 0.25% of the choline compound is present for as will hereinafter be demonstrated, when the choline compound is present internally in the food product in lesser amounts, little or no palatability enhancement is observed.

Also in accordance with the practice of the present invention, the choline compound may be used in combination with other known palatability enhancers. For example, phosphoric acid, coated onto the surface of a dry cat food, has been shown to be a palatability enhancer. U.S. Pat. No. 3,679,429 discloses a method for improving the palatability of dry cat food by coating the food with fat and one of the following flavor enhancing acids: hexamic, tartaric, fumaric and lactic acids, phosphoric and citric acids. U.S. Pat. No. 3,930,031 discloses improving the palatability of semi-dry and dry cat food by coating the food with a mixture of phosphoric acid and citric acid wherein the coating provides at least 0.5% by weight phosphoric acid.

The added acid also provides a preservative or antimycotic action, inhibits spoilage due to contamination and acts as an alkaline buffer whereby the choline compound is stabilized to decomposition.

Insofar as the application of the palatability enhancing amount of the choline compound as a coating applied topically to the surface of the cat food, it is preferred to apply the choline compound as a dispersion with a fat material such as choice white grease in order to provide a uniform distribution of the choline compound on the food composition surfaces, thereby assuring maximum availability to the taste receptors of the cat.

In one means of effecting the application of the choline compound to the surface of a cat food composition, according to the present method of enhancing the palatability thereof, food particles such as those of the extruded type are transported while in a somewhat heated condition on a suitable conveyer to a spray chamber or mixing drum or vat. If a dry product is desired, the particles are first dried to a moisture level of below about 12% by forced air. A mixture of the choline compound and melted fat is separately formed in a mixing tank or metering pump by blending the requisite level of fat

and choline compound which is then introduced to the spray chamber or mixing tank. The fat dispersion containing the choline compound is then sprayed on, or mixed with, the food particles to provide the desired level of fat and a palatability enhancing amount of the choline compound on the cat food particles. Following coating of the food particles, the coated particles are collected and then transported, if desired, to a tumbling drum or similar apparatus wherein the coated particles are tumbled repeatedly to improve the uniformity of the coating. The coated food particles can then be removed from the tumbling drum and cooled to ambient temperature.

If it is desired to incorporate the choline compound within the cat food product admixed with the other food product ingredients, the choline compound is merely admixed with the other ingredients of the food formulation preparatory to the manufacturing process as, for example, by extrusion, baking or canning processes.

Application of the choline compound to a food composition in a palatability enhancing amount either as a surface coating or intimately admixed with the other food ingredients results in significant palatability response from cats in comparison to the same cat food composition without the choline compound. A significant improvement in cat food formulation is, therefore, achieved by the application of the choline compound since the palatability of the composition to the cat is usually a controlling factor in the commercial success of such compositions.

Pursuant to a better understanding of the present invention, the following Examples describe illustrative but non-limiting embodiments thereof.

EXAMPLE I

Cat Food Composition Formulation Containing Choline Chloride Admixed With Other Food Ingredients

An extruded cat food composition having a protein content of about 31% by weight on a 90% dry matter basis was prepared by mixing 0.30% by weight choline chloride and major amounts of animal by-product meal, fish meal, brewers rice and yellow corn and minor amounts of yeast, cellulose, fiber, salt (sodium chloride), vitamins and minerals.

The choline chloride was completely admixed with the other ingredients before being extruded. The choline chloride was a commercial feed grade of choline chloride (60% purity). The ingredient mixture was then transferred to a steam preconditioner and subjected to steam and moisture in order to adjust the moisture content to between about 20 and 40% by weight. The conditioned mixture was then extruded under conditions of elevated temperature and pressure to form a continuous strand of product that was segmented into pieces or kibbles by a rotating cutting knife upon exit of the strand from the extruder. The particles were then conveyed to a forced air drying system and the moisture level reduced to below about 10% by weight. The dried, extruded kibbles were placed in a small cement mixer for mixing with choice white grease which was heated to about 122.degree. F. This mixture was stirred for about 5 minutes to achieve a uniform coating. The so coated cat food was then placed in polyethylene-lined bags and stored at room temperature for about two days before being tested for palatability.

