purchase reimbursement (up to $250,000), screenings or testing for healthy pets (up to $400,000), and all other economic damages, including those relating to the injury or death of a pet (all remaining funds in the Settlement Fund). This is described in greater detail in the Full Notice available at **www.petfoodsettlement.com**.

WILLIAM ... .L.CLERK

**4. HOW YOU CAN QUALIFY FOR AND RECEIVE A PAYMENT.**

In order to be eligible for any compensation from the settlement, you must: 2009 SEP 15 A 11: 58

- fill out this Claim Form in its entirety;
- sign the verification statement in section VII. By signing the verification statement, you swear under penalty of perjury that the information that you have supplied is accurate; and
- return this Claim Form together with copies of your supporting documentation, if any.

All information submitted will be kept confidential.

## I. YOUR INFORMATION

Christine Kiefert

Name of Person Submitting Claim: (First, Middle, Last)

8641 Freeling Varner Rd

Street Address

Hixson     State: TN     Zip Code: 37343 -

City

United States

Country

Area Code 423 Telephone Number (Work) 320-3535    Area Code 423 Telephone Number (Home) 847-8393    Area Code Fax Number (optional) -

E-Mail Address (optional):

## II. PET INFORMATION

Pet (check one): Dog ☑ or Cat ☐ **(A separate Claim Form must be submitted for each animal.)**

Olive dil Kiefert

Pet's Name:

Pug Black

Breed, If known (optional):

July 26 2006

Pet's Date of Birth (best approximation):

Gender of Pet (check one): Male ☐ Female ☑

Dr Ade or whoever was there

Name of Pet's Veterinarian (if applicable):

6310 Hixson Pike

Street Address

Hixson     State: TN     Zip Code: 37343 -

City

United States

Country

Area Code 423 Telephone Number (Work) cell 320-3535    Area Code 423 Telephone Number (Home) 847-8393    Area Code 423 Fax Number (optional) 847-8393

E-Mail Address (optional):

Mighty Dog Pouches

Brand(s) of Recalled Pet Food Purchased and/or Consumed by Your Pet:

December or January end (Don't remember)

Date of Purchase or Consumption of Recalled Pet Food by Your Pet (best approximation):

Dockets.Justia.com

## III. REIMBURSEMENT FOR EXPENSES RELATING TO THE TREATMENT, TESTING, DEATH OR INJURY TO YOUR PET

### A. VETERINARY TESTING AND TREATMENT

Check ONE of the following three categories and fill in the corresponding blank:

1. _____ **My pet showed no signs of illness and never became sick** after eating the Recalled Pet Food, but I took my pet to a veterinarian to be tested for illness related to the Recalled Pet Food.

   **My total veterinary expenses were:** $_____

2. _____ **My pet became sick** (*i.e.*, developed the symptoms of acute kidney or renal failure such as vomiting, lethargy, decreased appetite, increased urination and/or increased water intake) **but did not die** after eating the Recalled Pet Food and I took the pet to a veterinarian for treatment.

   **My total veterinary expenses were:** $_____

3. ✓ My pet became sick (*i.e.*, developed the symptoms of acute kidney or renal failure such as vomiting, lethargy, decreased appetite, increased urination and/or increased water intake). I took my pet to a veterinarian for treatment or examination and **my pet died** after eating the Recalled Pet Food.

   **My total veterinary expenses were:** $1300.00

To recover the maximum amount you can from the Settlement Fund, attach proof of your veterinary expenses and treatments, such as veterinarian bills, veterinarian records, cancelled checks, receipts, credit card receipts or statements, or a statement from your veterinarian. To the extent that you do not have documentation of these expenses, you should provide information regarding those expenses in Section V below. Your recovery may be limited by the Claims Administrator and is subject to the $900 maximum aggregate recovery for undocumented economic damages. You will only be reimbursed for veterinary services that are related to your pet's use or consumption of the Recalled Pet Food and not for unrelated veterinary services.

### B. DEATH

If your pet died as a result of eating the Recalled Pet Food, in addition to all other economic damages, you may be eligible to receive reimbursement for the following types of expenses to the extent they are reasonable:

1. **NECROPSY/PET AUTOPSY:**

   Total Expense: $_____

2. **EUTHANASIA/PUTTING YOUR PET TO SLEEP:**

   Total Expense: $___✓___ (see attached paper work)

3. **CREMATION:**

   Total Expense: $_____

4. **BURIAL/SPECIALTY SERVICES (COMBINATION OF EUTHANASIA/CREMATION):**

   Total Expense: $_____

To recover the maximum amount you can from the Settlement Fund, attach proof of the expenses and services. Examples of such proof are veterinarian bills, veterinarian records, pet cemetery bills, cancelled checks, receipts, credit card receipts or statements, or a statement from your veterinarian or other person(s) performing the services listed above for which you want reimbursement. To the extent that you do not have documentation of these expenses, you should provide information regarding those expenses below in Section V. Your recovery may be limited by the Claims Administrator and is subject to the $900 maximum aggregate recovery for undocumented economic damages.

