RECEIVED 9-12-08

To Whom It May Concern,
2008 SEP 15

I am writing on behalf of your proposed settlement change in which I fully object + disagree.

How can you not be responsible for my Dog's life, his continue Rx diet Food + amounting Vet expenses.

We put all our trust in your dog food + now I want Justice for his continuing expenses.

Virginia A. Koslow
8460 N. Essex Dr
Denver, Co 80229
303 287-0039

Civil Action # 07-2867 (NLH), MDL No 1850

Virginia A Koslow

Virginia Koslow
8460 N Essex Dr.
Denver, Co 80229

**RETURN RECEIPT REQUESTED**

7006 2150 0002 5643 9503

New Jersey District Court
Camden Div Office
1050 Mitchell H. Cohen
U.S. Courthouse
400 Cooper St
Camden, NJ 08102-1570

U.S. POSTAGE PAID
DENVER, CO 80217
SEP 12 '08
AMOUNT
$5.32
00050657-03