From: Mary C. Tunnell
21206 Tallman Court
Parker, Colorado 80138
303-840-2354

To: Clerk of Court
The Honorable Noel L. Hillman
United States District Court
For District of New Jersey
Mitchell H. Cohen Building and U.S. Courthouse
1 John F. Gerry Plaza, Room 6020
Camden, NJ   08101

RE:     In re: **Pet foods Products Liability Litigation, MDL No. 1850**

RE: Civil Action Number 07-2867 (NLH)


Your Honor,

As I read the letters that have been sent to the court I have to say that it brings back more pain then I realized it would. My question to you your Honor is this. All of the plaintiffs hired attorneys to represent them. However, when the plaintiff attorneys agreed on settlement terms none of the plaintiffs were asked if we felt if this was a fair settlement. None of us received a letter, a phone call, or even so much as an email until it was all decided. Please help me understand who these attorneys were representing since we (the plaintiffs) did not give them our permission to tell you that this was what we wanted? Is this considered legal representation?

As far as the "proposed settlement," it is anything but fair. I lost 4 pets in a span of a few months. I watched them all die a horrible death and never even suspected I was killing them myself by feeding them. In reading these letters, the plaintiffs ask about "pain and suffering." Let me explain my situation, which I'm sure is echoed time and time again in the thousands of forlorn pet owners throughout America. Since losing Sally, Saru, Pumpkin and Duke, I am on antidepressants, anxiety medication and sleeping medications. I have been told by my doctor that I will be on these the rest of my life. Who pays for that?

I lost my job at the time due to being off work taking care of not one but 4 animals. This began a downward financial spiral that has caused a financial burden on me and my family. My mortgage payment is two months behind, my car is in danger of repossession and most of my other financial obligations are behind or are in collection. Who pays for that?

Your Honor when a person spends money he/she doesn't have it has an effect on their financial life. The high-priced attorneys that began this case are hard pressed to comprehend real pain and suffering. The carpet in my home is ruined due to illness and accidents of trusting and loving companions as they wasted away. Because I have no money above day to day survival, I can't afford to have it replaced. So I obviously have no receipt for this expense. Your Honor, can you

imagine the callous nature of a person who would say, "Just send the bill for the carpet that your dog ruined before he died in your arms - we'll get it back in the settlement"?

I can not go into all of the pets that died but "Duke" was the absolute joy of my life. He was a Standard Schnauzer. Duke was smart and playful and loved everyone he saw. Duke was the perfect dog. I worked as a volunteer at a local hospital and was going to have Duke involved in the "pet visitation" program for the children in the oncology ward. Children loved him and he loved them.

We had him put to sleep four days before Christmas. Due to a blizzard that kept me off the roads I was denied the last moments of being with him before he died. He died with no family there to hold him and love him as he faded away. It was only a few weeks later that I found out about the pet food recall. After talking with Duke's vet and seeing his Medical records I realized that the vet put Duke out of his misery but - I killed him. A feeling that every plaintiff has. How do I even begin to recover? How do I stop paying for this? Not with the current proposed settlement. If you award this settlement it will only help rich attorneys get that much Richer and Menu Foods gets nothing more than a slap on the hand. Your Honor, Menu Foods MURDERED our pets. In MURDERING our pets we have incurred much pain and suffering. If the settlement goes through as proposed we will just endure more undue pain and suffer all over again.

It is wrong for Menu foods to only have to bear the cost it took to kill our animals. Our animals are not just possessions - not just things that can be written off in a ledger. They give us joy, compassion, and love. They trust us to provide and protect for them. They service the handicapped and teach our children about responsibility and caring. Animals are not just objects, - Animals matter. And they would not be dead and we would not be in so much pain had Menu Foods done their job in testing the product before selling it. Menu Foods deserves more than a slap on the hand for killing our beloved companions, Don't they?

Money will not replace Duke - or Spike or Daisy or Snowball or Max or Checkers or the other thousands of pets that died. I am begging you, Your Honor. Compel the Plaintiffs attorney do a better job. Make them come to the people and ask us if we feel this is a good settlement. We will say NO. Don't ask us to trade our pets for two long years of waiting and the cost of couple of tanks of gas. Make the attorneys earn their millions.

Sincerely,

*Mary C. Tunnell*

Mary C. Tunnell

04/11/2008

Mary Tunnell
21806 Tallman Court
Parker, CO 80138

Clerk of Court
Mitchell H. Cohen Building + US Courthouse
4th + Cooper Street, Room 1050
Camden, NJ 08101

SEP 12 2008

U.S. POSTAGE PAID
PARKER, CO
80134
SEP 12, '08
AMOUNT
$0.42
00047127-15

08:02/1556

