Civil Action No. 07-2867(NLH)
Object to MDL Docket No.1850

Name: Yen Li Moore
Address: 3100 College Ave. #4
Berkeley, CA 94705
Tel: 510-655-1150

I hereby wish to make these objections to the class action lawsuit named above:

The total amount should be made enough to be certain of full reimbursement, ensuring full liability of the sued parties for expenses incurred. That it remains possible that families may have to absorb financial strains in addition to the stress, bereavement and hardship already endured is inexcusable.

The suit makes no provision for allaying the costs to be incurred throughout the life of the living pets pertaining to ongoing care subsequent to their poisoning. This is simply wrong. There is certain to be considerable costs which the pet food companies ought to be responsible for.

Thank you for your consideration of these matters.