IN RE: PET FOOD PRODUCTS LIABILITY LITIGATION																				Doc. 219

Dockets.Justia.com

9/12/08
LAURA A. CECERE
505 Lowell St
Lexington, MA 02420
(781) 652-8599
lauracecere@gmail.com

Clerk of the Court
Mitchell H. Cohen Bldg
+ US Court
4th & Cooper Sts, Room 1050
Camden, N.J. 08101

Re: Civ. Action No. 07-2867 (NLH) MDL No. 1850

Dear Sir/Madam:

I am writing to object to this class + how it's been administered. I filed a lengthy, excruciatingly detailed claim form to Natural Balance as they required to be repaid for their dog food + the lab test + doctor's visit when she got sick — around $100. I gave them all nec. documentation. I never heard a word from them. No mail, or email reply. Nothing. Not one word!

I finally called this week to find out what's happening + I was told that in response to my good faith claim, they had left 1 simple message on a cell-phone telling me to call back. I never got that message, if there was one. If I hadn't just happened to call them

→

this week by chance, I would have been precluded from lots of rights in this action, including opting-out. What kind of notice was that??? They could at <u>least</u> had the courtesy of mailing me back a notice of this lawsuit. How much would that have cost them? How many others don't know about this class action? I saw <u>no</u> public notices or ads in my state (MA) or at the store where I bought it (Petco - a large nat'l chain) as there were when they first recalled. Is this their way of limiting their claims? It strikes me as shady, as not at all in good faith + as calculated to limit claims, and <u>not</u> to fairly inform those of us hurt by this whole thing. I urge you to require them to better publicize this whole thing + make them <u>write</u> back to those of us who told them of our pet's misery by their careless processing of their dog food. They are letting us down <u>twice</u>!
Thank you.   – Laura A. Cocares