Civil Action Number: 07-2867 (NLH), MDL No. 1850

Mr. And Mrs. Robert James
8670 NW 17 Court
Pembroke Pines, Florida
33024-3326
(954) 435-0576



As claimants in this future settlement our objections are as follows:

Total amount ($24,000,000.00)
　We believe the amount is valid only if all claimants get back 100% of their documented expenses and all claimants get up to $900.00 of their non-documented expenses, as per the tentative settlement. In order to achieve this the court should mandate the defendants be liable for all attorney fees and expenses that cause the amount to go beyond the 24,000,000.00 total.

Wording of the (Pet Reimbursement) area of the claim form.
　We lost a very loved pet due to the tainted food, and we can personally attest that pets are not just property, they are family. We are sure that a simple line of respect would go along way i.e. "We know we can never replace your pet however:".

In conclusion:
　As pet food consumers this settlement only covers the monetary. We personally wish the defendants would collectively enhance their products safety with better testing and better nutritional labeling. Hopefully, the defendants have learned from this, and will react faster to pet food concerns; even if it means another recall. The pet industry as a whole, is a very large market place; much money can be made by the defendants, if they do right by their consumers.

Any questions, please feel free to contact us. Thank you for your consideration.

Sincerely,

*[signatures: Maureen James and Robert James]*

Maureen James and Robert James
c.c.　Clerk of Court
　　　Mary E. Gately
　　　Stuart A. Davidson