

I am sorry for the second letter, but I forgot to
Sign my first copy. Thank you.

Civil Action Number: 07-2867 (NLH), MDL, No.1850

This comment states my feelings about this tragedy.

Jeanette Pivot

1235 N Rock City Rd

Ridott, IL 61067

815-821-5532

To whom it may concern;

It is my understanding that the court will accept comments from the pet owners that lost family members from this tragedy. I hope this is true, and that you will review and read each letter.

I have suffered a great, tragic, and unnecessary loss, because of Menu Foods blatant thoughtlessness, and irresponsibility.

My cat was named Meow Kitty, my grandson named her, and as the name implies she was quite the conversationalist, she just appeared on my doorstep 7 years ago and made herself a treasured member of my family.

I miss her so much, but what is even worse is that her death could have been prevented had menu foods come forward when the first suspicion of a problem was noticed!

She became ill very fast, she went from normal to lethargic in a couple of days. She stopped eating and drinking, but most of all she stopped talking! She always ran and greeted me in the morning, and whenever she wanted to talk or cuddle. When the Doctor ran the tests and told me her kidneys had shut down and that treatment would be very expensive with no guarantee that it would work. I had to make the horrible decision to end her life.




It broke my heart, but I felt it had to be done. I did not want her to suffer, and I live on a fixed income and couldn't afford the treatment without knowing if it would help or just prolong her suffering. I suffered physically and emotionally from that decision, but at the time and without the knowledge she had been poisoned it seemed like my only option.

Imagine my surprise when one week later I went to Wal-Mart to purchase more food for a stray cat that had shown up on my front porch, and they wouldn't sell it to me. The clerk said the register/computer said it must have been recalled, and that was why it wouldn't go through. I was a little irritated. When I left the store and got in my car the announcement came on the radio that a number of pet foods were being recalled, because they may be contaminated! It all clicked then! Poisoning, kidney failure, a perfectly healthy cat becoming deathly ill in just a couple of days!!!!

Had Menu Foods made this announcement one week earlier my cat would still be alive! You see had I known she was poisoned, I would have paid for the treatment and odds are she would have made a full recovery and still be alive today!

The more information that came out the more upset I became.







Different reports I read and heard on television said that Menu Food had known for weeks or even months before they chose to share it with the pet owners and retail agents!

I don't understand why the retail agent's were included in this Class Action? As near as I can tell as soon as Menu Foods fessed up Wal-Mart stopped selling it. It was still on the shelves, but the computers were configured not to permit the sale of the foods in question. I don't know about any other retailer, but I feel Wal-Mart acted in good faith.

On the claim forms there is a place that asks for a reasonable replacement cost? That is so unrealistic! I asked for $1,000,000.00! With the question, "How do you put a price on LOVE, COMPASSION, LOYALTY, PLAY TIME, COMPANIONSHIP?"

I am a baby boomer, and proud of it. I feel that I am in the majority of pet owners who consider their pets family members and/or (four legged) children. Those of us who have traveled through the EMPTY NEST SYNDROME can understand this maternal/paternal feelings toward their pets. The pet merchandising industry is a multi billion dollar industry. We are the ones that by food, litter, pet clothes, toys, beds, cages, kennels, etc.







I just lost three 15 year old cats this last fall to natural causes, I only had Meow for 7 years, I was robbed of the other 8 years what price do you put on that?

I hope you can understand how close the bond between pet and owner becomes. After spending so many years with these animals they are family members. They LOVE YOU UNCONDITIONALLY, THEY DON'T JUDGE YOU, THEY DON'T CARE IF YOUR FAT, SKINNY, UGLY, OLD, OR YOUNG, they just know that you are their person, when you're sad they comfort, when you're sick they cuddle with you, and when you're well they demand your attention. They trust you with their very lives! God put us in dominion over all the animals big and small. I think GOD knew those of us who are animal lover's will love them and treat them with and respect. He also knows that we are lonely and need someone /something to love and care for and to be loved in return and he gave us extended families with our pets.

Please don't disregard the love animal owner's share with their pet's. These pets may not be children, but to the people that love and own them they sure seem like it.







Please make an example with this case and let all manufactures know it is better to come forward and save lives than to wait and cause so much heartbreak.

I wasn't mad about the food being tainted; accidents do happen, but what I find apprehensible and unforgivable is the fact that Menu Foods knew and hid the information for so long! My Meow Kitty would still be alive and with me had they come forward at the first hint of a problem.

Please be understand the pain and suffering of all the pet owner's that lost pets and those that had to see their pets suffer through treatment. Please let those responsible for making life changing decisions to make the right choice from this point on.

**This time it was pet food, it could have just as easily been baby food!**

Thank you for listening to a brokenhearted pet lover.

Sincerely,

Jeanette Pivot

9/16/08

