September 9th, 2008

Civil Action Number 07-2867 (NLH), MDL. No. 1850

John T. Moraski
1519 Pulaski Ave
Coal Township, PA 17866-3907
570-648-3927

Judge Noel L. Hillman

Thank you for the opportunity to express my opinion in this case. The amount of compensation verses the outrageous crime committed by the pet food companies is a slap in the face Injustice. My loss was more than economic damage. Although my dog was not an expensive purebred animal, she was a constant companion for five years. She was pleasant, loyal and by my side 24 hrs a day. When she began to get sick she wouldn't eat any or all of her food. Not knowing it was poison, I would spoon feed her, thinking food would make her better. She would eat it just to make me happy. She trusted me. Then she became falling down sick, not able to hold anything in her stomach. She would look at me, her eye's saying "Help Me". This was three weeks of absolute emotional hell for me and my family, and is forever burned into my memory.

Civil Action Number 07-2867 (NLH), MDL. No. 1850

Dockets.Justia.com

I trusted the pet food companies to provide a safe product. They violated that trust, condemned my best friend to death and cast an emotional scar on me and my family. This is why I feel entitled to greater compensation. Please let the compensation fit the crime committed.

John T. Moraski

Civil Action Number 07-2867 (NLH), MDL. No. 1850