# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: PET FOOD PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1850 (All Cases) <br><br> Civil Action No. 07-2867 (NLH) |
| THIS DOCUMENT RELATES TO: <br><br> ALL CASES | |

### NOTICE OF FIRM NAME CHANGE

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that the firm of Wexler Toriseva Wallace LLP, co-lead counsel for Plaintiffs, has changed its name to Wexler Wallace LLP, effective immediately. The firm website address has changed to www.wexlerwallace.com. Please update your service lists accordingly.

Dated: September 17, 2008                              Respectfully submitted,

                                                By:   /s/ Mark J. Tamblyn

                                                WEXLER WALLACE LLP
                                                455 Capitol Mall, Suite 231
                                                Sacramento, California 95814
                                                Telephone: (916) 492-1100
                                                Facsimile: (916) 492-1124
                                                Email: mjt@wexlerwallace.com

                                                Kenneth A. Wexler
                                                WEXLER WALLACE LLP
                                                55 West Monroe Street, Suite 3300
                                                Chicago, Illinois 60603
                                                Telephone: (312) 346-2222
                                                Facsimile: (312) 346-0022
                                                Email: kaw@wexlerwallace.com

Dockets.Justia.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2008, I caused to be filed the foregoing NOTICE OF FIRM NAME CHANGE with the Clerk of the Court via the CM/ECF filing system, and to be served upon all those who are registered to receive electronic filings through the Court's CM/ECF system.

/s/ Mark J. Tamblyn