# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

## MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**                                        September 17, 2008
                                                         DATE OF PROCEEDINGS

**JUDGE NOEL L. HILLMAN**

**COURT REPORTER: STEPHEN J. DANER**

                              Docket # Civil 07-2867 (JBS)

**TITLE OF CASE:**
PET FOOD PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**
Gail Lees, Esq. for Nutro Products, Inc.
Robert M. Josephs, Esq., Pro Se Interested Party
Plaintiffs Liaison Counsel
Defts. Liaison Counsel

**NATURE OF PROCEEDINGS:**
Telephone Conference on Joseph's Motion for relief of stay
Ordered motion denied
Order to be submitted by counsel for Nutro


Time Commenced  2:00 pm     Time Adjourned  2:30 pm

                                        s/Marnie Maccariella
                                        Deputy Clerk