IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: PET FOOD PRODUCTS LIABILITY LITIGATION | Civil Action No. 1:07-cv-02867-NLH-AMD |

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

To the Honorable Judge Noel L. Hillman:

Pursuant to Rule 1.3 (c) of the Local Rules of the United States District Court for the District of New Jersey, I, Robert E. Margulies a member in good standing of the bar of this Court, hereby move for an Order allowing admission pro hac vice of:

Jeffrey L. Weinstein
Jeffrey L. Weinstein, P.C.
518 East Tyler Street
Athens, Texas 75751
903.677.5333
903.677.3657 (fax)

Jeffrey L. Weinstein is a member in good standing of the Bar of the State of Texas.

There are no pending disciplinary proceedings against Jeffrey L. Weinstein in any State or Federal Courts.

Dated: Sept. 17, 2008
Jersey City, New Jersey

Respectfully submitted,

**ROBERT E. MARGULIES, ESQ.**
New Jersey State Bar No. REM-0499

**MARGULIES WIND**
A Professional Corporation
Harborside Plaza 10
3 Second Street - Suite 1201
Jersey City, NJ 07311
201-333-0400
201-333-1110 (fax)

Motion to Admit Counsel Pro Hac Vice – Page 1