September 1, 2008

Clerk of Court
Mitchell H. Cohen Building & US Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

Re.:   Civil Action Number: 07-2867 (NHL), MDL No. 1850
       Claimant: Susan Foresman
       3504 Zane Grey Loop
       Parker, CO 80138
       303 877-1072

Please note that I am not opting out of the proposed settlement, but taking this opportunity to comment on the process as well as the proposal in which I intend to participate.

I first want to thank you for your part in ensuring that those of us who lost a member of our family at the hands of irresponsible and possible criminal acts receive some justice.

For many of us our pets are like children, and Lailani was just that, a valued member of the family. Her comfort and needs were a high priority for the years that she was with us. She received every routine and as needed veterinary treatment and ate the highest quality foods that the vet could recommend.

Lailani went to the vet for a dental. After her pre-dental blood work we were elated to hear from our vet that her blood work was "perfect". Dr. Quit proceeded with the dental and there were no complications. Following the dental Lailani was to eat soft food so I purchased gravy products that I knew she would love, some of which were obviously unknown to be tainted. The more she ate, the sicker she got until she would no longer eat and developed among the other organ complications, liver issues. At that point she was being tube fed and ultimately, one night at midnight, I had to love her enough to let her go. I took her to the emergency room at my vet's office and held her as she was euthanized.

The pain that her death caused is impossible to describe. It is one thing for your pet to pass after having given them a good life, and yet another to know that she died because you force fed her poison food. The pain that she endured is indescribable. It is a guilt that is impossible to explain, as I will never forget the look on her face as she pleaded for relief.

I appreciate the opportunity to express my sadness and again, I appreciate your assistance in processing my claim, allowing us to recover the economic loss, realizing that the personal loss can never be replaced.

Sincerely,

Susan G. Foresman

cc:
Pet Food Settlement
c/o Heffler, Radctich $ Saitta, L.L.P.
P.O. Box 890
Philadelphia, PA 19105-0890

purchase reimbursement (up to $250,000), screenings or testing for healthy pets (up to $400,000), and all other economic damages, including those relating to the injury or death of a pet (all remaining funds in the Settlement Fund). This is described in greater detail in the Full Notice available at www.petfoodsettlement.com.

4. **HOW YOU CAN QUALIFY FOR AND RECEIVE A PAYMENT.**

In order to be eligible for any compensation from the settlement, you must:

- fill out this Claim Form in its entirety;
- sign the verification statement in section VII. By signing the verification statement, you swear under penalty of perjury that the information that you have supplied is accurate; and
- return this Claim Form together with copies of your supporting documentation, if any.

All information submitted will be kept confidential.

## I. YOUR INFORMATION

**Name of Person Submitting Claim: (First, Middle, Last)**
Susan Foresman

**Street Address**
3504 Zane Grey Loop

**City**  Parker  **State** CO  **Zip Code** 80138-4747

**Country** USA

**Area Code** 303 **Telephone Number (Work)** 663-8546
**Area Code** 303 **Telephone Number (Home)** 877-1072
**Area Code** 303 **Fax Number (optional)** 877-1417

**E-Mail Address (optional):** LHL6@AOL.com

## II. PET INFORMATION

Pet (check one): Dog ☐ or Cat ☒ (A separate Claim Form must be submitted for each animal.)

**Pet's Name:** Lailani Foresman

**Breed, if known (optional):** Domestic Short Hair

**Pet's Date of Birth (best approximation):** Domestic Short Hair Approx 8/97

Gender of Pet (check one): Male ☐ Female ☒

**Name of Pet's Veterinarian (if applicable):** Dr Jonathan Quinn VCA Douglas Co An. hosp.

**Street Address** 531 Jerry St

**City** Castle Rock  **State** CO  **Zip Code** 80104-

**Country** USA

**Area Code** 303 **Telephone Number (Work)** 688-2480

**E-Mail Address (optional):** jtquin@comcast.net

**Brand(s) of Recalled Pet Food Purchased and/or Consumed by Your Pet:** Priority 4 Sophistacat

**Date of Purchase or Consumption of Recalled Pet Food by Your Pet (best approximation):** Oct + thru Dec 2006

## III. REIMBURSEMENT FOR EXPENSES RELATING TO THE TREATMENT, TESTING, DEATH OR INJURY TO YOUR PET

### A. VETERINARY TESTING AND TREATMENT

Check ONE of the following three categories and fill in the corresponding blank:

1. \_\_\_\_ My pet showed no signs of illness and never became sick after eating the Recalled Pet Food, but I took my pet to a veterinarian to be tested for illness related to the Recalled Pet Food.

   My total veterinary expenses were: $_____

2. \_\_\_\_ My pet became sick (i.e., developed the symptoms of acute kidney or renal failure such as vomiting, lethargy, decreased appetite, increased urination and/or increased water intake) but did not die after eating the Recalled Pet Food and I took the pet to a veterinarian for treatment.

