September 12, 2008

**RECEIVED**

**SEP 1 8 2008**

Mitchell H. Cohen Building and U.S. Courthouse
Noel L. Hillman, U.S. District Judge
4th and Cooper Streets, Room 1050
Camden, NJ  08101

NOEL L. HILLMAN
U.S. DISTRICT JUDGE

Re: Civil Action Number: 07-2867 (NLH), MDL No. 1850
(Objection to: Pet Food Recall Litigation Proposed Settlement)

Dear Judge Hillman,

As I'm sure you're aware, this class action suit is a very emotional one. It's not covering damage to a 'thing' such as a car or clothing. Both are expensive to replace, but *can be* replaced. It's covering damage, and in my case, death of a living, breathing part of my life – one which *can not* be replaced.

Our beloved cat, Digit, had to be put to sleep on February 13, 2007. She was only 6 years old, and by all accounts, the world's best cat. She fell ill in December 2006 after eating several different cans of tainted food. After several vet visits, second opinions, countless attempts at different medications, we finally decided there was nothing we could do. Puzzled as to why our cat, who had never been sick before, was now so sick that we had to put her to sleep.

The news about the Menu Foods contamination didn't hit until around March 2007. Several weeks after Digit died. I gathered what information I could to submit to Menu Foods for some sort of compensation. And for me, it's not really about the money, it's about the fact that thousands of animals were poisoned....some to death and some enough to need treatment the rest of their lives.

I feel that 'up to $900' reimbursement for 'damages' is insulting and just a slap on the hand to the manufacturers of said pet food. That's nothing! What if the same type of poisoning happened to human beings? Yes, I'm comparing pets to humans, as they are much more 'human' than not. We are talking about members of people's families, best friends, confidants, entertainers and companions to the humans who loved them.

How is this settlement going to prevent anything similar from happening in the future? Are you ensuring that there is accountability? Stricter testing? Laws governing what goes into our pets' food? Even if you don't, we are still forced to buy it. There are no other options when it comes to feeding a pet. It's been a year and a half since Digit died due to poisoning, and I still get a knot every time I feed my other pets - wondering if it's happening again.

I urge you to consider the sadness that this situation has caused so many. And speak for our pets who can't speak for themselves.

Regards,

*Gina K. Davis*
Gina K. Davis
3100 N. County Road 426
Geneva, FL  32732
407-349-9952

CC:   Pet Food Settlement,
        c/o Heffler, Radetich & Saitta, L.L.P.
        P.O. Box 890
        Philadelphia, PA 19105-0890

Gina Davis
3100 N. County Road 426
Geneva, FL 32732-9761

ORLANDO FL 328

15 SEP 05 PM 1 T

RECEIVED
AM T. WALSH, CLERK

'05 P 2: 54

Mitchell H. Cohen Building + US Courthouse
Noel L. Hillman, U.S. District Judge
4th + Cooper Streets, Rm. 1050
Camden, NJ 08101