Sept. 12, 2008

2008 SEP 22 A 11: 57

    I'm writing in regard to Civil Action # 07-2867 (NLH) MDL # 1850, to object to the settlement by the pet food companies. My cat Ernie has permanent kidney damage from eating Iams Select Bites in March 2007. He was under a vets care for five months, and now needs prescription food, which costs me $55.85 a month. He wouldn't need this food if it weren't for the companies that made the tainted cat food. They should cover this expense, along with the medical expenses.

    Also, I understand the pet food companies agree to test the food for one year. I guess after that they want us to just hope for the best. I still don't know if they're going to buy from China again. My poor cat has been through a lot, and so have I. The least they could do is help us out monetarily. They say they care for our pets, and are concerned. Obviously not.

*Lois Moore*

Lois Moore
304 Amanda Way
Verona, Wisconsin 53593
(608) 848-4358