Jon Roberts
18711 Howe Street
Omaha, NE 68130
402.333.9370
jonroberts402@msn.com

September 12, 2008

To Whom It May Concern:

It is my understanding that at the last moment the Defendants do not wish to be held accountable for future ongoing expenses. I object to this notion, especially because my dog is still alive and continues to accumulate expenses to keep her alive and as healthy as she can possibly be. If it were not for the pet food that made her sick, she would not be in this situation to begin with! My objection relates to Civil Action Number: 07-2867 (NLH), MDL No. 1850.

Please contact me regarding this matter if needed.

Sincerely,

*Jon Mark Roberts*

Jon Roberts