RECEIVED
H. CLERK

2008 SEP 16 A 11: 28

September 9, 2008

Clerk of Court
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

Ref:    Civil Action Number: 07-2867 (NLH), MDL No. 1850.

Dear Sirs:

My name is Kristin Patsalos. I am a Nassau County Police Officer on Long Island, NY, and I am writing to you to express my disgust with the Dog Food Industry. In 1997, my husband and I purchased our first Rottweiler. Sampson was an extremely healthy, vibrant 150lb teddy bear. He was the gentlest animal I have ever met. I referred to him as my "Gentle Giant". Then in 1998 we decided to get him a friend and we purchased Dalilia. Never did I think I could love an animal as much as I loved Dalilia and Sampson. They were the best of buddies. They went everywhere together. Dalilia was one of the most beautiful female Rottweiler's I have ever seen. People would stop me to tell me how beautiful she was. They were my children. I know that may sound bizarre to some people, but when you can't have children this is the closest thing you can have to children. I don't know what it is like to love a child, so I can not compare it but I can't even imagine that kind of love, because the love I have for my animals is indescribable. In 2003, my husband found a Rottweiler tied to a fence outside an abandoned truck yard that was ready to collapse and die. He brought her home and we spent hundreds of dollars to clean her up and spay her. We weren't going to keep her. We were going to try and find her a good home. But as you probably are aware Rottweiler's have such a bad name that no one wants a 2 ½ year Rottweiler, so we kept her. I named her Nala and she slowly but surely became the love of my life.

In 2005, Dalilia started getting sick. Out of the clear blue sky she went from a healthy 6 year old dog, to a dog that could not walk. The nightmare began!!! After about $40,000.00 in MRI's, spinal taps, acupuncture, herbal medicine, back and forth to the best doctors in New York, who could not tell us why or what made her sick, my husband and I had to make the most difficult decision and put her to sleep. I can not describe the pain, guilt, sorrow and pure heart break that my husband and I felt.

In 2006 Sampson was diagnosed with Cancer and they amputated his toe. The Cancer progressively got worse and spread throughout his leg. They wanted to take his whole

Dockets.Justia.com

leg, but I was not going to allow that. Our doctor told us that he had good results with herbal medicine so we decided to go that route. My husband built a ramp and a cart so he could take Sampson outside to the bathroom. We went through four grueling, months watching him decline, seeing a 150lb Rottweiler reduced to a bag of bones. You wait for a vet to say it's time because you don't want you animal to suffer, but they don't tell you and your go on hoping for a miracle. On January 28 Sampson died and went with Dalilia. Again, the heartache was almost unbearable. It just is something unless you have an animal, you could never understand.

We are now left with Nala. When we first got Nala, I did not want her, nor did I want to love her, but she worked me and did she work me good. This dog became the biggest lap dog ever. She was a healthy 125lb Rottweiler/Dobie mix (so we think) because she was a rescue dog. So realistically she should have lived a long life. Her story is I started noticing she was not eating her dry food. I went to Petco and bought he some Nutro Natural Choice wet food. She ate that food on approximately August 1, and the next day my husband came home from work and Nala would not get up. We took her to the vet and she progressively got worse. My husband and I carried her outside (it took the both of us) to go to the bathroom, and then at night we carried her up thirteen steps to our bedroom so she could sleep with us. Within three weeks time on August 21st she was reduced to a bag of bones, and she died.

The sadness and heartbreak is unbearable! I started thinking how can this be possible that one couple had three dogs from three different blood lines, all die crazy deaths. I thought what is the common thread between all three of them...and then it hit me like a ton of bricks....their dog food. They all ate Nutro dog food and dog bones. Here we think we are purchasing good, healthy dog food, and little did we know we were killing our dogs.

Please your honor, please do my sweet babies justice, please help other people never to go through what my husband and I have gone though. No one and I mean no one should go through the sheer heartbreak that we did, and you can make sure that happens. This monetary lawsuit will never bring back the animals, but it will show the industry that they are being watched and they better pay attention!

This letter can no way describe what my sweet animals went though in their last days. It can no way describe what my husband and I went through in those days, but I sure hope it gives you an idea how much people love their animals!

Best Regards,

Kristin Patsalos
1579 1ST Street
West Babylon. New York 11704
631-893-6990