Reference# Civil Action# 07-2867(NHE), MDL #1850

To Whom it may concern,

My cat Sam was affected by tainted IAMS pet food in March of 2007. Since then, I have become part of the class action lawsuit, reason being that I strongly believe that IAMS and other pet food corporation need to take responsibility for their food being toxic. When a corporation provides a service to the public, it is their responsibility to abide by certain rules and regulations set forth for the safety of their consumers.

Your Honor, I have heard others have objected to what the defendants are preparing to offer the victims, so I thought I'd present some facts for you about my life and my cat Sam's life currently. They are:

I fed him IAMS wet canned food, believing that it was healthy for him.

He developed Kidney failure because of me feeding him this food.

I did whatever possible at the instruction of my vet, to keep Sam alive and well.

Sam has to be on a special diet for the rest of his life, and my vet says he will need to come in and visit for Urinalysis, fluids, and Renal checkups in the future.
He will never be able to eat just any kind of food from the shelf in a store again.

I have spent $300.00 on specialized food for his health situation all together since this ordeal happened in March 2007.

I anticipate that I will spend another $2,180.00 alone for food for another 7 years. I arrived at this amount like this:

| | |
|---|---|
| Estimated years left in Sam's life: | 7 years (He is currently 9 years old) |
| Can of Renal Cat Food cost: | $2.00 a can (well over store bought food) |
| Consumption | Sam eats half a can a day, plus Renal Dry Food which costs $18.00 a bag) |

365 days per year/2=183 days X $2.00 = $366 wet can food
4 bag dry food per year X $18.00 = $72.00   ($366 + $72 = $438 per year)

7 years X $438.00 = $3,066.00   this is for food alone per year. This doesn't even include medical vet expenses.

To sum it all up, I do not feel it is right or fair for these pet food corporations to ignore the damage this pet food recall has caused to the American public. My cat Sam was traumatized the day it happened, currently has health issues, and will absolutely suffer from feline kidney failure for the rest of his life. He is a living animal, and these issues should not be swept under the rug.

Thank you for your time in this matter,


Sincerely,

Kelly Scheibe & Sam Scheibe


Kelly Scheibe
505 Slinger Road #3
Slinger WI  53027
920-382-1981