```
                                                                    1

                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEW JERSEY
                    _____

        IN RE:

        PET FOOD PRODUCTS              MDL CIVIL ACTION
        LIABILITY LITIGATION           NUMBER: 1850
                                       CIVIL ACTION NO.
                                       07-2867 (NLH)
                    _____

                    TELEPHONE CONFERENCE CALL


        DATE:  SEPTEMBER 17, 2008

        MITCHELL H. COHEN UNITED STATES COURTHOUSE
              ONE JOHN F. GERRY PLAZA,
              CAMDEN, NEW JERSEY, 08101


        B E F O R E:
        THE HONORABLE NOEL L. HILLMAN, UNITED STATES
        DISTRICT COURT JUDGE, SITTING AT CAMDEN, NEW JERSEY

        A P P E A R A N C E S:

        AS STATED ON THE RECORD


                              STEPHEN J. DANER, CCR, RPR,
                              OFFICIAL COURT REPORTER




                  U.S. DISTRICT COURT - CAMDEN - NEW JERSEY
```