# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE PET FOODS PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1850<br>Case No. 07-2867 (NHL)<br>Judge Noel L. Hillman<br><br>**CERTIFICATE OF SERVICE** |

I Hereby Certify That True Copies Of The Following Documents:

1. **CHEMNUTRA, INC.'S REPLY IN SUPPORT OF ITS MOTION TO DESTROY RETAINED WHEAT GLUTEN.**

2. **DECLARATION OF KAREN M. FIRSTENBERG IN SUPPORT OF CHEMNUTRA'S REPLY MOTION TO DESTROY ITS REMAINING RECALLED WHEAT GLUTEN**

Were served Electronically Upon all Counsel of Record by the Court's CM/ECF System of if Such Service is not authorized, by first class mail This 5th Day of September 2008, In Accordance with Rule 5 of the Federal Ruled of Civil Procedure. Also courtesy copies of the above documents have been mail served directly to Judge Hillman's chamber pursuant to Local Rule 10.

_____
Karen M. Firstenberg (State Bar No. 222432)

L0138044