① Civil Action No. 07-2867
(NJ MDL no. 1850)
U.S. District Court of New Jersey
Pet Food Products Liability
Litigation Settlement
Claims Administration

Frances Providence Jordan
117 Dumas Wise Rd.
Picayune, Ms. 39466
(601) 798-6248
Sept. 16, 2008
(Late due to my disabilities)

Dear Administrators,

This letter is written regarding the effects the "contaminated" pet food had on 8 of my 12 pets. Please note 4 of the 12 were not severely affected due to the fact that they are "outdoor" pets and did not have access to the worst of the bad food. They had only minor side-effects like mild nausea and intake of more than usual water per day. These 4 outdoor pets, 3 cats and 1 dog had primary diets of dry food mixed with only small amounts of can food, not the gravy or pouch type that caused the extreme to moderate symptoms the 8 indoor pets suffered. Can food was Special Kitty, & Old Roy (gravy type).

For several weeks prior to the announcement of the "tainted" food, my 8 pets suffered in varying degrees from what I thought was several types of "viruses" or intestinal disorders of various kinds. I, as a nurse, treated the "symptoms" with antibiotics, nausea medicine, diarrhea medicines, and forcing fluids such as pedialyte and broth with oral syringes. This is probably why I lost only 1 cat and kept the symptoms from getting severe to all but 2 others, 1 cat, 1 dog who nearly died.

Adding to the fact that the 3 most violently ill were consuming larger amounts of the pouch and canned gravy types of food. All 8 ate the contaminated food but 3 had access to more and

also were smaller and I was recovering from allergies and had a cortisone shot and was the smallest of all of my cats. Roberto was an "indoor"-outdoor cat who played outside but ate his meals with the indoor dogs and cat. He, like my 2 most severe indoor animals (1 dog - 1 cat) began to "hide" and since he stayed outside except to eat & was unable to get him to a vet once I knew from I.V. what was occurring. Roberto came home and I went to get a carry-all but he hid then ran off to a neighbors house. He died alone in a field where the vultures consumed his body. My heart broke over this event.

All of my indoor pets 6 dogs and 1 cat stopped playing and 2 of them 1 dog (Tinkerbella) and 1 cat (Raggs) - a cat went into hiding. They do this same thing now on a lesser basis when they feel "ill." Both have problems eating and at times I use A.D Science diet with a syringe to supplement them and the other 5 dogs too when needed. It is costly and time consuming.

All of my 7 surviving pets require medicines on an as needed basis for nausea, vomiting, diarrhea, lack of appetite etc. I am fortunate to have one of my vets who allows me to purchase their meds and I only have to bring them in for check-ups when they do not respond to the medicine or are not "bouncing" back as readily as they should.

My pets will require care the rest of their lives. So I have to "eat" the bill? And others who, like me, kept their pets alive must do the same? I guess the big companies win in the end don't they? How sad, pets are not commodities they are guard-dogs, service pets, cats who kill snakes, mice etc. One of my dogs in the past saved my

③ life by alerting me with continuous barking and "nudging" me in another direction when a poisonous snake was in the tall grass where I was walking. The snake managed to get one fang and a tiny bit of the other on the top of my foot. She, Susie P.G. put her life on the line to save me by jumping in front of me. I don't think inanimate objects can do these things. As a child, a neighbors service dog pulled me back as I was about to walk out into the street where a car was making a right turn and would have killed me.

What price are our pets worth? To us, the owners, they're priceless. God gave them to us not only as companions (which is the most important) but also as our helpers and keepers from harm, alerting of fires, and trespassers on property.

If I had a lost child or other loved one, I'd rather have a search dog with a handler than just people looking for my loved one.

Don't they deserve the future care of a vet and the medicine they need for an illness they have and we can treat? Man caused the permanent illness for profit, they should pay for the needed treatment for the extent of our pets lives. Please reconsider Your Honors!

God bless you and guide your decisions.

P.S. I am disabled and missed the date to send this, my lawyer sent me a reminder. God bless you!

Sincerely in Christ,
Frances P. Gordon

P.P.S. my pets consumed an average of 5 bowls of water daily!

Arthur Farley Jr.
117 Dixon Weir Rd.
Picayune, Ms. 39466

HATTIESBURG MS 394
25 SEP 2008 PM 1 T

Clerk of Court
Mitchell H. Cohen Building +
U. S. Courthouse
4th + Cooper Streets, Room 1050
Camden, N. J. 08101

Civil Action no. 07-2867
(NLH) MDL no. 1850
Late due to my
God Bless physical + visual
disabilities
Please
Read!