September 23, 2008          Re: Civil Action No: 07-2867 NLH, MDL No. 1850

Dear Judge Hillman,

    Please accept this letter as clarification to my objection letter dated July 4. This letter will attempt to provide clearer details on what costs comprise "ongoing vet expenses." I've attached a one year Treatment Plan provided by my vet for Moika, my cat. As background, Moika was perfectly healthy prior to eating the contaminated cat food. These will be my ongoing costs:

    My vet recommends twice a year follow-up treatments due to two factors: crystals were found in Moika's urine several months after the poisoning and because Moika has the misfortune to be born with only one kidney. Here are the projected costs for only ONE follow-up visit:

| | | |
|---|---|---|
| 1 | Exam: | $53.00 |
| 1 | PPA/w/ CBC & Electrolytes: | $92.00 |
| 1 | IDX Urinalysis: | $41.95 |
| | **Total Once a year Follow-up:** | **$186.95** |

    Prescription cat food is more than double the cost of regular cat food. Here are the additional yearly costs I will incur for prescription food over and above the cost of regular food:

Prescription Dry Food for 1 year (16 lb bag SO Urinary): $50.59
Non-Prescription Dry Food (Nutri-Max 16 lb bag):      -$20.99 **Difference: $29.60**

Prescription Canned Food 1 year (24 cans SO Urinary):   $41.52
Non-Prescription Equivalents, any brands (24 cans):     -$15.99 **Difference: $25.53**
**Total Prescription Pet Food Difference for One Year (29.60 + 25.53) = $55.13**

    **One Yearly check-up + Pet Food differential for one year (186.95 + 55.13) = $242.08**

    Average life expectancy for a cat is 15 years. Moika is now 4. If she is lucky enough to survive 5 more years, this pet food poisoning will cost me over twelve hundred ($1,210) in additional vet expenses and this is including only one yearly Exam, not the two my vet recommends as a result of Moika's poisoning.

    <u>A settlement that fails to recognize these ongoing costs is simply unrealistic. A fair and reasonable settlement would recognize that pets were injured as a result of the poisoned pet food and that all expenses did not cease the day the recall was announced.</u> The pet food companies should be held liable and allowances should be made for these ongoing expenses.

    Please reject this proposed settlement as insufficient to cover even the basic ongoing costs directly associated with the pet food poisoning of Moika and other pets still undergoing treatment. Thank you very much for your time and consideration. Please feel free to contact me or my vet with any questions. Thank you again.

Sincerely,

Dana Sheehan
cc: D. Jeffrey Ireland, Scott A. Kamber, Heffler, Radetich & Saitta

# Smoky Hill Veterinary Clinic
15600 E Smoky Hill Road
Aurora, CO 80015
303-693-2020



09-12-08

Dana Sheehan
13950 E Oxford Pl #a-204
Aurora CO 80014
303 766-4156

## Treatment Plan FOR Moika

| Procedure or Dispensed Item | Qty | Charge |
|---|---|---|
| Comprehensive Illness Exam | 2 | 106.00 |
| PAP w/ CBC & Electrolytes | 2 | 184.00 |
| IDX Urinalysis ( T760, 3004) | 2 | 83.90 |
| Feline Urinary SO Dry 16.5 lb |  | 50.59 |
| Feline Urinary SO 5.8 oz Can |  | 41.52 |
| Total estimate charges... |  | $466.01 |

Created: 09-05-08

DEPOSIT REQUIRED $_____ DEPOSIT RECEIVED $_____
PAYMENT IN FULL REQUIRED AT THE TIME OF DISCHARGE.

I am the owner of Moika or am acting as an agent, and accept full financial responsibility. The Doctor has explained the medical condition of my pet and the proposed regimen of treatment or surgery. I authorize the Doctor to proceed as discussed. I understand that a good faith effort was made to make the above estimate totally accurate to within a +/- range of 20%.
I have read the above and acknowledge receipt of a copy of this form and understand this treatment plan is valid for 30 days.

_____

Dana Sheehan          Date
Moika

Dana Sheehan
13950 E. Oxford Place A-204
Aurora, CO 80014-7116

DENVER CO 800
23 SEP 2008 PM 6 T

Clerk of Court
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

Re: Pet Food Recall Litigation
08102+1577 0005

