July 31, 2008

From:
Patricia L. Gohla
2810 Arthur St. NE
Mpls. MN 55418 612-706-1054

RECEIVED AUG 0 5 2008

To: Class Counsel to represent the Settlement Class
Sherrie Savett
BERGER AND MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

My comments relate to Civil Action Number: 07-2867(NLH), MDL No. 1850

I am in favor of the proposed settlement. I purchased cans of dog food for my three year old Shih-tzu, Lindsay, who became sick and despondent. I took her immediately to Apache Animal Hospital in Minneapolis, Mn. The tests were positive for kidney problems. I was given a diet for her to follow, and within a few weeks, she recovered. The cost was $554.67. As a retired educator, living on a pension, and paying monthly cobra pay for Health Insurance, this was an expense.

I want to take this opportunity to speak in favor of the proposed settlement, for those who do not take the time to speak. I want to thank you for your efforts to reimburse people who have had losses due to this proposed settlement.

Sincerely,

Patricia L. Gohla

*Patricia L. Gohla*

**Apache Animal Hospital**
2501 37th Ave. N.E.
Minneapolis, MN 55421
612-781-2734

# INVOICE

*Patricia I Gohla*

**FOR:** Pat Gohla
2810 Aurthur Street NE
Minneapolis, MN 55418

**Printed:** 07-31-08 at 9:50a
**Date:** 03-21-07
**Folder:** 9144
**Invoice:** 113428

| Date | For | Qty | Description | Price | Discount | Net Price |
|---|---|---|---|---|---|---|
| 03-21-07 | Lindsay | -1 | Miniscreen (AP9) in house | | | -64.00 |
| 03-21-07 | | 1 | Profile Major - In House | | | 88.50 |
| 03-21-07 | | 1 | In-Patient Care (daytime) (4-10hrs) | | | 30.00 |
| 03-21-07 | | 1 | ACTH Stim test--adrenal function | | | 99.75 |
| 03-21-07 | | 1 | Examination / Office Call | | | 48.00 |
| 03-21-07 | | 1 | Blood Pressure | | | 28.50 |
| 03-21-07 | | 246 | Lactated Ringer Per Ml (Hosp. Use) | | | 4.92 |
| 03-21-07 | | 5 | Fluids - Intravenous Administration/hr | | | 58.00 |
| 03-21-07 | | 1 | Catheterization IV | | | 33.00 |
| 03-21-07 | | 1 | Urinalysis - Stick only | | | 23.00 |
| 03-21-07 | | 1 | Lyme/HW/Ehrl/Anaplasma | | | 58.00 |
| 03-21-07 | #6891 | | Check payment | | | -407.67 |

| Old balance | Charges | Payments | | New balance |
|---|---|---|---|---|
| 0.00 | 407.67 | 407.67 | | 0.00 |

**Reminders for: Lindsay** (Weight: 13.5 lbs - 4y)     Last done

| | | |
|---|---|---|
| 03-09 | Examination - Comprehensive An | 03-31-08 |
| 03-09 | Lyme Disease Booster | 03-31-08 |
| 03-09 | Heartgard Blue 68 mcg | 03-31-08 |
| 09-08 | Rabies Canine 3 year | 09-30-05 |
| 09-08 | Continuum DAP (3 - Year Distem | 09-30-05 |
| 03-08 | **Lyme/HW/Ehrl/Anaplasma** | **03-21-07** |
| 10-05 | Fecal Examination (flotation) | 10-22-04 |





*Healthy Pets Are Happy Pets*

**Apache Animal Hospital**
2501 37th Ave. N.E.
Minneapolis, MN 55421
612-781-2734

# INVOICE

*Patricia L Gohla*

**FOR:** Pat Gohla
2810 Aurthur Street NE
Minneapolis, MN 55418

**Printed:** 07-31-08 at 9:50a
**Date:** 04-11-07
**Folder:** 9144
**Invoice:** 114615

| Date | For | Qty | Description | Price | Discount | Net Price |
|---|---|---|---|---|---|---|
| 04-11-07 | Lindsay | 1 | Miniscreen (AP9) in house | | | 64.00 |
| 04-11-07 | | 1 | Urinalysis - Specific Gravity only | | | 23.00 |
| 04-11-07 | | 1 | Lyme Disease First Vac | | | 24.00 |
| 04-11-07 | | 1 | Examination Recheck | | | 36.00 |
| 04-11-07 | Penny | 1 | Lyme Disease First Vac | | | 24.00 |
| 04-11-07 | | | Visa payment | | | -171.00 |

| Old balance | Charges | Payments | | New balance |
|---|---|---|---|---|
| 0.00 | 171.00 | 171.00 | | 0.00 |

Reminders for: **Penny** (Weight: 13.0 lbs - 20m)    Last done

| | | |
|---|---|---|
| 05-11 | Rabies Canine 3 year | 05-30-08 |
| 03-10 | Continuum DAP (3 - Year Distem | |
| 05-09 | Lyme/HW/Ehrl/Anaplasma | 05-30-08 |
| 05-09 | Lyme Disease Booster | 05-30-08 |
| 05-09 | Examination - Comprehensive An | 05-30-08 |
| **07-08** | **Heartgard Blue 68 mcg** | **08-20-07** |

Reminders for: **Lindsay** (Weight: 13.5 lbs - 4y)    Last done

| | | |
|---|---|---|
| 03-09 | Examination - Comprehensive An | 03-31-08 |
| 03-09 | Lyme Disease Booster | 03-31-08 |
| 03-09 | Heartgard Blue 68 mcg | 03-31-08 |
| 09-08 | Rabies Canine 3 year | 09-30-05 |
| 09-08 | Continuum DAP (3 - Year Distem | 09-30-05 |
| **03-08** | **Lyme/HW/Ehrl/Anaplasma** | **03-21-07** |
| **10-05** | **Fecal Examination (flotation)** | **10-22-04** |



*Healthy Pets Are Happy Pets*