Copy

RECEIVED SEP 3 0 2008

Relates to:
Civil action #07-2867 (NLH),
MDL No. 1850

To Clerk of Court,
Michell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

8-30-08

Comments:

I think your idea of giving left over funds to Charitable pet organizations is a great idea. Also, each pet should be remembered and valued on their own in their worth to their owners. The pets value is far more than their expenses in life or in death. May they never be forgotten!

"Charlotte"
Mrs. Ellen Tucker

P.S. Soon moving to New Address:
3 Spinsfield Commons
Franklin, Me, 04634
New Phone # will be
207-565-_____ Don't have yet.

Now Address for 9 yrs.
20 Courtney Ln. Apt. 3
Ellsworth, Me, 04605
Phone # 207-667-4114