**UNITED STATE DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: PET FOOD PRODUCTS ) <br> LIABILITY LITIGATION ) <br> ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> ALL CASES ) <br> ) | Civil Action No. 07-2867 (NLH) <br><br> MDL Docket No. 1850 <br><br> **APPLICATION BY NEWMAN, CREED & ASSOCIATES FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS AND EXPENSES** |

Pursuant to the Court's Preliminary Settlement Approval of May 30, 2008 Newman Creed & Associates, counsel for well over 130 pet owners involved in this action, respectfully submit their application for an award of (a) attorneys' fees in an amount of $425,205.25 which is 1.7% of the settlement Fund, and; (b) reimbursement of costs and expenses in the amount of $2,768.65. In support of their Fee and Expense Application, the undersigned has submitted (I) the Declaration Of Bruce E. Newman In Support Of Application For Award Of Attorneys' Fees And Reimbursement Of Costs And Expenses, (ii) Exhibits attached thereto, (iii) Memorandum of Law in Support of the Application; and (iv) a [Proposed} Order Awarding Attorneys' Fees And Reimbursement Of Costs And Expenses.

DATED: October 3, 2008                    Respectfully, Submitted,

                                          Bruce E. Newman
                                          Newman, Creed & Associates
                                          99 North Street, Rt. 6
                                          P.O. Box 575
                                          Bristol, CT 06010
                                          Tel. 860-583-5200
                                          Fax 860-582-0012
                                          bnewman@newmancreedlaw.com