# EXHIBIT D

# IN RE PET FOOD PRODUCTS LIABILITY LITIGATION
# EXCLUSIONS FILED THROUGH SEPTEMBER 30, 2008

## S. EXCLUSIONS POSTMARKED ON OR BEFORE THE AUGUST 15, 2008 DEADLINE

| No. | Last Name | First Name | MI | Partner | Address | City | State | Zip | Postmark | Received |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | KENNEDY | ADAM | | C/O BLUMENTHAL & NORDREHAUG | 2225 CALLE CLARA | LA JOLLA | CA | 92037 | 2-Jun-2008 | 5-Jun-2008 |
| 2 | SYLVESTER | VALERIE | | | 769 KAHOA DRIVE | KAILUA | HI | 96734 | 19-Jun-2008 | 23-Jun-2008 |
| 3 | PANG | DAVID | | | 634 ILAINA STREET | KAILUA | HI | 96734 | 19-Jun-2008 | 23-Jun-2008 |
| 4 | GARCIA | ANDREW | | | 51 IHO PLACE | WAHIAWA | HI | 96786 | 19-Jun-2008 | 23-Jun-2008 |
| 5 | CAMARGO | RUTH | | | 2747 S KIHEI RD #J009 | KIHEI | HI | 96753 | 19-Jun-2008 | 23-Jun-2008 |
| 6 | HUBBARD | CHRIS | | | 95-1043 KEHAHI STREET | MILILANI | HI | 96789 | 19-Jun-2008 | 23-Jun-2008 |
| 7 | COLLINS | STACEY | | | 5118 IOLANI PLACE | PRINCEVILLE | HI | 96722 | 19-Jun-2008 | 23-Jun-2008 |
| 8 | BANDMANN | RANDALL | | | P.O. BOX 1713 | KAPAA | HI | 96746 | 19-Jun-2008 | 23-Jun-2008 |
| 9 | ENGLE | KELLY | | | 1409 PENSACOLA STREET | HONOLULU | HI | 96822 | 19-Jun-2008 | 23-Jun-2008 |
| 10 | GOULD | PAM | | | 4020 KULA HIGHWAY | KULA | HI | 96790 | 19-Jun-2008 | 23-Jun-2008 |
| 11 | CORAL-SANDS | ERIK | | | P.O. BOX 2632 | COEURD' ALENE | ID | 83816 | 19-Jun-2008 | 23-Jun-2008 |
| 12 | JOHNSON | BRYN | | | 1419 HONEY LOCUST AVE | GARDNERVILLE | NV | 89410 | 21-Jun-2008 | 24-Jun-2008 |
| 13 | RANDAZZO | LISA | M | | 406 STILLMAN AVENUE | BRIDGETON | NJ | 08302 | 21-Jun-2008 | 24-Jun-2008 |
| 14 | ARNOLD | ROBIN | | | 36 DELAWARE STREET | COOPERSTOWN | NY | 13326 | 23-Jun-2008 | 25-Jun-2008 |
| 15 | HOWIE | JANICE | L | | 5500 LEAHY LANE | NEW PORT RICHEY | FL | 34652 | 23-Jun-2008 | 26-Jun-2008 |
| 16 | MONTGOMERY | CATHERINE | H | | 8901 CARLTON CIRCLE | KNOXVILLE | TN | 37922 | 23-Jun-2008 | 26-Jun-2008 |
| 17 | CARIALES | JO | | | 4125 W NOBLE #187 | VISALIA | CA | 93277 | 24-Jun-2008 | 27-Jun-2008 |
| 18 | STELL | DANIELLE | | | 27012 ROSWELL COURT | VALENCIA | CA | 91354 | 24-Jun-2008 | 27-Jun-2008 |
| 19 | SROKA | CATHY | | | 31215 NORTH 44TH STREET | CAVE CREEK | AZ | 85331 | 24-Jun-2008 | 27-Jun-2008 |
