Matt Ditchey
2315 Bears Den
Youngstown, Ohio 44511
330-398-1908
mattditchey@sbcglobal.net

Clerk Of Court
Mitchell H. Cohen Bldg. & US Courthouse
4th & Cooper Streets
Room 1050
Camden, New Jersey 08101

Civil Action #:07-2867 (NLH), MDL No. 1850
(Poisoned Pet Food)

September 30, 2008

Dear Court:

I am writing because I would like to comment on the proposed settlement. First, my comments are hopefully postmarked October 1, 2008. The letter I received telling me I had until September 30, 2008 to respond was not mailed until September 26, 2008 and I did not receive it until September 30, 2008. I opened my mail late evening and there was no way I could get this letter postmarked by the deadline. It is ridiculous that I received a letter telling me I had until the end of the day I received the letter to respond. I had originally wrote to the Claims Administrator July 15, 2008. I followed up with a call I believe it was August 15, 2008 and left a message with an operator (she was friendly) but I was never called back.

My comments are as follows:

1. I am concerned that people who had their pets poisoned by Menu Foods were never notified of the proposed settlement. I was NEVER contacted about the settlement by Menu, or anyone else, until I wrote on July 15, 2008. This is despite the fact that when the poisonings happened, I called Menu's call center two times, different days, and left all of my contact information. Had I not read about the settlement in the paper, I'd be out of luck. I believe Menu should be punished for not notifying everyone from the potential class.

2. I think it is AWFUL that there is no provision for continuing care of our poisoned animals. I did nothing wrong. I fed my animals and they died (three so far). And others still living have gotten all kinds of sicknesses since. Why should I have to pay for their care when Menu poisoned them. At a minimum, people still caring for sick animals should get a flat per animal payment for future care of two or three thousand dollars.

3. Menu will continue to be a multi-million dollar company, and I am forced to pay to care for the animals they poisoned? That seems very harsh and unfair. There is no reason for that.

4. I hope the court will disallow Menu from advertising or in any way claiming that they "made everyone whole" or "took care of the animals." If future care is not included then it would be false, and as it is I have no doubt there will be issues where people are unpaid for their costs.

5. I still have 2 cats frozen in my freezer (and one dog cremated but not interned) because I fully expected Menu to be disingenuous and didn't want to burial their bodies until the court case was closed. I have estimates for their burial, but I didn't do it yet. I should not be punished for verifiable costs I will have to pay. I should be compensated for **all** of my pets burials that ate the poisoned food, even the ones that have not yet died.

6. I have yet to replace my sofa, bed, and floors damaged by urine, vomit, and feces after my pets were poisoned by Menu. I should get full compensation based upon my estimates for that. I can't afford to pay for that up front.

Hopefully these issues can be resolved so the people who have paid to take care of their animals will be reimbursed. I see no reason for Menu to get a discount for their misdeeds.

I do plan on submitting my full claim by the November 2008 deadline.

Sincerely,

*[signature]*

Matt Ditchey

*I sent copies of this to the court and attys for both sides*

3. Menu will continue to be a multi-million dollar company, and I am forced to pay to care for the animals they poisoned? That seems very harsh and unfair. There is no reason for that.

4. I hope the court will disallow Menu from advertising or in any way claiming that they "made everyone whole" or "took care of the animals." If future care is not included then it would be false, and as it is I have no doubt there will be issues where people are unpaid for their costs.

5. I still have 2 cats frozen in my freezer (and one dog cremated but not interned) because I fully expected Menu to be disingenuous and didn't want to burial their bodies until the court case was closed. I have estimates for their burial, but I didn't do it yet. I should not be punished for verifiable costs I will have to pay. I should be compensated for all of my pets burials that ate the poisoned food, even the ones that have not yet died.

6. I have yet to replace my sofa, bed, and floors damaged by urine, vomit, and feces after my pets were poisoned by Menu. I should get full compensation based upon my estimates for that. I can't afford to pay for that up front.

Hopefully these issues can be resolved so the people who have paid to take care of their animals will be reimbursed. I see no reason for Menu to get a discount for their misdeeds.

I do plan on submitting my full claim by the November 2008 deadline.

Sincerely,

*[signature]*

Matt Ditchey

*I sent copies of this to the court and attys for both sides*

Claims Administrator
Pet Food Settlement
c/o Heffler, Radetich & Saitta, LLP
P.O. Box 890
Philadelphia, PA 19105-0890

September 26, 2008

MATT DITCHEY
2315 BEARS DEN
YOUNGSTOWN, OH 44511

*Not sent until Friday, 9-26 I didn't get until 9.30.*

Re: *In Re Pet Food Products Liability Litigation,*
MDL Docket No. 1850, Civil Action No. 07-2867 (NLH) (All Cases)

Dear Claimant:



... contact information below. A copy of your comment, objection and/or notice must also be sent by first class mail to one of the attorneys for the Settlement Class and one of the attorneys for Defendants, no later than September 30, 2008. A list of the attorneys is provided on the Full Notice.

If you do not want to participate in the Settlement, the Court has extended the time you have to exercise your right not to participate in the Settlement. If you do not wish to participate in the Settlement, you must send a written exclusion request, containing your name, address and telephone number, to the Claims Administrator at the address listed below,

Mr Matthew J Ditchey
2315 Bears Den Rd
Youngstown, OH 44511



YOUNGSTOWN OH 445
01 OCT 2008 PM 2 L

Civil Action #: 07-2867 (NLH), MDL No 1850

Poisoned Pet food Settlement
Clerk of Court
Mitchell H. Cohen Bldg & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, New Jersey
08101

08101/3333