Michelle R. Cassell
Claim No. 6998
2708 Indian Farm Ln NW
Albuquerque, NM 87107
(505) 345-4431

September 22, 2008

Comments on Civil Action Number: 07-2867 (NLH), MDL No. 1850

I have filed a settlement claim for my pet 'Peanut' per the instructions on the PetFoodSettlement.com website. The Claims administrator extended my comment deadline unit September 30, 2008, in a letter that was written September 16, 2008.

My concern is that there seems to be no provisions for ongoing costs of care. My pet has been ill since 3/2007 and has required expensive care to maintain his quality of life, and keep him as healthy as possible while suffering with renal failure. He will never recover but he has stabilized, hopefully for a long time to come. I am a nurse and thus have researched extensively how to care for him and have worked closely with my veterinarian to provide the best care possible, Peanut has responded well to this. My claim included previous costs and an additional estimate of ongoing care expenses from my veterinarian, but a letter from the Claims Administrator says that reimbursement for future expenses is not available under the terms of the Parties's Settlement Agreement . Please address how the settlement agreement will include future expenses related to this Pet Food Product Liability Litigation. I would be happy to speak with you regarding this issue.

Thank you for your consideration,

*Michelle R. Cassell*

Michelle R. Cassell

Claims Administrator
Pet Food Settlement
c/o Heffler, Radetich & Saitta, LLP
P.O. Box 890
Philadelphia, PA 19105-0890

September 16, 2008

Claim No. 6998
MICHELLE CASSELL
2708 INDIAN FARM LANE NW
ALBUQUERQUE, NM 87107

Re: *In Re Pet Food Products Liability Litigation*,
MDL Docket No. 1850, Civil Action No. 07-2867 (NLH) (All Cases)

Dear Claimant:

You are receiving this letter because, in connection with the Settlement of the pet food recall lawsuits, you previously submitted a Claim Form to us seeking the reimbursement of, or inquired about the availability of, future veterinary or other expenses or costs relating to your purchase or your pet's consumption of Recalled Pet Food Products. On behalf of the Parties, we write to make clear that reimbursement for future costs and expenses is *not* available under the terms of the Parties' Settlement Agreement.

You should know that you have several options for proceeding.

You may still participate in the Settlement and rely on the Claim Form you submitted previously. If you want to participate and rely on this Claim Form, you do not need to do anything. Your claim will be considered in its entirety, excluding any claim for future expenses.

You also may participate in the Settlement and appear at the Final Approval Hearing, or comment on or object to the proposed Settlement. The date for filing a written objection or comment, and/or notice to appear has been extended for you to September 30, 2008. If you wish to comment on or object to the Settlement, or file a notice to appear, you must follow the procedures to do so described in the Full Notice by no later than September 30, 2008. The Full Notice is available at www.petfoodsettlement.com, or may be obtained by contacting the Claims Administrator at the contact information below. A copy of your comment, objection and/or notice must also be sent by first class mail to one of the attorneys for the Settlement Class and one of the attorneys for Defendants, no later than September 30, 2008. A list of the attorneys is provided on the Full Notice.

If you do not want to participate in the Settlement, the Court has extended the time you have to exercise your right not to participate in the Settlement. If you do not wish to participate in the Settlement, you must send a written exclusion request, containing your name, address and telephone number, to the Claims Administrator at the address listed below,

postmarked no later than September 30, 2008. If you request to be excluded from the Settlement Class, you cannot make a claim in, or object to, this Settlement.

Claims Administrator
Pet Food Settlement
c/o Heffler, Radetich & Saitta, LLP
P.O. Box 890
Philadelphia, PA 19105-0890
Toll Free: 1-800-392-7785

You must mail your request for exclusion postmarked by September 30, 2008. You cannot exclude yourself on the phone, by e-mail or at the settlement website. **IF WE DO NOT HEAR FROM YOU BY SEPTEMBER 30, 2008, THEN YOU WILL CONTINUE TO BE INCLUDED IN THE SETTLEMENT CLASS AND YOUR CLAIM FORM FOR ECONOMIC DAMAGES PREVIOUSLY INCURRED WILL BE CONSIDERED BY THE CLAIMS ADMINISTRATOR.**

If you have any questions, please contact us directly.

Sincerely,

Claims Administrator

cc: [Plaintiffs' liaison counsel
Defendants' liaison counsel]

**Cassell, Michelle**

| | |
|---|---|
| **From:** | PetFoodSettlement.com [no-reply@petfoodsettlement.com] |
| **Sent:** | Friday, June 27, 2008 2:21 PM |
| **To:** | Cassell, Michelle |
| **Subject:** | PetFoodSettlement.com - Supply Additional Information |

Dear Michelle Cassell,

The following message has been responded to:

Date Sent: 6/21/2008 1:33:07 PM
Name:     Michelle Cassell

------------------------------------------------------------------

This is in response to your e-mail pertaining to the Pet Food Products Liability Settlement.

In response to your questions regarding future expenses that you anticipate for the care of your sick pet, please have your veterinarian write an estimate for the cost necessary for future treatment and prescription foods.

Please include this estimated amount under Section C - "Additional Expenses" on page 4 of the claim form and attach a copy of your veterinarian's written and signed estimate to your claim submission.


For more detailed information you can access the Frequently Asked Questions on our website at www.petfoodsettlement.com.

If you have any additional questions, you may contact us in writing at the address found on the website, by e-mail through the contact section of our website at www.petfoodsettlement.com or by telephone at 1-800-392-7785.

Sincerely,

Settlement Administrator
P. O. Box 890
Philadelphia, PA 19105-0890

------------------------------------------------------------------

Please do not respond to this e-mail address, it is not set up to receive and process responses.
If you wish to respond, please do so through our website at:
www.petfoodsettlement.com/contact

1

Ms. Michelle R. Cassell
2708 Indian Farm Ln NW
Albuquerque NM 87107-2636

Animal Humane Association of New Mexico

ALBUQUERQUE NM 871
24 SEP 2008 PM 3 L



Clerk of Court
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

Civil Action Number: 07-2867 (NLH), MDL No. 1850

08101/9999