September 29, 2008
Subject: **Civil Action #07-2867 (NLH) MDL #1850**

RECEIVED
WILLIAM T. WALSH, CLERK

2008 OCT -8  A 11: 10

UNITED STATES
DISTRICT COURT

Your Honor Judge Hillman:

I am trying to get ready for work, and it is 6:10 am on Monday, September 29, 2008. I fed both of my animal's dry cat food ten minutes ago. My cat Whisker's vomited all that he has eaten. While I am cleaning the carpet in the dining room, he is looking at me to help him. "He loves to eat their food". And there is not a damn thing I can do to help him out. That is the sad thing of all, and my vet told me only a small trace of it needs to stay in him, for him to be sick. I have sent you what I have collected this morning to show you that the food is still making animal's sick, and what I have to go through every month since March of 2007. It is not the point that I have spent hundreds of dollars on him in the past. I often wonder how long or how many days I will get to share with him.

As I am typing this with my own tears, I beg of you to please make your ruling in favor for the people, your Honor. I oppose your ruling of 24 million. Paul Henderson, President of Menu Foods, Applauded your decision for this amount. It is posted in articles all over the Internet. Their company announced, and stated in their newswire that since the recall happened so close to Quarter end its impact on sales and operations to March 31, 2007 was minimized, and $14,029.00 from the recall itself. Their company was hardly affected, and 89% of Stock their attorneys advised you they lost in February 2007 is quite the lie they told you. Thank you for your time.

re: Attachment


Sincerely,

*Sherri Enyart*

Sherri Angelina Enyart
10301 Exter Ave.
Yukon, OK  73099
(405) 361-8939