# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: PET FOOD PRODUCTS LIABILITY LITIGATION | Hon. Noel L. Hillman<br><br>**Civil No. 07-2867 (NLH/AMD)**<br><br>MDL Docket No. 1850<br><br>**DEFENDANTS' RESPONSE IN SUPPORT OF MOTION FOR FINAL APPROVAL OF PROPOSED SETTLEMENT**<br><br>Hearing Date: October 14, 2008<br>Hearing Time: 9:30 a.m.<br>Judge: Hon. Noel L. Hillman |

Defendants Menu Foods Income Fund, Nestlé Purina PetCare Company, Wal-Mart Stores, Inc., PETCO Animal Supplies, Inc., PETCO Animal Supplies Stores, Inc., PetSmart, Inc., Kroger Co., Kroger Supermarkets, Inc., Target Corporation, Hill's Pet Nutrition, Inc., The Iams Company, Del Monte Foods, Co., Mars, Incorporated, Nutro Products, Inc., Royal Canin, U.S.A., Inc., ChemNutra Inc., ChemNutra LLC, and Wilbur-Ellis Company, by and through Liaison Counsel for Defendants, submit this Response in Support of Motion for Final Approval of Proposed Settlement. Because the proposed Settlement is fair, reasonable, and adequate and meets the requirements for final approval under Fed. R. Civ. P. 23(e), Defendants respectfully submit that this Court should grant final approval of the proposed Settlement.

Dockets.Justia.com

| | |
|---|---|
| By: /s authorized for ECF filing<br>Mary E. Gately, Esq.<br>DLA PIPER US LLP<br>500 Eighth Street, NW<br>Washington, DC 20004<br>Telephone: (202) 799-4000<br>Facsimile: (202) 799-5000<br>mary.gately@dlapiper.com<br><br>*Counsel for the Menu Foods Defendants and Liaison Counsel for Defendants* | By: /s authorized for ECF filing<br>Craig A. Hoover, Esq.<br>HOGAN & HARTSON LLP<br>Columbia Square<br>555 Thirteenth Street, NW<br>Washington, D.C. 20004-1109<br>Telephone: (202) 637-5600<br>Facsimile: (202) 637-5910<br>cahoover@hhlaw.com<br><br>*Counsel for Nestlé Purina PetCare Company and Liaison Counsel for Defendants* |
| By: /s authorized for ECF filing<br>D. Jeffrey Ireland, Esq.<br>FARUKI, IRELAND & COX, P.L.L.<br>500 Courthouse Plaza, S.W.<br>10 North Ludlow Street<br>Dayton, OH 45402<br>Telephone: (937) 227-3710<br>Facsimile: (937) 227-3749<br>djireland@ficlaw.com<br><br>*Counsel for the Iams Company and Liaison Counsel for Defendants* | By: /s authorized for ECF filing<br>Mark C. Goodman, Esq.<br>SQUIRE, SANDERS & DEMPSEY L.L.P.<br>One Maritime Plaza, Suite 300<br>San Francisco, CA 94111-3492<br>Telephone: (415) 954-0289<br>Facsimile: (415) 393-9887<br>mgoodman@ssd.com<br><br>*Counsel for PETCO Animal Supplies, Inc., PETCO Southwest, Inc., PETCO Animal Supplies Stores, Inc., PetSmart, Inc., Target Corp., Wal-Mart Stores, Inc., and Wal-Mart, Inc. and Liaison Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of October 2008 a true and correct copy of the foregoing was served on all parties via the UNITED STATES DISTRICT COURT ELECTRONIC FILING SERVICE.