September 30, 2008

Deborah Williamson
24381 Mira Verde
Laguna Niguel, Ca. 92677

In Re Pet Food Products Liability Litigation
Claims Administrator
c/o Heffler, Radetich & Saitta LLP
P.O. Box 890
Philadelphia, PA. 19105-0890
Fax number 215-320-2004

To whom it may concern:

This letter is in regards to my cat, Gumby. Gumby was a healthy, young male cat until a diet of Sophisticat Cat Food. He now has kidney failure, among other ailments. Gumby must be on a special diet, which is very expensive to keep up. He also must have a vet tech come to administer fluids weekly. The vet bills before and after have mounted. I expect to be reimbursed for Gumby's vet bills, medications, etc. Innocent animals have suffered because of this.

I am sending confirmation of Gumby's situation from my vet, Dr. Simon. Backup paperwork is included.

Thank you for your time. Like everyone else, I love my animal and want to get him healthy. If not for this food, he would be.

Sincerely,

Deborah Williamson
949-226-1232
24381 Mira Verde
Laguna Niguel, CA 92677

D. Williamson
24381 miravadi
Laguna Niguel CA 92677

U.S. POSTAGE PAID
LAGUNA HILLS, CA
92654
OCT 03 '08
AMOUNT
$6.58
00059237-32

7008 1240 0000 6768 7447

RETURN RECEIPT
REQUESTED

1 of 14

Clerk of Court
Mitchell H. Cohen Building +
U.S. Courthouse
4th + Cooper Streets, Room 1050
Camden, N.J. 01101



2797

RETURN RECEIPT
REQUESTED