October 8, 2008

Mrs Miriam M. Lewis
6026 43rd Terrace North
Kenneth City, Florida 33709
phone: 727-289-6441
E-mail: Miriamolly5@yahoo.com

**RECEIVED**
**OCT 15 2008**
NOEL L. HILLMAN
U.S. DISTRICT JUDGE

Honorable Judge L. Hillman
Mitchell H. Cohen Building & US Court House
4th and Cooper Street, Room #1050
Camden, NJ 08101
phone: 856-757-5021

RE: Pet Food Products Liability Litigation Settlement
    Claim forms submitted to Claims Administration, c/o Heffler, Radetich & Saitta L.L.P.
    For: Pepper Lewis (lahsa apso) still ill and
    For: Molly O'Reilly (beagle) deceased 1/22/07

**Dear Honorable and Respected Judge L. Hillman:**

In June 2008, I submitted to the court appointed claims administrator the completed claim forms, via returned receipt, for both of my dogs: 1) Pepper Lewis and 2) Molly O'Reilly. (Please see enclosed copies).

I am a member of the Kamber, Edelson, LLC class-action lawsuit against Menu Foods, The Pet Food Industry, and China for introducing the toxic melamin in pet food products.

I have not yet received a **written claim number notification** for each of my two dogs submitted claims. On 10/7/08, I called the Administrator - Heffler, Radetich, & Saitta L.L.P call center phone number (800-392-7785) to inquire about the status of Molly's and Pepper's claims. I spoke with Robert, who identified himself as the call service representative, who informed me that the claims were in the process of being issued a number, and to also send my status inquiry via the Administrator's website.

As per Kamber Edelson's pet litigation plaintiffs online communication blog, the large majority of the members that submitted their claims have not yet received a formal written claim number. Robert was kind enough to call me back and leave a message in my answering machine saying my claim number is 620. I called Robert back to ask him if this number represented my name as the owner, or for which of my dogs?, but he already left the office. I believe a written notification is an official confirmation of processing, not a verbal.

**My concern is that I feel the court appointed Administrator is not handling plaintiffs claims in a professional and methodological way. I am concern that some claims they receive may slip through the crack.**

Honorable and Respected Judge Hillman, please read the enclosed story I wrote in January 2006, called "Exploring Little Sarasota Bay with New Friends" where I made one of my then usual kayak, nature Florida exploring trips in the company of my dog Molly. There are cute puns about shark encounters near our take out point in Turtle Beach. About two months ago, while walking my dog Pepper at War Veterans Memorial Park in St Petersburg, Florida, I saw a dead loggerhead turtle with a shark bite on its side exactly on the beach at the kayak takeout point of the park. It was an unusual happenstance, and an instinctual message for me to make sure that any sharks at bay in this litigation proceedings are penned up, and to verify that my claims are properly processed.

**Honorable and Respected Judge Hillman, please verify that my 2 dogs claims - Molly and Pepper are being processed in a professional manner, as well as the other members claims.**

Respectfully yours,

*Mrs Miriam M. Lewis*

Mrs Miriam M. Lewis

Enclosures