UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings: Proceeding Date: 10/14/2008

Office: Camden
**JUDGE NOEL L. HILLMAN**

Court Reporter: Stephen J. Daner

Title of Case:　　　　　　　　　　　　　　Docket # 07-2867 MDL (NLH)
PET FOOD PRODUCTS LIABILITY LITIGATION
APPEARANCES:
Amy Schulman, Esq. for defendant Menu Foods
Craig Hoover, Esq. for defendant Nestle
D. Jeffrey Ireland, Esq. for defendant Proctor & Gamble
Mark Goodman, Esq. for defendant Petco, Petsmart, Wal-Mart
Kyle Nordrehaug, Esq.(Pro Hac Vice),Daniel I.Ward,Esq. for settlement class members
Daniel Kaffer, Margaret Picus
Jeff Weinstein, Esq.(Pro Hac Vice), Robert E.Margulies for Jim Johnson, Dustin Turner
Lisa Rodriguez, Esq. for plaintiffs
Kenneth Wexler, Esq. for plaintiffs
Bruce Newman, Esq. for plaintiffs Osborne and Todd Sokolwski
Sherrie Savett, Esq. for plaintiffs
Scott Kamber, Esq. for plaintiffs
Jeniphr Breckenridge, Esq. for plaintiffs
NATURE OF PROCEEDINGS:　　Final Settlement Conference held.
Hearing on Motion for Attorney's Fees [248] by Newman Creed & Associates.
Ordered Denied.
Hearing on[255] Motion to Strike attorney's fees by Lisa Rodriguez- Pltf. Liaison Counsel
Ordered Granted.
Hearing on Motion for Settlement Class [249]by Lisa Rodriguez- Pltf. Liaison Counsel and Co-Lead Counsel .
Ordered decision reserved pending submissions of joint proposed order.
Hearing on Pro Hac Vice Motion [202] by Kyle Nordrehaug, Esq.
Ordered motion granted.
Hearing on Motion to Intervene[204] by Kyle Nordrehaug, Esq.
Ordered denied.
Hearing on Pro Hac Vice Motion [227] by Jeff Weinstein, Esq.
Ordered motion granted.
Order to be submitted.
Telephone Conference set for October 16, 2008 on Chemnutra [203] Motion .
Adjourned To:　　　Time Commenced 10:00am  Time Adjourned 1:00pm
　　　　　　　　　　Time Commenced: 2:30pm   Time Adjourned: 4:30pm
Total Court Time: 5 hours
　　　　　　　　　　　　　　　　　s/Gladys Novoa
　　　　　　　　　　　　　　　　　DEPUTY CLERK