UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Proceeding Date: October 16, 2008

Office: Camden

**JUDGE NOEL L. HILLMAN**

Court Reporter: Stephen J. Daner

IN RE: PET FOOD PRODUCTS LIABILITY LITIGATION

Docket # Civil 07-2867 MDL (NLH)

Doc. 264

TITLE OF CASE:
PET FOOD PRODUCTS LIABILITY LITIGATION

APPEARANCES:

Lisa Rodriguez, Esq.-Pla. Liaison
Mary Gately, Esq.-Dft. Liaison
Jeniphr Breckenridge, Esq. for plaintiff
Richard Davidson, Esq. for plaintiff
Karen Firstenberg, Esq. for Chemnutra
Anthony Brazil, Esq. for Chemnutra
Laura Sanom, Esq. for defendants
Scott Kamber, Esq. for plaintiffs
Stuart Davidson, Esq. for plaintiffs

NATURE OF PROCEEDINGS:
Telephone Conference on Chemnutra, Inc. [203] Motion to destroy retained wheat gluten.
Decision reserved pending submission of joint proposed order.
Joint Proposed Order to be submitted.

Adjourned To:      Time Commenced 4:30 pm  Time Adjourned 5:00 pm

s/Gladys Novoa
DEPUTY CLERK

Dockets.Justia.com