# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE PET FOODS PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1850<br>Case No. 07-2867 (NHL)<br>Judge Noel L. Hillman<br><br>**CERTIFICATE OF SERVICE** |

I Hereby Certify That True Copies Of The Following Documents:

**STIPULATION AMD [PROPOSED] CONSENT ORDER TO DESTROY CHEMNUTRA'S RETAINED WHEAT GLUTEN STORED IN THE BLOOMSBURG, PENNSYLVANIA WAREHOUSE.**

Were served Electronically Upon all Counsel of Record by the Court's CM/ECF System of if Such Service is not authorized, by first class mail This 23rd day in October, 2008, In Accordance with Rule 5 of the Federal Ruled of Civil Procedure. Also courtesy copies of the above documents have been mail served directly to Judge Hillman's chamber pursuant to Local Rule 10.

Karen M. Firstenberg (State Bar No. 222432)

L0138044