1

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

```
IN RE:
PET FOOD PRODUCTS
LIABILITY LITIGATION            CIVIL ACTION NUMBER:

                                07-2867 MDL (NLH)
```

FINAL SETTLEMENT CONFERENCE
MOTION ON ATTORNEYS' FEES
PRO HAC VICE MOTION BY: KYLE NORDREHAUG, ESQUIRE,
AND JEFFREY WEINSTEIN, ESQUIRE
MOTION TO INTERVENE BY: KYLE NORDREHAUG, ESQUIRE,
AND JEFFREY WEINSTEIN, ESQUIRE

DATE: OCTOBER 14, 2008

MITCHELL H. COHEN UNITED STATES COURTHOUSE
　　　ONE JOHN F. GERRY PLAZA,
　　　CAMDEN, NEW JERSEY, 08101

**B E F O R E**:
THE HONORABLE NOEL L. HILLMAN, UNITED STATES
DISTRICT COURT, DISTRICT OF NEW JERSEY, SITTING AT
CAMDEN, NEW JERSEY, 08101

**A P P E A R A N C E S**:

TRUJILLO, RODRIGUEZ & RICHARDS, LLC,
BY: LISA J. RODRIGUEZ, ESQUIRE,
LIAISON LEAD-COUNSEL FOR PLAINTIFFS

WEXLER & WALLACE
BY: KENNETH A. WEXLER, ESQUIRE,
LEAD-COUNSEL FOR PLAINTIFFS

KAMBER-EDELSON, LLC,
BY: SCOTT A. KAMBER, ESQUIRE,
LEAD-COUNSEL FOR PLAINTIFFS