# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE PET FOODS PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1850<br>Case No. 07-2867 (NLH)<br>Judge Noel L. Hillman<br><br>STIPULATION AND [PROPOSED] CONSENT ORDER TO DESTROY CHEMNUTRA'S RETAINED WHEAT GLUTEN STORED IN THE BLOOMSBURG, PENNSYLVANIA WAREHOUSE |

**WHEREAS**, defendant ChemNutra, Inc. ("ChemNutra") brought this matter before the Court in ChemNutra's Motion to Destroy Retained Wheat Gluten (Sept. 11, 2008)(Dkt. No. 203)("Motion");

**WHEREAS**, in the Motion and related submissions, ChemNutra represented to the Court and to interested parties that among the wheat gluten it has retained is wheat gluten stored at the Steven Shannon Warehouse in Bloomsburg, Pennsylvania and that all of the wheat gluten at this location comes from the XuZhou Anying Biologic Technology Development Co. Ltd. Batch Number 20070106, Motion at 8;

**WHEREAS**, in the Motion and related submissions, ChemNutra further represented to the Court and to interested parties that ChemNutra did not sell, distribute or supply any portion of the wheat gluten from Batch Number 20070106 to any person

Dockets.Justia.com

or entity and that, therefore, no pets would have been exposed to food containing ChemNutra supplied wheat gluten from this batch number, Motion at 8-9;

**WHEREAS,** the Court held a telephonic hearing with the parties on October 16, 2008 and ChemNutra has confirmed the representations made in its Motion;

**IT IS HEREBY STIPULATED** by the Settlement Class, by and through Plaintiffs' co-lead counsel and ChemNutra, by and through its counsel of record, that ChemNutra may immediately destroy all retained wheat gluten from Batch Number 20070106 stored at the Steven Shannon Warehouse located at 920 Millville Road, Bloomsburg, Pennsylvania 17815 upon entry by the Court of this Consent Order.

**IT IS FURTHER STIPULATED** that the destruction of this wheat gluten shall be take place in accordance with and under the supervision of the FDA.

DATED: October 22nd, 2008          HAGENS BERMAN SOBOL SHAPIRO, LLP


STEVE W. BERMAN
JENIPHR BRECKENRIDGE
1301 Fifth Avenue, Suite 2900
Seattle, Washington 98101
Telephone: (206) 623 - 7292
Facsimile: (206) 623 - 0594
jeniphr@hbsslaw.com

Co – Lead Counsel For Settlement Class


DATED: October 22 2008          MORRIS POLICH & PURDY LLP

_[signature]_

ANTHONY G. BRAZIL
KAREN M. FIRSTENBERG
1055 W. Seventh Street, 24th Floor
Los Angeles, CA 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
Email: abrazil@mpplaw.com
kfirstenberg@mplaw.com

Counsel for Defendant CHEMNUTRA INC.

_And as APPROVED by the U.S. Dept. of Justice, Western District of Missouri; see attached letter dated October 23, 2008;_

SO ORDERED:

Dated: October _27_, 2008      _Noel C. Hillman_ [signature]

UNITED STATES DISTRICT JUDGE
**HONORABLE JUDGE NOEL LAWRENCE HILLMAN**

_At Camden, New Jersey_

3



*John F. Wood*
*United States Attorney*
*Western District of Missouri*

*Gene Porter*
*Chief, Fraud and Corruption Unit*
*E-mail: Gene.Porter@usdoj.gov*

*Charles Evans Whittaker Courthouse*
*400 East Ninth Street, Suite 5510*   *(816) 426-3122*
*Kansas City, Missouri 64106-2607*  *FAX (816) 426-4210*

October 23, 2008

**RECEIVED**

**OCT 2 7 2008**

**NOEL L. HILLMAN**
**U.S. DISTRICT JUDGE**

Mr. Lance Sandage
The Sandage Law Firm, P.C.
4700 Belleview Avenue, Suite 404
Kansas City, Missouri 64112

    Re:    In Re Pet Food Recall Litigation, MDL 1850
            Chem Nutra's Motion for an Order Allowing it to Destroy Stored Wheat Gluten

Dear Mr. Sandage:

    This letter confirms that this office does not object to the destruction of Xuzhou Anying wheat gluten being stored by Chem Nutra, *provided that:* (1) Chem Nutra gives the Food and Drug Administration written notice of the destruction sufficiently in advance of it occurring; and, (2) the actual destruction is conducted in strict conformity with any and all destruction procedures specified by the Food and Drug Administration. Please feel free to contact me if you have any questions about the content of this letter.

                Very truly yours,

                Gene Porter

                Gene Porter
                Chief, Fraud and Corruption Unit

cc:    Hon. Noel L. Hillman
        United States District Court Judge
        District of New Jersey
        Mitchell H. Cohen Building
        4th & Cooper Streets, Room 1050
        Camden, New Jersey 08101

        FDA OCI ASAC Spencer Morrison
        5799 Broadmoor, Suite 600
        Mission, Kansas 66202