TRUJILLO RODRIGUEZ & RICHARDS, LLC
Lisa J. Rodriguez
258 Kings Highway East
Haddonfield, NJ 08033
Tel: (856) 795-9002
Fax: (856) 795-9887

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

IN RE: PET FOOD PRODUCTS LIABILITY  :
LITIGATION                          :   Civil Action No.: 07-cv-2867
                                    :

NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective immediately, the law firm of **Trujillo Rodriguez & Richards, LLC** has relocated its New Jersey office to:

**258 Kings Highway East
Haddonfield, NJ 08033**

PLEASE TAKE FURTHER NOTICE that all papers to be served in the within action should be directed to Trujillo Rodriguez & Richards, LLC at the address set forth herein. The telephone number, facsimile number and email address remain the same.

DATED: November 4, 2008          Respectfully submitted,

                                 TRUJILLO RODRIGUEZ & RICHARDS, LLC

                         By:     s/ Lisa J. Rodriguez
                                 Lisa J. Rodriguez
                                 258 Kings Highway East
                                 Haddonfield, NJ 08033
                                 Tel: (856) 795-9002
                                 Fax: (856) 795-9887

IN RE: PET FOOD PRODUCTS LIABILITY LITIGATION    Doc. 269

Dockets.Justia.com