

TRUJILLO
RODRIGUEZ &
RICHARDS, LLC
A Pennsylvania Limited Liability Company
ATTORNEYS AT LAW

258 Kings Highway East
Haddonfield, NJ 08033
856-795-9002
856-795-9887 Fax

Lisa J. Rodriguez
New Jersey Responsible Attorney

1717 Arch Street
Suite 3838
Philadelphia, PA 19103
215-731-9004
215-731-9044 Fax

November 14, 2008

**VIA E-Filing**

The Honorable Noel L. Hillman
United States District Court
for the District of New Jersey
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza, Room 6020
Camden, New Jersey 08101

Re:     **In re: Pet Foods Products Liability Litigation**
        **Civil Action No.: 07-2867; MDL No. 1850**

Dear Judge Hillman:

IN RE: PET FOOD PRODUCTS LIABILITY LITIGATION          Doc. 270

     Pursuant to Section IV.D.1 of the Settlement Agreement, Defendants are to establish an

escrow fund at Charter One Bank in Chicago.  Under Section 7(F) of the Escrow Agreement

Plaintiffs have the right to move the escrow fund.  It is Plaintiffs intention to exercise that right and

move the escrow fund to JP Morgan Chase in Chicago.  Defendants have consented to this request.

(See attached correspondence to Mary Gately)

     While neither the Settlement Agreement nor the Escrow Agreement requires Court approval

to effect the transfer, the Plaintiffs believe it prudent to seek Court approval, particularly since the

Dockets.Justia.com

Final Order has not yet been entered. I have enclosed a proposed Order for Your Honor's consideration.

I am available to answer any questions the Court may have.

Thank you.

Respectfully yours,

s/Lisa J. Rodriguez
Lisa J. Rodriguez
Liaison Counsel for Plaintiffs

Enclosure
CC:  Kenneth Wexler
     Russell Paul
     Mark Tamblyn
     Mary Gately

# WEXLER WALLACE LLP

Chicago, IL • Sacramento, CA

November 4, 2008

*Via Electronic Mail*

Mary E. Gately
DLA Piper US LLP
500 8th Street NW
Washington, DC 20004

RE: Pet Food Litigation

Dear Mary:

This is to confirm that, in light of current economic conditions, the parties have agreed to move the escrow account from Charter One Bank to JP Morgan Chase. We have secured JP Morgan's agreement to the existing escrow terms and we will forward the wiring instructions to you upon the opening of the account.

Please signify defendants' agreement to this change by signing and returning to me a copy of this letter. Upon receipt, I will forward it to Lisa Rodriguez, who will present the change to Judge Hillman for his approval. Assuming he gives it, we on the plaintiffs' side will send a letter to Charter One terminating the relationship pursuant to the terms of the escrow with them.

If you have any question, do not hesitate to call.

Very truly yours,

Kenneth A. Wexler

KAW:lyr

cc: Co-Lead Counsel (*via electronic mail*)
Lisa Rodriguez (*via electronic mail*)
Mark J. Tamblyn (*via electronic mail*)

Mary E. Gately
Mary Gately

Contact Information:
Kenneth A. Wexler
(312) 589-6270 Direct Dial
(312) 589-6271 Direct Fax
kaw@wexlerwallace.com

55 West Monroe Street
Suite 3300
Chicago, IL 60603

(312) 346-2222
(312) 346-0022 fax
www.wexlerwallace.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

IN RE: PET FOOD PRODUCTS
LIABILITY LITIGATION

Civil Action No. 07-2867 (NLH)

MDL Docket No. 1850

THIS DOCUMENT RELATES TO:

ALL CASES

## ORDER

This matter having been brought before the Court by Plaintiffs seeking to move the escrow fund created by the settlement in this matter from Charter One Bank to JP Morgan Chase; And the Defendants having consented to this change; It is hereby ORDERED that Plaintiffs are hereby authorized to move the escrow fund from Charter One Bank to JP Morgan Chase.

_____
Honorable Noel L. Hillman, U.S.D.J.

Dated: November 14, 2008