UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: PET FOOD PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1850 (All Cases)<br><br>Civil Action No. 07-2867 (NLH) |

### JUDGMENT DISMISSING ALL DEFENDANTS WITH PREJUDICE

In accordance with, and for the reasons set forth in the Order Approving Settlement, Certifying Class and Directing Entry of Final Judgment, entered on 11/19/08, all claims against all defendants named in all actions comprising In re: Pet Food Products Liability Litigation are dismissed with prejudice as to the Class Representatives and as to all Settlement Class members pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, provided that the claims of those Settlement Class members who elected to opt-out of the Settlement Class are dismissed without prejudice.

Date: 11/19/08

WILLIAM T. WALSH
Clerk of Court

24