UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: PET FOOD PRODUCTS LIABILITY LITIGATION | Civil Action No. 07-2867 (NLH)<br><br>MDL Docket No. 1850 |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

ORDER

This matter having been brought before the Court by Plaintiffs seeking to move the escrow fund created by the settlement in this matter from Charter One Bank to JP Morgan Chase; And the Defendants having consented to this change; It is hereby ORDERED that Plaintiffs are hereby authorized to move the escrow fund from Charter One Bank to JP Morgan Chase.

*/s/ Noel L. Hillman*

Honorable Noel L. Hillman, U.S.D.J.

At Camden, New Jersey

Dated: November 14, 2008