# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: PET FOOD PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1850 (All Cases) <br><br> Civil Action No. 07-2867 (NLH) |

## ORDER

For the reasons expressed in this Court's Opinion entered on this date, and for the reasons stated on the record during the class action fairness hearing that took place on October 14, 2008,

**IT IS HEREBY ORDERED** this 18th day of November, 2008 that:

1.  Motion for Leave to Appear Pro Hac Vice on Behalf of Settlement Class Members by Margaret Picus, Daniel Kaffer filed by Kyle Nordrehaug, Esq. [202] is **GRANTED;**

2.  Motion to Intervene as Settlement Class Members by Margaret Picus, Daniel Kaffer [204] is **DENIED;**

3.  Motion for Leave to Appear Pro Hac Vice by Jeffrey L. Weinstein, Esq. [227] is **GRANTED;**

4.  Motion for Settlement and Motion for Attorney Fees [249] is **GRANTED;**

5.  Motion for Attorney Fees Application by Newman, Creed &
    Associates for Award of Attorneys' Fees and
    Reimbursement of Costs and Expenses by Todd Sokolwski,
    Esq. [248] is **DENIED**; and


6.  Motion to Strike Motion for Attorney Fees Application
    by Newman, Creed & Associates for Award of Attorneys'
    Fees and Reimbursement of Costs and Expenses [255] is
    **GRANTED**.


                            ___s/Noel L. Hillman_____
                            NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey