11/26/2008

*recd via fax*

Mrs Miriam M. Lewis
6026 43rd Terrace North
Kenneth City, Florida 33709
phone: 727-289-6441
E-mail: Miriamolly5@yahoo.com


Honorable Judge Noel L. Hillman
Mitchell H. Cohen Building & US Court House
4th and Cooper Street, Room #1050
Camden, NJ 08101
phone: 856-757-5021   fax: 856-757-5070

RE:  Life threatening experiences for further investigation
     Pet Food Products Liability Litigation Settlement (Menu Foods, etc.)

**Dear Honorable and Respected Judge Noel L. Hillman,**

Today, November 26, 2008, I wrote the following account on Kamber, Edelson Law firm Melamine Contamination Pet Food Litigation Google blog of what I have experienced that could be possible intentional threats to my life. I wrote this in response to another member who also had an adverse experience. As per Kamber Edelson Law firm blog, I am not allowed to disclose nor copy the contents of this blog, nor the other member who wrote about her adverse experience. Honorable Judge Noel L. Hillman, I can only disclose to you what I personally wrote:

Dear Members of this Litigation Group,

Be careful. I belief my life has been threatened directly do to my many writings on the internet about the lack of regulation and enforcement of pet food safety in America and the pet food menu litigation.

Two life threatening incidents:

1) I often frequent War Veterans Memorial Park in St. Petersburg, Florida because of its natural beauty and intra-coastal water views. While walking my dog around Sept./October 2007, of last year, I laid down to rest on top of a picnic table, which was near a tree, close to the children's playground not to far across from the kayak take out area. I noticed 3 clean cut, yuppie looking men, in slacks and attire not condusive to the usual casual attire of people that frequent the park. They were just standing there across the way on the parking lot, talking, but doing no activity and looking towards my direction at times. I intuitively felt something was not right. When I laid down on the picnic table for a few minutes of rest and I shut my eyes, one of the men had walked behind my picnic table. I felt something was thrown at me, and I immediately rose to alert and responded by wiping my body with my hands and arms what had fallen on me. I looked at the man walking away who rejoined his friends and then they left. I question, did that man throw something at me? I let it go, thinking maybe that it came from the tree instead.

On that day, I experienced a painful insect bite on my chest, top left breast. My health got worse, worse, worse, and I saw a bunch of doctors to no avail. Some physicians did tests, but still no definite diagnosis of

source of problems, until I finally was referred to the right physician who did detailed lab specific tests and I just found out that my suspicion of Lyme Disease has been confirmed and diagnosed.

2) While at the same park earlier in July 2008, I found a dead loggerhead turtle right on the kayak take out ramp of War Veterans Memorial Park in St. Petersburg, Florida. The weird thing is that the large loggerhead turtle showed a shark's bite on the side. Loggerhead turtles have not been seen in the intra-coastal waterways where the park is located, nor in the surrounded areas. The loggerheads like the clean Gulf beaches of the outer islands. I truly believe that this unusual happenstance was a warning directed to me.

3) In the past, I used to write many life learning stories of my Florida kayak adventures, many in which my dogs joined me in my tandem kayak. One story I wrote was about Turtle Beach in little Sarasota Bay and shark encounters, which I compared that experience in my story, to calculated risks we may encounter through a life experience on Earth.

Well, I sent some of my stories which included my dog Molly who died of the Melamine poisoning to: a) Kamber Edelson Law firm back in April or May 2007 to show the meaning and significance that animals play in people's life, b) to the Pet Food Products Claims Administrator c/o Heffler, Radetich & Saitta in June 2008, and c) to Judge Noel L. Hillman in October 2008.

Conclusion: I truly believe that incident 1) and 2) above is not coincidental. My observations and believe is that my life has been threatened, by exactly whom....I can only speculate, but needs further investigation and evidence. I have already informed the park officials to look into any available cameras of people coming into and out of the park.

Also, further investigation could confirm.

If other class action members have experienced a life threat do to their pro-activeness writings or speech concerning this litigation and pet food safety concerns, please write back and report such incidents to Honorable Judge Noel Hillman and other officials. It is better to be safe than sorry, and what may look as coincidental or unusual happenstance, may or could actually be a threat or action against our lives.......

