IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: PET FOOD PRODUCTS LIABILITY LITIGATION | Civil Action No. 1:07-cv-02867-NLH-AMD |

**OBJECTORS JIM W. JOHNSON AND DUSTIN TURNER'S NOTICE OF APPEAL**

Notice is hereby given that Jim W. Johnson and Dustin Turner, non-named members of the Plaintiff class who objected to the settlement in the above named case, hereby appeal to the United States Court of Appeals for the Third Circuit from the Order Approving Class Action Settlement etc. entered in this action on the 17th day of November, 2008, Document No. 272, and the Judgment Dismissing All Defendants with Prejudice entered in this action on the 19th day of November, 2008, Document No. 273.

_____
ROBERT E. MARGULIES, ESQ.

MARGULIES WIND
A Professional Corporation
Harborside Plaza 10
3 Second Street – Suite 1201
Jersey City, NJ 07311
201-333-0400
201-333-1110-fax

JEFFREY L. WEINSTEIN
JEFFREY L. WEINSTEIN, P.C.
518 East Tyler Street
Athens, TX 75751
903/677-5333
903/677-3657 – facsimile

**ATTORNEYS FOR OBJECTORS**