**LAW OFFICES OF DANIEL I. WARD**
Daniel I. Ward, Esq. (NJ Bar No. 033581986)
118 White Horse Road W.
Voorhees, NJ 08043
Tel: (856) 566-6614
Fax: (856) 566-7373

**BLUMENTHAL & NORDREHAUG**
Kyle R. Nordrehaug (Cal. State Bar #205975) *pro hac vice*
2255 Calle Clara
La Jolla, California 92037
Tel: (858)551-1223
Fax: (858) 551-1232

Attorneys for Class Members,
MARGARET PICUS and DANIEL KAFFER

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE PET FOOD PRODUCTS LIABILITY LITIGATION | Civil Action No.  07-2867 (NLH) (All Cases)       MDL Docket No. 1850<br><br>NOTICE OF APPEAL BY CLASS MEMBERS AND OBJECTORS MARGARET PICUS AND DANIEL KAFFER TO THE UNITED STATES COURT OF APPEALS<br><br><br>Judge:        Hon. Noel L. Hillman<br>Courtroom:   3A |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Notice is hereby given that Margaret Picus and Daniel Kaffer, non named settlement class

1

members who objected to the class settlement in the above entitled case, hereby appeal to the United States Court of Appeals for the Third Circuit from the Judgment entered in this action by the District Court for the District of New Jersey dated November 19, 2008 [Doc. No. 273], the Order Approving Class Action Settlement dated November 18, 2008 [Doc. No. 272], the Order Denying the Motion to Intervene dated November 18, 2008 [Doc. No. 275], and all other interlocutory orders that gave rise to that judgment. A true and correct copy of the final judgment entered on November 19, 2008 in this action is attached hereto as <u>Exhibit #1</u>.

Objectors/Appellants Margaret Picus and Daniel Kaffer are aware of another notice of appeal in this action filed by Objectors Jim Johnson and Dustin Turner dated December 3, 2008, which is currently pending in this Court..

Respectfully submitted,

DATED: December 12, 2008      BLUMENTHAL & NORDREHAUG

By:   */s/ Kyle R. Nordrehaug*
       Kyle R. Nordrehaug

Attorneys for Objectors and Settlement Class Members Margaret Picus and Daniel Kaffer

## CERTIFICATE OF SERVICE

I, am, at all relevant times, was a citizen of the United States and a resident of the County of San Diego and am employed by the attorney of record in this action located at 2255 Calle Clara, La Jolla, CA 92037. I hereby certify that on December 12, 2008, the foregoing document entitled:

(1) NOTICE OF APPEAL

was served as follows.

_XX_ (BY ELECTRONIC SERVICE): I caused the listed documents to be electronically filed through the CM/ECF system at the United States District Court for the District of Nevada which generates a Notice of Electronic Filing to all parties and constitutes service of the electronically filed documents on all parties for purposes of the Federal Rules of Civil Procedure.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on December 12, 2008 at San Diego, California.

By:    */s/ Kyle R. Nordrehaug*
        Kyle R. Nordrehaug

Attorneys for Settlement Class members
Margaret Picus and Daniel Kaffer

K:\D\NBB\Picus v. Wal-Mart\MDL\p-notice of appeal.wpd

**EXHIBIT #1**

NOTICE OF APPEAL

Civil Action No. 07-2867 (NLH) (All Cases) / MDL Docket No. 1850

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: PET FOOD PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1850 (All Cases)<br><br>Civil Action No. 07-2867 (NLH) |

## JUDGMENT DISMISSING ALL DEFENDANTS WITH PREJUDICE

In accordance with, and for the reasons set forth in the Order Approving Settlement, Certifying Class and Directing Entry of Final Judgment, entered on _11/19/08_, all claims against all defendants named in all actions comprising In re: Pet Food Products Liability Litigation are dismissed with prejudice as to the Class Representatives and as to all Settlement Class members pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, provided that the claims of those Settlement Class members who elected to opt-out of the Settlement Class are dismissed without prejudice.

Date: _11/19/08_

**WILLIAM T. WALSH**

Clerk of Court

24