UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Proceeding Date: January 8, 2009

Office: Camden

**JUDGE NOEL L. HILLMAN**

Court Reporter: Stephen J. Daner

Docket # Civil 07-2867 MDL (NLH)

TITLE OF CASE:
PET FOOD PRODUCTS LIABILITY LITIGATION

APPEARANCES:
Lisa Rodriguez, Esq.-Pla. Liaison
Mary Gately, Esq.-Dft. Liaison
Jeniphr Breckenridge, Esq. for plaintiffs
Kenneth Wexler, Esq. for plaintiffs
Anthony Brazil, Esq. for Chemnutra
Scott Kamber, Esq. for plaintiffs
William Audet, Esq. for plaintiffs
Stuart Davidson, Esq. for plaintiffs
Mark Tamblyn, Esq.
Sherrie R.Savett, Esq.
Russell D. Paul, Esq. plaintiffs' co-lead counsel.

NATURE OF PROCEEDINGS:
Telephone Status Conference re: class settlement escrow funds.
Ordered counsel to submit within two weeks a proposed amended agreement to amend funding mechanism.

Adjourned To:		Time Commenced 11:00 a.m.  Time Adjourned 11:50 a.m.

s/Gladys Novoa
DEPUTY CLERK