

**TRUJILLO
RODRIGUEZ &
RICHARDS, LLC**
A PENNSYLVANIA LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW

258 Kings Highway East
Haddonfield, NJ 08033
856-795-9002
856-795-9887 Fax

Lisa J. Rodriguez
New Jersey Responsible Attorney

1717 Arch Street
Suite 3838
Philadelphia, PA 19103
215-731-9004
215-731-9044 Fax

January 22, 2009

## VIA E-FILING

The Honorable Noel L. Hillman
United States District Court
District of New Jersey
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza, Room 6020
Camden, New Jersey 08101

      Re:    In re: Pet Foods Products Liability Litigation
                 Civil Action No.: 07-2867; MDL No. 1850

Dear Judge Hillman:

      Enclosed please find the parties' executed First Amendment to Settlement Agreement.

                                        Respectfully,

                                        s/ Lisa J. Rodriguez

                                        Lisa J. Rodriguez
                                    Liaison Counsel for Plaintiffs

cc:    All Counsel of Record (via e-mail)

IN RE: PET FOOD PRODUCTS LIABILITY LITIGATION    Doc. 289

Dockets.Justia.com