**McKENZIE LAW FIRM**
Attorneys at Law
205 SOUTH MAIN
VICTORIA, TEXAS 77901
TELEPHONE: 361/570-8299
FACSIMILE: 361/570-8297

SANDRA L. McKENZIE
EMAIL: Sandra@sandramckenzie.com

G.P. HARDY, III
OF COUNSEL

January 7, 2009

**VIA U.S. MAIL, CMRR #7007 2680 0002 1845 0907**

Mr. Thomas Haggarty
U.S. District Court of New Jersey
USPO & Courthouse
401 Market Street
Camden, NJ 08101

RECEIVED
JAN 27 2009
WILLIAM T. WALSH
CLERK

RE: In Re: Pet Food Products Liability Litigation
MDL Docket No.: MDL1850
Master Docket In New Jersey: 1:07cv2867 (NLH)

Dear Mr. Haggarty:

McKenzie Law Firm represents Winston David Snell and Jennifer Snell in the above-referenced matter. Our clients' case was transferred to MDL1850 on or about April 8, 2008, from the U.S. District Court, Southern District of Texas, Victoria Division, C.A. No. 6:07-cv-00066.

Our clients, Mr. and Mrs. Snell, opted out of the settlement in the MDL1850, Pet Food Products Liability Litigation class action. This letter is to request that our offices be removed from the service list for the above-referenced matter, and that we no longer receive court directives or orders. The contact email addresses for our office are:

Sandra L. McKenzie:     Sandra@sandramckenzie.com
Cara A. Bryant :        cara@sandramckenzie.com

Thank you for your kind assistance in this matter.

Sincerely,

/s/ CAB

DICTATED BUT NOT READ
Sandra L. McKenzie
McKENZIE LAW FIRM

Dockets.Justia.com