*Gail Oakley*
*6774 Riverland Drive, #33*
*Redding, CA  96002*

7009 JAN 26  A 11: 59

UNITED STATES

Clerk of the Court                                              January 18, 2009
Mitchell H. Cohen Building &
   U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ   08101


Re:  Pet Food Product Liability Litigation;
     Civil Action Number:  07-2867 (NLH), MDL No.1850;
     Claim Number 461


Dear Sir/Madam:


I am writing this letter in regards to the above referenced Pet Food Litigation.  After speaking to the office of the Claims Administrator, I understand that a couple of people have appealed the Court's final decision and there is no foreseeable claim payment date because of these appeals.

Therefore, as suggested by the Claims Administrator, I am writing to respectfully request payment due to a medical and personal hardship.  I am disabled and currently receiving medical treatment due to illness and would appreciate your releasing payment to me as soon as possible.

Thank you in advance for your consideration.


Sincerely,

Gail L. Oakley
(530) 365-4751


C:  Claims Administrator
    Plaintiff's Liaison Counsel
    Defendant's Liaison Counsel

Dockets.Justia.com