## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE: PET FOOD PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1850 (All Cases)<br><br>Civil Action No. 07-2867 (NLH) |

## ~~[PROPOSED]~~ ORDER APPROVING
### FIRST AMENDMENT TO SETTLEMENT AGREEMENT

UPON CONSIDERATION of this Court's Order Approving Class Action Settlement, Certifying Settlement Class, Directing Entry of Final Judgment and Awarding Attorneys' Fees and Reimbursement of Expenses [Dkt. No. 272] providing that this Court "retains exclusive and continuing jurisdiction over this action and the Parties ... for the purpose of supervising, administering, [and] implementing ... the Settlement and the claims process thereunder [and] all proceedings related to the Settlement Agreement; and

UPON CONSIDERATION of the First Amendment to the Settlement Agreement amending Sections IV.D.1, IV.D.3, IV.D.4 and IV.E.5 in accordance therewith;

This Court hereby orders that the First Amendment to the Settlement Agreement is APPROVED.

SO ORDERED.

*Noel C. Hillman*

NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey

Dated: January 27, 2009

EAST\42318461.7

Dockets.Justia.com

## FIRST AMENDMENT TO SETTLEMENT AGREEMENT

WHEREAS, all defined terms used herein shall have the meaning set out in the Settlement Agreement;

WHEREAS, pursuant to Section IV.D.1 of the Settlement Agreement, an Escrow Account for the Settlement Fund has been established at Charter One Bank in Chicago, Illinois;

WHEREAS, portions of the Settlement Fund have been advanced to the Escrow Account at Charter One for class notice and related administrative expenses;

WHEREAS, Section IV.D.4 of the Settlement Agreement provides that monies held in the Escrow Account shall be invested in United States Treasuries;

WHEREAS, because of unanticipated economic conditions beyond the parties' control, Plaintiffs' Lead Counsel has requested that the Escrow Account be moved from Charter One to another institution;

WHEREAS, the parties agreed and the courts authorized and/or directed the transfer of the Escrow Account to JP Morgan Chase;

WHEREAS, Plaintiffs Lead Counsel could not reach a satisfactory escrow agreement with JP Morgan Chase and, thereafter, Plaintiffs' Lead Counsel requested that the Escrow Account be moved to Wells Fargo and Defendants did not object;

WHEREAS, on January 8, 2009, the MDL Court conducted a telephonic conference on Section IV of the Settlement Agreement, including the location of the Escrow Account and investment, if at all, of the Settlement Fund;

WHEREAS, the Federal Deposit Insurance Corporation ("FDIC") has issued Final Rules implementing the Transaction Account Guarantee Program of the Temporary Liquidity Guarantee Program effective as of December 19, 2008 providing a full guarantee by the FDIC for funds held in FDIC-insured depository institutions (which have not opted-out of the

program) in non-interest bearing transaction accounts above the existing deposit insurance limit through December 31, 2009, unless extended;

WHEREAS, it has been determined that Wells Fargo has not opted-out of the Transaction Account Guarantee Program;

WHEREAS, in the course of the January 8 hearing, the MDL Court directed, pending further order of Court, that the Settlement Fund be placed at this time in a non-interest bearing escrow account at Wells Fargo to achieve the full guarantee that is presently due to expire on December 31, 2009 unless further extended;

NOW THEREFORE, pursuant to and as a result of the Court's ruling, the following provisions of the Settlement Agreement are hereby amended as follows:

I.      Section IV.D.1 of the Settlement Agreement is amended to provide that the Escrow Account for the Settlement Fund will be established at Wells Fargo bank.

II.     Section IV.D.4 of the Settlement Agreement is amended to provide that monies held in the Escrow Account shall be held in a non-interest bearing trust account with the Escrow Agent so long as the non-interest bearing trust account is fully guaranteed by the FDIC.

III.    Section IV.D.3 of the Settlement Agreement is amended to provide that five (5) business days following entry of the last order by the MDL Court and the Canadian Courts approving this First Amendment to the Settlement Agreement, the Defendants shall pay into the Escrow Account the balance of the Settlement Fund not previously paid.

