

**TRUJILLO
RODRIGUEZ &
RICHARDS, LLC**
A PENNSYLVANIA LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW

258 Kings Highway East
Haddonfield, NJ 08033
856-795-9002
856-795-9887 Fax

Lisa J. Rodriguez
New Jersey Responsible Attorney

1717 Arch Street
Suite 3838
Philadelphia, PA 19103
215-731-9004
215-731-9044 Fax

February 2, 2009

**VIA E-FILING**

**TO ALL COUNSEL ON THE ATTORNEY
CM/ECF LIST**

    Re:   *In re Pet Food Products Liability Litigation,*
            Civil Action No. 07-cv-2867

Dear Counsel:

      At the direction of Judge Hillman's chambers, this letter will confirm that a telephone conference call is scheduled for February 9, 2009, at 2:00 p.m. The dial in telephone number is 1-877-842-5648; reference i.d. number is 1330676. Please dial in at 1:55 p.m. in order for Judge Hillman to be connected by 2:00 p.m.

      If you have any questions, please do not hesitate to contact me. Thank you.

                                      Very truly yours,

                                      s/ Lisa J. Rodriguez

                                      Lisa J. Rodriguez

    cc:     Honorable Judge Noel L. Hillman (via facsimile)

IN RE: PET FOOD PRODUCTS LIABILITY LITIGATION    Doc. 297

Dockets.Justia.com