

**TRUJILLO
RODRIGUEZ &
RICHARDS, LLC**
A PENNSYLVANIA LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW

258 Kings Highway East
Haddonfield, NJ 08033
856-795-9002
856-795-9887 Fax

Lisa J. Rodriguez
New Jersey Responsible Attorney

1717 Arch Street
Suite 3838
Philadelphia, PA 19103
215-731-9004
215-731-9044 Fax

February 4, 2009

<u>VIA E-FILING</u>

**TO ALL COUNSEL ON THE ATTORNEY
CM/ECF LIST**

   Re: *In re Pet Food Products Liability Litigation,*
     Civil Action No. 07-cv-2867

Dear Counsel:

  Please be advised that the telephone conference call scheduled for February 9, 2009, at 2:00 p.m. is for lead/liaison counsel **only**.

  If you have any questions, please do not hesitate to contact me. Thank you.

           Very truly yours,

           s/ Lisa J. Rodriguez

           Lisa J. Rodriguez

cc: Honorable Judge Noel L. Hillman (via facsimile)

IN RE: PET FOOD PRODUCTS LIABILITY LITIGATION Doc. 298

Dockets.Justia.com