UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Proceeding Date: February 9, 2009

Office: Camden

**JUDGE NOEL L. HILLMAN**

Court Reporter: Frank Gable

Docket # Civil 07-2867 MDL (NLH)

TITLE OF CASE:
PET FOOD PRODUCTS LIABILITY LITIGATION

APPEARANCES:
Lisa Rodriguez, Esq.-Pla. Liaison
Mary Gately, Esq.-Dft. Liaison
Kenneth Wexler, Esq. for plaintiffs
Scott Kamber, Esq. for plaintiffs
Craig A. Hoover, Esq.
D. Jeffrey Ireland, Esq.
Russell D. Paul, Esq. plaintiffs' co-lead counsel.

NATURE OF PROCEEDINGS:
Telephone Status Conference re: class settlement escrow funds.
Telephone Status Conference reset for February 23, 2009 at 11:00 a.m.

Time Commenced 2:00 p.m. Time Adjourned 2:30 p.m. Total Time: 30 min.

s/Gladys Novoa
DEPUTY CLERK