UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Proceeding Date: February 23, 2009

Office:  Camden

**JUDGE NOEL L. HILLMAN**

Court Reporter: Stephen J. Daner

Docket #  Civil 07-2867 MDL (NLH)

TITLE OF CASE:
PET FOOD PRODUCTS LIABILITY LITIGATION

APPEARANCES:

Mary Gately, Esq.-Dft. Liaison
Kenneth Wexler, Esq. for plaintiffs
Craig A. Hoover, Esq. for Nestle Purina
D. Jeffrey Ireland, Esq. for defendant Proctor & Gamble
Mark Tamblyn, Esq. for plaintiff's co-lead counsel.
Russell D. Paul, Esq. plaintiffs' co-lead counsel.

NATURE OF PROCEEDINGS:
Telephone Status Conference re: class settlement escrow funds.
Status Conference set for March 6, 2009 at 3:00 p.m. in Camden, Courtroom 3A.

Time Commenced 11:00 a.m.  Time Adjourned 11:15 a.m. Total Time: 15 min.

s/Gladys Novoa
DEPUTY CLERK