UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE PET FOOD PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1850 (All Cases)

Case No. 07-2867 (NLH)

The Honorable Noel L. Hillman

~~[PROPOSED]~~ ORDER TO SHOW CAUSE

It is ORDERED that Lois Slembecker and Cynthia Dotoli, and their attorneys, show cause on **March 20**, 2009 why they should not be held in contempt for refusing to discontinue the prosecution of their lawsuits contrary to this Court's November 17, 2008 Order Approving Class Settlement, Certifying Settlement Class, Directing Entry of Final Judgment and Awarding Attorneys' Fees and Reimbursement of Expenses. Defendants Menu Foods and The Iams Company may respond on **March 25**, 2009, and Lois Slembecker and Cynthia Dotoli, and their attorneys may submit a reply on **April 1**, 2009. A hearing on this matter will be held on **April 3**, 2009 at **11:00 AM**.

It is FURTHER ORDERED that copies of this ORDER shall be served on all parties in the above-titled case, as well as attorneys for Lois Slembecker and Cynthia Dotoli, and that such service shall constitute notice.

SO ORDERED:

Dated: **March 6**, 2009

_Noel L. Hillman_
JUDGE NOEL L. HILLMAN

At Camden, New Jersey