UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE PET FOOD PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1850 (All Cases)

Case No. 07-2867 (NLH)

The Honorable Noel L. Hillman

# CERTIFICATION OF SERVICE OF THE ORDER TO SHOW CAUSE AND AMENDED CERTIFICATE OF SERVICE FOR THE EXPEDITED MOTION FOR A SHOW CAUSE ORDER

I certify that on March 6, 2009, I served the Order to Show Cause issued by this Court on March 6, 2009 via Federal Express and electronic mail upon the following counsel:

Nora Constance Marino
Law Offices of Nora Constance Marino
175 East Shore Road
Great Neck, NY  11023
ncmlegal@aol.com
*Counsel for Lois Slembecker*

William T. Anastasio
141 Butler Parkway
Summit, NJ 07901
wmanastasio@aol.com
*Counsel for Cynthia Dotoli*

I further certify that on March 5, 2009, I served the Expedited Motion of Defendants Menu Foods Corporation and The Iams Company for a Show Cause Order, Memorandum in Support Thereof and Proposed Order via Federal Express and electronic mail on Ms. Marino and Mr. Anastasio at the addresses above.

/s/ Cristen Sikes Rose
Cristen Sikes Rose