# THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: Pet Food Products Liability Litigations | ) Civil Action No. 07-2867 (NLH)<br>) MDL DOCKET NO. 1850<br>)<br>) The Honorable Noel L. Hillman<br>) |
| _____ | ) DESIGNATION OF CLERK'S PAPERS |

## DESIGNATION OF CLERK'S PAPERS

The Appellant, Donald R. Earl, hereby requests the following documents be transmitted to the U.S. Court of Appeals for the Third Circuit. True copies of the designated docket entries are attached hereto.

**Docket number 80**, filed on October 26, 2007: STATUS REPORT (Joint) Regarding Evidence Preservation.

**Docket number 103, with exhibits omitted**, filed on December 11, 2007: MOTION for Discovery Pursuant to Fed. R. Civ. P. 26.

**Docket number 106**, filed on December 18, 2007: ORDER granting 103 Motion for Discovery.

**Docket number 115**, filed on January 30, 2008: OBJECTION

TO PET FOOD EVIDENCE DISPOSAL PLAN APPROVED ON DECEMBER 18, 2007.

**Docket number 116**, filed on February 5, 2008: Letter from Menu Foods Counsel - Amy W. Schulman.

**Docket number 117**, filed on February 5, 2008: Letter from Del Monte's Counsel, Richard Fama.

**Docket number 118**, filed on February 7, 2008: Letter from Supplemental Letter from Menu Foods Counsel - Amy Schulman re Earl Objection.

**Docket number 120**, filed on February 14, 2008: Letter from Menu Foods counsel enclosing Order Denying Earl Objection.

**Docket number 121**, filed on February 14, 2008: Minute Entry for proceedings held before Judge Noel L. Hillman.

**Docket number 126**, filed on February 14, 2008: OBJECTION TO PET FOOD EVIDENCE DISPOSAL PLAN APPROVED ON DECEMBER 18, 2007 filed by Donald R. Earl.

**Docket number 128**, filed on February 19, 2008: ORDERED that the "Objection to Pet Food Evidence Disposal Plan Approved on December 18, 2007" is denied.

**Docket number 139, with exhibits omitted**, filed on April 10, 2008: MOTION for Discovery Pursuant to Fed. R. Civ. P. 26.

**Docket number 140**, filed on April 14, 2008: ORDER granting 139 Motion for Discovery.

**Docket number 287**, filed on January 9, 2009: Letter

from Donald R. Earl, Re: Motion to Vacate and Motion to Intervene.

**Docket number 296**, filed on January 30, 2009: Letter from Counsel for Menu Foods Defendants re Reply to Earl Letter.

**Docket number 299**, filed on February 10, 2009: ORDER Motions of Donald R. Earl to intervene [287-2] and vacate 287 are DENIED.

**Docket number 303**, filed on February 26, 2009: Letter from Non Party In Interest DONALD R. EARL addressed to Judge Hillman.

Dated: March 4, 2009
Respectfully submitted by:

_____
Donald R. Earl (pro se)
3090 Discovery Road
Port Townsend, WA 98368
(360) 379-6604

**CERTIFICATE OF SERVICE**

I certify that on the 4th day of March, 2009, I placed in the US mail, a court copy of the "Designation of Clerk's Papers" and a CD with PDF files of the same for upload and distribution through the Court's electronic filing system to parties of record.

Dated: March 4, 2009
Respectfully submitted by:

_____
Donald R. Earl (pro se)
3090 Discovery Road
Port Townsend, WA 98368
(360) 379-6604