UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE PET FOOD PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1850 (All Cases)

Case No. 07-2867 (NLH)

The Honorable Noel L. Hillman

**CERTIFICATION OF SERVICE OF THE ORDER TO SHOW CAUSE AND
AMENDED CERTIFICATE OF SERVICE FOR THE EXPEDITED MOTION FOR A
SHOW CAUSE ORDER**

I certify that on March 6, 2009, I caused the Order to Show Cause issued by this

Court on March 6, 2009 to be served via Federal Express and electronic mail upon the following

counsel:

Nora Constance Marino
Law Offices of Nora Constance Marino
175 East Shore Road
Great Neck, NY 11023
ncmlegal@aol.com
*Counsel for Lois Slembecker*

William T. Anastasio
141 Butler Parkway
Summit, NJ 07901
wmanastasio@aol.com
*Counsel for Cynthia Dotoli*

I further certify that on March 5, 2009, I caused the Expedited Motion of Defendants

Menu Foods Corporation and The Iams Company for a Show Cause Order, Memorandum in

Support Thereof and Proposed Order to be served via Federal Express and electronic mail on Ms.

Marino and Mr. Anastasio at the addresses above.

/s/ Gerard H. Hanson
Gerard H. Hanson

EAST\42376047.1

Dockets.Justia.com