# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE PET FOODS PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1850<br>Case No. 07-2867 (NHL)<br>Judge Noel L. Hillman<br><br>**[PROPOSED] ORDER ALLOWING FOR THE DESTRUCTION OF RECALLED WHEAT GLUTEN, RECALLED RICE PROTEIN CONCENTRATE AND INGREDIENTS ALLEGEDLY CONTAINING MELAMINE BEING STORED BY DEFENDANTS IN THE POSSESSION OF SUCH INGREDIENTS** |

Pursuant to Fed. R. Civ. P. 26(b) and (c) and for good cause shown, the Court's Order to Show Cause is **GRANTED**.

It is hereby **ORDERED** that: Defendants in the possession of recalled raw wheat gluten, recalled raw rice protein concentrate and/or other ingredients allegedly containing melamine (cumulatively referred to as Recalled Ingredients) are permitted to dispose of any and all such Recalled Ingredients being stored by them under the direction and supervision of the United States Food and Drug Administration.

**IT IS SO ORDERED.**

Dated: _____, \_\_\_\_, 2009

At Camden, New Jersey

_____
**THE HONORABLE JUDGE NOEL LAWRENCE HILLMAN**
UNITED STATES DISTRICT COURT JUDGE