

**COZEN O'CONNOR**

A PROFESSIONAL CORPORATION

16TH FLOOR   45 BROADWAY   NEW YORK, NY 10006-3792   212.509.9400   800.437.7040   212.509.9492 FAX   www.cozen.com

March 19, 2009

**VIA ECF**

**Richard Fama**
Direct Phone 212.908.1229
Direct Fax    866.263.1334
rfama@cozen.com

Office of the Clerk
United States District Court for the District of
New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

Re:   *In re: Pet Food Products Liability Litigation*, No. 1:07cv-2867

Dear Sir or Madam:

    Please allow this letter to correct the docket text entries and filer information for certain filings made by this office on March 17, 2009. The corrections concern Document Numbers 316, 317, 319, 320, 321 and 322.

    The above filings comprise a motion and supporting materials made by, and on behalf of, all defendants to this action. This office, which represents defendant Del Monte Foods Co., intended to file the motion and supporting materials on behalf of all such defendants.

    Accordingly, please adjust the filing and docketing information for the above Document Numbers to reflect "Del Monte Foods Co." as filer and to indicate that Document Nos. 319 through 322 refer to, and are submitted in support of, Defendants' Joint Motion (Document No. 316). Finally, please note the correct docket text for the relevant Document Numbers:

| Document No. | Docket Text |
| --- | --- |
| 316 | DEFENDANTS' JOINT MOTION FOR ISSUANCE OF AN ORDER TO SHOW CAUSE FOR AN ORDER ALLOWING FOR THE DESTRUCTION OF RECALLED WHEAT GLUTEN, RECALLED RICE PROTEIN CONCENTRATE AND OTHER INGREDIENTS ALLEGEDLY |

|     |     |
| --- | --- |
|     | CONTAINING MELAMINE BEING STORED BY DEFENDANTS IN THE POSSESSION OF SUCH INGREDIENTS |
| 317 | MEMORANDUM IN SUPPORT OF DEFENDANTS' JOINT MOTION FOR ISSUANCE OF AN ORDER TO SHOW CAUSE FOR AN ORDER ALLOWING FOR THE DESTRUCTION OF RECALLED WHEAT GLUTEN, RECALLED RICE PROTEIN CONCENTRATE AND OTHER INGREDIENTS ALLEGEDLY CONTAINING MELAMINE BEING STORED BY DEFENDANTS IN THE POSSESSION OF SUCH INGREDIENTS |
| 319 | DECLARATION OF ANTHONY G. BRAZIL ON BEHALF OF CHEMNUTRA, INC. IN SUPPORT OF DEFENDANTS' JOINT MOTION FOR ISSUANCE OF AN ORDER TO SHOW CAUSE FOR AN ORDER ALLOWING FOR THE DESTRUCTION OF RECALLED WHEAT GLUTEN, RECALLED RICE PROTEIN CONCENTRATE AND OTHER INGREDIENTS ALLEGEDLY CONTAINING MELAMINE BEING STORED BY DEFENDANTS IN THE POSSESSION OF SUCH INGREDIENTS (Attachments: # (1) Part 1 of Exhibit A to Declaration of Anthony G. Brazil, # (2) Part 2 of Exhibit A to Declaration of Anthony G. Brazil, # (3) Exhibit B to Declaration of Anthony G. Brazil, # (4) Exhibit (C) to Declaration of Anthony G. Brazil, # (5) Exhibit D to Declaration of Anthony G. Brazil) |
| 320 | DECLARATION OF KAREN FIRSTENBERG ON BEHALF OF CHEMNUTRA, INC. IN SUPPORT OF DEFENDANTS' JOINT MOTION FOR ISSUANCE OF AN ORDER TO SHOW CAUSE FOR AN ORDER ALLOWING FOR THE DESTRUCTION OF RECALLED WHEAT GLUTEN, RECALLED RICE PROTEIN CONCENTRATE AND OTHER INGREDIENTS ALLEGEDLY CONTAINING MELAMINE BEING STORED BY DEFENDANTS IN THE POSSESSION OF SUCH INGREDIENTS (Attachments: # (1) Exhibit A to Declaration of Karen Firstenberg, # (2) Part 1 of Exhibit B to Declaration of Karen Firstenberg, # (3) Part 2 of Exhibit B to Declaration of Karen Firstenberg) |
| 321 | DECLARATION OF STEPHEN MILLER OF CHEMNUTRA, INC. IN SUPPORT OF DEFENDANTS' JOINT MOTION FOR ISSUANCE OF AN ORDER TO SHOW CAUSE FOR AN ORDER ALLOWING FOR THE DESTRUCTION OF RECALLED WHEAT GLUTEN, RECALLED RICE PROTEIN CONCENTRATE AND OTHER INGREDIENTS ALLEGEDLY CONTAINING MELAMINE BEING STORED BY DEFENDANTS IN THE POSSESSION OF SUCH INGREDIENTS (Attachments: # (1) Exhibit A to Declaration of Stephen Miller) |
| 322 | DECLARATION OF MICHAEL HAYES OF DEL MONTE FOODS CO. IN SUPPORT OF DEFENDANTS' JOINT MOTION FOR ISSUANCE OF |

       AN ORDER TO SHOW CAUSE FOR AN ORDER ALLOWING FOR THE DESTRUCTION OF RECALLED WHEAT GLUTEN, RECALLED RICE PROTEIN CONCENTRATE AND OTHER INGREDIENTS ALLEGEDLY CONTAINING MELAMINE BEING STORED BY DEFENDANTS IN THE POSSESSION OF SUCH INGREDIENTS (Attachments: # (1) Attachment 1 to Declaration of Michael Hayes, # (2) Attachment 2 to Declaration of Michael Hayes, # (3) Attachment 3 to Declaration of Michael Hayes)

Thank you very much for your assistance in this matter.

Sincerely,

COZEN O'CONNOR


/s Richard Fama

By:   Richard Fama
Attorneys for Defendants
DEL MONTE FOODS CO.
45 Broadway, 16th Floor
New York, NY 10006
(212) 509-9400 (tel.)
(212) 509-9492 (fax.)
rfama@cozen.com

RF

cc:   All counsel of record, via ECF