## CORRECTED CERTIFICATE OF SERVICE

## REPLY IN OPPOSITION TO MR. EARL'S REQUEST FOR RECONSIDERATION OF THIS COURT'S ORDER DENYING HIS REQUEST TO INTERVENE AND VACATE ORDERS RESPONSE

I certify that on the 24rd day of March, I caused the Reply In Opposition to Mr. Earl's Request for Reconsideration of This Court's Order Denying His Request to Intervene and Vacate Orders Response [Doc. No. 325] to be electronically with the Clerk of Courts using the CM/ECF system, which sent notification of such filing to CM/ECF participants, and that I further caused a copy to be served by Federal Express as follows:

Donald R. Earl
3090 Discovery Road
Port Townsend, WA  98368

/s/ Gerard Hanson
Gerard Hanson

EAST\42397426.1