UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

April 3, 2009
Proceeding Date

Office: Camden

**JUDGE NOEL L. HILLMAN**

Court Reporter: Stephen J. Daner

Docket # Civil 07-2867 MDL (NLH)

TITLE OF CASE:
PET FOOD PRODUCTS LIABILITY LITIGATION, MDL1850

APPEARANCES:
Nora Constance Marino, Esq., for settlement class member Lois Slembecker
William Anastasio, Esq. for settlement class member Cynthia Detoli
Kenneth Wexler, Esq., Class Counsel plaintiff
Russell Paul, Esq., Class Counsel plaintiff
Mary E. Gately, Esq. for Liason Counsel for defendants Menu Foods
Brian D. Wright, Esq. for defendants Iams
Mark Goodman, Esq. for Liason Counsel defendants Target, Wal-Mart, Petco, Petsmart
Cristen Sikes Rose, Esq. for defendants Menu Foods
Miranda L. Berge, Esq. for defendants Nestle Purina

NATURE OF PROCEEDINGS:    ORDER TO SHOW CAUSE HEARING
Hearing on [327] Cross Motion to join class action settlement by Lois Slembecker.
Ordered motion Denied without prejudice.
Hearing on [330] Motion to join class action settlement by Cynthia Detoli.
Ordered motion Denied, without prejudice.
Hearing on [305] Motion for Order to Show Cause filed by Menu Foods and Iams
Company why the settlement class members and their attorneys should not be held in
contempt for not complying with the Final Approval Order and Final Judgment entered
on November 19, 2008.
Ordered counsel for settlement class members to enjoin prosecution of claims in
Southern District of New York and State Court of New Jersey.
Counsel consent to withdraw claims.
Ordered order to be submitted by Mary E. Gately, Esq.
Hearing on status update re: class settlement escrow funds.
Ordered telephone status conference set for April 20, 2009 at 1:00 p.m.

Time Commenced 11:30 a.m.    Time Adjourned 12:15 p.m.    Total Time: 45 min.

s/ Gladys Novoa
DEPUTY CLERK