# HILL WALLACK LLP
## ATTORNEYS AT LAW

202 CARNEGIE CENTER, CN 5226, PRINCETON, NJ 08543-5226
TELEPHONE: (609) 924-0808, FAX: (609) 452-1888
WWW.HILLWALLACK.COM

Writer's Direct Dial: (609) 734-6390

April 7, 2009

Honorable Noel L. Hillman
United States District Court
Federal Building
One John F. Gerry Plaza, Room 6020
Camden, NJ 08101

    Re:    In re Pet Food Products Liability Litigation, 07cv2867 (NLH)(AMD)
             MDL Docket No.: 1850

Dear Judge Hillman:

    As local counsel for the Menu Foods Defendants, and in accordance with Your Honor's ruling at the Hearing held on Friday, April 3, 2009, we are submitting the proposed Order Enjoining Settlement Class Members Slembecker and Dotoli. Assuming this Order meets with Your Honor's approval, we ask you kindly execute and electronically file. Thank you for your attention to this matter.

                                          Respectfully submitted,

                                          Gerard H. Hanson

GHH:kg
Enclosure
cc: All ECF Counsel

{F:\WDOX\DOCS\014210\00001\01895850; 1}
111 EAST COURT STREET, DOYLESTOWN, PA 18901  |  403 EXECUTIVE DRIVE, LANGHORNE, PA 19047

dockets.Justia.com