UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Proceeding Date: April 20, 2009

Office: Camden

**JUDGE NOEL L. HILLMAN**

Court Reporter: Carl Nami

Docket # Civil 07-2867 MDL (NLH)

TITLE OF CASE:
PET FOOD PRODUCTS LIABILITY LITIGATION

APPEARANCES:

Mary Gately, Esq.-Dft. Liaison
Lisa J. Rodriguez, Esq. Pltf. Liaison
Kenneth Wexler, Esq. for plaintiffs
Craig A. Hoover, Esq. for Nestle Purina
D. Jeffrey Ireland, Esq. for defendant Proctor & Gamble
Mark Tamblyn, Esq. for plaintiff's co-lead counsel
Russell D. Paul, Esq. plaintiffs' co-lead counsel
Joseph Weinstein, Esq. for defendant Target Corp.
Kristen Rose. Esq. for defendants Menu Foods
Miranda Burns, Esq. for defendants Nestle

NATURE OF PROCEEDINGS:
Telephone Status Conference held re: class settlement escrow funds.
Telephone Status Conference set for May 7, 2009 at 1:00 p.m.

Time Commenced 1:00 p.m. Time Adjourned 1:15 p.m. Total Time: 15 min.

s/Gladys Novoa
DEPUTY CLERK