**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: PET FOOD PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1850 (All Cases)<br><br>Civil Action No. 07-2867 (NLH)(AMD)<br><br>**ORDER** |

    This matter having come before the Court on the expedited motion of defendant The Iams Company for a show cause order [339]; and

    Defendant requesting that two settlement class members who have not opted out of the settlement agreement--Kyung Oh and Michelle Barrett--be enjoined from pursuing their pending litigation in other courts in violation of this Court's Final Approval Order and Final Judgment; and

    Defendant representing that Mr. Oh, by and through his attorney, William Green, Esquire, is prosecuting a claim in the Superior Court of California, Case No. 09S500321, for the death of his dog due to tainted pet food sold by defendant; and

    Defendant also representing that Ms. Barrett, by and through her attorney, Jerry Lux, Esquire, is prosecuting a claim in the Shelby Circuit Court of Indiana, Case No. 73C01-903-CT-7, for the death of her three cats due to tainted pet food sold by defendant; and

    Defendant representing that despite numerous communications

with counsel, they have refused to withdraw their claims; and

It appearing that Kyung Oh and Michelle Barrett, by and through their attorneys William Green and Jerry Lux, respectively, are in violation of the Court's November 17, 2008 Order Approving Class Settlement, Certifying Settlement Class, Directing Entry of Final Judgment and Awarding Attorneys' Fees and Reimbursement of Expenses;

Accordingly,

**IT IS HEREBY** on this 20th day of May, 2009

**ORDERED** that Kyung Oh and Michelle Barrett, and their attorneys William Green and Jerry Lux, show cause within 14 days from the date of this Order why they should not be held in contempt for refusing to discontinue the prosecution of their pending litigation contrary to this Court's November 17, 2008 Order; and it is further

**ORDERED** that copies of this Order shall be served on Kyung Oh and Michelle Barrett, and their attorneys William Green and Jerry Lux, and that such service shall constitute notice.

                            s/ Noel L. Hillman
                            NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey