# FARUKI IRELAND & COX P.L.L.

ATTORNEYS AT LAW

500 Courthouse Plaza, S.W. 10 North Ludlow Street Dayton, Ohio 45402 937-227-3700 Fax 937-227-3717

D. Jeffrey Ireland
(937) 227-3710
djireland@ficlaw.com

June 3, 2009

*FILED VIA ECF*

The Honorable Noel L. Hillman
U.S. District Court, District of New Jersey
Mitchell H. Cohen U.S. Courthouse
Room 6020
One John F. Gerry Plaza
Camden, New Jersey 08101

RE: In Re: Pet Food Products Liability Litigation
Case No. 1:2007cv02867, MDL 1850

Dear Judge Hillman:

    I am counsel for The Iams Company ("Iams") and Co-Liaison Counsel for Defendants in the above-referenced matter. I am writing to advise the Court that the remaining Settlement Class Member, Kyung Oh, who was subject to this Court's Order to Show Cause dated May 20, 2009 [D.E. 340] has had his case dismissed.

    Specifically, the Small Claims Court of the Superior Court of California, County of Los Angeles (East District - Pomona North) dismissed the matter, captioned Oh v. The Iams Company, Case No. 09S50031, without prejudice. As a result of the California Court's dismissal, Iams does not seek any further relief related to Mr. Oh at this time. However, if Mr. Oh attempts to refile the above matter, then Iams reserves its right to renew its Motion to Show Cause at that time.

    The above matter was the last matter that remained pending subject to this Court's Order to Show Cause dated May 20, 2009. Accordingly, the Expedited Motion of Defendant The Iams Company and Menu Foods for a Show Cause Order [D.E. 339] and request for relief related to Settlement Class Member Kyung Oh is withdrawn without prejudice.



TRUSTED WISDOM. EXTRAORDINARY RESULTS.

ficlaw.com

FARUKI IRELAND & COX P.L.L.

The Honorable Noel L. Hillman
June 3, 2009
Page 2

Thank you for your attention to this matter.

Very truly yours,

D. Jeffrey Ireland

DJI/vj

cc: Michael P. Green, Esq. (via U.S. Mail)
Kyung Oh (via U.S. Mail)
Plaintiffs' Counsel (via ECF)
Defendants' Counsel (via ECF)

318515.1