

# Morris Polich & Purdy LLP

Landon Morris (1904-1991)

**ATTORNEYS AT LAW**
1055 West Seventh Street
Twenty Fourth Floor
Los Angeles, California
90017-2503
Ph: 213.891.9100
Fx: 213.488.1178
www.mpplaw.com

June 8, 2009

<u>FILED VIA ECF</u>

The Honorable Noel L. Hillman
U.S. District Court, District of New Jersey
Mitchell H. Cohen U.S. Courthouse
Room 6020
One John F. Gerry Plaza
Camden, New Jersey 08101

Re: In Re: Pet Food Products Liability Litigation
<u>Case No. 1:2007cv02867, MDL 1850</u>

Dear Judge Hillman:

    I am counsel for ChemNutra, Inc. ("ChemNutra") in the above-referenced matter. Pending before this Court is a Motion For Issuance of Order To Show Cause For An Order Allowing For The Destruction Of Recalled Wheat Gluten, Recalled Rice Protein, Concentrate and Other Ingredients Allegedly Containing Melamine Being Stored By Defendants In the Possession Of Such Ingredients ("Pending Motion") filed by Defendants.

    I am writing to advise this Court of recent developments regarding the wheat gluten being stored by my client which, along with other ingredients being stored by other Defendants, is the subject matter of the Pending Motion. My client, ChemNutra, is storing wheat gluten at 2 public warehouses. At the Standard Warehouse & Distributing Company, Ltd. ("Standard Warehouse) in Pennsauken, New Jersey, approximately 80 metric tons of ChemNutra's wheat gluten is being stored.

    The Standard Warehouse has recently told my client that its major customer has objected to storing its products in the same facility as the recalled wheat gluten. Therefore, Standard Warehouse has informed ChemNutra that it must either immediately move or destroy the 80 metric tons of wheat gluten being stored at that facility. In addition, upon request by the FDA, Standard Warehouse must also notify the FDA if the wheat gluten is moved.

    Therefore, in light of this situation, ChemNutra would very much appreciate it if this Court would consider the Pending Motion as soon as possible.

    Thank you very much for your attention to matter.

Very truly yours,

Anthony G. Brazil

Los Angeles ▪ San Diego ▪ Las Vegas

Cc: Plaintiffs Counsel (via ECF)
    Defendants Counsel (via ECF)