UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: PET FOOD PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1850 (All Cases)<br><br>Civil Action No. 07-2867 (NLH)(AMD)<br><br>**ORDER** |

This matter having come before the Court on the expedited motion of defendant The Iams Company for a show cause order [339]; and

Defendant requesting that two settlement class members who have not opted out of the settlement agreement--Kyung Oh and Michelle Barrett--be enjoined from pursuing their pending litigation in other courts in violation of this Court's Final Approval Order and Final Judgment; and

On May 20, 2009, the Court having ordered Mr. Oh, Ms. Barrett, and their counsel to show cause within 14 days as to why they should not be held in contempt for refusing to discontinue the prosecution of their pending litigation contrary to this Court's November 17, 2008 Order; and

Defendants informing the Court that Ms. Barrett has dismissed her case pending in Indiana state court, and the California state court has dismissed without prejudice Mr. Oh's case; and

Defendants further representing that they do not seek any

further relief from these parties at this time, and are therefore seeking to withdraw their motion;

Accordingly,

**IT IS HEREBY** on this ___8th___ day of June, 2009

**ORDERED** that defendants' motion for an order to show cause is **DENIED AS MOOT**; and it is further

**ORDERED** that defendants shall serve copies of this Order on Kyung Oh and Michelle Barrett, and their attorneys William Green and Jerry Lux.

*Noel L. Hillman*
NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey

2