UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: PET FOOD PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1850 (All Cases)<br><br>Civil Action No. 07-2867 (NLH)(AMD)<br><br>**ORDER** |

This matter having come before the Court on the expedited motion of defendants for a show cause order [343]; and

Defendants requesting that settlement class members who have not opted out of the settlement agreement--Paul and Ava Paquette--be enjoined from pursuing their pending litigation in another court in violation of this Court's Final Approval Order and Final Judgment; and

Defendants representing that Mr. Paquette, who is an attorney and has commenced his case on his and his wife's behalf, is prosecuting a claim in the U.S. District Court for the Central District of California, 09-1483, for the death of their dog due to tainted pet food sold by defendants; and

Defendants representing that despite numerous communications with Mr. Paquette, he has refused to withdraw their claims; and

It appearing that the Paquettes are in violation of the Court's November 17, 2008 Order Approving Class Settlement, Certifying Settlement Class, Directing Entry of Final Judgment and Awarding Attorneys' Fees and Reimbursement of Expenses;

Accordingly,

**IT IS HEREBY** on this \_\_8th\_\_ day of June, 2009

**ORDERED** that Paul and Ava Paquette show cause within 14 days from the date of this Order why they should not be held in contempt for refusing to discontinue the prosecution of their pending litigation contrary to this Court's November 17, 2008 Order; and it is further

**ORDERED** that defendants shall serve copies of this Order on Paul and Ava Paquette, and that such service shall constitute notice.

                                               /s/ Noel L. Hillman
                                            NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey