

DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC 20004
www.dlapiper.com

Mary E. Gately
mary.gately@dlapiper.com
T 202.799.4507
F 202.799.5507

July 1, 2009
*FILED VIA ECF*

The Honorable Noel L. Hillman
U.S. District Court, District of New Jersey
Mitchell H. Cohen U.S. Courthouse
Room 6020
One John F. Gerry Plaza
Camden, New Jersey 08101

Re:   In re: Pet Foods Products Liability Litigation, MDL No. 1850

Dear Judge Hillman:

    As counsel for Menu Foods and Nestlé Purina PetCare Company ("Nestlé Purina"), we write to advise the Court of a further development related to the Order to Show Cause this Court issued to Paul and Ava Paquette (D.E. 346). Specifically, in further violation of this Court's Final Approval Order, on June 29, 2009, the Paquettes filed a reply brief in support of their motion for relief in the Central District of California. In their reply (a copy of which is attached), the Paquettes continue to argue that this Court is without exclusive jurisdiction to enforce the provisions of its Final Approval Order against them. As this Court is aware, a hearing on that motion is set for July 6 in the Central District of California. While Nestlé Purina has requested a stay of all proceedings in that action pending a ruling by this Court on the Order to Show Cause, to date the motion for stay is still pending.

    Thank you for your attention.

Respectfully submitted,

Mary Gately
Counsel for Menu Foods and
Liaison Counsel for Defendants

Craig A. Hoover
Counsel for Nestlé Purina PetCare
Company and Liaison Counsel for
Defendants

cc.:   Paul Paquette, Esq. (via e-mail)