**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: PET FOOD PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1850 (All Cases)<br><br>Civil Action No. 07-2867 (NLH)(AMD)<br><br>**ORDER** |

    This matter having come before the Court on the expedited motion of defendants for a show cause order [350]; and

    Defendants requesting that settlement class members who have not opted out of the settlement agreement--Yvonne and Ron McKim--be enjoined from pursuing their pending litigation in another court in violation of this Court's Final Approval Order and Final Judgment; and

    Defendants representing that the McKims, proceeding *pro se*, are prosecuting a claim against Nestle Purina in the District Court of Clark County, Small Claims Department, State of Washington, for the illness of their dog due to tainted pet food sold by defendant; and

    Defendants representing that despite numerous communications with the McKims, they have refused to withdraw their claim; and

    It appearing that the McKims are in violation of the Court's November 17, 2008 Order Approving Class Settlement, Certifying Settlement Class, Directing Entry of Final Judgment and Awarding Attorneys' Fees and Reimbursement of Expenses;

Accordingly,

**IT IS HEREBY** on this 6th day of July, 2009

**ORDERED** that Yvonne and Ron McKim show cause within 14 days from the date of this Order why they should not be held in contempt for refusing to discontinue the prosecution of their pending litigation contrary to this Court's November 17, 2008 Order; and it is further

**ORDERED** that defendants shall serve copies of this Order on Yvonne and Ron McKim, and that such service shall constitute notice.

                                           s/ Noel L. Hillman
                                       NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey