Thursday, July 16, 2009
*Via USPS Express Mail*

Mitchell H. Cohen Bldg. & US Court House
ATTN: Court Clerk
4th & Cooper Street, Rm. 1050
Camden, NJ 08101

RE: McKim v. Nestle' Purina Pet Care Company, Small Claim No. 30474 and
In RE: Pet Food Product Liability Litigation, MDL Docket No. 1850 (All Cases),
Civil Action No. 07-2867 (NLH) (AMD)

To the Honorable Noel L. Hillman:

We, Yvonne and Ron McKim, feel we have just cause to proceed with our Small Claims case based on the following:

1. We have attempted to be in contact with the Nestle' Purina Pet Care Co. within 24 hours of renal failure diagnosis in March 2007 of our dog, Kirby, 48 hours of public notification of specific, tainted food products and 96 hours of public notification of tainted food products. We received no response to our emails or phone messages until May 2007.
2. We filed on June 29, 2007 a claim with Nestle' Purina Pet Care through Sedgwick CMS (Claim #A764617380) which is open and unresolved.
3. We did not receive paperwork on the Class Action Lawsuit until after the opt-out date, thus were unable to do so.

We feel that since we have an open and unresolved claim with Nestle' Purina Pet Care and the fact that we did not receive the class action paperwork prior to the opt-out date; we are negated from the class action lawsuit and its Nov. 17, 2008 judgment. We ask that you allow our Small Claim case to proceed without the threat of contempt of court and opting us out of the Class Action Lawsuit. We would be willing to drop the Small Claim case and ask to be removed from any settlement arising from the Class Action Lawsuit if the open claim on file with Sedgwick CMS were settled.

Sincerely,

*[signature]*

Yvonne & Ron McKim
11121 NE 93rd Street
Vancouver, WA 98662
Cell Ph. 360-931-3917 (Yvonne)

Dockets.Justia.com