## CERTIFICATE OF SERVICE

I certify that on the 26th day of August, 2009, I electronically filed the foregoing Motion of Defendant The Iams Company for a Show Cause Order with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants, and I certify that I have served such document via Federal Express upon the following:

Christopher M. Uhl, Esq.
UHLLAW, PC
5 State Street
Worcester, MA  01609

Counsel for John Lizotte

s/ Francis M. Hadden
Francis M. Hadden
