**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: PET FOOD PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1850 (All Cases)<br><br>Civil Action No. 07-2867 (NLH)(AMD)<br><br>**ORDER** |

     This matter having come before the Court on the motion of defendant for a show cause order [363]; and

     Defendant requesting that a settlement class member who has not opted out of the settlement agreement--John Lizotte--be enjoined from pursuing his pending litigation in another court in violation of this Court's Final Approval Order and Final Judgment; and

     Defendant representing that Mr. Lizotte, by and through his attorney, Christopher Uhl, Esquire, is prosecuting a claim in the Worcester Division District Court in Massachusetts, Case No. 0962CV, for the illness of his dog due to tainted pet food sold by defendant; and

     Defendant representing that despite numerous communications with counsel, Mr. Lizotte has refused to withdraw his claims; and

     It appearing that Mr. Lizotte, by and through his attorney Christopher Uhl, are in violation of the Court's November 17, 2008 Order Approving Class Settlement, Certifying Settlement Class, Directing Entry of Final Judgment and Awarding Attorneys'

Fees and Reimbursement of Expenses;

Accordingly,

**IT IS HEREBY** on this 10th day of September, 2009

**ORDERED** that Mr. Lizotte, and his attorney Christopher Uhl, show cause within 14 days from the date of this Order why they should not be held in contempt for refusing to discontinue the prosecution of their pending litigation contrary to this Court's November 17, 2008 Order; and it is further

**ORDERED** that copies of this Order shall be served on Mr. Lizotte, and his attorney Christopher Uhl, and that such service shall constitute notice.

                                             s/ Noel L. Hillman
                                             NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey