UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 09-1580
_____

IN RE: PET FOOD PRODUCTS LIABILITY LITIGATION

DONALD R. EARL,
                Appellant

(Pursuant to Fed. R. App. P. 12(a))
(Appellant is "an objector and nonparty in interest")

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil Action No. 07-cv-02867)
District Judge: Honorable Noel L. Hillman

_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
September 22, 2009
Before: FISHER, JORDAN and VAN ANTWERPEN, Circuit Judges

_____

**JUDGMENT**
_____

This cause came to be considered on the record from the United States District Court for the District of New Jersey and was submitted pursuant to Third Circuit LAR 34.1(a) on September 22, 2009. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered July 21, 2008, be and the same is hereby affirmed. Costs taxed against appellant. All of the above in accordance with the opinion of this Court.

ATTEST:

/s/Marcia M. Waldron
Clerk

Dated: September 23, 2009