# FARUKI IRELAND & COX P.L.L.

### ATTORNEYS AT LAW

**500 Courthouse Plaza, S.W.   10 North Ludlow Street   Dayton, Ohio 45402   937-227-3700   Fax 937-227-3717**

D. Jeffrey Ireland
(937) 227-3710
djireland@ficlaw.com

September 29, 2009

**_FILED VIA ECF_**

The Honorable Noel L. Hillman
U.S. District Court, District of New Jersey
Mitchell H. Cohen U.S. Courthouse
Room 6020
One John F. Gerry Plaza
Camden, New Jersey 08101

      RE:   In Re: Pet Food Products Liability Litigation
              Case No. 1:2007cv02867, MDL 1850

Dear Judge Hillman:

      I am counsel for The Iams Company ("Iams") and Co-Liaison Counsel for Defendants in the above-referenced matter. I am writing to advise the Court that Settlement Class Member, John Lizotte, who was subject to this Court's Order to Show Cause dated September 11, 2009 [D.E. 365], has had his case dismissed. Specifically, on September 22, 2009, the Worcester County Trial Court of Massachusetts (District Court Department) ordered the dismissal of the action captioned John Lizotte v. The Iams Company, Case No. 200962CV002471.

      As a result of the Worcester Court's dismissal, Iams does not seek any further relief related to Mr. Lizotte at this time. However, if Mr. Lizotte attempts to refile the above matter, then Iams reserves its right to renew its Motion to Show Cause at that time. Accordingly, the Motion of Defendant The Iams Company for a Show Cause Order [D.E. 363] and request for relief related to Settlement Class Member John Lizotte are withdrawn without prejudice.



TRUSTED WISDOM. EXTRAORDINARY RESULTS.

ficlaw.com

Dockets.Justia.com

FARUKI IRELAND & COX P.L.L.

The Honorable Noel L. Hillman
September 29, 2009
Page 2

Thank you for your attention to this matter.

Very truly yours,

D. Jeffrey Ireland

DJI/vj

c:  Christopher M. Uhl, Esq. (via U.S. Mail)
    Plaintiffs' Counsel (via ECF)
    Defendants' Counsel (via ECF)