## CERTIFICATE OF SERVICE

I certify that on the 29th day of September, 2009, I electronically filed the foregoing Letter of Defendant The Iams Company Withdrawing the Motion of Defendant The Iams Company for a Show Cause Order and withdrawing the request for relief related to Settlement Class Member John Lizotte with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants, and I certify that I have served such document via U.S. Mail upon the following counsel of record:

Christopher M. Uhl, Esq.
UHLLAW, PC
5 State Street
Worcester, MA 01609

Counsel for John Lizotte

_____
Francis M. Hadden

340228.1