UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Nos. 08-4741 & 08-4779

IN RE: PET FOOD PRODUCTS LIABILITY LITIGATION

Jim W. Johnson and Dustin Turner,
Appellants at 08-4741

Margaret Picus and Daniel Kaffer,
Appellants at 08-4779

On Appeal from the United States District Court
for the District of New Jersey
D.C. Civil Action No. 07-cv-2867
(Honorable Noel L. Hillman)

Argued February 22, 2010
Before:  SCIRICA, CHAGARES and WEIS, Circuit Judges.

**JUDGMENT**

This cause came to be heard on the record from the United States District Court for the District of New Jersey and was argued by counsel on February 22, 2010.  On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the order of the District Court entered November 19, 2008, approving the settlement and certifying the settlement class is affirmed in part and vacated in part; the judgment of the District Court entered November 19, 2008, dismissing all defendants with prejudice is vacated; and the order of the District Court entered November 19, 2008, denying the motion to intervene is

affirmed.  The case is remanded to the District Court for proceedings consistent with this opinion.  Each party to bear their own costs.  All of the above in accordance with the opinion of this Court.

                ATTEST:

                /s/ Marcia M. Waldron
                Clerk

DATED: December 16, 2010