UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE PET FOOD PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1850 (All Cases) |
| | Case No. 07-2867 (NLH) |
| | The Honorable Noel L. Hillman |

## ORDER ON PLAINTIFFS' MOTION FOR APPEAL BOND FROM OBJECTORS/APPELLANTS JIM W. JOHNSON AND DUSTIN TURNER, AND FROM OBJECTORS/APPELLANTS MARGARET PICUS AND DANIEL KAFFER

THIS CAUSE is before the Court on the Plaintiffs' Motion for an Appeal Bond From Objectors/Appellants Jim W. Johnson ("Johnson") and Dustin Turner ("Turner"), and From Objectors/Appellants Margaret Picus ("Picus") and Daniel Kaffer ("Kaffer") (collectively, the "Objectors"). The Court, having carefully considered the motion, heard argument of counsel, and being otherwise duly advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the motion is *DENIED AS MOOT.*

**DONE AND ORDERED** this _8th_ day of _February_, 20_11_, at Camden, New Jersey.

*Noel L. Hillman*
NOEL L. HILLMAN
U.S. DISTRICT JUDGE