For purposes of comparison, the procedure of Example I was repeated with the exception that 0.24% by weight choline chloride was admixed with the other ingredients used to prepare the extruded cat food product.

The palatability of the two cat food products containing respectively 0.24 and 0.30% by weight choline chloride was measured using a palatability test which determined the extent to which cats may prefer one pet food diet over another pet food diet. In this palatability test two pan comparisons with a panel of 30 cats were used. Each cat was presented with two pans of food, each containing a measured amount of the test rations which were more food than the animal was expected to consume. The test was run for two days. The amount of food consumed was measured. A direct comparison of consumption of the

two rations gives a reliable indication of relative palatability. The direct comparison or mean intake ratio, for all animals was made based on the intake ratio for each animal as follows: A/(A+B) where A is the sum of the weight consumed from Pan A containing pet food to which choline chloride had been added and B is the sum of the weight consumed from pan B containing a commercially available dry cat food sold for mature cats containing about 0.24% by weight choline chloride as a nutritional supplement, which served as a control.

The results of the palatability tests are recorded in Table I below. The higher the food intake ratio the greater the palatability of the food to the cats which participated in the test.

TABLE I

| Wt. % Choline Chloride Added to Food Composition | Preferring %* | Food Intake Ratio |
|---|---|---|
| 0.24 | 23 | 0.35 |
| 0.30 | 68 | 0.63** |

*% of cats preferring the food containing choline chloride over the commercial cat food product which served as a control.
**$p < 0.01$ (Data is statistically significant to a confidence level of 99%).

The results recorded in Table I indicate that the palatability of dry cat food is significantly increased as compared to a commercially available cat food when the concentration of choline chloride is raised from 0.24% to 0.30% by weight levels.

EXAMPLE II

Cat Food Composition Containing Choline Chloride Incorporated in White Grease Surface Coating

The procedure of Example I was repeated, except varying amounts of choline chloride were added to the choice white grease coating applied to the surface of the food particles.

A commercially available dry cat food containing 0.24% by weight choline chloride as a nutrition supplement, served as the control. The results are recorded in Table II below.

TABLE II

| Wt. % Choline Chloride Added to Food Composition in Coating | Wt. % Choline Chloride in Food Composition | Preferring %* | Food Intake Ratio |
|---|---|---|---|
| 0.06 | 0.30 | 67 | 0.56 |
| 0.12 | 0.36 | 57 | 0.50 |
| 0.18 | 0.42 | 60 | 0.58 |
| 0.24 | 0.48 | 80 | 0.74** |

| 0.30 | 0.54 | 75 | 0.66** |
| 0.54 | 0.78 | 73 | 0.68** |

*% of cats preferring food coated with choline chloride over the control
food.
**$p < 0.01$

The results recorded in Table II show that when choline chloride is applied to the surface of cat food at concentration levels of 0.06% by weight or more, a substantial enhancement in the palatability of the food to cats is observed.

For purposes of contrast, the procedure of Example II was repeated except the commercial cat food, which contained 0.2% sodium chloride, was coated with choice white grease containing varying amounts of sodium chloride salt.

The commercial cat food without salt addition to the white grease coating was used as a control. The results are recorded in Table III below.

TABLE III

| Wt. % NaCl Added to Food Composition in Coating | Wt. % NaCl in Food Composition | Food Preferring %* | Food Intake Ratio |
|---|---|---|---|
| 0.10 | 0.30 | 40 | 0.47 |
| 0.40 | 0.60 | 25 | 0.42 |
| 0.70 | 0.90 | 18 | 0.25** |
| 1.00 | 1.20 | 29 | 0.34** |
| 1.30 | 1.50 | 8 | 0.19** |

*% of cats preferring food coated with sodium chloride containing choice
white grease over the control food.
**$p < 0.01$

The results recorded in Table III indicate that saltiness induced by sodium chloride salt significantly decreased the palatability of the cat food. Thus, the palatability enhancement obtained from the use of choline chloride is not attributed to any saltiness of the compound.

EXAMPLE III

The procedure of Example II was repeated except inorganic acid such as phosphoric acid (75.0% solution) and organic acids such as malic acid powder (99.9% purity), fumaric acid powder (99.9% purity), and ascorbic acid powder (99.9% purity) were included in the choice white grease coating. A commercial cat food containing 0.24% by weight choline chloride as a nutrition supplement served as the control. The results are recorded in Table IV below.