5. **PET REIMBURSEMENT**

If your pet died and you bought a new pet **before May 22, 2008**, you may be reimbursed for (i) either the cost or fair market value of your deceased pet, whichever is higher, OR (ii) the reasonable cost of your new pet. You must elect which of these two reimbursements you want.

If your pet died and you did NOT buy a new pet **before May 22, 2008**, you may be reimbursed for either the cost or fair market value of your deceased pet, whichever is higher.

This reimbursement relates to any deceased pet, whether a mixed breed, pure bred, service animal (for example, a seeing-eye dog) or a show pet. Please check the box or boxes below that apply to you and fill in the corresponding information:

☐ I purchased a new pet before May 22, 2008.

The breed of my new pet is: _____

If you purchased a new pet before May 22, 2008, select one of the following:

☐ I seek reimbursement for the cost of my new pet. The cost of my new pet was: $_____

OR

☐ I seek reimbursement for the cost or fair market value of my deceased pet. The cost or fair market value of my deceased pet was: $_____

☑ I did not purchase a new pet before May 22, 2008. Therefore, I seek reimbursement for the cost or fair market value of my deceased pet. The cost or fair market value of my deceased pet was $ *See part IV*.

To recover the maximum amount you can from the Settlement Fund, attach a copy of proof of either (1) the cost or fair market value of your deceased pet, or (2) the cost of your new pet purchased before May 22, 2008. Acceptable proof includes a receipt, bill, credit card statement, canceled check, AKC Registration, Cat Fancier's Association Certificate, third party appraisal or other proof of the cost or fair market value of your pet. To the extent that you do not submit documentation of these items, you should provide information regarding those expenses below in Section V. Your recovery may be limited by the Claims Administrator and is subject to the $900 maximum aggregate recovery for undocumented economic damages.

## C. ADDITIONAL EXPENSES

If you incurred any other expenses related to the death or illness of your pet after it ate the Recalled Pet Food, state those expenses below. Examples of such additional expenses include travel and transportation expenses, property damage (such as damage to your carpets), lost wages or any other expense related to your pet's illness or death.

To recover the maximum amount you can from the Settlement Fund, attach documentation showing these additional expenses. Acceptable proof includes bills, receipts, credit card statements, photographs, and other documents reflecting the payment of these expenses. To the extent that you do not submit documentation of these items, your recovery may be limited by the Claims Administrator and is subject to the $900 maximum aggregate recovery for undocumented economic damages.

ADDITIONAL EXPENSES *(attach additional pages if necessary)*:

I took her back and forth starting Wednesday (Jan. 10, 2007) she didn't spend the night because nobody would have been there to stay with her, I did this up until Saturday (Jan. 13, 2007). It is approximatley 5 miles each way. I have a picture of the carpet cleaner I had to buy. I don't have a receipt but I have a picture from the newspaper where it was purchased with the price.

## IV. RECALLED PET FOOD PURCHASE INFORMATION

You may also be entitled to reimbursement for the purchase of Recalled Pet Food for which you have not already been reimbursed, including by previous return or exchange of product.

Total cost of unreimbursed Recalled Pet Food: $ 100.00

**To recover the maximum amount you can from the Settlement Fund for unreimbursed Recalled Pet Food, attach documentation showing your purchase of Recalled Pet Food. Acceptable proof includes receipts, cancelled checks, credit card statements, copies of the product labels, other records from place of purchase, or other records that could show you bought the food and how much you paid. To the extent that you do not submit documentation of these items, you should provide information regarding those expenses below in Section V, and your recovery may be limited by the Claims Administrator.**

| DATE OF PURCHASE (List Chronologically) (Month/Date/Year) | PLACE OF PURCHASE | PRODUCT PURCHASED | NUMBER OF CANS/POUCHES/BAGS PURCHASED | TOTAL COST |
|---|---|---|---|---|
| ☐☐/☐☐/☐☐ | Store Winn Dixie City Hixson (Dallas) State TN 37343 | Brand Mighty Dog Style Truck | Number 2 Size Type | $ ? |
| ☐☐/☐☐/☐☐ | Store Bi-Lo City Hixson (Dallas) TN 37343 State | Brand Mighty Dog Style Pouch | Number 2 Size Type | $ ? |
| ☐☐/☐☐/☐☐ | Store City State | Brand Style | Number Size Type | $ |
| ☐☐/☐☐/☐☐ | Store City State | Brand Style | Number Size Type | $ |
| ☐☐/☐☐/☐☐ | Store City State | Brand Style | Number Size Type | $ |
| ☐☐/☐☐/☐☐ | Store City State | Brand Style | Number Size Type | $ |
| ☐☐/☐☐/☐☐ | Store City State | Brand Style | Number Size Type | $ |
| ☐☐/☐☐/☐☐ | Store City State | Brand Style | Number Size Type | $ |

*(Add additional pages, if necessary)*

If you did not provide documentation to support some or all of your economic damage claims, you should try to provide here as much information as possible about those claims that are not documented and why you did not provide documentation. Providing this explanation will help the Claims Administrator evaluate your claim.