   My total veterinary expenses were: $_____

3. ✓ My pet became sick (i.e., developed the symptoms of acute kidney or renal failure such as vomiting, lethargy, decreased appetite, increased urination and/or increased water intake). I took my pet to a veterinarian for treatment or examination and my pet died after eating the Recalled Pet Food.

   My total veterinary expenses were: $ 2516.74   Receipts attached

To recover the maximum amount you can from the Settlement Fund, attach proof of your veterinary expenses and treatments, such as veterinarian bills, veterinarian records, cancelled checks, receipts, credit card receipts or statements, or a statement from your veterinarian. To the extent that you do not have documentation of these expenses, you should provide information regarding those expenses in Section V below. Your recovery may be limited by the Claims Administrator and is subject to the $900 maximum aggregate recovery for undocumented economic damages. You will only be reimbursed for veterinary services that are related to your pet's use or consumption of the Recalled Pet Food and not for unrelated veterinary services.

### B. DEATH

If your pet died as a result of eating the Recalled Pet Food, in addition to all other economic damages, you may be eligible to receive reimbursement for the following types of expenses to the extent they are reasonable:

1. **NECROPSY/PET AUTOPSY:**

   Total Expense: $_____

2. **EUTHANASIA/PUTTING YOUR PET TO SLEEP:**

   Total Expense: $ 92.22         ⎫
                                   ⎬ Included in total receipts
3. **CREMATION:**                  ⎪
                                   ⎪
   Total Expense: $ 111.50         ⎭

4. **BURIAL/SPECIALTY SERVICES (COMBINATION OF EUTHANASIA/CREMATION):**

   Total Expense: $ 400 40.00
                    Vet Fee

To recover the maximum amount you can from the Settlement Fund, attach proof of the expenses and services. Examples of such proof are veterinarian bills, veterinarian records, pet cemetery bills, cancelled checks, receipts, credit card receipts or statements, or a statement from your veterinarian or other person(s) performing the services listed above for which you want reimbursement. To the extent that you do not have documentation of these expenses, you should provide information regarding those expenses below in Section V. Your recovery may be limited by the Claims Administrator and is subject to the $900 maximum aggregate recovery for undocumented economic damages.

5. **PET REIMBURSEMENT**

If your pet died and you bought a new pet **before May 22, 2008**, you may be reimbursed for (i) either the cost or fair market value of your deceased pet, whichever is higher, OR (ii) the reasonable cost of your new pet. You must elect which of these two reimbursements you want.

If your pet died and you did NOT buy a new pet **before May 22, 2008**, you may be reimbursed for either the cost or fair market value of your deceased pet, whichever is higher.

This reimbursement relates to any deceased pet, whether a mixed breed, pure bred, service animal (for example, a seeing-eye dog) or a show pet. Please check the box or boxes below that apply to you and fill in the corresponding information:

☒ I purchased a new pet before May 22, 2008.

The breed of my new pet is: __CAT__

If you purchased a new pet before May 22, 2008, select one of the following:

☒ I seek reimbursement for the cost of my new pet. The cost of my new pet was: $ __70.00__

OR

☐ I seek reimbursement for the cost or fair market value of my deceased pet. The cost or fair market value of my deceased pet was: $_____

☐ I did not purchase a new pet before May 22, 2008. Therefore, I seek reimbursement for the cost or fair market value of my deceased pet. The cost or fair market value of my deceased pet was $_____

To recover the maximum amount you can from the Settlement Fund, attach a copy of proof of either (1) the cost or fair market value of your deceased pet, or (2) the cost of your new pet purchased before May 22, 2008. Acceptable proof includes a receipt, bill, credit card statement, canceled check, AKC Registration, Cat Fancier's Association Certificate, third party appraisal or other proof of the cost or fair market value of your pet. To the extent that you do not submit documentation of these items, you should provide information regarding those expenses below in Section V. Your recovery may be limited by the Claims Administrator and is subject to the $900 maximum aggregate recovery for undocumented economic damages.

C. ADDITIONAL EXPENSES

If you incurred any other expenses related to the death or illness of your pet after it ate the Recalled Pet Food, state those expenses below. Examples of such additional expenses include travel and transportation expenses, property damage (such as damage to your carpets), lost wages or any other expense related to your pet's illness or death.

To recover the maximum amount you can from the Settlement Fund, attach documentation showing these additional expenses. Acceptable proof includes bills, receipts, credit card statements, photographs, and other documents reflecting the payment of these expenses. To the extent that you do not submit documentation of these items, your recovery may be limited by the Claims Administrator and is subject to the $900 maximum aggregate recovery for undocumented economic damages.

ADDITIONAL EXPENSES *(attach additional pages if necessary)*:

Lost time at work taken at no pay in order to feed (via tube) @ 4 hours was a loss of $1000.00. All the time, Lailani was being force fed, thru a feeding tube the very food that killed her, not having any idea that it was poison. During what time I was also unable to do overtime as is often the case

## IV. RECALLED PET FOOD PURCHASE INFORMATION

You may also be entitled to reimbursement for the purchase of Recalled Pet Food for which you have not already been reimbursed, including by previous return or exchange of product.