| 20 | MARIEN | DOUG | | TORI MARIEN | 8523 SAN PEDRO PARKWAY | DALLAS | TX | 75218 | 24-Jun-2008 | 27-Jun-2008 |
| 21 | PHILLIPS | SYLVIA | G | | 9226 SUNNY SHORE LANE | CHATTANOOGA | TN | 37416 | 23-Jun-2008 | 1-Jul-2008 |
| 22 | FILLERS | JENNY | | | 30 BILL JONES ROAD | AFTON | TN | 37616 | 23-Jun-2008 | 1-Jul-2008 |
| 23 | CATALANO | AMY | | | 23 TALL OAKS DR | NORTH BRUNSWICK | NJ | 08902 | 1-Jul-2008 | 3-Jul-2008 |
| 24 | BOGUSKY | SUSAN | | | 410 NE 143RD STREET | NORTH MIAMI | FL | 33161 | 30-Jun-2008 | 3-Jul-2008 |
| 25 | ALKIRE | LILLIAN | M | | 1129 HALECK RD | MORGANTOWN | WV | 26508 | 2-Jul-2008 | 7-Jul-2008 |
| 26 | LEBER | BRIAN | T | | 330 WEST DIVERSEY PKWY, UNIT 2204 | CHICAGO | IL | 60657 | 10-Jul-2008 | 15-Jul-2008 |
| 27 | HOLLAWELL, ESQ. | RICHARD | J | | 121 SARATOGA LANE | WOOLWICH TOWNSHIP | NJ | 08085 | 3-Jul-2008 | 7-Jul-2008 |
| 28 | BRAZIL | BONNIE | | | 3527 MADISON PLACE NE | MINNEAPOLIS | MN | 55418 | 2-Jul-2008 | 7-Jul-2008 |
| 29 | PIERRO | BRIAN | J | | 301 ROSEWOOD LANE | YORKTOWN | VA | 23692 | 3-Jul-2008 | 8-Jul-2008 |
| 30 | FRY | BARBARA | | | 6988 MCKEAN LOT 206 | YPSILANTI | MI | 48197 | 2-Jul-2008 | 8-Jul-2008 |
| 31 | MORAZZINI | JILL | | | 1 ROBERTS ROAD | ASHLAND | MA | 01721 | 9-Jul-2008 | 11-Jul-2008 |
| 32 | HUTTO | PATRICIA | | | 18618 REDROCK WOODS | SAN ANTONIO | TX | 78259 | 12-Jul-2008 | 15-Jul-2008 |
| 33 | WALDORF | MARGARET | M | | 33 HILLTOP LANE | ST PAUL | MN | 55116 | 9-Jul-2008 | 15-Jul-2008 |
| 34 | KELSH | ELLEN | | | 8087 REGENT PARK LANE | CHARLOTTE | NC | 28210 | 15-Jul-2008 | 18-Jul-2008 |
| 35 | DEMLER | HEIDI | | | 846 VIA BARQUERO | SAN MARCOS | CA | 92069 | 14-Jul-2008 | 18-Jul-2008 |
| 36 | TOLLISON | MIKE | | | 2904 BRIGHTON BEACH PL #305 | VIRGINIA BEACH | VA | 23451 | 15-Jul-2008 | 18-Jul-2008 |
| 37 | FRISK | THOMAS | | DEBORA FRISK | 8210 E XY AVENUE | VICKSBURG | MI | 49097 | 14-Jul-2008 | 21-Jul-2008 |
| 38 | PAGEL | JOY | | | 3011 ELM LANE | MADISON | WI | 53703 | 17-Jul-2008 | 21-Jul-2008 |
| 39 | STANNY | JULIE | | | 8822 ANTHONY DRIVE | HUNTINGTON BEACH | CA | 92647 | 19-Jul-2008 | 22-Jul-2008 |
| 40 | STEWART | MARY | | | 189 MIDDLETOWN RD | WATERFORD | NY | 12188 | -- | 23-Jul-2008 |