Anyone experiencing problems, please report.

Sincerely,

*Miriam Lewis*

Mrs Miriam Lewis
in memory of: Molly O'Reilly who died 1/22/07 of kidney failure from Melamine poisoning

**COMPLETE THIS SECTION ON DELIVERY**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _Lynda Powers_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): LYNDA POWERS    C. Date of Delivery: 10/7/??

1. Article Addressed to:

The Honorable Judge Noel L. Hillman
Mitchell H. Cohen Bldg, U.S. Court House
4th and Cooper St, #1050
Camden, NJ 08101

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

[CAMDEN NJ 08101 postmark]

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7007 2680 0002 5060 4801

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

Total: $7.60

Paid by:
Debit Card
Account #:       XXXXXXXXXXXX1949
Approval #:      662928
Transaction #:   118
23 903570976
Receipt #:       000133

Order stamps at USPS.com/shop or call
1-800-Stamp24. Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000402978521
Clerk: 21

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.
**********************************
**********************************
HELP US SERVE YOU BETTER

Go to: http://gx.gallup.com/pos

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

YOUR OPINION COUNTS
**********************************
**********************************

Customer Copy

October 8, 2008

Mrs Miriam M. Lewis
6026 43rd Terrace North
Kenneth City, Florida 33709
phone: 727-289-6441
E-mail: Miriamolly5@yahoo.com


Honorable Judge L. Hillman
Mitchell H. Cohen Building & US Court House
4th and Cooper Street, Room #1050
Camden, NJ 08101
phone: 856-757-5021

RE: Pet Food Products Liability Litigation Settlement
   Claim forms submitted to Claims Administration, c/o Heffler, Radetich & Saitta L.L.P.
   For: Pepper Lewis (lahsa apso) still ill and
   For: Molly O'Reilly (beagle) deceased 1/22/07

**Dear Honorable and Respected Judge L. Hillman:**

In June 2008, I submitted to the court appointed claims administrator the completed claim forms, via returned receipt, for both of my dogs: 1) Pepper Lewis and 2) Molly O'Reilly. (Please see enclosed copies).

I am a member of the Kamber, Edelson, LLC class-action lawsuit against Menu Foods, The Pet Food Industry, and China for introducing the toxic melamin in pet food products.

I have not yet received a written claim number notification for each of my two dogs submitted claims. On 10/7/08, I called the Administrator - Heffler, Radetich, & Saitta L.L.P call center phone number (800-392-7785) to inquire about the status of Molly's and Pepper's claims. I spoke with Robert, who identified himself as the call service representative, who informed me that the claims were in the process of being issued a number, and to also send my status inquiry via the Administrator's website.

As per Kamber Edelson's pet litigation plaintiffs online communication blog, the large majority of the members that submitted their claims have not yet received a formal written claim number. Robert was kind enough to call me back and leave a message in my answering machine saying my claim number is 620. I called Robert back to ask him if this number represented my name as the owner, or for which of my dogs?, but he already left the office. I believe a written notification is an official confirmation of processing, not a verbal.

**My concern is that I feel the court appointed Administrator is not handling plaintiffs claims in a professional and methodological way. I am concern that some claims they receive may slip through the crack.**

Honorable and Respected Judge Hillman, please read the enclosed story I wrote in January 2006, called "Exploring Little Sarasota Bay with New Friends" where I made one of my then usual kayak, nature Florida exploring trips in the company of my dog Molly. There are cute puns about shark encounters near our take out point in Turtle Beach. About two months ago, while walking my dog Pepper at War Veterans Memorial Park in St Petersburg, Florida, I saw a dead loggerhead turtle with a shark bite on its side exactly on the beach at the kayak takeout point of the park. It was an unusual happenstance, and an instinctual message for me to make sure that any sharks at bay in this litigation proceedings are penned up, and to verify that my claims are properly processed.

**Honorable and Respected Judge Hillman, please verify that my 2 dogs claims - Molly and Pepper are being processed in a professional manner, as well as the other members claims.**

Respectfully yours,

*Mrs Miriam M. Lewis*

Mrs Miriam M. Lewis                                                                    Enclosures