IV.     Section IV.E.5 of the Settlement Agreement, is amended to provide: Maintenance, Investment and Distribution of Settlement Fund: The Parties, Defendants, Released Entities and their counsel shall not have any responsibility or liability whatsoever with respect to the maintenance, investment or distribution of the Settlement Fund. In addition, the Parties, Defendants, Released Entities and their counsel shall not have any responsibility for or

2

liability whatsoever with respect to the determination, administration, calculation or payment of Claim Forms from the Settlement Fund (except as specifically described in this Agreement) or any losses incurred in connection therewith.

Pursuant to Section VII.H.2 of the Settlement Agreement, the First Amendment to the Settlement Agreement is contingent on entry of approval orders by the MDL Court and by the applicable Canadian Courts. All other terms of the Settlement Agreement not specifically amended by this First Amendment shall remain in effect.

Dated January 22, 2009

| Plaintiffs' Lead Counsel | Plaintiffs' Lead Counsel |
|---|---|
| Kenneth A. Wexler<br>Mark J. Tamblyn<br>WEXLER WALLACE LLP<br>55 West Monroe Street, Suite 3300<br>Chicago, Illinois 60603 | Sherrie R. Savett<br>Russell D. Paul<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, Pennsylvania 19103 |
| Plaintiffs' Lead Counsel | Plaintiffs' Lead Counsel |
| William M. Audet<br>AUDET & PARTNERS LLP<br>221 Main Street, Suite 1460<br>San Francisco, California | Scott A. Kamber<br>Jay Edelson<br>KAMBEREDELSON, LLC<br>11 Broadway, 22nd Floor<br>New York, New York 10004 |

liability whatsoever with respect to the determination, administration, calculation or payment of Claim Forms from the Settlement Fund (except as specifically described in this Agreement) or any losses incurred in connection therewith.

Pursuant to Section VII.H.2 of the Settlement Agreement, the First Amendment to the Settlement Agreement is contingent on entry of approval orders by the MDL Court and by the applicable Canadian Courts. All other terms of the Settlement Agreement not specifically amended by this First Amendment shall remain in effect.

Dated January __, 2009

| **Plaintiffs' Lead Counsel** | **Plaintiffs' Lead Counsel** |
|---|---|
| Kenneth A. Wexler<br>Mark J. Tamblyn<br>WEXLER WALLACE LLP<br>55 West Monroe Street, Suite 3300<br>Chicago, Illinois 60603 | Sherrie R. Savett<br>Russell D. Paul<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, Pennsylvania 19103 |
| **Plaintiffs' Lead Counsel** | **Plaintiffs' Lead Counsel** |
| William M. Audet<br>AUDET & PARTNERS LLP<br>221 Main Street, Suite 1460<br>San Francisco, California | Scott A. Kamber<br>Jay Edelson<br>KAMBEREDELSON, LLC<br>11 Broadway, 22nd Floor<br>New York, New York 10004 |

liability whatsoever with respect to the determination, administration, calculation or payment of Claim Forms from the Settlement Fund (except as specifically described in this Agreement) or any losses incurred in connection therewith.

Pursuant to Section VII.H.2 of the Settlement Agreement, the First Amendment to the Settlement Agreement is contingent on entry of approval orders by the MDL Court and by the applicable Canadian Courts. All other terms of the Settlement Agreement not specifically amended by this First Amendment shall remain in effect.

Dated January __, 2009

| Plaintiffs' Lead Counsel | Plaintiffs' Lead Counsel |
|---|---|
| Kenneth A. Wexler<br>Mark J. Tamblyn<br>WEXLER WALLACE LLP<br>55 West Monroe Street, Suite 3300<br>Chicago, Illinois 60603 | Sherrie R. Savett<br>Russell D. Paul<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, Pennsylvania 19103 |
| Plaintiffs' Lead Counsel<br><br>William M. Audet<br>AUDET & PARTNERS LLP<br>221 Main Street, Suite 1460<br>San Francisco, California | Plaintiffs' Lead Counsel<br><br>Scott A. Kamber<br>Jay Edelson<br>KAMBEREDELSON, LLC<br>11 Broadway, 22nd Floor<br>New York, New York 10004 |

liability whatsoever with respect to the determination, administration, calculation or payment of Claim Forms from the Settlement Fund (except as specifically described in this Agreement) or any losses incurred in connection therewith.