TABLE IV

| Wt. % Choline Chloride in | | | Food |
|---|---|---|---|

| Choline Chloride in Coating (Wt. %) | Food Composition Coating (Wt. %) | Organic Acids in Coating (Wt. %) | % Preferring* | Intake Ratio |
|---|---|---|---|---|
| 0.06 | 0.30 | 0.00 | 67 | 0.56 |
| 0.06 | 0.30 | 0.40 phosphoric acid | 100 | 0.96** |
| 0.18 | 0.42 | 0.00 | 60 | 0.58 |
| 0.18 | 0.42 | 0.10 malic acid | 65 | 0.67** |
| 0.18 | 0.42 | 0.10 fumaric acid | 67 | 0.61** |
| 0.18 | 0.42 | 0.10 ascorbic acid | 75 | 0.67** |

*% of cats preferring grease coated food product containing palatability enhancing agent in the coating over the control food.

**$p < 0.01$

The palatability data recorded in Table IV indicates that the food composition surface with a combination of choline chloride and organic acids or inorganic acid were preferred to a greater degree by cats than the food in which organic acids were absent from the coating.

Top

9/10/08 12:39 AM


**YAHOO!** SEARCH                                              Help - Help for Webmasters

« back to results for "**pet food related cancer**"

Below is a cache of **http://www.michigan.gov/documents/MDA_petfooddrugs_10305_7.pdf**. It's a snapshot of
the page taken as our search engine crawled the Web. We've highlighted the words **pet food related cancer**.
The web site itself may have changed. You can check the current page (without highlighting) or check for
previous versions at the Internet Archive.

*Yahoo! is not affiliated with the authors of this page or responsible for its content.*

**September/October 1993**

# WHEN PET FOODS ARE DRUGS

*The following information is taken from a presentation by CVM's David A. Dzanis, D.V.M.,
Ph.D., DACVM, at the American Veterinary Medical Association Convention in July 1993*

As the American consumer has become more conscious of health and the benefits of good
nutrition, many "health claims" have appeared on product labels. And, since the pet food
industry follows many of the same marketing strategies as human food producers, it is not
surprising that many pet food labels also bear these types of claims.

The Food, Drug, and Cosmetic Act defines "food" as an article used for food or drink for man or
other animals. A "drug" is in part an article intended for use in the diagnosis, cure, mitigation,
treatment, or prevention of disease. The Act requires that a drug be subject to an approval
process prior to marketing. Foods are not required to have a premarket approval unless they are
considered to be food additives.

The legal definitions of foods and drugs become intertwined when a food label bears a claim that
consumption of the product will treat, prevent, or otherwise affect a disease or condition. In
other words, it makes a drug claim. And, if the product was not subject to the normal premarket
clearance mechanism to demonstrate safety and efficacy, it is unsafe by definition. Therefore,
pet foods with labels bearing drug claims are subject to regulation as drugs as well as foods.

The Nutrition. Labeling and Education Act (NLEA). passed in 1990, allowed certain health
claims on foods for human consumption. These are claims where the intake of certain foods
reduces the risk of a disease. For example, the relationship of dietary fiber with the reduction of
risk of colon cancer could appear on breakfast cereals high in fiber. Other relationships, such as
calcium and osteoporosis, and salt and hypertension, are also mentioned in the NLEA. Such
claims, where the discussion of intake of a certain food with the reduction of risk of a disease.
could appear on the label without automatically rendering the product a drug.

A similar relationship between diet and disease can be argued for pet foods; however, the NLEA
did not expressly include animal feeds or pet foods in the new law. Thus, there is little legal
basis to allow for similar health claims on pet food labels.

CVM has incorporated some of the philosophy of the NLEA in its policies to allow for
meaningful health-related information on pet food labels. Much of these efforts to date have
focused on label claims related to cat foods and the prevention of Feline Urologic Syndrome
(FUS)

The exact cause of FUS is not known, but a number of dietary and non-dietary factors may be involved. The ability for a cat food to produce an appropriately acidic urine, and to a lesser degree, to limit the amount of dietary magnesium, may affect the incidence of the disease.