Attach additional pages if necessary.

I didn't keep any receipts for the dog food because I didn't think there would be any reason because she died and I had received the $700.00 from Purina. Also she went to her regular vet (which was Middle Valley Animal Hospital, Dr. Ade) but she was rushed to River (Emergency Vet) on Saturday and she spent the night there and died there Sunday night (around 5:00pm). I did not purchase Olivie, she was a puppy from a liter of puppies from a female Olivia + a male Oscar that we have. We had 5 — puppies total 1 fawn and 4 black. We sold the fawn for $300.00 and the black for $400.00. So as far as fair market value all I have is some clippings from our local newspaper showing how much pugs are sold for. To be truthful she was such a special puppy I couldn't really put a price for her life.

## VI. PRIOR SETTLEMENT/REIMBURSEMENT

Certain pet food manufacturers and retailers have already reimbursed certain Recalled Pet Food claims submitted by customers. **Please indicate whether you have previously submitted claims for reimbursement or compensation to a pet food manufacturer or retailer, or its insurance company.**

Yes ✓ or No ___

**If you answered No, then you can proceed to Section VII, sign the Claim Form, and mail, fax or email (by pdf.) it to the address on the front of the Form.**

**If you answered Yes, then please provide the following information:**

| M | a | r | y | | C | h | r | i | s | t | i | n | e | | K | i | e | f | e | r | t | | | | | | | | | | | | | |
Name of Person Submitting Claim for Reimbursement: (First, Middle, Last)

| O | l | i | v | i | e | | O | i | l | | | | | | | | | | | | | | | | | | | | | | | | | |
Name of the Pet:

| N | e | s | t | l | e | | P | u | r | i | n | a | | P | e | t | C | a | r | e | | | | | | | | | | | | | | |
Name of Manufacturer or Retailer that Received Claim:

| P | O | | B | o | x | | 1 | 3 | 2 | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
Street Address

| W | i | l | k | e | s | | B | a | r | r | e | | | | | | | | |        | P | A | |        | 1 | 8 | 7 | 0 | 3 | − | 9 | 9 | 8 | 5 |
City                                  State           Zip Code

| U | n | i | t | e | d | | S | t | a | t | e | s | | | | | | | | | | | | | | | | | | | | | | |
Country

| s | e | e | | c | o | p | y | | | | | | | | | | | | | | | | | | | | | | | | | | | |
The date(s) on which claim(s) for reimbursement was or were made:

**Was Reimbursement Provided? Yes ✓ or No ___**   **Amount of Reimbursement: $ 700 . 00**

IMPORTANT INFORMATION REGARDING REIMBURSEMENT: If you have been previously reimbursed by a pet food manufacturer, retailer or its insurance company for expenses associated with the Recalled Pet Food, then the reimbursed amount will be deducted from the total amount owed to you as part of this settlement. If the total amount of your previous reimbursement from a pet food manufacturer, retailer or its insurance company is greater than the total amount that you are entitled to as part of this claims program, then you will not receive any further reimbursement as part of this settlement.

## VII. VERIFICATION

I declare under the penalty of perjury that the above information is true and correct. I understand that the above information will be reviewed and verified by a representative from the Claims Administrator. I hereby authorize a representative from the Claims Administrator to contact me or my veterinarian, or both, for more information, and authorize the Claims Administrator to share the information contained within this Claim Form with my veterinarian, as necessary, to properly evaluate my claim.

_Christine Kiefert_                                   _9-10-08_
Signature                                                   Date

**Please keep a copy of your completed Claim Form and copies of any attached documentation for your records.**

# CONTINENTAL KENNEL CLUB Pre-Printed Puppy Registration Application

ATTENTION! You Must Immediately, after purchasing this dog, send in this application to CKC to protect your rights & privileges as a club member and to qualify for CKC Performance Events.

## Puppy Information — If you have any questions, please call our office at 1-800-952-3376.

Puppy Name (Use one box per letter, including spaces and punctuation. Please use dark ink.)   ©2003 Continental Kennel Club

`O l i v e   G i l l   K i e f e r t`

Color: **Black**

☐ Male ☐ Female
**Sex**

| | | |
|---|---|---|
| **Bloodline** PUG | | **PUREBRED** |
| **Breed** | **Birthdate:** 7/26/2006 | |
| OSCAR MYIER KIEFERT | PG-02939743 | **Application Number:** |
| **Sire** | **Sire CKC#** | **921127-2** |
| OLIVIA NEWTON KIEFERT | PG-02939746 | |
| **Dam:** | **Dam CKC#** | |

Tattoo #

Microchip #

DNA #

## Breeder Information

By signing this application, I do hereby certify that all of the information listed on this registration application is accurate and true. I understand that this application and all documentation submitted along with this application becomes the property of CKC upon receipt. I agree to abide by all current CKC registration rules, guidelines, policies, procedures and I agree to deliver a completed CKC application to the new owner at the time the puppy is transferred.