Total cost of unreimbursed Recalled Pet Food: $ 240.°°

To recover the maximum amount you can from the Settlement Fund for unreimbursed Recalled Pet Food, attach documentation showing your purchase of Recalled Pet Food. Acceptable proof includes receipts, cancelled checks, credit card statements, copies of the product labels, other records from place of purchase, or other records that could show you bought the food and how much you paid. To the extent that you do not submit documentation of these items, you should provide information regarding those expenses below in Section V, and your recovery may be limited by the Claims Administrator.

| DATE OF PURCHASE (List Chronologically) (Month/Date/Year) | PLACE OF PURCHASE | PRODUCT PURCHASED | NUMBER OF CANS/POUCHES/BAGS PURCHASED | TOTAL COST |
|---|---|---|---|---|
| Between 10/18/06 to 12/20/06 | Store: Walmart or Pet-Smart or Safeway  City: Castle Rock  State: CO | Brand: Iams  Style: Select Bites Roast Beef & Gravy  | Number: 24  Size: 3oz  Type: Pouch | Approx $25.°° |
| Between 10/18/06 to 12/20/06 | Store: Walmart or Pet-Smart or Safeway  City: Castle Rock  State: CO | Brand: Img Bit  Style: Adult Chicken & Gravy | Number: 48  Size: 3oz  Type: Pouch | Approx $30 - 40.°° |
| Between 10/18/06 to 12/20/06 | Store: Walmart or Pet-Smart or Safeway  City: Castle Rock  State: CO | Brand: Sophisticat  Style: Fumeo Chic & Tuna | Number: 48  Size: 3oz  Type: Can | Approx $25.°° |
| Between 10/18/06 to 12/20/06 | Store: Walmart or Sam's  City: Castle Rock  State: CO | Brand: Priority  Style: Turkey & Gravy | Number: 24  Size: 3oz  Type: Can | Approx $10.°° |
| Between 10/15/06 to 12/15/06 | Store: Vet  City: Castle Rock  State: CO | Brand: GD IAD  Style: Hills | Number: 5  Size: 6 pks  Type: cans | $85.°° |
| Between 10/15/06 to 12/15/06 | Store: Vet-Pet Health  City: Lonetree  State: CO | Brand: Waltham/Royal Canin  Style: Renal LP | Number: 48  Size: 3oz  Type: packs | $60.°° |
| ☐☐/☐☐/☐☐ | Store:  City:  State: | Brand:  Style: | Number:  Size:  Type: | $ |
| ☐☐/☐☐/☐☐ | Store:  City:  State: | Brand:  Style: | Number:  Size:  Type: | $ |

*(Add additional pages, if necessary)*

## V. EXPLANATION OF UNDOCUMENTED ECONOMIC DAMAGE

If you did not provide documentation to support some or all of your economic damage claims, you should try to provide here as much information as possible about those claims that are not documented and why you did not provide documentation. Providing this explanation will help the Claims Administrator evaluate your claim.

Attach additional pages if necessary.

At least 4 days without pay at my job including lost overtime is a minimum of

Approx. $1000.00

Misc. items to provide care for my sick kitty include massive amounts of paper towels, a Magic Bullet to purée the poisen food, syringes to insert into the feeding tube and or her mouth in force feeding.

Approx. $150.00

It is not easy to document but I appreciate your consideration.
Thank You.

I keep good records but I don't keep receipts for cat food. I do have the UPC from the SophistiCat and that is because I have it left over, thankfully.





# VCA Douglas County Animal Hospital
531 Jerry Street
Castle Rock, CO 80104
(303)688-2480

Doctor: Julie Hesse DVM • Date: 12/22/2006 at 5:19PM • Invoice Number: 126216

## Client
| | | | |
|---|---|---|---|
| Name: | Susan Foresman | Acct. No: | 10963 |
| Address: | 3741 Morning Glory Dr. | | |
| | Castle Rock, CO 80104 | | |

## Patient
| | | | |
|---|---|---|---|
| Name: | Lailani | No: | 52420 |
| Species: | Feline | Sex: | Female Neut. |
| Breed: | Domestic Short Hair | Birth: | 08/17/1997 |
| Color: | Toni W/ White | Weight: | 0.0 lbs |

## Detailed Visit Information

| Date | Description | Quantity | Price | Tax | Total Price |
|---|---|---|---|---|---|
| 12/18/2006 | Euthanasia | 1 | 92.22 | | 92.22 |
| | Private Cremation | 1 | 111.50 | | 111.50 |
| | Miscellaneous Sx | 1 | 40.00 | | 40.00 |
| | abbreviated necropsy 12/18/06 04:18pm RECEPT JRM | | | | |

Subtotal: **$243.72**

## Invoice Notes

We require full payment at time of service. We accept major credit cards. There will be a $20.00 fee for returned checks. VCA Douglas County Animal Hospital is open 24 hours a day, 7 days a week all year.