| No. | Last Name | First Name | MI | Partner | Address | City | State | Zip | Postmark | Received |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | SNELL | WINSTON | D | JENNIFER SNELL | C/O MCKENZIE LAW FIRM - 205 SOUTH MAIN | VICTORIA | TX | 77901 | 23-Jul-2008 | 28-Jul-2008 |
| 42 | DIENEMANN | JILL | | | 169 NE FATIMA TERRACE | PORT SAINT LUCIE | FL | 34983 | 25-Jul-2008 | 28-Jul-2008 |
| 43 | WILSON | CAROLE | J | JAMES H. WILSON | 1500 LIBERTY HILL ROAD | WASHBURN | TN | 37888 | 23-Jul-2008 | 28-Jul-2008 |
| 44 | LEJEUNE | BARBARA | | | 2014 LANSDOWN DRIVE | PORT ALLEN | LA | 70767 | 25-Jul-2008 | 1-Aug-2008 |
| 45 | STATON | MARWA | | | 4213 BONITA DRIVE | MIDDLETOWN | OH | 45044 | 1-Aug-2008 | 5-Aug-2008 |
| 46 | JACOBS | ELIZABETH | | | 6880 SOVEREIGN COURT | DAYTON | OH | 45414 | 1-Aug-2008 | 5-Aug-2008 |
| 47 | DELISLE | DONALD | C | | 92 WOODVALE STREET | PORTLAND | ME | 04102 | 4-Aug-2008 | 7-Aug-2008 |
| 48 | YONCE | LORI | | | 11677 TIMBERLY WAYE | RICHMOND | VA | 23238 | 5-Aug-2008 | 7-Aug-2008 |
| 49 | KALINKA | MARIAN | | | 2456 EMERSON LANE | NAPERVILLE | IL | 60540 | - | 7-Aug-2008 |
| 50 | TIMKO | LYNNE | | | 225 EAST 26TH STREET, SUITE 4B | NEW YORK | NY | 10010 | 6-Aug-2008 | 8-Aug-2008 |
| 51 | CADY | JOANNA | | | 7101 LOWER RIDGE RD | EVERETT | WA | 98203 | 7-Aug-2008 | 11-Aug-2008 |
| 52 | KALINKA | MARIAN | | | 2456 EMERSON LANE | NAPERVILLE | IL | 60540 | 8-Aug-2008 | 11-Aug-2008 |
| 53 | NOTO | VICTOR | | | 418 CEDAR LANE | TEANECK | NJ | 07666 | 12-Aug-2008 | 14-Aug-2008 |
| 54 | KUTNER | SHARON | | | P.O. BOX 728 | TEANECK | NJ | 07670 | 12-Aug-2008 | 14-Aug-2008 |
| 55 | SAINDON | MARY ANN | | | 15-2874 PAHOA VILLAGE RD #9312 | PAHOA | HI | 96778 | 9-Aug-2008 | 15-Aug-2008 |
| 56 | BALLARD | DEBBIE | | | 1013 RENNBORO RD | KNOXVILLE | TN | 37923 | 15-Aug-2008 | 21-Aug-2008 |
| 57 | BROWNING | DONA | W | | 2819 HOLLIDAY HILLS RD | KODAK | TN | 37764 | 15-Aug-2008 | 21-Aug-2008 |
| 58 | COX | GRADEN | R | | 109 SHERWOOD DR | WAVERLY | TN | 37185 | 15-Aug-2008 | 21-Aug-2008 |
| 59 | CRAWFORD | JANICE | | | 3651 GENERAL CARL W STINER HWY | LAFOLETTE | TN | 37766 | 15-Aug-2008 | 21-Aug-2008 |
| 60 | GODFREY | SHELLI | | | 2582 PHILIP LANE | RUSSELLVILLE | TN | 37860 | 15-Aug-2008 | 21-Aug-2008 |
| 61 | HAGGARD | REBECCA | S | | 230 LYNNWOOD DR | KNOXVILLE | TN | 37918 | 15-Aug-2008 | 21-Aug-2008 |
| 62 | HAYES | AMY | C | | 130 ELLIOTT STREET | HARRIMAN | TN | 37748 | 15-Aug-2008 | 21-Aug-2008 |