Pursuant to Section VII.H.2 of the Settlement Agreement, the First Amendment to the Settlement Agreement is contingent on entry of approval orders by the MDL Court and by the applicable Canadian Courts. All other terms of the Settlement Agreement not specifically amended by this First Amendment shall remain in effect.

Dated January ___, 2009

| Plaintiffs' Lead Counsel | Plaintiffs' Lead Counsel |
|---|---|
| Kenneth A. Wexler<br>Mark J. Tamblyn<br>WEXLER WALLACE LLP<br>55 West Monroe Street, Suite 3300<br>Chicago, Illinois 60603 | Sherrie R. Savett<br>Russell D. Paul<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, Pennsylvania 19103 |
| Plaintiffs' Lead Counsel | Plaintiffs' Lead Counsel |
| William M. Audet<br>AUDET & PARTNERS LLP<br>221 Main Street, Suite 1460<br>San Francisco, California | Scott A. Kamber<br>Jay Edelson<br>KAMBEREDELSON, LLC<br>11 Broadway, 22nd Floor<br>New York, New York 10004 |

3

| Plaintiffs/Lead Counsel | Plaintiffs' Lead Counsel |
|---|---|
| *(signature)*<br><br>Stuart A. Davidson<br>COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>120 E. Palmetto Park Road, Suite 500<br>Boca Raton, Florida 33432 | <br><br>Steve W. Berman<br>Jeniphr Breckenridge<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, Washington 98101 |
| **Counsel for Canadian Plaintiffs** | **Counsel for Canadian Plaintiffs** |
| <br><br>Ward Branch<br>Luciana P. Brasil<br>BRANCH MACMASTER<br>1410 – 777 Hornby Street<br>Vancouver, B.C. V6Z 1S4 | <br><br>Tony Merchant, Q.C.<br>MERCHANT LAW GROUP LLP<br>Saskatchewan Drive Plaza<br>2401 Saskatchewan Drive<br>Regina, Canada S4P 4H8 |
| **Counsel for Canadian Plaintiffs** | **Counsel for Canadian Plaintiffs** |
| <br><br>Andrew Bond<br>DOCKEN & COMPANY<br>900, 800-6th Ave. SW<br>Calgary, Alberta<br>Canada, T2P 3G3 | <br><br>Harvey Pollock<br>POLLOCK & COMPANY<br>1120-363 Broadway<br>Winnipeg, MB R3C 3N9 |
| **Counsel for Canadian Plaintiffs** | **Counsel for Canadian Plaintiffs** |
| <br><br>Harvey Strosberg<br>SUTTS, STROSBERG<br>600-251 Goyeau Street<br>Windsor, ON N9A 6V4 | <br><br>Joel Rochon<br>ROCHON GENOVA<br>121 Richmond St. West<br>Suite 900<br>Toronto, Ontario<br>M5H 2K1 |

| **Plaintiffs' Lead Counsel** | **Plaintiffs' Lead Counsel** |
|---|---|
| Stuart A. Davidson<br>COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>120 E. Palmetto Park Road, Suite 500<br>Boca Raton, Florida 33432 | Steve W. Berman<br>Jeniphr Breckenridge<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, Washington 98101 |
| **Counsel for Canadian Plaintiffs** | **Counsel for Canadian Plaintiffs** |
| Ward Branch<br>Luciana P. Brasil<br>BRANCH MACMASTER<br>1410 – 777 Hornby Street<br>Vancouver, B.C. V6Z 1S4 | Tony Merchant, Q.C.<br>MERCHANT LAW GROUP LLP<br>Saskatchewan Drive Plaza<br>2401 Saskatchewan Drive<br>Regina, Canada S4P 4H8 |
| **Counsel for Canadian Plaintiffs** | **Counsel for Canadian Plaintiffs** |
| Andrew Bond<br>DOCKEN & COMPANY<br>900, 800-6th Ave. SW<br>Calgary, Alberta<br>Canada, T2P 3G3 | Harvey Pollock<br>POLLOCK & COMPANY<br>1120-363 Broadway<br>Winnipeg, MB R3C 3N9 |
| **Counsel for Canadian Plaintiffs** | **Counsel for Canadian Plaintiffs** |
| Harvey Strosberg<br>SUTTS, STROSBERG<br>600-251 Goyeau Street<br>Windsor, ON N9A 6V4 | Joel Rochon<br>ROCHON GENOVA<br>121 Richmond St. West<br>Suite 900<br>Toronto, Ontario<br>M5H 2K1 |