Label claims to prevent or reduce the risk of FUS, cystitis, or urinary problems are not allowed under the law. However, CVM, in an attempt to get related information to the consumer, is exercising regulatory discretion in allowing such claims as "reduce urine pH to help maintain urinary tract health," or "low magnesium levels." Of course, with respect to urine pH claims, this discretion is contingent on adequate controlled studies to demonstrate that the product produces an acidic urine and that it is safe for the animal. The "low magnesium level" claim requires the company to submit the results of proximate analysis of a number of runs of the product. The criteria to support a "low magnesium" claim is less than 0.12 percent on a dry matter basis and less than 25 mg per 100 kilocalories of metabolizable energy.

Another FUS claim, "low ash," is not allowed on pet food labels. The current scientific consensus is that ash, per se, is not related to the incidence of FUS, and to reference it on the label would be false and misleading.

### Weight Control Claims

More and more "lite" pet food products are now available, again following marketing practices for human foods. Some pet food labels have claimed that the product treats or prevents conditions associated with obesity, such as heart disease, arthritis, and even cancer.

The data to support the premise that obesity in dogs or cats causes these conditions is arguable. Regardless, such claims are drug claims and should not appear on pet food labels.

The Association of American Feed Control Officials (AAFCO) Pet Food Committee did establish an internal guideline that a "lite" product must be at least 15 percent lower in calories than the company's standard product. However, since caloric content of pet foods varies greatly from company to company, one company's "lite" could be higher in calories than another company's standard product.

The AAFCO is developing means to allow caloric content statements on labels, and to define the term "lite" based on a standard reference for all products, regardless of manufacturer.

### Dental Health Claims

Label claims for "clean teeth" have been on pet foods for many years, particularly on dry, hard, biscuit products. However, as the field of veterinary dentistry has grown, a number of products have borne more explicit claims— claims to treat or prevent gingivitis or periodontal disease. To achieve these intended effects, ingredients historically not found in foods are being incorporated in some new products. Ingredients such as pyrophosphates and enzymes are of concern to CVM. An ingredient that is not generally recognized as safe (GRAS) and not the subject of an approved food additive petition for its intended use may be an unapproved food additive. Therefore, even

without drug claims, pet food products containing unapproved food additives are subject to regulatory action.

Claims to treat or prevent gingivitis or periodontal disease are obviously drug claims and should not appear on pet food labels.

*Veterinary Medical Foods*

Veterinary medical foods are generally intended to be offered as the sole source of nutrition to animals with specific medical conditions. They usually contain restricted amounts of certain nutrients to aid in the mitigation of some disease process. These products are often identified on the market by the label phrase "use under directions of a veterinarian." Originally, this phrase applied to labels for medicated pet foods, which contain an antibiotic or other drug. These

These companies do not tell you that euthanized cats and dogs are being rendered down to make cat and dog food. (AAFCO President admitted to this on a news video).

ADVERTISING LAWS NEED TO BE RE-ENFORCED; ie "Vet recommended", VETS ARE PAID BY THE COMPANY TO SELL THIS GARBAGE.

"FOR THE LIFE OF YOUR PET" What exactly does that mean???

It is the QUALITY of the proteins that animals need, not more or less of the synthetic altered fillers.

DOW Chemical and KODAK were in hot water with the FTC, not for the fact that used photo processing chemicals were being used as vitamin supplements in pet foods, but because of a paperwork error.



IT HAS BEEN PERSONS SUCH AS MYSELF WHO HAVE RESEARCHED & FOUND THIS INFORMATION THAT ARMED THE ATTORNY'S.

ASPCA Victory: First-of-Its-Kind Animal Abandonment Law Passed!

The subprime mortgage crisis that has devastated homeowners and the economy has brought with it a troubling trend: pets abandoned after home foreclosures. Those who assess deserted homes are often directed to leave property—including pets—untouched until the foreclosure process is completed. As a result, many pets have been left to die.

The ASPCA would like to congratulate the California Legislature for addressing this issue with the swift passage of Assembly Bill 2949, which amends California's Civil Code to require property owners—including banks or other corporate entities—to immediately notify animal control officials when animals are abandoned at foreclosed properties.