CHARLES KIEFERT

**Breeder's Name**

Breeder's Signature (Verify Before Signing)   Transfer Date (List At Time Of Sale)

8641 FREELING VARNER RD

**Address**

789805
**Breeder Number**

| HIXSON | TN | 37343 | (423) 847-8393 |
|---|---|---|---|
| **City** | **State** | **Zip Code** | **Phone Number** |

## New Owner Information (Include co-owner's signature if co-owned.)

By signing this application, I agree to abide by all current CKC rules, regulations, and guidelines. Not transferable to an owner with a Canadian address.

**New Owner's Name**

**New Owner's Signature (Verify Information Before Signing)**

**Co-Owner's Name**

**Co-Owner's Signature (Verify Information Before Signing)**

**New Owner's Address**

**New Owner's City**   **New Owner's State**   **New Owner's Zip**   **New Owner's Phone**

## Third Owner Information (For Double Transfers only)

By signing this application, I agree to abide by all current CKC rules, regulations, and guidelines. Not transferable to an owner with a Canadian address.

**Third Owner's Name**

**Third Owner Signature (Verify Information Before Signing)**

**Third Owner's Address**   **Third Owner's City And State**   **Third Owner's Zip**   **Third Owner's Phone**

## Service Selections

Please choose a service from the list below:

☐ $12.00 Standard Registration
☐ $25.00 Standard Registration with Pedigree
☐ **$18.00 Color Photo Registration (Must include Photo)**
☐ $33.00 Color Photo Registration with Pedigree (Must include Photo)
☐ $43.00 Color Photo Registration /w Photo Pedigree (Include Photo)

**Optional Services:**
☐ $30.00 Microchip ID (microchip, instructions and PETtrac™)
☐ **$40.00 Gold Club Membership (See back for details)**

Customers Outside US: Add $6.00 payment. Must be US funds.

## Product Selections

Please mark any product you wish to purchase.

☐ $27.95 PUG, BOOK OF THE (H-1021)
☐ $11.95 PUG, GUIDE TO OWNING A (RE-343)
☐ $14.95 PUGS (KW-104S)

☐ $16.00 CKC Quarterly Magazine Subscription
☐ $12.95 CKC All Breed Handbook
☐ $11.95 Housebreaking and Training Your New Puppy (TU-011)
☐ $11.95 Guide to Obedience Training (RE-332)
☐ $17.95 Puppy Care And Training (RD-086)
☐ Support K-9 Search & Rescue, $2.00 per wristband

## Payment Information — PRICES ARE SUBJECT TO CHANGE WITHOUT NOTICE

☐ Check ☐ Money Order ☐ Visa ☐ Master Card ☐ American Express ☐ Discover   **VOID IF COPIED**

**Payment Type (Please mark the type of payment you are using.)**

**Credit Card Number (Please Print Clearly)**   **Card Exp. Date**   **Credit Card Holder Signature**

Send this application with payment to: CONTINENTAL KENNEL CLUB - PO Box 1628 - Walker, LA 70785   *(Applications not accepted by fax.)*

PUG-PUPPIES, CKC, vet
checked, fawn color, $350
423-432-7220 / 423-867-0685

PUG PUPPY! 4 months, w/ pa-
pers, all shots, $300.
(423) 763-8895

PUG Pups- AKC Multi-
Champion, shots & wormed cur-
rent, parents on premises, $400
931.761.2588 / 931.808.3664

## ALL HOME OFFICE FURNITURE ON SALE



Essential Home™ computer armoire
SALE 99.99

desk with hutch
SALE 79.99

deluxe task chair
SALE 39.99

student chair
SALE 19.99



**New!** 24" saddle barstool or adjustable 24"/29" barstool
(not shown) SALE 29.99

**New!** 29" swivel barstool
SALE 29.99

**New!** 24" black & cherr. barstool or 29" natural barstool
(not shown) SALE



$**19**⁹⁹ each
SALE Essential Home black and silver furniture. Entertainment rack, entertainment center or 4-shelf bookcase.



New!
**save $10**
$**79**⁹⁹
SALE Bissell CleanView II upright vacuum*
• turbo brush for pet-hair removal
• bare-floor cleaning
• furniture-protection guard
Bissell Proheat 2X deep cleaner, sale 199.99.

**save $40**
$**139**⁹⁹
SALE Kenmore Power-Mate canister vacuum*
• HEPA filter
• 14' power-head nozzle
• covered onboard tools



$**139**⁹⁹
SALE Hudson lounger combo.
Limited quantities.
No rain checks.