## Invoice Summary

| Patient Name | Total Price | Total Tax | Total Due |
|---|---|---|---|
| Lailani | 243.72 | | 243.72 |

| | | | |
|---|---|---|---|
| Cash: | 0.00 | Prev. Balance: | 34.37 |
| Check: | 0.00 | Total Due: | 278.09 |
| Credit Card: | 0.00 | Amount Paid: | 0.00 |
| | | Amount Due: | 278.09 |

## Financial Notes

Late charge applied to all accounts unpaid after 30 days. Late charge computed by a periodic rate of 1.50% per month, which is an annual 18%.



## VCA Douglas County Animal Hospital
531 Jerry Street
Castle Rock, CO 80104
(303)688-2480

Doctor: J. Quint DVM • Date: 12/15/2006 at 2:57PM • Invoice Number: 125566

| Client | | | | Patient | | | |
|---|---|---|---|---|---|---|---|
| Name: | Susan Foresman | Acct. No: | 10963 | Name: | Lailani | No: | 52420 |
| Address: | 3741 Morning Glory Dr. | | | Species: | Feline | Sex: | Female Neut. |
| | Castle Rock, CO 80104 | | | Breed: | Domestic Short Hair | Birth: | 08/17/1997 |
| | | | | Color: | Torti W/ White | Weight: | 0.0 lbs |

### Detailed Visit Information

| Date | Description | Quantity | Price | Tax | Total Price |
|---|---|---|---|---|---|
| 12/14/2006 | Metoclopram S 1mg/mlxcc | 30 | 7.00 | | 7.00 |
| | Marin for Cats/60cnt | 1 | 28.00 | | 28.00 |
| | Denosyl SD4 90mg/30cnt | 1 | 28.10 | | 28.10 |
| | Amoxi-Liq 50mg/ml 30mls | 1 | 17.35 | | 17.35 |
| | Esophagostomy Tb Plc | 1 | 117.89 | | 117.89 |
| | Sedation | 1 | 58.30 | | 58.30 |
| | Fluids SQ | 1 | 30.14 | | 30.14 |
| | Injectable Metoclopram. | 4 | 18.18 | | 18.18 |
| 12/15/2006 | G/D Dry 4# (Fel) | 4 | 51.68 | 3.88 | 55.56 |
| | A/D Case 5.5oz. | 1 | 32.10 | 2.41 | 34.51 |
| | Biohazard Waste Mgmt. | 1 | 4.23 | | 4.23 |

Subtotal: **$399.26**

### Invoice Notes

```
We require full payment at time of service. We accept  major
credit cards. There will be a $20.00 fee for returned checks.
      VCA Douglas County Animal  Hospital is open
         24 hours a day, 7 days a week all year.
```

### Invoice Summary

| Patient Name | Total Price | Total Tax | Total Due |
|---|---|---|---|
| Lailani | 392.97 | 6.29 | 399.26 |

| | | | |
|---|---|---|---|
| Cash: | 0.00 | Prev. Balance: | 0.00 |
| Check: | 0.00 | Total Due: | 399.26 |
| American Express: | 399.26 | Amount Paid: | 399.26 |
| | | Amount Due: | 0.00 |

Thank You: Karen M.



# VCA Douglas County Animal Hospital
531 Jerry Street
Castle Rock, CO 80104
(303)688-2480

Doctor: J. Quint DVM • Date: 12/13/2006 at 10:09AM • Invoice Number: 125264

### Client
| | | | |
|---|---|---|---|
| Name: | Susan Foresman | Acct. No: | 10963 |
| Address: | 3741 Morning Glory Dr. | | |
| | Castle Rock, CO 80104 | | |

### Patient
| | | | |
|---|---|---|---|
| Name: | Laijani | No: | 52420 |
| Species: | Feline | Sex: | Female Neut |
| Breed: | Domestic Short Hair | Birth: | 08/17/1997 |
| Color: | Tort W/ White | Weight: | 0.0 lbs |

### Detailed Visit Information

| Date | Description | Quantity | Price | Tax | Total Price |
|---|---|---|---|---|---|
| 12/13/2006 | Recheck/Evaluation | 1 | 22.90 | | 22.90 |
| | Sr. Wellness Test Fel | 1 | 168.00 | | 168.00 |
| | Fluids SQ | 1 | 30.14 | | 30.14 |
| | Injectable Metocloprami | 4 | 29.95 | | 29.95 |
| | Biohazard Waste Mgmt. | 1 | 4.23 | | 4.23 |
| | | | | Subtotal: | $255.22 |

### Invoice Notes

We require full payment at time of service. We accept major
credit cards. There will be a $20.00 fee for returned checks.
VCA Douglas County Animal Hospital is open
24 hours a day, 7 days a week all year.

### Invoice Summary

| Patient Name | Total Price | Total Tax | Total Due |
|---|---|---|---|
| Laiani | 255.22 | | 255.22 |

| | | | |
|---|---|---|---|
| Cash: | 0.00 | Prev. Balance: | 0.00 |
| Check: | 0.00 | Total Due: | 255.22 |
| American Express: | 255.22 | Amount Paid: | 255.22 |
| | | Amount Due: | 0.00 |

Thank You: Mary C.