| 63 | HELTON | CYNTHIA | | | 11530 CALLOWAY CIRCLE | LENOIR CITY | TN | 37772 | 15-Aug-2008 | 21-Aug-2008 |
| 64 | HURLEY | DIANE | J | | 268B ROBERT E LEE DRIVE | NEWPORT | TN | 37821 | 15-Aug-2008 | 21-Aug-2008 |
| 65 | MARCUM | SHANNON | | | | | | | 15-Aug-2008 | 21-Aug-2008 |
| 66 | PARRY | MARY | | | 152 KEBU DRIVE | MT. JULIER | TN | 37122 | 15-Aug-2008 | 21-Aug-2008 |
| 67 | TABOR | JOANNE | | | 2809 WHISPERING PINES RD | STRAWBERRY PLAINS | TN | 37871 | 15-Aug-2008 | 21-Aug-2008 |
| 68 | WALKER | JOANNE | | | 7748 POCANNO RD | KNOXVILLE | TN | 37919 | 15-Aug-2008 | 21-Aug-2008 |
| 69 | BARRY | ELLEN | T | | 185 CEDAR OAK LANE | HENDERSON | TN | 38341 | 15-Aug-2008 | 21-Aug-2008 |
| 70 | PEACE | WANDA | | BRUCE PEACE | 806 MARTY WAY | KODAK | TN | 37764 | 15-Aug-2008 | 21-Aug-2008 |
| 71 | SMITH | TAMMY | | | 4323 SHAWHAN RD | CHATTANOOGA | TN | 37411 | 15-Aug-2008 | 21-Aug-2008 |
| 72 | SIMS | GARY | A | | 1640 MEADOW CHASE LANE | KNOXVILLE | TN | 37931 | 15-Aug-2008 | 21-Aug-2008 |
| 73 | SOST | ELIZABETH | | | 2308 SANDRA DRIVE | CEDAR PARK | TX | 78613 | 11-Aug-2008 | 14-Aug-2008 |
| 74 | GORDON | GAIL | | | 7901 RACQUETBALL LANE #202 | CORDOVA | TN | 38016 | 14-Aug-2008 | 19-Aug-2008 |
| 75 | OLIVER | MARY | | | 7376 CANDI COVE | MEMPHIS | TN | 38125 | 14-Aug-2008 | 19-Aug-2008 |
| 76 | WRIGHT | DEBBIE | | | 4990 MILLBRANCH RD | MEMPHIS | TN | 38116 | 14-Aug-2008 | 19-Aug-2008 |
| 77 | MIZELL | GERALD | | DEBRA MIZELL | 143 ROBIN LANE NW | CLEVELAND | TN | 37312 | 14-Aug-2008 | 19-Aug-2008 |
| 78 | ROSSON | ROSE | | | 4584 HIGHWAY 52 EAST | LAFAYETTE | TN | 37083 | 14-Aug-2008 | 19-Aug-2008 |
| 79 | DYER | SHERRIE | | | 499 CARR BRANCH RD | LAFAYETTE | TN | 37083 | 14-Aug-2008 | 19-Aug-2008 |
| 80 | WALD | BARBARA | | | 7110 SCHOOL HEIGHTS DRIVE | FAIRVIEW | TN | 37062 | 14-Aug-2008 | 19-Aug-2008 |
| 81 | SHAW | ROBERT | A | SANDRA K. SHAW | 9173 N DOUGLAS HWY | JUNEAU | AK | 99801 | 14-Aug-2008 | 19-Aug-2008 |
| 82 | MIRANDA | JENNIFER | S | | 821 SHEARER STREET | ROSEVILLE | CA | 95678 | 13-Aug-2008 | 19-Aug-2008 |
| 83 | YOUNG | LORRAINE | E | | 1628 POPEJOY ROAD | KNOXVILLE | TN | 37922 | 15-Aug-2008 | 19-Aug-2008 |
| 84 | MUSSER | DAISY | | | 414 EAST LINCOLN STREET | TULLAHOMA | TN | 37388 | 14-Aug-2008 | 21-Aug-2008 |
| 85 | CARR | JEAN | M | | 16524 OLEY RIDGE COURT | TAMPA | FL | 33624 | 11-Aug-2008 | 14-Aug-2008 |
| 86 | KIM | JENNIFER | B | | 12004 18TH AVE SW | BURIEN | WA | 98146 | 15-Aug-2008 | 26-Aug-2008 |