EAST\42318461.5

| **Plaintiffs' Lead Counsel** | **Plaintiffs' Lead Counsel** |
|---|---|
| Stuart A. Davidson<br>COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>120 E. Palmetto Park Road, Suite 500<br>Boca Raton, Florida 33432 | Steve W. Berman<br>Jeniphr Breckenridge<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, Washington 98101 |
| **Counsel for Canadian Plaintiffs**<br>Ward Branch<br>Luciana P. Brasil<br>BRANCH MACMASTER<br>1410 – 777 Hornby Street<br>Vancouver, B.C. V6Z 1S4 | **Counsel for Canadian Plaintiffs**<br>Tony Merchant, Q.C.<br>MERCHANT LAW GROUP LLP<br>Saskatchewan Drive Plaza<br>2401 Saskatchewan Drive<br>Regina, Canada S4P 4H8 |
| **Counsel for Canadian Plaintiffs**<br>Andrew Bond<br>DOCKEN & COMPANY<br>900, 800-6th Ave. SW<br>Calgary, Alberta<br>Canada, T2P 3G3 | **Counsel for Canadian Plaintiffs**<br>Harvey Pollock<br>POLLOCK & COMPANY<br>1120-363 Broadway<br>Winnipeg, MB R3C 3N9 |
| **Counsel for Canadian Plaintiffs**<br>Harvey Strosberg<br>SUTTS, STROSBERG<br>600-251 Goyeau Street<br>Windsor, ON N9A 6V4 | **Counsel for Canadian Plaintiffs**<br>Joel Rochon<br>ROCHON GENOVA<br>121 Richmond St. West<br>Suite 900<br>Toronto, Ontario<br>M5H 2K1 |

4

| Plaintiffs' Lead Counsel | Plaintiffs' Lead Counsel |
|---|---|
| Stuart A. Davidson<br>COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>120 E. Palmetto Park Road, Suite 500<br>Boca Raton, Florida 33432 | Steve W. Berman<br>Jeniphr Breckenridge<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, Washington 98101 |
| Counsel for Canadian Plaintiffs | Counsel for Canadian Plaintiffs |
| Ward Branch<br>Luciana P. Brasil<br>BRANCH MACMASTER<br>1410 – 777 Hornby Street<br>Vancouver, B.C. V6Z 1S4 | Tony Merchant, Q.C.<br>MERCHANT LAW GROUP LLP<br>Saskatchewan Drive Plaza<br>2401 Saskatchewan Drive<br>Regina, Canada S4P 4H8 |
| Counsel for Canadian Plaintiffs | Counsel for Canadian Plaintiffs |
| Andrew Bond<br>DOCKEN & COMPANY<br>900, 800-6th Ave. SW<br>Calgary, Alberta<br>Canada, T2P 3G3 | Harvey Pollock<br>POLLOCK & COMPANY<br>1120-363 Broadway<br>Winnipeg, MB R3C 3N9 |
| Counsel for Canadian Plaintiffs | Counsel for Canadian Plaintiffs |
| Harvey Strosberg<br>SUTTS, STROSBERG<br>600-251 Goyeau Street<br>Windsor, ON N9A 6V4 | Joel Rochon<br>ROCHON GENOVA<br>121 Richmond St. West<br>Suite 900<br>Toronto, Ontario<br>M5H 2K1 |