AB 2949 was born out of California State Assemblyman Mark DeSaulnier's annual "There Ought to Be a Law" contest. Contest winner Sheri Kuticka recognized this tragic consequence of the housing market downturn, and suggested that something be done to help abandoned animals. She, along with the ASPCA and the California Animal Association, cosponsored the legislation, which was signed into law by Governor Arnold Schwarzenegger on August 4.

"While pets are mere 'property' in the eyes of the law, the difference between a cat and a stereo is self-evident," says Californian Jill Buckley, ASPCA Senior Director of Government Relations. "Before this law, a lot of well-meaning people's hands were tied when they found pets in empty homes. Of course, the most important thing is for folks not to abandon their pets in the first place—but at least now, these unlucky animals will have a chance to get the life-saving care they need."

If you might be facing foreclosure, please plan ahead to find suitable solutions for your pets. And if you live in California, visit the ASPCA Advocacy Center to send Governor Schwarzenegger an email thanking him for approving AB 2949 so quickly.

(Taken from website http://www.aspca.org/site/PageServer?pagename=media_newsalert081508&JServ SessionIdr012=6llig8ccy2.app26b#1)



USDA  United States Department of Agriculture
**National Agricultural Library**

**ANIMAL WELFARE INFORMATION CENTER**

Home | About AWIC | Publications | Workshops | Services | News and Events | Help | Contact Us

**Search AWIC**

[ ] Go

- Search all USDA
- Advanced Search
- Search Tips

**Browse by Subject**

- Research Animals
- Farm Animals
- Zoo, Circus and Marine Animals
- ▶ Companion Animals
- Government and Professional Resources
- Alternatives
- Literature Searching and Databases
- Pain and Distress
- Humane Endpoints and Euthanasia

You are here: Home / Companion Animals

# Companion Animals



This site has been provided as a convenience to assist with issues related to companion animals. Please note that the Animal Welfare Act (AWA) and its regulations do not apply to many companion animal problems.

Wholesale breeders, dealers, exhibitors and research labs are covered but not small retail breeders and pet shops selling only domestic pet animals. These are usually covered by local (state, county) anti-cruelty laws. If you have concerns about a facility covered under the Act, contact APHIS Animal Care.

## In the News

**Notice on Internet Adoption and Purchase Scams**
Jul. 28, 2008 -- The Centers for Disease Control and Prevention (CDC) has been notified of an increasing number of Internet scams involving adoptions of pets from other countries into the United States.

## Spotlights



**Horses, 2006**
*USDA, NAL, Animal Welfare Information Center.*
A bibliography and Web site resources related to the housing, husbandry and welfare of horses.

**Pet Food Task Force**
*USDA, Agricultural Marketing Service.*
Information from the Pet Food Task Force, established in 2004 by the National Organic Standards Board to develop labeling standards for organic pet food.



**Pet Food Recall**
*US Food and Drug Administration.*
Provides information on the nationwide pet food recall, including news updates, a list of recalled foods, and how to report a complaint.



**Spaying and Neutering Cats, Dogs and Related Wildlife, 2005**
*USDA, NAL, Animal Welfare Information Center.*
Provides a comprehensive view of the literature published on the broad topic of spaying and neutering cats and dogs.



**Pet Travel**
*USDA, APHIS, Animal Care.*
Provides basic information on domestic and international travel of common pets and other animals.

**I Want To:**

Find Information on Financial
▹ Assistance for Veterinary Care for My Pet

Learn About USDA's
▹ Regulation of Commercial Animal Dealers

**Companion Animals**

▹ Common Questions

▹ Pet Species

▹ Service and Working Animals

▹ Travel and Transport

▹ Funding Opportunities

▹ Emergencies and Disaster Planning

▹ Legislation, Regulations, Policies, and Guidelines

**See Also**

▹ Find a Veterinarian

▹ Find a Shelter

▹ Find a Local Humane Society

▹ List of State Veterinarians

Centers for Disease Control,
▹ Animal and Animal Product Importation

▹ Pets and Wildlife Licensing and Health Requirements

U.S. Food and Drug
▹ Administration, Turtle Regulations

▹ Veterinary Medicine Libraries

**Media Help**

*[handwritten note, left margin]* Govt. reference to "Companion Animals" NOT "pets"