Furniture available in most stores. Assembly required. *1-yr. Product Replacement, 7.99–1

# stay organized



Rubbermaid 12-qt. latching storage, SALE 3.99

Rubbermaid 50-qt. latching storage
SALE 7.49

**CLEAR STORAGE ON SALE**

Rubbermaid 6.5-qt. latching storage, SALE 1.79

**ALL CARTS AND DRAWERS ON SALE**

3-drawer medium cart
SALE 9.99

large 3-drawer cart
SALE 17.99

MINIMUM MONTHLY PAYMENTS: With credit approval for purchases made on a Sears Card® account. The advertised minimum monthly payment is an estimate of the minimum monthly payment required based on the purchase price or ..., excluding taxes or other charges and is based on the APR for purchases listed below. The actual required minimum payment for your account may be more or less than the amount shown based on changes in your APR including applicable ... default rate, existing balances or making additional transactions, including additional insurance charges or credit protection fees billed to the account, and interest and fees billed to the account. You can always pay more than the amount indic... ...ve since the more you pay each month, the quicker your balance will be repaid. FOR NEW SEARS CARD ACCOUNTS: As of 7/7/08, APR for purchases 22.15%; Default APR 27.99% (rates may vary). Minimum FINANCE CHARGE: $1. See r... ...eement for details including description of the minimum payment calculation and when the default rate applies. Offer is only valid for consumer accounts in good standing. See card agreement for rates and minimum payment information applic... ...your account. The Sears Card is issued by Citibank (South Dakota) N.A. Sears Solutions Cards are issued by HSBC Bank Nevada, N.A.
(1-20) JOB# 817 ST





# Nestlé Purina PetCare

North America

OFFICE OF CONSUMER AFFAIRS
P.O. BOX 1326
WILKES BARRE, PA 18703-9986, USA
1-800-7-PURINA
www.purina.com

April 16, 2007

Ms. Christine Kiefert
8641 Freeling Varner Rd
Hixson, TN 37343-1570

Dear Ms. Kiefert,

Thank you for contacting Nestlé Purina PetCare Company regarding your experience with Purina ® Mighty Dog ® Premium Entrées ™ For Dogs & Puppies. We appreciate you bringing this situation to our attention.

Pets are members of the family and when they become ill or pass away, it is very distressing. Please accept our most sincere condolences regarding the loss of your pet.

Nestlé Purina PetCare Company is committed to the well being of cats and dogs. We continually strive to make the highest quality pet food products to ensure that cats and dogs receive the most nutritious diets to keep them healthy and happy.

We appreciate you bringing this situation to our attention. Once again, let us express our deepest sympathy at the loss of your pet.

Sincerely,

*Maribell Grant*

Maribell Grant
Pet Advisor

Ref: 16631434N
enclosure

# INVOICE

## (RIVER)

VETERINARY EMERGENCIES AND REFERRALS
2132 Amnicola Highway
Chattanooga , TN  37406
423-698-4612

"Compassionate, competent care when your regular veterinarian is closed"

| | | **Printed:** | 01-14-07 at 5:16p |
|---|---|---|---|
| **FOR:** | Christine Kiefert | **Date:** | 01-14-07 |
| | 8641 Freeling Varner Rd. | **Folder:** | 0 |
| | Hixson, TN  37343 | **Invoice:** | 17649 |
| | (423) 847-8393 | | |

| Date | For | Qty | Description | Net Price |
|---|---|---|---|---|
| Services by Billy Pullen | | | | |
| 01-14-07 | Olive | 1 | Big Four/azo,glu,pcv/ts | 29.50 |
| 01-14-07 | | 4 | Oxygen therapy per hour | 124.00 |
| 01-14-07 | | 1 | Euthanasia w exam | 26.50 |
| | | | | |
| Services by John Mullins DVM | | | | |
| 01-13-07 | | 1 | General Health Profile Idexx | 90.50 |
| 01-13-07 | | 1 | CBC (Complete Blood Count) | 42.00 |
| 01-13-07 | | 1 | xray - 3 view thoracic radiographs | 209.50 |
| 01-13-07 | | 1 | IV Fluids, first liter | 39.00 |
| 01-13-07 | | 1 | Fluid additives for IV(KCL, B vitamins) | 10.20 |
| | Items used... | 1 | Potassium Chloride 20meq\10ml | |
| 01-13-07 | | 1 | Dextrose 50% 50ml | 24.32 |
| 01-13-07 | | 1 | Unasyn 1.5gm | 31.00 |
| 01-13-07 | | 0.60 | Amikacin(amiglyde) injection | 23.78 |
| 01-13-07 | | 0.10 | Famotidine inj 10mg/ml | 22.50 |
| 01-13-07 | | 1 | Hospitalization | 53.50 |
| 01-13-07 | | 1 | Nursing Care Level 2 | 58.50 |
| | | | | |
| 01-14-07 | #3913 | | Refund Overpayment | 215.20 |

| Old balance | Charges | Payments | New balance |
|---|---|---|---|
| -1000.00 | 784.80 | -215.20 | 0.00 |