Thank you for trusting us with your pet's care • Your friends at VCA Douglas County Animal Hospital

# VCA Douglas County Animal Hospital
## 531 Jerry Street
## Castle Rock, CO 80104
## (303)688-2480

Doctor: J. Quint DVM • Date: 11/15/2006 at 6:12PM • Invoice Number: 121910

| Client | | | Patient | | | | |
|---|---|---|---|---|---|---|---|
| Name: | Susan Foresman | Acct. No: 10963 | Name: | Lailani | | No: | 52420 |
| Address: | 3741 Morning Glory Dr. | | Species: | Feline | | Sex: | Female Neut. |
| | Castle Rock, CO 80104 | | Breed: | Domestic Short Hair | | Birth: | 08/17/1997 |
| | | | Color: | Torti W/ White | | Weight: | 0.0 lbs |

### Detailed Visit Information

| Date | Description | Quantity | Price | Tax | Total Price |
|---|---|---|---|---|---|
| 11/15/2006 | Gen.Anes. 1st 1/2 Hr. | 1 | 95.40 | | 95.40 |
| | Fluid Set Up - Surgery | 1 | 65.06 | | 65.06 |
| | --IV Cath. Sx Included | 1 | 0.00 | | 0.00 |
| | --IV Admin.-Sx Included | 1 | 0.00 | | 0.00 |
| | --Fluid 1st Bag-Sx Incl | 1 | 0.00 | | 0.00 |
| | Dental Radiograph | 1 | 21.00 | | 21.00 |
| | Dental Radiograph Addt. | 5 | 50.00 | | 50.00 |
| | Liver Profile | 1 | 132.50 | | 132.50 |
| | Amoxi-Liq 50mg/ml 30mls | 1 | 17.35 | | 17.35 |
| | Denosyl SD4 90mg/30cnt | 1 | 28.10 | | 28.10 |
| | Denosyl SD4 90mg/30cnt | -1 | -28.10 | | -28.10 |
| | owner has enough medication at home, none dispensed 11/15/06 03.48pm RECEPT JRM | | | | |
| | Biohazard Waste Mgmt. | 1 | 4.23 | | 4.23 |
| | | | | Subtotal: | $385.54 |

### Invoice Notes

We require full payment at time of service. We accept major credit cards. There will be a $20.00 fee for returned checks.
VCA Douglas County Animal Hospital is open
24 hours a day, 7 days a week all year.

### Invoice Summary

| Patient Name | Total Price | Total Tax | Total Due |
|---|---|---|---|
| Lailani | 385.54 | | 385.54 |

| | | | | |
|---|---|---|---|---|
| Cash: | 0.00 | Prev. Balance: | 0.00 |
| Check: | 0.00 | Total Due: | 385.54 |
| American Express: | 385.54 | Amount Paid: | 385.54 |
| | | Amount Due: | 0.00 |

Thank You: Jean L.

---

Thank you for trusting us with your pet's care • Your friends at VCA Douglas County Animal Hospital

—1—

## VCA Douglas County Animal Hospital
531 Jerry Street
Castle Rock, CO 80104
(303)688-2480

Doctor: J. Quinn DVM • Date: 11/02/2006 at 2:52PM • Invoice Number: 120298

| Client | | | Patient | | | |
|---|---|---|---|---|---|---|
| Name: Susan Foresman | Acct. No: 10963 | | Name: Lailani | | No: 52420 | |
| Address: 3741 Morning Glory Dr | | | Species: Feline | | Sex: Female Neut | |
| Castle Rock, CO 80104 | | | Breed: Domestic Short Hair | | Birth: 08/17/1997 | |
| | | | Color: Torti W/ White | | Weight: 0.0 lbs | |

### Detailed Visit Information

| Date | Description | Quantity | Price | Tax | Total Price |
|---|---|---|---|---|---|
| 11/02/2006 | Recheck/Evaluation | 1 | 22.90 | | 22.90 |
| | Biohazard Waste Mgmt. | 1 | 4.23 | | 4.23 |
| | Pet Piller | 1 | 5.64 | | 5.64 |
| | | | | Subtotal: | $32.77 |

### Invoice Notes

We require full payment at time of service. We accept major credit cards. There will be a $20.00 fee for returned checks. VCA Douglas County Animal Hospital is open 24 hours a day, 7 days a week all year.

### Invoice Summary

| Patient Name | Total Price | Total Tax | Total Due |
|---|---|---|---|
| Lailani | 32.77 | | 32.77 |

| | | | |
|---|---|---|---|
| Cash: | 0.00 | Prev. Balance: | 0.00 |
| Check: | 0.00 | Total Due: | 32.77 |
| American Express: | 32.77 | Amount Paid: | 32.77 |
| | | Amount Due: | 0.00 |

Thank You: Linda R.