| o. | Last Name | First Name | MI | Partner | Address | City | State | Zip | Postmark | Received |
|---|---|---|---|---|---|---|---|---|---|---|
| 88 | HAYES ** | WILLIAM | | | 123 SPRINGFIELD TERRACE | SUFFOLK | VA | 23434 | 20-Sep-2008 | 22-Sep-2008 |
| 89 | KISHEL ** | SHANNON | | | P.O.BOX 2477 | FT COLLINS | CO | 80521 | 26-Sep-2008 | 30-Sep-2008 |
| 88 | | | | | | | | | | |

William Hayes and Shannon Kishel filed an Exclusion in response to the future expenses letter he received, advising him of an extended deadline to exclude himself, if he wished.

## S. EXCLUSIONS POSTMARKED AFTER THE AUGUST 15, 2008 DEADLINE

| o. | Last Name | First Name | MI | Partner | Address | City | State | Zip | Postmark | Received |
|---|---|---|---|---|---|---|---|---|---|---|
| 87 | CECERE | LAURA | | | 505 LOWEL STREET | LEXINGTON | MA | 02420 | 12-Sep-2008 | 15-Sep-2008 |

## ANADIAN EXCLUSIONS POSTMARKED ON OR BEFORE THE SEPTEMBER 13, 2008 DEADLINE

| o. | Last Name | First Name | MI | Partner | Address | City | Province | Postal Code | Postmark | received |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | JACKSON | PETER | | | #604, 108 E 14TH STREET | NORTH VANCOUVER | BC | V7L2N3 | 22-Jul-08 | 28-Jul-08 |
| 2 | MAGEE | THOMAS | | | 310 KINGSDALE AVE #406 | KINGSTON | ON | K7M8S1 | 22-Jul-08 | 25-Jul-08 |
| 3 | SCOTT | ISABEL | | | C106 - 1624 FRANKLIN BLVD | CAMBRIDGE | ON | N3C3P4 | - | 29-Jul-08 |
| 4 | RILEY | PATRICIA | | | 100 KING ST EAST - APT 508 | STONEY CREEK | ON | L8G1K8 | 24-Jul-08 | 29-Jul-08 |
| 5 | PAQUET | JOHANNE | T | | 282 PRIMEAU | REPENTIGNY | QC | J6A6Z9 | 26-Jul-08 | 4-Aug-08 |
| 5 | YOUNG | FLORENCE | | | 130 CAROL AVE | SUMMERSIDE | PI | C1N2K6 | 31-Jul-08 | 5-Aug-08 |
| 7 | KENNEY | LINDA | | | 23 MELODY DR | BROOKLIN (WHITBY) | ON | L1M1K4 | 7-Aug-08 | 13-Aug-08 |
| 3 | MARTIN | JULIE | | | 3-166 DONALD STREET | OTTAWA | ON | K1K1M9 | 7-Aug-08 | 15-Aug-08 |
| 9 | GILLIS | W. | | A. GILLIS | 19265 70TH AVE | SURREY | BC | V4N1N2 | - | 15-Aug-08 |
| 10 | BAKKER | NEVA | | | 1704- 44TH ST | VERNON | BC | V1T6X5 | - | 21-Aug-08 |
| 11 | SEAVER | MARGARET | | | 10451 HWY #48 | MARKHAM | ON | L3P3J3 | 14-Aug-08 | 21-Aug-08 |
| 12 | POOLE | PATRICIA | L | | 144 WILLIAM STREET SOUTH | CHATHAM | ON | N7M4S8 | 14-Aug-08 | 21-Aug-08 |
| 13 | BRISEBOIS | CECILE | | | 1705 ROUTE 148 | GRENVILLE-SUR-LA-ROUGE | QC | J0V1B0 | 20-Aug-08 | 27-Aug-08 |
| 14 | HORNSBY | KIM | | | 173 ROCKMANOR DR | BEDFORD | NS | B4A2Y9 | 27-Aug-08 | 2-Sep-08 |
| 15 | OLIVER | BARRY | | | RR#3 | GRANVILE FERRY | NS | B0S1K0 | 26-Aug-08 | 2-Sep-00 |
| 16 | BERG | ANDREW | | LEANNE BERG | 2416 WAYBURNE CRESCENT | LANGLEY | BC | V2Y1B7 | 4-Sep-08 | 8-Sep-08 |
| 17 | COOPER | DONNA | M | | 409-46021 2ND AVENUE | CHILLIWACK | BC | V2P1S6 | 3-Sep-08 | 8-Sep-08 |
| 18 | GROSVENOR | ALLAN | | | P.O. BOX 311 | SANDSPIT | BC | V0T1T0 | 2-Sep-08 | 10-Sep-08 |
| 19 | JACOB | CYNDI | | | 8435 CAMBIE STREET | VANCOUVER | BC | V6P3J9 | | 15-Sep-08 |
| 20 | WILLIAMS | DAN | | DANISE WILLIAMS | 1974 6TH CNCESSION RD W, RR#2 | BRANCHTON | ON | N0B1L0 | | 15-Sep-08 |
| 21 | TAYLOR | JUDY | G | | 360 POINT AUX CARR RD | NAPAN | NB | W1N4X7 | 12-Sep-08 | 19-Sep-08 |
| 22 | BRUCHANSKI | SANDRA | L | | 842 BERESFORD AVE | WINNIPEG | MB | R3L1K2 | 15-Sep-08 | 19-Sep-08 |
| 23 | PICHE | JOANNE | | | 6498 RUE PIERRE-MAGNAN | MONTREAL | QC | H1M1A4 | 13-Sep-08 | 19-Sep-08 |
| 24 | DONNELLY | IONA | | WAYNE DONNELLY | 2285 8TH AVENUE EAST | OWEN SOUND | ON | N4K3C8 | 13-Sep-08 | 18-Sep-08 |
| 24 | | | | | | | | | | |

## ANADIAN EXCLUSIONS POSTMARKED AFTER THE SEPTEMBER 13, 2008 DEADLINE

| o. | Last Name | First Name | MI | Partner | Address | City | Province | Postal Code | Postmark | received |
|---|---|---|---|---|---|---|---|---|---|---|
| 25 | SCHLOTZHAUER | BARRY | | KATHRYN SCHLOTZHAUER | 5 DRUMMOND STREET | BRANTFORD | ON | N3S5Y9 | | 26-Sep-08 |