4

| Plaintiffs' Lead Counsel | Plaintiffs' Lead Counsel |
|---|---|
| Stuart A. Davidson<br>COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>120 E. Palmetto Park Road, Suite 500<br>Boca Raton, Florida 33432 | Steve W. Berman<br>Jeniphr Breckenridge<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, Washington 98101 |
| **Counsel for Canadian Plaintiffs** | **Counsel for Canadian Plaintiffs** |
| Ward Branch<br>Luciana P. Brasil<br>BRANCH MACMASTER<br>1410 – 777 Hornby Street<br>Vancouver, B.C. V6Z 1S4 | Tony Merchant, Q.C.<br>MERCHANT LAW GROUP LLP<br>Saskatchewan Drive Plaza<br>2401 Saskatchewan Drive<br>Regina, Canada S4P 4H8 |
| **Counsel for Canadian Plaintiffs** | **Counsel for Canadian Plaintiffs** |
| Andrew Bond<br>DOCKEN & COMPANY<br>900, 800-6th Ave. SW<br>Calgary, Alberta<br>Canada, T2P 3G3 | Harvey Pollock / Laurie A. E. Oakes<br>POLLOCK & COMPANY<br>1120-363 Broadway<br>Winnipeg, MB R3C 3N9 |
| **Counsel for Canadian Plaintiffs** | **Counsel for Canadian Plaintiffs** |
| Harvey Strosberg<br>SUTTS, STROSBERG<br>600-251 Goyeau Street<br>Windsor, ON N9A 6V4 | Joel Rochon<br>ROCHON GENOVA<br>121 Richmond St. West<br>Suite 900<br>Toronto, Ontario<br>M5H 2K1 |

4

| Plaintiffs' Lead Counsel | Plaintiffs' Lead Counsel |
|---|---|
| Stuart A. Davidson<br>COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>120 E. Palmetto Park Road, Suite 500<br>Boca Raton, Florida 33432 | Steve W. Berman<br>Jeniphr Breckenridge<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, Washington 98101 |
| **Counsel for Canadian Plaintiffs** | **Counsel for Canadian Plaintiffs** |
| Ward Branch<br>Luciana P. Brasil<br>BRANCH MACMASTER<br>1410 – 777 Hornby Street<br>Vancouver, B.C. V6Z 1S4 | Tony Merchant, Q.C.<br>MERCHANT LAW GROUP LLP<br>Saskatchewan Drive Plaza<br>2401 Saskatchewan Drive<br>Regina, Canada S4P 4H8 |
| **Counsel for Canadian Plaintiffs** | **Counsel for Canadian Plaintiffs** |
| Andrew Bond<br>DOCKEN & COMPANY<br>900, 800-6th Ave. SW<br>Calgary, Alberta<br>Canada, T2P 3G3 | Harvey Pollock<br>POLLOCK & COMPANY<br>1120-363 Broadway<br>Winnipeg, MB R3C 3N9 |
| **Counsel for Canadian Plaintiffs**<br>*Harvey T. Strosberg* | **Counsel for Canadian Plaintiffs** |
| Harvey Strosberg<br>SUTTS, STROSBERG<br>600-251 Goyeau Street<br>Windsor, ON N9A 6V4 | Joel Rochon<br>ROCHON GENOVA<br>121 Richmond St. West<br>Suite 900<br>Toronto, Ontario<br>M5H 2K1 |

4

| **Plaintiffs' Lead Counsel** | **Plaintiffs' Lead Counsel** |
|---|---|
| Stuart A. Davidson<br>COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>120 E. Palmetto Park Road, Suite 500<br>Boca Raton, Florida 33432 | Steve W. Berman<br>Jeniphr Breckenridge<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, Washington 98101 |
| **Counsel for Canadian Plaintiffs** | **Counsel for Canadian Plaintiffs** |
| Ward Branch<br>Luciana P. Brasil<br>BRANCH MACMASTER<br>1410 – 777 Hornby Street<br>Vancouver, B.C. V6Z 1S4 | Tony Merchant, Q.C.<br>MERCHANT LAW GROUP LLP<br>Saskatchewan Drive Plaza<br>2401 Saskatchewan Drive<br>Regina, Canada S4P 4H8 |
| **Counsel for Canadian Plaintiffs** | **Counsel for Canadian Plaintiffs** |
| Andrew Bond<br>DOCKEN & COMPANY<br>900, 800-6th Ave. SW<br>Calgary, Alberta<br>Canada, T2P 3G3 | Harvey Pollock<br>POLLOCK & COMPANY<br>1120-363 Broadway<br>Winnipeg, MB R3C 3N9 |
| **Counsel for Canadian Plaintiffs** | **Counsel for Canadian Plaintiffs** |
| Harvey Strosberg<br>SUTTS, STROSBERG<br>600-251 Goyeau Street<br>Windsor, ON N9A 6V4 | Joel Rochon<br>ROCHON GENOVA<br>121 Richmond St. West<br>Suite 900<br>Toronto, Ontario<br>M5H 2K1 |