**Patient**          **Total charges**
Olive                      784.80

menu
Foods
1 866 - 463 - 6

**Patient Chart**

# *(RIVER)*

VETERINARY EMERGENCIES AND REFERRALS
2132 Amnicola Highway
Chattanooga , TN 37406
423-698-4612

Printed: 01-14-07 at 5:44p

1-800
551- 7392

1-800- 218- 5898 M-F
7 am-7 pm

## CLIENT INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Christine Kiefert (7355) | | |
| **Address** | 8641 Freeling Varner Rd. | **Spouse** | Charles |
| | Hixson, TN 37343 | **Referred by** | Middle Valley Animal |
| **Phone** | 423 847-8393 **Work:** 423-843-4756 | **Balance** | 0.00 |

## PATIENT INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Olive (5025) | **Species** | |
| **Sex** | Female | **Breed** | Pug |
| **Deceased** | 01-14-07 | **Age** | D@5m |
| **ID** | | **Rabies** | |
| **Color** | Black | **Weight** | 5.70 lbs |
| **Reminded** | (none) | **Codes** | D |

## HEALTH HISTORY SUMMARY

| PROBLEMS: Opened | By | Problem description | Closed | By |
|---|---|---|---|---|
| 01-13-07 | MG | Breathing difficulty | | |

01-13-07          5.70
## MEDICAL HISTORY

| Date | By | Code | Description | Qty (Variance) | Amount |
|---|---|---|---|---|---|
| 01-14-07 | WHP | 2322 | Euthanasia w exam | | 26.50 |
| | | O | Oxygen therapy per hour | 4 | 124.00 |
| | | 4092 | Big Four/azo,glu,pcv/ts | | 29.50 |
| | PCV | 44.0 | | | |
| | TS | 4.0 | | | |
| | AZO | 5.0 | | | |
| | Blood Glucose | 43.0 | | | |
| | | | | | |
| 01-13-07 | JM | NURSE2 | Nursing Care Level 2 | | 58.50 |
| | At age: 5m | | | | |
| | | 6040 | Hospitalization | | 53.50 |
| | | FAMINJ | Famotidine inj 10mg/ml | 0.10 | 22.50 |
| | | AMI | Amikacin(amiglyde) injection | 0.60 | 23.78 |
| | | UNA | Unasyn 1.5gm | | 31.00 |
| | | D5 | Dextrose 50% 50ml | | 24.32 |
| | | 6071 | Fluid additives for IV(KCL, B vitamins) | | 10.20 |
| | | 6020 | IV Fluids, first liter | | 39.00 |

| Date | By | Code | Description | Qty (Variance) | Amount |
|------|----|----|----|----|----|
| 01-13-07 | JM | 5502 | xray - 3 view thoracic radiographs | | 209.50 |
| | | 4100 | CBC (Complete Blood Count) | | 42.00 |
| | **WBC** | 0.68 K/uL | | | |
| | **LYM** | 0.54 K/uL | | | |
| | **MONO** | 0.1 K/uL | | | |
| | **NEU** | 0.04 K/uL | | | |
| | **EOS** | 0.01 K/uL | | | |
| | **BASO** | 0.01 K/uL | | | |
| | **%LYM** | 78.2 % | | | |
| | **%MONO** | 13.9 % | | | |
| | **%NEU** | 5.6 % | | | |
| | **%EOS** | 1.3 % | | | |
| | **%BASO** | 1.0 % | | | |
| | **HCT** | 39.8 % | | | |
| | **RBC** | 5.75 M/uL | | | |
| | **HGB** | 14.9 g/dL | | | |
| | **RETIC** | 15.7 K/uL | | | |
| | **%RETIC** | 0.3 % | | | |
| | **MCV** | 69.3 fL | | | |
| | **RDW** | 16.9 % | | | |
| | **MCHC** | 37.5 g/dL | | | |
| | **MCH** | 25.96 pg | | | |
| | **PLT** | 226.0 K/uL | | | |
| | **MPV** | 8.72 fL | | | |
| | **PCT** | 0.2 % | | | |
| | **PDW** | 16.3 % | | | |
| | | POR | General Health Profile Idexx | | 90.50 |
| | **ALB** | 1.5 g/dL | | | |
| | **ALKP** | 441.0 U/L | | | |
| | **ALT** | 36.0 U/L | | | |
| | **AMYL** | 507.0 U/L | | | |
| | **BUN** | 13.0 mg/dL | | | |
| | **CA** | 9.5 mg/dL | | | |
| | **CHOL** | 210.0 mg/dL | | | |
| | **CREA** | 0.4 mg/dL | | | |
| | **GLU** | 64.0 mg/dL | | | |
| | **PHOS** | 4.4 mg/dL | | | |
| | **TBIL** | 0.1 mg/dL | | | |
| | **TP** | 4.3 g/dL | | | |
| | **Na+** | 142.0 mmol/L | | | |
| | **K+** | 3.8 mmol/L | | | |
| | **Cl-** | 110.0 mmol/L | | | |