Thank you for trusting us with your pet's care • Your friends at VCA Douglas County Animal Hospital

— 1 —



## VCA Douglas County Animal Hospital
### 531 Jerry Street
### Castle Rock, CO 80104
### (303)688-2480

Doctor: J. Quinn DVM • Date: 10/24/2006 at 12:30PM • Invoice Number: 119232

| Client | | | Patient | | | |
|---|---|---|---|---|---|---|
| Name:<br>Address: | Susan Foresman<br>3741 Morning Glory Dr.<br>Castle Rock, CO 80104 | Acct. No: 10963 | Name:<br>Species:<br>Breed:<br>Color: | Lailuni<br>Feline<br>Domestic Short Hair<br>Torti W/ White | No:<br>Sex:<br>Birth:<br>Weight: | 52420<br>Female Neut<br>08/17/1997<br>0.0 lbs |

| Detailed Visit Information | | | | | |
|---|---|---|---|---|---|
| Date | Description | Quantity | Price | Tax | Total Price |
| 10/24/2006 | Recheck/Evaluation<br>Orbifloxacin 22.7mg<br>Liver Profile<br>Biohazard Waste Mgmt. | 1<br>10<br>1<br>1 | 22.90<br>27.02<br>132.50<br>4.23 | | 22.90<br>27.02<br>132.50<br>4.23 |
| | | | | Subtotal: | $186.65 |

### Invoice Notes

We require full payment at time of service. We accept major credit cards. There will be a $20.00 fee for returned checks. VCA Douglas County Animal Hospital is open 24 hours a day, 7 days a week all year.

| Invoice Summary | | | |
|---|---|---|---|
| Patient Name | Total Price | Total Tax | Total Due |
| Lailuni | 186.65 | | 186.65 |

| | | | |
|---|---|---|---|
| Cash: | 0.00 | Prev. Balance: | 0.00 |
| Check: | 0.00 | Total Due: | 186.65 |
| American Express: | 186.65 | Amount Paid: | 186.65 |
| | | Amount Due: | 0.00 |

Thank You: Erin T.

Thank you for trusting us with your pet's care • Your friends at VCA Douglas County Animal Hospital



## VCA Douglas County Animal Hospital
### 531 Jerry Street
### Castle Rock, CO 80104
### (303)688-2480

Doctor: J. Quint DVM  •  Date: 10/13/2006 at 5:28PM  •  Invoice Number: 118024

| Client | | | Patient | | | |
|---|---|---|---|---|---|---|
| Name: | Susan Foresman | Acct. No: 10963 | Name: | Lailani | No: | 52420 |
| Address: | 3741 Morning Glory Dr | | Species: | Feline | Sex: | Female Neut. |
| | Castle Rock, CO 80104 | | Breed: | Domestic Short Hair | Birth: | 08/17/1997 |
| | | | Color: | Torti W/ White | Weight: | 0.0 lbs |

### Detailed Visit Information

| Date | Description | Quantity | Price | Tax | Total Price |
|---|---|---|---|---|---|
| 10/13/2006 | Support Service | 1 | 0.00 | | 0.00 |
| | no charge recheck exam per JQ 10/13/06 11 28am RECEPT JRM | | | | |
| | Sr. Wellness Test Fel | 1 | 168.00 | | 168.00 |
| | Fluids SQ | 1 | 30.14 | | 30.14 |
| | Biohazard Waste Mgmt. | 1 | 4.23 | | 4.23 |
| | | | | Subtotal: | $202.37 |

### Invoice Notes

We require full payment at time of service. We accept major credit cards. There will be a $20.00 fee for returned checks.
VCA Douglas County Animal Hospital is open 24 hours a day, 7 days a week all year.

### Invoice Summary

| Patient Name | Total Price | Total Tax | Total Due |
|---|---|---|---|
| Hendon | 442.62 | | 442.62 |
| Willie | 452.62 | | 452.62 |
| Lailani | 202.37 | | 202.37 |

| | | | | |
|---|---|---|---|---|
| Cash: | 0.00 | Prev. Balance: | | 0.00 |
| Check: | 0.00 | Total Due: | | 1,097.61 |
| American Express: | 1,097.61 | Amount Paid: | | 1,097.61 |
| | | Amount Due: | | 0.00 |

Thank You: Erin T.



# VCA Douglas County Animal Hospital
531 Jerry Street
Castle Rock, CO 80104
(303)688-2480

Doctor: J. Quint DVM • Date: 10/18/2006 at 4:44PM • Invoice Number: 118607

## Client
| | | |
|---|---|---|
| Name: | Susan Foresman | Acct. No: 10963 |
| Address: | 3741 Morning Glory Dr | |
| | Castle Rock, CO 80104 | |

## Patient
| | | | | |
|---|---|---|---|---|
| Name: | Lailani | | No: | 52420 |
| Species: | Feline | | Sex: | Female Neut. |
| Breed: | Domestic Short Hair | | Birth: | 08/17/1997 |
| Color: | Torti W/ White | | Weight: | 0.0 lbs |