| Counsel for Canadian Plaintiffs | Counsel for Canadian Plaintiffs |
|---|---|
| Ted Charney<br>FALCONER CHARNEY<br>8 Prince Arthur Avenue<br>Toronto, Ontario<br>M5R 1A9 | David Joanisse<br>HEENAN BLAIKIE<br>1250 René-Lévesque Blvd. West<br>Suite 2500<br>Montreal, Quebec  H3B 4Y1 |
| Counsel for Canadian Plaintiffs | Counsel for Canadian Plaintiffs |
| Pierre Sylvestre<br>Samy Elnemr<br>SYLVESTRE FAFARD PAINCHAUD<br>740 avenue Atwater<br>Montréal (Québec), Canada H4C 2G9 | Howard Spalding<br>BARRY SPALDING<br>Mercantile Centre<br>P.O. Box 6010, Sta. A<br>55 Union Street, Suite 710<br>Saint John, NB<br>Canada E2L 5B7 |
| Counsel for Canadian Plaintiffs | |
| Raymond Wagner<br>WAGNERS<br>PO Box 756, Central RPO<br>Halifax NS B3J 2V2 | |
| Defendants' Liaison Counsel | Defendants' Liaison Counsel |
| Mary E. Gately<br>DLA PIPER US LLP<br>500 8th Street, NW<br>Washington, DC 20004 | Mark C. Goodman, Esq.<br>SQUIRE, SANDERS & DEMPSEY L.L.P.<br>One Maritime Plaza, Suite 300<br>San Francisco, CA  94111-3492 |

EAST\42318461 5

| Counsel for Canadian Plaintiffs | Counsel for Canadian Plaintiffs |
|---|---|
| Ted Charney<br>FALCONER CHARNEY<br>8 Prince Arthur Avenue<br>Toronto, Ontario<br>M5R 1A9 | David Joanisse<br>HEENAN BLAIKIE<br>1250 René-Lévesque Blvd. West<br>Suite 2500<br>Montreal, Quebec  H3B 4Y1 |
| **Counsel for Canadian Plaintiffs** | **Counsel for Canadian Plaintiffs** |
| Pierre Sylvestre<br>Samy Elnemr<br>SYLVESTRE FAFARD PAINCHAUD<br>740 avenue Atwater<br>Montréal (Québec), Canada H4C 2G9 | Howard Spalding<br>BARRY SPALDING<br>Mercantile Centre<br>P.O. Box 6010, Sta. A<br>55 Union Street, Suite 710<br>Saint John, NB<br>Canada E2L 5B7 |
| **Counsel for Canadian Plaintiffs** | |
| Raymond Wagner<br>WAGNERS<br>PO Box 756, Central RPO<br>Halifax NS B3J 2V2 | |
| **Defendants' Liaison Counsel** | **Defendants' Liaison Counsel** |
| Mary E. Gately<br>DLA PIPER US LLP<br>500 8th Street, NW<br>Washington, DC 20004 | Mark C. Goodman, Esq.<br>SQUIRE, SANDERS & DEMPSEY L.L.P.<br>One Maritime Plaza, Suite 300<br>San Francisco, CA  94111-3492 |

| Counsel for Canadian Plaintiffs | Counsel for Canadian Plaintiffs |
|---|---|
| Ted Charney<br>FALCONER CHARNEY<br>8 Prince Arthur Avenue<br>Toronto, Ontario<br>M5R 1A9 | David Joanisse<br>HEENAN BLAIKIE<br>1250 Rene-Lévesque Blvd. West<br>Suite 2500<br>Montreal, Quebec  H3B 4Y1 |
| Counsel for Canadian Plaintiffs | Counsel for Canadian Plaintiffs |
| Pierre Sylvestre<br>Samy Elnemr<br>SYLVESTRE FAFARD PAINCHAUD<br>740 avenue Atwater<br>Montréal (Québec), Canada H4C 2G9 | Howard Spalding<br>BARRY SPALDING<br>Mercantile Centre<br>P.O. Box 6010, Sta. A<br>55 Union Street, Suite 710<br>Saint John, NB<br>Canada E2L 5B7 |
| Counsel for Canadian Plaintiffs | |
| Raymond Wagner<br>WAGNERS<br>PO Box 756, Central RPO<br>Halifax NS B3J 2V2 | |
| Defendants' Liaison Counsel | Defendants' Liaison Counsel |
| Mary E. Gately<br>DLA PIPER US LLP<br>500 8th Street, NW<br>Washington, DC 20004 | Mark C. Goodman, Esq.<br>SQUIRE, SANDERS & DEMPSEY L.L.P.<br>One Maritime Plaza, Suite 300<br>San Francisco, CA  94111-3492 |