01-13-07    VISIT    Patient check-in
At age: 5m  **Weight: 5.70**   Temp: 101.90   Respiration: 64.00   **Pulse: 140.00**
CRT: pale/tacky

SUBJECTIVE

Olive is a 5 month old female who has a long history of medical problems since birth. Had a seven and one shot given back in September. Parvo test- NEGATIVE. Came to RIVER on 10-25-06 to consult with Dr. Kra winkle- Elongated soft pallet, inguinal hernia, umbilical hemia, abnormal esophagus

| Date | By | Code | Description | Qty (Variance) | Amount |
|------|----|----|----|----|----|

and Scoliosis. Owner has been taking Olive to Middle Valley for re checks
regulary. This past Tuesday
they discovered by Radiograph that Olive had eaten a Christmas tree light.
They put her on Meds and
she passed this through her feces. Vomiting and Diarr has been constant for
several days. Refuses to
eat and very weak and dehydrated. Owner went to Middle Valley this am for re
check- Sent home with
SQ fluids and SQ meds- Polyflex, Pepcid, Promethazine. Not making any
progress at this time,
owner has seen her collapse during times of the vomiting. Dr. at Middle Valley
said today there was a
spot on the lung on the Radiograph, Pneumonia is suspected due to
aspiration. MG

Breathing difficulty

**OBJECTIVE**

CARDIOVASCULAR

normal sinus rhythm

RESPIRATORY

harsh lung sounds bilaterally

PLAN, Diagnostic

9:00 pm: Radiographs taken of thorax and abdomen. Patient was
having difficulty breathing and was returned to O2 cage until breathing
better. At that time IV cath. will be placed. (BG)
9:30 pm: Patient still having difficulty breathing and simultaneously
vomiting and having diarrhea. (BG)
9:45 pm: IV cath. placed in left front leg. (AT/BG)
10:00pm: Blood drawn for chem and CBC. 30mg Amikacin
administered IV, 45 mg Unasyn administered IV. 1mg Pepcid
administered IV. IV fluids started (Norm -R with 20 MEq KCL and 50 ml
dextrose) @ 8ml/hr. Coupage done. Small amount of coughing
displayed (BG/AT)
11:00 pm: patient vomited green foamy fluid. 35.4 % O2 (BG)
11:30 pm: Patient had diarrhea and vomited a large amount. 32.9% O2
.Cage cleaned and clean bedding provided. (BG)
1:00 am: Fluids: 8/22, patient is resting quietly in cage. Patient vomited
15 min. ago. O2 @ 34.8% in O2 cage. (BG)

PLAN, Therapeutic

(BG)9:00 pm: Radiographs taken of thorax and abdomen. Patient was
having difficulty breathing and was returned to O2 cage until breathing
better. At that time IV cath. will be placed. (BG)
9:30 pm: Patient still having difficulty breathing and simultaneously
vomiting and having diarrhea. (BG)
9:45 pm: IV cath. placed in left front leg. (AT/BG)
10:00pm: Blood drawn for chem and CBC. 30mg Amikacin
administered IV, 45 mg Unasyn administered IV, 1mg Pepcid

| Date | By | Code | Description | Qty (Variance) | Amount |
|------|-----|------|-------------|----------------|--------|

administered IV. IV fluids started (Norm -R with 20 MEq KCL and 50 ml dextrose) @ 8ml/hr. Coupage done. Small amount of coughing displayed (BG/AT)

11:00 pm: patient vomited green foamy fluid. 35.4 % O2 (BG)

11:30 pm: Patient had diarrhea and vomited a large amount. 32.9% O2 .Cage cleaned and clean bedding provided.  (BG)

1:00 am: Fluids: 8/22, patient is resting quietly in cage.  Patient vomited 15 min. ago.  O2 @ 34.8% in O2 cage.  (BG)

2:00 am   Vomiting and diarrhea   (AM)

3:00 am   Vomiting and diarrhea   (AM)

4:00 am    Temp=101.8  HR=200  RR=40  MM=pale/moist  Still having vomiting and diarrhea   Increased fluid rate to 12 mls/hr     (AM)

5:00 am   Gave Unasyn 45 mg IV    Had diarrhea   (AM)

1/14/2007 8:00 am Attitude= DAR, T= 100.6, HR= 142, R= 42, MM= pale /moist, Diarrhea with mucus, no vomit, urination +++, fluids 12/94, O2= 35%. Parvo test= negative. (PS).

10:00 am abdominal X-ray lateral and VD. (PS).