### Detailed Visit Information

| Date | Description | Quantity | Price | Tax | Total Price |
|---|---|---|---|---|---|
| 10/14/2006 | Fluid Therapy Set Up | 1 | 97.59 | | 97.59 |
| | --Fluid 1st Bag | 1 | 0.00 | | 0.00 |
| | --I.V. Catheter Include | 1 | 0.00 | | 0.00 |
| | --I.V. Administrat. Set | 1 | 0.00 | | 0.00 |
| | Injectable KCL | 1 | 20.84 | | 20.84 |
| | Injectable Vitamin K | 1 | 18.12 | | 18.12 |
| | Injectable Vit B Complx | 2 | 17.78 | | 17.78 |
| | Denosyl SD4 90mg/30cnt | 1 | 28.10 | | 28.10 |
| | Injectable Ampicillin | 1 | 18.14 | | 18.14 |
| | Nursing/Injections | 1 | 13.56 | | 13.56 |
| | Partial Day Hospitaliz. | 1 | 27.50 | | 27.50 |
| | Fructosamine Test | 1 | 71.84 | | 71.84 |
| | Partial Day Hospitaliz. | 1 | 27.50 | | 27.50 |
| | Nursing/Injections | 2 | 27.12 | | 27.12 |
| 10/15/2006 | Partial Day Hospitaliz. | 1 | 27.50 | | 27.50 |
| | Partial Day Hospitaliz. | 1 | 27.50 | | 27.50 |
| | Nursing/Injections | 2 | 27.12 | | 27.12 |
| 10/16/2006 | Partial Day Hospitaliz. | 1 | 27.50 | | 27.50 |
| | Injectable Ampicillin | 1 | 18.14 | | 18.14 |
| | Injectable Vitamin K | 1 | 18.12 | | 18.12 |
| | Nursing/Injections | 1 | 13.56 | | 13.56 |
| | Partial Day Hospitaliz. | 1 | 27.50 | | 27.50 |
| | Nursing/Injections | 2 | 27.12 | | 27.12 |
| 10/17/2006 | Partial Day Hospitaliz. | 1 | 27.50 | | 27.50 |
| | Nursing/Injections | 2 | 27.12 | | 27.12 |
| 10/18/2006 | Injectable Ampicillin | 1 | 18.14 | | 18.14 |
| | Injectable Vitamin K | 1 | 18.12 | | 18.12 |
| | Partial Day Hospitaliz. | 1 | 27.50 | | 27.50 |
| | Amoxi-Liq 50mg/ml 15mls | 1 | 15.10 | | 15.10 |
| | Cyproheptadine 4mg | 15 | 22.47 | | 22.47 |
| | A/D Case 5.5oz. | 1 | 32.10 | 2.41 | 34.51 |
| | Biohazard Waste Mgmt. | 1 | 4.23 | | 4.23 |
| | | | | Subtotal: | $776.84 |

### Invoice Notes

```
We require full payment at time of service. We accept  major
credit cards. There will be a $20.00 fee for returned checks.
        VCA Douglas County Animal  Hospital is open
            24 hours a day, 7 days a week all year.
```

Thank you for trusting us with your pet's care • Your friends at VCA Douglas County Animal Hospital

**VCA Douglas County Animal Hospital**
531 Jerry Street
Castle Rock, CO 80104
(303)688 2480

Doctor: J. Quint DVM • Date: 10/18/2006 at 4:44PM • Invoice Number: 118607

| Invoice Summary | | | |
|---|---|---|---|
| Patient Name | Total Price | Total Tax | Total Due |
| Lailani | 774.43 | 2.41 | 776.84 |

| | | | |
|---|---|---|---|
| Cash: | 0.00 | Prev. Balance: | 0.00 |
| Check: | 0.00 | Total Due: | 776.84 |
| Credit Card: | 0.00 | Amount Paid: | 0.00 |
| | | Amount Due: | 776.84 |

Thank You: Karen M.

**Financial Notes**

Late charge applied to all accounts unpaid after 30 days. Late charge computed by a periodic rate of 1.50% per month, which is an annual 18%.



**VCA Douglas County Animal Hospital**
531 Jerry Street
Castle Rock, CO 80104
(303)688-2480

Doctor: J. Quint DVM • Date: 12/16/2006 at 3:06PM • Invoice Number: 125712

| Client | | | Patient | | | | |
|---|---|---|---|---|---|---|---|
| Name: | Susan Foresman | Acct. No: 10063 | Name: | Lailani | No: | 52420 |
| Address: | 3741 Morning Glory Dr. | | Species: | Feline | Sex: | Female Neut |
| | Castle Rock, CO 80104 | | Breed: | Domestic Short Hair | Birth: | 08/17/1997 |
| | | | Color: | Tort W/ White | Weight: | 0.0 lbs |

### Detailed Visit Information

| Date | Description | Quantity | Price | Tax | Total Price |
|---|---|---|---|---|---|
| 12/16/2006 | Fluids SQ | 1 | 30.14 | | 30.14 |
| | Biohazard Waste Mgmt. | 1 | 4.23 | | 4.23 |
| | | | | Subtotal: | $34.37 |

### Invoice Notes

We require full payment at time of service. We accept major credit cards. There will be a $20.00 fee for returned checks.
VCA Douglas County Animal Hospital is open
24 hours a day, 7 days a week all year.