5

| Counsel for Canadian Plaintiffs | Counsel for Canadian Plaintiffs |
|---|---|
| Ted Charney<br>FALCONER CHARNEY<br>8 Prince Arthur Avenue<br>Toronto, Ontario<br>M5R 1A9 | David Joanisse<br>HEENAN BLAIKIE<br>1250 René-Lévesque Blvd. West<br>Suite 2500<br>Montreal, Quebec H3B 4Y1 |
| Counsel for Canadian Plaintiffs | Counsel for Canadian Plaintiffs |
| Pierre Sylvestre<br>Samy Elnemr<br>SYLVESTRE FAFARD PAINCHAUD<br>740 avenue Atwater<br>Montréal (Québec), Canada H4C 2G9 | Howard Spalding<br>BARRY SPALDING<br>Mercantile Centre<br>P.O. Box 6010, Sta. A<br>55 Union Street, Suite 710<br>Saint John, NB<br>Canada E2L 5B7 |
| Counsel for Canadian Plaintiffs | |
| Raymond Wagner<br>WAGNERS<br>PO Box 756, Central RPO<br>Halifax NS B3J 2V2 | |
| Defendants' Liaison Counsel<br><br>*Mary E. Gately*<br>Mary E. Gately<br>DLA PIPER US LLP<br>500 8th Street, NW<br>Washington, DC 20004 | Defendants' Liaison Counsel<br><br>Mark C. Goodman, Esq.<br>SQUIRE, SANDERS & DEMPSEY L.L.P.<br>One Maritime Plaza, Suite 300<br>San Francisco, CA 94111-3492 |

5

| Counsel for Canadian Plaintiffs | Counsel for Canadian Plaintiffs |
|---|---|
| Ted Charney<br>FALCONER CHARNEY<br>8 Prince Arthur Avenue<br>Toronto, Ontario<br>M5R 1A9 | David Joanisse<br>HEENAN BLAIKIE<br>1250 René-Lévesque Blvd. West<br>Suite 2500<br>Montreal, Quebec  H3B 4Y1 |
| **Counsel for Canadian Plaintiffs** | **Counsel for Canadian Plaintiffs** |
| Pierre Sylvestre<br>Samy Elnemr<br>SYLVESTRE FAFARD PAINCHAUD<br>740 avenue Atwater<br>Montréal (Québec), Canada H4C 2G9 | Howard Spalding<br>BARRY SPALDING<br>Mercantile Centre<br>P.O. Box 6010, Sta. A<br>55 Union Street, Suite 710<br>Saint John, NB<br>Canada E2L 5B7 |
| **Counsel for Canadian Plaintiffs** | |
| Raymond Wagner<br>WAGNERS<br>PO Box 756, Central RPO<br>Halifax NS B3J 2V2 | |
| **Defendants' Liaison Counsel** | **Defendants' Liaison Counsel** |
| Mary E. Gately<br>DLA PIPER US LLP<br>500 8th Street, NW<br>Washington, DC 20004 | Mark C. Goodman, Esq.<br>SQUIRE, SANDERS & DEMPSEY L.L.P.<br>One Maritime Plaza, Suite 300<br>San Francisco, CA  94111-3492 |

EAST\42318461.5

| Defendants' Liaison Counsel | Defendants' Liaison Counsel |
|---|---|
| D. Jeffrey Ireland, Esq.<br>FARUKI, IRELAND & COX, P.L.L.<br>500 Courthouse Plaza, S.W.<br>10 North Ludlow Street<br>Dayton, OH 45402 | Craig A. Hoover, Esq.<br>HOGAN & HARTSON LLP<br>Columbia Square<br>555 Thirteenth Street, NW<br>Washington, D.C. 20004-1109 |