12:15 pm abdomen X-ray with barium medium, 3 cc of barium (PS)

12:20 pm X-ray abdomen lateral view. (PS)

12:30 pm X-ray abdomen lateral view. (PS)

1:00  pm X-ray abdomen lateral view. Unasyn 45 mg IV, O2 29.1%, T= 98, RR= 36, HR= 138, MM=pale. fluid 12/137 (PS).

3:30PM laterally recumbent, BG 43, 2 boluses of 2ml dextrose diluted 1:1 with Norm-R, bolus 10ml Hetastarch. Unable to obtain blood pressure with either Cardell or dopppler

5PM her owners visited and due to Olive's grave prognosis and deteriorating condition, euthanasia was performed. Euthasol 2ml IV (BP)

# Middle Valley Animal Hospital

Patient Chart

6310 Hixson Pike
Hixson, TN 37343
423-842-6758

Printed: 08-07-08 at 3:21p

## CLIENT INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Chasity Kiefert (18519) | | |
| **Address** | 8641 Freeling Varner Rd | **Spouse** | Charles |
| | Hixson, TN 37343 | | |
| **Phone** | 847-8393 | **Balance** | 0.00 |
| | **test results** | | |

## PATIENT INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Olive | **Species** | CANINE |
| **Sex** | Female | **Breed** | Pug |
| **Deceased** | 01-15-07 | **Age** | D@5m |
| **ID** | | **Rabies** | |
| **Color** | Black | **Weight** | 0.00 lbs |
| **Reminded** | 01-05-07 | **Codes** | D |

## MEDICAL HISTORY

| Date | By | Code | Description | Qty (Variance) | Amount |
|---|---|---|---|---|---|
| 01-15-07 | NON | 1899 | Returned Promethazine | | -15.00 |
| | | 6667 | Canine I/D - Can | | -1.60 |
| | | 3158 | Injection (In Hospital) | | -15.00 |
| | | 1899 | Returned Pepcid | | -15.00 |
| 01-13-07 | SC<br>TEST RESULTS | 3519<br>Negative | Parvo-Elisa (ih) | | 51.50 |
| | | 3927 | Additional Film | | 33.50 |
| | | 3153 | Injection, Intramuscular (3) | | |
| | | 3162 | Fluid Therapy Sq 000-300 | | |
| | | 1899 | Promethazine Injection | 3 | 15.00 |
| | | 1899 | Pecid (Famotadine) Injection | 3 | 15.00 |
| | | 3158 | Injection (in Hospital) | 3 | 15.00 |
| 01-10-07 | JR | 3927 | Additional Film | | 33.50 |
| | | 5000 | Radiographic Interpretation | | 5.60 |
| | | 3926 | Radiograph | | 81.00 |
| | | 3152 | Injection, Intramuscular (2) | | 31.50 |
| | | 3162 | Fluid Therapy Sq 000-300 | | 31.50 |
| | | 4999 | Hazardous Waste Fee | | 1.20 |
| | | 3000 | Examination, Complete | | 41.00 |
| 10-12-06 | WKA | 3012 | Office Call - No Charge | | |
| 10-11-06 | JR | 3927 | Additional Film | | 33.50 |
| | | 3547 | Healthy Pre-Anesthetic Profile | | 61.50 |
| | | 3452 | Fecal Exam Wop | | |
| | Roundworms | Negative | | | |
| | Hookworms | Negative | | | |
| | Whipworms | Negative | | | |

**Patient Chart** for Olive
Date: 08-07-08, Time: 3:21p

| Date | By | Code | Description | Qty (Variance) | Amount |
|------|-----|------|-------------|----------------|--------|
| | **Tapeworms** | Negative | | | |
| | **Coccidia** | Negative | | | |
| | **Giardia** | Negative | | | |
| 09-06-06 | *** | 3335 | Parvo #1 | | |



Good friends stay

forever in our hearts.

From: Middle
Valley
Animal
Hospital

we could do for her, but I hope you find comfort in
knowing you made the best decision for her. I will
keep your family in my thoughts & prayers.

Sincerely,
Jane Reaves


*Friends enter and leave our lives,*  Jan. 15, 2007
*but the impressions they make*
*on our hearts stay with us forever.*

*Our sympathy is with*
*you in your loss.*


Middle Valley Animal Hospital

Dear Mrs. Kiefert & family,
   My heart goes out to you for your loss of Olive.
She was such a sweet girl & she fought so hard to
beat the odds for such a long time. I am so glad
she had such a wonderful family to make her short
life so full of love. I am so sorry there wasn't more



With Sympathy

From The
River
Emergency
Vet

Morgan        Lin      Jeanne              Kathy

Elisabeth                                 Heather

Mary        Sue       Diane    Angie G.
     Dill                              Jessica  Amber m.

May your wonderful memories
outweigh the sadness in your heart.

Kate

        Vanessa              Ann              Allison
                                      Bailey

                        Lin    Betsy              Chris



she was 5 months old