### Invoice Summary

| Patient Name | Total Price | Total Tax | Total Due |
|---|---|---|---|
| Lailani | 34.37 | | 34.37 |

| | | | |
|---|---|---|---|
| Cash: | 0.00 | Prev. Balance: | 0.00 |
| Check: | 0.00 | Total Due: | 34.37 |
| Credit Card: | 0.00 | Amount Paid: | 0.00 |
| | | Amount Due: | 34.37 |

Thank You: Linda R.

### Financial Notes

Late charge applied to all accounts unpaid after 30 days. Late charge computed by a periodic rate of 1.50% per month, which is an annual 18%.

Thank you for trusting us with your pet's care • Your friends at VCA Douglas County Animal Hospital
—1—

## VI. PRIOR SETTLEMENT/REIMBURSEMENT

Certain pet food manufacturers and retailers have already reimbursed certain Recalled Pet Food claims submitted by customers. Please indicate whether you have previously submitted claims for reimbursement or compensation to a pet food manufacturer or retailer, or its insurance company.

Yes ____ or No ✓

If you answered No, then you can proceed to Section VII, sign the Claim Form, and mail, fax or email (by pdf.) it to the address on the front of the Form.

If you answered Yes, then please provide the following information:

**Name of Person Submitting Claim for Reimbursement:** (First, Middle, Last)

**Name of the Pet**

**Name of Manufacturer or Retailer that Received Claim:**  NO

**Street Address**

**City**   **State**   **Zip Code**

**Country**

The date(s) on which claim(s) for reimbursement was or were made:

**Was Reimbursement Provided?** Yes ____ or No ✓    **Amount of Reimbursement:** $ —0—

**IMPORTANT INFORMATION REGARDING REIMBURSEMENT:** If you have been previously reimbursed by a pet food manufacturer, retailer or its insurance company for expenses associated with the Recalled Pet Food, then the reimbursed amount will be deducted from the total amount owed to you as part of this settlement. If the total amount of your previous reimbursement from a pet food manufacturer, retailer or its insurance company is greater than the total amount that you are entitled to as part of this claims program, then you will not receive any further reimbursement as part of this settlement.

## VII. VERIFICATION

I declare under the penalty of perjury that the above information is true and correct. I understand that the above information will be reviewed and verified by a representative from the Claims Administrator. I hereby authorize a representative from the Claims Administrator to contact me or my veterinarian, or both, for more information, and authorize the Claims Administrator to share the information contained within this Claim Form with my veterinarian, as necessary, to properly evaluate my claim.

_Susan Crossman_    9-01-08
Signature            Date

Please keep a copy of your completed Claim Form and copies of any attached documentation for your records.

Claims — I Appreciate your consideration
Vet = $2516.74
New Cat = $70.00
OT + Lost time = $1000.00
Groomwork
Misc. = $150.00           Total $3976.74
Food                      for Lailani's
during illness = $240.00  illness + death

QUESTIONS OR NEED HELP? CALL THE CLAIMS ADMINISTRATOR AT 1-800-303-7705 OR VISIT WWW.PETFOODSETTLEMENT.COM

7

# The Buddy Center™
Receipt No: R06-068039
4556 Castleton Court • Castle Rock, CO 80109 • (303) 751-5772 • http://www.ddfl.org

**DUMB FRIENDS LEAGUE** since 1910

| Patron Info: | SUSAN FORESMAN / P849201<br>3741 Morning glory Dr<br>Castle rock, CO 80109 | Receipt Date: Mon 11/27/06 |
|---|---|---|
| Card No: | | Received From: SUSAN FORESMAN / (303) 877-1072 |

| # | Item Description / Manufacturer / Item Code | Animal ID | Reference No | Price | Each | Amount |
|---|---|---|---|---|---|---|
| 1 | Fee: Cat<br>B-CAT | | | $ 70.00 | 1 | $ 70.00 |

| | | |
|---|---|---|
| Total Fees Due: | $ | 70.00 |
| Cash: | $ | 70.00 |
| Check: | $ | - |
| Credit Card: | $ | - |
| Total Payments Received: | $ | 70.00 |

**Thank You!**

| Change: | $ | - |
| Balance Due: | $ | |

-Animal Information-

| Animal ID | Animal Name | Animal Type | Age | Sex | Breed | Color |
|---|---|---|---|---|---|---|
| A411436 | Sadie | Cat | 5y 0m | SF | Domestic lh / Mix | Calico |

Sadie was adopted as an ill cat as she was suffering from depression & had become very sick. I did not want her to be put down. She remained at the Dumb Friends League hospital until just before Lailani died. She is healthy now and is at home with me.

Shelter: Buddy Center / Clerk: BCVOL / DateTimeStamp: Mon 11/27/06 04:16pm
p:\crystal\zChameleon Report Manu\receipt.rpt
Printed on: 11/27/06 at 04:21 pm
Page 1 of 1
© Copyright 2004 - 2006 Dumb Friends League. All Rights Reserved.